AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

BRETT BENSON, RAYMOND SLEDGE,
KENNETH PACHOLSKI, KATHRYN TYLER, and the
ILLINOIS ASSOCIATION OF FIREARMS RETAILERS

V.

THE CITY OF CHICAGO and RICHARD M.
DALEY, Mayor of the City of Chicago

CASE NUMBER: 10-cv-4184

ASSIGNED JUDGE: Guzman

DESIGNATED MAGISTRATE JUDGE: Brown

TO: (Name and address of Defendant)

Hon. Richard M. Daley, Mayor
City Hall
121 North LaSalle Street, Suite 507
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen A. Kolodziej
BRENNER, FORD, MONROE & SCOTT, LTD.
33 North Dearborn Street
Suite 300
Chicago, Illinois 60602
Tel: (312) 781-1970

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

July 7, 2010
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/7/10 |
| NAME OF SERVER (PRINT) Jason Dickson | TITLE Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on Patricia Dominguez, Paralegal, per direction of Mayor Daley's office.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-7-10
Date

Signature of Server

P.O. Box 2884, Chicago IL 60690
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.