**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BENSON, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4184 |
| | ) | Judge Ronald A. Guzman |
| CITY OF CHICAGO, ET AL., | ) | Magistrate Judge Geraldine Soat |
| | ) | Brown |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  Charles J. Cooper  Stephen Kolodziej
David H. Thompson  Brenner Ford Monroe & Scott Ltd.
Jesse Panuccio  33 N. Dearborn Street, Suite 300
Cooper & Kirk, PLLC  Chicago, IL 60602
1523 New Hampshire Ave., NW
Washington, DC 20036

Alan Gura  David G. Sigale
Gura & Possessky, PLLC  Law Firm of David G. Sigale, P.C.
101 N. Columbus Street  Corporate West I
Suite 405  4300 Commerce Court, Suite 300-3
Alexandria, VA 22314  Lisle, IL 60532

Brian S. Koukoutchos
28 Eagle Trace
Mandeville, LA 70471

**PLEASE TAKE NOTICE** that on August 26, 2010, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman in Courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Local Rule 40.4 Motion to Reassign Case as Related**, a copy of which is attached and is hereby served upon you.

Dated: August 20, 2010  Respectfully submitted,

MARA S. GEORGES,
Corporation Counsel for the City of Chicago

By:   /s/William Macy Aguiar
    Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, William Macy Aguiar, an attorney, hereby certify that on this, the 20th day of August, 2010, I caused a copy of **Defendants' Local Rule 40.4 Motion to Reassign Case as Related**, to be served by electronic filing on:

Stephen Kolodziej  
Brenner Ford Monroe & Scott Ltd.  
33 N. Dearborn Street, Suite 300  
Chicago, IL 60602

Charles J. Cooper  
David H. Thompson  
Jesse Panuccio  
Cooper & Kirk, PLLC  
1523 New Hampshire Ave., NW  
Washington, DC 20036

and by facsimile and first-class United States mail, postage prepaid, on

Alan Gura  
Gura & Possessky, PLLC  
101 N. Columbus Street  
Suite 405  
Alexandria, VA 22314  
Fax No. 703-997-7665

David G. Sigale  
Law Firm of David G. Sigale, P.C.  
Corporate West I  
4300 Commerce Court, Suite 300-3  
Lisle, IL 60532  
Fax No. 630-596-4445

and by first-class United States mail, postage prepaid, on:

Brian S. Koukoutchos  
28 Eagle Trace  
Mandeville, LA 70471

/s/William Macy Aguiar  
William Macy Aguiar