## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Brett Benson, et al.

                        Plaintiff,

v.                                                      Case No.: 1:10–cv–04184
                                                        Honorable Ronald A. Guzman

The City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 25, 2010:

        MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for
8/26/10 is stricken. Set deadlines as to motion by Defendants Richard M Daley, The City
of Chicago to reassign case as Related [26] : Response due by 9/15/2010. No. Reply.
Ruling to be by mail. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.