**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRETT BENSON, RAYMOND SLEDGE, | ) | |
| KENNETH PACHOLSKI, KATHRYN TYLER, | ) | |
| MICHAEL HALL SR., RICK PERE, and the | ) | |
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 10 CV 4184 |
| v. | ) | |
| | ) | |
| THE CITY OF CHICAGO and RICHARD M. DALEY, | ) | |
| Mayor of the City of Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF DAVID G. SIGALE**

I, DAVID G. SIGALE, am competent to state, and declare the following based on my own personal knowledge:

1. I am one of the Plaintiffs' attorneys in the case of <u>Rhonda Ezell, *et al* v. City of Chicago</u>, currently docketed in the Northern District of Illinois as 10 CV 5135, which is the subject of a Local Rule 40.4 Motion for Reassignment pending in this Court.

2. The Judge in <u>Ezell</u>, the Honorable Virginia M. Kendall, has ordered an expedited discovery schedule set to close September 13, 2010.

3. As part of the aforementioned discovery schedule, the City of Chicago has stated more than once that it wishes to depose the six <u>Ezell</u> Plaintiffs. Three reside in Chicago, one in Livingston County, Illinois, one in Washington State, and one in Utah.

4. Further, this Court has ordered that the Ezell Plaintiffs respond to the City's L.R. 40.4 Motion by September 15, 2010. Now, the City wishes to shorten Plaintiffs' time by half, to September 7, 2010.

5. In the month of September thus far, the Declarant has the following court/case schedule in various courthouses in the Chicagoland area, as well as certain personal items of note:

>September 1, Wagner v. Kimball, 10 AR 104 (DuPage) - Return Date
>September 1, Ezell v. Chicago, 10 CV 5135 (N.D.IL) – Motion in Benson
>September 7, Patterson adv. Burrows – 08 LM 3282 (Will) – Status 9AM
>September 7, Knight v. County of DuPage – 09 CV 6577 – Reply brief due
>September 8, Dubman v. Olita & Johnson – 09 AR 3514 (DuPage) – Arbitration hearing 9AM
>September 8, Everlast Exteriors of Illinois adv. BAC Home Loans Servicing – 10 CH 2577 (Kane) – Plaintiff's Motion for Summary Judgment
>September 8, Maides-Keane v. Embi – 10 SR 180 (DuPage) – Plaintiff's Deposition
>September 9, (Rosh Hashannah)
>September 10, Estate of Nalls – 08 P 311 (Will) – Petition for Supervised Administration
>September 18, (Yom Kippur)

6. I also have depositions to schedule in Patterson adv. Burrows, Otis v. Kane (09 AR 793 (DuPage)), Ponce v. Miller, 08 L 242 (Will), and of course Ezell. Most or all of the aforementioned depositions are supposed to be scheduled to proceed during the month of September.

7. In short, while completing a Response to the 40.4 Motion by September 15, 2010, will require much effort, it will be a prejudicial hardship to be required to respond by September 7, 2010.

3

I declare under perjury that the foregoing is true and correct.

Executed this 29th day of August, 2010.


David G. Sigale

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
Corporate West I
4300 Commerce Court, Suite 300-3
Lisle, IL 60532
630.452.4547
dsigale@sigalelaw.com