UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.1.1**
Eastern Division

Brett Benson, et al.
                              Plaintiff,

v.                                                     Case No.: 1:10−cv−04184
                                                          Honorable Ronald A. Guzman

The City of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 1, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Status hearing held on 9/1/2010. Motion by Defendants Richard M Daley, The City of Chicago for leave to file Memorandum in Support of Their Local Rule 40.4 Motion is granted and denied as to expediting the Briefing Schedule [29]. Defendants' oral motion to extend time to answer or otherwise plead is granted to and including 10/12/10. Fact discovery ordered closed by 1/7/2011. Experts to be disclosed by 2/7/11. Expert discovery closes 3/9/11. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.