**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BENSON, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4184 |
| | ) | Judge Ronald A. Guzman |
| CITY OF CHICAGO, ET AL., | ) | Magistrate Judge Geraldine Soat |
| | ) | Brown |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:  Charles J. Cooper                    Stephen Kolodziej
     David H. Thompson                    Brenner Ford Monroe & Scott Ltd.
     Jesse Panuccio                       33 N. Dearborn Street, Suite 300
     Cooper & Kirk, PLLC                  Chicago, IL 60602
     1523 New Hampshire Ave., NW
     Washington, DC 20036

     Alan Gura                            David G. Sigale
     Gura & Possessky, PLLC               Law Firm of David G. Sigale, P.C.
     101 N. Columbus Street               Corporate West I
     Suite 405                            4300 Commerce Court, Suite 300-3
     Alexandria, VA 22314                 Lisle, IL 60532

     Brian S. Koukoutchos
     28 Eagle Trace
     Mandeville, LA 70471

**PLEASE TAKE NOTICE** that on September 1, 2010, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendants' Memorandum in Support of Their Local Rule 40.4 Motion to Reassign Case as Related**, a copy of which is attached and is hereby served upon you.

Dated: September 1, 2010           Respectfully submitted,

                                   MARA S. GEORGES,
                                   Corporation Counsel for the City of Chicago

                                   By:   /s/William Macy Aguiar
                                         Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I, William Macy Aguiar, an attorney, hereby certify that on this, the 1st day of September, 2010, I caused a copy of **Defendants' Memorandum in Support of Their Local Rule 40.4 Motion to Reassign Case as Related**, to be served by electronic filing on:

| | |
|---|---|
| Stephen Kolodziej | Charles J. Cooper |
| Brenner Ford Monroe & Scott Ltd. | David H. Thompson |
| 33 N. Dearborn Street, Suite 300 | Jesse Panuccio |
| Chicago, IL 60602 | Cooper & Kirk, PLLC |
| | 1523 New Hampshire Ave., NW |
| | Washington, DC 20036 |

Brian S. Koukoutchos
28 Eagle Trace
Mandeville, LA 70471

and by electronic mail and first-class United States mail, postage prepaid, on

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | Corporate West I |
| Suite 405 | 4300 Commerce Court, Suite 300-3 |
| Alexandria, VA 22314 | Lisle, IL 60532 |

/s/William Macy Aguiar
William Macy Aguiar