IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BENSON, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4184 |
| | ) | Judge Ronald A. Guzman |
| CITY OF CHICAGO, ET AL., | ) | Magistrate Judge Geraldine Soat |
| | ) | Brown |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Charles J. Cooper                    Stephen Kolodziej
     David H. Thompson                    Brenner Ford Monroe & Scott Ltd.
     Jesse Panuccio                       33 N. Dearborn Street, Suite 300
     Cooper & Kirk, PLLC                  Chicago, IL 60602
     1523 New Hampshire Ave., NW
     Washington, DC 20036

     Alan Gura                            David G. Sigale
     Gura & Possessky, PLLC               Law Firm of David G. Sigale, P.C.
     101 N. Columbus Street               Corporate West I
     Suite 405                            4300 Commerce Court, Suite 300-3
     Alexandria, VA 22314                 Lisle, IL 60532

     Brian S. Koukoutchos
     28 Eagle Trace
     Mandeville, LA 70471

**PLEASE TAKE NOTICE** that on September 7, 2010, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman in Courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Motion for Leave to Cite Additional Authority in Support of Their Local Rule 40.4 Motion to Reassign Case as Related**, a copy of which is attached and is hereby served upon you.

Dated:  September 2, 2010           Respectfully submitted,

                                    MARA S. GEORGES,
                                    Corporation Counsel for the City of Chicago

                                    By:    /s/Michael A. Forti
                                          Deputy Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, Michael A. Forti, an attorney, hereby certify that on this, the 2nd day of September, 2010, I caused a copy of **Defendants' Motion for Leave to Cite Additional Authority in Support of Their Local Rule 40.4 Motion to Reassign Case as Related**, to be served by electronic filing on:

Stephen Kolodziej
Brenner Ford Monroe & Scott Ltd.
33 N. Dearborn Street, Suite 300
Chicago, IL 60602

Charles J. Cooper
David H. Thompson
Jesse Panuccio
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

Brian S. Koukoutchos
28 Eagle Trace
Mandeville, LA 70471

and by electronic mail and by first-class United States postage prepaid on

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street
Suite 405
Alexandria, VA 22314

David G. Sigale
Law Firm of David G. Sigale, P.C.
Corporate West I
4300 Commerce Court, Suite 300-3
Lisle, IL 60532


/s/Michael A. Forti
Michael A. Forti