# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Brett Benson, et al.

                        Plaintiff,

v.                                           Case No.: 1:10−cv−04184
                                                Honorable Ronald A. Guzman

The City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 2, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 9/7/10 is stricken. Motion by Defendants Richard M Daley, The City of Chicago for leave to file /cite additional authority [36] is granted. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.