**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BENSON, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 10-CV-4184 |
| | ) | **Judge Ronald A. Guzman** |
| **CITY OF CHICAGO, ET AL.,** | ) | **Magistrate Judge Geraldine Soat** |
| | ) | **Brown** |
| **Defendants.** | ) | |

**NOTICE OF FILING**

**TO:**  Charles J. Cooper            Stephen Kolodziej
David H. Thompson           Brenner Ford Monroe & Scott Ltd.
Jesse Panuccio                    33 N. Dearborn Street, Suite 300
Cooper & Kirk, PLLC           Chicago, IL 60602
1523 New Hampshire Ave., NW
Washington, DC 20036

Brian S. Koukoutchos
28 Eagle Trace
Mandeville, LA 70471

**PLEASE TAKE NOTICE** that on October 12, 2010, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendants' Answer and Defenses to Plaintiffs' First Amended Complaint**, a copy of which is attached and is hereby served upon you.

Dated: October 12, 2010            Respectfully submitted,

MARA S. GEORGES,
Corporation Counsel for the City of Chicago

By:    /s/William Macy Aguiar
             Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, William Macy Aguiar, an attorney, hereby certify that on this, the 12th day of October, 2010, I caused a copy of **Defendants' Answer and Defenses to Plaintiffs' First Amended Complaint**, to be served by electronic filing on:

| | |
|---|---|
| Charles J. Cooper | Stephen Kolodziej |
| David H. Thompson | Brenner Ford Monroe & Scott Ltd. |
| Jesse Panuccio | 33 N. Dearborn Street, Suite 300 |
| Cooper & Kirk, PLLC | Chicago, IL 60602 |
| 1523 New Hampshire Ave., NW | |
| Washington, DC 20036 | |
| | |
| Brian S. Koukoutchos | |
| 28 Eagle Trace | |
| Mandeville, LA 70471 | |

/s/William Macy Aguiar
William Macy Aguiar