## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BRETT BENSON, RAYMOND SLEDGE, KENNETH PACHOLSKI, KATHRYN TYLER, MICHAEL HALL SR., RICK PERE, and the ILLINOIS ASSOCATION OF FIREARMS RETAILERS, ) ) ) ) ) ) | ) |
| Plaintiffs, ) | No. 10-CV-4184 Judge Ronald A. Guzman |
| v. ) ) | |
| THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, ) ) ) ) | |
| Defendants. ) | |

### RULE 21 MOTION TO WITHDRAW AS PARTY PLAINTIFF

NOW COMES Plaintiff Raymond Sledge, by and through his attorneys, and respectfully moves the Court pursuant to Fed. R. Civ. P. 21 to dismiss him as a party plaintiff to this civil action, with the case to continue as to all other Plaintiffs. By email dated October 15, 2010, Plaintiffs' counsel sought from Defendants' consent to this motion, but Defendants' counsel has not responded to that request.

Dated: October 19, 2010

Stephen Kolodziej
Atty. ID # 6216375
BRENNER FORD MONROE & SCOTT LTD.
33 N. Dearborn St., Suite 300
Chicago, IL 60602
Tel: (312) 781-1970
Fax: (312)781-9202
Email: skolodziej@brennerlawfirm.com

Brian S. Koukoutchos*
28 Eagle Trace

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Jesse Panuccio*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com

Mandeville, LA  70471  
Tel: (985) 626-5052  
bkoukoutchos@gmail.com

*Admitted *pro hac vice*.

*Counsel for Plaintiffs*