**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BRETT BENSON, RAYMOND SLEDGE, KENNETH PACHOLSKI, KATHRYN TYLER, MICHAEL HALL SR., RICK PERE, and the ILLINOIS ASSOCATION OF FIREARMS RETAILERS,** ) ) ) ) ) ) | |
| **Plaintiffs,** ) | **No. 10-CV-4184** |
| ) | **Judge Ronald A. Guzman** |
| v. ) ) | |
| **THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago,** ) ) ) ) | |
| **Defendants.** ) | |

### NOTICE OF MOTION

    **TO:**    Mara S. Georges
              Michael A. Forti
              Mardell Nereim
              Andrew W. Worseck
              William Macy Aguiar
              Rebecca Alfert Hirsch
              City of Chicago, Department of Law
              Constitutional and Commercial Litigation Division
              30 N. LaSalle St., Suite 1230
              Chicago, IL  60602

      PLEASE TAKE NOTICE that on October 26, 2010, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman in Courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present Plaintiff Raymond Sledge's Rule 21 Motion to Withdraw as Party Plaintiff, a copy of which is attached and his hereby served upon you.

| | |
|---|---|
| Dated: October 19, 2010 | Respectfully submitted, |
| Stephen Kolodziej<br>Atty. ID # 6216375<br>BRENNER FORD MONROE & SCOTT LTD.<br>33 N. Dearborn St., Suite 300<br>Chicago, IL  60602<br>Tel: (312) 781-1970<br>Fax: (312)781-9202<br>Email: skolodziej@brennerlawfirm.com<br><br>Brian S. Koukoutchos*<br>28 Eagle Trace<br>Mandeville, LA  70471<br>Tel: (985) 626-5052<br>bkoukoutchos@gmail.com | s/ Charles J. Cooper<br>Charles J. Cooper*<br>David H. Thompson*<br>Jesse Panuccio*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, D.C.  20036<br>Tel: (202) 220-9600<br>Fax: (202) 220-9601<br>Email: ccooper@cooperkirk.com<br><br>*Admitted *pro hac vice*.<br><br>*Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I, Charles J. Cooper, hereby certify that on this 19th day of October, 2010, I caused a copy of Plaintiff Raymond Sledge's Rule 21 Motion to Withdraw as Party Plaintiff to be served by electronic filing on:

    Mara S. Georges
    Michael A. Forti
    Mardell Nereim
    Andrew W. Worseck
    William Macy Aguiar
    Rebecca Alfert Hirsch
    City of Chicago, Department of Law
    Constitutional and Commercial Litigation Division
    30 N. LaSalle St., Suite 1230
    Chicago, IL 60602

                                          s/ Charles J. Cooper
                                          Charles J. Cooper