**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BENSON, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 10-CV-4184 |
| | ) | **Judge Ronald A. Guzman** |
| **CITY OF CHICAGO, ET AL.,** | ) | Magistrate Judge Geraldine Soat |
| | ) |  Brown |
| **Defendants.** | ) | |

## NOTICE OF MOTION

**TO:**  Charles J. Cooper                    Stephen Kolodziej
       David H. Thompson                  Brenner Ford Monroe & Scott Ltd.
       Jesse Panuccio                         33 N. Dearborn Street, Suite 300
       Cooper & Kirk, PLLC                 Chicago, IL 60602
       1523 New Hampshire Ave., NW
       Washington, DC 20036

       Brian S. Koukoutchos               Walter Maksym
       28 Eagle Trace                          2056 N. Lincoln Avenue
       Mandeville, LA 70471                Chicago, IL 60614

**PLEASE TAKE NOTICE** that on Tuesday, October 26, 2010, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman in Courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Local Rule 40.4 Motion to Reassign Case as Related**, a copy of which is attached and is hereby served upon you.

Dated: October 20, 2010              Respectfully submitted,

                                     MARA S. GEORGES,
                                     Corporation Counsel for the City of Chicago

                                     By:    /s/William Macy Aguiar
                                            Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Rebecca Alfert Hirsch, an attorney, hereby certify that on this, the 20th day of October, 2010, I caused a copy of **Defendants' Local Rule 40.4 Motion to Reassign Case as Related**, to be served by electronic filing on:

| | |
|---|---|
| Charles J. Cooper | Stephen Kolodziej |
| David H. Thompson | Brenner Ford Monroe & Scott Ltd. |
| Jesse Panuccio | 33 N. Dearborn Street, Suite 300 |
| Cooper & Kirk, PLLC | Chicago, IL 60602 |
| 1523 New Hampshire Ave., NW | |
| Washington, DC 20036 | |

Brian S. Koukoutchos
28 Eagle Trace
Mandeville, LA 70471

and by electronic mail and first-class United States mail, postage prepaid, on:

Walter Maksym
2056 N. Lincoln Avenue
Chicago, IL 60614

/s/Rebecca Alfert Hirsch
Rebecca Alfert Hirsch