## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
## Eastern Division

Brett Benson, et al.
                            Plaintiff,

v.                                            Case No.: 1:10−cv−04184
                                            Honorable Ronald A. Guzman

The City of Chicago, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 22, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 10/26/10 is stricken. Set deadlines as to motion by Defendant The City of Chicago to reassign case as related [47] : Responses due by 11/12/2010. Replies due by 11/29/2010. Ruling to be by mail. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.