**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Brett Benson, et al.
                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:10−cv−04184
　　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman

The City of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 22, 2010:

    MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 10/26/10 is stricken. Motion by Plaintiff Raymond Sledge to withdraw as party plaintiff. [45] is granted. It is hereby ordered that Raymond Sledge is dismissed as a party plaintiff to this civil action, with the case to continue as to all other Plaintiffs. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.