IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BENSON, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4184 |
| | ) | Judge Ronald A. Guzman |
| CITY OF CHICAGO, ET AL., | ) | Magistrate Judge Geraldine Soat |
| | ) | Brown |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Charles J. Cooper                     Stephen Kolodziej
      David H. Thompson                     Brenner Ford Monroe & Scott Ltd.
      Jesse Panuccio                        33 N. Dearborn Street, Suite 300
      Cooper & Kirk, PLLC                   Chicago, IL 60602
      1523 New Hampshire Ave., NW
      Washington, DC 20036

      Brian S. Koukoutchos                  Walter Maksym
      28 Eagle Trace                        2056 N. Lincoln Avenue
      Mandeville, LA 70471                  Chicago, IL 60614

   **PLEASE TAKE NOTICE** that on November 29, 2010, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendants' Reply in Support of Their Local Rule 40.4 Motion to Reassign Case as Related**, a copy of which is attached and is hereby served upon you.

Dated: November 29, 2010         Respectfully submitted,

                                 MARA S. GEORGES,
                                 Corporation Counsel for the City of Chicago

                                 By:    /s/William Macy Aguiar
                                        Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975 / 7129 / 4216

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, William Macy Aguiar, an attorney, hereby certify that on this, the 29th day of November, 2010, I caused a copy of **Defendants' Reply in Support of Their Local Rule 40.4 Motion to Reassign Case as Related**, to be served by electronic filing on:

Charles J. Cooper
David H. Thompson
Jesse Panuccio
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

Stephen Kolodziej
Brenner Ford Monroe & Scott Ltd.
33 N. Dearborn Street, Suite 300
Chicago, IL 60602

Brian S. Koukoutchos
28 Eagle Trace
Mandeville, LA 70471

and by first-class United States mail, postage prepaid, on:

Walter Maksym
2056 N. Lincoln Avenue
Chicago, IL 60614

/s/William Macy Aguiar
William Macy Aguiar