# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4184 | **DATE** | 12/3/2010 |
| **CASE TITLE** | Brett Benson vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

For the reasons set forth in this Order, plaintiffs' motions to reassign [doc. nos. 26 & 47] are denied.

■[ For further details see text below.]     Docketing to mail notices.

## STATEMENT

     Plaintiffs seek to have *Ezell v. City of Chicago*, 10 C 5135, pending before Judge Kendall, and *Second Amendment Arms v. City of Chicago*, 10 C 4257, pending before Judge Dow, reassigned to this Court. The case before Judge Kendall is in a different procedural posture than this one. She has already held a hearing on and denied plaintiffs' motion for a preliminary injunction, a ruling that is currently pending before the Seventh Circuit. The case before Judge Dow is broader in scope than this one. The plaintiffs in that case seek restitution, damages and a writ of mandamus, claims not asserted here. Given the substantial differences between those cases and this one, reassignment is not appropriate. *See* Local Rule 40.4.