IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETT BENSON, KENNETH PACHOLSKI, ) <br> KATHRYN TYLER, MICHAEL HALL, ) <br> RICK PERE, and the ILLINOIS ASSOCATION ) <br> OF FIREARMS RETAILERS, ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> THE CITY OF CHICAGO and ) <br> RICHARD M. DALEY, Mayor of the ) <br> City of Chicago, ) <br> ) <br> **Defendants.** ) | No. 10-CV-4184 <br> Judge Ronald A. Guzman |

**AGREED MOTION TO EXTEND FACT DISCOVERY**

NOW COME Defendants the City of Chicago and Mayor Richard M. Daley, and Plaintiffs Brett Benson, Kenneth Pacholski, Kathryn Tyler, Michael Hall, Rick Pere, and the Illinois Association of Firearms Retailers, by and through their attorneys, and respectfully move the Court to continue the close of fact discovery until March 31, 2010. In support of this Motion, the parties respectfully state:

1. This case presents a constitutional challenge to several provisions of the City of Chicago's firearms ordinance, enacted on July 2, 2010, in the wake of the Supreme Court's decision in *McDonald v. Chicago*, 130 S. Ct. 3020 (2010). Plaintiffs challenge the ban on possession of firearms outside the "home," insofar as the City's definition of "home" excludes possession in certain areas such as garages and yards; the ban on sales or transfer of firearms within the city; the ban on shooting galleries and firing ranges within the city; the ban on

1

possession of more than one operable firearm in the home; and the ban on carriage of firearms.

    2.   Fact discovery in this case began on September 1, 2010 and is set to close on January 7, 2011.

    3.   Since that time the parties have methodically and diligently pursued discovery, serving numerous requests for production, interrogatories, deposition notices, and third-party subpoenas, as well as responses thereto. For example, Plaintiffs served a first set of document requests and interrogatories on September 21, 2010, and Defendants did so on October 22. The parties have already tendered written responses and objections, and produced documents, in response to this discovery. In addition, Defendants served a second set of document requests and interrogatories on November 5, 2010, and Plaintiffs did so on November 12. Responses to this discovery will be due over the next week and a half. The depositions of four of the Plaintiffs are set to occur during the week December 13, 2010.

    4.   Notwithstanding the parties' respective timely responses to discovery and production of documents, the parties have, in response to various discovery requests, disputed the permissible scope of discovery in this case. For example, the parties have disagreed about the permissible scope of document requests and whether certain depositions are appropriate. Nonetheless, for over a month, the parties have engaged, and continue to engage, in good-faith negotiations to come to agreement on these issues—or at least to narrow the ultimate scope of disagreement. Despite these efforts, complete agreement does not appear likely and thus the parties anticipate that some of these issues will soon be brought before the Court in the form of motions to compel or to quash. But the parties continue to work to refine and narrow the ultimate issues that will be litigated.

    5.   Moreover, pursuant to Fed. R. Civ. P. 15(a)(2), and with Defendants' written consent,

Plaintiffs plan to file a Second Amended Complaint in this action.[1] Although Plaintiffs have not fully come to rest on these matters, the Second Amended Complaint will likely add a party, add a count, and add some factual detail and allegations. These amendments may require additional fact discovery.

6. In light of these developments, the schedules of counsel, and the impending holidays, the parties do not believe they can reasonably complete desired fact discovery by January 7, 2011. The parties have negotiated and have agreed to a fact-discovery cutoff of March 31, 2011—an extension that they believe would provide the time necessary to complete fact discovery in this action without materially delaying the resolution of the case. The parties have further agreed that if fact discovery closes on March 31, then: expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(A)-(C), if any, should be due on May 2, 2011; rebuttal expert disclosures, if any, should be due on June 15, 2011; and expert discovery should close on June 30, 2011.

7. The parties have further agreed that by consenting to this motion they have not and do not waive any position they may take on the permissibility of any particular discovery that has been or might be sought by any party.

## CONCLUSION

For the foregoing reasons, Defendants and Plaintiffs respectfully and jointly request that the Court enter an order continuing fact discovery until March 31, 2011, setting May 2, 2011 as the date for expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(A)-(C), setting June 15, 2011 as the date for disclosure of expert rebuttal reports, and setting June 30, 2011 as the date when expert discovery closes.

---

[1] Defendants would reserve their right to answer or otherwise plead to the new additions.

Dated: December 3, 2010                     Respectfully submitted,

| For Plaintiffs: | For Defendants: |
|---|---|
| s/ Charles J. Cooper<br>Charles J. Cooper*<br>David H. Thompson*<br>Jesse Panuccio*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, D.C. 20036<br>Tel: (202) 220-9600<br>Fax: (202) 220-9601<br>Email: ccooper@cooperkirk.com<br><br>*Admitted *pro hac vice*.<br><br>Stephen Kolodziej<br>Atty. ID # 6216375<br>BRENNER FORD MONROE & SCOTT LTD.<br>33 N. Dearborn St., Suite 300<br>Chicago, IL 60602<br>Tel: (312) 781-1970<br>Fax: (312)781-9202<br>Email: skolodziej@brennerlawfirm.com<br><br>*Counsel for Plaintiffs* | MARA S. GEORGES<br>Corporation Counsel<br>for the City of Chicago<br><br>By: s/ Andrew W. Worseck<br>Assistant Corporation Counsel<br><br>Michael A. Forti<br>Mardell Nereim<br>Andrew W. Worseck<br>William Macy Aguiar<br>Rebecca Alfert Hirsch<br>City of Chicago, Department of Law<br>Constitutional and Commercial Litigation Division<br>30 North LaSalle Street, Suite 1230<br>Chicago, Illinois 60602<br>(312) 744-9018 / 6975 / 7129 / 4216<br><br>*Attorneys for Defendants* |