## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRETT BENSON, KENNETH PACHOLSKI, | ) | |
| KATHRYN TYLER, MICHAEL HALL, | ) | |
| RICK PERE, and the ILLINOIS ASSOCATION | ) | |
| OF FIREARMS RETAILERS, | ) | |
| | ) | **No. 10-CV-4184** |
| | ) | **Judge Ronald A. Guzman** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF CHICAGO and | ) | |
| RICHARD M. DALEY, Mayor of the | ) | |
| City of Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF AGREED MOTION

**TO:**   Mara S. Georges
Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL  60602

PLEASE TAKE NOTICE that on December 9, 2010, at the hour of 9:30 a.m., or as soon

thereafter as counsel may be heard, Plaintiffs and Defendants, by agreement, shall appear before

the Honorable Ronald A. Guzman in Courtroom 1219 of the United States District Court for the

Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604,

or any such judge sitting in his place and stead, and present the parties' Agreed Motion to Extend

Fact Discovery, a copy of which is attached and his hereby served upon you.

1

2

Dated: December 3, 2010

Stephen Kolodziej
Atty. ID # 6216375
BRENNER FORD MONROE & SCOTT LTD.
33 N. Dearborn St., Suite 300
Chicago, IL  60602
Tel: (312) 781-1970
Fax: (312)781-9202
Email: skolodziej@brennerlawfirm.com

Brian S. Koukoutchos*
28 Eagle Trace
Mandeville, LA  70471
Tel: (985) 626-5052
bkoukoutchos@gmail.com

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Jesse Panuccio*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C.  20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com

*Admitted *pro hac vice*.

*Counsel for Plaintiffs*