IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETT BENSON, KENNETH PACHOLSKI, KATHRYN TYLER, MICHAEL HALL, RICK PERE, and the ILLINOIS ASSOCATION OF FIREARMS RETAILERS, <br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago,<br><br>Defendants. | No. 10-CV-4184<br>Judge Ronald A. Guzman |

### NOTICE OF AGREED MOTION

TO: Mara S. Georges
Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL 60602

PLEASE TAKE NOTICE that on December 16, 2010, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs and Defendants, by agreement, shall appear before the Honorable Ronald A. Guzman in Courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present the parties' Agreed Motion to Extend Fact Discovery, a copy of which is attached and his hereby served upon you. This notice

hereby supersedes and withdraws a prior notice that had set presentment of the agreed motion for December 9, 2010.

| | |
|---|---|
| Dated: December 8, 2010 | Respectfully submitted, |
| Stephen Kolodziej<br>Atty. ID # 6216375<br>BRENNER FORD MONROE & SCOTT LTD.<br>33 N. Dearborn St., Suite 300<br>Chicago, IL 60602<br>Tel: (312) 781-1970<br>Fax: (312)781-9202<br>Email: skolodziej@brennerlawfirm.com<br><br>Brian S. Koukoutchos*<br>28 Eagle Trace<br>Mandeville, LA 70471<br>Tel: (985) 626-5052<br>bkoukoutchos@gmail.com | s/ Charles J. Cooper<br>Charles J. Cooper*<br>David H. Thompson*<br>Jesse Panuccio*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, D.C. 20036<br>Tel: (202) 220-9600<br>Fax: (202) 220-9601<br>Email: ccooper@cooperkirk.com<br><br>*Admitted *pro hac vice*.<br><br>*Counsel for Plaintiffs* |