## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Brett Benson, et al.
                              Plaintiff,

v.                                              Case No.: 1:10−cv−04184
                                                Honorable Ronald A. Guzman

The City of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 16, 2010:

   MINUTE entry before Honorable Ronald A. Guzman: Motion hearing held on
12/16/2010. Motion by Plaintiffs for extension of time to complete discovery [56] is
granted. Fact discovery ordered closed by 3/31/2011. 5/2/11 is the date for expert
disclosures. 6/15/11 is the date for disclosure of expert rebuttal reports. 6/30/11 is the date
when expert discovery closes. NO EXTENSIONS. Status hearing reset to 4/6/2011 at
09:30 AM. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.