**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRETT BENSON, RAYMOND SLEDGE, KENNETH PACHOLSKI, KATHRYN TYLER, MICHAEL HALL SR., RICK PERE, and the ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, | ) ) ) ) ) ) | No. 10 CV 4184 |
| Plaintiffs, | ) ) | Judge Ronald A. Guzman |
| v. | ) ) | Magistrate Judge Geraldine Soat Brown |
| THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** Counsel on the attached service list

    PLEASE TAKE NOTICE that on **Tuesday, January 11, 2011, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before **The Honorable Ronald A. Guzman**, or any judge sitting in his stead, in **Room 1219** of the Dirksen Federal Courthouse, and present the **Defendants' Motion for a Protective Order** and **Memorandum in Support**, copies of which are served upon you as reflected in the attached Certificate of Service.

    Respectfully submitted,

    Mara S. Georges, Corporation Counsel for the City of Chicago

    By:   /s/ Andrew Worseck
    Assistant Corporation Counsel

City of Chicago
Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle, Suite 1230
Chicago, Illinois 60602
(312) 744-7129

Dated: January 7, 2011

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record for the Defendants, hereby certifies that on January 7, 2011 he served a copy of the foregoing **Notice of Motion** and **Defendants' Motion for a Protective Order** and **Memorandum in Support**, along with this certificate of service, on the parties listed below by electronic means pursuant to Electronic Case Filing (ECF):

| | |
|---|---|
| Charles J. Cooper | Stephen Kolodziej |
| David H. Thompson | Brenner Ford Monroe & Scott Ltd. |
| Jesse Panuccio | 33 N. Dearborn Street, Suite 300 |
| Cooper & Kirk, PLLC | Chicago, Illinois 60602 |
| 1523 New Hampshire Ave., NW | |
| Washington, DC 20036 | |

/s/ Andrew Worseck