IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETT BENSON, KENNETH PACHOLSKI, KATHRYN TYLER, MICHAEL HALL, RICK PERE, and the ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, )<br><br>Defendants. ) | Civil Action No. 10-cv-04184<br>Judge Ronald A. Guzman<br>Magistrate Judge Geraldine Soat Brown |

## STATEMENT PURSUANT TO LOCAL RULE 37.2

Pursuant to Local Rule 37.2, Counsel for Plaintiffs hereby states that after consultation by telephone and good faith attempts to resolve differences, the parties are unable to reach an accord regarding the discovery disputes in Plaintiffs' Motion to Compel Discovery. As detailed in the Motion, and the memorandum in support of the motion, the parties have engaged in numerous and protracted good-faith negotiations over these discovery disputes, including participation in multiple telephonic conferences and the exchange of several letters. The most significant telephonic conferences occurred on November 2, 2010, December 3, 2010, and January 4, 2010, although there were numerous shorter conferences over the last several months (some of which occurred by telephone and some of which occurred in person). In general, Plaintiffs were represented in these negotiations by Jesse Panuccio, and Defendants were represented by Andrew Worseck. Other counsel occasionally participated in some of these conferences: David Thompson for Plaintiffs, and William Aguiar and Rebecca Hirsch for Defendants.

With respect to Plaintiffs' alternative proposal for a stay of discovery pending resolution

2

of controlling legal issues, Plaintiffs attempted to engage in a telephonic conference on January 7, 2011, but counsel for Defendants was unable to meet as Mr. Forti was out of the office. Counsel for the parties have agreed to attempt to consult prior to presentment of the motion and will apprise the Court if an agreement is reached on this issue.

Dated: January 7, 2011                                  Respectfully submitted,

Stephen Kolodziej                                       s/ Charles J. Cooper
Atty. ID # 6216375                                      Charles J. Cooper*
BRENNER FORD MONROE & SCOTT LTD.                        David H. Thompson*
33 N. Dearborn St., Suite 300                           Jesse Panuccio*
Chicago, IL 60602                                       COOPER & KIRK, PLLC
Tel: (312) 781-1970                                     1523 New Hampshire Ave., NW
Fax: (312)781-9202                                      Washington, D.C. 20036
Email: skolodziej@brennerlawfirm.com                    Tel: (202) 220-9600
                                                        Fax: (202) 220-9601
                                                        Email: ccooper@cooperkirk.com
                                                        *Admitted *pro hac vice*.
                                                        *Counsel for Plaintiffs*

2