## INDEX OF EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL

| EXHIBIT | TITLE |
|---|---|
| A | Plaintiffs' First Set of Requests for Production |
| A1 | Defendants' Response to Plaintiffs' First Set of Requests for Production |
| B | Plaintiffs' First Set of Interrogatories |
| B1 | Defendants' Response to Plaintiffs' First Set of Interrogatories |
| C | Plaintiffs' Second Set of Requests for Production and Interrogatories |
| C1 | Defendants' Response to Plaintiffs' Second Set of Requests for Production and Second Set of Interrogatories |
| D | Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A) |
| E | Plaintiffs' Notice of a Deposition of the City of Chicago Pursuant to Federal Rule of Civil Procedure 30(b)(6) |
| F | Plaintiffs' Notice of Depositions of Ernest Brown, Daniel Bartoli, Jody Weis, and Patricia Scudiero |
| G | Letter from D. Worseck to J. Panuccio (Nov. 4, 2010) |
| H | Letter from J. Panuccio to D. Worseck (Nov. 5, 2010) |
| I | Letter from J. Panuccio to D. Worseck (Nov. 12, 2010) |
| J | Letter from D. Worseck to J. Panuccio (Nov. 24, 2010) |
| K | Letter from D. Worseck to J. Panuccio (Dec. 8, 2010) |
| L | Letter from J. Panuccio to D. Worseck (Dec. 10, 2010) |
| M | Letter from J. Panuccio to D. Worseck (Dec. 29, 2010) |
| N | Excerpts, Transcript of Hearing on Plaintiffs' Motion for a Preliminary Injunction, *Ezell v. City of Chicago*, No. 1:10-cv-05135 (N.D. Ill., Oct. 4, 2010) |
| O | Statement of City Council Committee on Police and Fire (July 1, 2010) |