# EXHIBIT O

### City Council Committee on Police and Fire
### July 1, 2010

On June 18 and June 29, this Committee held hearings on gun violence and took testimony from experts on possible policies to reduce such violence in our city. These hearings contemplated the impact of the United States Supreme Court's *McDonald* decision on the City's handgun ban, and on future policies the City can enact to address gun violence.

More than 30 people testified at these hearings. We've heard from numerous experts on gun violence, from the Corporation Counsel and other legal experts, from the Superintendent of the Chicago Police Department and other CPD officers, from business owners, from leaders in our faith and community organizations, from those who have lost loved ones to gun violence, and even from some of the plaintiffs in the *McDonald* case.

Among the experts that testified were:

- Robyn Thomas, the Executive Director of Legal Community Against Violence
- David Hemenway, from the Harvard School of Public Health
- Thom Mannard, Executive Director of the Illinois Council Against Handgun Violence
- Tom VandenBerk, President and CEO of the Uhlich Children's Advantage Network
- Mark Walsh, the Executive Director of the Illinois Campaign to Prevent Gun Violence
- Dr. Marie Crandall, from the Trauma Unit at Northwestern Medical Faculty Foundation
- Claude Robinson, the Executive Vice President at the Uhlich Children's Advantage Network
- Annette Holt, from Purpose Over Pain
- Juliet Leftwich, the Legal Director of Legal Community Against Violence, and
- Daniel Webster, Co-Director of the Johns Hopkins Center for Gun Policy and Research

I would also like to acknowledge that one of the experts we invited, Dr. Jens Ludwig, a Professor of Social Service Administration, Law, and Public Policy at the University of Chicago's Crime Lab, was unable to speak but prepared testimony that was distributed to the members of the Committee on June 29. This testimony sets forth Dr. Ludwig's research on the costs of gun violence in Chicago. We've distributed this testimony to the Committee members again today, and I would like to note that it is on the record, and to thank Dr. Ludwig.

During our prior hearings, we also distributed and placed on the record the testimony from several of our other experts, as well as references from their work and numerous other studies on

the causes and effects of gun violence, and recommendations on what we can do to address this problem.

From the evidence that was presented at these hearings, the Committee can make the following findings:

1.  Chicago, like other big cities, has a serious problem of gun violence. The total economic and social costs of gun violence in Chicago are substantial. Gun violence severely impacts Chicago's criminal justice and health care systems. Gun violence foments fear in Chicago communities, which can harm property values and drive residents to flee neighborhoods.

2.  An increase in the number of guns in circulation contributes to an increase in the number of incidents of gun violence. The presence of a gun makes a crime more lethal than it would be if a gun were not present.

3.  Handguns, to an extreme degree, disproportionately contribute to gun violence and death in Chicago.

4.  A strong permitting system for firearm owners is vital. Persons who commit violent crimes or threaten public safety by repeated substance abuse should not be allowed to possess firearms. Fingerprinting is necessary to identify ineligible persons. Public safety requires that firearm owners complete a certified firearms training course that includes both classroom instruction and range training.

5.  A vigorous firearms registration system is necessary. Registration gives law enforcement essential information about firearms ownership, allows first responders to determine in advance whether individuals may have firearms, facilitates the return of lost or stolen firearms to their rightful owners, permits officers to seize unregistered weapons, and permits officers to charge an individual with a crime if he or she is in possession of an unregistered firearm. Requiring owners to confirm registration information annually is necessary to further these ends.

6.  Shootings in the home are a major cause of death, particularly of children and minors. Requiring owners to secure or store their firearms when minors are present, or likely to be present, can reduce the number of accidental and intentional youth firearms injuries, including youth suicides. Further, limiting the number of firearms in the home that may be kept in an operable condition even when no minor is present reduces the risk of firearms injury in the home.

7.  Requiring owners to quickly notify law enforcement of the loss, theft, or destruction of their firearm aides law enforcement in reducing illegal gun trafficking, and in identifying and prosecuting gun traffickers. Requiring owners to report the loss or theft when they know or should have known of the loss or theft enhances these purposes. A notification requirement also assists law enforcement in returning firearms to their lawful owners.

CITY 000791

8. Limiting the number of handguns in circulation is essential to public safety. Limiting registration of handguns to one per person per month will help limit handgun injuries and crimes, as well as illegal handgun trafficking and straw purchasing.

9. The carrying of firearms in public should be prohibited. In a dense, urban environment like Chicago, public carrying presents a high risk that everyday interpersonal conflicts will result in gun injury. Carrying allows carriers, particularly gang members, to intimidate others. Carrying also increases the threat to law enforcement when responding to calls for assistance.

10. The public safety requires a ban on assault weapons. Assault weapons are not designed for the purpose of self-defense in the home and are not necessary for that purpose, nor are they designed for sport. They are military-style weapons and pose a particularly dangerous threat to law enforcement, as well as to civilians.

11. "Junk guns" – cheap, low-quality handguns that are prone to misfire, fire when dropped, or otherwise malfunction, and that are usually easily concealed – are disproportionately associated with criminal misuse, especially by juveniles and young adults. Banning junk guns will reduce accidents and the risk of criminal abuse.

12. Gun dealers in the City present a risk of firearms flowing quickly into the community and into the hands of criminals, through theft or illegal trafficking, or even through legitimate purchases. Further, there are many federally-licensed gun dealers close to Chicago from which Chicago residents may purchase firearms.

The Committee understands and respects the constitutional rights of Chicago residents. The Committee is mindful of the rulings of the United States Supreme Court, and of the protections conferred by the Second Amendment. The policies that will be recommended by the Committee and contained in the Responsible Gun Ownership Ordinance are in full accord with those rights and protections and are necessary for the ongoing protection of the public welfare and the safety of the residents of Chicago.