IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRETT BENSON, KENNETH PACHOLSKI, | ) | |
| KATHRYN TYLER, MICHAEL HALL, | ) | |
| RICK PERE, and the ILLINOIS | ) | |
| ASSOCIATION OF FIREARMS RETAILERS, | ) | Civil Action No. 10-cv-04184 |
| | ) | Judge Ronald A. Guzman |
| Plaintiffs, | ) | Magistrate Judge Geraldine Soat |
| | ) | Brown |
| v. | ) | |
| | ) | |
| THE CITY OF CHICAGO and | ) | |
| RICHARD M. DALEY, Mayor of the | ) | |
| City of Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

    **TO:** Mara S. Georges
Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL 60602

    **PLEASE TAKE NOTICE** that on January 11, 2011, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman in Courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Plaintiffs' Motion to Compel Discovery from Defendants Or, in the Alternative, To Establish a Briefing Schedule Regarding Controlling Points of Law**, a copy of which is attached and is hereby served upon you.

| | |
|---|---|
| Dated: January 7, 2011 | Respectfully submitted, |
| | |
| Stephen Kolodziej | s/ Charles J. Cooper |
| Atty. ID # 6216375 | Charles J. Cooper* |
| BRENNER FORD MONROE & SCOTT LTD. | David H. Thompson* |
| 33 N. Dearborn St., Suite 300 | Jesse Panuccio* |

1

Chicago, IL 60602
Tel: (312) 781-1970
Fax: (312)781-9202
Email: skolodziej@brennerlawfirm.com

COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com
*Admitted *pro hac vice*.
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Charles J. Cooper, hereby certify that on this 7th day of January, 2011, I caused a copy of the foregoing to be served by electronic filing on:

Michael A. Forti
Andrew W. Worseck
Rebecca Alfert Hirsch
William Macy Aguiar
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL  60602

s/ Charles J. Cooper
Charles J. Cooper