UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Brett Benson, et al.
　　　　　　　　　　　　　　Plaintiff,
v.　　　　　　　　　　　　　　　　　　　Case No.: 1:10−cv−04184
　　　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman
The City of Chicago, et al.
　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 10, 2011:

　　　　MINUTE entry before Honorable Ronald A. Guzman: Notices of motions set for 1/11/11 are stricken. Reset hearing as to motion by Plaintiffs Brett Benson, Michael Hall, Illinois Association of Firearms Retailers, Kenneth Pacholski, Rick Pere, Kathryn Tyler to compel discovery or in the alternative establish a briefing schedule [65] and motion by Defendants Richard M Daley, The City of Chicago for protective order [63] : Motion Hearing set for 1/18/2011 at 09:30 AM. on Court's own motion. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.