# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, pursuant to the Executive Committee Order entered on December 23, 2010, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Edmond E. Chang, therefore

IT IS HEREBY ORDERED That the attached list of 281 cases be reassigned to the Honorable Edmond E. Chang.

IT IS FURTHER ORDERED that this order shall become effective on Monday, January 10, 2011.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

*/s/ James F. Holderman*
Chief Judge

Dated at Chicago, Illinois this 7th day of January, 2011

Cases to be Reassigned From the Hon. Marvin E. Aspen
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 09 C 04468 | Northside Chiropractic, Inc. et al. v Yellow Book Sales |
| 10 C 00234 | Phillips v. Phoenix Police Dept. et al |
| 10 C 05524 | Bijou v. HCR Manor Care |
| 10 C 06727 | Dixon v. Hardy et al. |

Cases to be Reassigned From the Hon. Elaine E. Bucklo
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 06 C 04951 | Myers v. Wickes Furniture Co., Inc. |
| 09 C 04520 | Chaney-Jackson v. Village of Dolton |
| 09 C 07995 | Snorton-Pierce v. State of Illinois |
| 10 C 02220 | Williams v. Wexford Health Sources |
| 10 C 04479 | Cement Masons Pension Fund v. Flooring Resources |
| 10 C 05598 | Todd v. Target Corporation |
| 10 C 06535 | Borders v. Motorola, Inc. |
| 10 C 07406 | Thomas v. Dart et al. |

Cases to be Reassigned From the Hon. Rubén Castillo
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 09 C 00631 | Albecker v. Contour Products, Inc. |
| 09 C 06366 | Penn Mutual Life Insurance v. Great Banc Trust Co., et al. |
| 10 C 00421 | McRoy v. Dart, et al. |
| 10 C 03068 | Brewer v. Flint Hills Resources Biofuels, et al. |
| 10 C 05017 | Martinez v. United Air Lines, Inc. |
| 10 C 05132 | Hosick v. Chicago State University, et al. |
| 10 C 05599 | McFatridge, et al. v. Scottsdale Indemnity Co. |
| 10 C 06232 | Equal Employment Opportunity Commission v. Promens USA, et al. |

Cases to be Reassigned From the Hon. Suzanne B. Conlon
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 09 C 03631 | Grooms v. City of Chicago et al. |
| 10 C 03483 | Activision TV, Inc. et al. v. Richard |
| 10 C 06140 | HSBC Bank USA, N.A. v. Santo set al. |
| 10 C 07452 | Brame v. Dart et al. |

Cases to be Reassigned From the Hon. John W. Darrah
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 09 C 02354 | Harris v. Central Garden & Pet Co. |
| 09 C 03166 | Lee v. City of Chicago et al. |
| 09 C 06416 | Vanco US, LLC v. Brink's, Inc. |
| 10 C 01050 | Heard et al. v. City of Chicago et al. |
| 10 C 04575 | Przybylo v. Professional Recovery Service |
| 10 C 05838 | Ulrich v. Trelleborg Sealing Solution |
| 10 C 06741 | Laborers' Pension Fund v. Gould Excavating and Trucking |
| 10 C 07616 | Chicago Carpenters Pension Fund v. RW Shannon, Inc. |

Cases to be Reassigned From the Hon. Samuel Der-Yeghiayan
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 08 C 05017 | First Choice Bank v. Health Professionals Ltd., et al. |
| 10 C 00020 | Barnes v. Chicago Board of Education |
| 10 C 04290 | Kuttner v. Zaruba et al.. |
| 10 C 05578 | Moore et al. v. Sheahan et al. |
| 10 C 06089 | Pittman v. Sierra Pacific Mortgage |
| 10 C 06468 | Sims et al. v. City of Chicago et al. |
| 10 C 07045 | Reach v. AON Service Corporation |
| 10 C 07147 | Coach Services, Inc. et al. v. FASHIONINABAG.com |
| 10 C 07565 | Cement Masons Pension v. Ruane Construction |

Cases to be Reassigned From the Hon. Robert Dow Jr.
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 07 C 06361 | Alvarado et al. v. Corporate Cleaning |
| 08 C 07231 | Pfizer Inc. et al. v. Apotex Inc. et al. |
| 09 C 04811 | Chicago Painters Pension Fund v. Louis Painting and Decorating |
| 10 C 00615 | R., Jr. v. Chicago Board of Education |
| 10 C 03419 | High Sierra Sport Co. v. Travelers Club Luggage |
| 10 C 04794 | Ackerman v. Will County ERT's, et al. |
| 10 C 06434 | Whitlow v. Lake Shore Motors Inc et al. |
| 10 C 07501 | Suburban Teamsters Pension Fund v. KK & J Trucking |

