**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BRETT BENSON, KENNETH PACHOLSKI,** | ) | |
| **KATHRYN TYLER, MICHAEL HALL,** | ) | |
| **RICK PERE, and the ILLINOIS ASSOCATION** | ) | |
| **OF FIREARMS RETAILERS,** | ) | |
| | ) | **No. 10-CV-4184** |
| | ) | **Judge Edmond E. Chang** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE CITY OF CHICAGO and** | ) | |
| **RICHARD M. DALEY, Mayor of the** | ) | |
| **City of Chicago,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## UNOPPOSED RULE 21 MOTION TO WITHDRAW AS PARTY PLAINTIFFS

NOW COME Plaintiffs Brett Benson and Rick Pere, by and through their attorneys, and respectfully move the Court pursuant to Fed. R. Civ. P. 21 to dismiss them as a party-plaintiffs to this civil action, with the case to continue as to all other Plaintiffs. Defendants do not oppose this Motion.

Dated: January 12, 2011                    Respectfully submitted,

Stephen Kolodziej                          s/ Charles J. Cooper
Atty. ID # 6216375                         Charles J. Cooper*
BRENNER FORD MONROE & SCOTT LTD.           David H. Thompson*
33 N. Dearborn St., Suite 300              Jesse Panuccio*
Chicago, IL 60602                          COOPER & KIRK, PLLC
Tel: (312) 781-1970                        1523 New Hampshire Ave., NW
Fax: (312)781-9202                         Washington, D.C. 20036
Email: skolodziej@brennerlawfirm.com       Tel: (202) 220-9600
                                           Fax: (202) 220-9601
                                           Email: ccooper@cooperkirk.com
                                           *Admitted *pro hac vice*
                                           *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Charles J. Cooper, hereby certify that on this 12th day of January 2011, I caused a copy

of the foregoing to be served by electronic filing on:

Michael A. Forti
Andrew W. Worseck
Rebecca Alfert Hirsch
William Macy Aguiar
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL 60602


s/ Charles J. Cooper
Charles J. Cooper