IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETT BENSON, KENNETH PACHOLSKI, KATHRYN TYLER, MICHAEL HALL, RICK PERE, and the ILLINOIS ASSOCATION OF FIREARMS RETAILERS,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago,<br><br>Defendants. | No. 10-CV-4184<br>Judge Edmond E. Chang |

### NOTICE OF MOTION

TO: Mara S. Georges
Michael A. Forti
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL 60602

PLEASE TAKE NOTICE that on January 27, 2011, at the hour of 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present Plaintiff Brett Benson's and Plaintiff Rick Pere's Rule 21 Motion to Withdraw as party-plaintiffs, a copy of which is attached and his hereby served upon you.

1

Dated: January 12, 2011

Stephen Kolodziej
Atty. ID # 6216375
BRENNER FORD MONROE & SCOTT LTD.
33 N. Dearborn St., Suite 300
Chicago, IL 60602
Tel: (312) 781-1970
Fax: (312)781-9202
Email: skolodziej@brennerlawfirm.com

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Jesse Panuccio*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com

*Admitted *pro hac vice*.

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Charles J. Cooper, hereby certify that on this 12th day of January, 2011, I caused a copy of the foregoing to be served by electronic filing on:

Mara S. Georges
Michael A. Forti
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL  60602

s/ Charles J. Cooper
Charles J. Cooper