IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS )<br>RETAILERS, KENNETH PACHOLSKI, )<br>KATHRYN TYLER, and MICHAEL HALL, )<br>)<br>     Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF CHICAGO and )<br>RICHARD M. DALEY, Mayor of the )<br>City of Chicago, )<br>)<br>     Defendants. ) | Civil Action No. 10-cv-04184<br>Judge Edmond E. Chang |

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE COMPLAINT

NOW COME Plaintiffs Illinois Association of Firearms Retailers, Kenneth Pacholski, Kahtryn Tyler, and Michael Hall, by and through their attorneys, and respectfully move to file the attached Second Amended Complaint. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed their original complaint on July 6, 2010. Plaintiffs filed a First Amended Complaint on August 13, 2010. Defendants filed an Answer on October 12, 2010.

2. Since September 1, 2010, the parties have engaged in discovery and there has been a preliminary injunction hearing in *Ezell v. City of Chicago*, No. 10-05135 (N.D. Ill.), a case challenging one of the firearms bans that is also at issue here. Plaintiffs seek to amend the complaint to account for information that has come to light during the course of discovery and the *Ezell* proceedings—namely, that the City has maintained that its Zoning Ordinance constitutes an independent ban on the construction or operation of firearms ranges. Plaintiffs also seek to amend the complaint to reflect that one party (Raymond Sledge) has withdrawn from the suit and two other parties (Brett Benson and Rick Pere) have pending a motion seeking

withdrawal from the suit.

3. Pursuant to Fed. R. Civ. P. 15(a)(2), after amending a complaint once as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Defendants have consented to the filing of Plaintiffs' Second Amended Complaint. Therefore, the filing of an amended complaint is proper under Rule 15.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court accept for filing on the docket the attached Second Amended Complaint.

Dated: January 12, 2011

Stephen Kolodziej
Atty. ID # 6216375
BRENNER FORD MONROE & SCOTT LTD.
33 N. Dearborn St., Suite 300
Chicago, IL 60602
Tel: (312) 781-1970
Fax: (312)781-9202
Email: skolodziej@brennerlawfirm.com

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Jesse Panuccio*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com
*Admitted *pro hac vice*
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Charles J. Cooper, hereby certify that on this 12th day of January 2011, I caused a copy of the foregoing to be served by electronic filing on:

Michael A. Forti
Andrew W. Worseck
Rebecca Alfert Hirsch
William Macy Aguiar
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL 60602

                                                s/ Charles J. Cooper
                                                Charles J. Cooper