**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|   |   |   |
|---|---|---|
| BRETT BENSON, RAYMOND SLEDGE, KENNETH PACHOLSKI, KATHRYN TYLER, MICHAEL HALL SR., RICK PERE, and the ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, | ) ) ) ) ) ) | No. 10 CV 4184 |
| Plaintiffs, | ) ) | Judge Ronald A. Guzman |
| v. | ) ) | Magistrate Judge Geraldine Soat Brown |
| THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**    Counsel on the attached service list

   PLEASE TAKE NOTICE that on **Thursday, January 27, 2011, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before **The Honorable Edmond E. Chang**, or any judge sitting in his stead, in **Room 1403** of the Dirksen Federal Courthouse, and present the **Defendants' Motion for a Protective Order** and **Memorandum in Support**, copies of which were previously served upon you on January 7, 2011.

Respectfully submitted,

Mara S. Georges, Corporation Counsel for the City of Chicago

By:    /s/ Andrew Worseck
Assistant Corporation Counsel

City of Chicago
Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle, Suite 1230
Chicago, Illinois 60602
(312) 744-7129

Dated: January 12, 2011

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record for the Defendants, hereby certifies that on January 12, 2011 he served a copy of the foregoing **Notice of Motion**, along with this certificate of service, on the parties listed below by electronic means pursuant to Electronic Case Filing (ECF):

Charles J. Cooper      Stephen Kolodziej
David H. Thompson      Brenner Ford Monroe & Scott Ltd.
Jesse Panuccio      33 N. Dearborn Street, Suite 300
Cooper & Kirk, PLLC      Chicago, Illinois 60602
1523 New Hampshire Ave., NW
Washington, DC 20036

<u>/s/ Andrew Worseck</u>