IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS )<br>RETAILERS, KENNETH PACHOLSKI, )<br>KATHRYN TYLER, and MICHAEL HALL, )<br>    )<br>　　　　Plaintiffs, )<br>    )<br>v.   )<br>    )<br>THE CITY OF CHICAGO and )<br>RICHARD M. DALEY, Mayor of the )<br>City of Chicago, )<br>    )<br>　　　　Defendants. ) | Civil Action No. 10-cv-04184<br>Judge Edmond E. Chang |

### NOTICE OF MOTION

**TO:**  Mara S. Georges
　　　　Michael A. Forti
　　　　Andrew W. Worseck
　　　　William Macy Aguiar
　　　　Rebecca Alfert Hirsch
　　　　City of Chicago, Department of Law
　　　　Constitutional and Commercial Litigation Division
　　　　30 N. LaSalle St., Suite 1230
　　　　Chicago, IL  60602

**PLEASE TAKE NOTICE** that on January 27, 2011, at the hour of 8:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Plaintiffs' Unopposed Motion to Amend the Complaint**, a copy of which is attached and is hereby served upon you.

Dated: January 12, 2011                                        Respectfully submitted,

Stephen Kolodziej                                              s/ Charles J. Cooper
Atty. ID # 6216375                                             Charles J. Cooper*
BRENNER FORD MONROE & SCOTT LTD.                               David H. Thompson*
33 N. Dearborn St., Suite 300                                  Jesse Panuccio*
Chicago, IL  60602                                             COOPER & KIRK, PLLC
Tel: (312) 781-1970                                            1523 New Hampshire Ave., NW

1

Fax: (312)781-9202
Email: skolodziej@brennerlawfirm.com

Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com
*Admitted *pro hac vice*.
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Charles J. Cooper, hereby certify that on this 12th day of January, 2011, I caused a copy of the foregoing to be served by electronic filing on:

Michael A. Forti
Andrew W. Worseck
Rebecca Alfert Hirsch
William Macy Aguiar
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL 60602

s/ Charles J. Cooper
Charles J. Cooper