## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
## Eastern Division

Brett Benson, et al.
                                Plaintiff,

v.                                              Case No.: 1:10−cv−04184
                                                Honorable Edmond E. Chang

The City of Chicago, et al.
                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 25, 2011:


MINUTE entry before Honorable Edmond E. Chang: The status hearing scheduled for 1/27/2011 is reset to 1/27/2011 at 10:00a.m. Hearing reset to 1/27/2011 at 10:00a.m. on Plaintiff Bret Benson's and Rick Pere's motion[72[ to withdraw as party−plaintiffs. Hearing reset to 1/27/2011 at 10:00a.m. on Plaintiffs' unopposed motion [74] to file a second amended complaint. Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.