**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Brett Benson, et al.
                                  Plaintiff,

v.                                                                     Case No.: 1:10–cv–04184
                                                                        Honorable Edmond E. Chang

The City of Chicago, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 27, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Status hearing held. Plaintiffs' unopposed motion [74] for leave to file a Second Amended Complaint is granted. Plaintiffs Brett Benson and Rick Pere motion [72] to withdraw as party plaintiffs is granted. Motion[73] for protective order is granted solely as to the three officials. Response due 2/10/2011 to the balance of the motion. The motion to compel [65] is granted solely for the production of the data. Production of data to be produced by 2/7/2011. Response due 2/10/2011 to the balance of the motion. Defendants' partial motion for summary judgment due 2/17/2011. Response due 3/3/2011. Reply due 3/9/2011. Status hearing set for 3/17/2011 at 9:00a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.