IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, | ) ) ) ) ) ) | No. 10 CV 4184 |
| Plaintiffs, | ) ) | Judge Edmond Chang |
| v. | ) ) | Magistrate Judge Geraldine Soat Brown |
| THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, | ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS COUNT V
## OF PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendants City of Chicago (the "City") and Mayor Richard M. Daley, by and through their attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, hereby move to dismiss Count V of Plaintiffs' Second Amended Complaint for Declaratory Judgment and Injunctive Relief pursuant to Fed. R. Civ. P. 12(b)(1).[1]

Count V should be dismissed for lack of standing because Plaintiffs cannot satisfy the redressability requirement necessary to establish Article III standing. In support thereof, Defendants hereby incorporate the arguments made in their accompanying memorandum of law, filed contemporaneously herewith.

---

[1] At the Court's January 27, 2011 status and motion hearing, Defendants informed the Court of their intent to file a partial motion to dismiss in response to Plaintiffs' Second Amended Complaint, and the Court set a briefing schedule for such motion. In the minute order of the same date, however, the motion was mistakenly referred to as "Defendants' partial motion for summary judgment." Because the Court has already set a briefing schedule on this motion, Defendants have not noticed it for presentment to the Court.

WHEREFORE, Defendants respectfully request that the Court grant this motion and dismiss Count V of Plaintiffs' Second Amended Complaint for Declaratory Judgment and Injunctive Relief, and for all other relief the Court deems just.

Dated: February 17, 2011.                    Respectfully submitted,

                                                          MARA S. GEORGES
                                                          CORPORATION COUNSEL
                                                          CITY OF CHICAGO

                                      BY:    /s/ Rebecca Alfert Hirsch
                                                          One of Its Attorneys

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William M. Aguiar
Rebecca Alfert Hirsch
Attorneys for the City of Chicago
Constitutional & Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
(312) 742-0260

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the Defendants, hereby certifies that on February 17, 2011 she served a copy of the foregoing **Defendants' Motion to Dismiss Count V of Plaintiffs' Second Amended Complaint** on the parties listed below by electronic means pursuant to Electronic Case Filing (ECF):

| | |
|---|---|
| Charles J. Cooper | Stephen Kolodziej |
| David H. Thompson | Brenner Ford Monroe & Scott Ltd. |
| Peter Patterson | 33 N. Dearborn Street, Suite 300 |
| Cooper & Kirk, PLLC | Chicago, IL 60602 |
| 1523 New Hampshire Ave., NW | |
| Washington, DC 20036 | |

/s/ Rebecca Alfert Hirsch