IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, <br><br> Defendants. | No. 10 CV 4184 <br><br> Judge Edmond Chang <br><br> Magistrate Judge Geraldine Soat Brown |

## NOTICE OF FILING

**TO:**   Charles J. Cooper                                Stephen Kolodziej
            David H. Thompson                             Brenner Ford Monroe & Scott Ltd.
            Peter Patterson                                    33 N. Dearborn Street, Suite 300
            Cooper & Kirk, PLLC                            Chicago, IL 60602
            1523 New Hampshire Ave., NW
            Washington, DC 20036

**PLEASE TAKE NOTICE** that on February 17, 2011, Defendants filed with Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604 **Defendants' Motion to Dismiss Count V of Plaintiffs' Second Amended Complaint** and **Defendants' Memorandum of Law In Support of Their Motion to Dismiss Count V of Plaintiffs' Second Amended Complaint**, copies of which are hereby served upon you.

Dated: February 17, 2011.                                        Respectfully submitted,

                                                                              MARA S. GEORGES
                                                                              CORPORATION COUNSEL

                                                  CITY OF CHICAGO

                        BY:    /s/ Rebecca Alfert Hirsch
                                  One of Its Attorneys

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William M. Aguiar
Rebecca Alfert Hirsch
Attorneys for the City of Chicago
Constitutional & Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
(312) 742-0260