# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF ) <br> FIREARMS RETAILERS, KENNETH ) <br> PACHOLSKI, KATHRYN TYLER, and ) <br> MICHAEL HALL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF CHICAGO and ) <br> RICHARD M. DALEY, Mayor of the ) <br> City of Chicago, ) <br> ) <br> Defendants. ) | FILED: February 14, 2011 <br><br> Civil Action No. 10-cv-04184 <br> Judge Edmond E. Chang |

## MOTION TO WITHDRAW

NOW COMES Jesse Panuccio and respectfully moves the Court to permit him to withdraw his appearance as counsel for Plaintiffs in this action. Plaintiffs are represented in this action by Cooper & Kirk, PLLC, and Mr. Panuccio is no longer with the firm. Plaintiffs' representation by Cooper & Kirk--specifically by Messrs. Cooper, Thompson, and Patterson--will continue.

Respectfully submitted,

/s/Jesse M. Panuccio
Jesse M. Panuccio
1523 New Hampshire Ave. N.W.
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: panuccio@gmail.com

Dated: February 24, 2011

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served via electronic service through the ECF system on all attorneys of record for each other party on this 24th day of February, 2011.

      /s/Jesse M. Panuccio