IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, | ) ) ) ) ) ) No. 10 CV 4184 |
| Plaintiffs, | ) Judge Edmond E. Chang ) |
| v. | ) Magistrate Judge Geraldine Soat Brown ) |
| THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendants City of Chicago (the "City") and Mayor Richard M. Daley ("Daley"), by and through their attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, hereby file this unopposed motion to extend the time to file their reply in support of motion to dismiss Count V of Plaintiffs' Second Amended Complaint. In support thereof, Defendants show as follows:

1. On February 17, Defendants filed their motion to dismiss Count V of Plaintiffs' Second Amended Complaint. Pursuant to the Court's scheduling order, Plaintiffs are to file their response by Thursday, March 3, 2011, and Defendants are to file their reply brief by the following Wednesday, March 9, 2011.

2. Because the City's offices are closed on Monday, March 7 to observe Pulaski day, the current schedule only affords Defendants two full business days, plus the day of filing, to prepare and file their reply brief. Given upcoming City furlough days scheduled for counsel during that time period, Defendants anticipate that they will need a additional time to review Plaintiffs' response,

conduct research, and draft their reply brief. Accordingly, Defendants request a seven day extension, up to and including March 16, within which to file their reply.

3. On Thursday, February 24, counsel for Defendants conferred with counsel for Plaintiffs, who stated that they did not oppose this motion for extension.

WHEREFORE, Defendants respectfully request that the Court grant this motion and grant Defendants a seven-day extension of time, up to and including March 16, 2011, within which to file their reply in support of their motion to dismiss Count V of Plaintiffs' Second Amended Complaint.

Dated: February 25, 2011.
                        Respectfully submitted,

MARA S. GEORGES
CORPORATION COUNSEL
CITY OF CHICAGO

BY:   /s/ Rebecca Alfert Hirsch
       One of Its Attorneys

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William M. Aguiar
Rebecca Alfert Hirsch
Attorneys for the City of Chicago
Constitutional & Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
(312) 742-0260

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the Defendants, hereby certifies that on February 25, 2011 she served a copy of the foregoing **Defendants' Unopposed Motion For Extension Of Time to File Reply Brief In Support of Motion to Dismiss** on the parties listed below by electronic means pursuant to Electronic Case Filing (ECF):

Charles J. Cooper
David H. Thompson
Peter Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

Stephen Kolodziej
Brenner Ford Monroe & Scott Ltd.
33 N. Dearborn Street, Suite 300
Chicago, IL 60602


/s/ Rebecca Alfert Hirsch