IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago,<br><br>Defendants. | No. 10 CV 4184<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

**TO:**  Charles J. Cooper                    Stephen Kolodziej
       David H. Thompson                   Brenner Ford Monroe & Scott Ltd.
       Peter Patterson                     33 N. Dearborn Street, Suite 300
       Cooper & Kirk, PLLC                 Chicago, IL 60602
       1523 New Hampshire Ave., NW
       Washington, DC 20036

**PLEASE TAKE NOTICE** that on **Wednesday, March 2**, at **8:30 a.m**. or as soon thereafter as counsel may be heard, the undersigned will appear before the **Honorable Edmond E. Chang,** or any judge sitting in his stead, in **Room 1403** of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and present **Defendants' Unopposed Motion For Extension of Time to File Reply In Support of Motion to Dismiss,** copies of which are served upon you, herewith.

Dated: February 25, 2011.                    Respectfully submitted,

                                             MARA S. GEORGES
                                             CORPORATION COUNSEL
                                             CITY OF CHICAGO

                                          BY:   /s/ Rebecca Alfert Hirsch
                                                        One of Its Attorneys

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William M. Aguiar
Rebecca Alfert Hirsch
Attorneys for the City of Chicago
Constitutional & Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
(312) 742-0260