**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Kenneth Pacholski, et al.
                        Plaintiff,

v.                                                   Case No.: 1:10–cv–04184
                                                   Honorable Edmond E. Chang

The City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 1, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Defendants' unopposed motion for extension of time to file their reply in support of the motion to dismiss Count V of Plaintiffs' Second Amended Complaint is granted. Reply to be filed on or before 3/16/2011. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.