## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BRETT BENSON, RAYMOND SLEDGE, KENNETH PACHOLSKI, KATHRYN TYLER, MICHAEL HALL SR., RICK PERE, and the ILLINOIS ASSOCIATION OF FIREARMS RETAILERS,  ) ) ) ) ) ) | No. 10 CV 4184 |
| Plaintiffs ) ) | Judge Edmond E. Chang |
| vs. ) ) ) | Magistrate Judge Geraldine Soat Brown |
| THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, ) ) ) | |
| Defendants ) | |

### AFFIDAVIT OF TONY KOLE IN SUPPORT OF MOTION TO QUASH

I, Tony Kole, state under oath as follows:

1. I am over eighteen (18) years of age, I am fully capable of making this Affidavit and all of the statements contained herein are true and correct and are made upon my personal knowledge.

2. I am a federally licensed firearms dealer.

3. I am the sole owner of Ghost Industries, LLC ("Ghost Industries"), which located in Norridge, Illinois and is in the business of selling firearms to legally qualified buyers.

4. I formed Ghost Industries in July of 2010.

5. I received my federal firearms license in January of 2011.

Page 1 of 3


EXHIBIT 1

6. I have only made two firearms sales in my life. Both sales were made through Ghost Industries, and both sales took place in the 14 days preceding the date of the affidavit.

7. My business does not include the operation of any shooting ranges or the provision of training courses.

8. I am not a member of the Illinois Association of Firearm Retailers ("ILAFR").

9. Neither I nor Ghost Industries have any documents documents relating to my past membership in the ILAFR, and we have no documents relating to communications with the ILAFR about this litigation.

10. I do not know and to my knowledge I have never met any of the ILAFR members or any of the plaintiffs in this case, and I have no knowledge of their plans and intentions should the City's ordinance at issue in this litigation be invalidated.

11. I have not prepared a business plan pertaining to potential firearms sales operations in the City if the ordinance is found unconstitutional.

12. I have not made or commissioned the preparation of any sales or profit projections, performed any market or customer studies, evaluated costs, analyzed potential locations or considered contracts or leases associated with any possible operation in Chicago if the City's ordinance is invalidated.

Further affiant sayeth not.

_____
Tony Kole

Subscribed and sworn to before me
this 8th day of March, 2011

_____
Notary Public

OFFICIAL SEAL
KATHLEEN M REGAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/22/11