# Cooper & Kirk

Lawyers
A Professional Limited Liability Company
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Jesse Panuccio
jpanuccio@cooperkirk.com

(202) 220-9600
Fax (202) 220-9601

December 29, 2010

By First Class Mail and Email

Andrew Worseck
City of Chicago, Department of Law
30 North LaSalle Street
Suite 900
Chicago, IL 60602
Email: andrew.worseck@cityofchicago.org

Re: *Benson v. City of Chicago*, No. 10-4184 (N.D. Ill.)

Dear Drew,

Pursuant to Fed. R. Civ. P. Civ. P. 26(e), I write to supplement and correct Plaintiffs' Objections and Responses to Defendants' First Set of Requests for Production of Documents and First Set of Interrogatories. I also write in response to Defendants' Notice of Subpoena on Tony Kole and Ghost Industries, LLC.

First, consistent with Plaintiffs' objections and responses to Request Nos. 1, 4, 5, and with my letter of November 30, 2010, please find enclosed a supplemental production for Plaintiffs Pacholski and Tyler, Bates stamped PLKTKP 000053-55.

Second, with respect to Interrogatory No. 13, new information has come to light that requires a correction to Plaintiff ILAFR's answer. Tony Kole and Ghost Industries, LLC are no longer members of ILAFR. Accordingly, the answer to Interrogatory No. 13 is hereby amended to delete the following:

> "4) Tony Kole
> Ghost Industries, LLC
> 6528 N. Lakewood Ave., #4
> Chicago, IL 60626
>
> Registered Agent for Service of Process:
> Arthur E. Mertes
> 730 Randolph, St.
> Suite 600



EXHIBIT 4

Cooper & Kirk
Lawyers

Andrew Worseck, Esq.
December 29, 2010
Page 2 of 2

Chicago, IL 60661."

Likewise, Plaintiffs' answer to Interrogatory No. 14 is hereby amended to delete the following: "30) Tony Kole." Because Ghost Industries and Mr. Kole are no longer members of ILAFR, and because Plaintiffs do not plan to call them as witnesses at trial, we assume Defendants will no longer seek to enforce the Rule 45 subpoenas relating to this entity and individual. Please let me know as soon as possible whether that assumption is correct. In any event, pursuant to your verbal confirmation, I have informed Mr. Kole that the January 4, 2011 deposition date has been postponed in light of the extension in the deadline for the close of fact discovery.

Sincerely,

Jesse Panuccio

Enclosures

Cc: Michael Forti, Esq.
William Aguiar, Esq.
Rebecca Hirsch, Esq.
David Thompson, Esq.
Stephen Kolodziej, Esq.