IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Illinois Association of Firearms Retailers, et al ) | |
| ) | |
| Plaintiff ) | |
| ) | Case Number: 10 CV 4184 |
| v. ) | |
| ) | Judge: Edmond Chang |
| The City of Chicago and Richard M. Daley, Mayor ) | |
| ) | |
| Defendant ) | |

## NOTICE OF MOTION

**TO:** All Attorneys of Record

**PLEASE TAKE NOTICE** that on **March 17, 2011 at 9:00 a.m.,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Edmond E. Chang or any judge sitting in his or her stead in **Courtroom 1403** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto: Motion to Quash Subpoenas Served on Tony Kole and Ghost Industries, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2011, I provided service to the person or persons listed above by the following means: electronic filing.

Signature: /s/ Christian D. Ambler    Date: March 8, 2011

Christian D. Ambler
Stone& Johnson, Chtd.
200 East Randolph Street
24th Floor
Chicago, Illinois 60601
312-332-5656
312-332-5858
cambler@stonejohnsonlaw.com