IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 10-CV-4184<br>Judge Edmond E. Chang |
| CITY OF CHICAGO, ET AL., | ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** Charles J. Cooper  Stephen Kolodziej
David H. Thompson  Brenner Ford Monroe & Scott Ltd.
Peter A. Patterson  33 N. Dearborn Street, Suite 300
Cooper & Kirk, PLLC  Chicago, IL 60602
1523 New Hampshire Ave., NW
Washington, DC 20036

Brian S. Koukoutchos
28 Eagle Trace
Mandeville, LA 70471

**PLEASE TAKE NOTICE** that on March 17, 2011, at the hour of 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Motion to Extend the Discovery Schedule**, a copy of which is attached and is hereby served upon you.

Dated: March 14, 2011  Respectfully submitted,

MARA S. GEORGES,
Corporation Counsel for the City of Chicago

By: /s/William Macy Aguiar
      Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, William Macy Aguiar, an attorney, hereby certify that on this, the 14th day of March, 2011, I caused a copy of **Defendants' Motion to Extend the Discovery Schedule** to be served by electronic filing on:

Stephen Kolodziej
Brenner Ford Monroe & Scott Ltd.
33 N. Dearborn Street, Suite 300
Chicago, IL 60602

Charles J. Cooper
David H. Thompson
Peter A. Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

Brian S. Koukoutchos
28 Eagle Trace
Mandeville, LA 70471

/s/William Macy Aguiar
William Macy Aguiar