**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, )<br><br>Defendants ) | Case No: 10-CV-4184<br>Judge Edmond E. Chang |

**DEFENDANTS' PETITION FOR LEAVE TO FILE ADDITIONAL APPEARANCES**

Pursuant to Local Rule 83.17, Defendants City of Chicago and Mayor Richard M. Daley (collectively "Defendants") respectfully move this Court for leave to file the additional appearances of Craig Woods and Ranjit Hakim of Mayer Brown LLP, as additional counsel for Defendants in the above captioned action. Defendants will continue to be represented by counsel from the City Department of Law who will remain lead and trial counsel. The above-named attorneys from Mayer Brown LLP have been retained by Defendants to assist counsel from the City Department of Law in the defense of this matter.

WHEREFORE, Defendants move this Court for leave to file the attached additional appearances of Craig Woods and Ranjit Hakim.

                                        Respectfully submitted,

Dated: March 14, 2011             /s_Ranjit Hakim_____
                                             Ranjit Hakim
                                             MAYER BROWN LLP
                                             71 S. Wacker Drive
                                             Chicago, IL  60606-4637
                                             (312) 782-0600 (phone)
                                             (312) 701-7711 (fax)
                                             *Attorneys for Defendants*
                                             *City of Chicago and Mayor Richard M. Daley*

# EXHIBIT 1

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Illinois Association of Firearms retailers, et al. v. City of Chicago, et al.

Case Number: 10-CV-4184

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The City of Chicago and Richard M. Daley (Mayor of Chicago) (collectively, "Defendants")

| | |
|---|---|
| NAME (Type or print) <br> Craig Woods | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Craig_A._Woods | |
| FIRM <br> Mayer Brown LLP | |
| STREET ADDRESS <br> 71 S. Wacker | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6226399 | TELEPHONE NUMBER <br> 312.701.8536 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of          Case Number: 10-CV-4184

Illinois Association of Firearms Retailers, et al. v. City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The City of Chicago and Richard M. Daley (Mayor of the City of Chicago) (collectively, "Defendants")

| NAME (Type or print) |||
|---|---|---|
| Ranjit Hakim |||
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |||
| s/ Ranjit_Hakim |||
| FIRM |||
| Mayer Brown LLP |||
| STREET ADDRESS |||
| 71 S. Wacker |||
| CITY/STATE/ZIP |||
| Chicago, IL 60606 |||
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER ||
| 6288770 | 312.701.8758 ||
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |||
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |||