IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCITION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL,<br><br>     Plaintiffs<br><br>vs.<br><br>THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago,<br><br>     Defendants | No. 10 CV 4184<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge<br>Geraldine Soat Brown |

**MOTION OF DONALD NORTON TO JOIN MOTION TO QUASH**

The City of Chicago ("the City") has served a subpoena on Donald Norton ("Mr. Norton"), who is not a party to this litigation. *See subpoena issued to Donald Norton ("Norton Subpoena"), attached hereto as Exhibit 1.* On March 8, 2011, two other non-parties, Tony Kole ("Mr. Kole") and Ghost Industries, LLC ("Ghost Industries") filed a Motion to quash subpoenas served on them also by the City. *See Motion to Quash Subpoenas Served on Tony Kole and Ghost Industries, LLC (Doc. 93).* Mr. Norton hereby moves to join the motion to quash filed by Mr. Kole and Ghost Industries, and for an order quashing the subpoena served on him pursuant to Fed. R. Civ. P. 45(c)(3).

The subpoena issued to Mr. Norton attaches a document request identical to that attached to the Kole and Ghost Industries subpoenas. Also, all three subpoenas seek deposition testimony. Mr. Norton seeks an order quashing his subpoena for the same

reasons identified in the Motion to Quash filed by Mr. Kole and Ghost Industries, and he expressly incorporates the arguments made in that motion.

Like Mr. Kole and Ghost Industries, Mr. Norton is no longer a member of the Illinois Association of Firearm Retailers ("ILAFR"), (*see Affidavit of Donald Norton in Support of Motion to Quash ("Norton Affidavit"), attached hereto as Exhibit 2, at ¶ 3*), and the plaintiffs have deleted him from their list of ILAFR members as well as their list of witnesses who may be called to testify at trial. *Letter from Pete Patterson to Andrew Worseck, dated March 10, 2011 ("Patterson Letter"), attached hereto as Exhibit 3.* Accordingly, he is not currently identified as a potential witness by any party.

Mr. Norton also has no documents relating to his past membership in the ILAFR or relating to communications with the ILAFR about this litigation. *Norton Affidavit, at ¶ 4.* Moreover, he has no knowledge of the plans of any ILAFR members with respect to the sale of firearms in Chicago if the ordinance at issue in this litigation is found unconstitutional. *Id., at ¶ 5.* Mr. Norton also has not prepared a business plan relating to the potential sale of firearms in the City. *Id., at ¶ 6.* He has not made or commissioned the preparation of any sales or profit projections, performed any market or customer studies, evaluated costs, analyzed potential locations or considered contracts or leases associated with any possible sales in Chicago. *Id., at ¶ 7.* In short, Mr. Norton has no information relevant to this litigation.

Moreover, Mr. Norton does not even possess a federal firearms license ("FFL"). *Id., at ¶ 1.* As the plaintiffs advised the City, he recently gave us his FFL and retired from dealing in firearms. *See Patterson Letter.* Accordingly, enforcement of this

2

subpoena will yield no information concerning any intent or plan to deal in the firearms business in the City if the ban is invalidated.

Mr. Norton's testimony and documents are entirely irrelevant to this litigation, and requiring him to appear for a deposition and to produce information concerning his past business activities would create an undue burden. Moreover, Mr. Norton is not even local to the Chicago area. He resides in Golconda, Illinois in the state's southern tip, and the City seeks to take his deposition in Paducah, Kentucky (*see Norton Subpoena*), which further heightens the undue burden of his deposition. For all these reasons and for those identified and discussed in the Motion to Quash filed by Mr. Kole and Ghost Industries, the Norton Subpoena should be quashed.

WHEREFORE, Donald Norton respectfully requests that this Honorable Court enter an order allowing him to join the Motion to Quash filed by Tony Kole and Ghost Industries, LLC and quashing the subpoena issued to Mr. Norton by the City of Chicago.

                                                  Respectively submitted,
                                                  Donald Norton

                                                  By: */s/ Christian D. Ambler*

Christian D. Ambler
Attorney Number 6228749
Stone & Johnson, Chtd.
200 East Randolph St.
24th Floor
Chicago, Illinois 60601
Tel: (312) 332-5656
Fax: (312) 332-5858
cambler@stonejohnsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2011, I caused a copy of the foregoing to be served by electronic filing on:

Michael A. Forti
Andrew W. Worseck
Mardell Nereim
Rebecca Alfert Hirsch
William Macy Aguiar
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL 60602

Charles J. Cooper
David H. Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036

Brian S. Koukoutchos
28 Eagle Trace
Mandeville, LA 70471

Stephen Kolodziej
BRENNER FORD MONROE & SCOTT LTD.
33 N. Dearborn St., Suite 300
Chicago, IL 60602

## **LIST OF EXHIBITS**

Exhibit 1: Subpoena to Donald Norton

Exhibit 2: Affidavit of Donald Norton

Exhibit 3: Letter from Pete Patterson to Andrew Worseck, dated March 10, 2011