IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCITION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, <br><br> Plaintiffs <br><br> vs. <br><br> THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, <br><br> Defendants | No. 10 CV 4184 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Geraldine Soat Brown |

## AFFIDAVIT OF DONALD NORTON IN SUPPORT OF MOTION TO QUASH

I, Donald Norton, state under oath as follows:

1. I am over eighteen (18) years of age, I am fully capable of making this Affidavit and all of the statements contained herein are true and correct and are made upon my personal knowledge.

2. I am no longer a federally licensed firearms dealer.

3. I am no longer a member of the Illinois Association of Firearm Retailers ("ILAFR").

4. I have no documents relating to my past membership in the ILAFR, and I have no documents relating to communications with the ILAFR about this litigation.

5. I have no knowledge of the plans and intentions of any members of the ILAFR should the City's ordinance at issue in this litigation be invalidated.

Page 1 of 1



EXHIBIT 2

6.  I have not prepared a business plan pertaining to potential firearms sales operations in the City if the ordinance is found unconstitutional.

7.  I have not made or commissioned the preparation of any sales or profit projections, performed any market or customer studies, evaluated costs, analyzed potential locations or considered contracts or leases associated with any possible operation in Chicago if the City's ordinance is invalidated.

Further affiant sayeth not.

OFFICIAL SEAL
JANET B. TAYLOR
Notary Public - State of Illinois
My Commission Expires Sep 22, 2013

_____
Donald Norton

Subscribed and sworn to before me
this 15th day of March, 2011

_____
Notary Public