# Cooper & Kirk
### Lawyers
A Professional Limited Liability Company
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Pete Patterson
ppatterson@cooperkirk.com

(202) 220-9600
Fax (202) 220-9601

March 10, 2011

<u>By First Class Mail and Email</u>

Andrew Worseck
City of Chicago, Department of Law
30 North LaSalle Street
Suite 900
Chicago, IL 60602
Email: andrew.worseck@cityofchicago.org

    Re: *ILAFR v. City of Chicago*, No. 10-4184 (N.D. Ill.)

Dear Andrew,

    It has come to our attention that Don Norton has retired from the firearms-dealing business. On Friday, March 4 an ATF agent audited Mr. Norton. The agent apparently raised issues with Mr. Norton's record-keeping and asked Mr. Norton to remedy those issues. Mr. Norton is 74 years old, and rather than going to the effort to correct his books, Mr. Norton opted to retire from dealing in firearms and thus voluntarily gave up his federal firearms license. He is also no longer a member of Plaintiff ILAFR. Given this turn of events, we no longer plan to rely upon any testimony from Mr. Norton or any documents in his possession for any purpose at any stage of this litigation. Nor does Mr. Norton have any information about any plans other ILAFR members may have to open shooting ranges or sell firearms in the City of Chicago.

    Pursuant to Fed. R. Civ. P. 26(e), we thus supplement and correct Plaintiffs' Objections and Responses to Defendants' First Set of Requests for Production of Documents and First Set of Interrogatories accordingly. The answer to Interrogatory No. 13 is hereby amended to delete the following:

    "3)    Donald R. Norton, Sr.
            Rt. 3
            Box 137
            Golconda, IL 62938"

Likewise, Plaintiffs' answer to Interrogatory No. 14 is hereby amended to delete the following:

"29) Donald R. Norton, Sr."


EXHIBIT 3

# Cooper & Kirk
Lawyers

Andrew Worseck, Esq.
March 10, 2011
Page 2 of 2


Sincerely,

*Pete Patterson* (signature)

Pete Patterson


Cc:  Michael Forti, Esq.
William Aguiar, Esq.
Rebecca Hirsch, Esq.
David Thompson, Esq.
Stephen Kolodziej, Esq.
Christian Ambler, Esq.