# Exhibit Index

**Exhibit 1**: Dec. 29, 2010 Ltr. From J. Panuccio to A. Worseck

**Exhibit 2**: March 10, 2011 Ltr. From P. Patterson to A. Worseck

**Exhibit 3**: Plaintiffs' Third Set of Requests for Production (served February 15, 2011)

**Exhibit 4**: Plaintiffs' Fourth Set of Requests for Production (served February 28, 2011)

**Exhibit 5**: Plaintiffs First Set of Requests for Production

**Exhibit 6**: Plaintiffs' Second Set of Requests for Production and Interrogatories

**Exhibit 7**: Defendants' Response to Plaintiffs' Second Set of Requests for Production and Second Set of Interrogatories

**Exhibit 8**: Jan. 19, 2011 Ltr. of A. Worseck to J. Panuccio

**Exhibit 9**: Feb. 25, 2011 Email from P. Patterson to A. Worseck

**Exhibit 10**: March 15, 2011 Ltr. of P. Patterson to W. Aguiar

**Exhibit 11**: March 9, 2011 Email from M. Forti to D. Thompson et al.

**Exhibit 12**: Dec. 10, 2010 Ltr. from J. Panuccio to A. Worseck

**Exhibit 13**: Jan. 25, 2010 Ltr. from A. Worseck to J. Panuccio