**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Kenneth Pacholski, et al.

                            Plaintiff,

v.                                                   Case No.: 1:10–cv–04184
                                                      Honorable Edmond E. Chang

The City of Chicago, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 17, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Motion by Donald Norton to join motion to quash (100) is withdrawn as the motion should have been filed in the Southern District where the subpoena was issued. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.