UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Kenneth Pacholski, et al.
                        Plaintiff,

v.                                                       Case No.: 1:10–cv–04184
                                                      Honorable Edmond E. Chang

The City of Chicago, et al.
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 17, 2011:

       MINUTE entry before Honorable Edmond E. Chang: The City's motion to extend discovery [95] is granted in part. Both sides assert substantial interests in this case: the City asserts that the Ordinance protects public safety and Plaintiffs assert that the Ordinance violates their fundamental right under the Second Amendment. In support of a 4–month extension of fact discovery, the City argues that discovery is extensive (particularly if Plaintiffs' motion to compel were to have been granted in its entirety) and that there has been a change in Chicago Police Department leadership. But the Court has barred what would have been the burdensome discovery on internal legislative process, and the change in CPD leadership is an unpersuasive reason to delay discovery, especially where there is no reason to believe that the Superintendent (past, present, or future) would necessarily choose the deponents or otherwise direct the litigation's strategy. It is true, however, that discovery is extensive, and the City has recently hired outside counsel to assist, which shows a good–faith effort to move promptly on discovery. In addition, an extension of fact discovery need not overly prolong the close of all discovery because there will be substantial overlap between fact discovery and expert discovery. Accordingly, in balancing the need for a speedy but accurate resolution, the Court will extend fact discovery until June 1, 2011. Initial expert disclosures are due on June 15, 2011; rebuttal expert disclosures are due on July 15, 2011; and expert discovery will close on August 1, 2011. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.