UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Kenneth Pacholski, et al.
                                        Plaintiff,

v.                                                                              Case No.: 1:10–cv–04184
                                                                             Honorable Edmond E. Chang

The City of Chicago, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 17, 2011:

      MINUTE entry before Honorable Edmond E. Chang: The motion to quash the subpoena issued by the City to Mr. Tony Kole and his business, Ghost Industries, is granted as follows: the subpoena for deposition is quashed. In light of the representations of Mr. Kole's counsel and Plaintiff's counsel, namely, that Plaintiffs no longer intend to call Mr. Kole as a witness, and that Mr. Kole is no longer a member of Plaintiff Illinois Association of Firearms Retailers and has only held a federal firearms license since January 2011, a deposition would be unduly burdensome on this non–party. Mr. Kole should, however, produce documents concerning the firearms sales he has made so as to verify the representations that he has had only an extremely limited involvement in firearms sales (which is one of the assumptions underlying the ruling that his deposition testimony is of little value in this litigation).Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.