# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Kenneth Pacholski, et al.
                              Plaintiff,

v.                                                   Case No.: 1:10–cv–04184
                                                             Honorable Edmond E. Chang

The City of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 17, 2011:

      MINUTE entry before Honorable Edmond E. Chang: The City's motion to dismiss [83] is taken under advisement, with a follow–up supplemental memorandum to be filed by the City on the question of whether a prosecution under the applicable provisions of the Illinois Criminal Code or the Illinois Wildlife Code would preclude, as a matter of law, a prosecution under the Ordinance. The City's supplemental memorandum is due on March 24, 2011. Plaintiffs may respond, if they choose, on March 29, 2011. Status hearing set for June 6, 2011 at 9:00a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.