IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL,<br><br>                              Plaintiffs,<br><br>v.<br><br>THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago,<br><br>                              Defendants. | No. 10 CV 4184<br><br>Judge Edmond Chang<br><br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF FILING

**TO:**  Charles J. Cooper                          Stephen Kolodziej
       David H. Thompson                       Brenner Ford Monroe & Scott Ltd.
       Peter Patterson                             33 N. Dearborn Street, Suite 300
       Cooper & Kirk, PLLC                      Chicago, IL 60602
       1523 New Hampshire Ave., NW
       Washington, DC 20036

**PLEASE TAKE NOTICE** that on March 24, 2011, Defendants filed with Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604 **Defendants' Supplemental Brief in Support of Their Motion to Dismiss Count V of Plaintiffs' Second Amended Complaint,** copies of which are hereby served upon you via Electronic Case Filing (ECF).

Dated: March 24, 2011.                                     Respectfully submitted,

                                                                            MARA S. GEORGES
                                                                            CORPORATION COUNSEL
                                                                            CITY OF CHICAGO

BY:   /s/ Rebecca Alfert Hirsch
       One of Its Attorneys

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William M. Aguiar
Rebecca Alfert Hirsch
Attorneys for the City of Chicago
Constitutional & Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
(312) 742-0260