IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCATION OF FIREARMS RETAILERS , KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago,<br><br>    Defendants. | No. 10-CV-4184<br>Judge Edmond E. Chang<br>Magistrate Judge Geraldine Soat Brown |

**STIPULATION AND PROPOSED ORDER REGARDING
DISCOVERY OF WITNESSES DISCLOSED PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(A)(2)(A)**

Plaintiffs Illinois Association of Firearms Retailers, Kenneth Pacholski, Kathryn Tyler, and Michael Hall, and Defendants the City of Chicago and Richard M. Daley (collectively the "Parties"), through their respective counsel of record, hereby stipulate to the following regarding the scope of discovery in this matter:

1. For communications taking place after the date of the filing of this lawsuit, no Party is entitled to discover the contents of communications that involve counsel for any Party and any witness disclosed pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) as a witness that may present evidence under Federal Rule of Evidence 702, 703, or 705.

2. Further, no Party is entitled to discover the contents of drafts of expert witness reports or other disclosures prepared in relation to Federal Rule of Civil Procedure 26(a)(2).

1

3. Nothing in this Order limits in any way the right of either party to discover and examine the basis for a testifying expert's opinion or conclusion, the data or other information considered by the expert in forming the opinion or conclusion, and any other information subject to discovery under Rule 26(a)(2).

4. This Stipulation may be signed in counterparts and facsimile and electronically scanned signatures are deemed originals for all purposes.

Dated: April 14, 2011                         COOPER & KIRK, PLLC


                                              By: /s/ Charles J. Cooper
                                                     Charles J. Cooper

                                              and

                                              BRENNER FORD MONROE & SCOTT
                                              LTD

                                              Stephen Kolodziej

                                              *Counsel for Plaintiffs*

Dated: April 14, 2011                         MARA S. GEORGES
                                              CORPORATION COUNSEL
                                              CITY OF CHICAGO


                                              By: /s/ Andrew Worseck
                                                     One of Its Attorneys


                                              *Counsel for Defendants*

2

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____  _____
                                                                                                               HON. EDMOND E. CHANG
                                                                                                               United States District Judge

4

**REPRESENTATION PURSUANT TO GENERAL ORDER NO. 09-014**

Pursuant to General Order No. 09-014 of the Northern District of Illinois, I represent that consent in the filing of this document has been obtained from each of the other signatories to this document.

By: /s/ Charles J. Cooper
Charles J. Cooper

**CERTIFICATE OF SERVICE**

  I, Charles J. Cooper, hereby certify that on this 14th day of April, 2011, I caused a copy of the foregoing to be served by electronic filing on:

 Michael A. Forti
 Andrew W. Worseck
 Mardell Nereim
 Rebecca Alfert Hirsch
 William Macy Aguiar
 City of Chicago, Department of Law
 Constitutional and Commercial Litigation Division
 30 N. LaSalle St., Suite 1230
 Chicago, IL 60602

              /s/ Charles J. Cooper
                Charles J. Cooper

3. Nothing in this Order limits in any way the right of either party to discover and examine the basis for a testifying expert's opinion or conclusion, the data or other information considered by the expert in forming the opinion or conclusion, and any other information subject to discovery under Rule 26(a)(2).

4. This Stipulation may be signed in counterparts and facsimile and electronically scanned signatures are deemed originals for all purposes.

Dated: April 14, 2011

COOPER & KIRK, PLLC

By: _____
Charles J. Cooper

and

BRENNER FORD MONROE & SCOTT LTD

Stephen Kolodziej

*Counsel for Plaintiffs*

Dated: April __, 2011

MARA S. GEORGES
CORPORATION COUNSEL
CITY OF CHICAGO

By:_____
One of Its Attorneys

*Counsel for Defendants*

2

3. Nothing in this Order limits in any way the right of either party to discover and examine the basis for a testifying expert's opinion or conclusion, the data or other information considered by the expert in forming the opinion or conclusion, and any other information subject to discovery under Rule 26(a)(2).

4. This Stipulation may be signed in counterparts and facsimile and electronically scanned signatures are deemed originals for all purposes.

Dated: April __, 2011                    COOPER & KIRK, PLLC

                                         By:_____
                                             Charles J. Cooper

                                         and

                                         BRENNER FORD MONROE & SCOTT LTD

                                         Stephen Kolodziej

                                         *Counsel for Plaintiffs*

Dated: April 14, 2011                    MARA S. GEORGES
                                         CORPORATION COUNSEL
                                         CITY OF CHICAGO

                                         By:_____
                                             One of Its Attorneys

                                         *Counsel for Defendants*

2