## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Kenneth Pacholski, et al.

                           Plaintiff,

v.                                                      Case No.: 1:10−cv−04184
                                                     Honorable Edmond E. Chang

The City of Chicago, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 14, 2011:

      MINUTE entry before Honorable Edmond E. Chang: With regard to the stipulation [115] and proposed order, in light of potential privilege and work product issues, the Court finds good cause for the proposed order's entry. The parties should e−mail the proposed order in Wordperfect format as required by Judge Chang's website (see the link on proposed orders). Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.