UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCATION OF FIREARMS RETAILERS , KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, <br><br> Defendants. | No. 10-CV-4184 <br> Judge Edmond E. Chang <br> Magistrate Judge Geraldine Soat Brown |

ORDER REGARDING
DISCOVERY OF WITNESSES DISCLOSED PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(A)(2)(A)

Pursuant to the stipulation filed and entered between Plaintiffs Illinois Association of Firearms Retailers, Kenneth Pacholski, Kathryn Tyler, and Michael Hall, and Defendants the City of Chicago and Richard M. Daley (collectively the "Parties"), through their respective counsel of record, the Court, for good cause shown, hereby orders the following regarding the scope of discovery in this matter:

1. For communications taking place after the date of the filing of this lawsuit, no Party is entitled to discover the contents of communications that involve counsel for any Party and any witness disclosed pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) as a witness that may present evidence under Federal Rule of Evidence 702, 703, or 705.

2. Further, no Party is entitled to discover the contents of drafts of expert witness reports or other disclosures prepared in relation to Federal Rule of Civil Procedure 26(a)(2).

3. Nothing in this Order limits in any way the right of either party to discover and examine the basis for a testifying expert's opinion or conclusion, the data or other information considered by the expert in forming the opinion or conclusion, and any other information subject to discovery under Rule 26(a)(2).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated : April 15, 2011

                                                 HON. EDMOND E. CHANG
                                                 United States District Judge