IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 10-CV-4184<br>Judge Edmond E. Chang |
| CITY OF CHICAGO, ET AL., | ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |

NOTICE OF MOTION

**TO:**  Charles J. Cooper                         Stephen Kolodziej
 David H. Thompson                     Brenner Ford Monroe & Scott Ltd.
 Peter Patterson                            33 N. Dearborn Street, Suite 300
 Cooper & Kirk, PLLC                   Chicago, IL 60602
 1523 New Hampshire Ave., NW
 Washington, DC 20036

**PLEASE TAKE NOTICE** that on **Thursday, May 26**, at **8:30 a.m**. or as soon thereafter as counsel may be heard, the undersigned will appear before the **Honorable Edmond E. Chang,** or any judge sitting in his stead, in **Room 1403** of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and present **Defendants' Motion to Compel Plaintiffs to Answer Mayor Daley's First Set of Interrogatories,** copies of which are served upon you, herewith.

Date: May 20, 2011                    Respectfully submitted,
                                                    MARA S. GEORGES,
                                                    Corporation Counsel for the City of Chicago

                                                    By:    /s/William Macy Aguiar
                                                                Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216
Attorneys for Defendants

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record for Defendants, hereby certifies that on May 20, 2011, he served a copy of the foregoing: (i) **Notice of Motion**; and (ii) **Defendants' Motion to Compel Plaintiffs to Answer Mayor Daley's First Set of Interrogatories,** on the parties listed below by electronic means pursuant to Electronic Case Filing (ECF):

| | |
|---|---|
| Charles J. Cooper | Stephen Kolodziej |
| David H. Thompson | Brenner Ford Monroe & Scott Ltd. |
| Peter Patterson | 33 N. Dearborn Street, Suite 300 |
| Cooper & Kirk, PLLC | Chicago, IL 60602 |
| 1523 New Hampshire Ave., NW | |
| Washington, DC 20036 | |

/s/ William Macy Aguiar
William Macy Aguiar