## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Kenneth Pacholski, et al.
                                        Plaintiff,

v.                                                    Case No.: 1:10−cv−04184
                                                      Honorable Edmond E. Chang

The City of Chicago, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 20, 2011:

    MINUTE entry before Honorable Edmond E. Chang: Defendant's motion to compel [119] is granted. Rather than shorten the time to respond to the discovery close−date of June 1, 2011, as the Court could under Rule 33(b)(2), instead fact discovery will be extended for the limited purpose of requiring Plaintiffs' response to the interrogatories by June 6, 2011. It is difficult to conceive of any unfair prejudice to Plaintiffs from such a limited extension, whereas Defendant could be potentially seriously hampered in litigating Count V (particularly where the Court still has the motion to dismiss Count V under advisement). The Court is ruling on this discovery motion in advance of the notice−of−motion date in order to maximize the time Plaintiffs have to draft the responses, but Plaintiffs may file a motion to reconsider if they feel it is necessary.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.