IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS ASSOCATION OF FIREARMS RETAILERS , KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 10-CV-4184 Judge Edmond E. Chang |
| v. | ) ) | Magistrate Judge Geraldine Soat Brown |
| THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** Mara S. Georges
Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL 60602

PLEASE TAKE NOTICE that on Thursday, May 26, 2011, at the hour of 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present Plaintiffs' Motion to Reconsider Order Granting Defendants' Motion to Compel Plaintiffs to Answer Mayor Richard Daley's First Set of Interrogatories, a

1

2

copy of which is attached and is hereby served upon you.


Dated: May 23, 2011                                              Respectfully submitted,


Stephen Kolodziej                                               /s/Charles J. Cooper
Atty. ID # 6216375                                              Charles J. Cooper*
BRENNER FORD MONROE & SCOTT LTD.                                David H. Thompson*
33 N. Dearborn St., Suite 300                                   Peter A. Patterson*
Chicago, IL 60602                                               COOPER & KIRK, PLLC
Tel: (312) 781-1970                                             1523 New Hampshire Ave., NW
Fax: (312)781-9202                                              Washington, D.C. 20036
Email: skolodziej@brennerlawfirm.com                            Tel: (202) 220-9600
                                                                Fax: (202) 220-9601
                                                                Email: ccooper@cooperkirk.com

                                                                *Admitted *pro hac vice*.

                                                                *Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I, Charles J. Cooper, hereby certify that on this 23rd day of May, 2011, I caused a copy of the foregoing to be served by electronic filing on:

Mara S. Georges
Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL 60602

/s/Charles J. Cooper
Charles J. Cooper