UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Kenneth Pacholski, et al.
                            Plaintiff,

v.                                              Case No.: 1:10−cv−04184
                                                Honorable Edmond E. Chang

The City of Chicago, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 25, 2011:

   MINUTE entry before Honorable Edmond E. Chang: With regard to Plaintiffs' motion to reconsider [122], the Court's prior order on the Defendant's motion to compel should have been more precise in explaining that the Court was ruling only on the untimeliness objection. In any event, in light of Defendant's response filed today, the parties are ordered to confer on Plaintiffs' objections. The motion to reconsider is entered and continued to June 6, 2011 at 9 a.m., which is the previously−scheduled status hearing date. If the parties arrive at an agreement as to the scope, if any, of responses that Plaintiffs are willing to provide, then fact discovery will be extended for the purpose of receiving those responses. If the parties are unable to agree, then the Court will address the motion at the June 6 hearing. If the parties narrow the dispute, then Defendant (as the issuer of the discovery requests) must file, before June 6, a supplemental response describing the narrowed scope of the dispute.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.