# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Kenneth Pacholski, et al.
                                     Plaintiff,

v.                                                Case No.: 1:10–cv–04184
                                                  Honorable Edmond E. Chang

The City of Chicago, et al.
                                     Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, June 7, 2011:


    MINUTE entry before Honorable Edmond E. Chang: Plaintiffs' motion to reconsider [122] the Court's prior order [121] on Defendants' motion to compel [119] is denied as moot. As stated in open court, the parties have conferred and Plaintiffs agreed to provide answers to Mayor Daley's First Set of Interrogatories [119–1] on June 6, 2011. Depending on the scope and substance of Plaintiffs' answers, Defendants may seek further relief from the Court. Plaintiffs also preserve their objection to the interrogatories based on relevance. With regard to Defendants' motion to extend expert discovery deadlines [126] this motion is granted for the following reasons. Defendants indicated in open court that their potential experts are academics and thus required time to clear conflicts of interest with their institutions and with funding sources. Also, the Seventh Circuit still has under advisement the appeal in Ezell v. City of Chicago, which may provide further guidance on the issues in this case. The expert discovery deadlines are extended for 60 days: expert disclosures are due on August 15, 2011; rebuttal expert disclosures are due on September 15, 2011; and expert discovery will close on September 30, 2011. There will be no further extensions for Defendants. However, because Plaintiffs have not occasioned any delays in discovery thus far, the Court will consider Plaintiffs' requests for additional time in the event they need relief from the above deadlines. Defendants' motion to dismiss Count V [83] remains under advisement. Status hearing set for October 6, 2011 at 9:00 a.m.Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.