**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| Illinois Association of Firearms Retailers, et al | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case Number: 10 CV 4184 |
| v. | ) | |
| | ) | Judge: Edmond Chang |
| The City of Chicago and Richard M. Daley, Mayor | ) | |
| | ) | |
| Defendant | ) | |

**MOTION TO WITHDRAW**

Now comes Christian D. Ambler of the Law Firm of Stone & Johnson, Chtd., counsel for

Non-Parties, Donald Norton and Tony Kole, and his business, Ghost Industries, LLC, and moves this

Honorable Court for an order withdrawing his Appearances in this matter and, in support thereof,

states as follows:

1.      Mr. Ambler filed Appearances on behalf of Donald Norton and Tony Kole and his

business, Ghost Industries, LLC, for the sole purpose of moving to quash subpoenas served upon

them by the City of Chicago.

2.      All issues and disputes concerning the subpoenas have now been resolved and,

accordingly, Mr. Ambler's withdrawal from this matter is appropriate.

**STONE & JOHNSON, CHTD.**


/s/ Christian D. Ambler


**STONE & JOHNSON, CHTD.**
**200 East Randolph, 24th Floor**
**Chicago, Illinois 60601**
**Telephone: (312) 332-5656**
cambler@stonejohnsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw was served by electronic mail and U.S. First Class Mail, postage prepaid, this 14th day of June, 2011, on the following parties of record:

Mr. Andrew Worseck
Michael A. Forti
Mardell Nereim
Rebecca Alfert Hirsh
William Macy Aguiar
City of Chicago
Department of Law
30 North LaSalle Street
Suite 900
Chicago, Illinois 60602
Phone: 312-744-7129
aworseck@cityofchicago.org
mforti@cityofchicago.org
mnereim@cityofchicago.org
waguiar@cityofchicago.org
rebecca.alfert@cityofchicago.org

Mr. David Thompson
Mr. Charles Cooper
Mr. Jesse Panuccio
Mr. Pete Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue N.W.
Washington, DC 20036
Phone: 202-220-9600
Fax:    202-220-9601
dthompson@cooperkirk.com
ccooper@cooperkirk.com
jpanuccio@cooperkirk.com
ppatterson@cooperkirk.com
hnielson@cooperkirk.com
khanson@cooperkirk.com
msmith@cooperkirk.com

Stephen Kolodziej
Brenner, Ford, Monroe & Scott
33 North Dearborn Street
Suite 300
Chicago, Illinois 60602
Phone: 312-781-1970
Fax: 312-781-9202
skolodziej@brennerlawfirm.com

Brian S. Koukoutchos
28 East Trace
Mandeville, LA 70471
Phone: 985-626-5052
bkoukoutchos@gmail.com

/s/ Christian D. Ambler
Counsel for Donald R. Norton, Sr. and
Tony Kole, Ghost Industries, Inc.