**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, | ) | |
| Plaintiffs, | ) | Case No: 10-CV-4184 |
| | ) | Judge Edmond E. Chang |
| v. | ) | |
| THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, | ) | |
| Defendants | ) | |

**NOTICE OF MOTION TO EXTEND THE EXPERT DISCLOSURE DEADLINE**

**TO:** Attached Service List

**PLEASE TAKE NOTICE** that on August 4, 2011, at the hour of 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Motion to Extend the Expert Disclosure Deadline**, a copy of which is attached and is hereby served upon you.

Respectfully submitted,

Dated: August 1, 2011

/s_Ranjit Hakim________________________

Craig Woods
Ranjit Hakim
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600 (phone)
(312) 701-7711 (fax)
*Attorneys for Defendants*
*City of Chicago and Mayor Richard M. Daley*

## CERTIFICATE OF SERVICE

I, Ranjit Hakim, an attorney, hereby certify that on this, the 1st day of August, 2011, I caused a copy of **Defendants' Motion to Extend the Expert Disclosure Deadline** to be served by electronic filing on:

Stephen Kolodziej

Charles J. Cooper
David H. Thompson
Peter A. Patterson
Jesse Michael Panuccio

Brian S. Koukoutchos

Michael A. Forti
Andrew W Worseck
Mardell Nereim
Rebecca Alfert Hirsch
William Macy Aguiar

/s_Ranjit Hakim______________________
Ranjit Hakim

**SERVICE LIST**

**Stephen A. Kolodziej**
Brenner, Ford, Monroe & Scott, Ltd
33 North Dearborn Street
Suite 300
Chicago, IL 60602
(312) 781-1970
Email: skolodziej@brennerlawfirm.com

**Brian S. Koukoutchos**
Brian S. Koukoutchos
28 Eagle Trace
Mandville, LA 70471
(985) 626-5052
Email: bkoukoutchos@gmail.com

**Charles J. Cooper**
Cooper & Kirk, PLLC
1500 K Street
Suite 200
Washington, DC 20005
(202) 220-9600
Email: ccooper@cooperkirk.com

**David Henry Thompson**
**Peter A Patterson**
**Jesse Michael Panuccio**
Cooper & Kirk, Pllc
1523 New Hampshire Avenue, N.w.
Washington, DC 20036
(202) 220-9600
Email: dthompson@cooperkirk.com
Email: ppatterson@cooperkirk.com
Email: jpanuccio@cooperkirk.com

**Michael A. Forti**
**Andrew W Worseck**
**Mardell Nereim**
**Rebecca Alfert Hirsch**
**William Macy Aguiar**
City of Chicago, Department of Law
30 North LaSalle Street
Suite 900
Chicago, IL 60602
(312) 744-9010
Email: mforti@cityofchicago.org
Email: aworseck@cityofchicago.org
Email: mnereim@cityofchicago.org
Email: rebecca.alfert@cityofchicago.org
Email: waguiar@cityofchicago.org