# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Edmond E. Chang | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4184 | **DATE** | 8/2/2011 |
| **CASE TITLE** | Brett Benson, et al. Vs. The City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Leave of court is given to Christian D. Ambler to withdraw his appearance on behalf of Tony Kole/Ghost Industries.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|