# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Kenneth Pacholski, et al.
                                 Plaintiff,

v.                                                  Case No.: 1:10–cv–04184
                                                        Honorable Edmond E. Chang

The City of Chicago, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 4, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Motion hearing held. As discussed in open court, Defendants' motion for extension [132] of expert disclosure deadline is granted in part and denied in part. With regard to Mr. Phil Cook, in light of the unforeseen personal matter that arose, the disclosure deadline is extended to 08/26/11. Plaintiffs' disclosure on the same subject matter (public carriage and sales) is extended to that same date. Rebuttal disclosures on those subject matters is extended to 09/26/11, and discovery on those subjects is extended to [[11 days after 09/30/11]. The motion is denied as to the other experts because (a) the already–extended expert disclosure deadline was the one sought by Defendants; and (b) no reasonably unforeseen circumstances arose after the time of the previously–granted extension. Status hearing of 10/06/11 at 9:00a.m. remains as scheduled. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.