IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No: 10-CV-4184 Judge Edmond E. Chang |
| v. ) ) | |
| THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago, ) ) ) | |
| Defendants ) ) ) | |

**AGREED JOINT MOTION TO EXTEND AND AMEND THE EXPERT DISCOVERY SCHEDULE AND SET A NEW STATUS DATE**

Plaintiffs Illinois Association of Firearms Retailers, Kenneth Pacholski, Kathryn Tyler and Michael Hall (collectively "Plaintiffs") and Defendants City of Chicago and Mayor Rahm Emanuel (collectively "Defendants") jointly and respectfully move this Court to extend and amend the expert discovery schedule to reflect deadlines that are agreeable to all parties. If this request is granted, Plaintiffs would disclose their rebuttal expert on September 30, 2011, and expert discovery would close on October 10, 2011. Further, the status hearing in this matter currently set for October 6, 2011, at 9 a.m. would be reset for October 13, 2011, at 10 a.m.

1. The Court has adjusted the expert discovery schedule in this matter on several occasions, most recently on August 4, 2011. Under the current discovery schedule,

   a. Defendants had until August 15, 2011 to disclose all but one of their expert witnesses;

1

    b.  Defendants had until August 26, 2011 to disclose Professor Phil Cook's expert report;

    c.  Plaintiffs have until September 15, 2011 to disclose the majority of their rebuttal expert witnesses;

    d.  Plaintiffs have until September 26, 2011 to disclose their rebuttal expert on the topics covered by Professor Phil Cook's report; and

    e.  Expert discovery will close on September 30, 2011.

  2.  Defendants disclosed their expert witnesses in accordance with the deadlines reflected above.

  3.  Plaintiffs and Defendants then met and conferred beginning on September 1, 2011, and continuing almost daily until September 12, 2011, to find mutually agreeable dates upon which to depose each side's expert witnesses. As a result of this significant effort, the parties recognized and agreed that a modification to the Court's expert discovery schedule in this matter would be necessary to accommodate the agreement of the parties as to deposition dates. More specifically,

    a.  Moving Plaintiffs' dates to disclose rebuttal experts from September 15, 2011, and September 26, 2011, and consolidating them instead on September 30, 2011, would allow Plaintiffs to complete the depositions of Defendants' expert witnesses prior to issuing a rebuttal report; and

    b.  Moving the close of expert discovery from September 30, 2011 to October 10, 2011, would allow Defendants to complete the

deposition of Plaintiffs' rebuttal expert witness prior to the close of expert discovery.

4. In moving the close of discovery to October 10, 2011, the parties further request that the Court's October 6, 2011 status be reset to October 13, 2011, at 10 a.m.[1]

WHEREFORE, Plaintiffs and Defendants jointly move this Court to extend and amend the expert discovery schedule and reset the October 6, 2011 status to October 13, 2011.

Dated September 13, 2011

Respectfully submitted,

| | |
|---|---|
| s/ Charles J. Cooper | s/ Ranjit Hakim |
| Charles J. Cooper* | Craig Woods |
| David H. Thompson* | Ranjit Hakim |
| Peter A. Patterson* | MAYER BROWN LLP |
| COOPER & KIRK, PLLC | 71 S. Wacker Drive |
| 1523 New Hampshire Ave., NW | Chicago, IL 60606-4637 |
| Washington, DC 20036 | Tel: (312) 782-0600 |
| Tel: (202) 220-9600 | Fax: (312) 701-7711 |
| Fax: (202) 220-9601 | *Counsel for Defendants* |
| Email: ccooper@cooperkirk.com | |
| *Admitted *pro hac vice*. | Michael A. Forti |
| *Counsel for Plaintiffs* | Mardell Nereim |
| | Andrew W. Worseck |
| Stephen Kolodziej | William Macy Aguiar |
| BRENNER FORD MONROE & SCOTT LTD | Rebecca Alfert Hirsch |
| 33 N. Dearborn St., Suite 300 | CITY OF CHICAGO, DEPT OF LAW |
| Chicago, IL 60602 | CONSTITUTIONAL & COMMERCIAL |
| Tel: (312) 781-1970 | LITIGATION DIVISION |
| Fax: (312)781-9202 | 30 North LaSalle Street, Suite 1230 |
| Email: skolodziej@brennerlawfirm.com | Chicago, IL 60602 |
| *Counsel for Plaintiffs* | Tel: (312) 744-9018 / 6975 / 7129 / 4216 |
| | *Counsel for Defendants* |

---

[1] The later start time is an effort to accommodate the travel schedule of out-of-town counsel and is agreeable to the parties. If, however, the Court prefers an earlier time, Plaintiffs' counsel has indicated that he will, of course, adjust his schedule accordingly.

**REPRESENTATION PURSUANT TO GENERAL ORDER NO. 2011-24**

Pursuant to General Order No. 2011-24 of the Northern District of Illinois, I represent that consent in the filing of this document has been obtained from the other signatory to this document.

By: s/ Charles J. Cooper
Charles J. Cooper

## **CERTIFICATE OF SERVICE**

      I, Charles J. Cooper, hereby certify that on this 13th day of September, 2011, I caused a copy of the foregoing to be served by electronic filing on:

| | |
|---|---|
| Michael A. Forti | Craig Woods |
| Andrew W. Worseck | Ranjit Hakim |
| Mardell Nereim | MAYER BROWN LLP |
| Rebecca Alfert Hirsch | 71 S. Wacker Drive |
| William Macy Aguiar | Chicago, IL  60606-4637 |
| City of Chicago, Department of Law | |
| Constitutional and Commercial Litigation Division | |
| 30 N. LaSalle St., Suite 1230 | |
| Chicago, IL  60602 | |

                                                  s/ Charles J. Cooper
                                                    Charles J. Cooper