**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | Case No: 10-CV-4184 Judge Edmond E. Chang |
| v. | ) ) | |
| THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago, | ) ) ) | |
| Defendants | ) ) ) ) | |

**NOTICE OF MOTION**

**TO:**  Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL  60602

Craig Woods
Ranjit Hakim
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606-4637

PLEASE TAKE NOTICE that on Monday, September 19, 2011, at the hour of 8:30 a.m.,

or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E.

Chang in Courtroom 1403 of the United States District Court for the Northern District of Illinois,

Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in

his place and stead, and present the parties' **Agreed Joint Motion to Extend and Amend the**

**Expert Discovery Schedule and Set a New Status Date**, a copy of which is attached and is

hereby served upon you.


Dated: September 13, 2011                                    Respectfully submitted,


Stephen Kolodziej                                           /s/Charles J. Cooper
Atty. ID # 6216375                                          Charles J. Cooper*
BRENNER FORD MONROE & SCOTT LTD.                            David H. Thompson*
33 N. Dearborn St., Suite 300                               Peter A. Patterson*
Chicago, IL  60602                                          COOPER & KIRK, PLLC
Tel: (312) 781-1970                                         1523 New Hampshire Ave., NW
Fax: (312)781-9202                                          Washington, D.C.  20036
Email: skolodziej@brennerlawfirm.com                        Tel: (202) 220-9600
                                                            Fax: (202) 220-9601
                                                            Email: ccooper@cooperkirk.com

                                                            *Admitted *pro hac vice*.

                                                            *Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I, Charles J. Cooper, hereby certify that on this 13th day of September, 2011, I caused a

copy of the foregoing to be served by electronic filing on:

Michael A. Forti
Andrew W. Worseck
Mardell Nereim
Rebecca Alfert Hirsch
William Macy Aguiar
City of Chicago, Department of Law
Constitutional and Commercial Litigation
Division
30 N. LaSalle St., Suite 1230
Chicago, IL 60602

Craig Woods
Ranjit Hakim
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606-4637

s/ Charles J. Cooper
Charles J. Cooper