## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Kenneth Pacholski, et al.
                                  Plaintiff,

v.                                                               Case No.: 1:10–cv–04184
                                                                      Honorable Edmond E. Chang

The City of Chicago, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 16, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Joint motion to modify [138] the expert discovery schedule is granted: Plaintiffs shall disclose their rebuttal expert on September 30, 2011, and expert discovery will close on October 10, 2011. Status hearing of 10/06/11 is reset to 10/17/11 at 10 a.m. (rather than the 10/13/11 date sought in the motion). Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.