**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **PACHOLSKI, ET AL.,** | ) | |
| | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
|     v. | ) | No. 10-CV-4184 |
| | ) | Judge Edmond E. Chang |
| **CITY OF CHICAGO, ET AL.,** | ) | Magistrate Judge Geraldine Soat |
| | ) |  Brown |
|     **Defendants.** | ) | |

## NOTICE OF MOTION

**TO:**   Counsel on the attached service list

    PLEASE TAKE NOTICE that on **Wednesday, October 12, 2011, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before **The Honorable Edmond E. Chang**, or any judge sitting in his stead, in **Room 1403** of the Dirksen Federal Courthouse, and present **Defendants' Motion for Leave to Depose Plaintiffs' Rebuttal Expert After The Close of Discovery, and For Leave to Conduct The Deposition In Excess of Seven Hours**, copies of which are being served on you concurrently with this Notice.

                                                    Respectfully submitted,

                                                    Steven R. Patton, Corporation Counsel for the City of Chicago

                                                    By:   /s/ Andrew Worseck
                                                    Assistant Corporation Counsel

City of Chicago
Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle, Suite 1230
Chicago, Illinois 60602
(312) 744-7129

Dated: October 6, 2011

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney of record for the Defendants, hereby certifies that on October 6, 2011, he served a copy of the foregoing **Notice of Motion**, along with **Defendants' Motion for Leave to Depose Plaintiffs' Rebuttal Expert After The Close of Discovery, and For Leave to Conduct The Deposition In Excess of Seven Hours**, and this **Certificate of Service**, on the parties listed below by electronic means pursuant to Electronic Case Filing (ECF):

Charles J. Cooper
David H. Thompson
Peter Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

Stephen Kolodziej
BRENNER FORD MONROE & SCOTT LTD.
33 N. Dearborn Street, Suite 300
Chicago, IL 60602

/s/ Andrew Worseck