**Pete Patterson**

| | |
|---|---|
| **From:** | Worseck, Andrew [andrew.worseck@cityofchicago.org] |
| **Sent:** | Thursday, October 06, 2011 9:44 AM |
| **To:** | David Thompson |
| **Cc:** | Forti, Michael; Woods, Craig A.; Hakim, Ranjit J.; Pete Patterson |
| **Subject:** | RE: Deposition of Gary Kleck |

David - Yes, as I indicated previously, Defendants will not be in a position to take Prof. Kleck's deposition tomorrow.

_____
From: David Thompson [dthompson@cooperkirk.com]
Sent: Thursday, October 06, 2011 8:13 AM
To: Worseck, Andrew
Cc: Forti, Michael; Woods, Craig A.; Hakim, Ranjit J.; Pete Patterson
Subject: RE: Deposition of Gary Kleck

Drew,

I construe Chicago's silence as indicating (1) it rejects our compromise position and (2) Chicago is still not planning on deposing Professor Kleck tomorrow. Please the confirm the latter point this morning so that Professor Kleck can be spared an unnecessary trip to D.C.

If Chicago allows expert discovery to close without an agreement with us to extend discovery or a court order extending discovery, we will oppose Chicago's efforts to reopen discovery. Chicago cannot unilaterally grant itself an extension of the discovery schedule.

Regards,
David

From: David Thompson
Sent: Tuesday, October 04, 2011 7:05 PM
To: 'Worseck, Andrew'
Cc: Forti, Michael; Woods, Craig A.; Hakim, Ranjit J.; Pete Patterson
Subject: RE: Deposition of Gary Kleck

Drew,

We have carefully considered our position and offered a compromise to forestall the necessity of court intervention. We regret that the City has not accepted our compromise position.

Professor Kleck remains available on Friday pursuant to our agreement with Mayer Brown. If you decide to allow the discovery period to expire without deposing Professor Kleck, the record will be clear that he was (and still is) available to appear on the agreed-upon date.

If you reconsider your position, please let me know.

Regards,
David

From: Worseck, Andrew [mailto:andrew.worseck@cityofchicago.org]

1

Sent: Tuesday, October 04, 2011 6:28 PM
To: David Thompson
Cc: Forti, Michael; Woods, Craig A.; Hakim, Ranjit J.; Pete Patterson
Subject: RE: Deposition of Gary Kleck

David - Thank you for the email. We will take this under advisement and get back to you as soon as we can, and we too hope that this matter can be resolved short of court intervention. To that end, we hope that Plaintiffs will reconsider their position. As I indicated and explained during our call, we believe that both an extension on the date of Prof. Kleck's deposition, as well as more than 7 hours to take it, are warranted in light of recent developments. (These include, but are not limited to, Prof. Kleck tendering a 92-page rebuttal submission, which was not sent to Defendants until after the close of business on Friday.) Thus, as I explained, it is not feasible for the deposition to go forward this Friday and Plaintiffs are on notice that Defendants won't be proceeding with it on that date. As such, should Plaintiffs persist in their plans for Prof. Kleck to travel to D.C. and appear on Friday, they will be solely responsible for any costs/expenses associated therewith.

_____

From: David Thompson [dthompson@cooperkirk.com]
Sent: Tuesday, October 04, 2011 2:48 PM
To: Worseck, Andrew
Cc: Forti, Michael; Woods, Craig A.; Hakim, Ranjit J.; Pete Patterson
Subject: Deposition of Gary Kleck
Drew,

Thank you for your call of earlier today. As I understand it, the City of Chicago is requesting that (1) the deadline for expert discovery be extended so that the deposition of Professor Kleck can be held after this Friday, the date that we had previously agreed to and (2) the deposition extend beyond 7 hours. We do not believe that any circumstances warrant a further extension of discovery. At the time, we negotiated the current schedule all parties understood that the City would have one week to prepare for and take the deposition of our rebuttal expert. Nevertheless, in an effort to resolve our dispute without calling upon the resources of the Court, we are prepared to make Professor Kleck available for deposition on October 24 or 28th in Tallahassee, Florida provided the City of Chicago agrees to limit the deposition to 7 hours. We will oppose any extension of the discovery deadline unless the City of Chicago agrees to limit the deposition to 7 hours.

Unless we reach an agreement with you, we will not cancel Professor Kleck's travel plans, and he will be available for deposition in Washington, D.C. this Friday pursuant to the agreement I reached with Mayer Brown.

Regards,
David

David H. Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
202-220-9659
dthompson@cooperkirk.com<mailto:dthompson@cooperkirk.com>

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

--------------------------------------------------------------------------------

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.