UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Kenneth Pacholski, et al.
                          Plaintiff,

v.                                              Case No.: 1:10–cv–04184
                                                Honorable Edmond E. Chang

The City of Chicago, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 3, 2011:

     MINUTE entry before Honorable Edmond E. Chang:Status hearing held. Discussion held on how the motion for summary judgment will be briefed. The Court will allow the City to file it's motion for summary first. Defendants' motion for summary judgment due 02/01/12. Response due 03/02/12. Reply due 04/03/12. Counsel request for leave to file the briefs in excess of 15 pages is granted. Each brief not to exceed 14,000 words. Status hearing set for 01/19/12 at 9:00 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.