**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| ILLINOIS ASSOCIATION OF FIREARMS | ) | |
| RETAILERS, KENNETH PACHOLSKI, | ) | |
| KATHRYN TYLER, and MICHAEL HALL, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No: 10-CV-4184 |
| | ) | Judge Edmond E. Chang |
| v. | ) | |
| | ) | |
| THE CITY OF CHICAGO and RAHM | ) | |
| EMANUEL, Mayor of the City of Chicago, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

**JOINT STATEMENT ON DISMISSAL OF FIRING RANGE BAN**

Pursuant to the Court's instruction at the last status conference, Plaintiffs and Defendants

have reached a stipulated agreement that Count III of the Second Amended Complaint, which

challenges the prior ban on privately-owned firing ranges, should be dismissed as moot and

jointly request that the court enter an order to that effect.

1

Dated November 17, 2011                    Respectfully submitted,

<u>s/ Charles J. Cooper</u>
Stephen Kolodziej                          Charles J. Cooper*
BRENNER FORD MONROE & SCOTT LTD            David H. Thompson*
33 N. Dearborn St., Suite 300              Peter A. Patterson*
Chicago, IL 60602                          COOPER & KIRK, PLLC
Tel: (312) 781-1970                        1523 New Hampshire Ave., NW
Fax: (312)781-9202                         Washington, DC 20036
Email: <u>skolodziej@brennerlawfirm.com</u>      Tel: (202) 220-9600
                                           Fax: (202) 220-9601
Michael A. Forti                           Email: <u>ccooper@cooperkirk.com</u>
Andrew W. Worseck
City of Chicago, Department of Law         *Admitted *pro hac vice*.
Constitutional and Commercial
 Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL  60602
Tel: (312) 744-9018
Fax: (312) 742 3925
Email: <u>Michael.forti@ex.cityofchicago.org</u>

## CERTIFICATE OF SERVICE

I, Charles J. Cooper, hereby certify that on this 17th day of November, 2011, I caused a

copy of the foregoing to be served by electronic filing on:

Michael A. Forti                              Craig Woods
Andrew W. Worseck                             Ranjit Hakim
Mardell Nereim                                MAYER BROWN LLP
Rebecca Alfert Hirsch                         71 S. Wacker Drive
William Macy Aguiar                           Chicago, IL  60606-4637
City of Chicago, Department of Law
Constitutional and Commercial Litigation
Division
30 N. LaSalle St., Suite 1230
Chicago, IL  60602


s/ Charles J. Cooper
   Charles J. Cooper