**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Kenneth Pacholski, et al.

                              Plaintiff,

v.                                                    Case No.: 1:10–cv–04184
                                                      Honorable Edmond E. Chang

The City of Chicago, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 19, 2012:

          MINUTE entry before Honorable Edmond E. Chang: Status hearing held.
Plaintiff's counsel Charles J. Cooper appeared by telephone. Defendants' oral request to
extend the filing date for the motion for summary judgment is granted. Defendants'
motion for summary judgment due 2/22/12. Response due 3/23/12. Reply due 4/24/12.
Each brief not to exceed 14,000 words. Status hearing set for 6/14/12 at 8:30 a.m. Mailed
notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.