**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No: 10-CV-4184 |
| | ) | Judge Edmond E. Chang |
| v. | ) ) | |
| THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago, | ) ) ) | |
| Defendants. | ) ) ) ) | |

## JOINT STATEMENT ON COUNT VI

Count VI of the Second Amended Complaint challenges the City of Chicago's Zoning Ordinance to the extent it bans the construction or operation of (a) a shooting range or (b) a firearms retail business. Pursuant to the Court's instructions at the last status conference, Plaintiffs and Defendants have reached a stipulated agreement that Count VI of the Second Amended Complaint should be dismissed as moot with respect to the Zoning Ordinance's impact on shooting ranges and jointly request that the Court enter an order to that effect. Count VI's challenge to the impact of the Zoning Ordinance on firearms retail businesses remains pending.

Dated January 24, 2012                          Respectfully submitted,


                                                 s/ Charles J. Cooper
Stephen Kolodziej                                Charles J. Cooper*
FORD & BRITTON, P.C.                             David H. Thompson*
33 N. Dearborn St., Suite 300                    Peter A. Patterson*
Chicago, IL 60602                                COOPER & KIRK, PLLC
Tel: (312) 924-7500                              1523 New Hampshire Ave., NW
Fax: (312) 924-7516                              Washington, DC 20036
Email: skolodziej@fordbritton.com                Tel: (202) 220-9600
                                                 Fax: (202) 220-9601
Michael A. Forti                                 Email: ccooper@cooperkirk.com
Andrew W. Worseck
City of Chicago, Department of Law               *Admitted *pro hac vice*.
Constitutional and Commercial
  Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL  60602
Tel: (312) 744-9018
Fax: (312) 742 3925
Email: Michael.forti@ex.cityofchicago.org

## CERTIFICATE OF SERVICE

I, Charles J. Cooper, hereby certify that on this 24th day of January, 2012, I caused a

copy of the foregoing to be served by electronic filing on:

Michael A. Forti                          Craig Woods
Andrew W. Worseck                Ranjit Hakim
Mardell Nereim                        MAYER BROWN LLP
Rebecca Alfert Hirsch             71 S. Wacker Drive
William Macy Aguiar             Chicago, IL  60606-4637
City of Chicago, Department of Law
Constitutional and Commercial Litigation
Division
30 N. LaSalle St., Suite 1230
Chicago, IL  60602

s/ Charles J. Cooper
Charles J. Cooper

3