IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 10-CV-4184 Judge Edmond E. Chang |
| CITY OF CHICAGO, ET AL., | ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE
SUMMARY JUDGMENT BRIEFING SCHEDULE**

Defendants, by their counsel, Stephen R. Patton, Corporation Counsel of the City of Chicago, hereby move this Court to extend the time for Defendants to file their motion for summary judgment and to adjust the remaining briefing schedule accordingly. In support of their motion, Defendants state as follows:

1. On November 3, 2011, the Court set a briefing schedule requiring Defendants to file their motion for summary judgment by February 1, 2012.

2. At the status held on January 19, 2012, Defendants orally moved for an extension of 30 days within which to file their motion for summary judgment. Defendants noted, among other reasons, that the Court had just (on January 18) denied Defendants' motion to dismiss Count V of the Second Amended Complaint. Defendants explained that, in the course of so doing, the Court provided guidance on the scope of Plaintiffs' carry claim, and that Defendants would need more time to tailor their summary judgment submission to the now-clarified carry claim. The Court granted Defendants' motion in part, extending the time for Defendants to file their motion to February 22, 2012.

3. Defendants hereby request a second short extension of time of nine (9) days, to and including March 2, 2012, to file their motion for summary judgment. Because this case raises important questions of first impression under the Second Amendment and in light of the considerable factual and expert record developed during discovery, additional time is necessary for Defendants to complete their motion, memorandum, and Local Rule 56.1 undisputed statement of facts. Moreover, while Defendants' lead attorney has been working diligently on this matter, he had to interrupt that work to present an unanticipated oral argument on the City's motion to dismiss in *Bowley v. City of Chicago*, 11 CH 18621, currently pending before Judge Michael B. Hyman of the Circuit Court of Cook County, and negotiate with opposing counsel the language of the court's judgment order. In addition, another of Defendants' counsel just this week completed briefing a motion to dismiss the complaint in *Second Amendment Arms, et al. v. City of Chicago, et al.*, No. 10 C 4257 (Dow, J.), in which the plaintiffs challenge every provision of the City's Gun Ordinance under various constitutional, statutory, and common law theories.

4. In light of the novel and complex nature of this case and Defendants' counsels' responsibilities in other cases, additional time is necessary for Defendants to complete their summary judgment motion and accompanying memorandum and statement of undisputed facts. The additional time will permit Defendants to present for the Court's consideration all of the factual and legal grounds upon which summary judgment should be granted in their favor.

5. Plaintiffs do not oppose Defendants' motion and ask that the Court extend their time to respond to Defendants' motion for summary judgment to and including April 13, 2012. Defendants respectfully request that their reply brief be due on or before May 14, 2012.

6. Because no trial date has been set in this case, no prejudice will result from the

granting of Defendants' request for a short extension of time.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request that the Court grant their request for an extension of time to and including March 2, 2012 to file their motion for summary judgment, reset the summary judgment briefing schedule to allow Plaintiffs until April 13, 2012 to file their response and Defendants until May 14, 2012 to file their reply, and grant Defendants such further relief as the Court deems just and appropriate.

Date: February 10, 2012

Respectfully submitted,

STEPHEN R. PATTON,
Corporation Counsel for the City of Chicago

By: /s/William Macy Aguiar
     Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975 / 7129 / 4216

Attorneys for Defendants