# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 10-CV-4184 |
| | ) Judge Edmond E. Chang |
| CITY OF CHICAGO, ET AL., | ) Magistrate Judge Geraldine Soat |
| | ) Brown |
| Defendants. | ) |

## NOTICE OF UNOPPOSED MOTION

**TO:** Charles J. Cooper  
David H. Thompson  
Peter A. Patterson  
Cooper & Kirk, PLLC  
1523 New Hampshire Ave., NW  
Washington, DC 20036

Stephen Kolodziej  
Brenner Ford Monroe & Scott Ltd.  
33 N. Dearborn Street, Suite 300  
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on February 15, 2012, at the hour of 8:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Unopposed Motion to Extend the Summary Judgment Briefing Schedule**, a copy of which is attached and is hereby served upon you.

Dated: February 10, 2012

Respectfully submitted,

STEPHEN R. PATTON,  
Corporation Counsel for the City of Chicago

By:   /s/William Macy Aguiar  
        Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, William Macy Aguiar, an attorney, hereby certify that on this, the 10th day of February, 2012, I caused a copy of **Defendants' Unopposed Motion to Extend the Summary Judgment Briefing Schedule** to be served by electronic filing on:

Stephen Kolodziej
Brenner Ford Monroe & Scott Ltd.
33 N. Dearborn Street, Suite 300
Chicago, IL 60602

Charles J. Cooper
David H. Thompson
Peter A. Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

/s/William Macy Aguiar
William Macy Aguiar