# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Kenneth Pacholski, et al.
                              Plaintiff,

v.                                                Case No.: 1:10–cv–04184
                                                        Honorable Edmond E. Chang

The City of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 13, 2012:

      MINUTE entry before Honorable Edmond E. Chang: Defendant's unopposed motion to adjust briefing schedule [152] is granted, based on the unforeseen additional work explained in the motion. Defendant's summary judgment motion is due on 03/02/12. Plaintiffs' response is due on 04/13/12. Defendant's reply is due on 05/14/12. Status hearing of 06/14/12 is reset to 07/10/12 at 9:00 a.m. The word limits set forth in R. 150 still apply. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.