**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, ET AL.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 10-CV-4184** |
| | ) | **Judge Edmond E. Chang** |
| **CITY OF CHICAGO, ET AL.,** | ) | **Magistrate Judge Geraldine Soat Brown** |
| **Defendants.** | ) | |

**INDEX OF APPENDIX OF EXHIBITS TO**
**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR**
**MOTION FOR SUMMARY JUDGMENT**

**VOLUME TWO OF FOUR**
**Pages 58 to 76**

**Description** **Appendix Page**

Chicago City Council Committee on Police and Fire Legislative Findings.. . . . . . . . . . . . . . . . . . . 1

Chicago Responsible Gun Ownership Ordinance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Statute of Northampton (1328).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

Proclamation of Richard II (Nov. 2, 1381). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Proclamation of Elizabeth I (July 26, 1579). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

Proclamation of Elizabeth I (December 2, 1594).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Robert Gardiner, The Compleat Constable 18 (3d ed. 1708). . . . . . . . . . . . . . . . . . . . . . . . . . . 39

1686 New Jersey Statute (ch. IX) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

1795 Massachusetts Statute (ch. XXV). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

1792 North Carolina Statute (ch. III). . . . . 52

1786 Virginia Statute (ch. XXI).. . . . . 54

1801 Tennessee Statute (ch. 22). . . . . 56

1821 Tennessee Statute (ch. 13). . . . . 57

1868 Florida Statute (ch. VII, sec. 14). . . . . 58

1879 Tennessee Statute (ch. CLXXXVI, sec. 1). . . . . 63

1876 Dodge City, Kansas Ordinance (sec. XI). . . . . 66

1875 Wyoming Statute (ch. 52, sec. 1). . . . . 71

1721 Pennsylvania Statute (ch. CCXLV, sec. IV). . . . . 72

1751 Pennsylvania Statute (ch. CCCLXXXVIII). . . . . 77

1746 Massachusetts Statute (ch. X). . . . . 80

1786 New York Statute (ch. 43). . . . . 82

1817 New Orleans, Louisiana Ordinance (art. 12). . . . . 85

1817 Moyamensing Township, Pennsylvania Ordinance (sec. II) . . . . . 89

1815 Northen Liberties, Pennsylvania Ordinance (sec. VIII). . . . . 90

1813 Spring Garden, Pennsylvania Ordinance (sec. V).. . . . . 91

1820 Kennsington, Pennsylvania Ordinance (sec. VII). . . . . 91

1827 Baltimore, Maryland Ordinance (sec. 6; published in the Baltimore Gazette and Daily Advertiser, December 17, 1827). . . . . 93

1851 Richmond, Virginia Ordinance (sec. IX). . . . . 95

1859 Manchester, New Hampshire Ordinance (sec. 20). . . . . 97

1865 New Haven, Connecticut Ordinance (ch. IV). . . . . 99

1869 Saint Joseph, Missouri Ordinance (sec. 17). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101

1861 Illinois Statute (sec. 78). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103

1881 Chicago, Illinois Ordinance (art. XX). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105

1837 Georgia Statute (sec. I). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108

1879 Tennessee Statute (ch. XCVI, sec. 1). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111

1901 South Carolina Statute (No. 435, sec. 1). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114

1783 Massachusetts Statute (sec. I). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116

1784 New York Statute (ch. 28). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118

1801 Massachusetts Statute (sec. I). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 122

1782 Pennsylvania Statute (ch. DCCCCLVIII, sec. XLII). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 124

1783 Pennsylvania Statute (ch. MXX, sec. XLII). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128



FIRST SESSION, 1868.

THE

# ACTS AND RESOLUTIONS

ADOPTED BY THE

## LEGISLATURE OF FLORIDA,

AT ITS

FIRST SESSION (1868)

UNDER THE CONSTITUTION OF A. D. 1868.

PUBLISHED BY AUTHORITY OF LAW, UNDER THE DIRECTION OF THE ATTORNEY-GENERAL.

TALLAHASSEE, FLA.:
PRINTED AT THE OFFICE OF THE TALLAHASSEE SENTINEL,
HIRAM POTTER, Jr., Proprietor.
1868.

Digitized by Google

and kept under guard by the order of such commander, until the setting of the sun of the same day, and moreover shall be subject to arrest and punishment by any court of competent jurisdiction for a breach of the peace.

