**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 10-CV-4184** |
| | ) | **Judge Edmond E. Chang** |
| **CITY OF CHICAGO, ET AL.,** | ) | **Magistrate Judge Geraldine Soat** |
| | ) | **Brown** |
| **Defendants.** | ) | |

**INDEX OF APPENDIX OF EXHIBITS TO
DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT**

**VOLUME THREE OF FOUR
Pages 77 to 115**

**Description**      **Appendix Page**

Chicago City Council Committee on Police and Fire Legislative Findings.. . . . . . . . . . . . . . . . 1

Chicago Responsible Gun Ownership Ordinance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Statute of Northampton (1328).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

Proclamation of Richard II (Nov. 2, 1381). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Proclamation of Elizabeth I (July 26, 1579). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

Proclamation of Elizabeth I (December 2, 1594).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Robert Gardiner, The Compleat Constable 18 (3d ed. 1708). . . . . . . . . . . . . . . . . . . . . . . . . . 39

1686 New Jersey Statute (ch. IX) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

1795 Massachusetts Statute (ch. XXV). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

1792 North Carolina Statute (ch. III)................................................ 52

1786 Virginia Statute (ch. XXI)..................................................... 54

1801 Tennessee Statute (ch. 22). ................................................... 56

1821 Tennessee Statute (ch. 13). ................................................... 57

1868 Florida Statute (ch. VII, sec. 14)............................................. 58

1879 Tennessee Statute (ch. CLXXXVI, sec. 1)....................................... 63

1876 Dodge City, Kansas Ordinance (sec. XI)........................................ 66

1875 Wyoming Statute (ch. 52, sec. 1). ............................................ 71

1721 Pennsylvania Statute (ch. CCXLV, sec. IV)..................................... 72

1751 Pennsylvania Statute (ch. CCCLXXXVIII). ...................................... 77

1746 Massachusetts Statute (ch. X)................................................. 80

1786 New York Statute (ch. 43). ................................................... 82

1817 New Orleans, Louisiana Ordinance (art. 12). .................................. 85

1817 Moyamensing Township, Pennsylvania Ordinance (sec. II) ....................... 89

1815 Northen Liberties, Pennsylvania Ordinance (sec. VIII). ....................... 90

1813 Spring Garden, Pennsylvania Ordinance (sec. V)................................ 91

1820 Kennsington, Pennsylvania Ordinance (sec. VII)................................ 91

1827 Baltimore, Maryland Ordinance (sec. 6; published in the Baltimore Gazette and
        Daily Advertiser, December 17, 1827). ....................................... 93

1851 Richmond, Virginia Ordinance (sec. IX). ...................................... 95

1859 Manchester, New Hampshire Ordinance (sec. 20)................................. 97

1865 New Haven, Connecticut Ordinance (ch. IV)..................................... 99

1869 Saint Joseph, Missouri Ordinance (sec. 17). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101

1861 Illinois Statute (sec. 78). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103

1881 Chicago, Illinois Ordinance (art. XX). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  105

1837 Georgia Statute (sec. I). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108

1879 Tennessee Statute (ch. XCVI, sec. 1). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111

1901 South Carolina Statute (No. 435, sec. 1).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114

1783 Massachusetts Statute (sec. I). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116

1784 New York Statute (ch. 28). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118

1801 Massachusetts Statute (sec. I). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 122

1782 Pennsylvania Statute (ch. DCCCCLVIII, sec. XLII). . . . . . . . . . . . . . . . . . . . . . . . . . 124

1783 Pennsylvania Statute (ch. MXX, sec. XLII). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128

# L A W S

### OF THE

## COMMONWEALTH

### OF

## PENNSYLVANIA,

*FROM THE FOURTEENTH DAY OF OCTOBER, ONE THOUSAND*
*SEVEN HUNDRED, TO THE SIXTH DAY OF APRIL,*
*ONE THOUSAND EIGHT HUNDRED AND TWO.*

### REPUBLISHED,

### UNDER THE AUTHORITY OF THE LEGISLATURE,

#### BY

## M. CAREY AND J. BIOREN.

### VOL I.

### PHILADELPHIA :

PRINTED BY J. BIOREN, NO. 88, CHESNUT-STREET, FOR
MATHEW CAREY AND SELF.

### 1803.

Digitized by Google

[ 311 ]

II. *And be it further enacted,* That the Truftees, in the be- 1750.
fore mentioned acts named and appointed, or a majority of
the Truftees mentioned in each of the faid acts, fhall, within Truftees to
the fpace of four months next after the publication of run the line
this act, affemble themfelves together, and, with the affiftance months.
of one or more Surveyors, by the faid counties to be refpec-
tively provided, run, mark out and diftinguifh, the boundary
line aforefaid, or fo much thereof as fhall be neceffary, to wit;
from the mouth of Dogwood Run aforefaid to the neareft
part of the ridge of the South Mountain aforefaid, and from
thence along the ridge of the faid mountain, until it fhall in-
terfect the Maryland line, under the penalty of fifty pounds,
to be levied by diftrefs and fale of the goods of the faid Truftees Penalty on
refufing or neglecting the fervice aforefaid, to be refpectively failure.
paid by the Truftees of the county fo neglecting or refufing to
affemble, and run and mark out the boundary lines, as by this
act is enjoined and required; one half thereof to be paid to the
Truftees, who fhall attend the fervice enjoined by this act,
for the ufe of the county for which they are refpectively named
and appointed Truftees; and the other half to fuch perfon or
perfons as will fue for the fame, to be recovered in any
Court of Record within this province, by action of debt, bill,
plaint or information, wherein no effoin, protection or wager
of law fhall be allowed to the defendants.

III. *Provided,* That nothing herein contained fhall be deem-
ed or taken to difannul or make void the faid recited acts,
or any thing therein contained; but that every claufe, article
and fentence therein, except what is hereby altered or fup-
plied, fhall be and remain in full force and virtue.

Paffed 9th February, 1750-51.—Recorded A. vol. III. page 242.

---

## CHAPTER CCCLXXXVIII.

*An* ACT *for the more effectual preventing accidents which
may happen by fire, and for suppressing idleness, drunken-
ness, and other debaucheries.* (m.)

TO the end the provifions already, made by our laws, for
preventing accidents which may happen by fire in the
city of Philadelphia, and feveral other boroughs and towns,
within

---

(m.) For a general reference to the acts for preventing accidents
by fire, fee *ant.* chap. 245. The act of the 3d of March, 1779 (*post.*
chap. 853) and the fubfequent acts for the fuppreffion of vice and im-
morality, have fuperfeded and fupplied the provifions of this act ref-
pecting horfe-races, fhooting-matches, &c. See 3d vol. chap. 1235.
4th vol. chap. 1746.

Digitized by Google

[ 312 ]

1751.

within this province, may be made more generally useful, and to prevent, as much as in us lies, the growing fins of idleness, drunkenness, and other debaucheries, too frequent among us, *Be it enacted*, That if any person or persons whatsoever, within any county town, or within any other town or borough, in this province, already built and settled, or hereafter to be built and settled, not hitherto restricted nor provided for by our laws, shall set on fire their chimnies to cleanse them, or shall suffer them or any of them to take fire, and blaze out at the top, or shall fire any gun or other fire-arm, or shall make, or cause to be made, or fell or utter, or offer to expose to sale, any squibs, rockets or other fire-works, or shall cast, throw or fire any squibs, rockets or other fire-works, within any of the said towns or boroughs, without the Governor's special license for the same, every such person or persons, so offending, shall be subject to the like penalties and forfeitures, and to be recovered in like manner, as in and by an act, passed in the eighth year of the reign of King George the first, entituled *An Act for preventing accidents that may happen by fire*, are directed to be levied and recovered. *(n)*

*Former laws against firing chimnies, guns, fire-works, &c. extended.*

Passed 9th February, 1750-51.—Recorded A. vol. III. page 240.

## CHAPTER CCCLXXXIX.

*An ACT for the better regulating the nightly watch within the city of Philadelphia, and for enlightening the streets, lanes and alleys of the said city, and for raising of money on the inhabitants of the said city, for defraying the necessary expences thereof.*

Passed 9th February, 1750-51.—Expired.—Recorded A. vol. III. page 226.

## CHAPTER CCCXC.

*An ACT to encourage the establishing of an Hospital, for the relief of the sick poor of this province, and for the reception and cure of lunaticks (o)*

WHEREAS the saving and restoring useful and laborious members to a community is a work of public service, and the relief of the sick poor is not only an act of humanity,

---

*(n)* This section as far as it relates to firing chimnies, is repealed and supplied, 2d vol. chapters 648, 856, 3d vol. chap. 1307.

The remaining sections of this act, prohibiting horse-races, shooting matches, &c. have been superseded and supplied by the act for the suppression of vice and immorality, 4th vol. chap. 1747.

*(o)* For acts relating to this institution, see 2d vol. chap. 877, 3d vol. chapters 1251, 1682, sect. 1, 6; for acts respecting the Health-office and public Hospital, in cases of infectious diseases, see 4th vol. chap. 1748, and the importation of foreign convicts or invalids, see *ibid.* sect. 11 and *ant.* chap. 314.

