IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 10-CV-4184 Judge Edmond E. Chang |
| CITY OF CHICAGO, ET AL., | ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |

INDEX OF APPENDIX OF EXHIBITS TO
DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR
<u>MOTION FOR SUMMARY JUDGMENT</u>

VOLUME FOUR OF FOUR
Pages 116 to 131

**Description**                                                                                                    **Appendix Page**

Chicago City Council Committee on Police and Fire Legislative Findings........................ 1

Chicago Responsible Gun Ownership Ordinance. ............................................... 4

Statute of Northampton (1328)................................................... 33

Proclamation of Richard II (Nov. 2, 1381). ........................................ 34

Proclamation of Elizabeth I (July 26, 1579). ...................................... 36

Proclamation of Elizabeth I (December 2, 1594)................................... 38

Robert Gardiner, The Compleat Constable 18 (3d ed. 1708). ....................... 39

1686 New Jersey Statute (ch. IX) ................................................. 47

1795 Massachusetts Statute (ch. XXV). ........................................... 50

1792 North Carolina Statute (ch. III). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

1786 Virginia Statute (ch. XXI). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

1801 Tennessee Statute (ch. 22). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

1821 Tennessee Statute (ch. 13). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

1868 Florida Statute (ch. VII, sec. 14). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

1879 Tennessee Statute (ch. CLXXXVI, sec. 1). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

1876 Dodge City, Kansas Ordinance (sec. XI). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66

1875 Wyoming Statute (ch. 52, sec. 1). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71

1721 Pennsylvania Statute (ch. CCXLV, sec. IV). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

1751 Pennsylvania Statute (ch. CCCLXXXVIII). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

1746 Massachusetts Statute (ch. X). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80

1786 New York Statute (ch. 43). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82

1817 New Orleans, Louisiana Ordinance (art. 12). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85

1817 Moyamensing Township, Pennsylvania Ordinance (sec. II) . . . . . . . . . . . . . . . . . . . . . . 89

1815 Northen Liberties, Pennsylvania Ordinance (sec. VIII). . . . . . . . . . . . . . . . . . . . . . . . . . 90

1813 Spring Garden, Pennsylvania Ordinance (sec. V). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91

1820 Kennsington, Pennsylvania Ordinance (sec. VII). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91

1827 Baltimore, Maryland Ordinance (sec. 6; published in the Baltimore Gazette and
 Daily Advertiser, December 17, 1827). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93

1851 Richmond, Virginia Ordinance (sec. IX). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95

1859 Manchester, New Hampshire Ordinance (sec. 20). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97

1865 New Haven, Connecticut Ordinance (ch. IV). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99

1869 Saint Joseph, Missouri Ordinance (sec. 17). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101

1861 Illinois Statute (sec. 78). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103

1881 Chicago, Illinois Ordinance (art. XX). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105

1837 Georgia Statute (sec. I). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108

1879 Tennessee Statute (ch. XCVI, sec. 1). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111

1901 South Carolina Statute (No. 435, sec. 1). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114

1783 Massachusetts Statute (sec. I). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116

1784 New York Statute (ch. 28). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118

1801 Massachusetts Statute (sec. I). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 122

1782 Pennsylvania Statute (ch. DCCCCLVIII, sec. XLII). . . . . . . . . . . . . . . . . . . . . . . . . . . . 124

1783 Pennsylvania Statute (ch. MXX, sec. XLII). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128

42     SHARON, &c. *February 25, 26—March 1, An. 1783.*

### An ACT for discontinuing the Name of a Town in the County of *Suffolk*, incorporated by the Name of *Stoughtonham*, and calling the same *Sharon*.

**The name of the town of Stoughtonham altered to Sharon.**

BE it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same, That the said town of *Stoughtonham*, shall no longer bear that name, but henceforth shall be called and known by the name of *Sharon*; the aforesaid incorporating Act notwithstanding. And all officers in said town shall hold and exercise their respective offices in the same manner as they would have done had not the name of said town been altered.

[This Act passed *February 25, 1783*.]

---

### An ACT for annexing *Noah Wizzle*, with his Lands, within a certain Gore of Land, lying between the Towns of *Fitchburgh*, *Leominster* and *Westminster*, in the County of *Worcester*, unto the Town of *Fitchburgh*.

**Preamble.**

WHEREAS *Noah Wizzle* hath requested of this Court to be annexed unto *Fitchburgh*; and it appears to be of public utility that his request should be granted:

**Annexing Noah Wizzle's lands to the town of Fitchburgh.**

SECT. 1. *Be it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same,* That *Noah Wizzle*, with his lands, situate in a gore of land, lying between the towns of *Fitchburgh*, *Leominster* and *Westminster*, in the county of *Worcester*, be, and hereby is annexed unto the town of *Fitchburgh*: And that in future the said *Wizzle* shall be entitled to all the privileges and immunities with the inhabitants of the said *Fitchburgh*, and subjected to duties as an inhabitant of the said town.

