IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 10-CV-4184 |
| | ) | Judge Edmond E. Chang |
| CITY OF CHICAGO, ET AL., | ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN EXCESS OF 80 NUMBERED PARAGRAPHS**

Defendants City of Chicago and Mayor Rahm Emanuel (collectively, "Defendants"), by their counsel, Stephen R. Patton, Corporation Counsel for the City of Chicago, hereby move this Court for leave to file a Local Rule 56.1 Statement of Material Facts in support of their Motion for Summary Judgment in excess of 80 separately numbered paragraphs. In support of their motion, Defendants state as follows:

1. This case presents a challenge to various provisions of the City's Responsible Gun Ownership Ordinance (the "Ordinance") enacted on July 2, 2010. Among other things, Plaintiffs challenge the constitutionality of the Ordinance's: (a) restriction on the possession of firearms outside of the "home," to the extent the Ordinance's definition of "home" excludes such areas as garages, yards, and porches; (b) regulation of sales or transfers of firearms within the City; and (c) safe storage regulation.

2. Pursuant to this court's order dated February 13, 2012, Defendants are filing a motion for summary judgment on all of Plaintiffs' claims on March 2, 2012.

3. Local Rule 56.1(a) provides that a moving party, in support of a motion for

summary judgment, "shall not file more than 80 separately-numbered statements of undisputed material fact" without prior leave of the Court. Local Rule 56.1(a).

4. This case involves important constitutional questions of first impression under the Second Amendment, among them the standard of review the Court will apply to determine the constitutionality of the challenged provisions of the Ordinance. In making its showing under the standard(s) that may apply, Defendants respectfully submit that various matters of fact have relevance and that sufficient presentation of these facts requires more than 80 paragraphs. Defendants' submission entails the factual testimony of a number of witnesses, expert testimony, and numerous studies in support of their motion for summary judgment.

5. Defendants have made every effort to limit the number of extra paragraphs necessary but require leave to file a total of 139 numbered paragraphs. Defendants attach hereto their proposed Local Rule 56.1 Statement of Material Facts as Exhibit 1.

6. Defendants' counsel conferred with Plaintiffs' counsel regarding Defendants' request for additional numbered paragraphs, and Plaintiffs stated that they have no objection to Defendants' request.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request that this Court grant them leave to file a Local Rule 56.1 Statement of Material Facts in the form attached hereto as Exhibit 1, and grant Defendants such further relief as the Court deems just and appropriate.

Date: March 2, 2012   Respectfully submitted,

STEPHEN R. PATTON,
Corporation Counsel for the City of Chicago

By: /s/Andrew W. Worseck
Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975 / 7129 / 4216

Attorneys for Defendants