**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 10-CV-4184 |
| | ) | Judge Edmond E. Chang |
| CITY OF CHICAGO, ET AL., | ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**    Charles J. Cooper            Stephen Kolodziej
        David H. Thompson          Brenner Ford Monroe & Scott Ltd.
        Peter A. Patterson            33 N. Dearborn Street, Suite 300
        Cooper & Kirk, PLLC         Chicago, IL 60602
        1523 New Hampshire Ave., NW
        Washington, DC 20036

        **PLEASE TAKE NOTICE** that on March 12, 2012, at the hour of 8:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Unopposed Motion for Leave to File a Local Rule 56.1 Statement of Material Facts in Excess of 80 Numbered Paragraphs**, a copy of which is attached and is hereby served upon you.

Dated: March 2, 2012            Respectfully submitted,

                                    STEPHEN R. PATTON,
                                    Corporation Counsel for the City of Chicago

                                    By:     /s/Andrew W. Worseck
                                             Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I, Andrew W. Worseck, an attorney, hereby certify that on this, the 2nd day of March, 2012, I caused a copy of **Defendants' Unopposed Motion for Leave to File a Local Rule 56.1 Statement of Material Facts in Excess of 80 Numbered Paragraphs** and **Notice of Motion** to be served by electronic filing on:

| | |
|---|---|
| Stephen Kolodziej | Charles J. Cooper |
| Brenner Ford Monroe & Scott Ltd. | David H. Thompson |
| 33 N. Dearborn Street, Suite 300 | Peter A. Patterson |
| Chicago, IL 60602 | Cooper & Kirk, PLLC |
| | 1523 New Hampshire Ave., NW |
| | Washington, DC 20036 |

/s/Andrew W. Worseck
Andrew W. Worseck