## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Kenneth Pacholski, et al.

      Plaintiff,

v.              Case No.: 1:10–cv–04184
               Honorable Edmond E. Chang

The City of Chicago, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 7, 2012:

   MINUTE entry before Honorable Edmond E. Chang: The Clerk's Office informed the Court that Defendant filed only a paper version of its summary judgment filings, including the exhibits, and did not file electronically. Although the Court understands the potential time and expense of electronically scanning the box–full of exhibits, Defendant (like every other litigant) must electronically file all of its filings (even sealed or partially–sealed documents are filed electronically). And feeding the pages into a scanner can be accomplished without extraordinary effort. The electronic filing shall be completed on or before 03/14/12. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.