# Exhibit 1

KATHRYN TYLER                                    December 16, 2010

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

BRETT BENSON, RAYMOND SLEDGE,      )
KENNETH PACHOLSKI, KATHRYN TYLER,  )
MICHAEL HALL, SR., RICK PERE,      )
and the ILLINOIS ASSOCIATION OF    )   Civil Action
FIREARMS RETAILERS,                )   No. 10-04184
            Plaintiffs,        )
   -vs-                            )   Judge Guzman
THE CITY OF CHICAGO and RICHARD    )   Mag Judge
M. DALEY, Mayor of the City of     )    Soat Brown
Chicago,                           )
            Defendants.        )

      The deposition of KATHRYN JEAN TYLER, DVM,
called for examination, taken pursuant to the Federal
Rules of Civil Procedure of the United States District
Courts pertaining to the taking of depositions, taken
before V. LINDA BOESCH, a Notary Public within and
for the County of DuPage, State of Illinois, and a
Certified Shorthand Reporter, CSR No. 84-3108, of
said state, at Suite 1230, 30 North LaSalle Street,
Chicago, Illinois, on December 16, 2010, at 10:35 a.m.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                                December 16, 2010

2

1   PRESENT:

2           COOPER & KIRK, PLLC,

3           (1523 New Hampshire Avenue, NW,

4           Washington, D.C. 20036,

5           202-220-9600), by:

6           MR. JESSE PANUCCIO,

7           jpanuccio@cooperkirk.com,

8                admitted pro hac vice and appeared on

9                behalf of the Plaintiffs;

10

11          OFFICE OF CORPORATION COUNSEL,

12          CITY OF CHICAGO,

13          (30 North LaSalle Street, Suite 1230,

14          Chicago, Illinois 60602-2580,

15          312-744-4216), by:

16          MR. ANDREW WORSECK,

17          aworseck@cityofchicago.org,

18                appeared on behalf of the Defendants.

19

20

21

22

23   REPORTED BY:  V. LINDA BOESCH, CSR No. 84-3108.

24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER

1     Q.    What is your residential address?

2     A.    2620 West Jerome Street.

3     Q.    And that's in Chicago?

4     A.    Yes.

5     Q.    Is that your only residence?

6     A.    Yes.

7     Q.    How long have you lived there?

8     A.    Since 1998.

9     Q.    And prior to that, did you live elsewhere

10 in Chicago?

11    A.    Yes.

12    Q.    How long have you lived in Chicago?

13    A.    26 years.

14    Q.    And you're a veterinarian?

15    A.    Yes.

16    Q.    Where do you have your business?

17    A.    It's Uptown Animal Hospital, 5545 North

18 Clark Street in Chicago.

19    Q.    How long have you been at that address?

20    A.    26 years.  Well, I guess I've been in

21 that business for 26 years.  It hasn't always been at

22 that address, if that makes a difference.

23    Q.    Have the prior addresses been in Chicago?

24    A.    5420 North Clark, right.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

6

1          Q.     In the general neighborhood there in

2    Andersonville?

3          A.     Uh-huh.

4          Q.     Do you have any other businesses?

5          A.     No.

6          Q.     Do you have any other forms of

7    employment?

8          A.     No.

9          Q.     Can you just describe what you do at that

10   business?  I mean, I assume you treat animals, but

11   are you the owner?  Are you the boss?

12         A.     I'm one of the owners.  There's three of

13   us.  And, yeah, we do -- we treat dogs and cats,

14   mainly, and general surgery treatment.

15         Q.     Are the other two owners also

16   veterinarians?

17         A.     Yes.

18         Q.     And they work at that location?

19         A.     Right.

20         Q.     What are their names?

21         A.     John MacLellan, M-a-c-L-E-L-L-A-N, and

22   James Dickes, D-I-C-K-E-S.

23         Q.     Other than being a veterinarian for the

24   past 26 years, have you had any other forms of



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

7

1   employment during that period?

2       A.    No.

3       Q.    Can you describe your educational

4   background?

5       A.    Went to U of I -- well, let's see.

6   Graduated from high school in '74.  Two years, Joliet

7   Junior College.  A year of undergrad at U of I in

8   Champaign.  And then vet school, four years of vet

9   school.  Graduated in '81.

10      Q.    Was that in Illinois, the vet school?

11      A.    Yeah, Champaign-Urbana.

12      Q.    Okay.  And you graduated from that in

13  '81?

14      A.    Almost 30 years.

15      Q.    You have a husband, correct?

16      A.    Yes.

17      Q.    Kenneth Pacholski?

18      A.    Pacholski.

19      Q.    He was in our offices yesterday.

20      A.    Right.

21      Q.    As I'm sure you're aware.

22            Do you have any children?

23      A.    No.

24      Q.    Did you discuss with your husband what



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                  December 16, 2010

14

1       Q.    Is that the only place you looked?

2       A.    Yeah.  I mean --

3       Q.    Did you check any computers or e-mail

4  accounts or the hard drives of any computers that

5  might have a document saved on them?

6       A.    No.

7       Q.    You didn't do that kind of a check?

8       A.    Well, I wouldn't put anything there so

9  that's why I wouldn't think to look there.

10      Q.    Have you ever used e-mail to correspond

11 with people about issues that might have been

12 responsive to the City's request for information?

13      A.    No.

14      MR. PANUCCIO:  Let me clarify, you're asking

15 outside of e-mail communications with her attorneys?

16      MR. WORSECK:  I suppose that's a fair

17 qualification.

18 BY MR. WORSECK:

19      Q.    But in the course of responding to the

20 request, you did not actually pull up your e-mail

21 account and look through your e-mails to see if

22 anything was in there, correct?

23      A.    No.

24      Q.    Did anyone assist you in the course of



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

15

1    looking for documents or otherwise formulating

2    answers to the City's questions, aside from your

3    attorney, perhaps?

4         A.    I guess it would be fair to say my

5    husband, because we live together, so....

6         Q.    And what kind of assistance did he

7    provide?

8         A.    Very little.  His recordkeeping is pretty

9    marginal, so....

10        Q.    I mean, did he help you look through the

11   file cabinets?  Did he just sort of talk to you and

12   say, well, maybe something is here, something is

13   there?

14        A.    Exactly.

15        Q.    What is it that he did exactly?

16        A.    Well, you know, I know where the files

17   are so I do most of the looking, but, yeah, he was

18   just there.

19        Q.    Did you give him any instructions about

20   places he should look or search for his documents?

21        A.    Well, I mean, I said look through your

22   desk.  He's got a desk downstairs.  Just see if you

23   have anything.  And he did.

24        Q.    And after you found the documents, I take



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                December 16, 2010

41

1    time for the range session at the class?

2         A.    No.

3         Q.    It was in a subsequent conversation with

4    Mr. Ostrander?

5         A.    Yes.

6         Q.    How many firearms do you currently own or

7    possess?

8         A.    One.

9         Q.    And what is its make and model?

10        A.    It's a Makarov 9mm handgun.

11        Q.    Have you owned any other firearms

12   previously?

13        A.    No.

14        Q.    And when did you first come into

15   possession or ownership of the handgun?

16   MR. PANUCCIO:  I'm going to object and obstruct

17   the witness not to answer pursuant to the Fifth

18   Amendment.

19   BY MR. WORSECK:

20        Q.    Did you purchase the handgun or was it a

21   gift or did you acquire it through some other

22   fashion?

23   MR. PANUCCIO:  Same instruction.

24   BY MR. WORSECK:



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

42

1       Q.      Where do you currently keep that weapon?

2       A.      It's in an individual locked safe that's

3    attached to our bed in our bedroom.

4       Q.      In your house, I take it?

5       A.      Yes.

6       Q.      How long have you been keeping it in that

7    safe?

8       MR. PANUCCIO:  I'm going to object and instruct

9    the witness not to answer for any time frame prior to

10   obtaining a CFP and registration certificate under

11   the new Ordinance.

12           So if you want to limit the question to

13   that?

14      MR. WORSECK:  And your basis is Fifth

15   Amendment?

16      MR. PANUCCIO:  I'm sorry.  Yes.  I'm

17   instructing the witness not to answer pursuant to the

18   Fifth Amendment privilege.

19   BY MR. WORSECK:

20      Q.      How long have you been keeping it since

21   you've obtained your CFP and firearm registration?