Cases to be Reassigned From the Hon. Robert W. Gettleman
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 06 C 01451 | Craft et al. v. Flagg et al. |
| 08 C 04398 | Armstrong et al. v. Maloney et al. |
| 09 C 02440 | Vasarhelyi v. Vasarhelyi et al. |
| 09 C 06697 | Spears v. Samson Roll Form Product |
| 10 C 02042 | Traderight Securities, Inc .et al. v. Kirschman, et al. |
| 10 C 04141 | California Compensation Insurance Fund v. St. Paul Guardian Ins. |
| 10 C 06014 | IBEW Local 176 Health Fund v. Hinsdale Electric Co. Et al. |
| 10 C 06886 | Littmann v. Capital One Bank (USA), |

Cases to be Reassigned From the Hon. Joan B. Gottschall
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 05 C 04120 | Trading Technologies International |
| 05 C 05164 | Trading Technologies International |
| 08 C 04230 | Rendon et al. v. European Craftsman |
| 08 C 06732 | United Rentals North America, Inc. v Zurich American Insurance |
| 09 C 05271 | Blair v. Phillips & Cohen Associates |
| 09 C 06906 | Dolores M. Reid v. Michael J. Astrue |
| 10 C 02143 | Fox Valley Const. v. Workers Fringe Benefits |
| 10 C 03380 | AT&T Corp. v. Next Wave Logistics |
| 10 C 06898 | James v. Hammond Indiana Police Department |

Cases to be Reassigned From the Hon. Ronald A. Guzman
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 03 C 08481 | Howard v. City of Chicago |
| 09 C 04433 | McKillian v. Valdez #258 et al. |
| 09 C 07912 | Crawford v. Ganzel et al. |
| 10 C 01111 | Stewart v. Northeast Illinois Regional Commuter RR |
| 10 C 02417 | U.S. CFTC v. Garafolo |
| 10 C 04184 | Benson et al. v. City of Chicago |
| 10 C 05980 | Kellogg v. Zimmer U.S., Inc. et al. |
| 10 C 06475 | Santiago et al. v. Smith Thomas Williams |
| 10 C 07264 | Deutsche Bank v. Jacobs, et al. |

Cases to be Reassigned From the Hon. William T. Hart
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 04 C 04003 | Galvan v. Norberg |
| 09 C 03749 | Laskin v. Siegel et al. |
| 10 C 02917 | Dockery v. Shepard et al. |
| 10 C 05661 | King v. Torsen et al. |

Cases to be Reassigned From the Hon. William J. Hibbler
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 08 C 01745 | Melamed v. Girardi et al. |
| 09 C 03943 | ADT Security Services, Inc. v. Warner |
| 09 C 07687 | Banks v. People of the State of Illinois |
| 10 C 01606 | Levin v. NC12, Inc. |
| 10 C 03795 | Doctor's Data, Inc. v. Barrett et al. |
| 10 C 04959 | Technology Sourcing, Inc. v. Griffin |
| 10 C 06328 | Laborers Pension Fund et al. v. Pendleton Industries, Inc. |
| 10 C 07210 | Stanton v. Chase Home Finance, LLC et al. |

Cases to be Reassigned From the Hon. James F. Holderman
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 09 C 06075 | Nickson et al. v. Rodriguez et al. |
| 09 C 07709 | Luza v. J.P. Morgan Chase Bank, N.A |
| 10 C 04239 | Domestic Mushroom Co., Inc. v. Wang |
| 10 C 06120 | Gonzalez v. Mason Transport, Inc. |

Cases to be Reassigned From the Hon. Virginia M. Kendall
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 08 C 06443 | Simon v. Washington Mutual Bank, |
| 09 C 04313 | Jones v. Countrywide Home Loans Inc. |
| 09 C 05293 | Taylor v. Avid Holdings, LLC et al. |
| 10 C 00013 | Franks et al. v. MKM Oil, Inc. |
| 10 C 02188 | Fifth Third Bank v. A Quality Floors |
| 10 C 04067 | Mrazek v. Carrington et al. |
| 10 C 05555 | Salgan v. PNC Bank |
| 10 C 06683 | Daa v. Pro-Fab Sheet Metal, Inc. et al. |
| 10 C 07549 | Foreman v. Village Of Calumet Park et al. |