SEC. 74. If any person shall intercept, molest, or insult, by abusive words or behavior, any officer, non-commissioned officer, or soldier, while in the performance of his military duty, he shall be immediately put under guard, and kept at the discretion of the commanding officer of the forces engaged in such military duty, until the setting of the sun of the same day on which the offence shall have been committed; and, moreover, shall be subject to arrest and punishment by any court of competent jurisdiction for a breach of the peace.

Arrest of persons insulting military officers.

SEC. 75. Any officer, non-commissioned officer, or soldier, on military duty, who shall disobey the legal orders of his superior, use any reproachful or abusive language to his superior, or misbehave, or demean himself in [an] unofficer or unsoldierlike manner, shall be immediately placed under arrest if an officer, and if a non-commissioned officer or soldier, shall be disarmed and put under guard, and shall be tried and punished by a court-martial according to law and military usage.

Disobedience of orders.

SEC. 76. In case of parades, reviews, inspections, or musters, of the troops of any brigade, any companies not organized into regiments shall be temporarily organized into a regiment for the duties of the day; and the regiment so temporarily organized shall be commanded by the officer senior in rank of the companies composing it. The officer commanding the brigade for the day shall order such organization.

Temporary organization of regiments.

SEC. 77. Horses and equipments of officers of mounted companies, and all company property of uniformed companies organized under this act, shall be exempt from execution.

Exemption from execution.

SEC. 78. All acts or parts of acts of the Legislature of the State of Florida, heretofore passed, relating to the militia, are hereby repealed.

General repeal.

Approved by the Governor August 6th, 1868.

---

CHAPTER 1,637.—[No. 13.]

AN ACT to provide for the Punishment of Crime, and Proceedings in Criminal Cases.

*The people of the State of Florida, represented in Senate and Assembly, do enact as follows:*

## CHAPTER I.

### OF THE RIGHTS OF PERSONS ACCUSED.

SECTION 1. No person arraigned for an offence shall be con-

Digitized by Google

bine, or confederate: *First*, to commit any offense; or, *second*, falsely or maliciously to indict another for any offense, or procure another to be charged or arrested for any offense; or, *third*, falsely or maliciously to move or maintain any suit; or, *fourth*, to cheat and defraud any person of any money or property, by means which are in themselves criminal; or, *fifth*, to cheat and defraud any person of any money or property by any means which if executed would amount to a cheat or to obtaining property by false pretences; or, *sixth*, to commit any act injurious to the public health or public morals, or for the prevention or obstruction of justice; or, *seventh*, to interfere with or prevent the holding or conducting of any election, or making returns thereof, or to prevent the due administration of the laws, they shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by imprisonment in the county jail not exceeding one year, or by fine not exceeding five hundred dollars, or by both such fine and imprisonment.

Conspiracies and illegal combinations.

## CHAPTER VII.

### OF OFFENSES AGAINST THE PUBLIC PEACE.

Riotous assemblies armed

SECTION 1. If any persons, to the number of twelve or more, being armed with clubs or other dangerous weapons, or if any persons, to the number of thirty or more, whether armed or not, are unlawfully, riotously, or tumultuously assembled in any city or town, it shall be the duty of the mayor and of each of the aldermen of such city, and of each of the selectmen of such town, and of every justice of the peace living in any such city or town, and also of the sheriff of the county and his deputies, to go among the persons so assembled, or as near to them as may be with safety, and in the name of the State to command all the persons so assembled immediately and peaceably to disperse; and if such persons do not thereupon immediately and peaceably disperse, it shall be the duty of each of said magistrates and officers to command the assistance of all persons there present, in seizing, arresting, and securing such persons in custody, so that they may be proceeded with for their offense according to law.

Duty of officers.

SEC. 2. If any person present, being commanded by any of the magistrates or officers mentioned in the preceding section to aid and assist in seizing and securing such rioters, or persons so unlawfully assembled, or in suppressing such riot or unlawful assembly, refuses or neglects to obey such command, or, when required by such magistrate or officer to depart from the place, refuses or neglects so to do, he shall be deemed one of the rioters, or persons unlawfully assembled, and may be prosecuted and punished accordingly.

Persons failing to aid upon command of officers.

SEC. 3. If any mayor, alderman, selectman, justice of the

Digitized by Google

hundred dollars and imprisonment in the county jail not exceeding one year, and shall also be answerable to any person injured, or to the full amount of the damage, in an action of tort.

Riotous persons injuring property beyond the value of fifty dollars, city to be responsible for.