Digitized by Google

Case: 1:10-cv-04184 Document #: 158-3 Filed: 03/02/12 Page 7 of 42 PageID #:2578



# Acts and Laws

Passed by the Great and General Court or Assembly of HisMajesty'sProvince of the *Massachusetts-Bay* in *New-England* : Begun and held at *Boston* upon Wednesday the twenty-eighth of *May* 1746. And continued by Adjournments to Wednesday the twenty seventh of *August* following.

## C H A P. IX.

## An Act in further addition to an Act intitled *An Act for Highways.*

**W**HEREAS *in and by an Act made in the twelfth Year of the Reign of* Preamble. *her late*Majesty *Queen* Ann, *intitled,* An Act in*Addition to the Law of this Province, intitled,* An Act for Highways, *made in the fifth Year of the Reign of the late King* William *and* Queen *Mary* ; *Provision is made for the laying out particular private Ways between any Inhabitants or Proprietors within their respective Towns to or for any original Lot, but no Power or Liberty is therein given for the laying out any such Way to any Tract of Land that is not an original Lot,which is oftentimes equally necessary* : Wherefore,

𝕭𝖊 𝖎𝖙 𝖊𝖓𝖆𝖈𝖙𝖊𝖉 𝖇𝖞 𝖙𝖍𝖊 𝕲𝖔𝖛𝖊𝖗𝖓𝖔𝖚𝖗, 𝕮𝖔𝖚𝖓𝖈𝖎𝖑 𝖆𝖓𝖉 𝕳𝖔𝖚𝖘𝖊 𝖔𝖋 𝕽𝖊𝖕𝖗𝖊𝖘𝖊𝖓𝖙𝖆𝖙𝖎𝖛𝖊𝖘, That the Select Men of eachTown respectively (and in Case of Select-men, their Delay or Refusal his Majesty's Justices of the Peace within the several and inCase of Counties of this Province at any of their General Sessions) be and hereby are theirRefusal, fully authorized and impowered by themselves or others to lay out or cause the Justices, to be laid out particular or private Ways as shall be thought necessary to or impowred to for any Tract of Land, not on original Lot,as they are by said Act of Queen lay outHigh- *Anne,* for an original Lot ; under the same Regulations and Restrictions, and Ways. observing the same Rules as are therein specified directed and provided.

This Act to continue in Force for the Space of three Years from the Pub- Limitation. lication thereof, and from thence to the End of the nextSession of the General Court and no longer.

[ D d d ] CHAP.

1746.    *Anno Regni Regis* G E O R G I I II.   Vicefiimo.

C H A P.  X.

# An Act to prevent the firing of Guns charged with Shot or Ball in the Town of *Boston*.

**Preamble.**   *WHEREAS by the indifcreet firing of Guns laden with Shot and Ball within the Town and Harbour of* Boston, *the Lives and Limbs of many Perfons have been loft, and others have been in great Danger, as well as other Dammage has been fuftained.*

For the Prevention thereof for the future ;

**Penalty for firing off loaden Cannon.**   **Be it enacted by the Governour, Council and Houfe of Reprefentatives,** That no Perfon or Perfons from and after the Publication of this Act, fhall prefume to difcharge or fire off any Cannon laden with Shot from any Wharff or Veffel in that Part of the Harbour of faid Town which is above the Caftle, on Pain of forfeiting the Sum of *fifteen Pounds* for each Gun fo fired or difcharged ; one Moiety of faid Penalty to be to and for the Ufe of the Poor of faid Town of *Boston*, and the other Moiety to him or them who fhall inform, complain and fue for the fame, to be recover d by Action, Bill, Plaint or Information, before any of his Majefty's Courts of Record within the County of *Suffolk*, and upon Refufal thereof fuch Perfon fhall fuffer three Months Imprifonment without Bail or Mainprize.

**Penalty for difcharging Guns or Piftols loaden with Shot or Ball.**   **And be it further enacted,** That no Perfon fhall from and after the Publication of this Act difcharge any Gun or Piftol charged with Shot or Ball in the Town of *Boston* (the Iflands thereto belonging excepted) or in any Part of the Harbour between the Caftle and faid Town, on Pain of forfeiting *forty Shillings* each Gun or Piftol fo fired or difcharged, to be recovered before one or more of his Majefty's Juftices of the Peace for the County of *Suffolk*, and difpofed of in Mannor as aforefaid, or fhall fuffer ten Days Imprifonment. And for the more effectual Conviction of any Perfon or Perfons fo offending, it fhall be lawful for any Perfon to feize and take into Cuftody any Gun fo fired off, and deliver the fame to one of the next Juftices of the Peace in faid Town of *Boston*, in order to its being produced at Time of Trial.

**Provifo.**   *Provided neverthelefs,* That this Law fhall not be fo conftrued or underftood as to prevent Soldiers in their common Training Days with the Leave and by Order of the Commiffion Officers of the Company to which they belong, or other Perfons at other times with the Leave of one or more of the Field Officers of the Regiment in *Boston*, from firing at a Mark or Target for the Exercife of their Skill and Judgment, provided it be done at the lower End of the Common ; nor from firing at a Mark from the feveral Batteries in the Town of *Boston*, with the Leave of the Captain General, and no where elfe.

**Limitation.**   This Law to continue and be in Force for the Space of three Years and no longer.

CHAP.

*New York (State) Laws, statutes, etc.*

# LAWS

OF THE

# STATE OF NEW YORK

PASSED AT THE

## SESSIONS OF THE LEGISLATURE

HELD IN THE YEARS

### 1785, 1786, 1787 and 1788, inclusive,

*BEING THE EIGHTH, NINTH, TENTH AND ELEVENTH SESSIONS.*

REPUBLISHED BY THE SECRETARY OF STATE, PURSUANT TO
CHAPTER THREE HUNDRED AND FORTY-ONE OF THE LAWS
OF EIGHTEEN HUNDRED AND EIGHTY-FIVE.

### VOLUME II.



ALBANY:
WEED, PARSONS AND COMPANY, PRINTERS.
1886.

Digitized by Google

affidavits in the form aforesaid, by them respectively made in the month
of April or month of May then last past, and to charge such sum or
sums as paid to the United States, to be deducted from the quotas of
this State, agreeably to the above recited act. *Provided always* that the
said treasurer, shall not pay any of the said invalids for any period for
which they respectively may have been settled with, in pursuance of
any former law of this State.

*And be it further enacted by the authority aforesaid,* That the act Acts recited repealed.
entitled "An act to cary into execution certain resolutions of Congress
making provision for persons, who may become disabled while in the
service of the United States " passed the 10th of March 1779," and the
act entitled "An act for making further provision for persons who have
or may become disabled while in the service of the United States
" passed the 18th of March 1783," be and the same are hereby repealed,
as far as respects pensions or allowances on account of disability after
the first day of June last.

---

# CHAP. 43.

AN ACT for the more effectual prevention of fires in the city
of New York.

PASSED the 22d of April, 1786.

WHEREAS the storing of pitch, tar, turpentine, rosin, spirits of tur- Preamble.
pentine, linseed oil, or shingles in any houses, store houses, cellers or
other places within this city, may be of very bad consequence in case
of fire breaking out at or near the place, where any such commodities
are stored.

*And whereas* the firing and discharging of guns, pistols, rockets, Inflammable substances.
crackers, squibs and other fire works in the city of New York, may not storing of, in New
only do personal injury to the inhabitants and others, but the city be York city prohibited
in danger of being set on fire by such practices; for remedy whereof. in part specified.

*Be it enacted by the People of the State of New York represented in*
*Senate and Assembly, and it is hereby enacted by the authority of the same,*
That from and after the first day of June next, no pitch, tar, turpentine,
rosin, spirits of turpentine, linseed oil, or shingles, shall or may be put in
any place in the city of New York to the southward of fresh water,
other than in such proper place or places as shall be appointed and
approved of by the mayor aldermen and commonalty of the city of
New York, in common council convened, under the penalty of ten
pounds for every offence or refusal to remove the same, to be levied by
warrant under the hand and seal of one or more justices of the peace
for the city and county of New York, by distress and sale of the goods
and chattels of the offender upon due conviction upon oath, or upon
the view of one or more of such justices of the peace, rendering the
overplus (if any be) to the owners: And for want of such distress, the
offender shall be imprisoned by warrant from the said justice or jus-
tices, who are hereby impowered and required to issue such warrant
until payment as aforesaid ; which said forfeitures shall be paid to the
chamberlain of the city of New York for the time being, for the use of
the poor of the said city. *Provided always* that it shall and may be
lawful to and for such inhabitants of the said city, who are ship chand-
lers, to have near their doors in the open street, and not in any building

Digitized by Google

or inclosure, a small quantity of pitch, tar, rosin and turpentine, not exceeding in the whole at any one time, twenty barrels, in order the more readily and handily to supply the merchant ships and others, who may have occasion for small quantities of such commodities, any thing herein before contained to the contrary hereof in any wise nothwithstanding.