**Proviso.**

SECT. 2. *Provided always,* That the said *Wizzle* shall be holden to pay any taxes already legally assessed on him by the town of *Westminster*; any thing in this Act to the contrary notwithstanding.

[This Act passed *February 26, 1783*.]

---

**Acts 1706, 1715, 1719, 1780, repealed June 19, 1801.**

### An ACT in Addition to the several Acts already made for the prudent Storage of Gun-Powder within the Town of *Boston*.

**Preamble.**

WHEREAS the depositing of loaded arms in the houses of the town of *Boston*, is dangerous to the lives of those who are disposed to exert themselves when a fire happens to break out in the said town:

SECT. 1. *Be it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same,*
That

That if any person shall take into any dwelling-house, stable, barn, out-house, ware-house, store, shop, or other building, within the town of *Boston*, any canon, swivel, mortar, howitzer, cohorn, or fire-arm, loaded with, or having gun-powder in the same, or shall receive into any dwelling-house, stable, barn, out-house, store, ware-house, shop, or other building, within the said town, any bomb, granade, or other iron shell, charged with, or having gun-powder in the same, such person shall forfeit and pay the sum of *ten pounds*, to be recovered at the suit of the Firewards of the said town, in an action of debt, before any Court proper to try the same; one moiety thereof to the use of the said Firewards, and the other moiety to the support of the poor of the town of *Boston*. <span style="float:right">Persons prohibited taking into their dwellings, &c. any piece of ordnance loaded with gun-powder.

Penalty.</span>

SECT. 2. *And be it further enacted by the authority aforesaid,* That all canon, swivels, mortars, howitzers, cohorns, fire-arms, bombs, grenades, and iron shells of any kind, that shall be found in any dwelling-house, out-house, stable, barn, store, ware-house, shop, or other building, charged with, or having in them any gun-powder, shall be liable to be seized by either of the Firewards of the said town: And upon complaint made by the said Firewards to the Court of Common Pleas, of such cannon, swivels, mortars, or howitzers, being so found, the Court shall proceed to try the merits of such complaint by a jury; and if the jury shall find such complaint supported, such cannon, swivel, mortar, or howitzer, shall be adjudged forfeit, and be sold at public auction; and one half of the proceeds thereof shall be disposed of to the Firewards, and the other half to the use of the poor of the town of *Boston*. And when any fire-arms, or any bomb, granade, or other shell, shall be found in any house, out-house, barn, stable, store, ware-house, shop, or other building, so charged, or having gun-powder in the same, the same shall be liable to be seized in manner aforesaid; and on complaint thereof, made and supported before a Justice of the Peace, shall be sold and disposed of as is above provided for cannon. <span style="float:right">Piece of ordnance charged with gun-powder found in any dwelling-house, &c. liable to be seized.

How disposed of in cases of forfeitures.</span>

SECT. 3. *Be it further enacted,* That appeals shall be allowed in prosecutions upon this Act, as is usual in other cases. <span style="float:right">Appeals allowed.</span>

[This Act passed *March* 1, 1783.]

---

An ACT for setting off *David Parker* from the District of *Carlisle*, and annexing him to the Town of *Chelmsford*.

WHEREAS by the Act for incorporating the district of *Carlisle*, in the county of *Middlesex*, *David Parker* was set to the said district, which is found to operate to his great injury and inconvenience: <span style="float:right">Preamble.</span>

SECT. 1. *Be it therefore enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same,*

# LAWS

OF THE

# STATE OF NEW-YORK,

PASSED AT THE

FIRST MEETING OF THE SEVENTH SESSION OF THE LEGISLATURE OF SAID STATE.

## CHAP. 1.

AN ACT to lay a duty of tonnage on vessels for defraying the expence of the lighthouse at Sandy Hook.

PASSED the 12th of February, 1784.

I. *Be it enacted by the People of the State of New York represented in Senate and Assembly and it is hereby enacted by the authority of the same,* That a duty of four pence per ton shall be levied and collected on all vessels which shall arrive from sea into the port of New York excepting vessels the property of citizens of this State while actually employed on whaling or coasting voyages, and all vessels the entire property of citizens of any of the United States, which shall not exceed the burthen of sixty tons carpenters tonnage. <sub>Duty levied.</sub>

That for the orderly collection of the said duty it shall be lawful for the master and wardens of the port of New York, who are or shall be appointed by the council of appointment, to appoint a clerk to execute the duties enjoined upon him by this act. <sub>Clerk to be appointed to collect same.</sub>

That every master or commander of a vessel claiming an exemption from the said duty shall if required make oath before the said clerk or in his absence before any of the said wardens who are hereby respectively empowered to administer the same. That according to the best of his knowledge and belief such vessel is a whaling or a coasting vessel entitled to exemption from the said duty, according to the true intent meaning of this act; and in case of refusal to take the said oath such master or commander shall be liable not only to the duty of tonnage the penalties in such cases to be imposed by this act. That every master of a vessel subject to the said duty who shall not within twenty-four <sub>Masters claiming exemption to make oath. Penalty for failure to report to clerk on arrival.</sub>