22      A.      Well, we got the registration in

23   September, so it's been there since September.

24      Q.      And I didn't ask you about that but,



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

```
 1    questions about this.
 2              And, Dr. Tyler, do you have an
 3    understanding as to what this Count I is about --
 4         A.    Yes.
 5         Q.    -- what it is that it's complaining
 6    about?
 7         A.    Yes.
 8         Q.    And what is your understanding?
 9         A.    Just the restrictive definition of home,
10    meaning my home is my property, my garage.  It's
11    other than just the four walls that we live in,
12    so....
13         Q.    How does the City's definition of home
14    infringe your Second Amendment rights?
15         MR. PANUCCIO:  I'll object.  Calls for a legal
16    conclusion.
17              When I object like that, unless I
18    instruct you not to answer, just wait for my
19    objection and then you can give your answer.
20         THE WITNESS:  Okay.
21    BY THE WITNESS:
22         A.    Well, I mean, my home is my property.  We
23    have a house, we have a fenced-in backyard that we
24    spend a lot of time in, we have a detached garage.
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

54

1       A.      That's mine (indicating).

2       Q.      Okay.  And can you take one of these

3  Sharpie's and just put your initials in the middle of

4  the house.

5       A.      My hands are shaking.  That's --

6  (indicating).

7       MR. PANUCCIO:  This is easy.

8  BY MR. WORSECK:

9       Q.      As best you can, I realize there's some

10 trees on here that might obscure property lines, can

11 you trace your property line?  Just draw a box around

12 it or whatever shape it is?

13      A.      (Indicating.)

14              That would be us.

15      Q.      Okay.  And you mentioned you had a

16 garage?

17      A.      Yeah.  It just must be hidden in the

18 trees.

19      Q.      Is that a detached garage?

20      A.      Yes.

21      Q.      And it's a two-car garage?

22      A.      Yes.  Well, two-and-a-half-car garage.

23      Q.      As best you can, and I realize that

24 you're doing the best you can, can you trace the



# ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

55

1     outlines of your garage on Exhibit 6?

2          A.     (Indicating.)

3          Q.     Could you just write a "G" inside the

4     garage?

5          A.     (Indicating.)

6          Q.     And you mentioned that you had a fence on

7     your property.  Does that surround the whole

8     property?

9          A.     Not the front.  It would start sort of at

10    the back here, and that's fenced in all the way

11    around.

12         MR. WORSECK:  Okay.  So just for the record,

13    you've drawn two little hash marks about halfway down

14    the property line from north to south and the fence

15    basically runs along the property line on the

16    northern portion of those hash marks?

17         A.     Yes.

18         Q.     And it runs along the back -- well, I

19    guess not the -- on the northern side of the property

20    line, the fence runs east to west but the garage

21    door, I assume, opens out to the alley there?

22         A.     Right.

23         Q.     And so the fence is not blocking the

24    garage?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

57

1      residential property on the west side of your

2      property?

3              A.      Yes.

4              Q.      And to the south, it's immediately

5      adjacent to Jerome Street?

6              A.      Yes.

7              Q.      And to the north, it's immediately

8      adjacent to an alley that runs parallel to Jerome

9      Street?

10             A.      Yes.

11             Q.      What do you use your garage for?

12             A.      That's where we keep our cars.

13             Q.      Do you keep anything else there?

14             A.      Garden tools, various stuff, junk.

15             Q.      Sure.   Does anyone live there?

16             A.      In the garage?

17             Q.      In the garage.

18             A.      Only Ken when he's in trouble.

19                     Just kidding.

20             Q.      You don't take him to your vet clinic and

21      lock up him?

22             MR. PANUCCIO:   The dog house?

23             THE WITNESS:   That's a good idea, though.   I

24      have to keep that in mind.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                   December 16, 2010

58

1   BY MR. WORSECK:

2       Q.    Do you ever use the garage for

3   residential purposes, say, someone temporarily spends

4   a night there or a guest or something like that?

5       A.    No.

6       Q.    How often are you or your husband in the

7   garage?

8       A.    Every day.

9       Q.    How long, on average, would you say you

10  spend in the garage when you're in it?

11      A.    Well, this time of year, it's basically

12  to get in and out of the car and get to work.  In the

13  summertime, when I'm in the backyard and doing a lot

14  of gardening, I'm in and out of there quite a bit.

15      Q.    Does the -- can you describe the doors to

16  the garage?  How many they are?  Where they are?

17      A.    Well, it's got a standard garage door on

18  the alley.  There's a side entrance door on the east

19  side, just a typical service door.  And the south

20  side has got French doors that open onto the patio.

21      Q.    Do all three sets of those doors have

22  locks on them?

23      A.    Yes.

24      Q.    And the main door that opens to allow the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

59

1    cars to exit, that's a motorized system?

2         A.    Yes.

3         Q.    Do you keep those doors locked when no

4    one is in the garage?

5         A.    Yes.

6         Q.    All three sets of doors?

7         A.    Yes.

8         Q.    When someone is in the garage, do you

9    keep any of those doors locked?

10        A.    No.  Well, I guess the side door is

11   probably always locked, but....

12        MR. PANUCCIO:  For clarification purposes, that

13   was a compound question, I guess, in terms of any

14   door being locked, so I'll put that objection on the

15   record.  I don't know if you want to ask about each

16   one.

17   BY MR. WORSECK:

18        Q.    Let me ask this question:  When you go in

19   the garage for some length of time, other than to get

20   in or out of your car, let's say you're going to go

21   in there and rearrange some of your items or, I don't

22   know, spend some time in there getting garden tools

23   ready or something, do you lock the door behind you

24   when you're in there or do you leave it open?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

December 16, 2010

60

1      A.    No.   We leave it open.

2      Q.    How close -- well, from your markings on

3  Exhibit 6, it looks like the garage is immediately

4  adjacent to the alley --

5      A.    Yes.

6      Q.    -- behind your property?

7            How much distance is there on the east

8  side of your garage, between the garage and your

9  neighbor's property line?

10     A.    I don't know in measurement but it's a

11  sidewalk width and then -- it's probably like two

12  sidewalk widths to our neighbor's yard.

13     Q.    So maybe five or six feet?

14     A.    Yes.

15     Q.    And is that the same distance on the west

16  side of your garage?

17     A.    It's a little bit wider on the west side.

18     Q.    How much wider would you say?

19     A.    Maybe -- well, it's not much over six

20  feet over there.  Maybe it seems -- it's probably the

21  same.  Because this just has the sidewalk coming from

22  the alley and this is all open (indicating).  So, no,

23  I guess --

24     Q.    The side with the sidewalk you were



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

KATHRYN TYLER

1    pointing to is the east side of the garage?

2         A.    Yes.

3         Q.    Does your house have any porches?

4         A.    This is a -- I guess that's a porch that

5    comes off of our second floor.  It's raised.  I mean,

6    it's just accessible from our bedroom.  It's on top

7    (indicating).

8         Q.    You're pointing to the northernmost

9    portion of your house?

10        A.    Yeah.  You see that little white, my lawn

11   chair, sitting out there.

12        Q.    Oh, okay.  So that's a second story

13   elevation there?

14        A.    Yes.

15        Q.    So you have a lawn chair up on a second

16   floor exterior balcony or patio?

17        A.    It's a balcony, that would be, yes.

18        Q.    Aside from that, are there any porches or

19   balconies?

20        A.    Well, when you go out the back door, I

21   mean, there's just a tiny little -- I guess, define

22   porch.

23        Q.    Well, I'll just ask you to --

24        A.    Yeah.  Our back stairs come up and



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

1   there's the little landing before we come in the back

2   door.

3        Q.     Is that like a mudroom or is that just an

4   exterior --

5        A.     No.  It's exterior.  Just an exterior

6   landing.

7        Q.     What are the dimensions of that landing,

8   as best you can recall?

9        A.     Maybe two feet by two feet or something.

10       Q.     And how many stairs lead up to that

11  landing from the ground?

12       A.     Four.

13       Q.     Any other balconies, porches, landings?

14       A.     Well, when you come out the front door,

15  you're on a little slab and then you walk down four

16  stairs there, you know, with a railing around it, so.

17  If that constitutes a porch, that would.

18       Q.     What are the dimensions of that slab?

19       A.     That's a small one, too.  It's probably

20  four feet wide, maybe two feet deep, something like

21  that.

22       Q.     Okay.  And that is surrounded by a

23  railing, you said?

24       A.     Yeah, just on two sides, and then you



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

64

1       Q.      Do you have an estimate?  Just your best
2  guess.
3       A.      I'm bad with measurements.  What's a
4  standard front yard?  I don't know.  20 feet.  Is
5  that -- 15 feet.
6       Q.      I hope the parties could stipulate to it
7  if it's necessary.
8       MR. PANUCCIO:  And to the extent you don't
9  know, you can say that.  And if he asks you to
10  speculate, you can speculate.
11  BY THE WITNESS:
12       A.      It's speculation.
13  BY MR. WORSECK:
14       Q.      Do you have an alarm system for your
15  house?
16       A.      We don't.
17       Q.      Do you -- just for the record, there's no
18  fence that surrounds your front yard?
19       A.      No.
20       Q.      The fence that encompasses your backyard,
21  does that have any gates to it?
22       A.      Yes.
23       Q.      How many gates?
24       A.      Three.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

72

1    little slab and you are on the sidewalk.

2         Q.    And that's on the east side of your home?

3         A.    On the east side, yeah.

4         Q.    You mentioned earlier that you keep your

5    handgun in a safe?

6         A.    Yes.

7         Q.    Within the safe, how do you keep that

8    handgun?  Is it fully assembled and loaded or is it

9    something less than that?  How exactly do you store

10   it inside the safe?

11   MR. PANUCCIO:  And just to be clear, the time

12   frame is the present?

13   BY MR. WORSECK:

14        Q.    Presently, since you've gotten your

15   Chicago permits and certificates and so forth.

16        A.    It's in the safe.  It's got the clip in

17   it.  No round chambered, so....

18        Q.    How long have you had experience with

19   firearms?  When did you start using firearms?

20   MR. PANUCCIO:  The witness may answer the

21   question to the extent it is experience fully

22   consistent with all applicable laws and took place

23   outside of Chicago prior to obtaining a CFP and

24   registration certificate.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

73

1    BY THE WITNESS:

2         A.    Not real long.  I mean, maybe -- well,

3    it's mostly since I met my husband.  He's the one

4    that's kind of introduced me to it.

5    BY MR. WORSECK:

6         Q.    When did you meet your husband?

7         A.    In 1994.

8         Q.    When was the first time you shot a gun?

9         MR. PANUCCIO:  The witness may answer the

10   question to the extent the answer deals with lawful

11   shooting of a gun outside the City of Chicago prior

12   to obtaining a CFP or registration certificate.

13   BY THE WITNESS:

14        A.    Probably I guess in the -- sorry.  I'm

15   just thinking.

16   BY MR. WORSECK:

17        Q.    Sure.

18        A.    I guess I'd probably say in the late

19   '90's we did some target shooting.

20        Q.    How long does it take you to open your

21   safe that you keep this gun in?

22        A.    As quick as I can put the combination in.

23   Five seconds.

24        Q.    And after you open the safe, how long



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

1   would it take you to make the handgun fully operable,

2   loaded, and ready for use?

3       A.    It's as quick as I can slide the --

4   (indicating).    I don't know.    Two seconds, three

5   seconds.

6       Q.    Aside from opening the safe and --

7       A.    Chambering the round.

8       Q.    -- chambering the round, are there any

9   other steps you would need to take to make your

10  handgun ready for use?

11      A.    No.

12      Q.    Are there any other weapons kept in that

13  safe?

14      A.    No.

15      Q.    Where does your husband store the weapons

16  that he has in his home?

17      A.    He's basically got them in three

18  different places.    There's a gun safe in the

19  basement, there's a display cabinet upstairs in our

20  library room, and then he has some on display in the

21  basement as well.

22      Q.    Do you know how many of your husband's

23  weapons are operable as opposed to being completely

24  inoperable or antiques or outmoded or obsolete or



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

78

1    I can't do it.  I'd like to be able to do it and I

2    would probably do it.  But I haven't thought about

3    how often or if I would carry it all the time, so....

4         Q.    And what are the reasons that you would

5    like to do it?

6         A.    Well, especially if I'm home alone, I do

7    spend a lot of time in that backyard because it's a

8    totally -- I mean, there's no grass or anything.

9    It's like extra rooms in our house.  I garden a lot.

10             Ken's not always around.  It's very

11   accessible to that alley.  Would be very nice to have

12   protection out there because I have a firearm and I

13   know how to use it and why not be protected.

14        Q.    Aside from -- well, I should ask you.

15   Have you ever gone hunting with a firearm?

16        MR. PANUCCIO:  I'll instruct the witness not to

17   answer to the extent it would be information about

18   hunting in the City of Chicago -- hunting activities

19   inside the City of Chicago prior to obtaining a CFP

20   and registration certificate.

21        MR. WORSECK:  And Fifth Amendment is the basis

22   again?

23        MR. PANUCCIO:  Yes.

24   BY THE WITNESS:



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

84

1           MR. WORSECK:   Back on the record.

2                 KATHRYN JEAN TYLER, DVM,

3    called as a witness herein, having been previously

4    duly sworn and having testified, was examined and

5    testified further as follows:

6                 EXAMINATION (Resumed)

7    BY MR. WORSECK:

8           Q.    Dr. Tyler, if you were permitted to take

9    a firearm outside of your house and into your garage

10   or into your backyard, would you do so by carrying it

11   on your person or would you from time to time store

12   it in your garage or store it in your yard or store

13   it outside your home somewhere else on your property?

14          A.    I don't think I would ever store it

15   outside our home.  That's just not safe.  I would

16   probably carry it on me.

17          Q.    Okay.  Why would it not be safe to store

18   it, say, for instance, in your garage or somewhere

19   else on your property?

20          A.    I mean, garages are much easier to break

21   into than a house.  You know, it's disconnected and

22   we might not even hear somebody getting in there.

23   But I feel safer with it in my safe.