Cases to be Reassigned From the Hon. Matthew F. Kennelly
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 08 C 03638 | Ferraro v. Best Buy Co., Inc. et al. |
| 09 C 05117 | Weaver v. Northeastern Illinois University |
| 10 C 00477 | Hillis v. Larson Engineering Inc. |
| 10 C 02794 | Sullivan et al. v. Albergo Karambinis |
| 10 C 05082 | Langone v. Live Nation Worldwide, Inc |
| 10 C 05921 | Hardy v. Wexford Health Sources Inc. |
| 10 C 06637 | Lave v. Taro Pharmaceutical Industries |
| 10 C 07615 | Chicago Regional Carpenters Pension Fund v. Granite Countertops |
| 10 C 07833 | Todd v. Carnival Corporation |

Cases to be Reassigned From the Hon. Joan Humphrey Lefkow
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 07 C 04446 | In re: Evanston Northwestern Healthcare |
|    07 C 04523 | Berkowitz v. Evanston Northwestern |
|    07 C 05275 | Lekas et al. v. Evanston Northwestern |
|    08 C 02343 | Messner v. Evanston Northwestern |
|    08 C 02541 | Painters Health and Welfare Fund v. Evanston Northwestern |
|    08 C 02658 | Lahmeyer v. Evanston Northwestern |
| 08 C 06182 | Nautilus Insurance Company v. Raatz |
| 09 C 04523 | Rehabcare Group East, Inc. v. Sak Management Services |
| 09 C 06504 | Strel v. State of Illinois Dept. of Transportation |
| 10 C 02817 | Green v. City of Chicago et al. |
| 10 C 04013 | Blaeser v. Provena Hospitals |
| 10 C 05456 | HSBC Bank USA, National Association v. Gonzalez, et al. |
| 10 C 06551 | Suburban Teamsters Pension Fund v. Hosey Trucking |
| 10 C 07556 | Dynamic Fluid Control v. International Valve Components, et al. |

Cases to be Reassigned From the Hon. Harry D. Leinenweber
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 08 C 01110 | Saso Golf, Inc. v. Nike, Inc. |
| 09 C 05620 | Rasmason v. Loretto Hospital |
| 10 C 00815 | Alvarez v. Sila Maintenance, Inc. et al. |
| 10 C 02936 | McCarrell et al. v. Glazer's Distributors of Illinois, Inc. |
| 10 C 04524 | Borowiec v. Village of Glenview |
| 10 C 05530 | Wakefield v. Shineski |
| 10 C 06717 | Racebrook Marketing Concepts v. Johnson |
| 10 C 07541 | Gamez-Velasco v. Acevedo et al. |

Cases to be Reassigned From the Hon. Blanche M. Manning
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 04 C 04123 | von Holdt v. A-1 Tool Corp. |
| 09 C 02863 | Hardiman v. City of Chicago et al. |
| 09 C 06535 | Whitaker v. Monumental of Life Insurance |
| 10 C 02518 | Whitmore v. Kraft Foods Global, Inc. |
| 10 C 03472 | Laborers Pension Fund et al. v. Scott |
| 10 C 04962 | Anderson v. Dart et al. |
| 10 C 05961 | Solomon v. Bank of America, N.A. et al. |
| 10 C 07139 | Tucker et al. V. John Doe |

Cases to be Reassigned From the Hon. Charles R. Norgle Jr.
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 08 C 01964 | Willis v. State of Illinois et al. |
| 08 C 05974 | Coleman v. Godinez et al. |
| 09 C 03339 | Kolcraft Enterprises, Inc. v. Graco |
| 09 C 07299 | Chapman v. Wagener Equities, Inc. |
| 10 C 01374 | McCloud v. Keltner et al. |
| 10 C 04809 | Stewart v. Little Lady Food, Inc. |
| 10 C 06245 | Spinecraft LLC v. Van Havermaet |
| 10 C 07204 | Gharb v. Mitsubishi Electric Corp. |

Cases to be Reassigned From the Hon. Rebecca R. Pallmeyer
to the Initial Calendar of the Hon. Edmond E. Chang

| | | |
|---|---|---|
| 09 C 01746 | Duffy et al. v. The TicketReserve | |
| 09 C 04084 | Mays v. Dart et al. | |
| | 09 C 06228 | Mays v. Ronald et al. |
| | 09 C 07442 | Mays v. Dart et al. |
| | 10 C 02027 | Mays v. Dart et al. |
| | 10 C 03969 | Mays v. Cermak Health Service et al. |
| 09 C 07931 | Hutchens v. Chicago Board of Education | |
| 09 C 05958 | Myers v. City of Chicago et al. | |
| 10 C 01494 | Juliano v. Rusinak et al. | |
| 10 C 02428 | Saban v. Pharmacare Management, LLC. | |
| 10 C 03316 | Reeves v. University of Illinois | |
| 10 C 05171 | Howard v. McCann et al. | |
| 10 C 06375 | TONEY v. N P D, INC. | |