SEC. 8. When property of the value of fifty dollars or more is destroyed, or property is injured to that amount, by any persons to the number of twelve or more, riotously, rantously, or tumultuously assembled, the city or town within which the property was situated shall be liable to indemnify the owner thereof, to the amount of three-fourths of the value of the property destroyed, or of the amount of such injury thereto, to be recovered in [an] action of tort; *Provided*, That the owner of such property uses all reasonable diligence to prevent its destruction or injury, and to procure the conviction of the offenders.

Duty of owner.

May recover of rioters.

SEC. 9. A city or town which pays any sum under the provisions of the preceding section may recover the same against any or all of the persons who destroyed or injured such property.

Persons engaged in breach of the peace having weapons

SEC. 10. Whoever, when arrested upon a warrant of a magistrate issued against him for an alleged offense against the laws of this State, and whoever, when arrested by a sheriff, deputy sheriff, constable, police officer, or watchman, while committing a criminal offense against the laws of this State, or a breach or disturbance of the public peace, is armed with, or has on his person, slung shot, metallic knuckles, billies or other dangerous weapon, shall be punished by fine not exceeding fifty dollars, and by imprisonment in the county jail not exceeding one year.

Sellers of slung shot.

SEC. 11. Whoever manufactures, or causes to be manufactured, or sells, or exposes for sale, any instrument or weapon of the kind usually known as slung shot, or metallic knuckles, shall be punished by fine not less than fifty dollars, or by imprisonment in the county jail not exceeding six months.

Making bonfires near buildings.

SEC. 12. Whoever is concerned in causing or making a bonfire within ten rods of any house or building, shall be punished by fine not exceeding twenty dollars, or by imprisonment not exceeding one month.

False alarms of fire.

SEC. 13. Whoever without reasonable cause, by outcry, or the ringing of bells, or otherwise, makes or circulates, or causes to be made or circulated, a false alarm of fire, shall be punished by fine not exceeding fifty dollars.

Carrying secret arms.

SEC. 14. Whoever shall carry arms of any kind whatever secretly, on or about their person, or whoever shall have about or on their person any dirk, pistol, or other arm or weapon, except a common pocket knife, upon conviction thereof shall be fined in a sum not exceeding one hundred dollars or imprisonment in the county jail not exceeding six months.

Libel.

SEC. 15. Any person convicted of the publication of a libel shall be punished by imprisonment in the county jail not exceeding one year, or by fine not exceeding one thousand dollars, or by both such fine and imprisonment.

Digitized by Google

physician or surgeon. He shall permit the counsel of the criminal, such ministers of the gospel as the criminal desires, and his relations, to be present, and also such officers of the prison, deputies and constables, military guard, and other assistants, as he sees fit.

Death warrant.

SEC. 29. Whenever the punishment of death shall be inflicted upon any convict, in obedience to a warrant from the Governor, the sheriff shall return the warrant with a statement under his hand of his doings therein, as soon as may be after the said execution, to the Governor, and shall also file in the clerk's office of the court where the conviction was had, an attested copy of the warrant and statement aforesaid; and the clerk shall subjoin a brief abstract of such statement to the record of conviction and sentence.

Repeal.

SEC. 30. All laws of this State heretofore passed prescribing other penalties or punishments for the offenses enumerated or included under the provisions of this act, are hereby repealed; *Provided*, That no offense committed and no penalty or forfeiture incurred previous to the passage of this act shall be affected by such repeal, and no prosecution had or commenced shall be abated thereby; except that when any punishment, forfeiture, or penalty shall have been mitigated by the provisions of this act, such provisions shall apply to and control any judgment or sentence to be pronounced; and all prosecutions shall be conducted according to the provisions of law in force at the time of such further prosecution and trial, applicable to the case.

SEC. 31. In case any of the provisions of this act shall contravene or be inconsistent with the provisions of any pre-existing law, the provisions of this act shall prevail.

Approved August 6th, 1868.

---

## CHAPTER 1,638.—[No. 14.]

AN ACT to provide for the Incorporation of Cities and Towns, and to establish a Uniform System of Municipal Government in this State.

Number necessary to organize.

SECTION 1. *The people of the State of Florida, represented in Senate and Assembly, do enact as follows:* That it shall be lawful for the male inhabitants of any hamlet, village or town in this State, not less than one hundred in number, who shall have the qualifications hereinafter prescribed, to establish for themselves a municipal government, with corporate powers and privileges, under the terms and provisions of this act.