**Discharge of fireworks in part of city specified, penalty for.** *And be it further enacted by the authority aforesaid,* That if any person or persons of what age sex or quality soever, from and after the said first day of June next, shall fire and discharge any gun, pistol, rocket, cracker, squib or other fire work, in any street, lane or alley, garden or other inclosure or from any house, or in any other place where persons frequently walk, to the southward of fresh water ; that then every such person or persons so offending and being thereof convicted before one or more justice or justices of the peace, for the said city, and county of New York, either by the confession of the party or parties so offending or the oath of one or more witness or witnesses (which oath the said justice or justices of the peace is and are hereby impowered and required to administer) shall for every such offence forfeit the sum of twenty shillings, the said forfeitures to be levied by distress and sale of the goods and chattels of every such offender by warrant under the hand and seal of the said justice or justices of the peace before whom such conviction or convictions, shall be as aforesaid made ; which forfeiture shall be paid to the said chamberlain for the use of the poor of the said city of New York. And if the said offenders shall not pay the said forfeiture or forfeitures, upon conviction as aforesaid, and want of sufficient distress whereon the same can be made, that then every such justice or justices of the peace is and are hereby impowered and required by warrant under his or their hands and seal to commit every such person or persons so as aforesaid offending, to the common gaol of the city and county of New York, there to remain without bail or mainprize for the space of ten days, unless such forfeiture or forfeitures be sooner paid ; but in case such offender or offenders, in the premises last above mentioned, shall happen to be a slave or slaves, and the forfeiture or forfeitures aforesaid, shall not be forthwith paid, that then it shall and may be lawful to and for such justice or justices before whom the conviction shall be, to cause such slave or slaves to be publicly whipped on the naked back, such number of stripes as he or they shall think proper, not exceeding thirty nine which punishment shall be in lieu and stead of the said forfeiture.

## CHAP. 44.

### AN ACT for keeping the highway in that part of the manor of Rensselaerwyck called the Colonie in repair.

PASSED the 22d of April, 1786.

**Colonie, cleaning and clearing of streets in, provisions for.** *Be it enacted by the People of the State of New York represented in Senate and Assembly and it is hereby enacted by the authority of the same* That it shall and may be lawful to and for the overseers of the highway to be elected in the manner herein after mentioned respectively from time to time to direct all and every person and persons being inhabitants of that part of the west district of the manor of Rensselaerwyck lying to the northward of the city of Albany and to the southward of

Digitized by Google

# ORDINANCES

ORDAINED

## AND ESTABLISHED

BY THE

# MAYOR & CITY COUNCIL,

## OF THE CITY

OF

### *NEW-ORLEANS.*

*Ordinances etc.*

———

### NEW-ORLEANS :

PRINTED BY J. C. DE ST. ROMES, PRINTER OF THE CORPORATION.

## 1817.

( 62 )

# AN ORDINANCE

## ·For preventing and extinguishing fires.

THE CITY COUNCIL ORDAINS AS FOLLOWS :

### I. Prevention of fires.

ART. 1. It shall be the duty of each owner or occupant of every house, within the city and suburbs, to sweep, or cause to be swept, at least once a month, any chimney where he, she or they habitually keep a fire; and if any chimney shall take fire through neglect of being properly swept and cleansed, the occupant of the house, room or apartment to which such chimney appertains, shall forfeit and pay the sum of five dollars.

ART. 2. It shall not be lawful for any person or persons to have in his or her possession, within the city and suburbs, any coal, wood, pales, planks, staves, shingles or other lumber or fuel of any description, combustibles or any materials that may occasion, hazard or danger of fire, unless the same shall be placed in such situation, and be secured in such a manner as shall be directed by the Mayor, and if such person or persons shall refuse, or neglect to obey the directions of the Mayor, touching the placing the said articles, and securing them, or either of them, f om occasioning hazard or danger of fire, every such person so refusing or neglecting, shall forfeit and pay the sum of twenty-five dollars, with costs of suit, for every twenty-four hours such refusal or neglect shall continue.

ART. 3. All carpenters, cabinet-makers, turners, coach-makers, wheel-wrights, coopers and others, using any trade by which shavings are made, shall respectively, at the close of each day, on leaving off work, cause the place where such shavings are, to be swept, and the shavings to be carefully gathered and placed in boxes, baskets, hampers, or to be otherwise compactly and securely stowed and carried to the river, or to a great distance from the city, suburbs or other inhabited places, under the penalty of three dollars for each omission or offence herein; and it shall not be lawful for any person or persons to make any heap of shavings within the city and suburbs, or near any inhabited place, under the penalty of ten dollars by each day, until the person so offending shall have complied with the above provision.

A - 086

( 68 )

other vessel within the port of New-Orleans, any quantity of gunpowder, over and above ten pounds weight, (ships of war only excepted) to issue a search warrant to be executed in the house, store, shop, or other place, or any boat, ship or other vessel designated to him, to examine into the truth of such allegation, in order that every such offender be proceeded against in the manner above specified, or in conformity with the ordinance respecting the said port, as the case may be.

ART. 12.   No person shall hereafter be permitted to fire or discharge any gun, pistol, fowling piece or fire arm, nor to discharge or let off any rocket, cracker, squib or other fire-works, in any street, court-yard, lot, walk or public way, within the city or suburbs, or from the door or window of any house or other building, or near any house or other inhabited part of the said city or suburbs, on any account whatever, particularly on the occasion of festivals or public rejoicings, under the penalty of from five to ten dollars upon each offender, if the person so offending be free, and of thirty lashes if the offender be a slave ; Provided always, that nothing contained in this ordinance shall be construed to extend to the reviews or exercises of any military company ; and if any person or persons shall let off any fire-works, or shall make any bonfire without having first obtained the permission of the Mayor of this city, who will appoint the place for so doing, every such person or persons shall pay the fine aforesaid.

ART. 13.   It shall be the duty of every owner of a lot or half lot within the city, and the inhabited parts of the suburbs, to have in each of the said lots or half lots a well from ten to twelve feet deep, and from three to four feet in diameter, secured with plank or masons' work, with a brim solidly constructed with brick or wood, and raised at least two feet above the level of the ground, under the penalty of a fine of ten dollars for every month he shall have neglected to comply with this provision ; and during the first fortnight of the month of October every year, it shall be the duty of the officers of police to enter into the aforesaid court-yards, lots and grounds, accompanied with a fit mason, when necessary, for the purpose of examining and inspecting the state of the wells in their respective wards, for which they shall make report in writing to the Mayor, and on the said report the Mayor shall order such measures to be taken as the case may require for the said wells being repaired or cleansed by whom it may concern, within the time he shall limit for that purpose, at the expiration of which time the party offending shall pay a sum of ten dollars, and moreover a sum of five dollars for every fortnight that he shall neglect to comply with the order above mentioned.

( 80 )

reasonable excuse, or shall neglect or refuse to obey any orders that may be given to him as aforesaid, he shall forfeit and pay the sum of ten dollars for the first offence, and if repeated, he shall be immediately removed from office and another fit person appointed in his stead : Provided always, that for the city hall guard-house there shall always remain, in case of fires, at least six men to give assistance to the citizens, in case it should be wanted.

ART. 31. The Mayor shall apply to the General or other commanding officer, and Governor, in order that a portion of the regular troops, garrisoned at New-Orleans, as well as numerous detachments of militia, be held to repair to the place where such fire may be, in order to give aid and assistance, in the manner which shall be prescribed to them by the Mayor or Recorder.

ART. 32. If, to stop the progress of such fire, it becomes necessary to pull down one or several houses, it shall be done conformable to the provisions on that subject contained in the civil code of this State.

ART. 33. The Mayor, Recorder, Captain or Lieutenant of the fire-engine-men company, shall give the necessary orders to cause all the fire-buckets, which may remain after any fire is extinguished, to be collected and conveyed as soon as possible to the city hall, to be there deposited, in order that the citizens may know where to find such as respectively belong to them.

ART. 34. If any person shall detain any leathern bucket or buckets, axes, hooks and other implements which shall have been provided or used at any fire as aforesaid, from the owner or owners thereof, above twenty-four hours, such person shall forfeit and pay for every leathern bucket, axe, hook and other implement so detained, the sum of ten dollars ; one half for the informer, and the other half for the use of the city.

ART. 35. If any offence shall be committed against this ordinance by any child, apprentice, servant or slave, the forfeiture and penalty shall be recovered from and paid by the parent, master or mistress of the party offending.

[*Approved July 1st. 1817.*]

# A DIGEST

OF THE

# ACTS OF ASSEMBLY

RELATING TO

# THE CITY OF PHILADELPHIA

AND THE (LATE)

## INCORPORATED DISTRICTS OF THE COUNTY OF PHILADELPHIA,

AND OF THE

## ORDINANCES OF THE SAID CITY AND DISTRICTS,

### IN FORCE ON THE FIRST DAY OF JANUARY, A. D. 1856.



COMPILED AND EDITED, UNDER AUTHORITY OF CITY COUNCILS, BY

## WILLIAM DUANE, WILLIAM B. HOOD AND LEONARD MYERS.

Penn - Sen assembly

---

### PHILADELPHIA:
J. H. JONES & CO., PRINTERS, NO. 34 CARTER'S ALLEY.
1856.

Digitized by Google

## NORTHERN LIBERTIES.

### Ordinance of November 6, 1815, entitled

#### "AN ORDINANCE

For the suppression of nuisances, &c.