74

Digitized by Google

CHAP. 28.]  SEVENTH SESSION.  627

*And be it further enacted by the authority aforesaid* That whenever any person shall refuse to appear and make affidavit in pursuance of such summons, a warrant shall issue from such judge or magistrate to compel his appearance, and if on his appearance he shall refuse to make affidavit, or affirmation if a Quaker, of the fact which may be within his knowledge touching the matters in question, he shall be committed to the common gaol of the county, there to remain without bail or mainprise for the term of six callender months. <span style="float:right">Warrant to issue against witnesses refusing to appear.</span>

# CHAP. 27.

AN ACT to repeal an act entitled An act to revive and amend an act entitled an act more effectually to prevent robberies within this State.

PASSED the 10th of April, 1784.

*Be it enacted by the People of the State of New York, represented in Senate and Assembly, and it is hereby enacted by the authority of the same,* That the act entitled "An act to revive and amend an act entitled an act more effectually to prevent robberies within this State," passed the first day of July, one thousand seven hundred and eighty, shall be, and the same is hereby repealed. <span style="float:right">Act named repealed.</span>

# CHAP. 28.

AN ACT to prevent the danger arising from the pernicious practice of lodging gun powder in dwelling houses, stores, or other places within certain parts of the city of New York, or on board of vessels within the harbour thereof.

PASSED the 13th of April, 1784.

WHEREAS the storing of gun powder within the city of New York is dangerous to the safety thereof. <span style="float:right">Preamble.</span>

*Be it therefore enacted by the People of the State of New York, represented in Senate and Assembly, and it is hereby enacted by the authority of the same,* That from and after the passing of this act, it shall not be lawfull for any merchant, shopkeeper, or retailer, or any other person, or persons whatsoever, to have or keep any quantity of gun powder exceeding twenty-eight pounds weight, in any one place, less than one mile to the northward of the city hall of the said city, except in the public magazine at the Fresh-water, and the said quantity of twenty-eight pounds weight, which shall be lawfull for any person to have and keep at any place within this city, shall be seperated into four stone jugs or tin cannisters, which shall not contain more than seven pounds each, on pain of forfeiting all such gun powder, and the sum of fifty pounds for every hundred weight, and in that proportion for a greater or lesser quantity, and upon pain of forfeiting such quantity which any person may lawfully keep as aforesaid, and which shall not be seperated as above directed, with full costs of suit to any person, or persons, who will inform and sue for the same, by any action, bill, or information, in any of the courts of record, in this city, who are hereby impowered, and required, to give special judgment in such action bills or informations, to be brought <span style="float:right">Unlawful to keep gunpowder in quantities exceeding twenty-eight pounds except in public magazine, etc.<br><br>Penalty.</span>

Digitized by Google

by virtue of this act, as well for the recovery of the value of such gun powder in specie, as for the penalty aforesaid, besides costs, and to award, effectual execution thereon, provided always that all suits, actions, or prosecutions to be brought, commenced, or prosecuted, against any person or persons, for any thing done in pursuance of this act, shall be commenced and prosecuted without willful delay, within two callender months next after the fact was committed, and not otherwise.

*And whereas* vessels arriving from sea, and having onboard as part of their cargo a quantity of gun powder.

Gunpowder on vessels to be landed before vessel hauls alongside of wharf, etc.

*Be it enacted by the authority aforesaid*, That the commander, or owner or owners, of all such ships or vessels, having gun powder onboard, shall, within twenty-four hours after her arrival in the harbour, and before they hawl along side of any wharf, pier or key within the city, land the said gun powder, by means of their boat or boats, or any other craft, at any place along the ship yards on the East river, or at any place to the northward of the air furnace on the North river, which may be most contiguous to the magazine at Fresh water, and shall cause the same o be stored there, or in any other proper magazine, which now is or ereafter may be built for that purpose, at any place to the northward thereof, on pain of forfeiting all such gun powder, to any person or persons, who will inform and sue for the same, in like manner, as is herein before directed, with respect to the having and storing of gun powder within the city as aforesaid. And in order to prevent any fatal

How gunpowder to be transported through streets of city.

consequences which may arise, from the carriage of gun powder, in and through the streets of the city of New York, by carts, carriages, or by hand, or otherways, it shall be in tight cask, well headed and hooped, and shall be put into bags or leather-cases, and intirely covered therewith, so as that none be spilt or scattered in the passage thereof, on pain of forfeiting all such gun powder, as shall be conveyed through any of the streets aforesaid in any other manner than is herein directed, and it shall and may be lawfull for any person or persons, to seize the same to his or their own use and benefit—provided the person or persons so offending, be thereof lawfully convicted, before the mayor, recorder, or

Warrant to search in day time for gun powder unlawfully stored may be issued, etc.