24          Q.    In your house?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

85

1          A.     In my house, in my little safe.

2          Q.     And your concern is that someone might

3    get access to the weapon if it were kept in the

4    garage or out in the yard or something?

5          MR. PANUCCIO:     I'll object to the extent it

6    mischaracterizes prior testimony.

7    BY THE WITNESS:

8          A.     Yeah, I -- well, can you say it again?

9    Sorry.

10   BY MR. WORSECK:

11         Q.     Sure.

12                You said you feel it's safer to keep the

13   weapon in your safe in your house?

14         A.     Yes.

15         Q.     And I guess my question is why is that

16   safer?

17         A.     Well, for one, it's locked up, you know,

18   so someone would have to know my combination to be

19   able to get ahold of my gun.  I mean, I know it but I

20   just see no point in storing it in the garage.

21                If I'm in the garage, it should be with

22   me.  If I'm in the backyard, it should be with me.

23   If I'm in the house, it will either be with me or in

24   my safe, so....



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

86

1     Q.     Would you feel comfortable leaving it in
2  your house, off of your person, say leaving it on
3  your dining room table or in your den or something
4  like that?  Or is your view you always want that in
5  your safe?
6     A.     Well, I guess I want it in my safe but --
7  yeah, I usually just have it in the safe up there.
8     Q.     Would you not leave it in places in your
9  house other than your safe?
10     A.     I wouldn't -- you know, not when I leave
11  my home or something like that.  If I was home and I
12  was feeling nervous for some reason or something,
13  yeah, I mean, I'm perfectly willing to carry it
14  around.
15        But I would never leave it out when I
16  left the home or something like that.
17     Q.     And aside from instances in your home
18  when you were feeling nervous or threatened or what
19  have you and you might want to have the weapon on you
20  at that time, would you otherwise take it out of your
21  safe and leave it someplace else in the house, for
22  instance, the dining room table or the kitchen
23  cabinet?
24     A.     I don't.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

87

1    Q.    And why not?

2    A.    Well, I just think it's -- I mean, it's a

3    safe place for it where it's at.  I know where it's

4    at.  I don't know what else to say.

5    Q.    Why would it not be safe to keep it

6    elsewhere in your house?

7    A.    Oh, it would be.  I mean, it would be

8    fine.  But when it's locked up, then when I leave the

9    house, it's locked up there, yeah.  But I would have

10   no problems -- I mean, I don't have any problem

11   carrying it around with me if I was -- you know, if I

12   felt like it.

13         But when I leave, I think it's good to

14   have a firearm secured somewhere, so I leave it in

15   the safe.

16   Q.    And is there a reason why if you're not

17   feeling threatened, you don't carry it around with

18   you inside your house?

19   A.    I don't know how to answer that.  I mean,

20   it's -- we move around in the house.  I don't always

21   carry a gun with me when I'm just moving about my

22   house on a daily basis.

23   Q.    And my question is why?  Why don't you do

24   that?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

88

1        A.      I don't have a holster.  I mean, I
2   just -- it would be -- it would be difficult for me
3   just to carry it around all the time, so....
4        Q.      And why don't you leave it on a table
5   somewhere else in your house if you're not feeling
6   threatened -- when you're not feeling threatened?
7        A.      I don't think that's what we usually do
8   with firearms.  You know, you shouldn't just leave
9   them laying around.  I -- you know -- I think I'll
10  just be quiet.  I'm done.
11       Q.      Well, why don't you just leave them
12  laying around?
13       A.      Because we don't.  I mean --
14       Q.      There's no particular reason why?
15       A.      No.  It's in its location.  I know where
16  it's at.  That's where it stays.
17       Q.      If you came across your gun being -- say
18  your husband got your gun for whatever reason, to
19  clean it or, I don't know, whatever reason and he
20  left it out on the dining room table and you saw it
21  sitting there, what would you do with it?
22       MR. PANUCCIO:  This is a hypothetical, correct?
23  We are not testifying that this has actually
24  happened.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

89

1          MR. WORSECK:  Sure.

2          MR. PANUCCIO:  Since the guns are registered to

3     each individual person.

4     BY THE WITNESS:

5          A.    Yeah, it's my gun so I would be taking

6     care of it.

7          MR. PANUCCIO:  So he was asking a hypothetical.

8               So maybe repeat the question.

9          MR. WORSECK:  Sure.

10    BY MR. WORSECK:

11         Q.    Say you discover your gun is not in your

12    safe, for whatever reason, a perfectly legitimate

13    reason, but it's just not in your safe.  You find it

14    on the table or elsewhere in your house.

15              What would you do?

16         A.    Well, eventually, I would get it back to

17    its safe.  I might not drop everything and put it

18    away because I'm not threatened by it sitting there.

19    I mean, it's there.

20              But, eventually, it would make its way

21    back to the little safe.

22         Q.    And why would you put it back in the

23    safe?

24         A.    Because it's a safe place.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

90

1      Q.    Safer than?

2      A.    Well, I mean, yeah.  I mean, what if

3  someone breaks in the house?  You just don't leave

4  firearms laying around in your house.  I mean, that's

5  not responsible.  It might be legal, but it's not

6  responsible.

7      Q.    And it's not responsible because there's

8  a chance that someone --

9      A.    Could see it there as well and steal or

10 use it against me or, you know, whatever.

11     Q.    Accidently discharge it?

12     A.    Well, I suppose.

13     Q.    Is there a reason why you have only one

14 firearm in your home?

15     A.    Because that's what the City says I can

16 have.

17     Q.    It's your understanding that the City

18 doesn't allow you to have more than one firearm in

19 your home?

20     A.    I can have more than one but not more

21 than one operable firearm.

22     Q.    And why is it that you haven't acquired

23 additional firearms beyond the pistol that you do

24 have?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

96

1  So, I mean, if that goes away, then I'd have already,

2  you know, probably two operable guns, but....

3       Q.    And it's possible, under the current

4  Ordinance, for you to, as you just mentioned, carry

5  around your personal pistol on your person around

6  your house?

7       A.    Yes, that's possible.

8       MR. PANUCCIO:  That calls for a legal

9  conclusion.

10  BY THE WITNESS:

11       A.    I thought it was possible.

12  BY MR. WORSECK:

13       Q.    I mean, you could get a holster and just

14  carry it around to the various rooms that you're

15  going in and out of on a daily basis in your home?

16       MR. PANUCCIO:  Same objection.

17  BY MR. WORSECK:

18       Q.    Do you do that currently?

19       A.    No.

20       Q.    And why not?

21       A.    Actually, I hadn't thought about it.

22  It's probably not a bad idea.  Thank you.

23       Q.    Would it be more effective for

24  self-defense to have a weapon in your holster that



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

98

1        A.    Right.   Well, I know what you're getting

2    at.   Yeah, I don't, but I should be able to do

3    whatever I want with whatever gun I have because of

4    the Second Amendment, so....

5              It says I have the right to bear arms.

6    It doesn't say arm.   So if I want to have ten guns, I

7    should be able to have ten guns.

8        Q.    Would you carry around more than one gun

9    if you had more than one gun?

10       A.    No.

11       Q.    It would just make sense just to carry

12   one, correct?

13       A.    Yes.

14       Q.    And you can do that currently, correct?

15       A.    In my home, yes.

16       Q.    Yes.   And you can have more than one gun

17   as long as you store them according to the Ordinance,

18   correct?

19       A.    Yes.   But not readily usable guns.

20   They're inoperable.

21       Q.    Do you have any experience in using

22   firearms that have trigger locks?

23       MR. PANUCCIO:   I'm going to instruct the

24   witness to -- are you going to put a time frame on



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                December 16, 2010

101

 1   BY THE WITNESS:

 2        A.    Say that again now.

 3   BY MR. WORSECK:

 4        Q.    I'm just asking, to your understanding,

 5   one of the pieces of your lawsuit is a claim that the

 6   City's firearms storage requirements as they relate

 7   to the firearms that you might own beyond that one

 8   operational firearm you're entitled to have.

 9        A.    You're meaning that if I have one

10   operational, and then beyond that, they have to be

11   trigger locked or rendered somehow otherwise

12   unusable, broken down, trigger locked.

13        Q.    You're familiar with that being an aspect

14   of your case?

15        A.    Yes.

16        Q.    Are there any safety concerns, personal

17   safety concerns, that you have about carrying around

18   a weapon on your person as a routine matter inside

19   your house?

20        A.    No.

21        Q.    It's just the fact that it's cumbersome,

22   bulky, and you've got to take it on and off when you

23   leave the front door, that kind of thing?

24        A.    Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

110

1    house, have you?

2         MR. PANUCCIO:  Are you asking for expert

3    testimony?

4         MR. WORSECK:  No, just whatever it is she might

5    have done.

6    BY THE WITNESS:

7         A.    No.  We don't play war games very often.

8    I just had this picture in my head of, you know,

9    running around, I'll get that one, I'll get that one.

10   BY MR. WORSECK:

11        Q.    No, I wasn't suggesting that you play war

12   games.

13        A.    I can draw from here.

14        Q.    I'm just, you know -- do you have any

15   reason to think that you are less able to defend

16   yourself by carrying around a weapon on your person

17   versus storing weapons around the house?

18        A.    No.

19        Q.    And is it safe to say that you have not

20   tried to figure out how long it would take to unlock

21   a trigger lock on a weapon that you might have in

22   your house?

23        A.    I have not ever tried.

24        Q.    So if you didn't win on your claim that



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

1   else?  What would it be?

2       A.    I think that would be entirely dependent

3   on the situation.  If you've sensed there's a threat,

4   I would try my very best to get away from it, first

5   and foremost, if I could.

6             If the threat was real and imminent and I

7   had to use my weapon, it certainly wouldn't be the

8   first choice, but if I had to, I would.

9       Q.    Would you use it only for purposes of

10  shooting an attacker or would you use it in the hope

11  that, for instance, merely drawing it and brandishing

12  it would be enough to scare away an attacker?

13      A.    Shooting someone is the very last thing

14  on my list so, yes, if it was a deterrent, you could

15  say, "I have a gun" and they'll turn the corner and

16  leave you alone, amen.  If I can get to my cell phone

17  and I can call the police for help, they're

18  wonderful, but they may be three minutes away.  It

19  could all be over with by then.

20            Every situation is different.  I think

21  that's -- I can't make a general conclusion.  I mean,

22  it just depends on the place and the time and what

23  the threat is.

24      Q.    Would there be instances where you would



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

119

1    draw the weapon and aim it but not shoot it?

2         A.    Oh, I'm sure there would be.  If that's

3    what it takes to make the person change their mind

4    about what their intentions are, that would be an

5    ideal situation.

6         Q.    Before drawing the weapon, would you, in

7    your mind, decide whether you were going to shoot or

8    not, or would you wait until you saw what happened as

9    a result of simply drawing the weapon before you then

10   decided whether you needed to shoot it?

11        A.    Well, under these very calm circumstances

12   where we can sit here and ponder, I would say I would

13   always try -- you know, I would be thinking, I'm

14   going to use this to see if I can make this guy

15   change his mind, or girl, or whatever.  I would never

16   be thinking shooting.

17        But, you know, it's all very different

18   when that person is confronting you and your

19   adrenalin is flowing and, you know.  I don't know

20   what I'd do.  I've never been in that position.  So

21   you're asking me something I don't know, but I would

22   like to think that I would do everything I could to

23   not ever have to shoot anybody.

24        Q.    But it's possible, under the heat of the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

120

1   moment, that, you know, you may not be thinking

2   clearly, you may be reacting rather than thinking,

3   and a nice protocol that we are talking about here in

4   this conference room may not be something that you

5   could actually follow or even draw up in your mind

6   before you have to react?

7          A.    Yeah, I don't -- there's just -- you

8   know, and that's part of why you do training, too,

9   because you try to practice, you know, thinking about

10  some of these things.  But I don't think I could

11  answer that until I was in the situation.

12              I maintain what I said.  I would do

13  everything I could to escape, to not -- I'm not

14  confrontational.  I would try to get the hell out of

15  there.  I would try to get some help.  I would

16  scream.  Who knows?  I might use my firearm to hit

17  the guy with, you know.

18              But I would -- certainly, my intention

19  would not be to shoot the first person that I think

20  is threatening me.

21          Q.    But --

22          A.    It might happen.

23          Q.    But it might happen, just based on how

24  the circumstances unfold?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

1          A.     Of course.

2          Q.     Have you ever shot long guns?

3          MR. PANUCCIO:   I'm going to instruct the

4    witness not to answer that question pursuant to the

5    Fifth Amendment to the extent it calls for

6    information regarding facts occurring inside the City

7    of Chicago.  That's the instruction.

8          THE WITNESS:  So I'm not answering?

9          MR. PANUCCIO:  Can you repeat the question?

10   BY MR. WORSECK:

11         Q.     Have you ever shot long guns?

12         MR. PANUCCIO:  And I'm just instructing you, if

13   that deals with shooting long guns inside the City of

14   Chicago, I'm instructing you not to answer.

15            But if it's outside the City of Chicago

16   where it was fully lawful, you may answer the

17   question.

18   BY THE WITNESS:

19         A.     Well, certainly, never inside the City.

20   So, yes, I have shot a long gun.

21   BY MR. WORSECK:

22         Q.     How many times have you shot a long gun?

23         A.     Oh, well, quite a few.  I mean, we do

24   trap shooting, did a lot of target shooting practice.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                December 16, 2010

131

1     it's why it at least slips my mind.

2          THE WITNESS:  We don't have those Northwest

3     addresses.

4          MR. PANUCCIO:  Exactly.

5          MR. WORSECK:  I mean, Chicago is just a grid.

6     BY MR. WORSECK:

7          Q.    What -- if you can just list for me all

8     of the other things inside that building, be they

9     businesses or residents?

10         A.    There's three businesses.

11         Q.    Okay.  What are the businesses?

12         A.    The other one on the first floor is

13    Athletico, and the entire upper floor is Metropolis

14    Coffee.

15         Q.    And your clinic is the third business?