Case: 1:10-cv-04184 Document #: 69 Filed: 01/07/11 Page 8 of 11 PageID #:1123

Cases to be Reassigned From the Hon. Amy J. St. Eve
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 09 C 03392 | Jacobo v. County of Will et al. |
| 09 C 05656 | Brinkley v. Sheriff of LaSalle County |
| 10 C 00909 | LNV Corporation v. Segovia et al. |
| 10 C 03450 | Knapp v. City of Markham et al. |
| 10 C 05373 | Travelers Companies, Inc v. Will County |
| 10 C 06360 | Sovereign Bank, FSB v. Imsaih et al. |
| 10 C 07214 | Cubas v. Client Services, Inc. et al. |
| 10 C 07907 | Trustees of the Suburban Teamsters v. Probuild North LLC |

Cases to be Reassigned From the Hon. Milton I. Shadur
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 01 C 01425 | Narducci v. Village of Bellwood |
| 08 C 06733 | Graves v. UAL Corp., et al. |
| 09 C 07653 | Valentine v. WideOpen West, Finance, |
| 10 C 00721 | Trading Technologies International, v. IBG LLC, et al. |
| 10 C 03520 | DeAlva v. Comed |
| 10 C 05164 | Burd v. Sessler et al. |
| 10 C 05532 | Kotts Capital Holdings v. Prebish |
| 10 C 07254 | Laborers' Pension Fund et al. v. Barbaro Construction Co. |

Cases to be Reassigned From the Hon. Judge James B. Zagel
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 01 C 05516 | Brown v. Budz |
| 07 C 05842 | Stepney et al. v. City of Chicago et al. |
| 08 C 06254 | Bleier v. Bundesrepublik Deutscheland |
| 09 C 03436 | Stone v. Astrue et al. |
| 09 C 05979 | EEOC v. Fireside West, LLC |
| 10 C 01657 | Vera et al. v. Balanced Environments, Inc., et al. |
| 10 C 01441 | Heathcote Holdings Corp., Inc. v. Procter & Gamble Co., et al. |
| 10 C 03107 | Garcia v. Symphony's on Central, Inc |
| 10 C 04694 | Freede v. Sephora USA, Inc |

Cases to be Reassigned From the Hon. David H. Coar
to the Initial Calendar of the Hon. Edmond E. Chang