SEC. 2. *Be it further enacted*, That whenever any community of persons shall desire to form a municipal corporation under the provisions of this act, they shall for a period of not less than

Digitized by Google

# ACTS

OF

# THE STATE OF TENNESSEE,

PASSED BY THE

## FORTY-FIRST GENERAL ASSEMBLY.

## 1879.

STANFORD LIBRARY

PUBLISHED BY AUTHORITY.

NASHVILLE:
PRINTED AT "THE AMERICAN" BOOK AND JOB PRINTING OFFICE.
1879.

Digitized by Google

## CHAPTER CLXXXVI.

**AN ACT to amend the Criminal Laws of this State upon the subject of carrying concealed weapons, and amend Section 4759 of the Code.**

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That the Act of 1871, Chapter 90, be and is hereby amended, that hereafter it shall not be lawful for any person to carry, publicly or privately, any dirk, razor concealed about his person, sword cane, spanish stilletto, belt or pocket pistol, revolver, or any kind of pistol, except the army or navy pistol, usually used in warfare, which shall be carried openly in the hand, or loaded cane, slung-shot, brass knucks; and any person guilty of a violation of this Act shall be subject to presentment or indictment, and on conviction shall be fined fifty dollars, and imprisoned in the County jail of the County where the offense was committed, the imprisonment only in the discretion of the Court; *Provided,* the defendant shall give good and sufficient security for all the costs, fine, and any jail fees that may accrue by virtue of the imprisonment of the defendant.

**Offence and penalty.**

**Proviso.**

SEC. 2. *Be it further enacted,* That nothing in this Act be so construed as to operate as a pardon for any offense heretofore committed, but persons indicted or presented for carrying dangerous weapons under the law now in force, shall be tried under said laws, and punished as therein required.

SEC. 3. *Be it further enacted,* That the provisions of this Act shall not apply to any person employed in the army, navy, or marine service of the United States, or to any officer or policeman while *bona fide* engaged in his official duties in the execution of process, or while searching for or engaged in arresting criminals, nor to persons who may have been summoned by such officers or policeman in the discharge of their said duties, and in arresting criminals and transporting and turning them over to the proper authorities; and, *Provided, further,* that said persons who may be employed in the army, navy or marine service, as aforesaid, shall only carry such pistols as are prescribed by the army and navy regulations.

**Soldiers and Police excepted.**

SEC. 4. *Be it further enacted,* That all laws and parts

Digitized by Google

of laws that come in conflict with the provisions of this Act be and the same are hereby repealed; *Provided*, that any person convicted of an offense under this Act shall not be deprived of the right of voting or holding office.

Passed March 26, 1879.

H. P. FOWLKES,
*Speaker of the House of Representatives.*
J. R. NEAL,
*Speaker of the Senate.*

Approved, March 27, 1879.

ALBERT S. MARKS,
*Governor.*

---

## CHAPTER CLXXXVII.

AN ACT to amend an Act approved March 6th, 1873, entitled, "An Act to establish and maintain a uniform system of Public Schools."

Study of Agriculture enjoined

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee*, That Section 31 of the Act approved March 6th, 1873, entitled "An Act to establish and maintain a uniform system of Public Schools," be so amended as to add to the curriculum of studies prescribed therein, the study of the elementary principles of Agriculture.

Superintendent Public Instruction and Commissioner Agriculture to design book.

SEC. 2. *Be it further enacted*, That the Superintendent of Public Instruction of this State, and Commissioner of Agriculture shall be constituted a Commission to procure the preparation of, or the designature of, a work on the "Elementary Principles of Agriculture," which shall be taught in the Public Schools of the State, as are the other studies prescribed in the 21st Section of the Public School Law; *Provided*, no monies are to be paid by the State or out of the school fund for the preparation of the necessary book.

Passed March 26, 1879.

H. P. FOWLKES,
*Speaker of the House of Representatives.*
J. R. NEAL,
*Speaker of the Senate.*

Approved March 27, 1879.

ALBERT S. MARKS,
*Governor.*

Digitized by Google

Repealed Ord. # 164

A - 066

# Ordinance No: 16

Repealed Ord 164

"An Ordinance Relating to Misdemeanors."

Be it ordained, by the Mayor and Councilmen of the City of Dodge City:

Repealed by ordinance No. 5 ... No. 54 ... of Dodge City

Section I.