SECT. VIII. That no person or persons shall fire or discharge any *Artillery, &c.* cannon, or piece of artillery, or small arms, or prove any pistol, gun, *not to be dis-* musket-barrels or cannon, or illuminate or cause to be illuminated any *charged with-* house within the regulated parts, incorporated as aforesaid, in said *Houses not* township, without permission from the president of the board of com- *to be illumi-* missioners, under the penalty of forfeiting and paying for every piece *nated, &c.* of cannon or artillery, or small arms, or pistol, gun or musket-barrel *Penalty.* so fired, or house so illuminated, the sum of two dollars.

### A SUPPLEMENT

To the foregoing, passed May 23, 1826.

SECT. I. That if any person shall cast or fire any squib, rocket or *Not to fire* other fireworks, in or into any of the streets, lanes or alleys within the *any squibs,* incorporated district of the Northern Liberties, every such person shall *&c., in any of the streets or* forfeit and pay for every such offence, the sum of two dollars. *alleys with-* [The fines in the preceding sections recoverable, with costs of suit, *sion. Penal-* before any justice of the peace, residing within the district, one moiety *Penalties,* to the person who shall sue for the same, and the other moiety shall *how recover-* be paid to treasurer of the district, for the use thereof.] *ed and appro-* *priated.*

### MOYAMENSING.

### Ordinance of July 14, 1814.

SECT. XIII. That if any person or persons shall make any bonfire, *Penalty for* or burn shavings, or other combustibles in any of the streets, lanes or *making bon-* alleys in any of the built parts of the said township, such person or *the streets.* persons shall forfeit and pay a fine of one dollar.

### Ordinance or July 12, 1817.

SECT. II. Provides for appointment of watchmen and superintendent *Persons* of the nightly watch, (whose duties are now supplied by the consolida- *firing guns,* tion act.)    To aid [the watchmen] in preventing burglaries, robberies *ets or other* and other outrages and disorders within the said township; and to that *fireworks, to* end he and they are hereby empowered and required to arrest, appre- hend and confine all persons whom they shall find disturbing the peace, or shall have cause to suspect of any unlawful or evil design; or per- sons discharging or firing off any hand gun, pistol or other fire-arms, or shall cast or throw or fire any squibs, rockets or other fireworks, or make or assist at making bonfires, within the regulated parts of the township in the night time; and shall take the person or persons so

Digitized by Google

*Penalty.* apprehended, as soon as conveniently may be, before some justice of the peace within the township of Moyamensing, to be examined and dealt with according to law.

### SPRING GARDEN.

Ordinance of June 7, 1813, entitled

#### "AN ORDINANCE

For the suppression of nuisances, &c.

*Penalty for making bonfire without license.* SECT. IV. That from and after the first day of September next, if any person or persons shall make any bonfire, or burn shavings or other combustibles, in any of the streets, lanes or alleys of the regulated parts of this district, without having first obtained permission from [the board of commissioners,] every such person or persons shall pay a fine of four dollars.

*Fire-arms not to be discharged without permission, under penalty.* SECT. V. That no person or persons shall fire or discharge any cannon, or other piece of artillery or small arms, within the regulated parts of this district, without (the) permission [of the board of commissioners,] first had and obtained in writing, under the penalty of forfeiting and paying, for every piece of cannon or other artillery, or small arms so fired, the sum of five dollars.

Ordinance of November 1, 1828, entitled

#### "AN ORDINANCE

For the regulation of steps, &c., and for other purposes.

*Penalty for sale of squibs &c., and for setting off fireworks.* SECT. VI. That if any person or persons shall hereafter sell or cause to be sold, or fire or set off, within the said district, any squibs, rockets or crackers, or other fireworks, without (the) consent [of the said board of commissioners] in writing first had and obtained, such person or persons shall forfeit and pay for each and every such offence, the sum of two dollars, to be recovered as aforesaid.

### KENSINGTON.

Ordinance of July 1st, 1820.

*Penalty for making bonfires, &c., in streets.* SECT. V. That from and after the passing of this ordinance, if any person or persons shall make any bonfires, or burn shavings or other combustibles, in any of the streets lanes or alleys within the limits of this district, without having first obtained permission [from the president of the board of commissioners,] every such person or persons shall pay a fine of four dollars.

*Firing of cannon or small-arms without permission.* SECT. VII. That no persons shall fire or discharge any cannon or piece of artillery, or small arms, or prove any pistol, gun, musket-barrels or cannon, within the regulated parts, incorporated as aforesaid, without permission [from the president of the board of commissioners,]

Digitized by Google

under the penalty of forfeiting and paying for each and every piece of **Penalty $2.** cannon or other artillery, or small arms, or pistol, gun or musket-barrel, so fired, the sum of two dollars.

SECT. XVII. That the penalties, fines and forfeitures mentioned in **How penalties recover-ed.** this ordinance, may be recovered as debts of equal amount are by law recoverable, with costs of suit, one moiety of each penalty, fine and forfeiture, shall go to the informer or prosecutor who shall sue for the same, and the other moiety shall be paid into the hands of the treasurer of the said Kensington incorporated district of the Northern Liberties, for the use of the corporation.

---

## Fish and Fish Stands.

[See " *Markets.*"]

---

## Flour.

[See " *Bakers,*" ante, page 71.]

---

## Footways.

[See " *Paving.*"]

---

## Frame Houses.

[See " *Buildings.*"]

---

## Funded Debt.

### GENERAL OUTLINE.

The debt of the city and municipal corporations of Philadelphia was contracted under various ordinances, authorized either by special acts of assembly or the powers conferred in the incorporation of the several districts. The former class of debts consists mainly of subscriptions to stock; the latter, of loans for the purpose of carrying on the government or improvements in its property.

These ordinances are very similar in their provisions, and as their insertion at length would occupy much space, a brief history of them is inserted here, and it is proposed in the APPENDIX to give a TABULAR STATEMENT of all that is important in them, viz :—The title, object and date of ordinance; the amount of loan authorized; when redeema-

26

Digitized by Google

# Baltimore Gazette and Daily Advertiser.

VOL. 68.  MONDAY EVENING, DECEMBER 17, 1827.  NO. 10,462.



**SHERIFF'S SALE.**—By virtue of a writ of Fieri Facias, issued out of the High Court of Chancery, at the suit of Ezekiel Boring, against the goods and chattels, lands and tenements of Thomas Lemmon, Jacob Singery and Shadrack Hurst, to me directed, I have seized and taken in execution, all the estate, right, title, interest, property, claim and demand of them all in equity of the said Thomas Lemmon, Jacob Singery and Shadrack Hurst, in and to a tract of land called Boring's Habitation Rock, containing about three hundred acres of land more or less, situated, lying and being about two miles from Joshua Lemmon's Tavern, on the Falls turnpike.

And I hereby give notice, that on FRIDAY, the 28th day of December, at 12 o'clock, A. M. on the premises, I will offer for sale the said premises, so seized and taken in execution, by public auction, to the highest bidder for cash.

de 7      WM. BALL, Sh'ff. B. C.

**SHERIFF'S SALE.**—By virtue of a writ of Fieri Facias, issued out of Baltimore County Court at the suit of Magdalena Ruel, and against the goods and chattels, lands and tenements of Conrad Long, Ludwig Long & Christian Long, to me directed, I have seized and taken in execution, all the estate, right, title, interest, property, claim and demand of them all in equity of the said Conrad Long, Ludwig Long, and Christian Long, in and to a TRACT OF LAND, part of Sarah's Pleasure, containing seventy acres more or less, and within about two miles of Jacob Woolfery's tavern, on the Westminster road.

And I hereby give notice, that on MONDAY, the seventeenth day of December next, at 12 o'clock, M. on the premises, I will offer for sale the said premises, so seized and taken in execution, by public auction to the highest bidder for cash.

Nov. 26, 1827.      WILLIAM BALL, Sheriff B. C.

**AT the SHERIFF SALE.**—By virtue of a writ of Venditioni Exponas, issued out of Baltimore County Court at the suit of Thomas Hiller against the goods and chattels, lands and tenements of George Ebaugh to me directed, I have seized and taken in execution. All the estate, right, title, interest, property, claim and demand in law and in equity of the said George Ebaugh in and to one hundred acres of land situate about two miles from the city of Baltimore and within three miles of the Hanover turnpike road, adjoining the lands of Mr Hilderbrand, and Mr Henry Algire, the had has forty acres of first rate meadow and a proportion of woodland.

And I hereby give notice, that on THURSDAY the twenty seventh day of December last at 12 o'clock noon, on the premises, I will offer for sale the said premises so seized and taken in execution, by public auction, to the highest bidder for cash.

STEPHEN BAILY, Late S. B. C.

December 5, 1827.

**Commissioner's Sale.**

By virtue of an order of Baltimore County Court, Ce sale-creators, Commissioners to sell all the remaining part of the real estate of Nathan Ensor deceased, that I as not been allotted for by the heirs, &c. will sell at public sale on the premises, on the fifteenth day of January next, at eleven o'clock, A. M. of July, if not, on the next fair day—

All that part of the said estate of the said Nathan Ensor, that lies near the dwelling farm of Mr. John Ensor, in Baltimore County, called "Nathan's Prospect" and also a small tract of land near the fort...

## Firing Guns, &c.

**MAYOR'S OFFICE,** December 6, 1827.—Extract of "An Ordinance to appoint Superintendents of Streets and Pumps, and to enforce sundry regulations." Approved, 9th March 1826.