any two justices of the city aforesaid. And that it shall and may be lawfull, for the mayor recorder, or any two justices of the peace of the city and county of New York, upon demand made by any inhabitant or inhabitants of the said city, who assigning a reasonable cause of suspicion on oath, of the sufficiency of which the said mayor or recorder, or justices, is and are to judge, to issue his or their warrant or warrants, under his or their hands and seals, for searching in the day time for gun powder in any building or place whatsoever, within the limits aforesaid, or any ship or vessel within forty eight hours after her arrival in the harbour, or at any time after any such ship or vessel shall and may have hawled alongside of any wharf pier or key within the limits aforesaid, and that upon any such search, it shall be lawfull for the searchers or persons finding the same, immidiatly to seize, and at any time within twelve hours after such seizure, to cause the same to be removed to the magazine at Fresh water, or to any other proper magazine, which now is or hereafter may be at any place north of Fresh water aforesaid, and the same being so removed, it shall be lawfull to detain and keep the same untill it shall be determined by the mayor, recorder or any two of the justices of the peace of the city and county aforesaid, whether the same shall be forfeited by virtue of this act, and the person or persons so detaining the same, shall not be subject or liable to any action or suit, for the detention thereof, provided always that nothing in the act con-

Digitized by Google

tained, shall be construed to authorize any person, having such warrant to take advantage of the same, for serving any civil process of any kind whatsoever.

*And be further enacted by the authority aforesaid*, That if any gun powder, exceeding the quantity which any person by this act may lawfully keep in his custody, shall be found during any fire, or alarm of fire, in the said city, by any of the firemen of the said city, it shall be lawfull for him to seize the same, without warrant from a majestrate, and to hold and have the same to his own use, any thing in this act to the contrary notwithstanding. This act to be and continue in force from the passing thereof, untill the twenty-eight day of February in the year of our Lord one thousand, seven hundred and eighty six. *[marginal: If found during any fire may be seized without warrant.]*

# CHAP. 29.

AN ACT to lengthen the terms of the inferior courts of common pleas and general sessions of the peace, in the counties of Westchester, Queens and Richmond; and for other purposes therein mentioned.

PASSED the 13th of April, 1784.

WHEREAS the duration of the terms of the inferior courts of common pleas and general sessions of the peace, in the counties of Westchester, Queens and Richmond; which, in the county of Westchester, continue from the fourth Tuesday in May until the Friday following, and from the first Tuesday in November until the Friday following, in every year; in Queens county, from the third Tuesday in May until the Friday following, and from third Tuesday in September until the Friday following, in every year; and in Richmond county, from the first Tuesday in May until the Friday following, and from the last Tuesday in September until the Friday following, in every year, are found from experience, to be too short for the discharge of the necessary business in the said respective courts. *[marginal: Preamble.]*

*Be it therefore enacted by the People of the State of New York represented in Senate and Assembly, and it is hereby enacted by the authority of the same*, That the terms of the inferior courts of common pleas and general sessions of the peace in the county of Westchester, shall hereafter commence on the fourth Monday in May and first Monday in November, in every year, and shall continue' until the several Saturdays next following, inclusive; that the terms of the inferior courts of common pleas and general sessions of the peace in Queens county, shall commence on the third Mondays in May and September, in every year, and shall continue until the several Saturdays next following, inclusive; and that the inferior courts of common pleas and general sessions of the peace in the county of Richmond, shall commence on the first Monday in May and last Monday in September, in every year, and shall continue until the several Saturdays next following, inclusive. That all process issued out of the said respective courts, and made returnable on the usual return days, and all recognizances by which any person or persons shall be bound to appear on the said usual return days, shall be deemed good and valid on such days, although such days of return and appearance, are by this act, respectively altered. *[marginal: Terms of the courts, when to commence and when to close. Process issued returnable on usual return days valid.]*

Digitized by Google

on the property of the said road shall be vested in this Commonwealth, and be at their disposal: *Provided*, That if the said Corporation shall neglect to complete the said turnpike road for the space of four years from the passing this Act, the same shall become void and of no effect.

[This Act passed *June* 19, 1801.]

---

An ACT to provide for the Storing and safe Keeping of Gun-Powder in the Town of *Boston*, and to prevent Damage from the same.

<small>Additional Act, March 7, 1804.</small>

SECT. 1. *BE it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same*, That all gun-powder imported and landed at the port of *Boston*, shall be brought to and lodged in the powder-house or magazine in said town, and not elsewhere, on pain of confiscation of all powder put or kept in any other house or place, one moiety thereof to and for the use and supply of the public store of the State, and the other moiety to the informer: *Provided nevertheless*, That it shall and may be lawful for any person to keep in his house or shop for sale by retail the quantity of twenty-five pounds of gun-powder at one time, which quantity shall be kept in brass, copper or tin tunnels, and no otherwise, under the penalty of forfeiting all such gun-powder; one moiety to the use of the Firewards of the town of *Boston*, and the other moiety to the use of him or them who shall inform of the same.

<small>Gun-powder to be put into the magazine.