16         A.    Yes.

17         Q.    There are no residences in that building?

18         A.    No.

19         Q.    And based on your markings on the map, to

20    the rear of your clinic, what is that space,

21    immediately east of your clinic?

22         A.    It's the playground.

23         Q.    No.  Within the four corners of the

24    building.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

134

1      Q.      Okay.   That makes sense.   You're on Clark

2  Street there, and that's the Andersonville

3  neighborhood?

4      A.      Yes.

5      Q.      And Clark Street around there has got a

6  lot of businesses?

7      A.      Yes.

8      Q.      It's got a nice, pedestrian shopping

9  district?

10     A.      Yes.

11     Q.      And to the east of your building is a

12  playground, is that right?

13     A.      Yes.

14     Q.      And it's reflected by these -- there's a

15  blue circle and then sort of a figure eight that is

16  filled in blue.   Do you see that?

17     A.      Uh-huh.

18     Q.      And that reflects the surface of the

19  playground?

20     A.      Right.

21     Q.      And there are some playground equipment

22  interspersed on those surfaces?

23     A.      Correct.

24     Q.      Is that a public playground or is that



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                          December 16, 2010

138

1        A.      In the back, there's just a hallway.  In

2    the front, I mean, there's a little tiny vestibule

3    and you either go right into Athletico or left into

4    our hospital.

5        Q.      So one way to enter your clinic is to go

6    through that main door into the building, walk

7    through the vestibule, and then go in a door into

8    your clinic?

9        A.      Right.

10        Q.      Another way is to simply enter your

11    clinic directly from the sidewalk?

12        A.      No.  You can't.

13        Q.      Oh, okay.  I misunderstood.

14        A.      You come off the sidewalk, there's just a

15    small shared vestibule with a door going left to us

16    and right to the Athletico.

17        Q.      So that's one entrance?

18        A.      Yes.

19        Q.      Then there's the rear entrance.  And

20    there was a third entrance?

21        A.      Yes.

22        Q.      What is that third entrance?

23        A.      There's another door on the northwest

24    corner that goes up stairs -- take a set of stairs


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

139

1      and you go up to Metropolis, so I guess I should take

2      out like one little tiny corner because there's a

3      stairwell there that goes upstairs (indicating).

4              Q.      So you're saying the very northwest

5      corner of the building is actually a stairwell?

6              A.      Yeah, there's another entrance door right

7      up there in the corner and there's a little stairway

8      that takes you up to Metropolis.  And off of that

9      little hallway into their stairs, we have another

10     door.  But we don't use that.  People don't come in

11     that way.

12             Q.      Okay.  Is that usually kept locked?

13             A.      Yes.

14             Q.      So that people don't wander in?

15             A.      Right.

16             Q.      Any member of the public coming into your

17     clinic comes through that door, that main door

18     leading to the vestibule of the building?

19             A.      Exactly.

20             Q.      You have an alarm system at your clinic,

21     correct?

22             A.      Correct.

23             Q.      And that's something you mentioned in the

24     complaint.  Paragraph 45 of Exhibit 5.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                   December 16, 2010

145

1    not have driven out to the clinic that night?

2         A.    I would have driven out there no matter

3    what I thought.  I just would have been more

4    comforted if I had some protection with me, because I

5    walked through and made sure everything was all right

6    and in its place.

7         Q.    But you didn't call the police to ask

8    them to meet you there and just watch while you

9    walked in there --

10        A.    I did not.

11        Q.    -- and took stock of the site?

12              Does your alarm company send someone out

13   from the company when the alarm goes off?

14        A.    No.

15        Q.    What are the business hours of your

16   clinic?

17        A.    We are open from 8:00 until 6:00 Monday,

18   Tuesday, Thursday, Friday and 8:00 until 1:00 on

19   Wednesday and 8:00 until 2:00 on Saturdays.

20        Q.    Is the main doorway locked during

21   business hours or is that left open?

22        A.    Everything is open.

23        Q.    On the average day, how many customers do

24   you have come to your clinic?



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

150

1          MR. WORSECK:  No, no.  I was actually just

2     looking back over that topic to see if I missed

3     anything, so now is a good time.

4          MR. PANUCCIO:  Okay.

5          MR. WORSECK:  Five minutes?

6          MR. PANUCCIO:  Yeah.  It's a little harder with

7     separated bathrooms for this place.

8                    (WHEREUPON, a recess was had.)

9     BY MR. WORSECK:

10         Q.    Dr. Tyler, another aspect of your lawsuit

11    is a challenge to the City's ban on gun sales and gun

12    stores, is that correct?

13         A.    That's correct.

14         Q.    How does that ban impact your rights?

15         MR. PANUCCIO:  Objection, calls for a legal

16    conclusion.

17    BY THE WITNESS:

18         A.    You know, if guns are legal, then we

19    should be able to buy guns wherever we want to buy

20    guns, and people should be able to sell them wherever

21    they want to sell them.

22    BY MR. WORSECK:

23         Q.    Does the ban on gun stores prevent you

24    from acquiring firearms?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

1      A.    No.

2      Q.    And notwithstanding the ban on gun

3  stores, you, in fact, do have a firearm?

4      A.    Yes.

5      Q.    How often do you travel to the Chicago

6  suburbs for any reason?

7      MR. PANUCCIO:   It's vague.   Objection.

8  BY MR. WORSECK:

9      A.    Well, I guess, seeing as how we live

10 right on the City limits, we pop into Evanston quite

11 frequently to go to the grocery store but that's one

12 block away, so.  If you want to do that, we do it

13 frequently.

14      As far as getting out to go shopping,

15 dinner, things like that, I don't know.  Once a

16 month, twice a month.

17 BY MR. WORSECK:

18      Q.    Do you ever travel to the suburbs for

19 work?

20      A.    No.

21      Q.    How long does it typically take you to

22 drive to work from your house?

23      A.    15 minutes.  Or an hour, depending.  But

24 you know that.  No, I'm teasing.  15 minutes.  That's



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

153

1        A.      Not that I can recall.

2        Q.      Are there any shooting ranges that you

3    have visited that are not on this list?

4        A.      No.

5        Q.      And if we can just walk through that list

6    and we'll start with Maxon Shooter's Supply, an

7    indoor range that's in Des Plaines, Illinois?

8        A.      Correct.

9        Q.      And that's where you got your CFP range

10   training?

11       A.      Yes.

12       Q.      How many times have you visited Maxon's

13   aside from that instance?

14       A.      I was probably there two or three times.

15       Q.      On average, how long does it take you to

16   get to Maxon's?

17       A.      Oh, I would say probably 45 minutes.

18       Q.      What were the purposes of your visits to

19   Maxon's aside from the time you went there for your

20   CFP range training?

21       A.      Well, we also took courses there in --

22   they were like basic and advanced firearms courses.

23   I think that was a couple years ago.

24       Q.      Look at Exhibit 2.  About halfway in the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

158

1        Q.    And it's safe to say you have not
2   physically been to J&G Sales --
3        A.    Correct.
4        Q.    -- in Arizona?
5              Then the next entity listed in the
6   interrogatory response is Bass Pro Shops in Gurnee,
7   Illinois?
8        A.    Uh-huh.
9        Q.    How many times have you been there?
10       A.    Oh, gosh, I don't know.   Maybe five or
11  six times.
12       Q.    And on average, how long did it take you
13  to get there?
14       A.    Oh, gosh.   That's a good hour-long drive.
15  That's quite a ways.
16       Q.    And you drove there each time you went
17  there?
18       A.    Yes.
19       Q.    And for what purposes did you visit Bass
20  Pro Shops?
21       A.    Fishing equipment, hunting equipment,
22  clothes.   I mean, of course, we always stop by the
23  gun part, but....
24       Q.    Have you purchased firearms from Bass Pro



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

1    Shops?

2         A.    No.

3         Q.    Has your husband?

4         A.    Yes.

5         Q.    Do they have a range at Bass Pro Shops?

6         A.    I think they do.  I've never seen it,

7    never used it.

8         Q.    The next place listed is G.A.T. Guns,

9    G-A-T, in Dundee, Illinois.  How many times have you

10   been there?

11        A.    I've never been there.

12        Q.    Your husband has, though?

13        A.    Uh-huh.

14        Q.    Do you know how many times he's been

15   there?

16        A.    I would suspect maybe once.  That's not a

17   place that we go to frequently.

18        Q.    Then the next one is Dick's Sporting

19   Goods in Niles, Illinois.  How many times have you

20   been there?

21        A.    I don't know.  Maybe -- I don't frequent

22   the sporting stores, but that's one that, you know,

23   we go for other things there, too.  Maybe five.

24        Q.    And how long does it take to get to



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

160

1    Dick's Sporting Goods?

2          A.     That's probably just a 20-minute drive.

3          Q.     Then the next one is The Adventure Store

4    in Waukegan, Illinois.  How many times have you been

5    there?

6          A.     I've only been there once.

7          Q.     And for what purpose?

8          A.     I think Ken bought a gun from them, so I

9    just went along for the ride.

10         Q.     Did you or your husband buy firearms from

11   Dick's Sporting Goods?

12         A.     I don't think so.

13         Q.     Does Dick's Sporting Goods have a range?

14         A.     No.

15         Q.     Does The Adventure Store have a range?

16         A.     That I couldn't tell you.

17         Q.     And then how many times did you go to the

18   location in northern Minnesota?

19         A.     Well, we go there fishing every year so

20   we usually stop in.  It's a nice sporting goods store

21   for fishing equipment and whatnot, but they do have a

22   nice selection of guns there to peek out.

23         MR. PANUCCIO:  I'm sorry.  Can I just ask for a

24   clarification?  I didn't mean to cut the witness off.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

162

1    imagine of all of these, that Dick's Sporting Goods.

2    I think they sell guns there.   I'm not even really

3    sure.

4         Q.    Have you ever tried to find out by

5    looking at a map or opening the Yellow Pages or

6    getting on Google, tried to find out what the closest

7    gun store is to your house?

8         A.    No, I never tried.

9         Q.    What is the closest shooting range to

10   your house?

11        A.    I don't know.

12        Q.    Have you ever tried to find out?

13        A.    No.

14        Q.    Have you ever taken a firearm into a shop

15   for maintenance or repairs?

16        A.    No.

17        Q.    Have any of your firearms ever needed

18   maintenance or repairs?

19        A.    No.

20        Q.    How frequently do you need to buy

21   firearms?

22        A.    That's a difficult question.   Do I need

23   to buy firearms?   I don't --

24        Q.    Okay.   Subject to your personal



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

168

1    whether or not you were complying with the new gun

2    Ordinance?

3         A.    No.

4         Q.    Have any of the provisions of the new gun

5    Ordinance that you're challenging in your lawsuit

6    ever applied against you?

7         A.    No.

8         Q.    Has --

9         MR. PANUCCIO:    I'm going to object on vagueness

10   grounds.   When you say "applied against," they're

11   applied against all citizens in the City of Chicago.

12             Are you asking prosecuted --

13   BY MR. WORSECK:

14        Q.    Have any of the provisions of the new gun

15   Ordinance ever been enforced against you?

16        A.    No.

17        Q.    Has the new gun Ordinance prohibited or

18   restrained you from engaging in self-defense?

19        A.    No.

20        Q.    Under the prior gun Ordinance, the one

21   that existed more or less for the past 30 years prior

22   to the new Ordinance coming into effect, had you ever

23   been arrested under that Ordinance?

24        A.    No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

1    STATE OF ILLINOIS )

2                     )  SS:

3    COUNTY OF DU PAGE )

4            I, V. LINDA BOESCH, a Notary Public within

5    and for the County of DuPage, State of Illinois, and

6    a Certified Shorthand Reporter of said state, do

7    hereby certify:

8            That previous to the commencement of the

9    examination of the witness, the witness was duly

10   sworn to testify the whole truth concerning the

11   matters herein;

12           That the foregoing deposition transcript

13   was reported stenographically by me, was thereafter

14   reduced to typewriting under my personal direction

15   and constitutes a true record of the testimony given

16   and the proceedings had;

17           That the said deposition was taken before

18   me at the time and place specified;

19           That I am not a relative or employee or

20   attorney or counsel, nor a relative or employee of

21   such attorney or counsel for any of the parties

22   hereto, nor interested directly or indirectly in the

23   outcome of this action.

24           IN WITNESS WHEREOF, I do hereunto set my



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

179

1    hand of office at Chicago, Illinois, this 20th day of

2    December, 2010.

3

4                    *V Linda Boesch*

5

6

7            Notary Public, DuPage County, Illinois

8            My commission expires 8-14-2013.

9

10

11   CSR Certificate No. 84-3108.

        OFFICIAL SEAL
        V. LINDA BOESCH
     NOTARY PUBLIC, STATE OF ILLINOIS
     MY COMMISSION EXPIRES 8-14-2013

12

13

14

15

16

17

18

19

20

21

22

23

24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com



# Exhibit 2

KENNETH PACHOLSKI                                    December 15, 2010

1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRETT BENSON, et al.,           )
                                )
          Plaintiffs,           )
                                )
     vs.                        ) No. 10-CV-4184
                                )
CITY OF CHICAGO, et al.,        )
                                )
          Defendants.           )

          The deposition of KENNETH PACHOLSKI, called for
examination, taken pursuant to the provisions of the Code
of Civil Procedure and the Rules of the Supreme Court of
the State of Illinois pertaining to the taking of
depositions for the purpose of discovery taken before
STACEY JOHN, CSR No. 84-003560, a Notary Public within and
for the County of Cook, State of Illinois, and a Certified
Shorthand Reporter of said state, at Suite 1230, 30 N.
LaSalle Street, Chicago, Illinois, on the 15th day of
December, A.D. 2010, at 9:30 a.m.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI

December 15, 2010

2

1     PRESENT:

2

3          COOPER & KIRK,

4          1523 New Hampshire Ave., N.W.,

5          Washington, D.C.,  20036,

6          (202) 220-9642, by:

7          Mr. Jesse Panuccio,

8               appeared on behalf of the Plaintiff;

9

10         CORPORATION COUNSEL - CITY OF CHICAGO,

11         30 N. LaSalle, Suite 1230,

12         Chicago, Illinois  60602

13         (312) 744-4216, by:

14         Mr. William Macy Aguiar,

15              appeared on behalf of the Defendant.

16

17

18

19

20

21

22

23

24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

14