| | |
|---|---|
| 04 C 07550 | Garibaldi v. Ashcroft |
| 05 C 00264 | Gillespie v. Chandler |
| 06 C 04997 | The Boeing Company et al. v. March et al.. |
| 07 C 03549 | Madej v. Robert et al. |
| 07 C 04765 | Levin v. Madigan et al. |
| 07 C 06754 | Hadnott et al. v. Unknown Unnamed Officers |
| 08 C 02475 | Terry et al. v. Ameriquest Mortgage |
| 08 C 03924 | Gibson v. Astrue |
| 08 C 05629 | Quintana v. Chandler et al. |
| 08 C 06026 | Creamer v. Astrue et al. |
| 08 C 07411 | MSTG, Inc. v. AT&T Mobility LLC |
| 09 C 00261 | Hicks v. Cook County Forest Preserve District |
| 09 C 00414 | Fleishman v. Continental Casualty |
| 09 C 01382 | Iqbal v. B&R Oil Company Inc |
| 09 C 01459 | Lemus v. Chicago Uniform Co et al. |
| 09 C 01649 | Diaz v. Elgin School District U-46 |
| 09 C 01830 | Sherrod et al. v. Walker et al. |
| 09 C 01936 | Kieszkowski v. Personalcare Ins |
| 09 C 01962 | Bussey vs Comm. College Dist 508, et al. |
| 09 C 02827 | Russell v. DTRS Columbus Drive, LLC |
| 09 C 03289 | Allende v. Books-A-Million, Inc |
| 09 C 03430 | Hoppe v. Lewis University |
| 09 C 03459 | Mendoza v. Kaldudis et al. |
| 09 C 03916 | Jones v. Finnerman et al. |
| 09 C 04226 | Paulcheck v. Union Pacific Railroad |
| 09 C 04414 | Wright-Gray v. Il Dept of Health |
| 09 C 04587 | Porter v. Shaw et al. |
| 09 C 04654 | Nautilus Insurance Co. v. Jona Enterprises |
| 09 C 05391 | Aetna Life Insurance Company v. Carr et al. |
| 09 C 05493 | Weathers v. FedEx Corporate Services |
| 09 C 05738 | Henry v. Boyd et al. |
| 09 C 05871 | Merix Pharmaceutical v. EMS Accquisition |
| 09 C 06091 | Estrella vs. Bank of America |
| 09 C 06756 | Jackson v. Godinez et al. |
| 09 C 06821 | First National Bank of LaGrange et al. |
| 09 C 07009 | Aniballi v. Kane County Sheriff's Dept. |
| 09 C 07272 | Johnson v. Slim et al. |
| 09 C 07369 | Williams v. Pierce et al. |
| 09 C 07620 | Oliver v. Harrah's Illinois Casino |
| 09 C 07739 | Russo v. Midland Paper Company |
| 09 C 07768 | Ricks v. Sofitel Chicago Water Tower |
| 10 C 00064 | Roth et al. v. Yingling et al. |

```
10 C 00214    LPP Mortgage LTD v. Rogers
10 C 00223    Thompson v. Turner et al.
10 C 00560    Thomas et al. v. Dart et al.
10 C 00614    Juwan F. et al. v. Chicago Board of Education
10 C 00626    Liu v. SSA
10 C 00923    Craigo v. Bassgar-Illinois, Inc.
    10 C 01085    Solare et al. v. Bassgar-Illinois
    10 C 01508    Lulich v. Bassgar-Illinois, Inc.
10 C 01084    Hancock et al. v. Lynch Ford, Inc.
10 C 01362    Jaramillo v. Fellows et al.
10 C 01380    Burdick v. Chicago Board of Education
10 C 01532    Amer.Taxi Dispatch vs. Amer. Flat Rate et al.
10 C 01740    Ballard v. Chicago Park District
10 C 01857    Thomas v. Dart et al.
10 C 01888    Monroy v. John Doe Business Entity et al.
10 C 02123    Ready et al. v. Jiffy Lube International
10 C 02263    Jackson v. Dart et al.
10 C 02609    Weiss v. Althotz et al.
10 C 02876    Suber v. City of Chicago
10 C 02996    Algarin v. Loretto Hospital
10 C 03129    Smith et al. v. Union Pacific Railroad
10 C 03379    Corral v. UNO Charter School Network
10 C 03549    Rivera v. Chastain et al.
10 C 03578    Smith v. Liebold et al.
10 C 04049    Pickett v. Tucker (Star #554)
10 C 04080    Wells Fargo Bank.v Djurin
10 C 04175    Buchanan v. Dart et al.
10 C 04231    Whitney v. Astrue
10 C 04246    Kozeluh v. DuPage County Jail, et al.
10 C 04299    Willis v. United States
10 C 04322    Robert S. Kaminski v. Wiens et al.
10 C 04442    Naranjo et al. v. Rowland
10 C 04476    Horneman v. Tyson Foods, Inc.
10 C 04505    Smith v. CNA
10 C 04718    United Central Bank v. Homewood Hosp
10 C 04795    Thomas v. Dart et al.
10 C 04852    Chicago Teachers Union, Local 1 Ame
10 C 05242    Martin v. Michael Ramirez et al.
10 C 05366    Bagato v. Wilburn et al.
10 C 05426    Doo Han Kim v. Frank Matys
10 C 05442    Strong v. Burnham Healthcare
10 C 05468    Richardson v. Fitch, Even, Tabin & Flannery
10 C 05732    Bolander, Jr. v. Coverdell & Company
10 C 06013    Magnani v. Camelot Marketing, Inc. et al.
10 C 06021    Kadelak v. Astrue
```

| | |
|---|---|
| 10 C 06026 | Flores v. Lackage et al. |
| 10 C 06079 | HSBC Bank USA, N.A. v. Travis et al. |
| 10 C 06391 | Stathis v. Judge & Dolph LLC |
| 10 C 06480 | Ramos et al. v. River Grove et al. |
| 10 C 06514 | N. Miami Gen. Emp. Ret. Fund v. Parkinson et al. |
| 10 C 06520 | Buchanan v. Dart et al. |
| 10 C 06521 | Buchanan v. Dart et al. |
| 10 C 06542 | Arch Specialty Ins. Co.v. RC2 Corp et al. |
| 10 C 07629 | Thomas et al. v. Dart et al. |