That the several acts and offenses specified in this ordinance are hereby prohibited in this City, and any person found guilty of any or either of them shall be subject to the penalties provided for one or either of them respectively.

Section II.

For disturbing the quiet of the City, or of any lawful assembly of persons, or any Church or Religious Meeting, or of any house, family, or Neighbourhood, or person or persons: For any Assault, Battery, or Affray a sum not less than One or more than Fifty dollars

Section III

For throwing Stone, Brick or any missile in or across any street or alley of this City, or in any public place, or at any house or building a fine of not less than One or more than Ten Dollars

Section IV

For discharging any fire arms or setting off any fire crackers or squibbs, or throwing any fire-balls, or making any bonfire within the limits of the City, a fine not less than One nor more than Twenty Five Dollars: Provided, this shall not apply to the 24th or 25th of December, and to the 1st day of January, or to the 4th of July or the 22nd day of February and: Providing further that this section may be suspended on other days by the Mayor. Neither shall this ordinance apply to the discharge of fire arms in any licensed shooting gallery or to any Gun Smith in his [illegible]

Section V

For lighting a cigar pipe or match in any barn or cab[illegible] or Stable or any building containing straw or any other combustible material a fine of not less than [illegible] dollars

Section VI

For being found drunk on any Street alley or other public place in the City a fine of not [less] than Three, nor more than Ten for the first offence and not [less] than Five nor more than T[illegible] for any subsequent offence.

A - 068

Section VII

For any fast or reckless riding or driving or for racing in any public Street or alley in the City a fine of not less than One nor more than Twenty dollars.

Section VIII

For unnecessarily obstructing any sidewalk or passage, or any street or alley, or any walk or public ground in the city, with any boxes, barrels, vehicles, horses or beasts of any kind, lumber, wood, or any material, or for placing dirt or rubbish thereon, or riding or driving over or upon any sidewalks, or digging holes in the same, in a sum not less than One or more than Twenty Dollars.

Provided that any person erecting buildings, ~~[illegible]~~ may for the time occupied in erecting such buildings occupy a reasonable portion of the Street in front of such buildings, and if any person shall continue any obstruction of any street alley or sidewalk after he shall have been notified by the City Marshal to remove the same he shall be fined in a sum not less than two dollars for every day he shall continue the obstruction.

Section IX.

For beating, injuring, or treating any animal, in an immoderate, cruel, or unnecessary manner, a fine not exceeding Twenty Dollars.

Section X.

That any person conducting himself in a riotous or disorderly manner, or who shall resist or oppose any officer in the discharge of his duty, or who shall openly use profane or indecent language, or indecently expose his or her person, or commit any nuisance upon the street, [illegible] other public [illegible]mbitious, civil or [illegible] shall be [illegible] the ordinances [illegible] less than [illegible] Laws of this State Fifty Dollars

Section XI

That any person who shall in the City of Dodge City, carry concealed, or otherwise, about his or her person, any pistol, bowie knife, sling shot or other dangerous or deadly weapon, except United States Civil Officers, State, County, Township or City officers shall be fined, not less than [illegible] nor more than Twenty Five Dollars.

Sec. 11 Repealed Sept. 6 '7[illegible] See Ord. 12[illegible]

A-070

Section XII

That Ordinance No. 4 passed December 24" AD 1875 and approved December 24" AD 1875 entitled "An Ordinance relating to Misdemeanors" and all amendments thereto, and all Ordinances and parts of ordinances inconsistent herewith be, and the same are hereby repealed

Section XIII

That this Ordinance shall be in force and take effect from and after its publication once in the Dodge City Times

Passed the City Council September [illegible]

[illegible] or more than [illegible] provided that an

Approved September the 22" A.D. 1876

[signature]

Mayor

I hereby certify that the above Ordinance was published once in the Dodge City Times on the 23" day of Sep. 1876 and that the page of the City Journal on which the minute of the final vote taken on this Ordinance is page Number Fifty Seven

Harry E. Gryden

# THE COMPILED

# LAWS OF WYOMING

INCLUDING ALL THE

LAWS IN FORCE IN SAID TERRITORY AT THE CLOSE OF THE FOURTH SESSION OF THE LEGISLATIVE ASSEMBLY OF SAID TERRITORY, TOGETHER WITH SUCH LAWS OF THE UNITED STATES AS ARE APPLICABLE TO SAID TERRITORY; ALSO THE TREATIES MADE WITH THE SIOUX AND SHOSHONE TRIBES OF INDIANS IN THE YEAR 1868; WITH A SYNOPSIS OF THE PRE-EMPTION, HOMESTEAD AND MINING LAWS OF THE UNITED STATES.