(Signed)    JOHN MONTGOMERY, Mayor.

Sect. 8. And be it enacted and ordained, that if any person shall fire or discharge any Gun or Pistol or fire arm within the City, unless it be on some occasion of Military parade and then by order of some officer having the command, every such person, for every such offence, shall forfeit and pay a sum not exceeding five dollars.

Whereas the practice of Firing at Fowl on the Flats in the Harbour and Bason of the City, has endangered the lives of several Citizens—in order therefore, to prevent so dangerous a practice in future; the persons who are on the habit of amusing themselves in that way, will take notice, that the same ordinance will be rigidly enforced, and an example made of the persons who may be found violating the same.

City Baliffs are charged with enforcing a strict observance of the above ordinances and the aid of all Good Citizens is requested to check so dangerous an evil. JACOB SMALL, Mayor.

dec 6



## Firemen's Insurance Company of BALTIMORE.

OFFICE AT SECOND STREET, OPPOSITE THE EXCHANGE.

THE Firemen's Insurance Company is now prepared to insure Dwelling Houses, Hardware, Merchandise, Household Furniture Ships in Port, their Cargoes, Household and other descriptions of property generally, against loss or damage by Fire.

JOHN HEWES, President and Surveyor.
MATHIAS N. FORNEY, Secretary.

Directors.

George Baxley, John Steele, Charles Keyser, Geo. Badey, William E. George, Samuel Keerl, Henry Mantz, B. I. Haddock, Erasmus Uhler, A. R. Ryle, Jesse Hunt, Jacob Albert, Geo. Rogers, John Hebb, Sam'l Jones, J.T. Cohen, junr., Peter Neff, Wm. Stewart, Samuel McLim, James Clark, Samuel Wilson, James John Balderder, Benj. Buck, James B. Stansbury, Sam'l Watson, Thos. L. Murphy, James Bloys, James Esterham, John Lee.

**CAUTION to Idle Boys and Persons Selling Fruit, Cakes, &c. on the SABBATH DAY.**

**MAYOR'S OFFICE,** 12th Dec. 1827.

CITY BALIFFS—You are hereby directed to apprehend and lodge in the respective Watch Houses all Boys found playing at any Game or Sport, in any of the streets, lanes, alleys or open ground within the limits, of the city, and all persons who are in the streets and offer for sale, Cakes, Fruit, Beer, &c. on the SABBATH DAY, and have them taken before a Justice of the Peace to be dealt with as the law directs. JACOB SMALL, Mayor.

dec 13

**SURGICAL.**—Among the various causes of human misery, few are productive of so much distress as the disease of RUPTURE, and yet no disability of the human system has, heretofore, been so poorly provided for; no instrument having been constructed upon the true surgical principle for curing the complaint, until the introduction of

**DR. HULL'S TRUSS.**

The surgical aim and tendency of this ingenious instrument is, to close up the breach and cure the disease. This it effects by means of its constant and transverse upon a pivot joint and pressure around the rupture opening, under power of its elastic wrought steel spring. It has proved the cure of hundreds and hundreds of ruptured persons, making them sound and well. It is the only Truss that now is, or that deserves to be recommended by the Profession, or worn by patients. It is adapted to any age, and to every species of the complaint.

**TESTIMONIALS.**—The following brief extracts serve to show in what light this instrument is esteemed by our greatest medical men:—

Dr. Thacher, author of the American Dispensatory and Modern Practice, has experienced its efficacy on his own person, and pronounces it, "incomparably superior, both in principle and properties, to any of those heretofore in use." "Dr Hull says he, "exclusively entitled to the credit of first adopting the true surgical principle for the cure of Hernia." "This great desideratum, is admirably accomplished, by giving to the pad of his new instrument large Truss a concave instead of a convex surface. By this construction, it is evident that the greatest degree of pressure is given to the circumference of the aperture, which tends to approximate the hernial parietes. Numerous instances have occurred, in which hernia has been cured by it, which had proved intractable to other trusses."—Modern Practice, p. 572.

Dr. Hull, Professor of Surgery in New York, affirms it to be, "That has long been the desideratum of practical Surgeons in Europe and America."—That its operation and effect is directly the reverse of all trusses formerly in use, which being convex, tended to enlarge the dimensions of the rupture opening." "that he has adopted it in his own practice to the exclusion of all others," and that in general it may be applied with a reasonable prospect of cure."

418            NUISANCES.

RICHMOND.

Ordinance of September 8, 1851.

## AN ORDINANCE

For the suppression of nuisances within the district of Richmond.

Penalty for fast driving, &c.

SECT. I. That from and after the passing of this ordinance, if any person or persons shall wilfully ride any horse, or drive any horse or other animal, attached to any carriage, wagon, cart or other vehicle whatsoever, at a gallop or other immoderate gait through the streets, lanes or alleys of the said district, or shall drive any horse or other animal, attached to any sleigh or carriage on runners, without one or more bells attached to the said animal, the said person or persons so offending, shall for each and every such offence, forfeit and pay the sum of five dollars.

Obstruction of highway.

SECT. II. If any person shall wilfully obstruct the free passage of the highway, so as to prevent horses and vehicles from passing, or shall leave any horse stand unfastened in any public street, or shall place horses or vehicles upon the public footway or flag-stones at the crossings in the streets, the said person or persons so offending, shall for each and every such offence, forfeit and pay the sum of two dollars.

Awning rails regulated.

SECT. III. Every awning rail put up or erected, or which may hereafter be put up or erected in any street, lane or alley within the district, shall be at its lowest part, at least six feet six inches above the public footway, nor shall any awning be permitted to hang lower than six feet six inches above the public footway, except where the same shall hang directly over the curb or shall not project more than four feet beyond the house or building line ;

Sign boards.

nor shall any sign board or device whatsoever, or article or samples of goods, wares or merchandise of any kind, exposed either for sale or as a sign, be permitted to hang over the footway lower than the aforesaid height, except where the same shall hang directly over the curb or shall not project more than four feet beyond the house or building line as aforesaid. [Penalty three dollars for not removing the same on six hours' notice.]

Rubbish, &c., not to be thrown into street.

SECT. IV. If any person or persons shall throw or cause to be thrown into any street, lane or alley, within this district, earth, rubbish, shavings, oyster shells or the like, so that the same shall be above the height of the regulated footway, or if any person shall throw or place, or cause to be thrown or placed upon the public footway, paved or unpaved, any of the said articles, or any boxes, barrels, bales, merchandize, wood, coal, lumber or other thing whatsoever, so that the

Footways not to be obstructed by boxes, bales, &c.

same shall occupy more than one third of the footway, at any one time, every person, after six hours' notice by the superintendent or other officer of this [district,] to remove or alter the same, so as to conform to the requirements of this ordinance, who shall fail to comply with said notice, shall forfeit and pay for each and every such offence the sum of

Proviso as to building materials.

three dollars : *Provided*, that nothing herein contained shall in any way affect the right to place materials in the public street under a permit for building purposes.

Digitized by Google

Sect. V. No cellar door, porch or step shall extend upon any foot- *Cellar doors, &c. regulated* way of twelve feet in width, beyond the distance of four feet three inches, and a proportionate distance where the footway shall be wider or narrower than twelve feet. And if, upon six hours' notice, as aforesaid, to any one who shall violate this section, the same be not altered or removed, so as to conform to the requirements of the ordinance, every person so offending shall forfeit and pay for each and every offence, the sum of three dollars, and the costs of removing or altering the same, if done by the [district.]

Sect. VI. [Supplied.]

[Sect. VII. similar to section XLIII. act of February 18, 1769, ante, page 385; penalty, five dollars.]

Sect. VIII. From and after the publication of this ordinance, if any *Bonfires prohibited.* person or persons shall make any bonfires, or burn shavings or other combustibles, in any of the streets, lanes or alleys, within the limits of this district, without having first obtained permission [from the president of the board of commissioners,] every such person or persons shall *Penalty.* pay a fine of five dollars for every bonfire so made.

Sect. IX. If any person shall fire or discharge any cannon or piece *Fire-arms not to be discharged with-* of artillery or small arms, or prove any cannon, pistol, gun or musket *out permis-* barrel, within the limits of this district, without permission [from the *sion.* president of the board of commissioners,] who in his permit under this and preceding section, shall specify time and place, (which must be adhered to,) every person so offending shall forfeit and pay for each and every piece so fired or discharged, the sum of five dollars.

Sect. X. The penalties, fines and forfeitures mentioned in this ordi- *Penalties, how recover-* nance shall be recovered as debts of equal amount are by law recov- *able.* erable, with costs of suit, one moiety of which penalties, fines and forfeitures shall go to the informer or prosecutor, who shall sue for the same, and the other moiety shall be paid into the hands of the treasurer of the said [Richmond district,] for the use thereof.

Ordinance of December 16, 1851.

## AN ORDINANCE

Supplemental to an ordinance enacted September 8th, A. D. 1851, entitled "An Ordinance for the suppression of nuisances in the district of Richmond."

Sect I. That from and after the first day of January, 1852, it shall *Ashes not to* not be lawful for any person to throw coal or wood ashes into any *be thrown into street.* public paved street, lane or alley in this district; but the same may be placed in suitable boxes or vessels, upon the footway, near the curb-stone. [Carts to be sent for same by (district,) on Tuesday and Saturday afternoons; penalty for violation of ordinance one dollar.]