Proviso in favour of retailers.</small>

SECT. 2. *And be it further enacted by the authority aforesaid*, That for all powder belonging to merchants or other private persons, put into the said magazine, there shall be paid to the use of the Commonwealth *twenty cents* per barrel containing one hundred pounds weight, at the receipt thereof, and *ten cents* per barrel of like weight per month, after the first month, during all the time which it shall be stored or kept therein, and *twenty-five cents* upon each delivery of any quantity thereof, out of which (if there be sufficient to answer it) the charge of looking after the said house, and the powder lodged there shall be defrayed: And the Governor, with the advice and consent of the Council, is hereby authorized to appoint a keeper of the said magazine, and to give necessary instructions and orders from time to time as they shall think fit for regulating the keeping, turning and managing of all powder put into the said magazine for the preserving thereof: And the said keeper shall give bond to the Treasurer of the Commonwealth, for the use thereof, in such sum and with such surety as to the Governor and

<small>Fees of the keeper of the powder-house.</small>

VOL. II.   3....L.

<mark>

and Council shall appear proper, for the faithful discharge of the duties of his office: And the keeper of said house shall duly attend at proper hours, to be assigned by the Governor and Council, for the receiving and delivering out of merchants' powder: And if at any time the payment for merchants' powder (an account whereof shall be rendered on oath) will not defray the expense of looking after the said house, so much as is wanting shall be paid out of the public treasury.

**Powder not to be kept on board vessels aground or at wharves.**
SECT. 3. *And be it further enacted*, That no gun-powder shall be kept on board any ship or other vessel lying to or grounded at any wharf within the port of *Boston*; and if any gun-powder shall be found on board such ship or vessel, lying at any wharf or aground, such powder shall be liable to confiscation, and under the same penalty as if it were found lying in any house or warehouse.

**Fine for illegally keeping powder in any house, &c.**
SECT. 4. *And be it further enacted*, That any person within the town of *Boston* that shall presume to keep in his house, warehouse or other building, any powder above what is by law allowed, shall forfeit and pay for every half barrel the sum of *twenty dollars*, and so in proportion for any greater quantity, over and above the forfeiture and confiscation of the said powder; one moiety thereof to the use of the town, the other moiety to him or them who shall inform of the same.

**The Firewards to prosecute.**
SECT. 5. *And be it further enacted by the authority aforesaid*, That it shall be the duty of the Firewards of the town of *Boston*, to prosecute for all breaches of this Act, in any Court proper to try the same; and that a law made in the year one thousand seven hundred and six, for erecting a powder-house in the town of *Boston*, and one Act made in the year one thousand seven hundred and fifteen, one Act in the year one thousand seven hundred and nineteen, and one Act made in the year one thousand seven hundred and eighty, in addition to the same, be, and hereby are repealed.

[This Act passed *June* 19, 1801.]

---

An ACT to change the Names of *Joseph Sprague Stearns, John Parker*, and *Jedediah Baker* the third.

BE it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same, That from and after the passing of this Act, *Joseph Sprague Stearns*, of *Salem*, in the county of *Essex*, son of *William Stearns*, shall be allowed to take the name of *Joseph Sprague*; that *John Parker*, of *Boston*, in the county of *Suffolk*, son of *Isaac Parker*, shall be allowed to take the name of *John Williams Parker*; that *Jedediah Baker* the third, of *Yarmouth*, in the county of *Barnstable*, shall be allowed to take the name of *Washington Baker*

# LAWS



OF THE

## COMMONWEALTH

OF

# PENNSYLVANIA,

*FROM THE FOURTEENTH DAY OF OCTOBER, ONE THOUSAND SEVEN HUNDRED, TO THE SIXTH DAY OF APRIL, ONE THOUSAND EIGHT HUNDRED AND TWO.*

REPUBLISHED,

UNDER THE AUTHORITY OF THE LEGISLATURE,

BY

M. CAREY AND J. BIOREN.

VOL. II.



*PHILADELPHIA:*

PRINTED BY J. BIOREN NO. 88, CHESNUT-STREET, FOR MATHEW CAREY AND SELF.

1803.

Digitized by Google

[ 333 ]

## CHAPTER DCCCCLVII.

1782.

An ACT *for the relief of John Amiel, an insolvent debtor, confined in the old gaol of the city and county of Philadelphia.*

Passed 13th April, 1782.—Private Act.—Recorded in Law Book No. I. page 492.

---

## CHAPTER DCCCCLVIII.

An ACT *for erecting the town of Carlisle, in the county of Cumberland, into a borough; for regulating the buildings, preventing nuisances and encroachments on the commons, squares, streets, lanes and alleys of the same, and for other purposes therein mentioned.*

SECT. I. WHEREAS the inhabitants of the town of Carlisle have represented, by their petition to the Assembly, that the said town has greatly improved, and is yearly encreasing in buildings and number of inhabitants; that a good court-house and gaol, and three churches or houses for public worship are erected, and that the courts of justice for the county are held there; that encroachments and nuisances have been committed in the public squares, streets, lanes, alleys and commons of said town; that contentions happen relative to partition walls and fences, and a variety of other matters, to the great annoyance and inconvenience of the inhabitants.