```
 1           Fifth Amendment privilege.  So I'll invoke that

 2           privilege and instruct the witness to not

 3           answer the question.

 4               MR. AGUIAR:  You are saying he has

 5           documents in his possession that would -- to

 6           which you think the Fifth Amendment privileges

 7           against self incrimination would apply?

 8               MR. PANUCCIO:  The response to the

 9           question would -- yes, would implicate the

10           Fifth Amendment privilege.

11               MR. AGUIAR:  I don't agree and I ask the

12           court reporter to mark the question.

13     BY MR. AGUIAR:

14           Q    What is your date of birth?

15           A    10/19/57.

16           Q    Are you married?

17           A    Yes.

18           Q    To whom are you married?

19           A    Katherine Tyler.  You'll probably see her

20     tomorrow.

21           Q    Is Ms. Tyler a plaintiff in this case?

22           A    Yes.

23           Q    How long have you been married?

24           A    Don't ask me that.  I get in trouble.  I
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                              December 15, 2010

15

1    think it's thirteen years.  Thirteen years.

2          Q    Do you have any children?

3          A    No, two dogs.

4          Q    Where do you currently live?

5          A    2620 West Jerome.

6          Q    Here in Chicago?

7          A    Yes.

8          Q    Do you happen to know what neighborhood

9    that is located?

10         A    They call it West Rogers Park.

11         Q    How long have you lived at 2620 West

12   Jerome?

13         A    Twelve years, I think.

14         Q    Does anyone else live with you?

15         A    No.

16         Q    Does your wife live with you?

17         A    Yes.

18         Q    So only you and your wife live at 2620

19   West Jerome?

20         A    Yes.

21         Q    Do you own 2620 West Jerome?

22         A    Yes.

23         Q    Do you own it with your wife?

24         A    Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

28

1      Q      You say you lease space at the Gary

2  Airport?

3      A      Yes.

4      Q      Is that used in conjunction with your

5  restoration efforts?

6      A      Yes.

7      Q      What do you use the space in Gary for,

8  specifically?

9      A      Mostly storage of aircraft.

10     Q      Are there current aircrafts there now?

11     A      My airplane is there now.

12     Q      You own an airplane?

13     A      Yes.

14     Q      Just one?

15     A      Just one right now.

16     Q      What kind?

17     A      The T33.

18     Q      How often do you travel to Gary to go to

19  the hangar?

20     A      About three days a week, not a lot,

21  especially when it's cold.

22     Q      Do you make three separate trips a week?

23     A      Yes.

24     Q      How long does it take you to get to Gary?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

29

1    A    Fifty minutes.

2    Q    Fifty?

3    A    Yes.

4    Q    One way?

5    A    Yes.

6    Q    Is that by car?

7    A    Yes.

8    Q    And what are the purposes of your trips to

9    Gary each week?

10   A    I don't know what I could say about that.

11   It's tiding things up, making the airplane pretty.

12   I am trying to fluff and buffer.  That's what I do.

13   Q    You said earlier that you subcontract the

14   restoration work to a group called Heritage?

15   A    Arrow.

16   Q    In Rockford.

17        What are you doing separate and apart

18   from what they do, in terms of restoration?

19   A    Well, since my license isn't held anymore,

20   all I could do is do like ownership stuff, because I

21   own the airplane.  What they did is major stuff.  I

22   had to have them change the engine.  I had to have

23   them do a whole bunch of other work on the aircraft.

24   So they do all the major stuff.  He's a good friend



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI

December 15, 2010

63

1   parts you completed as well which were not returned

2   to you by the City, is that correct?

3        A    I believe so, but to tell you the truth,

4   you are asking the wrong person.  My wife handles

5   this stuff.  She's the paperwork nut.  So I believe

6   so, yes.

7        Q    Okay.  You have registered 18 firearms

8   with the City of Chicago?

9        A    I didn't take a count.

10       Q    I counted 18 firearms.

11            Do you have any reason to believe

12  that's not a correct number?

13       A    That is correct.

14       Q    Where it says firearm type, you have a

15  choice of revolver, rifle, shotgun, semiautomatic

16  pistol and other.