---

PUBLISHED BY AUTHORITY OF THE ACT OF THE FOURTH LEGISLATIVE ASSEMBLY OF SAID TERRITORY, ENTITLED
"AN ACT TO COMPILE AND PUBLISH THE LAWS OF WYOMING IN ONE VOLUME."

---

J. R. WHITEHEAD, SUPERINTENDENT OF COMPILATION.

H. GLAFCKE:
LEADER STEAM BOOK AND JOB PRINT, CHEYENNE, WYOMING.
1876.

Digitized by Google

# CHAPTER 52.

**AN ACT to Prevent the Carrying of Fire Arms and Other Deadly Weapons.**

*Be it enacted by the Council and House of Representatives of the Territory of Wyoming:*

**Carrying weapons within city, town or village limits, prohibited.**

SECTION. 1. That hereafter it shall be unlawful for any resident of any city, town or village, or for any one not a resident of any city, town or village, in said Territory, but a sojourner therein, to bear upon his person, concealed or openly, any fire arm or other deadly weapon, within the limits of any city, town or village.

**Non-resident to be first notified.**

SEC. 2. That if any person not a resident of any town, city or village of Wyoming Territory, shall, after being notified of the existence of this act by a proper peace officer, continue to carry or bear upon his person any fire arm or other deadly weapon, he or she, shall be deemed to be guilty of a violation of the provisions of this act and shall be punished accordingly.

**Violation of this act a misdemeanor.**

**Penalty.**

SEC. 3. Any person violating any of the provisions of this act shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not less than five dollars nor more than fifty dollars, and, in the default of the payment of any fine which may be assessed against him, shall be imprisoned in the county jail for not less than five days nor more than twenty days.

**In force.**

SEC. 4. This act shall take effect and be in force from and after its passage.

Approved, December 2nd, 1875.

Digitized by Google

Pennsylvania — Legislature.

THE

# Statutes at Large

OF

# PENNSYLVANIA

FROM

## 1682 to 1801

COMPILED UNDER THE
AUTHORITY OF THE ACT OF MAY 19 1887 BY
JAMES T MITCHELL AND HENRY FLANDERS
COMMISSIONERS

---

VOLUME III
1712 to 1724

---

CLARENCE M BUSCH
STATE PRINTER OF PENNSYLVANIA
1896

Digitized by Google

## CHAPTER CCXLV.

AN ACT FOR PREVENTING ACCIDENTS THAT MAY HAPPEN BY FIRE.

[Section I.] Be it enacted by Sir William Keith, Baronet, Governor of the [sic] Pennsylvania, &c., by and with the advice and consent of the freemen of the said Province in General Assembly met, and by the authority of the same, That if any master or other person whatsoever, shall bream any ship, sloop or other vessel, with blazing fire, or cause the same to be done in any of the docks, or at any of the wharves, within the limits of the city of Philadelphia, except in such place or places as shall from time to time be appointed for that service by the mayor and commonalty of the said city; and if any master, or other person whatsoever, shall heat, or cause to be heated, with blazing fire, any pitch, tar, turpentine, rosin, oil, tallow, or any sulphurous matter, for the use of any ship or vessel, other than such as shall be on the stocks, except in such places as shall be from time to time appointed as aforesaid, every such master, or other person whatsoever, doing or causing the same to be done, being convict thereof, by one or more credible witnesses, before the mayor and recorder, or any two magistrates of the said city, shall forfeit and pay the sum of five pounds for every such offense, together with costs of prosecution; one-half whereof for the use of the person or persons who shall sue or prosecute for the same, and the other half to be paid to the city treasurer for the use of the said city.

[Section II.] And be it further enacted, That if any master, or other person whatsoever, shall suffer any fire to be kept (candle excepted) after the hour of eight in the evening, on board any ship or other vessel, lying in any of the docks, or at any of the wharves aforesaid, or in the road before the said city, being convict thereof as aforesaid, shall, for every such offense, forfeit and pay the sum of ten shillings, for the uses aforesaid.