Sect. II. That if any person or persons shall wilfully throw upon *Bricks not to be thrown on* the roof of any public market house within this [district,] any brick, *market house roofs.* stone or other thing whatsoever, he or they shall forfeit and pay the sum of one dollar for each and every such offence.

Sect. III. The penalties herein incurred shall be recoverable before *Penalties, how recover-* any alderman of this [district] in the usual manner, and shall go to *able.* the treasurer for the use of the [district.]

Digitized by Google

THE

# CHARTER

WITH ITS

AMENDMENTS

AND THE

# REVISED ORDINANCES,

OF THE

## CITY OF MANCHESTER, N.H.

PUBLISHED UNDER THE AUTHORITY OF THE CITY COUNCIL



MANCHESTER, N. H.,
HENRY A. GAGE & Co., PRINTERS.
1859.

Digitized by Google

59

and to prosecute any person offending against any of its provisions.

Sec. 17. No person shall make any brawls or tumults, or, in any street, lane or alley, or public place, be guilty of any rude, indecent or disorderly conduct, or shall insult or wantonly impede any person passing thereon, or shall throw any stones, bricks, snowballs, or dirt, or play at ball or at any game at which ball is used.

Sec. 18. No person shall sing or repeat, or cause to be sung or repeated any lewd, obscene, or profane songs, or shall repeat any lewd, obscene, or profane words, or write or mark in any manner any obscene or profane word, or obscene or lascivious figure or representation, on any building, fence, wall, post or other thing whatever.

Sec. 19. No person shall wantonly injure or deface any building, fence, wall, post, sign-board, or sign, or any lamp-post, or lamp or lantern thereon, or shall wantonly cut or injure any tree standing in any street, highway or public place, or shall rob any garden or field of fruit or vegetables, or shall wantonly injure any trees, shrubs, or bushes growing in any street, common or square, garden, field, or yard, or shall, without lawful permission, climb on or over any fence of any garden or yard.

Sec. 20. No person shall, within the compact part of the city, fire or discharge any cannon, gun, pistol, or other fire-arms, or fire or discharge any rockets, squibs, crackers, or any preparation of gun-powder, (except by permission of the Mayor and Aldermen in writing,) or shall make any bonfire, or improperly use or expose any friction matches, or knowingly raise or repeat any false cry of fire.

Sec. 21. No person shall, within the view of any dwelling house, or of any public road or street, in the day time, bathe or swim without necessity, or expose his person indecently in dressing or undressing for the purpose of swimming or bathing or otherwise, without necessity.

Digitized by Google

*New Haven. Charters.*

# CHARTER

AND

# BY-LAWS

OF THE

# CITY OF NEW HAVEN,

## JUNE, 1865.

---

NEW HAVEN:
J. H. BENHAM, PRINTER, GLEBE BUILDING.
1865.

Digitized by Google

## CHAPTER IV.

A By-Law to prevent the Discharging of Firearms within certain parts of the City of New Haven.

*Be it ordained by the Court of Common Council of the City of New Haven,* That no person or persons shall hereafter, on any occasion, or for any purpose, discharge any pistol, gun, or other firearm, of any sort or description, except as is hereafter provided, in any part of said city. And if any person or persons shall be guilty of discharging any pistol, gun, or other firearm, of any sort or description, within the limits aforesaid, such person or persons shall, for every such offense, forfeit the sum of three dollars, to be recovered by action of debt, in any court proper to try such action, and by the City Treasurer, who is hereby authorized to prosecute the same. And any penalty which shall be recovered by virtue of this law, shall be paid into the treasury of said city, for the use of said city.

*And be it further enacted by the authority aforesaid,* That if any child under the age of twenty-one years, any ward or servant, shall offend against this law, the parent, guardian or master of such offender shall be liable to the penalty incurred by such offense, and may be sued therefor in any action of debt, in manner before in this ordinance prescribed. And the penalty which may be recovered by virtue of this paragraph of this law, shall belong to the city in manner aforesaid.

*Provided always,* That nothing in this law shall in any wise be construed to extend to any act done by any person or persons, on any military occasion, while under any military command, and in obedience to the order of any military officer.

*Provided also,* That this law shall not be construed to extend to any firing of cannon, or other firearms, permission for which has been first obtained of the Mayor, or some one or more of the Aldermen of said city.

*Be it further ordained,* That no person or persons shall, on any occasion, discharge any pistol, gun, or other firearm, loaded with a ball, slug or buckshot, within any part of the limits of said city, on penalty aforesaid, and to be recovered and appropriated in manner aforesaid.

*Marginal notes:*
Discharging firearms prohibited.
Penalty.
Treasurer to prosecute.
Parent, guardian and master liable.
Except for military duty.
Permission by Mayor, &c.
Firearms loaded with ball, &c.

Digitized by Google

# LAWS AND ORDINANCES

GOVERNING THE

# City of Saint Joseph, Mo.

## ADOPTED JUNE 12th, 1869.

WITH AN APPENDIX CONTAINING THE SPECIAL ORDINANCES, FORMER LEGIS-
LATION RELATING TO THE TOWN OF SAINT JOSEPH, AND AN ACT TO
INCORPORATE THE GAS LIGHT COMPANY.

PRINTED AND PUBLISHED BY AUTHORITY OF THE

## MAYOR AND CITY COUNCIL

OF THE CITY.

9164

COMPILED AND ARRANGED BY

## JOSEPH P. GRUBB, CITY ATTORNEY.

NEW YORK
PUBLIC
LIBRARY

SAINT JOSEPH, MO:
PRINTED AT F. M. POSEGATE'S STEAM BOOK AND JOB PRINTING HOUSE.
1869.

Digitized by Google

**Fires in shop to be extinguished after working hours.** in any shop, unless the same be well secured, so that no building or other property may be endangered thereby.

**Accumulated shavings and combustibles to be removed.** SEC. 13. Every person keeping or occupying a shop or other building wherein shavings or other combustible materials are made, accumulate or may be contained, shall clear or remove the same out of such building and the yards belonging thereto, at least once in each week, and at any other time when directed by the fire warden so to do: *provided,* **Proviso.** such shop or other building is situated within one hundred feet of any other building.

**Penalty for violation of ordinance.** SEC. 14. Whoever shall violate any of the foregoing provisions of this chapter shall forfeit and pay a sum of not less than five dollars nor more than one hundred dollars for each offense.

**Regulating the period of possession of loose or unbailed hemp.** SEC. 15. No person shall keep any loose or unbailed hemp in any house, manufactory, store or warehouse in this city, in a greater quantity than four thousand pounds, for a longer period than one week. Any person violating this **Penalty for violation of.** section shall forfeit and pay a fine of not less than ten dollars nor more than fifty dollars, for each day such violation shall have been suffered to exist.

**Nitroglycerine manufacture or storage of prohibited. Penalty for.** SEC. 16. No person shall manufacture, bring or keep within the limits of the city, any nitro-glycerine, in any quantity whatever, under a penalty of not less than fifty dollars for every such offense, and a like penalty for every hour the same shall be kept in violation of this section.

**Discharge of firearms, fire crackers, &c., forbidden without permission of mayor; condition of; penalty for violation.** SEC. 17. No person shall fire or discharge any cannon, gun, fowling piece, pistol or fire arm of any description, or fire, explode or set off any squib, cracker or other thing containing powder or other combustible or explosive material, without permission from the city council or written permission from the mayor, which permission shall limit the time of such firing, and shall be subject to be revoked by the mayor or city council at any time after it has been granted. Any violation hereof shall subject the party to a fine of not less than two dollars nor more than fifty dollars.

Digitized by Google

# PRIVATE LAWS

OF THE

# STATE OF ILLINOIS,

PASSED BY THE

## TWENTY-SECOND GENERAL ASSEMBLY,

CONVENED JANUARY 7, 1861.

SPRINGFIELD:

BAILHACHE & BAKER, PRINTERS.

1861.

Digitized by Google

City elections.

§ 72½. An election shall be held biennially in each of the wards of said city on the third Tuesday of April, at such place or places as the common council may appoint, and of which six days' previous public notice shall be given in written or printed notices, in three public places in each ward, by the city clerk, the first election to be held in the year A. D. 1861.

City officers.

§ 73. At the first annual election after the passage of this act, there shall be elected by the qualified voters of said city, a mayor, treasurer, collector, surveyor and chief and assistant engineers, and a clerk of the police court; and the person having the highest number of votes in the whole city, for either of such offices, shall be declared elected. At the same time, the electors, in their respective wards, shall elect one alderman, and the person receiving the highest number of votes cast in the ward for such office shall be declared elected.

Term of office.

§ 74. The mayor, collector, treasurer, surveyor, chief and assistant engineers, clerk of the police court and aldermen, elected under this act, shall respectively hold their offices for the term of two years, and until the election and qualification of their successors respectively; and they shall enter upon the performance of the duties of their respective offices on the first Monday in May succeeding their election, or as soon thereafter as may be.

Qualification of voters.

§ 75. Hereafter no person shall be permitted to vote at any municipal election, unless he shall have been an actual resident of the ward in which he offers his vote, for thirty days (instead of ten days as is now provided by law,) immediately preceding such election.