SECT. II. And whereas it is necessary, as well for the benefit of the inhabitants of the said town, as those who trade and resort there, and for the advantages of the public in general, that the encroachments, nuisances, contentions, annoyances and inconveniences, in the said town, and commons thereto, belonging, should for the future be prevented:

SECT. III. Be it enacted, and it is hereby enacted by the Representatives of the Freemen of the commonwealth of Pennsylvania, in General Assembly met, and by the authority of the same, That the said town of Carlisle and commons shall be, and the same is hereby, erected into a borough, which shall be called "The Borough of Carlisle," for ever; the extent of which borough is and shall be comprised within the following boundaries, viz. beginning at a walnut corner tree of land, now of Thomas Wilson's heirs, being a post at the corner of the widow M'Donald's out-lots; thence by the said land of Thomas Wilson's heirs, adjoining the out-lots, south twenty-four degrees and one quarter east, two hundred and thirty-three perches, to a post on Letort's Spring; thence down the said spring, the different courses thereof, fifty-nine perches, to a white oak, at the corner of Jonathan Holme's land; thence by the same and adjoining out-lots, south twenty-six degrees east, one hundred and twenty perches, to a post: thence by the same, south

*Incorporating clause.*

*Boundaries.*

fixty-one

Digitized by Google

[ 249 ]

said nuisance, or cause the same to be removed; and on failure thereof by the space of three days next after notice to him, her or them, for that purpose given, by order of the Burgesses of the said borough, or by the said regulators, or any two of them, then, and in that case, the regulators aforesaid, or any of them, shall and may remove the same, or cause the same to be removed; and the costs and expences attending such removal shall be paid by the party or parties so offending.

1782.

SECT. XL. *And be it further enacted by the authority aforesaid*, That the owner or owners of every house within the said borough, having, at the publication hereof, any porch, cellar-door or step, extending into any street beyond the limits aforesaid, or having fixed or fastened to such house any bulk, jut-window, or other incumbrance whatsoever, shall, yearly and every year, pay to the supervisors of the said streets, lanes, alleys and highways, to be applied towards repairing and amending the same, such sum or sums of money as the said Burgesses and Assistants shall assess, until such porch, cellar-door or step, to him, her or them, respectively belonging, shall be reduced to the limits aforesaid, or such bulk, jut-window, or other incumbrance, shall be removed and taken away; and every owner or owners of any house or houses, whereunto any spouts or gutters shall, at the time of the publication hereof, be so fixed or placed, that the waters thereby discharged may incommode persons passing in the streets, lanes or alleys, shall, and they are hereby enjoined and required, forthwith to remove, or effectually to alter or amend the same.

Owners of porches, &c. exceeding the above limitation, to be assessed, till reduced or taken away.

SECT. XLI. *And be it enacted by the authority aforesaid*, That if any person or persons, after the publication of this act, shall wilfully or maliciously remove, misplace, or injure any pipes or trunks already fixed or placed, or that may or shall be hereafter fixed or placed, by direction of the Burgesses and Assistants of the said borough, for conveying water to, from or through any part of the said borough; or if any person or persons shall wilfully and maliciously, without the consent and direction of the Burgesses and Assistants aforesaid, by any ways or means whatsoever, obstruct or prevent the course of such waters in or through any such trunks, pipes or conduits, as are or shall, or may be placed as aforesaid, or shall spoil or injure any cistern which shall or may be placed for the reception of such water, every person so offending, and being thereof legally convicted before the Burgesses of the said borough, or either of them, or before any Justice of the Peace for the county aforesaid, shall forfeit and pay the sum of five pounds for every such offence, and shall pay the costs of repairing and putting such trunks, pipes, conduits or cisterns in good order and repair.

Penalty on persons removing or damaging the pipes or trunks for conveying water, &c.

SECT. XLII. And whereas it hath been usual for the merchants and traders within the said borough to keep large quantities

Digitized by Google

1782.

*No persons to keep more than 25lb. of gun-powder in their houses, &c.*

tities of gun-powder in their dwelling houses and shops, to the manifest danger of the inhabitants: *Be it therefore enacted by the authority aforesaid,* That no person or persons whatsoever, within the limits of said borough, shall, from and after the publication of this act, keep in any house, shop, cellar, store or other place, within the said borough, any more or greater quantity than twenty-five pounds weight of gun-powder, which shall be kept in the highest story of the house, at any one time, unless it be at least fifty yards from any dwelling house, under the penalty of ten pounds.