17            When I went through and tallied it.

18  I noted you had thirteen riffles, three shot guns,

19  one revolver, and one semiautomatic pistol

20  registered with the City of Chicago, is that

21  correct?

22       A    I think that would probably be true.

23            MR. PANUCCIO:  May I ask for a

24  clarification?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

1      The witness didn't go through and count,

2   he's agreeing to what you say.  The pages you

3   have indicated, 4 through 10, there would be 17

4   certificates here and you might be counting the

5   one on Page 3.  I don't know if you want to go

6   through and have the witness count.

7   BY MR. AGUIAR:

8      Q    Mr. Pacholski, would you please review

9   Pages 4 through 10 for me.  Would you just confirm

10  that all the firearms that you have registered with

11  the City of Chicago are reflected here?

12      MR. PANUCCIO:  I withdraw my

13   clarification.

14      THE WITNESS:  I got 18.

15  BY MR. AGUIAR:

16      Q    Do you have any reason to believe that

17  number is not correct?

18      A    I am positive it's correct.

19      Q    Am I also correct you registered thirteen

20  riffles, three shot guns, one revolver and one

21  semiautomatic pistol?

22      A    Right.

23      Q    Are all 18 firearms you registered

24  currently located within the City?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

1      A      Yes.

2      Q      Where in the City are the 18 firearms

3  currently located?

4      A      At my home.

5      Q      2620 West Jerome?

6      A      Right.

7      Q      In looking at each of the registration

8  returns, under date registered they all reflect

9  September 10th, 2010.  Do you see the date?

10     A      Yes.

11     Q      I am curious in looking at your 18

12  registration returns where you have signed here,

13  some are dated September 26th, others are dated

14  September 19th, there's a third date of 9/22.  Do

15  you happen to know why there are three different

16  dates on these?

17     A      That I can't tell you.  I don't know.

18     Q      Did you sign each of these on the day you

19  received it back from the City of Chicago?

20     A      That I can't tell you either.  I don't

21  remember doing that.  That's definitely my

22  signature.  That's all I could tell you.

23     Q      So you don't know why there are three

24  separate dates and they postdate the date of the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

1             MR. AGUIAR:  I'll rephrase the question.

2     BY MR. AGUIAR:

3          Q    If I were to ask you any questions about

4     how you came into possession or otherwise acquired

5     the Ruger 10/22, such as when you obtained the

6     firearm, from whom you obtained the firearm, where

7     you got it, would you assert your Fifth Amendment

8     privilege against self-incrimination?

9          A    Yes.  No.

10            MR. PANUCCIO:  The witness will answer

11         that question.

12            MR. AGUIAR:  You will not assert to every

13         question I ask you?  Then let's walk through

14         this gun.

15    BY MR. AGUIAR:

16         Q    How did you come into possession of the

17    Ruger 10/22?

18         A    Purchased it from a friend up in

19    Wisconsin, because that's where it was at.

20         Q    When did you purchase the firearm?

21         A    That I can't remember.  I'll tell you

22    honestly, I can't remember the year.

23         Q    Would it have been before the City amended

24    its ordinance in 2010?  Did you purchase it before



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

83

1          the basis for the objection.

2                MR. PANUCCIO:  That's fair.  I hear the

3          objection.  I'll instruct the witness not to

4          answer.

5                MR. AGUIAR:  I'll certainly mark that

6          question to pursue it with the Court at a later

7          time.  Let's move on.

8     BY MR. AGUIAR:

9          Q    You can put that aside.  Mr. Pacholski --

10         A    You can call me Ken.

11               MR. AGUIAR:  Is that okay, Jesse?

12               MR. PANUCCIO:  That's fine.

13    BY MR. AGUIAR:

14         Q    Ken, let's turn to Page 5, and I'd like to

15    direct your attention to the first firearm listed,

16    which is the Random/Factory II.  I don't know what

17    that says.

18         A    Mosen Nagant M444.

19         Q    If I were to ask you questions about how

20    you came into possession or otherwise acquired this

21    firearm, such as when you obtained it, from whom you

22    obtained it, how much you have paid for it, would

23    you, again, assert your Fifth Amendment privilege

24    against self-incrimination?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI

December 15, 2010

84

```
 1          MR. PANUCCIO:  I believe the witness can
 2     answer the list of questions you specified, but
 3     wait until he asks the question.
 4   BY MR. AGUIAR:
 5          Q    Let me ask the questions.
 6               How did you come into possession of
 7   this firearm?
 8          A    I bought it.  That's all I could tell you.
 9          Q    Do you know where you bought it?
10          A    I had to get it through an FFL dealer.  I
11   believe it was in Waukegan.
12          Q    What is an FFL dealer?
13          A    Federal firearms licensed dealer.
14          Q    You obtained it in Waukegan?
15          A    I think Waukegan.  I don't remember the
16   name of the place.
17          Q    Was it a store?
18          A    Yes.
19          Q    Do you recall when you obtained this
20   firearm?
21          A    That I can't tell you.
22          Q    Was it this year?
23          A    No.
24          Q    Was it in the past five years?
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

93

1          THE WITNESS:  Yes.

2     BY MR. AGUIAR:

3          Q     Again, if I were to ask you any questions

4     about how you came into possession of this firearm,

5     including how you came into possession, whether you

6     acquired it, how much you may or may not have paid

7     for it, and when you took possession of this firearm

8     and any reasonable follow-up questions to those type

9     of questions, you would assert your Fifth Amendment

10    privilege against self-incrimination?

11         A     That's what he suggested, so, yes.

12         Q     You would?

13         A     Yes, I would.

14         Q     Moving on to Page 7.  At the top of Page

15    7, we have the Lamber o/u Shotgun?

16         A     Over under.

17         Q     How did you come into possession of this

18    firearm?

19         MR. PANUCCIO:  Object.  Instruct the

20    witness not answer.  Fifth Amendment privilege

21    against self-incrimination.

22         MR. AGUIAR:  Are you going to follow his

23    advice?

24         THE WITNESS:  Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

95

1      A      A gun shop in Oak Lawn.  If you ask me the
2   name, I couldn't tell you.

3      Q      Oak Lawn, Illinois?

4      A      Yes.

5      Q      You don't recall the name of the gun shop?

6      A      I can't remember the name of it.

7      Q      Do you recall when you purchased this
8   firearm?

9      A      I can't remember that either.

10      Q      Would it have been this year?

11      A      No.

12      Q      Would it have been in the last five years?

13      A      You know, I can't tell you that.  I don't
14   remember what year it was.

15      Q      Would you consider this firearm to be a
16   collectible item?

17      A      No.

18      Q      Do you recall what you paid for it?

19      A      That I can't remember either.

20      Q      Would it have been less than $500?

21      A      Yeah, definitely less than 500 bucks.

22      Q      Were you in the market to purchase this
23   particular type of firearm?

24      A      Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

98

1          MR. AGUIAR:  Let me ask the question.

2     BY MR. AGUIAR:

3          Q     The Carcano M38?

4          A     Yes.

5          Q     How did you come into possession of this

6     firearm?

7          MR. PANUCCIO:  If I could consult with the

8     witness briefly.

9          MR. AGUIAR:  Certainly.

10              (Whereupon, the record was read

11               as requested.)

12         THE WITNESS:  Gun show.

13    BY MR. AGUIAR:

14         Q     Did you purchase it at a gun show?

15         A     Yes.

16         Q     Which gun show?

17         A     In Rosemont.

18         Q     Rosemont, Illinois?

19         A     Yeah.

20         Q     Do you recall what the gun show was

21    called?  Did it have a title?

22         A     I don't know.

23         Q     How did you learn about the gun show?

24         A     A friend of mine told me about it.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI

1    BY MR. AGUIAR:

2        Q    Page 9.   There we have at the top of Page

3    9 the Remington 710.

4                    How did you come into possession of

5    this firearm?

6                MR. PANUCCIO:   May I consult?

7                MR. AGUIAR:   Sure.

8                    (Whereupon, the record was read

9                    as requested.)

10                THE WITNESS:   I bought this at a gun shop

11           in Champaign/Urbana.   If you ask the name, I

12           don't remember.

13   BY MR. AGUIAR:

14       Q    Do you remember the name of the gun shop

15   you purchased this gun from?

16       A    I don't remember.

17       Q    Do you recall when you purchased this

18   firearm?

19       A    I can't remember.

20       Q    Would it have been the last five years?

21       A    Probably.

22       Q    Is the Remington 710 considered, in your

23   opinion, a collectible?

24       A    No.   It's a hunting gun.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

105

1        Q     At the time you purchased this firearm,

2     were you in the market for this type of firearm?

3        A     Not really.  I saw it.  I wanted it.

4        Q     So why were you in Champaign/Urbana at the

5     time you purchased this firearm?

6        A     My wife is a U of I graduate.  We were

7     down there for a class reunion.  So we went out

8     shopping and I found a gun.

9        Q     So you didn't travel to Champaign/Urbana

10     to purchase the gun, you happened to purchase it

11     while you were there?

12        A     Yes.

13        Q     Do you know how much you paid for this

14     firearm?

15        A     I can't remember.

16        Q     Do you have any documentation regarding

17     the purchase of this firearm?

18        A     I am sure I do.  It's one of those lost

19     files.  We have been trying to find that paperwork.

20     We tried hard.

21        Q     Let's move to the second one on Page 9.

22     There you list the Springfield Armory XD40.

23              How did you come into possession of

24     this firearm?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

1          (Whereupon, the record was

2          read.)

3          THE WITNESS:  I bought it at Bass Pro

4      Shops in Gurnee.

5   BY MR. AGUIAR:

6          Q    Flip to Page 52, the last page of the

7   document.

8          A    Yes.  Outdoor World.  It's Bass Pro Shops.

9          Q    Is this the receipt for the purchase of

10  the firearm listed on Page 9?

11         A    Yeah, it is.  That's not how much I paid.

12  They must have changed the price on here.  I put it

13  on my credit card.

14         MR. PANUCCIO:  That appears to say

15      transaction number?

16         THE WITNESS:  Yeah.

17  BY MR. AGUIAR:

18         Q    You don't recall how much you paid for it?

19         A    The 4, $500 range.

20         Q    At the time you purchased this firearm,

21  were you in the market to buy this firearm or happen

22  to stumble across it?

23         A    That one I was looking for.

24         Q    Did you shop competitively for this



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                           December 15, 2010

110

1      Q     You decided you had to have it?

2      A     Yes.

3      Q     How did you go about selecting Outdoor

4   World?

5      A     I had to go outside the city limits.

6      Q     That's the only place you looked at for

7   this weapon?

8      A     Yeah.  It's kind of a proprietary item

9   that you don't get discounts.  They're not priced

10  down.  You are going to pay for it one way or the

11  other.  So I went out there.

12     Q     So why did you select Bass Pro Shops

13  Outdoor World?

14     A     I been there a whole bunch of times.

15     Q     How often do you go out there?

16     A     Three, four times a year.  I am a

17  fisherman.  I hate fish.  My wife likes to fish.

18     Q     That's why you selected them, you have

19  been there before?

20     A     Yes.  It's very entertaining, too.

21     Q     In what way?

22     A     They have a big aquarium in the middle.

23     Q     Did you have any problems getting up to

24  Gurnee to buy the firearm?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI

1      A      Just traffic.

2      Q      Did you look and see if you could have

3   purchased this firearm at a location closer to

4   Chicago?

5      A      I couldn't find one closer to Chicago.

6      Q      That carry this weapon?

7      A      Yeah.

8      Q      But there are firearm stores close to

9   Chicago than the one in Gurnee?

10      A      The only one I could actually tell you is

11   Dick's Sporting Goods.  That's the closest to my

12   house.  They don't carry these kind of things.

13      Q      I note, turning back to Page 9, I note

14   that in the middle of the page where it says, is the

15   firearm, and there are three boxes, modified,

16   antique, or inoperable.  None of those boxes are

17   checked there.  If you look above to the Remington

18   710, the word inoperable is checked there.

19              Why isn't one of the boxes checked

20   for the Springfield Armory XD40?

21      A      Since they rescinded the handgun law in

22   Chicago, I use this as my personal weapon.  That's

23   it.

24      Q      So this is a firearm that is operable and



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                          December 15, 2010

                                                            112

1     located within your home?

2          A     Yes.

3          Q     Is this the only weapon you have that is

4     operable in your home?

5          A     Yes.

6               MR. PANUCCIO:  May I clarify?  Registered

7          to him?

8               MR. AGUIAR:  I was going to go there.

9     BY MR. AGUIAR:

10         Q     Do you know whether your wife has obtained

11    a CFP?

12         A     Yeah, she does.

13         Q     Do you know whether your wife has

14    registered firearms with the City of Chicago?

15         A     The one, yeah, the Makarov.

16         Q     She has?

17         A     Yes.

18         Q     Does she have an operable firearm in the

19    house as well?

20         A     No.

21         Q     She does not?

22         A     No.

23         Q     So her firearm is not operable?

24         A     No.



Toll Free: 800.708.8087
Facsimile: 312.673.8138

ESQUIRE
an Alexander Gallo Company

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

December 15, 2010

KENNETH PACHOLSKI

120

1      that.

2           A      It doesn't look like my house, but it has

3      to be it.

4           Q      Let's talk about your home and its layout

5      and how it's situated.

6                  Am I correct the front of your

7      house -- does the front of your house face Jerome

8      Street?

9           A      Yes.

10          Q      And does your property extend from Jerome

11     to --

12          A      This is another alley.

13          Q      So the top line on the diagram is an

14     alley?

15          A      Yes.

16          Q      Okay.

17          A      Our garage is somewhere hidden with all

18     our trees.

19          Q      Does the front of your house face Jerome

20     Street?

21          A      Yes.

22          Q      The back faces an alley.

23                 Do you know where your property line

24     extends to in the front?



**ESQUIRE**

an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI

December 15, 2010

121

1    A    If I remember correctly, the front of our

2    property line literally is the sidewalk and I can't

3    see it here, but it must be like right along here

4    because our trees are right here.

5         I understand that this is a -- what

6    do they call it, we don't own it.  It's owned by the

7    City.  Do you know what I am talking about?

8              MR. PANUCCIO:  An easement?

9              THE WITNESS:  An easement.

10   BY MR. AGUIAR:

11   Q    So your property line extends up to the

12   boundary of the sidewalk but no further?

13   A    Exactly, even though we maintain that

14   front of the property.

15   Q    Okay.  And is the same true in the back

16   that your property line extends to the alley?

17   A    That we definitely own all the way to the

18   back.

19   Q    To the alley?

20   A    Yes.

21   Q    We talked about the garage a second ago.

22   Is the garage located between your home and the

23   alley?

24   A    Yeah.



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI

December 15, 2010

122

1    Q    To the north?

2    A    It's somewhere right here.

3    Q    Would you mark with a G where you think

4    the garage is approximately?

5    A    I can't see it right now.  I can't tell.

6    Q    Just approximately?

7    A    Probably right here.

8    Q    Okay.

9    A    Because we walk out the back.

10   Q    Does the garage open up on to the alley?

11   A    Yes.

12   Q    Is it right on the lot line of the alley?

13   A    Yes, I think so.  Yeah.

14   Q    Does the garage take up all your -- does

15   it extend the entire length of the alley?

16   A    No.

17   Q    It doesn't?

18   A    No.  It's a two-and-a-half car garage

19   though.  It's huge.  Our lot is -- we have a lot

20   plus, like a lot and a half.  It was built many

21   years ago.  60 years ago.

22   Q    So the garage does not extend the length

23   of the alley?

24   A    No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

125

1        A       I would think so.  That is just a guess.
2   I am sorry.  I am bad at short distances.

3        Q       I understand.  But you think it's about
4   50 feet from your house to the garage?

5        A       Yes.

6        Q       Now, here's a silly question.

7                What is your garage used for?

8        A       A garage.

9        Q       Do you store your cars in there?

10       A       Yes, we do.

11       Q       Do you store anything else in there?

12       A       Well, I am in the aircraft restoration
13  business, so I have a whole bunch of airplane parts
14  in there, too.  So law furniture, things like that.
15  That is it.

16       Q       Is it safe to say nobody lives in your
17  garage?

18       A       I haven't seen anybody recently, I'll tell
19  you that, but I don't think so.

20       Q       How often do you use the garage?

21       A       Every day.

22       Q       Is that just to access your cars?

23       A       Yes, mostly.  Yeah.  Or my equipment, yes.

24       Q       So you are in there every day?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

129