Provided always, That it shall and may be lawful for the

Digitized by Google

mayor of the city of Philadelphia, for the time being, by license under his hand, to permit the master of any vessel, lying in the road of Philadelphia aforesaid, to use fire on board [such] ship or vessel after the hour of eight aforesaid, in case of sickness, or any other extraordinary occasion, anything in this act to the contrary notwithstanding.

[Section III.] And be it further enacted, That if any person or persons within the city of Philadelphia, or towns of Chester, Bristol, Germantown, Darby or Chichester, shall set on fire their chimneys to cleanse them, or shall suffer them or any of them to take fire and blaze out at the top, and be duly convicted thereof, by one credible witness, before any one justice of the peace of the said city or counties, such person or persons shall forfeit and pay for every such offense twenty shillings, for the use of the said city or towns respectively, where such offense shall happen. And the first paragraph of an act of assembly of this province, imposing a fine of forty shillings upon every person that shall fire or suffer their chimneys to be fired, shall and is hereby declared to be repealed and made void.

And whereas much mischief may happen by shooting of guns, throwing, casting and firing of squibs, serpents, rockets and other fireworks, within the city of Philadelphia, if not speedily prevented;

[Section IV.] Be it therefore enacted by the authority aforesaid, That if any person or persons, of what sex, age, degree or quality soever, from and after publication hereof, shall fire any gun or other firearms, or shall make or cause to be made, or sell, or utter, or offer to expose to sale, any squibs, rockets or other fireworks, or shall cast, throw or fire any squibs, rockets or other fireworks, within the city of Philadelphia, without the governor's special license for the same, of which license due notice [shall] first be given to the mayor of the said city, such person or persons so offending, and being thereof convicted before any one justice of the peace of the said city, either by confession of the party so offending, or by the view of any of the said justices, or by the oath or affirmation of one or more witnesses, shall, for every such offense, forfeit and pay the sum of

Digitized by Google

five shillings, one-half to the use of the poor of the said city, and the other half to the use of him or them who shall prosecute and cause such offender to be as aforesaid convicted: which forfeitures shall be levied by distress and sale of the offender's goods as aforesaid; and for want of such distress, if the offender refuse to pay the said forfeiture, he shall be committed to prison for every such offense the space of two days, without bail or mainprise.

Provided, That such conviction be made within ten days after such offense committed. And if such offender be a negro or Indian slave, he shall, instead of imprisonment, be publicly whipped, at the discretion of the magistrate.

Passed August 26, 1721. Apparently never considered by the Crown, but allowed to become a law by lapse of time in accordance with the proprietary charter. See Appendix IV, Section II, and Hill's letter and Fane's opinion in Appendix V, Section I, and the Acts of Assembly passed August 14, 1725, Chapter 287; February 6, 1730-31, Chapter 322; March 29, 1735-36, Chapter 338; February 9, 1750-51, Chapter 388; March 26, 1762, Chapter 481; March 9, 1771, Chapter 624; March 21, 1772, Chapter 648; December 24, 1774, Chapter 705; November 25, 1779, Chapter 867; March 28, 1787, Chapter 1279; September 29, 1787, Chapter 1318; April 13, 1791, Chapter 1573; April 11, 1793, Chapter 1698; April 18, 1794, Chapter 1743; April 18, 1795, Chapter 1857; March 29, 1802, P. L. 127; March 29, 1803, P. L. 542; April 4, 1807, P. L. 132; March 30, 1812, P. L. 182; March 14, 1818, P. L. 189; March 29, 1824, P. L. 152; February 10, 1832, P. L. 64; June 13, 1836, P. L. 551; March 16, 1847, P. L. 473; April 11, 1848, P. L. 504; April 8, 1851, P. L. 382; April 14, 1851, P. L. 549; March 20, 1856, P. L. 137; May 5, 1864, P. L. 841; March 23, 1865, P. L. 744; March 12, 1866, P. L. 160; June 2, 1870, P. L. 1316; April 17, 1878, P. L. 23; June 10, 1881, P. L. 111; June 11, 1885, P. L. 111.

---

## CHAPTER CCXLVI.

AN ACT TO PREVENT THE KILLING OF DEER OUT OF SEASON, AND AGAINST CARRYING OF GUNS OR HUNTING BY PERSONS NOT QUALIFIED.

[Section I.] Be it enacted by Sir William Keith, Baronet, Governor of the Province of Pennsylvania, &c., by and with the advice and consent of the freemen of the said Province in General Assembly met, and by the authority of the same, That if

Digitized by Google