Licenses.

§ 76. The city of Chicago shall charge and receive the sum of fifty dollars for a yearly license for the sale of spirituous, vinous and fermented liquors, and no more.

Fire department.

§ 77. The fire engines, horses, apparatus, and all things else belonging to the fire department of said city, shall be exempt from sale or seizure under execution or attachment.

§ 78. No person shall fire or discharge, within the city limits, any cannon, gun, fowling piece, pistol or fire-arms of any description, or fire, explode or set off any squib, rocket, cracker, or other thing containing powder or other combustible or explosive material, without permission from the mayor or common council. Nor shall any permission be given for the firing of any heavy ordinance, except on the north pier of the Chicago river, at least three hundred feet east of the most eastern warehouse or manufactory thereon.

Police court fees.

§ 79. The police court clerk shall pay over to the city treasurer, as often as once in each week, all constables', witnesses' and other fees and moneys that may come into his hands as such clerk, from any source or any purpose whatever; and at the close of each day's session of the court he shall report to the controller the names of all persons tried,

Digitized by Google

*19767*

THE

# MUNICIPAL CODE

OF

# CHICAGO:



COMPRISING THE

LAWS OF ILLINOIS RELATING TO THE CITY OF CHICAGO,

AND THE

## ORDINANCES OF THE CITY COUNCIL;

CODIFIED AND REVISED

BY

EGBERT JAMIESON AND FRANCIS ADAMS.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CHICAGO:
BEACH, BARNARD & CO., LEGAL PRINTERS.
1881.

Digitized by Google

tures, or other property of any kind, from the ruins of any such building, without a permit from the superintendent of police so to do, and every person convicted of violating the provisions of this section shall be liable to a penalty of twenty-five dollars for each and every such offense.

1293. Any person who shall remove or carry away from any such lot or part of lot, any such iron or lead pipe, iron railing or fencing, iron pillars, bars, rods or other iron or lead fixtures, or other property of any kind, from the ruins of any such dwelling-house or building, within ninety days after such dwelling-house or building shall have been destroyed by fire, without the consent or authority in writing of the owner of such lot or part of lot, or of such dwelling-house or building, shall be liable to a penalty of twenty-five dollars for every such offense.

1294. Should any person have in his possession, or make or cause to be made, any key or keys of any fire-engine or truck house, police signal or fire-alarm telegraph box, or use, or cause to be used, the same, without the consent of the proper authority (except the mayor and members of the fire department), every such person shall be subject to a fine of not less than fifty dollars for each offense.

1295. No person shall be entitled to take away any property in the possession of the fire department saved from any fire, until proof of ownership be made satisfactory to the fire marshal or acting fire marshal.

1296. Any person who shall scratch, stencil or post placards or bills on any of the poles of the police and fire-alarm telegraph, or in any other manner deface or injure the same, shall be subject to a fine of not less than five dollars for each and every offense.

1297. No person or persons, except those connected with the management of the same, shall open any signal box, unless it be to give an alarm of fire or to communicate with the police; or break, cut, injure, deface, derange or in any manner meddle or interfere with any signal box or the fire-alarm telegraph wires, under the penalty of not less than twenty-five dollars, or imprisonment for not less than thirty days, for each and every offense.

## ARTICLE XX.

### Fire-arms, Fireworks and Cannons.

1298. No person shall fire or discharge any gun, pistol, fowling-piece or other fire-arm within the corporate limits of the city of Chicago, under the penalty of ten dollars for each offense.

Digitized by Google

1299. No person shall sell, loan or furnish to any minor, any gun, pistol, fowling-piece or other fire-arm within the limits of the city, under the penalty of fifty dollars for each offense.

1300. No person shall fire, discharge or set off within the limits of the city of Chicago, any rocket, cracker, torpedo, squib or other fireworks or thing containing any substance of an explosive nature, under the penalty of ten dollars for each offense: *Provided*, that the mayor may by proclamation permit the use of fireworks on the fourth day of July, and on such other day or days as he in his discretion may deem proper.

1301. No squibs, rockets, crackers, serpents or other fireworks containing powder or other combustible or explosive materials shall be kept or stored within the limits of the city of Chicago, except the same be kept or stored in a fire-proof vault, under the penalty of not less than fifty nor more than one hundred dollars for each offense, and a like penalty for every twenty-four hours that said rockets, squibs, crackers or other fireworks containing the aforesaid materials shall be kept or stored after the first conviction.

1302. No cannon or piece of artillery shall be discharged or fired off in any street, avenue, alley, park or place within the corporate limits of the city without a written permission from the mayor, under a penalty of twenty-five dollars for every offense.

1303. No person shall sell within the limits of the city any rockets, crackers, squibs or other fireworks containing any combustible or explosive material, under the penalty of not less than fifty dollars for each offense: *Provided*, that this section shall not apply to the sale of imported fireworks in their original packages.

1304. It shall be the duty of every member of the police force to see that the provisions of this article are strictly complied with and enforced.

## Article XXI.

### *Flags and Decorations at the City Hall.*

1305. All power and authority to display flags or other decorations on, in or about the city hall or other public buildings belonging to the city are hereby vested in the mayor, unless the city council shall otherwise direct.

Digitized by Google

*Georgia . Laws, statutes, etc.*

# A DIGEST

OF THE

# STATUTE LAWS

OF THE

# STATE OF GEORGIA,

IN FORCE PRIOR TO THE

## SESSION OF THE GENERAL ASSEMBLY OF 1851,

WITH EXPLANATORY NOTES AND REFERENCES;

AND ALSO,

## WITH NOTES, GIVING THE EXPOSITION OF THE STATUTES, BY THE SUPREME COURT OF THE STATE;

TOGETHER WITH

# AN APPENDIX,

CONTAINING

THE CONSTITUTION OF THE UNITED STATES;
THE CONSTITUTION OF THE STATE OF GEORGIA;
THE STATUTE OF FRAUDS AND PERJURIES;
THE HABEAS CORPUS ACT;
THE JUDICIARY ACT OF 1799; AND
THE LOCAL LAWS APPLICABLE TO EACH COUNTY.

---

COMPILED AND PUBLISHED UNDER THE AUTHORITY OF THE GENERAL ASSEMBLY,

## BY THOMAS R. R. COBB.

---

## VOL. II.

---

## ATHENS, GA.

PUBLISHED BY CHRISTY, KELSEA & BURKE.

1851.

Digitized by Google

at the opening of each Court, to give the provisions of this Act specially in charge to Grand Juries; and that all laws and parts of laws militating against the provisions of this Act be, and the same are hereby repealed.

*An Act to amend the laws of this State regulating the circulation of Change Bills, and to repeal so much thereof as makes it penal and criminal for innocent holders of such bills to pass or circulate the same.*—Assented to 28th Dec. 1842. Pam. 39.

**Innocent holders not embraced.**

366. Sec. I. *Be it enacted*, That from and after the passage of this Act, all laws of this State, making it penal or criminal for innocent holders of change bills to pass or circulate the same, be, and the same is hereby repealed: *Provided always*, That no part of this Act shall be so construed, as to relieve the makers of change bills from the penalties of the law.

Sec. II. All laws and parts of laws militating against this Act be, and the same are hereby repealed.

[Statute omitted as superseded. Act of 1840. Pam. 28.]

### 3. DEADLY WEAPONS.—1837–'45.

*An Act to guard and protect the citizens of this State, against the unwarrantable and too prevalent use of deadly weapons.*—Assented to 25th Dec. 1837. Pam. 90.

**Bowie knives pistols &c. shall not be sold or carried.**

367. Sec. I. *Be it enacted*, That from and after the passage of this Act, it shall not be lawful for any merchant, or vender of wares or merchandize in this State, or any other person or persons whatsoever, to sell, or offer to sell, or to keep, or to have about their person or elsewhere, any of the hereinafter described weapons, to wit: Bowie or any other kind of knives, manufactured and sold for the purpose of wearing, or carrying the same as arms of offence or defence; pistols, dirks, sword canes, spears, &c., shall also be contemplated in this Act, save such pistols as are known and used as horseman's pistols, &c.[1]

**Violation, a light misdemeanor,**

368. Sec. II. Any person or persons within the limits of this State, violating the provisions of this Act, except as hereafter excepted, shall for each and every such offence, be deemed guilty of a high misdemeanor, and upon trial and conviction thereof, shall be fined, in a sum not exceeding five hundred dollars for the first offence, nor less than one hundred dollars at the direction [discretion] of the Court; and upon a second conviction, and every after conviction of a like offence, in a sum not to exceed one thousand dollars, nor less than five hundred dollars, at the discretion of the Court.*

**1st offence**
**2d offence.**

*But see next Act.

(1.) This whole Statute considered and declared *unconstitutional* so far as it *prohibits* the carrying of weapons; and *constitutional*, as it *prescribes the mode of carrying them.* 1 Kelly, 243.

Digitized by Google

Deadly weapons—Fraudulent levies.

369. SEC. III.   It shall be the duty of all civil officers, to be vig- Duty of civil officers. ilant in carrying the provisions of this Act into full effect, as well also as Grand Jurors, to make presentments of each and every offence under this Act, which shall come under their knowledge.