SECT. XLIII. And whereas several persons, without right or legal authority, have built on and fenced in many parts of the said commons, which by this act are included in and made part of the said borough, which commons ought to be not only beneficial and convenient for the inhabitants for an out-lot for their cattle in the mean time, but in time to come may be appropriated for the further extension and increase of the buildings in the said borough: *Be it therefore enacted by the authority aforesaid,* That all such buildings, fences, or other erections whatsoever, already made or erected, or which shall or may hereafter be so made or erected, by any person or persons whatsoever, on any part of the said commons, shall be deemed, held and taken for nuisances, and as such may be abated, prostrated, thrown down and removed; and that it shall and may be lawful for the Burgesses, Assistants, regulators and supervisors aforesaid, for the time being, or the majority of them, with the consent and approbation of the Chief Burgess, to abate, prostrate, throw down and remove all such buildings, fences and erections, as are now erected and built, or that hereafter may be erected and built on the same commons. And in case the said Burgesses, Assistants, regulators and supervisors, or the majority of them as aforesaid, with the consent and approbation of the Chief Burgess, shall be opposed in abating, prostrating, throwing down and removing the said buildings, fences or other erections, that then it shall and may be lawful for the said Burgesses, Assistants, regulators and supervisors, or the majority of them, as aforesaid, to call to their assistance all or any of the inhabitants of the said borough, who are hereby enjoined and required to be aiding and assisting to the Burgesses, Assistants, regulators and supervisors, or the majority of them, as aforesaid, in abating, prostrating, throwing down and removing all such buildings, fences and erections, by this act declared nuisances, as aforesaid.

*Buildings, &c. erected on the commons, declared nuisances.*

SECT. XLIV. *And be it further enacted by the authority aforesaid,* That if any person or persons shall, at any time after the publication of this act, presume to erect or build any buildings, fences, or other erection whatsoever, on the said commons, that then the said buildings, fences or other erections, shall be abated, prostrated, thrown down and removed as aforesaid;

*Penalty on persons erecting buildings, &c. on the commons.*

Digitized by Google

# LAWS



OF THE

## COMMONWEALTH

OF

# PENNSYLVANIA,

*FROM THE FOURTEENTH DAY OF OCTOBER, ONE THOUSAND SEVEN HUNDRED, TO THE SIXTH DAY OF APRIL, ONE THOUSAND EIGHT HUNDRED AND TWO.*

---

REPUBLISHED,

UNDER THE AUTHORITY OF THE LEGISLATURE,

BY

M. CAREY AND J. BIOREN.

VOL. II.



*PHILADELPHIA:*

PRINTED BY J. BIOREN NO. 88, CHESNUT-STREET, FOR MATHEW CAREY AND SELF.

1803.

Digitized by Google

[ 418 ]

1783. truftees, nor in any other manner, than by an act of the legiflature of this ftate.

Manner of qualifying the truftees.
SECT. VII. *And be it further enacted by the authority aforefaid,* That the faid truftees, herein before appointed, and their fucceffors, and the principal and profeffors, and every of them, hereafter to be appointed, in fuch manner and form as herein is directed and required, before he or they enter upon the duties of their truft or office, fhall, before two Juftices of the peace of the city of Philadelphia, or of fome county of this ftate, take and fubfcribe the oath or affirmation prefcribed by the fortieth fection of the conftitution of this commonwealth, to be taken by the officers of this ftate, and alfo the oath or affirmation of allegiance directed to be taken by the fame officers, in and by the feventh and eighth fections of an act of Affembly, made and paffed the fifth day of December, in the year of our Lord one thoufand feven hundred and feventy-eight, entituled " A further Supplement to the act, entituled " An Act for the further fecurity of the government," and fhall alfo take an oath or affirmation for the faithful difcharge of their truft of office aforefaid.

Paffed 9th September, 1783.

---

## CHAPTER MXIX.

*An* ACT *for the repeal of an act, entituled " An Act to prevent and stay suits from being brought against the inhabitants of Wyoming, during the time therein mentioned," and for other purposes therein mentioned.* (1)

Paffed 9th September, 1783.—Repealed.—Recorded in Law Book No. II. page 117.

---

## CHAPTER MXX.

*An* ACT *for erecting the town of Reading, in the county of Berks, into a borough ; for regulating the buildings, preventing nuisances and encroachments on the squares, streets, lanes and alleys of the same, and for other purposes therein mentioned.*

SECT. I.

---

(1) By this act, the former act of the 13th of March, 1783, was repealed (fee *ant.* chap. 1002) and the divifion of the townfhips of Shawanefe, Stoke and Wyoming, into diftricts was confirmed, and authority given to the Executive to commiffion Juftices in thofe diftricts. This confirmation, however, and the commiffions iffued in purfuance of the authority given to Council, were revoked and annulled, by an act of the 24th of December, 1785.

Digitized by Google

[ 434 ]

1783. days next after notice to him, her or them, for that purpose given, by order of the Burgesses of the said borough, by the said regulators, or any two of them, then, and in that case, the regulators aforesaid, or any of them, shall and may remove the same, or cause the same to be removed; and the costs and expences attending such removal shall be paid by the party or parties so offending.

Owners of porches, &c. exceeding the above limitation, to be assessed, till reduced or taken away.