```
 1        A    Kind of.  There's an overhang.  So, yeah,
 2   I would say it's enclosed really.
 3        Q    Does it have walls?  Like traditional
 4   walls?
 5        A    No, it's just railings.
 6        Q    Just like a deck?
 7        A    Yes.
 8        Q    Is it a one-floor deck?
 9        A    Well, it's like four or five steps up to
10   get to it, yeah.
11        Q    How far from the deck is it to the garage?
12   Is that the 50 feet you are talking about?
13        A    Yeah.
14        Q    So 50 feet you go from the edge of your
15   deck to the --
16        A    Yes, I think so, yeah.
17        Q    Is the door located on the back deck, the
18   door to the house?
19        A    Yes.
20        Q    Let's move to the front of the house.
21             Does the front of your house happen
22   to have a porch or deck on it?
23        A    It's got cement stairs.  That's it.
24        Q    Is it like a landing that goes up?
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI

1     A   It comes up.  It's about four stairs, too.

2  You always have to climb up a little bit.

3     Q   But there's no place to put like lawn

4  furniture and sit in open air?

5     A   No.

6     Q   Or enclosed porch?

7     A   No.  It's not enclosed.

8     Q   Okay.  About how many feet would you say

9  it's from the front of your house to the edge of

10  your property line to the sidewalk?

11     A   Probably about 30 feet.

12     Q   Okay.  Do you know how wide the lot is?

13     A   I don't know.  I am sure if I looked at

14  the plans, I would -- I have to look at it real

15  quick.  We did an addition on this thing, and it has

16  to be -- I know it's a lot and a half.  I don't know

17  what a lot is even.  So I think a lot is 25 feet in

18  Chicago.  So it's probably 30 or 40 feet wide.

19     Q   Okay.  You said you did an addition to

20  your home?

21     A   Uh-huh.

22     Q   What did you add to your home?

23     A   Brand new kitchen, brand new bedroom, and

24  we put a deck on top of the house on the left side.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

138

1        A     Yes.

2        Q     You are familiar with a trigger lock?

3        A     Yes.

4        Q     Would you explain what a trigger lock is?

5             MR. PANUCCIO:  Well, I would object to the

6        extent the witness cannot define a trigger lock

7        by law.  He cannot give a legal conclusion.

8             MR. AGUIAR:  I understand.  What he

9        understands a trigger lock to be.

10            THE WITNESS:  The ones I use are two-piece

11       shells.  You have to push them together and you

12       have to have a key.  All my trigger locks have

13       the same key.

14   BY MR. AGUIAR:

15       Q     So do you install the trigger lock on your

16   firearms?

17       A     Uh-huh.

18       Q     Do guns come made with a trigger lock?

19       A     No.

20       Q     It's something the owner does for the

21   firearm?

22       A     I had to buy them, yes.

23       Q     How long does it take you to affix a

24   trigger lock to a firearm?



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                          December 15, 2010

139

1        A       Probably about eight, ten seconds.  Not a
2    big procedure.
3        Q       How long does it take you to undo a
4    trigger lock?
5        A       About the same amount of time.
6        Q       Eight to ten seconds?
7        A       Yes.
8        Q       You said all your firearms have the same
9    key?
10       A       Yes.
11       Q       Where do you keep that key?
12       A       I have like a -- I don't want to say where
13   it's at.
14               MR. PANUCCIO:  Can we go off the record?
15               MR. AGUIAR:  Sure.
16                       (Discussion off the record.)
17   BY MR. AGUIAR:
18       Q       Back on the record.
19               Mr. Panuccio raised with me the
20   concern that the witness is now testifying to
21   details of his home and the manner in which weapons
22   are stored within his home, and was concerned that
23   information could be sensitive and if used in a
24   public filing, could give someone of the wrong



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

140

1    nature an opportunity to do something inappropriate.

2                    So Mr. Panucci and I spoke off the

3    record.  I think we're in agreement.  The

4    conversation with has to do with the witness's home

5    and the manner in which the weapons are maintained

6    in his home will not be used in a public filing

7    without getting either filing under seal or getting

8    permission of the party first.

9                MR. PANUCCIO:  I might also add details

10          like the fact the alarm system is not monitored

11          or what the witness called a Jerry rigged way.

12                MR. AGUIAR:  Anything to do with the home

13          we talked about today, we would, if we were to

14          want to use that in a filing with the Court, we

15          would file it under seal.

16                MR. PANUCCIO:  I ask for the same

17          agreement with the other witnesses.  I know you

18          have to check with your colleague.

19                MR. AGUIAR:  I can't imagine that would be

20          a problem.

21                MR. PANUCCIO:  Thank you.

22    BY MR. AGUIAR:

23          Q    Do you carry it on your person?

24          A    I am almost sure I do, yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

142

1          MR. PANUCCIO:  Let Mr. Aguiar and I talk

2      about that at the next break.  We'll proceed

3      with the questioning.

4  BY MR. AGUIAR:

5      Q    That's for another day.

6                My question is in terms of if you

7  could under the law access one of these weapons,

8  which is secured by a trigger lock, would you be

9  able to undo the trigger lock in a quick and easy

10 manner?

11     A    Not quick, no.

12     Q    Why not quick?

13     A    Because I don't keep the keys close to the

14 guns.  So it's very difficult really.

15     Q    Okay.  You said you do carry one on you,

16 though, one of the keys on you?

17     A    It's on -- in my key chain, yeah.

18     Q    If you had your key chain with you and

19 went to access one of the firearms with a trigger

20 lock, would you be able to undo the trigger lock in

21 an expeditious manner?