370. SEC. IV.   All fines and forfeitures arising under this Act, Exceptions from the Act. shall be paid into the County Treasury, to be appropriated to County purposes: *Provided nevertheless*, that the provisions of this Act shall not extend to Sheriffs, Deputy Sheriffs, Marshals, Constables, Overseers or Patrols, in actual discharge of their respective duties, but not otherwise: *Provided also*, that no person or persons, shall be found guilty of violating the before recited Act, who shall openly wear, externally, bowie knives, dirks, tooth picks, spears, and which shall be exposed plainly to view: *And provided nevertheless*, that the provisions of this Act shall not extend to prevent venders, or any other persons who now own and have for sale, any of the aforesaid weapons before the first day of March next.

SEC. V.   All laws and parts of laws militating against this Act, be, and the same are hereby repealed.

*An Act to alter and amend an Act to guard and protect the citizens of this State against the unwarrantable and too prevalent use of deadly weapons, passed on the 25th day of December, 1837.—Approved Dec. 8th, 1845.   Pam. 26.*

371. SEC. I.   *Be it enacted*, That from and after the passage of Imprisonment may be substituted for fine. this Act, instead of the penalty against the offences mentioned in said Act, and which are prescribed in the second section, the Court may, in its discretion, substitute that of imprisonment in the common jail of the County where the offence was committed; on conviction for the first offence, the imprisonment to consist of a term of not less than one month, nor more than two months, and upon a second conviction and every after conviction for a like offence, the imprisonment to consist of a term of not less than two months nor more than four months.

SEC. II.   All laws and parts of laws militating against this Act, be, and the same are hereby repealed.

4.  FRAUDULENT LEVIES—1837.

*An Act to point out and punish certain frauds therein specified, and to render null and void such conveyances and transfers, as may be thereby obtained.*—Assented to Dec. 25, 1837.   Pam. 117.

372. SEC. I.   *Be it enacted*, That any person or persons Levies on Estrays and vacant lands. who shall, after the passing of this Act, fraudulently cause to be levied on by any process or execution, distress or attachment, any estray animal, or any lot or lots of land, knowing the same not to be subject thereto, shall be guilty of a misdemeanor, and on indictment

107

Digitized by Google

# A C T S

OF

# THE STATE OF TENNESSEE,

PASSED BY THE

# FORTY-FIRST GENERAL ASSEMBLY.

## 1879.

PUBLISHED BY AUTHORITY.

NASHVILLE:

PRINTED AT "THE AMERICAN" BOOK AND JOB PRINTING OFFICE.

1879.

Digitized by Google

[ 135 ]

## CHAPTER XCV.

AN ACT to change the day in which the Criminal Docket shall be taken up for Marshall County, Tennessee.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That an Act passed March 22nd, 1877, entitled, "An Act to repeal the Act establishing a Criminal Court in the counties of Williamson, Maury, Giles and Marshall," be so amended that Section 5 of said Act shall hereafter read, that the Criminal Docket shall be taken up on the second Monday of the term of court, instead of the first Thursday of the term, as heretofore fixed by said Act, and that the second Monday of the term shall be the day on which the criminal part of said term of court shall commence for said Marshall County hereafter.

SEC. 2. *Be it further enacted,* That this Act take effect from and after its passage, the public welfare requiring it.

Passed March 14, 1879.

H. P. FOWLKES,
*Speaker of the House of Representatives.*

J. R. NEAL,
*Speaker of the Senate.*

Approved March 17, 1879.

ALBERT S. MARKS,
*Governor.*

----

## CHAPTER XCVI.

AN ACT to Prevent the Sale of Pistols.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That it shall be a misdemeanor for any person to sell, or offer to sell, or to bring into the

Digitized by Google

[ 136 ]

State for the purpose of selling, giving away, or otherwise disposing of belt or pocket pistols, or revolvers, or any other kind of pistols, except army or navy pistol; *Provided* that this Act shall not be enforced against any persons now having license to sell such articles until the expiration of such present license.

Sale of pistols forbidden.

SEC. 2. *Be it further enacted,* That any person guilty of a violation of this Act, shall be subject to presentment or indictment, and on conviction, shall pay a fine of not less than twenty-five nor more than one hundred dollars, and be imprisoned at the discretion of the court.

Penalty.

SEC. 3. *Be it further enacted,* That it shall be the duty of the Criminal and Circuit Judges, and other Judges whose courts have criminal jurisdiction, to give this Act specially in charge to the grand jury at each term of the court.

Judges to charge.

SEC. 4. *Be it further enacted,* That it shall be the duty of the grand juries to send for witnesses, in all cases where they have good reason to believe, that the provisions of this Act have been violated. And upon satisfactory evidence of its violation, they shall make presentments of the same without a prosecutor.

Grand jury powers.

SEC. 5. *Be it further enacted,* That all laws and parts of laws in conflict with this Act be, and the same are hereby repealed.

SEC. 6. *Be it further enacted,* That this Act shall take effect from and after its passage, the public welfare requiring it.

Passed March 14, 1879.

H. P. FOWLKES,
*Speaker of the House of Representatives.*
J. R. NEAL,
*Speaker of the Senate.*

Approved March 17, 1879.

ALBERT S. MARKS,
*Governor.*

---

## CHAPTER XCVII.

### AN ACT to amend the Law Taxing Wagons.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That sub-Section 38 of Section 553a

Digitized by Google

# CODE OF LAWS

OF

# South Carolina

## 1902.

IN TWO VOLUMES

VOLUME II.

Code of Civil Procedure

AND

Criminal Code.

THE STATE COMPANY, STATE PRINTERS
COLUMBIA, S. C.

A - 114

# STATUTES AT LARGE

## No. 434.

AN ACT TO ALLOW DAMAGES AGAINST TELEGRAPH COMPANIES DOING BUSINESS IN THIS STATE, FOR MENTAL ANGUISH OR SUFFERING, EVEN IN THE ABSENCE OF BODILY INJURY CAUSED BY NEGLIGENCE IN RECEIVING, TRANSMITTING OR DELIVERING MESSAGES.

*Damages for mental anguish.*

SECTION 1. *Be it enacted* by the General Assembly of the State of South Carolina; That from and after the passage of this Act, all telegraph companies doing business in this State, shall be liable in damages for mental anguish or suffering even in the absence of bodily injury, for negligence in receiving, transmitting or delivering messages.

*Cumulative.*

SEC. 2. That nothing contained in this Act shall abridge the rights or remedies now provided by law against telegraph companies, and the rights and remedies provided for by this Act shall be in addition to those now existing.

*Power of jury.*

SEC. 3. That in all actions under this Act the jury may award such damages as they conclude resulted from negligence of said Telegraph companies.

Approved the 20th day of February, A. D. 1901.

## No. 435.

AN ACT TO REGULATE THE CARRYING, MANUFACTURE AND SALE OF PISTOLS AND TO MAKE A VIOLATION OF THE SAME A MISDEMEANOR.

*Size and weight of pistols.*

SECTION 1. *Be it enacted* by the General Assembly of the State of South Carolina: That from and after the first day of July 1902 it shall be unlawful for any one to carry about the person whether concealed or not any pistol less than 20 inches long and 3 pounds in weight. And it shall be unlawful for any person, firm or corporation to manufacture, sell or offer for sale, or transport for sale or use into this State, any pistol of less length and weight. Any violation of this Section shall be punished by a fine of not more than one hundred dollars, or imprisonment for not more than thirty days and in case of a violation by a firm or corporation it shall forfeit the sum of one hundred dollars to and for the use of the school fund of the

*A. D. 1901.*

County wherein the violation takes place to be recovered as other fines and forfeitures: *Provided,* this Act shall not apply to peace officers in the actual discharge of their duties, or to persons while on their own premises.

*Fines and forfeitures.*

SEC. 2. That the fines and forfeitures above provided for, when collected, shall go to the school fund of the County where the violation occurred.

SEC. 3. In case it shall appear to the satisfaction of the presiding Judge or Magistrate before whom such offender is tried that the defendant had good reason to fear injury to the person or property and carried said weapon to protect himself or property he may in his discretion suspend sentence.

SEC. 4. That all Acts and parts of Acts inconsistent with this Act are hereby repealed.

Approved the 20th day of February, A. D. 1901.

## No. 436.

AN ACT TO PROVIDE A PENALTY FOR LARCENY OF BICYCLES.

*Larceny of bicycles.*

SECTION 1. *Be it enacted* by the General Assembly of the State of South Carolina: From and after the passage of this Act, the larceny of any bicycle shall be punishable as now prescribed by law for the larceny of live stock.

Approved the 20th day of February, A. D. 1901.

## No. 437.

AN ACT To REGULATE THE BONDS OF PUBLIC OFFICERS AND TO PROVIDE A PENALTY FOR ANY PERSON WHO ASSUMES OR ATTEMPTS TO ASSUME, THE DUTIES OF ANY OFFICE, WITHOUT GIVING THE REQUIRED BOND.

*County officers bonds recorded.*

SECTION 1. *Be it enacted* by the General Assembly of the State of South Carolina: That Bonds of County Officers shall be recorded in the office of the Clerk of Court or Register of Mesne Conveyance, of the County of which the aforesaid officers are residents, and shall immediately thereupon be transmitted to the Secretary of State, who shall file them in the office of the State Treasurer.

A- 115