SECT. XL. *And be it further enacted by the authority aforesaid*, That the owner or owners of every house within the said borough, having, at the publication hereof, any porch, cellar-door or step, extending into any street beyond the limits aforesaid, or having fixed or fastened to such house any bulk, jut-window, or other incumbrance whatsoever, shall, yearly and every year, pay to the supervisors of the said streets, lanes, alleys and highways, to be applied towards repairing and amending the same, such sum or sums of money as the said Burgesses and Assistants shall assess, until such porch, cellar-door or step, to him, her or them, respectively, belonging, shall be reduced to the limits aforesaid, or such bulk, jut-window, or other incumbrance, shall be removed and taken away; and every owner or owners of any house or houses, whereunto any spouts or gutters shall, at the time of the publication hereof, be so fixed or placed, that the waters thereby discharged may incommode persons passing in the streets, lanes or alleys, shall, and they are hereby enjoined and required, forthwith to remove, or effectually to alter and amend the same.

Penalty on persons removing or damaging the pipes or trunks for conveying water.

SECT. XLI. *And be it enacted by the authority aforesaid*, That if any person or persons, after the publication of this act, shall wilfully or maliciously remove, misplace, or injure any pipes or trunks already fixed or placed, or that may or shall be hereafter fixed or placed, by the direction of the Burgesses and Assistants of the said borough, or conveying water to, from, or through any part of the said borough, or if any person or persons shall wilfully or maliciously, without the consent and direction of the Burgesses and Assistants aforesaid, by any ways or means whatsoever, obstruct or prevent the course of such waters in or through any such trunks, pipes or conduits, as are, or shall, or may be placed as aforesaid, or shall spoil or injure any cistern, which shall or may be placed for the reception of such water, every person so offending, and being thereof legally convicted before the Burgesses of the said borough, or either of them, or before any Justice of the peace for the county aforesaid, shall forfeit and pay the sum of five pounds for every such offence, and shall pay the costs of repairing and putting such trunks, pipes, conduits or cisterns, in good order and repair.

SECT. XLII. And whereas it hath been usual for the merchants and traders, within the said borough, to keep large quantities of gunpowder in their dwelling-houses and shops,

to

Digitized by Google

[ 435 ]

to the great and manifest danger of the inhabitants: *Be it*    1783.
*therefore enacted by the authority aforesaid*, That no person
or persons whatsoever, within the limits of said borough, shall,  No persons
from and after the publication of this act, keep in any house, to keep
shop, cellar, store, or other place, within the said borough, 25lb. of gun-
any more or greater quantity than twenty-five pounds weight powder in
of gunpowder, which shall be kept in the highest story of the their houses.
house, at any one time, unless it be at least fifty yards from
any dwelling-house, under the penalty of ten pounds.

    SECT. XLIII. *And be it further enacted by the authority* Manner of
*aforesaid,* That all the penalties, fines and forfeitures, herein recovering
before imposed by this act, the manner of levying and reco- and apply-
vering of which is not before directed, not exceeding the sum ing fines.
of five pounds, shall be recovered before one of the Burgesses
of the said borough, or before one of the Justices of the peace
of and for the said county of Berks, and shall be levied by
warrant, under the hand and seal of such Burgess or Justice,
directed to any constable of said borough or county, who is
hereby empowered and required to execute the same, by dis-
tress and sale of the goods and chattels of the offender; and
where goods and chattels sufficient cannot be found, then the
party or parties so offending shall be committed to the com-
mon gaol of the said county, there to remain until payment
made, or until discharged by due course of law; and if such
penalties, fines and forfeitures, shall exceed the sum of five
pounds, then to be recovered by action of debt, bill, plaint or
information, in any county court within this state, wherein no
essoin, protection, or wager of law, nor more than one im-
parlance, shall be allowed; and all fines and forfeitures arising
by this act, not herein before appropriated, shall be paid to
the supervisors of the streets, alleys and highways, to be em-
ployed in mending and repairing the same.

    SECT. XLIV. *And be it enacted by the authority aforesaid,* The act re-
That nothing in a certain act of Assembly, passed in the year lating to
of our Lord one thousand seven hundred and seventy-two, public roads
entituled " An Act for opening, and better amending and and high-
" keeping in repair, the public roads and highways within this ways not to
" province," shall be deemed, construed or taken, to extend the borough
to the public roads, streets, lanes or alleys, within the said bo- of Reading.
rough, or to the assessing the inhabitants thereof for the purpo-
ses therein mentioned, or to any other matter or thing to be
done or performed therein, but the said act, so far as it re-
spects or relates to said borough, and no further, is hereby de-
clared to be repealed.

    SECT. XLV. *And be it also enacted by the authority afore-
said*, That if any person or persons be sued or prosecuted for
any thing done in pursuance of this act, he, she or they may
plead the general issue, and give this act, and the special mat-
ter, in evidence, for their justification; and if the plaintiff
                                          prosecutor

Digitized by Google