22     A    Well, yeah.  But here's the other problem

23 is I don't leave the guns loaded or anything.  So I

24 have to go and get ammunition, I mean, it's a



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

155

1   firearm within the home by someone fully licensed

2   under the ordinance to possess a firearm.

3            That provision requires that any

4   other firearm is suppose to be disassembled or

5   otherwise have a trigger lock or mechanism designed

6   to render the firearm temporarily inoperable.

7            Do you believe that this provision of

8   the ordinance impacts your Second Amendment rights?

9        MR. PANUCCIO:  Objection, calls for a

10       legal conclusion.

11       THE WITNESS:  Yes.

12       MR. AGUIAR:  I am asking if he believes it

13       impacts his rights.

14  BY MR. AGUIAR:

15       Q    Do you believe it does?

16       A    Yes, it does.

17       Q    Would you explain why it impacts your

18  rights.

19       A    What if I am not in the area where I have

20  the one operable firearm, I am sorry, I might be in

21  the basement, my firearm is upstairs.  Somebody is

22  breaking into my house and may harm my family.  I

23  have a problem with that.  Yes.

24            We're so careful the way we handle



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                           December 15, 2010

156

1    our firearms, that I'd like to have one in each part

2    of the house sometimes, concealed or locked, even

3    with a trigger lock that is not a problem, but I

4    don't like that idea.  I am sorry.  There should be,

5    I think, it's perfectly fine to have more than one

6    firearm in the house.

7         Q    Any other way you believe it impacts your

8    Second Amendment rights?

9         A    Right.

10        Q    How so?

11        A    I should be able to have more than one

12   firearm in the house.

13        Q    Any other reason?

14        A    That's the only thing I could think of.  I

15   am thinking about defense.  That's the only reason I

16   have -- I have a handgun.

17        Q    I believe you testified earlier your wife,

18   Ms. Tyler, has a valid CFP?

19        A    Yes.

20        Q    She has registered a firearm with the City

21   of Chicago?

22        A    Yes.

23        Q    But that weapon is not kept operable in

24   the home?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                   December 15, 2010

171

1       A     You betcha.

2       Q     Articulate why you believe that to be so.

3       A     I have heard of cases where people are

4  just killed on a moments notice.  It could take

5  three seconds.  That's it.

6       Q     So the eight to ten seconds it takes to

7  undo the trigger lock, you believe would make a

8  difference?

9       A     Yes.

10      Q     This is based on what?

11      A     Just stories I heard.

12      Q     You haven't read any studies or anything

13  which talk about that amount of time being true?

14      A     No, but all this stuff that I had to go

15  through with my instruction and everything, it

16  sounded like it's critical.  Time is critical.

17      Q     Instruction where?

18      A     For my concealed carry course, my Chicago

19  course, and my other firearm courses that I took.

20      Q     You were instructed time is of the

21  essence?

22      A     Well, it's not really of the essence as

23  much as you got to have your head together and kind

24  of make sure you are doing the right thing.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI

December 15, 2010

174

1    from carrying around your home if you so chose that
2    one firearm that you are allowed to have in an
3    operable condition?
4        A    Yes.
5        Q    What part of this ordinance do you think
6    does not allow you to do that?
7        A    I can carry one.  That's what you are
8    saying?
9        Q    Under this provision you can carry one
10   firearm around your home in an operable condition?
11       A    So I can't have a gun in -- I can't have
12   more than one gun operable per person.  My gun, my
13   wife's gun who carries the CFP, so that's all I can
14   do.  So I have to obtain that gun, I have to find
15   where it's at.  I have to go to the wall or go to
16   the safe or go to the other part, that's what you
17   are saying.  You are saying I am not going to carry
18   the gun around the house with me constantly?
19       Q    What I am trying to ask you is, let's say
20   for example you are in love with that one gun.  You
21   can't imagine not having it at your side 24/7 when
22   you are in your home.  You want it strapped to your
23   side when you are in your house, fully loaded, no
24   trigger lock, ready to go at a moments notice.



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

175

1              Does anything in this ordinance

2    prevent you from doing that that you believe?

3         A    It doesn't really.  But I'll tell you

4    what, it's prohibitive.

5         Q    My question was, does it prohibit you from

6    doing it.  You said, no.  Am I correct?

7         A    Yes.

8         Q    So you could, if you wanted to, I believe

9    you testified earlier on those nights when you have

10   to leave the bedroom, you carry the gun down to the

11   basement, correct?

12        A    Correct.

13        Q    So you carry it with you, you are not

14   violating the ordinance, you can do that.  The

15   ordinance doesn't say you have to keep it in one

16   location.  You can have it anywhere in the house you

17   want it, correct?  You could have it on your person?

18        A    Correct.  But here's the other thing.

19        Q    I am asking the questions.  I don't mean

20   to shut you off.

21             MR. PANUCCIO:  If he has a correction or

22        qualification, I think he should be able to put

23        it on the record.

24             MR. AGUIAR:  He answered the question that



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

                                                              193

1       Q      How often would you use it?

2       A      Twice a week.  If you are going to use

3   them, use them.

4       Q      If you could flip back to Exhibit No. 1

5   and ask you to look at Page 25.  At the bottom of

6   Page 25, you respond to a interrogatory from the

7   City where we asked you to identify all the

8   firearms, shooting ranges, stores that sell firearms

9   or other vendors you visited.  In your list, Maxin

10  Shooters in DesPlaines, JG Sales over the internet,

11  Bass Pro Shops in Gurnee, Gat Guns in Dundee, Dick's

12  Sporting Goods in Niles and the Adventure Store in

13  Waukegan.  I'd like to talk first about Maxins.  We

14  may have already covered a list, so I apologize for

15  going over something we already talked about.

16                How many times have you been to

17  Maxins?

18          MR. PANUCCIO:  Have you had a chance to

19      read through it?

20          THE WITNESS:  Yeah.

21  BY MR. AGUIAR:

22      Q      How many times have you been to Maxins?

23      A      I can't tell you.  It's been numerous

24  times, though.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

194

1    Q    How many times do you go a year?

2    A    I can't even tell you that.  Because

3  sometimes it might be like six or eight or ten

4  times, sometimes it might be two.  Depends on my

5  wife's schedule, my wife schedules her vacations.

6    Q    You testified they know you there?

7    A    Yes.

8    Q    Would you consider yourself to be a

9  frequent customer?

10   A    Yeah, mostly for the shooting range more

11 than buying guns there.

12   Q    So you use the shooting range there?

13   A    Yes, and I buy my ammo there.

14   Q    You buy all your ammunition at Maxins?

15   A    Most of the time, yeah, it's probably

16 them.

17   Q    How often do you buy ammunition?

18   A    It depends how much I shoot.  If I am

19 shooting, yeah.  Otherwise, no.  I always make sure,

20 I only have ammunition for the guns that I have so I

21 always carry something in case I go out shooting.  I

22 don't know how much I have, though, to be honest

23 about it.

24   Q    For the 18 firearms you posses in your



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI

December 15, 2010

199

1    Q    You talked about you have been to Dick's

2    Sporting Goods in Niles?

3    A    Yes.

4    Q    How close is Dick's Sporting Goods to your

5    home, do you know?

6    A    About 25 minutes away.

7    Q    How often do you go to Dick's?

8    A    Quite frequently.  That one I go about

9    eight, ten times a year, not just for -- actually

10   hardly ever for guns or anything like that.

11            It's mostly for fishing equipment and

12   clothing for the winter and stuff like that.

13   Q    Again, to get to Dick's, do you drive?

14   A    Yes.

15   Q    Any difficulties getting there?

16   A    Traffic.

17   Q    Anything else?

18   A    That's it.

19   Q    Do you know if Dick's has a firing range?

20   A    No, they don't know.

21   Q    You know that?

22   A    That I know for sure, yeah.

23   Q    You mentioned the Adventure Store in

24   Waukegan?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI

December 15, 2010

200

1    A    Yeah.

2    Q    How often do you go to the Adventure

3 Store?

4    A    I haven't been there in years.

5    Q    When is the last time you were there?

6    A    Three, four years ago, I think.

7    Q    How often did you go to that store when

8 you were going?

9    A    Just a couple of times.  I have only been

10 there three or four times at the most.

11   Q    Total?

12   A    Yeah.  They got gnarly people there, too.

13   Q    Is that why you don't go there?

14   A    No.  It's quite a group.

15   Q    Do you know if the Adventure Store has a

16 firing range?

17   A    No.

18   Q    You know it doesn't?

19   A    I know, yeah.

20   Q    How do you get to the Adventure Store?

21   A    Drive.

22   Q    Again, any difficulties getting out there?

23   A    Just traffic.

24   Q    Do you know if any of these places we just



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI

December 15, 2010

215

1          A      No.

2          Q      Have you been cited for violating any of

3      its provisions?

4          A      No.

5          Q      Have you been prosecuted for violating any

6      of the ordinance?

7          A      No.

8          Q      Were you ever arrested under the City's

9      prior gun ordinance for violating it?

10         A      No.

11         Q      Ever cited under the City's ordinance for

12     violating it?

13         A      No.

14         Q      Ever prosecuted for violating the City's

15     ordinance?

16         A      No.

17         Q      And has the current ordinance ever

18     restricted or restrained you from exercising

19     self-defense in response to an actual or perceived

20     threat?

21         A      Yes.

22         Q      When was that?

23         A      Well, I should not say what you just said,

24     but the idea of it is, once again, I can't go in my



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

219

1    STATE OF ILLINOIS )

2                      ) SS:

3    COUNTY OF C O O K )

4            I, STACEY JOHN, a Notary Public within and for

5    the County of Cook, State of Illinois, and a Certified

6    Shorthand Reporter of said State, do hereby certify:

7            That previous to the commencement of the

8    examination of the witness, the witness was duly sworn to

9    testify the whole truth concerning the matters herein;

10           That the foregoing deposition transcript was

11   reported stenographically by me, was thereafter reduced to

12   typewriting under my personal direction and constitutes a

13   true record of the testimony given and the proceedings had;

14           That the said deposition was taken before me at

15   the time and place specified;

16           That I am not a relative or employee or attorney

17   or counsel, nor a relative or employee of such attorney or

18   counsel for any of the parties hereto, nor interested

19   directly or indirectly in the outcome of this action.

20           IN WITNESS WHEREOF, I do hereunto set my

21

22

23

24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

220

1    hand and affix my seal of office at Chicago, Illinois

2    this 13th day of January, 2011.

3                                _Stacey John_

4    _____

5                    Notary Public, Cook County, Illinois.

6

7    C.S.R. Certificate No. 84-003560.

8

9

10                    ╔═══════════════════════════╗
                      ║      OFFICIAL SEAL        ║
11                    ║      STACEY JOHN          ║
                      ║ NOTARY PUBLIC-STATE OF ILLINOIS ║
                      ║ MY COMMISSION EXPIRES:03/23/11 ║
12                    ╚═══════════════════════════╝

13

14

15

16

17

18

19

20

21

22

23

24



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com