# Exhibit 32



PLKPKT 000038

P.03
Thank you for ordering Cabela's Inc. - 00201237313 (>CBFK269382<) at.net Mail    Page 1 of 1

# YAHOO! MAIL

**Thank you for ordering Cabela's Inc. - 00201237313 (>CBFK269382<)**    Sunday, September 26, 2010 5:45 PM

**From:** "orders@cabelas.com" <orders@cabelas.com>
**To:** KTKP2620@SBCGLOBAL.NET



## Cabela's WORLD'S FOREMOST OUTFITTER.
### HUNTING • FISHING • OUTDOOR GEAR

Thank you for your recent order. We appreciate your shopping at Cabelas.com and hope that you had an enjoyable shopping experience. You will receive another e-mail at the time your order ships.

**Products Ordered**
1 of 22-9197 FRANZEN KEYED TRIGGER LOCKS TWELVE PACK @ $69.99 each
In stock-Approx delivery Tue 10/05

**Total**
Merchandise = $69.99
Postage = $10.95
Tax = $4.37
ORDER TOTAL = $85.31

**Payment Types To Be Used On This Order**

Credit Card – VISA 9184 = $85.31

These amounts reflect the charges and payment type(s) for the order as it was originally placed. Items may arrive in more than one shipment and charges may show as multiple transactions on your credit card statement.

For further assistance, please contact our **Customer Service Department.** Phone: (800) 237-8888 FAX: (308) 254-6745 or E-Mail: customer.service@cabelas.com.

Get the best deals, exclusive sales and sneak previews of new products with our FREE e-mail newsletter. Sign up is quick and easy from the following link.
http://www.cabelas.com/cabelas/en/templates/registration/newsletter-home.jsp

As the World's Foremost Outfitter, Cabela's has everything you need for hunting, fishing, camping and the great outdoors. Visit http://www.cabelas.com for our incredible selection.
Customer: 24805650-00201237313 Order Date: 9/26/10 (>CBFK269382<)

**PLKTKP 000056**

**Franzen International, Inc.**
40 Edison Ave.
Oakland, NJ 07436 US
Phone:800-405-2298 • Fax:201-405-1963
E-Mail: franzen@franzenint.com • Web site: www.franzenint.com

**Franzen Security Pruducts, Inc.**
680 Flinn Avenue,
Suite 35,
Moorpark, CA 93021
Phone:800-922-7656 • Fax:805-529-0446
E-Mail: franzen@franzenint.com • Web site: www.securecase.com

All Categories > Firearm Locks > Franzen Security: Keyed Trigger Lock > Item # 11129

### Item # 11129, Franzen Security: Keyed Trigger Lock

The Keyed Trigger Lock Used by Numerous Federal, FBI, and Local Law Enforcements agencies.

- Adjustable width
- Hardened alloy
- Soft rubber pads protect gun's finish
- Reversible key for easy access
- Universal fit: handguns, rifles and shotguns
- Quick, easy release
- Over 120 key changes available
- Complies with applicable laws
- Keyed alike available



larger image



larger image

Material: · Compatibility: · Qualifications: · Additional Warnings!

**Material:**

High quality zinc die cast construction with nickel plated finish or black powder coating. Soft rubber gaskets on both sides of the lock protect gun finish and enable a tight fit. Key is reversible, to allow for quick access and easier nighttime operation. The key cylinder is made by Franzen International, a company renowned for manufacturing outstanding locks, and the forerunner in design and construction of locking devices for decades. There are 120 possible key changes, more than any other keyed trigger lock, to intensify the safety aspects of this product.

PLKTKP 000057

# Exhibit 33

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, | ) ) ) ) ) | No. 10 CV 4184 |
| Plaintiffs, | ) ) ) | Judge Edmond E. Chang |
| v. | ) ) ) | Magistrate Judge Geraldine Soat Brown |
| THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, | ) ) ) | |
| Defendants. | ) ) | |

### STIPULATION

Plaintiffs Illinois Association of Firearms Retailers, Kenneth Pacholski, Kathryn Tyler, and Michael Hall (collectively, "Plaintiffs"), by their attorneys David H. Thompson and Peter A. Patterson, COOPER & KIRK, PLLC, and Defendants City of Chicago and Richard M. Daley (collectively, "Defendants"), by their attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, hereby stipulate to the following:

1.    The retail stores that sell firearms and the firearms ranges listed in the attached Exhibit A are located at the addresses included therein.

2.    The retail stores that sell firearms and the firearm ranges in Exhibit A are within 50 miles from the City of Chicago.

3.    The retail stores that sell firearms and the firearms ranges in Exhibit A are open to the public.

1

_____

One of the attorneys for Plaintiffs

Dated: 6/3/2011

_____

One of the attorneys for the City of Chicago

Dated: 6/3/2011

2

## Gun Stores

### Stores Within 6 Miles

Chuck's Gun Shop
14310 S Indiana Ave
Riverdale, IL 60827

Shore Galleries
3318 W Devon Ave
Lincolnwood, IL 60712

Dick's Sporting Goods
5601 Touhy Ave
Niles, IL 60714

Sporting Arms & Supply
14216 S Western Ave
Posen, IL 60469

Illinois Gun Works
7229 W Grand
Elmwood Park, IL 60707

Suburban Sporting Goods
2306 W North Ave
Melrose Park, IL 60160

### Stores 7 to 25 Miles

Blythe's Sport Shop
138 N Broad St
Griffith, IN 46319

The Gun Doctor
1050 W Lake St
Roselle, IL 60172

Cabela's
7700 Cabela Dr
Hammond, IN 46324

Illinois Secure Firearm Sale & Transfer
39 W Wrightwood Ave
Glendale Heights, IL 60139

Cliff's Guns and Surplus
501 Pennsylvania Ave
Glen Ellyn, IL 60137

Jack's Loan Office
1608 Broadway
Gary, IN 46407

Dick's Sporting Goods
810 E Butterfield Road
Lombard, IL 60148

M&M Firearms
1047 S Ridge
Arlington Heights, IL 60005

Dick's Sporting Goods
328 W Army Trail Road
Bloomingdale, IL 60108

Maxon Shooters Supplies
1226 Rand Road
Des Plaines, IL 60016

Dick's Sporting Goods
10251 S. Indianapolis Blvd
Highland, IN 46322

Midwest Sporting Goods
8565 Plainfield Road
Lyons, IL 60534

Dick's Sporting Goods
401 E Palatine Road
Arlington Heights, IL 60004

Pelcher's Shooter's Supply
18149 Henry St
Lansing, IL 60438

Dick's Sporting Goods
7370 W 191st St
Tinley Park, IL 60477

Dick's Sporting Goods
601 N Martingale
Schaumburg, IL 60173

Freddie Bear Sports
17250 Oak Park Ave
Tinley Park, IL 60477

Friendship Trade Co.
9220 Ogden Ave
Brookfield, IL 60513

Glenwood Gun and Pistol
Range
135 E Main St
Glenwood, IL 60425

Phil's Village Sports Center
1731 E Central Rd
Arlington Heights, IL 60005

Trout & Grouse
840 Willow Road
Northbrook, IL 60062

Wal-Mart
1555 US Hwy 41
Schererville, IN 46375

Westforth Sports
4704 Roosevelt St
Gary, IN 46408

## Stores 26 to 50 Miles

1st Class Firearms
2453 Sheridan Rd
Zion, IL 60009

Bass Pro Shops
6112 Grand Ave
Gurnee, IL 60031

Cabela's
5225 Prairie Stone Pkwy
Hoffman Estates, IL 60192

D & J Guns
116 W Route 120
Lakemoor, IL 60051

Dick's Sporting Goods
2255 Southlake Mall Rd
Merrillville, IN 46410

Dick's Sporting Goods
21830 W Long Grove Rd
Deer Park, IL 60010

Hobart Lumber True Value
630 S Main St
Hobart, IN 46342

HP Shooting Center
2908 W Route 120
McHenry, IL 60051

JR Shooting Sports
519 N Oakhurst Dr
Aurora, IL 60502

Mega Sports
16001 S Lincoln Hwy
Plainfield, IL 60586

The Outdoorsman Sports Shop
221 Sheridan Rd
Winthrop Harbor, IL 60096

Popovich Sporting Arms
744 Indiana Ave
Beecher, IL 60401

Freedom Arms Sport Shop
1512 E North St
Crown Point, IN 46307

GAT Guns
14N915 Rt 25
Dundee, IL 60118

Gander Mountain
1630 Southlake Mall Rd
Merrillville, IN 46410

Rinks Gun & Sport
14363 S Archer Ave
Lockport, IL 60440

Schrank's Smoke'n Gun
2010 Washington St
Waukegan, IL 60085

## GUN RANGES

### Ranges Within 5 Miles

1. Chuck's Gun Shop
   14310 Indiana Ave
   Riverdale, IL  60827

2. Sporting Arms & Supply,
   Inc.
   14216 S Western Ave
   Posen, IL 60469

3. Illinois Gun Works
   7229 W Grand
   Elmwood Park, IL 60707

### Ranges 6 to 25 Miles

4. Maxon Shooters Supplies,
   Inc.
   1226 Rand Road
   Des Plaines, IL  60016

5. Midwest Guns
   8565 Plainfield Rd
   Lyons, IL  60534

6. Glenwood Gun and Pistol Range
   135 E Main St.
   Glenwood, IL 60425

### Ranges 26 - 49 Miles

7. H.P. Shooting Center, Inc.
   2908 West Route120
   McHenry, IL 60050

8. Mega Sports
   16001 Lincoln HWY
   Plainfield, IL 60586

9. The Outdoorsman Sports Shop
   221 Sheridan Road
   Winthrop Harbor, IL 60096

10. Rink's Gun & Sport
    14363 Archer Ave
    Lockport, IL 60441

11. J.R. Shooting Sports, Inc.
    519 N. Oakhurst Dr
    Aurora, IL 60502

12. G.A.T. Guns
    14N915 IL Route 25
    Dundee, IL 60118

13. Bass Pro Shops No. 003
    6112 Grand Ave
    Gurnee, IL 60031

# Exhibit 34



**GUN RANGES & GUN SHOPS NEAR CHICAGO**
**2012**

**Legend**

● GUN SHOPS

● GUN RANGES

□ CHICAGO

| NAME | CITY |
| --- | --- |
| 1 Chuck's Gun Shop | Riverdale |
| 2 Maxon Shooters Supplies, Inc | Des Plaines |
| 3 Illinois Gun Works | Elmwood Park |
| 4 Glenwood Guns and Pistol Range | Glenwood |
| 5 Midwest Guns | Lyons |
| 6 Sporting Arms & Supply, Inc | Posen |
| 7 H.P. Shooting Center, Inc. | McHenry |
| 8 Mega Sports, Inc | Plainfield |
| 9 The Outdoorsman Sport Shop | Winthrop Hr. |
| 10 Rink's Gun & Sport | Lockport |
| 11 J.R. Shooting Sports | Aurora |
| 12 G.A.T. Guns | Dundee |
| 13 Bass Pro Shops No. 003 | Gurnee |

| ID | Name | City |
| --- | --- | --- |
| 1 | 1st Class Firearms | Zion |
| 2 | Bass Pro Shops | Gurnee, |
| 3 | Blythe's Sport Shop | Griffith |
| 4 | Cabela's | Hoffman Estates |
| 5 | Cabela's | Hammond |
| 6 | Cash Indiana, Inc | Lake Station |
| 7 | Chuck's Gun Shop | Riverdale |
| 8 | Cliffs Guns and Surplus | Glen Ellyn |
| 9 | Dick's Sporting Goods | Schaumburg |
| 10 | Dick's Sporting Goods | Arlington Heights |
| 11 | Dick's Sporting Goods | Tinley Park |
| 12 | Dick's Sporting Goods | Niles |
| 13 | Dick's Sporting Goods | Highland, |
| 14 | Dick's Sporting Goods | Merrillville |
| 15 | Dick's Sporting Goods | Bloomingdale |
| 16 | Dick's Sporting Goods | Lombard |
| 17 | Dick's Sporting Goods | Deer Park |
| 18 | Fredbe Bear Sports | Tinley Park |
| 19 | Freedom Arms Sport Shop | Crown Point |
| 20 | Friendship Trade Co | Brookfield |
| 21 | Gander Mountain | Merrillville |
| 22 | GAT Guns | Dundee, Il |
| 23 | Glenwood Gun & Pistol Range | Glenwood |
| 24 | Hobart Lumber True Value | Hobart |
| 25 | HP Shooting Center | Mchenry, Il 60051 |
| 26 | Illinois Gun Works | Elmwood Park |
| 27 | Illinois Secure Firearm Sale & | Glendale Heights |
| 28 | Jack's Loan Office, Inc | Gary |
| 29 | JR Shooting Sports | Aurora |
| 30 | M&M Firearms | Arlington Heights |
| 31 | Maxon Shooters Supplies | Des Plaines |
| 32 | Mega Sports | Plainfield |
| 33 | Midwest Sporting Goods | Lyons |
| 34 | Patcher's Shooters Supply | Lansing |
| 35 | Phils Village Sports Center | Arlington Heights |
| 36 | Popovich Sporting Arms | Beecher |
| 37 | Rinks Gun & Sport | Lockport |
| 38 | Schrank's Smoke-n Gun | Waukegan |
| 39 | Snoe Caliibers | Lincolnwood |
| 40 | Sporting Arms & Supply | Posen |
| 41 | Suburban Sporting Goods | Melrose Park |
| 42 | The Gun Doctor | Roselle |
| 43 | The Outdoorsman Sports Shop | Winthrop Harbor |
| 44 | Trout & Grouse | Northbrook |
| 45 | Wal-Mart | Schererville |
| 46 | Westbeth Sports | Cary |

N
↑

©City of Chicago 2010
Richard M. Daley, Mayor

# Exhibit 35

John Riggio                                              March 24, 2011

```
                                              1
        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                EASTERN DIVISION


BRETT BENSON, et al.,          )
            Plaintiffs,        )
        vs.                    ) No. 10 CV 4184
CITY OF CHICAGO,               )
            Defendant.         )

        The deposition of JOHN RIGGIO, called
for examination, taken pursuant to the Federal Rules
of Civil Procedure of the United States District
Courts pertaining to the taking of depositions,
taken before JOY ISBELL, CSR No. 084-003616, a
Notary Public within and for the County of Cook,
State of Illinois, and a Certified Shorthand
Reporter of said state, at Suite 1020, 30 North
LaSalle Street, Chicago, Illinois, on the 24th day
of March, 2011, at 1:30 p.m.
```

```
                                              3
 1          (WHEREUPON, the witness was duly
 2      sworn.)
 3          JOHN RIGGIO
 4  called as a witness herein, having been first duly
 5  sworn, was examined and testified as follows:
 6          EXAMINATION
 7  BY MS. HIRSCH:
 8      Q.  Good afternoon.  Could you please state
 9  your name for the record.
10      A.  Sure.  John Riggio.
11      Q.  Mr. Riggio, my name is Rebecca Hirsch.
12  I'm an attorney with the City of Chicago.  And I am
13  taking your deposition today in the civil case
14  10 CV 4184.
15          Are you represented by counsel?
16      A.  Yes.
17      Q.  Okay.
18  MR. NICKL:  Fred Nickl; N-i-c-k-l.
19  MS. HIRSCH:  I'd also like the record to
20  reflect that Pete Patterson, attorney for
21  plaintiffs, is appearing telephonically by
22  agreement.
23  BY MS. HIRSCH:
24      Q.  Mr. Riggio, is it Riggio or "Rijio"?
```

```
                                              2
 1  PRESENT:
 2      COOPER & KIRK, PLLC,
 3      (1523 New Hampshire Avenue, NW,
 4      WASHINGTON, D.C. 20036
 5      202-220-9600), by:
 6      MR. PETER A. PATTERSON
 7          appeared telephonically on behalf of the
 8          plaintiffs;
 9      CORPORATION COUNSEL,
10      CITY OF CHICAGO,
11      (30 North LaSalle Street, Suite 1230,
12      Chicago, Illinois 60602-2580,
13      312-742-0260), by:
14      MS. REBECCA A. HIRSCH,
15      Assistant Corporation Counsel,
16          appeared on behalf of the defendant.
17      EDWARD W. WILLIAMS, LTD.,
18      (205 West Wacker Drive, Suite 1220,
19      Chicago, Illinois 60606,
20      312-335-9470), by:
21      MR. FRED NICKL,
22          appeared on behalf of the deponent.
23
24  REPORTED BY: JOY ISBELL, CSR #084-003616
```

```
                                              4
 1      A.  Riggio.
 2      Q.  Riggio.
 3      A.  Yes.
 4      Q.  Okay.  Have you ever been deposed before?
 5      A.  Yes, ma'am.
 6      Q.  Okay.  When was the last time you've been
 7  deposed?
 8      A.  I can't -- maybe eight, ten years ago.
 9      Q.  Okay.  So I'll just give you a couple of
10  little refreshers about the process.
11      A.  Okay.
12      Q.  I'm going to ask you questions, and I'm
13  going to try to be as clear as possible.  But that
14  doesn't always happen.  So if you don't understand
15  anything, just please ask me to repeat it or
16  rephrase it differently.
17      A.  Sure.
18      Q.  I'd ask that you answer verbally rather
19  than with nods or uh-huh so the court reporter can
20  take your answer down.
21          And if you need a break, feel free to say
22  that at any time.  I just would ask that you answer
23  a question if it's posed before taking a break; if I
24  have a question out there, answer it and then we'll
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

John Riggio                                                            March 24, 2011

9

1   yes.
2   Q.   So who owns Chuck's Guns?
3   A.   Who owns it?  You mean the stock you
4   talking about?
5   MR. NICKL:  Is Chuck's an assumed name maybe or
6   doing business as?
7   BY THE WITNESS:
8   A.   It's ERP, Incorporated doing business as
9   Chuck's Gun Shop.
10  BY MS. HIRSCH:
11  Q.   Okay.
12  A.   The name of the corporation.
13  Q.   And who's the owner of ERP?
14  A.   Patrice Riggio.
15  Q.   Is that your father?
16  A.   My wife.
17  Q.   Your wife.
18  A.   Yeah.
19  Q.   So in your many years of working IN
20  firearms retail, have you served in all aspects of
21  running the store, sales and managing or --
22  A.   Yes.
23  Q.   And can you briefly describe to me what
24  you do on a day-to-day basis as a secretary and

10

1   manager at Chuck's?
2   A.   Run the retail store and the range.  We
3   buy, sell, and trade firearms and all the other fun
4   stuff that goes together with a retail store.
5   Q.   And where is Chuck's located?
6   A.   14310 South Indiana, Riverdale, Illinois.
7   Q.   Are there any other locations?
8   A.   No.
9   Q.   How close to the city border is Chuck's?
10  A.   It's seven blocks south.
11  Q.   Seven blocks south.
12     And can you get there by public
13  transportation?
14  A.   Sure.
15  Q.   What type?
16  A.   Either the Metra train or the -- you
17  could -- if you took a CTA bus, you'd probably have
18  to walk about eight blocks.  Pace bus maybe four
19  blocks.
20  Q.   Okay.  So there's buses around, bus stops
21  around there?
22  A.   Yes, Chicago suburb system, sure.
23  Q.   And what are your hours of operation?
24  A.   Okay.  I'll give you a card that has

11

1   them.  Monday, Wednesday, and Friday, 10:00 a.m. to
2   8:00 p.m. Tuesday and Thursday from 10:00 to 5:00.
3   Saturday, 9:00 to 6:00.  And we're closed on
4   Sundays.  The range is open any time the store is
5   open.
6   Q.   That was my next question.
7     So the hours are exactly the same?
8   A.   The same, yes.
9   Q.   Okay.  And other than operating the gun
10  store and the range, do you provide any other
11  services?
12  A.   Well, we repair guns.
13  Q.   Do you do that in-house?
14  A.   Some in-house.  Some we have to send back
15  to the factory.
16  Q.   When you say "factory," is that the
17  dealer factory or --
18  A.   Manufacturer.  For example, if you
19  brought in a Smith & Wesson firearm and we couldn't
20  repair it, we'd send it to the factory, Smith &
21  Wesson, yeah.
22  Q.   And what types of firearms do you offer
23  for sale?
24  A.   Handguns, shotguns, and rifles.

12

1   Q.   And how many varieties of each, if you
2   can kind of explain to me a little bit just
3   generally.
4   A.   "Varieties," what do you mean?
5   Q.   This is not my area of guns, so forgive
6   me if I'm going to sound --
7   MR. NICKL:  Yeah, varieties of guns.
8   BY MS. HIRSCH:
9   Q.   I mean, you said Smith & Wesson, and
10  maybe I'm talking about the manufacturers.
11     But do you have several types of
12  handguns, several types of rifles?
13  A.   Well, there's two basic types of
14  handguns, revolvers and semiautomatics.
15  Q.   Okay.
16  A.   And we have a pretty large selection.
17  Q.   And do you provide both revolvers and
18  semiautomatics?
19  A.   Sure.
20  Q.   Okay.  That's what I'm asking.
21  A.   Yes.
22  Q.   And as far as rifles, are there many
23  types?
24  A.   Well, there's many types, yeah.  There's



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

John Riggio

March 24, 2011

13

1 semiautomatics, there's bolt action, single shot.
2 So there's a lot of different types.
3    Q.   Okay.  And are you able to provide -- you
4 know, offer these all for sale or --
5    A.   Yes.
6    Q.   -- are there some that you don't?
7    A.   Yes, we provide almost all of them, yes,
8 just about.
9    Q.   Okay.  Do you keep a stock of firearms on
10 the premises?
11    A.   Yes.
12    Q.   Okay.  And approximately how many
13 firearms do you usually keep?
14    A.   I didn't -- that number I didn't have.
15 But I do have a percentage of how many handguns and
16 long guns we sell.
17    Q.   Okay.
18    A.   87 percent handguns, 13 percent long
19 guns.  And long guns are defined as rifles and
20 shotguns.
21    Q.   And when someone walks through your door,
22 are they usually looking for a specific type of gun,
23 or they don't know and you -- do you have the
24 expertise to kind of help them with what they're

14

1 looking for?
2    A.   Well, typically we would ask them, number
3 one, do they have a current firearms owner's ID
4 card.  Now, if they never bought a firearm, they
5 wouldn't know what that is.  So we would help them
6 process that.  And that's through the state police
7 of course.  And that takes six to eight weeks to
8 get.  If they had their firearms card, then they
9 could handle a gun, and then we could actually put
10 one in their hand.  Without the firearms card, you
11 can't do --
12    Q.   They can't even put one in their hand?
13    A.   Yes.  That's the state law.
14        So if they have the firearms card, then
15 we would ask them, What did you want it for, home
16 defense, target shooting, or hunting?  Then they
17 would say one of those, and we would show them what
18 type.
19    Q.   Do you ever have someone come in the
20 store and want a specific type of gun that maybe you
21 don't have?
22        Are you able to order that for them?
23    A.   Sure, yeah.
24    Q.   On average how many customers come into

15

1 your store every day?
2        And I'm just talking about the store
3 right now.
4    A.   That I wouldn't have a number.  But I do
5 have the number of -- average number of firearms we
6 sold per month in those three months.
7    Q.   Okay.  That would be great.
8    A.   139.
9    Q.   139 is per month?
10    A.   Correct.
11    Q.   For the last three months?
12    A.   For the months that we talked about
13 earlier, October, November, December 2009.  Those
14 are the months that I took.
15    MR. NICKL:  '09 or 2010.
16    THE WITNESS:  '09.  Yeah.
17 BY MS. HIRSCH:
18    Q.   What months were those again?
19    A.   October, November, December 2009.
20    Q.   And the average was 139?
21    A.   139, yeah, out the door.  It didn't vary
22 much, but that was the average.
23    Q.   Is there a reason you picked those
24 months?

16

1    A.   Not really, no.
2    Q.   Okay.  I'd be really curious to know what
3 information you have that's more recent, because
4 that was before the --
5    A.   McDonald decision.
6    Q.   -- ordinance.  And that one was amended,
7 so I'm going to ask you some questions about that.
8 I don't know if you happen to know in the last year
9 what the average might be.
10    A.   No, I wouldn't.
11    MR. NICKL:  You can ask based on his experience
12 if it's fluctuated greatly up or down and set a base
13 line there.
14    MS. HIRSCH:  Yeah, I know.  I'm just trying to
15 figure out whether I need something more specific.
16 Okay.
17 BY THE WITNESS:
18    A.   One other thing you guys requested was
19 percentage of Chicago customers and non-Chicago
20 customers.  I have those three months:  53 percent
21 Chicago and 47 percent non-Chicago.
22 BY MS. HIRSCH:
23    Q.   For the same three months?
24    A.   Yep.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

John Riggio                                                March 24, 2011

25

1    But I'll just go and walk back there.
2       Q.   Okay. And if someone is coming in and --
3    you know, for the first time, does someone kind of
4    go back and show them?
5       A.   Yeah. Well, basically all you have to do
6    is clip the target on and hand crank it down.
7    That's all you have to do.
8       But we're more concerned about, you know,
9    how to operate the gun safely and the safety
10   procedures, you know. For example, if you got a
11   wide open shirt, we won't let you go back there
12   unless you button it to the top, because the empties
13   will go down your shirt and then that's hot and then
14   there goes the muzzle.
15      Q.   Has anyone ever been injured?
16      A.   No, no. But you have to stay on top of
17   that, you know.
18      Q.   Have you ever had any robberies or
19   break-ins?
20      A.   I had an attempted break-in a couple
21   years ago.
22      Q.   Couple years ago?
23      A.   Yeah.
24      Q.   But it was not successful?

26

1       A.   No. The alarm went off.
2       Q.   They went away or the police came?
3       A.   Yeah, gone, yeah.
4       Q.   And is that the only one you can recall?
5       A.   Yeah.
6       Q.   The 53 percent and the 47 percent numbers
7    you gave me, that was for customers for the gun
8    store -- for purchases of guns, I'm sorry?
9       A.   Purchases of -- yeah.
10      Q.   Okay. Do you have information about use
11   of the range regarding how many people --
12      A.   No.
13      Q.   -- are from Chicago?
14      Do you have a sign-in sheet or any --
15      A.   I have a sign-in sheet. Every 30 days I
16   just throw it out. I don't keep it. There's no law
17   that requires you to do it.
18      Q.   So you wouldn't know?
19      A.   No. I would imagine it would be very
20   similar to the sales, because they're the same
21   customers, so ...
22      Q.   Same customers?
23      A.   I would think it would be really close,
24   so ...

27

1       Q.   Okay. That's helpful.
2       A.   Those guys come in usually about twice a
3    week, Thursday -- usually Thursdays and Saturday
4    mornings with their group, their little group, that
5    group there (indicating). In fact they were there
6    this morning.
7       MR. NICKL: Maybe identify what you're pointing
8    at there.
9       THE WITNESS: I'm sorry.
10   BY MS. HIRSCH:
11      Q.   We'll get back to that. Let me just
12   ask a couple of more broad questions about training
13   classes, and then we'll get to this, and we'll be
14   close to done.
15      A.   Okay.
16      Q.   You're aware that Chicago requires -- in
17   order to get a CFP firearms permit, Chicago law
18   requires four hours of classroom training and one
19   hour of range training, right?
20      A.   Right.
21      Q.   Okay. Do you provide any of that
22   training at Chuck's?
23      A.   No.
24      Q.   No classroom training?

28

1       A.   No.
2       Q.   No one-hour range training?
3       A.   No.
4       Q.   Do you provide any training classes?
5       A.   No.
6       Q.   Okay. So at most you do some
7    individual -- someone walks in and says, I've never
8    handled a gun before. You'll show them the basics,
9    but --
10      A.   Right.
11      Q.   -- there's no actual classroom?
12      A.   No classroom, no.
13      Q.   Do you have any instructors on staff?
14      A.   No, not really, no.
15      Q.   What do you mean "not really"?
16      A.   No, I don't.
17      Q.   Okay.
18      A.   No.
19      MS. HIRSCH: No classes. Well, that cuts out a
20   lot of stuff.
21      (WHEREUPON, a certain document was
22      marked Hirsch Deposition Exhibit
23      No. 2, for identification, as of
24      3/24/11.)



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

John Riggio                                                    March 24, 2011

33

1    Q.  The ILAFR.
2    A.  Yeah, so --
3    Q.  An organization on paper?
4    A.  Yeah, I don't really, you know -- I don't
5    know if I'm a member or not really.
6    Q.  Do you know what they do?
7    A.  No, not really, no.
8    Q.  Okay.
9    A.  As much as you would.  I mean, it's on
10   their website, so ...
11   Q.  Have you ever thought about expanding and
12   opening another location?
13   A.  No.
14   Q.  If the city were to allow gun stores or
15   ranges within the city limits, is that something you
16   might be interested in?
17   A.  No.
18   Q.  Do you get enough business because you're
19   right next to the city then from --
20   A.  I don't know one way or the other.  I
21   wouldn't be interested in expanding though.
22   Q.  Okay.
23   A.  I got enough on my hands.
24   Q.  Okay.  Have you ever been audited by the

34

1    ATF?
2    A.  Sure.
3    Q.  Okay.  I'm not interested in specifics,
4    but just on average like how many times has
5    Chuck's --
6    A.  ERP, I believe twice.
7    Q.  Twice in how many years?
8    A.  I think since 2003.
9    Q.  When was the last -- the latest one?
10   A.  I think two years ago, maybe two and a
11   half, something like that.
12   MS. HIRSCH:  Okay.  Can we take a break.  Can
13   we go off the record just for a moment.
14   (WHEREUPON, a recess was had.)
15   MS. HIRSCH:  Back on the record.
16   BY MS. HIRSCH:
17   Q.  A couple of follow-up questions.
18   Do you do any advertising?
19   A.  Yes.
20   Q.  Print, media, can you tell me?
21   A.  Yes, the Donnelly book, the Yellow Pages,
22   suburban and Chicago.  And I think we do Cinco
23   Estrelles (phonetic), the Hispanic one.
24   Q.  A Hispanic --

35

1    A.  A Hispanic phone book, I'm sorry.
2    And then we do a little bit with the
3    internet with the Donnelly, the Dex, that search
4    engine.  That's pretty much it.
5    Q.  Okay.  And can you just give me an
6    overview of the safety protocols that you keep in
7    place for the guns that you do have on site?
8    A.  Regarding safety, what do you mean?
9    Q.  How do you store them?
10   A.  How do we store them at night?
11   Q.  Yes.
12   A.  In a locked case.
13   Q.  Okay.
14   A.  Glass case that's locked.  We have an
15   alarm system, so ...
16   Q.  Okay.  And when the store is open for
17   business, are they out of the case?
18   A.  No.  They're definitely in the case.  We
19   only show one gun at a time.
20   Q.  Okay.  Are they loaded?
21   A.  No.  Only ones that are loaded are the
22   ones in the range.
23   Q.  Okay.
24   A.  Yeah, so ...

36

1    MS. HIRSCH:  Okay.  Well, I don't have any more
2    questions.  Pete, do you have any questions?
3    MR. PATTERSON:  I don't have any questions.
4    MS. HIRSCH:  Do you have any follow-up?
5    MR. NICKL:  No, no.
6    THE WITNESS:  I can see the wheels spinning.
7    MS. HIRSCH:  Yeah, I know.  I think we had like
8    talked about reserving the right to like get some
9    backup documents for some of this in case we needed
10   it, and I don't think we are.  But I want to just
11   kind of keep it open just for that limited purpose.
12   MR. NICKL:  Okay.
13   MS. HIRSCH:  But just to cover my bases.
14   That's it.  Do you want to waive
15   signature or reserve?
16   MR. NICKL:  We'll waive, yeah.
17   MS. HIRSCH:  Thank you.
18   FURTHER DEPONENT SAITH NOT.
19
20
21
22
23
24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

John Riggio                                                         March 24, 2011

37

1  STATE OF ILLINOIS )
2                    ) SS:
3  COUNTY OF C O O K )
4       I, JOY ISBELL, a Notary Public within and for
5  the County of Cook, State of Illinois, and a
6  Certified Shorthand Reporter of said state, do
7  hereby certify:
8       That previous to the commencement of the
9  examination of the witness herein, the witness was
10 duly sworn to testify the whole truth concerning the
11 matters herein;
12      That the foregoing deposition transcript was
13 reported stenographically by me, was thereafter
14 transcribed under my personal direction and
15 constitutes a true, complete and correct record of
16 the testimony given and the proceedings had;
17      That the said deposition was taken before me
18 at the time and place specified;
19      That I am not a relative or employee or
20 attorney or counsel, nor a relative or employee of
21 such attorney or counsel for any of the parties
22 hereto, nor interested directly or indirectly in the
23 outcome of this action.
24

38

1       IN WITNESS WHEREOF, I do hereunto set my hand
2  this 8th day of April, 2011.
3
4
5
6
7       Notary Public,
8       Cook County, Illinois.
9       My commission expires 4/01/12
10
11 CSR No. 084-003616
12
13
14
15
16
17
18
19
20
21
22
23
24

39

1              I N D E X
2  WITNESS               EXAMINATION
3  JOHN RIGGIO
4    By Ms. Hirsch            3
5
6
7
8           E X H I B I T S
9  NUMBER                    PAGE
10 Riggio Exhibit No. 1        5
11 Riggio Exhibit No. 2       28
12
13
14
15
16
17
18
19
20
21
22
23
24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

# Exhibit 36

HENRY P. RUSH, III                    September 10, 2010

1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


RHONDA EZELL, et al.,           )

            Plaintiffs,      )

      vs.                       )  No. 10 CV 5135

CITY OF CHICAGO,                )  Judge Virginia M.

           Defendant.       )  Kendall


        The deposition of HENRY P. RUSH, III,
taken pursuant to the Federal Rules of Civil
Procedure of the United States District Courts
pertaining to the taking of depositions, taken
before JULIE A. CONROY, CSR No. 84-2251, a Notary
Public within and for the County of DuPage, State
of Illinois, and a Certified Shorthand Reporter of
said state, at Suite 1230, 30 North LaSalle Street,
Chicago, Illinois, on the 10th day of September,
A.D. 2010, commencing at 2:30 p.m.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

HENRY P. RUSH, III                    September 10, 2010

2

1   PRESENT:

2

3       LAW FIRM OF DAVID G. SIGALE, P.C.,

4       (Corporate West 1,

5       4300 Commerce Court, Suite 300-3,

6       Lisle, Illinois  60532,

7       630-452-4547), by:

8       MR. DAVID G. SIGALE,

9       dsigale@sigalelaw.com,

10          appeared on behalf of the Plaintiffs;

11

12      OFFICE OF THE CORPORATION COUNSEL,

13      CITY OF CHICAGO,

14      (30 North LaSalle Street, Suite 1230,

15      Chicago, Illinois  60602,

16      312-744-9018), by:

17      MS. REBECCA ALFERT HIRSCH,

18      rebecca.hirsch@cityofchicago.org,

19          appeared on behalf of the Defendant.

20

21

22  REPORTED BY:  JULIE A. CONROY, CSR, RPR,

23               CSR No. 84-2251

24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

9

1    investigator and also as a trainer.

2         Q.    How long have you been a private

3    investigator?

4         A.    Since approximately 1996.

5         Q.    Are you currently a private

6    investigator?

7         A.    Yes, I am.

8         Q.    In the last five years, other than

9    instructing at Illinois Gun Works, have you taught

10   firearm instruction at any other places?

11        A.    Yes, I have.

12        Q.    Can you list those locations for me?

13        A.    That would be Andrews International.

14        Q.    Where is that located?

15        A.    They have an office in Downers Grove,

16   but the corporate headquarters is in Valencia,

17   California.

18        Q.    And you taught at the Downers Grove

19   location?

20        A.    In the California location.  And prior

21   to that it was with Magnum Security &

22   Investigations.

23        Q.    Where are they located?

24        A.    They were located on Milwaukee, the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

HENRY P. RUSH, III                          September 10, 2010

18

1      Q.    What is the cost to use the range?

2      A.    $10 per person.

3      Q.    Per hour, per day?

4      A.    Per person, no time limit.

5      Q.    What are typically your busiest days?

6      A.    It's very hard to discern.  We often

7   remark that it's like a bowling alley.  Sometimes

8   there could be no one there and then a half an hour

9   later there could be ten people on the range and

10   five people waiting to go in.

11      Q.    So sometimes you do have a wait?

12      A.    Yes.

13      Q.    Where do those people -- where are they

14   located while they're waiting?  Is there a space

15   for them to wait?

16      A.    We have benches, like a divan, seating

17   for them to comfortably sit.  It's located in the

18   showroom.

19      Q.    Do you supply firearms on site for

20   people who wish to train?

21      A.    You'd have to clarify that.

22      Q.    When people come to use the range, do

23   they bring their own firearms?

24      A.    Some people do.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

HENRY P. RUSH, III                    September 10, 2010

75

```
 1    STATE OF ILLINOIS     )
 2                          )  SS:
 3    COUNTY OF DUPAGE      )
 4              I, JULIE A. CONROY, CSR No. 84-2251, a
 5    Notary Public within and for the County of DuPage,
 6    State of Illinois, and a Certified Shorthand
 7    Reporter of said state, do hereby certify:
 8              That previous to the commencement of the
 9    examination of the witness, the witness was duly
10    sworn to testify the whole truth concerning the
11    matters herein;
12              That the foregoing deposition transcript
13    was reported stenographically by me, was thereafter
14    reduced to typewriting under my personal direction
15    and constitutes a true record of the testimony
16    given and the proceedings had;
17              That the said deposition was taken
18    before me at the time and place specified;
19              That I am not a relative or employee or
20    attorney or counsel, nor a relative or employee of
21    such attorney or counsel for any of the parties
22    hereto, nor interested directly or indirectly in
23    the outcome of this action.
24              IN WITNESS WHEREOF, I do hereunto set my
```



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

76

1  hand of office at Chicago, Illinois, this 14th day

2  of September, 2010.

3

4

5

6              Julie A. Conroy, CSR No. 84-2251

7              Notary Public, DuPage County, Illinois.

8              My commission expires 6/6/13.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

# Exhibit 37

# Crime Gun Trace Reports (2000)
## Chicago[IL]



The Youth Crime Gun
Interdiction Initiative

**July 2002**

Department of the Treasury
**Bureau of Alcohol, Tobacco and Firearms**




# Youth Crime Gun Interdiction Initiative 2001 Cities



Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms
National Tracing Center Division
Crime Gun Analysis Branch

# Foreword by the Director of the
# Bureau of Alcohol, Tobacco and Firearms

This publication of crime gun data for calendar year 2000 marks the fourth annual compilation of firearms trace analyses since the inception of the Youth Crime Gun Interdiction Initiative (YCGII) in 1996. As the number of communities involved has increased from the original 17 to 55, so has the value of this information as a relevant tool for law enforcement. With this knowledge, communities have formulated sound gun enforcement strategies for proactive use in firearms investigations. This is a direct result of the strong partnerships our agents have forged with every participating agency. Any level of success is impossible without this valued cooperation.

This report analyzing calendar year 2000 gun traces was delayed as a result of our redirection of a portion of our law enforcement resources after the tragic events of September 11, 2001. ATF agents, inspectors, and support staff joined thousands of other Federal, State and local law enforcement personnel across the country to pursue every available lead. At our National Tracing Center, a majority of the staff was dedicated to reviewing and analyzing massive amounts of related information.

The information in this report clearly demonstrates our commitment to this program, to our partnerships, and to the protection of our citizens. The enforcement approach embodied in YCGII provides each community the opportunity and ability to customize their efforts to address their own gun problems, trends, sources, and investigations. As we have seen, violence against Americans can take many forms. With strong partnerships, continued vigilance, and the use of the information at hand, we can continue to challenge those who would criminally use an illegally obtained firearm.

Bradley A. Buckles

# Crime Gun Trace Reports (2000)

## Chicago IL



**The Youth Crime Gun
Interdiction Initiative**



**July 2002**

Department of the Treasury

**Burea of Alcohol, Tobacco and Firearms**

# CRIME GUN TRACE REPORTS (2000)
# Chicago, Illinois

## Table of Contents

Foreword by the Director of the Bureau of Alcohol, Tobacco and Firearms............................................i

Introduction............................................................................................................................1

    Youth Crime Gun Interdiction Initiative Cities..........................................................2
    The Youth Crime Gun Interdiction Initiative............................................................3
    Following the Gun to Successful Firearms Enforcement............................................4

Highlights of the Chicago Report......................................................................................5

### List of Tables and Figures

Table A:   Crime Gun Trace Requests: Age of Possessor and Relationship to Purchaser..... 8
Table B:   Crime Gun Trace Requests: Crime Type by Age of Possessor........................... 9
Table C:   Crime Gun Trace Requests: Type of Firearm by Age of Possessor....................10
Table D:   Most Frequent Crime Gun Trace Requests:
               Manufacturer, Caliber, and Type by Age of Possessor.......................................11
Table E:   Time-to-Crime for Most Frequently Traced Crime Guns by
               Manufacturer, Caliber, and Type........................................................................13
Table F:   Most Frequent Source States for Crime Guns Traced to a Firearms Dealer....... 15
Table G:   Dealer Trace Frequency and Distance to Recovery...........................................17
Table H:   Crime Guns with Obliterated Serial Numbers..................................................18
Table I:   Results of Crime Gun Traces: Age of Possessor...............................................19
Table J:   Results of Crime Gun Traces: Detailed Analyses.............................................20

## Appendices

  A.    **Glossary**.........................................................................................................**A-1**
  B.    **Technical Notes**.............................................................................................**B-1**
  C.    **Trace Request Form**......................................................................................**C-1**

## Acknowledgements

# Introduction

This is the fourth year of ATF's publication of the National Tracing Center (NTC) *Crime Gun Trace Reports*. The reports provide extensive analyses of crime gun traces submitted in calendar year 2000 by law enforcement officials in selected cities throughout the country participating in ATF's Youth Crime Gun Interdiction Initiative. The analysis of a large number of individual traces from many similar jurisdictions helps identify consistent crime gun patterns that may not be apparent from information in a single trace or traces from a single jurisdiction or State. With information about patterns and trends, more violent criminals can be arrested more efficiently, more focused regulatory enforcement can be undertaken, and more gun crime and violence can be prevented.

**Two Report Formats.** Crime gun tracing as a law enforcement tool has grown sufficiently to provide the 2000 Crime Gun Trace Reports in two formats:

- The *National Report* provides national analysis based on findings from crime gun traces in 41 communities including 44 of 67 cities in the U.S. with populations of 250,000 or more. These cities comprise 80 percent of the population of cities of this size.

- The 47 separate *City Reports* provide detailed information on the trace results in the 39 large communities and eight communities with populations between 100,000 and 250,000.

**Information for Law Enforcement, the Firearms Industry, and the Public.** The *Crime Gun Trace Reports* have three audiences. They provide crime gun information to the *Federal, State, and local law enforcement agencies* that submit trace requests, boosting their information resources for arresting gun criminals, responding to gun violence, and establishing a benchmark for crime gun measurements. They inform *federally licensed firearms dealers* of crime gun patterns, allowing them to build sounder and safer businesses. They inform the *public, Congress, and State and local authorities*, building cooperation by communicating what ATF agents, inspectors, and State and local law enforcement investigating violent criminals see in their everyday enforcement operations.

**Reinforcing Law Enforcement Collaboration.** As a result of the collaboration of thousands of law enforcement and regulatory personnel and the FFLs that routinely respond to the National Tracing Center's inquiries, the *Crime Gun Trace Reports*

provide an overview of crime guns throughout the country in significantly greater detail than previously available. ATF's primary operational focus is on the Federal offender. By reporting trace information in standardized form, ATF intends to enable State and local law enforcement officials to evaluate the information independently and to gain perspective on their local circumstances in order to adjust enforcement and preventive strategies accordingly.

**How Law Enforcement Can Use this Report.** Local law enforcement executives and Federal, State, and local prosecutors and investigators can make many uses of these reports. They furnish information relating to the following questions, among others:

1. *How many crime guns are being recovered from different age groups of offenders?*
2. *What kinds of guns are being recovered in my area?*
3. *What types of crimes are associated with these recovered crime guns?*
4. *Are the source areas in the county or State, or from out of State?*
5. *What types of guns are moving the fastest from the retail seller to recovery in crime?*
6. *Which guns may pose a special hazard to law enforcement officers?*

Using this information, law enforcement managers can decide what aspects of the firearms market deserve priority focus, by age group, by source area, or by type of crime, or any combination of these. Once these priorities are determined, information about specific crime guns and offenders can be obtained using all available investigative resources, including debriefing of arrestees, undercover and confidential informant operatives; Online LEAD;

Brady background check denial information; stolen firearms information; and special analyses by the Crime Gun Analysis Branch and equivalent analytic services in local police departments.

The combination of strategic information such as provided in these reports and investigative information will allow Federal, State, and local law enforcement officers to make the best use of available resources. Based on these factors, ATF and local law enforcement may decide to undertake criminal prosecution against traffickers, including felons, straw purchasers, firearms thieves, and unlicensed dealers, or regulatory actions against Federal firearms licensees.

**Contents of the Reports.** The National and City Reports include information about:

- **Highlights:** The National and City Reports each contain sections with highlights of the findings in the reports, focused on crime gun information relevant to law enforcement officials;

- **Possessors:** the age group and crimes of the crime gun possessors;

- **Crime guns:** the types, manufacturers, calibers, and, in some cities, models of the most frequently traced crime guns, including the most frequently traced crime guns for each city;

- **Gun trafficking indicators:** the time-to-crime and geographic sources of crime guns, multiple sales information, and percentage of crime guns with obliterated serial numbers;

- **Enforcement information:** successful Federal, State, and local investigations of the illegal diversion of firearms;

- **Information for law enforcement executives:** information and responses to frequently asked questions about crime gun tracing and related enforcement operations;

- **Crime gun tracing information:** number of traces submitted, degree of completeness of information provided, disposition of traces, and current and future developments in crime gun tracing; and

- **Technical information:** back-up information about the analysis, figures, and tables in the reports.

## Youth Crime Gun Interdiction Initiative Cities

| | |
|---|---|
| Albuquerque* | New Mexico |
| Anaheim, Long Beach, Santa Anna* | California |
| Atlanta | Georgia |
| Austin* | Texas |
| Baltimore | Maryland |
| Baton Rouge* | Louisiana |
| Birmingham | Alabama |
| Boston | Massachusetts |
| Buffalo* | New York |
| Camden | New Jersey |
| Charlotte-Mecklenburg | North Carolina |
| Chicago | Illinois |
| Cincinnati | Ohio |
| Cleveland | Ohio |
| Dallas | Texas |
| Denver-Aurora | Colorado |
| Detroit | Michigan |
| Gary | Indiana |
| Greensboro, Winston-Salem, Highpoint* | North Carolina |
| Houston | Texas |
| Indianapolis* | Indiana |
| Jacksonville* | Florida |
| Jersey City | New Jersey |
| Las Vegas | Nevada |
| Los Angeles | California |
| Louisville | Kentucky |
| Memphis | Tennessee |
| Miami | Florida |
| Milwaukee | Wisconsin |
| Minneapolis | Minnesota |
| Nashville* | Tennessee |
| New Orleans | Louisiana |
| New York | New York |
| Newark | New Jersey |
| Oakland | California |
| Oklahoma City* | Oklahoma |
| Philadelphia | Pennsylvania |
| Phoenix | Arizona |
| Pittsburgh* | Pennsylvania |
| Portland | Oregon |

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

| | | | |
|---|---|---|---|
| Richmond.................................... | Virginia | St. Louis.................................. | Missouri |
| Salinas...................................... | California | Stockton*............................... | California |
| San Jose.................................... | California | Tampa.................................... | Florida |
| San Antonio............................... | Texas | Tucson.................................... | Arizona |
| Seattle...................................... | Washington | Washington............................ | District of Columbia |

\* City became a partner in the Youth Crime Gun Interdiction Initiative in 2000

## The Youth Crime Gun Interdiction Initiative

The annual *Crime Gun Trace Reports* began in 1997 as part of ATF's Youth Crime Gun Interdiction Initiative (YCGII), a youth-focused firearms enforcement program that is a component of ATF's overall firearms enforcement program, the Integrated Violence Reduction Strategy. For this reason, YCGII is referred to throughout this report.

**Participating jurisdictions.** While many law enforcement agencies trace some crime guns, agencies participating in YCGII commit to instituting comprehensive tracing of all crime guns, providing the maximum investigative leads for law enforcement officials, and permitting optimal strategic analysis. These cities received special support from ATF. ALL cities with *City Reports* participate in YCGII. As more law enforcement agencies acquire crime gun tracing as an investigative tool, or implement State comprehensive crime gun tracing laws, ATF expects to include trace information from these jurisdictions in the annual *Crime Gun Trace Reports.*

**National Tracing Center and Crime Gun Analysis Branch: field support.** The National Tracing Division staff conducts traces, analyzes the results, provides case leads, crime gun mapping, and jurisdictional analysis for ATF agents and inspectors and for other law enforcement agencies, and prepares the *Crime Gun Trace Reports.* The YCGII staff at the National Tracing Center provides trace support for all ATF firearms enforcement programs and locally based gun enforcement initiatives. A national update on crime gun tracing is included in the *National Report*, and city information in each *City Report.*

**In the field: investigation, inspections, trace support, and training.** In the field, YCGII is an enforcement collaboration among Federal, State, and local law enforcement agencies, and ATF agents and inspectors. The primary role of the YCGII field staff is to conduct criminal investigations and regulatory inspections. YCGII also provides joint training in tracing, serial number restoration, and gun enforcement investigative methods to ATF agents and their State and local partners. YCGII staff also assists local law enforcement agencies to establish crime gun tracing, with technical support and training.

**YCGII's special focus on juvenile and youth gun crime.** As the *National Report* shows, juveniles (ages 17 and under) accounted for 8 percent of traced crime guns, and youth (ages 18-24) accounted for 33 percent of traced crime guns. ATF agents and inspectors participating in YCGII have a special responsibility for developing investigative information and carrying out enforcement actions involving juveniles and youth. Because juveniles are prohibited from acquiring and possessing handguns without parental involvement, some form of illegal diversion is almost always implicated in an investigation involving a juvenile's possession of a handgun, making crime handgun tracing especially critical. The *Crime Gun Trace Reports,* therefore, focus throughout on the variations in the crime guns and sources of illegal supply to juveniles, youth, and adults.

### Following the Gun to Successful Firearms Enforcement

**Crime gun tracing.** Crime gun tracing is a law enforcement tool developed by ATF to investigate violations of the Nation's firearms laws. A crime gun trace identifies the Federal firearms licensee (FFL) who is the original retail seller of the firearm and the firearm's retail purchaser by tracking the manufacturer, caliber, and serial number on transfer documentation from the manufacturer or importer through the wholesaler to the retail seller and first purchaser. *A crime gun trace alone does not mean that an FFL or firearm purchaser has committed an unlawful act. Crime gun trace information is used in combination with other investigative facts in regulatory and criminal enforce*ment. Crime gun tracing has three primary purposes:

- **Identifying individual armed criminals for prosecution.** Like a fingerprint or other identifying evidence, a crime gun trace is used in individual cases to link a firearm offender to his or her weapon, or identify the illegal supplier of a firearm to the criminal, juvenile, or other person prohibited from possessing a firearm. Such investigative work is conducted by local officials and by ATF.

- **Proactive local investigative and strategic analysis to target armed violent criminals and gun traffickers for prosecution.** When officials in a jurisdiction trace all recovered crime guns, law enforcement officials are able to detect patterns in the buying and selling of crime guns in their areas (pattern and trend analysis). This information combined with other indicators leads to the arrest of additional traffickers and armed felons and to regulatory enforcement actions against Federal firearms licensees violating the firearms laws and trafficking illegally. Analysis and mapping of local crime gun patterns is done by ATF at the Crime Gun Analysis Branch and in the field and by State and local law enforcement officials with access to ATFs Online LEAD crime gun information system, or using State firearms information systems.

- *Crime Gun Trace Reports* **to assist law enforcement officials in placing local crime guns in a regional and national strategic enforcement context.** Analysis of all available comprehensive trace information, locally and nationally, informs Federal, State, and local authorities of the source and market areas for crime guns, and other regional patterns. This information enables ATF to target criminal and regulatory resources, and assist Federal, State, and local law enforcement officials to develop national, regional, and local strategic responses to gun crime. ATF is uniquely qualified to conduct such analysis because it is the repository for crime gun traces and related information from all jurisdictions that trace crime guns.

**Ballistics identification in relation to crime gun tracing.** Many agencies are now using both crime gun tracing and ballistics identification to support firearm investigations. An expended cartridge or bullet may be recovered in addition to or in the absence of a crime gun. Once entered in an imaging database, the recovered cartridge or bullet can be matched to previously entered ballistics images to identify repeat uses of the same firearm. Currently, ballistics images also can provide the basis for a crime gun trace only if the firearm with which they are associated has been previously traced and a cartridge or bullet from that firearm entered into a local database of the National Integrated Ballistics Information Network. Ballistics Imaging technology does not automatically submit the crime gun to be traced through the National Tracing Center. In the future, expansion of the crime gun tracing system to include trace information derived from ballistics images as well as recovered firearms will allow additional firearms crimes to be solved and a more complete understanding of how violent offenders and prohibited persons illegally obtain firearms.

# Highlights of the CHICAGO City Report

These findings summarize the trace information for 8,570 crime guns recovered and traced in the City of Chicago by law enforcement agencies, including the Chicago Police Department and ATF, during 2000. Based on a survey conducted, Chicago, Illinois was determined to be tracing comprehensively in 2000.

## Crime Gun Possessors *(Table A)*The Crime Gun Possessors

**Juveniles** (Ages 17 & Younger) were associated with 12 percent of recovered crime guns.

**Youth** (Ages 18 - 24) were associated with nearly 40 percent of recovered crime guns.

**Adults** (Ages 25 & Older) accounted for 48 percent of recovered crime guns in Chicago.

## Crime Guns and Illegal Diversion

**Few Crime Gun Possessors Bought Their Guns Directly From Federally Licensed Gun Dealers.** *(Table A)*
Slightly more than 97 percent of Chicago crime guns changed hands at least once before reaching the crime gun possessor, and could have been legally transferred, straw purchased, otherwise trafficked, stolen, or a combination. Trafficking investigations can determine how guns were obtained by the crime gun possessor.

**Many Crime Guns Had Short Time-to-Crime.** Notwithstanding that most crime guns were bought from an FFL by someone other than the criminal possessor. Many crime guns were recovered soon after the initial purchase. The time from retail sale to firearm recovery in a crime is known as time-to-crime. A short time-to-crime is an indicator of illegal diversion or criminal intent associated with the sale. The presence of short time-to-crime guns also shows that many firearm offenses, including violent offenses with firearms, involve new guns.

The median time-to-crime for guns traced from Chicago, where time-to-crime could be determined was 6.2 years, as compared to the national median of 6.1 years. Older guns may represent an investigative challenge as they may have changed hands several times before acquisition by the criminal possessor. Many crime guns, however, moved more quickly from retail sale to recovery by law enforcement.

- 29 percent of crime guns (1319) had a time-to-crime of less than three years.

- 12 percent of crime guns (547) had a time-to-crime of a year or less.

**A Small Number of Federally Licensed Dealers Generate a Large Number of Crime Gun Traces.** In any jurisdiction, a small number of Federally licensed gun dealers is associated with a large number of crime gun traces from that jurisdiction. The concentration of crime gun traces among a few licensed dealers partly reflects the high concentration of legal firearms sales among dealers and does not necessarily mean that a particular dealer is engaged in illegal business practices. However, the concentration of crime gun traces among a small number of licensed dealers provides an important opportunity for law enforcement agencies to focus limited investigative and regulatory resources on identifying potential illegal gun traffickers.

- In Chicago, 41 percent of traced crime guns were first purchased at only 12 Federally licensed gun dealers that also generated 25 or more crime gun traces from Chicago.

**Obliteration of Serial Numbers.** *(Table H)* The obliteration of serial numbers is a key trafficking indicator.

- Overall, 9 percent of handguns in Chicago were recovered with obliterated serial numbers.

- Juvenile in Chicago were associated with the highest percent of obliterated handguns (7.5 percent), compared to youth (5.3 percent) and adults (4 percent).

## Types of Crime Guns *(Table C)*

**Handguns** accounted for more than 86 percent of Chicago's traced crime guns.

**Semiautomatic pistols** consisted of nearly 51 percent of crime guns.

- *Semiautomatic pistols* dominate among recovered crime guns, especially among youth (57 percent) and juveniles (54 percent), as well as among adults (47 percent).

**Revolvers** made up nearly 34 percent of crime guns, juveniles associated with 37 percent, youth 32 percent and adults 32 percent.

**Long guns** accounted for nearly 14 percent of crime guns recovered in Chicago. By age group, adults were associated with the highest percent (18 percent), followed by youth (nearly 10 percent) and juveniles (7 percent).

### Most Frequently Traced Crime Guns by Manufacturer and Caliber *(Table D)*

| | Manufacturer | Caliber | Type of Crime Gun |
|---|---|---|---|
| 1. | Smith & Wesson | .38 | Revolver |
| 2. | Lorcin Engineering | .380 | Semiautomatic Pistol |
| 3. | Smith & Wesson | .357 | Revolver |
| 4. | Smith & Wesson | 9mm | Semiautomatic Pistol |
| 5. | Bryco Arms | .380 | Semiautomatic Pistol |
| 6. | Colt | .38 | Revolver |
| 7. | Taurus | .38 | Revolver |
| 8. | Davis Industries | .380 | Semiautomatic Pistol |
| 9. | Ruger | 9mm | Semiautomatic Pistol |
| 10. | Bryco Arms | 9mm | Semiautomatic Pistol |

## Most Frequently Traced Fast Time-to-Crime Guns *(Table E)*

The following frequently traced firearms were recovered in crime within three years or less of having been purchased as new guns from a Federal firearms licensee for more than 50 percent of recoveries where a time-to-crime could be calculated.

### Juvenile

| Manufacturer | Caliber | Type of Crime Gun |
|---|---|---|
| Bryco Arms | .380 | Semiautomatic Pistol |
| Lorcin Engineering | .25 | Semiautomatic Pistol |

### Youth

| Manufacturer | Caliber | Type of Crime Gun |
|---|---|---|
| Bryco Arms | 9mm | Semiautomatic Pistol |

### Adult

| Manufacturer | Caliber | Type of Crime Gun |
|---|---|---|
| Ruger | 9mm | Semiautomatic Pistol |
| Intratec | 9mm | Semiautomatic Pistol |

## Geographic Sources *(Table F)*

**In-State.** Illinois Federal firearms licensees (FFLs) were the source of 50 percent of all traceable crime guns recovered in Chicago.

- **In-County.** FFLs located in Cook County were the source of 77 percent of crime guns first purchased in Illinois and recovered in Chicago.

**Regional.** Another 10 percent of Chicago's traceable crime guns were first purchased in the neighboring State of Indiana.

**National.** Many guns originated from FFLs in the South, with Mississippi supplying nearly 10 percent. FFLs in Kentucky, Georgia, Tennessee, and Arkansas supplied an additional 9 percent.

**Distance.** Nearly 41 percent of crime guns recovered in Chicago were first purchased at FFLs located 250 miles or more from Chicago.

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

# ATF CRIME GUN TRACE REPORT
## Chicago, Illinois

**Report Period : January 1, 2000 - December 31, 2000**

### Table A: Crime Gun Trace Requests: Age of Possessor and Relationship to Purchaser

This table provides information about the possessors of the crime guns for which trace requests were submitted from this community to the National Tracing Center. Since not all recovered firearms are found in an individual's possession, not all crime guns can be associated with a possessor when a trace request is made. Identifying cases where the purchaser is not the same individual as the possessor allows the law enforcement agency to focus on firearms that change hands before they are recovered as crime guns. Interim transfers can involve legal or illegal activity, including (but not limited to) gift exchange, straw purchase, resale of the firearm by licensed or unlicensed sellers, theft, or a combination of these.

|  | Number of Requests | Percent of Requests |
|---|---|---|
| Trace Requests | 8,570 | 100.0 |
| Trace Requests for which Possessor's Age Can Be Determined | 2,889 | 33.7 |
| Crime Gun Trace Requests With: |  |  |
| Juvenile Possessor  (Ages 17 & Younger) | 346 | 12.0 |
| Youth Possessor     (Ages 18 - 24) | 1,145 | 39.6 |
| Adult Possessor     (Ages 25 & Older) | 1,398 | 48.4 |
| Trace Requests for Which a Possessor Can Be Identified | 5,406 | 63.1 |
| Trace Requests Identify Possessor's Date of Birth* | 1,561 | 18.2 |
| Trace Requests Identify Possessor's Place of Birth | 301 | 3.5 |
| Trace Results Identify Purchaser | 4,583 | 53.5 |
| Trace Identifies Both Purchaser and Possessor | 3,054 | 35.6 |
| Possessor Is Not the Same Individual as the Purchaser | 2,968 | 97.2** |

\* Possessor age is sometimes provided instead of possessor DOB.

\*\* The denominator used to calculate this result is the total number of trace requests where both a purchaser and possessor have been identified.

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

# ATF CRIME GUN TRACE REPORT
## Chicago, Illinois

**Report Period : January 1, 2000 - December 31, 2000**

**Table B: Crime Gun Trace Requests: Crime Type by Age of Possessor**

This table depicts the crimes most frequently associated with crime gun trace requests submitted from this community by age. This information can be useful in developing an enforcement or intervention strategy that focuses on particular types of crimes. The general term "Firearm Offenses" can include any offense or crime in which a firearm was involved. It is also commonly used by local law enforcement agencies and the National Tracing Center when more detailed crime information is not available at the time the trace request is submitted to the National Tracing Center.

| Crime Type | Total | Juvenile (ages 17 & younger) | Youth (ages 18-24) | Adult (ages 25 & older) | Age Unknown |
|---|---|---|---|---|---|
| **Number of Trace Requests** | | | | | |
| Firearm Offenses | 5,055 | 255 | 778 | 780 | 3,242 |
| Homicide | 79 | 0 | 10 | 13 | 56 |
| Kidnapping | 11 | 0 | 1 | 2 | 8 |
| Robbery | 104 | 6 | 25 | 22 | 51 |
| Sex Crimes | 10 | 0 | 0 | 7 | 3 |
| Assaults/Threats | 627 | 30 | 90 | 244 | 263 |
| Burglary/Theft/Fraud | 62 | 5 | 7 | 7 | 43 |
| Vice Crimes | 5 | 0 | 1 | 4 | 0 |
| Narcotics | 661 | 45 | 203 | 235 | 178 |
| Other Crime Types* | 1,956 | 5 | 30 | 84 | 1,837 |
| Total | 8,570 | 346 | 1,145 | 1,398 | 5,681 |

| Crime Type | Total | Juvenile (ages 17 & younger) | Youth (ages 18-24) | Adult (ages 25 & older) | Age Unknown |
|---|---|---|---|---|---|
| **Number of Trace Requests** | | | | | |
| Firearm Offenses | 59.0 | 73.7 | 67.9 | 55.8 | 57.1 |
| Homicide | 0.9 | 0.0 | 0.9 | 0.9 | 1.0 |
| Kidnapping | 0.1 | 0.0 | 0.1 | 0.1 | 0.1 |
| Robbery | 1.2 | 1.7 | 2.2 | 1.6 | 0.9 |
| Sex Crimes | 0.1 | 0.0 | 0.0 | 0.5 | 0.1 |
| Assaults/Threats | 7.3 | 8.7 | 7.9 | 17.5 | 4.6 |
| Burglary/Theft/Fraud | 0.7 | 1.4 | 0.6 | 0.5 | 0.8 |
| Vice Crimes | 0.1 | 0.0 | 0.1 | 0.3 | 0.0 |
| Narcotics | 7.7 | 13.0 | 17.7 | 16.8 | 3.1 |
| Other Crime Types* | 22.8 | 1.4 | 2.6 | 6.0 | 32.3 |
| Total | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

\* Other crime types include, but are not limited to, the following violations: public peace, property crimes, family offenses, traffic offenses, and public order crimes.

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

# ATF CRIME GUN TRACE REPORT
## Chicago, Illinois

**Report Period : January 1, 2000 - December 31, 2000**

**Table C: Crime Gun Trace Requests: Type of Firearm by Age of Possessor**

This table depicts the number of crime gun trace requests from this community by firearm type. Recoveries are identified as having been from adults, youth, juveniles, age unknown, and from all groups combined. This information can be useful in developing an enforcement strategy that focuses on the kinds of crime guns used by particular age groups.

| Crime Type | Total | Juvenile (ages 17 & younger) | Youth (ages 18-24) | Adult (ages 25 & older) | Age Unknown |
|---|---|---|---|---|---|
| **Number of Trace Requests** | | | | | |
| Semiautomatic Pistol | 4,342 | 187 | 656 | 658 | 2,841 |
| Revolver | 2,891 | 128 | 369 | 443 | 1,951 |
| Rifle | 564 | 8 | 56 | 107 | 393 |
| Shotgun | 615 | 17 | 53 | 149 | 396 |
| Derringer | 129 | 5 | 8 | 36 | 80 |
| Combination Gun* | 3 | 0 | 0 | 0 | 3 |
| Destructive Device** | 1 | 0 | 0 | 1 | 0 |
| Machine Gun | 6 | 0 | 1 | 1 | 4 |
| Unknown Gun Type | 18 | 1 | 2 | 3 | 12 |
| Total | 8,569 | 346 | 1,145 | 1,398 | 5,680 |
| **Crime Type** | **Total** | **Juvenile (ages 17 & younger)** | **Youth (ages 18-24)** | **Adult (ages 25 & older)** | **Age Unknown** |
| **Number of Trace Requests** | | | | | |
| Semiautomatic Pistol | 50.7 | 54.0 | 57.3 | 47.1 | 50.0 |
| Revolver | 33.7 | 37.0 | 32.2 | 31.7 | 34.3 |
| Rifle | 6.6 | 2.3 | 4.9 | 7.7 | 6.9 |
| Shotgun | 7.2 | 4.9 | 4.6 | 10.7 | 7.0 |
| Derringer | 1.5 | 1.4 | 0.7 | 2.6 | 1.4 |
| Combination Gun* | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| Destructive Device** | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 |
| Machine Gun | 0.1 | 0.0 | 0.1 | 0.1 | 0.1 |
| Unknown Gun Type | 0.2 | 0.3 | 0.2 | 0.2 | 0.2 |
| Total | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

\* A combination gun is a multi-barreled firearm designed or redesigned, made or remade, and intended to be fired some combination from the shoulder having two or more different caliber barrels. Such firearms generally exhibit of rifled barrels and smoothbore shotgun barrels.

\*\* A destructive device is any type of weapon by whatever name known which will, or which may be readily converted to, expel a projectile by the action of an explosive or other propellant, and which has any barrel with a bore of more than one-half inch in diameter.

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

# ATF CRIME GUN TRACE REPORT
## Chicago, Illinois

**Report Period : January 1, 2000 - December 31, 2000**

**Table D: Most Frequent Crime Gun Trace Requests:**
**Manufacturer, Caliber, and Type by Age of Possessor**

This table depicts the most frequently recovered and traced crime guns by firearm type, manufacturer, and caliber in this community. This report does not distinguish among models of firearms of the same manufacturer, caliber, and type. For instance, all .38 caliber revolvers manufactured by Smith & Wesson are considered as a group. Recovered crime guns are often concentrated among relatively few kinds of firearms.

### Juvenile (ages 17 & younger)

| | Number of Kinds of Crime Guns | Number of Crime Guns | Percent of Crime Guns |
|---|---|---|---|
| **Total** | 145 | 346 | 100.0 |
| Most Frequent Kinds of Crime Guns | 10 | 108 | 31.2 |
| All Other Kinds of Crime Guns | 135 | 238 | 68.8 |

| Manufacturer | Caliber | Type of Crime Gun | Number of Crime Guns | Percent of Crime Guns |
|---|---|---|---|---|
| Lorcin Engineering | .380 | Semiautomatic Pistol | 17 | 4.9 |
| Smith & Wesson | .357 | Revolver | 14 | 4.0 |
| Bryco Arms | .380 | Semiautomatic Pistol | 13 | 3.8 |
| Davis Industries | .380 | Semiautomatic Pistol | 12 | 3.5 |
| Smith & Wesson | .38 | Revolver | 12 | 3.5 |
| Lorcin Engineering | .25 | Semiautomatic Pistol | 11 | 3.2 |
| Taurus | .38 | Revolver | 10 | 2.9 |
| Harrington & Richardson | .32 | Revolver | 7 | 2.0 |
| Colt | .38 | Revolver | 6 | 1.7 |
| Raven Arms | .25 | Semiautomatic Pistol | 6 | 1.7 |

### Youth (ages 18-24)

| | Number of Kinds of Crime Guns | Number of Crime Guns | Percent of Crime Guns |
|---|---|---|---|
| **Total** | 291 | 1,145 | 100.0 |
| Most Frequent Kinds of Crime Guns | 10 | 335 | 29.3 |
| All Other Kinds of Crime Guns | 281 | 810 | 70.7 |

| Manufacturer | Caliber | Type of Crime Gun | Number of Crime Guns | Percent of Crime Guns |
|---|---|---|---|---|
| Smith & Wesson | .38 | Revolver | 62 | 5.4 |
| Smith & Wesson | .357 | Revolver | 37 | 3.2 |
| Bryco Arms | 9mm | Semiautomatic Pistol | 34 | 3.0 |
| Lorcin Engineering | .380 | Semiautomatic Pistol | 34 | 3.0 |
| Bryco Arms | .380 | Semiautomatic Pistol | 32 | 2.8 |
| Ruger | 9mm | Semiautomatic Pistol | 30 | 2.6 |
| Colt | .38 | Revolver | 28 | 2.4 |
| Smith & Wesson | 9mm | Semiautomatic Pistol | 28 | 2.4 |
| Raven Arms | .25 | Semiautomatic Pistol | 25 | 2.2 |
| Taurus | .38 | Revolver | 25 | 2.2 |

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

# ATF CRIME GUN TRACE REPORT
## Chicago, Illinois

| Adult (ages 25 & older) | | | Number of Kinds of Crime Guns | Number of Crime Guns | Percent of Crime Guns |
|---|---|---|---|---|---|
| Total | | | 343 | 1,398 | 100.0 |
| Most Frequent Kinds of Crime Guns | | | 10 | 338 | 24.2 |
| All Other Kinds of Crime Guns | | | 333 | 1,060 | 75.8 |
| **Manufacturer** | **Caliber** | **Type of Crime Gun** | | **Number of Crime Guns** | **Percent of Crime Guns** |
| Smith & Wesson | .38 | Revolver | | 66 | 4.7 |
| Lorcin Engineering | .380 | Semiautomatic Pistol | | 36 | 2.6 |
| Smith & Wesson | 9mm | Semiautomatic Pistol | | 36 | 2.6 |
| Taurus | .38 | Revolver | | 33 | 2.4 |
| Ruger | 9mm | Semiautomatic Pistol | | 31 | 2.2 |
| Intratec | 9mm | Semiautomatic Pistol | | 29 | 2.1 |
| Colt | .38 | Revolver | | 28 | 2.0 |
| Smith & Wesson | .357 | Revolver | | 27 | 1.9 |
| Mossberg | 12 GA | Shotgun | | 26 | 1.9 |
| Remington Arms | 12 GA | Shotgun | | 26 | 1.9 |

| All Crime Guns in this Jurisdiction* | | | Number of Kinds of Crime Guns | Number of Crime Guns | Percent of Crime Guns |
|---|---|---|---|---|---|
| Total | | | 755 | 8,570 | 100.0 |
| Most Frequent Kinds of Crime Guns | | | 10 | 2,129 | 24.8 |
| All Other Kinds of Crime Guns | | | 745 | 6,441 | 75.2 |
| **Manufacturer** | **Caliber** | **Type of Crime Gun** | | **Number of Crime Guns** | **Percent of Crime Guns** |
| Smith & Wesson | .38 | Revolver | | 420 | 4.9 |
| Lorcin Engineering | .380 | Semiautomatic Pistol | | 254 | 3.0 |
| Smith & Wesson | .357 | Revolver | | 196 | 2.3 |
| Smith & Wesson | 9mm | Semiautomatic Pistol | | 192 | 2.2 |
| Bryco Arms | .380 | Semiautomatic Pistol | | 186 | 2.2 |
| Colt | .38 | Revolver | | 186 | 2.2 |
| Taurus | .38 | Revolver | | 184 | 2.1 |
| Davis Industries | .380 | Semiautomatic Pistol | | 174 | 2.0 |
| Ruger | 9mm | Semiautomatic Pistol | | 171 | 2.0 |
| Bryco Arms | 9mm | Semiautomatic Pistol | | 166 | 1.9 |

* This section reports the most frequent guns traced for all age groups and an additional 5,681 trace requests where the possessor's age is unknown.

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

# ATF CRIME GUN TRACE REPORT
## Chicago, Illinois

**Report Period : January 1, 2000 - December 31, 2000**

**Table E: Time-to-Crime for Most Frequently Traced Crime Guns by Manufacturer, Caliber, and Type**

This table depicts time-to-crime for those crime guns most frequently requested for tracing in this community as depicted in table D; in this table the guns are ranked by median time-to-crime. Time-to-crime is the period of time between the retail sale of a firearm by a Federal firearms licensee and the date the firearm is recovered by enforcement officials or requested for tracing. A short time-to-crime can be an indicator of illegal firearms trafficking. In the tables below, the proportion of traceable firearms showing a time-to-crime of three years or less is shown; experienced trafficking investigators view a time-to-crime of three years or less as an especially useful trafficking indicator. Time-to-crime information can be useful in developing an enforcement strategy that identifies and investigates the specific sources of these firearms.

### Juvenile (ages 17 & younger)

| Manufacturer | Caliber | Type of Crime Gun | Number of Crime Guns — All | Number of Crime Guns — With Time-to-Crime* | Median Time-to-Crime in Years | Time-to-Crime of 3 Years or less — Number | Time-to-Crime of 3 Years or less — Percent** | Fastest Case (in days)*** |
|---|---|---|---|---|---|---|---|---|
| Lorcin Engineering | .380 | Semiautomatic Pistol | 17 | 12 | 4.0 | 5 | 41.7 | 323 |
| Smith & Wesson | .357 | Revolver | 14 | 12 | 14.3 | 3 | 25.0 | 100 |
| Bryco Arms | .380 | Semiautomatic Pistol | 13 | 10 | 3.7 | 5 | 50.0 | 76 |
| Davis Industries | .380 | Semiautomatic Pistol | 12 | 7 | 3.7 | 3 | 42.9 | 514 |
| Smith & Wesson | .38 | Revolver | 12 | 6 | 20.1 | 0 | 0.0 | 5,683 |
| Lorcin Engineering | .25 | Semiautomatic Pistol | 11 | 10 | 3.0 | 5 | 50.0 | 411 |
| Taurus | .38 | Revolver | 10 | 5 | 5.2 | 1 | 20.0 | 889 |
| Harrington & Richardson | .32 | Revolver | 7 | 5 | 20.5 | 0 | 0.0 | 6,507 |
| Colt | .38 | Revolver | 6 | 0 | | 0 | | |
| Raven Arms | .25 | Semiautomatic Pistol | 6 | 4 | 10.4 | 0 | 0.0 | 2,833 |

### Youth (ages 18-24)

| Manufacturer | Caliber | Type of Crime Gun | Number of Crime Guns — All | Number of Crime Guns — With Time-to-Crime* | Median Time-to-Crime in Years | Time-to-Crime of 3 Years or less — Number | Time-to-Crime of 3 Years or less — Percent** | Fastest Case (in days)*** |
|---|---|---|---|---|---|---|---|---|
| Smith & Wesson | .38 | Revolver | 62 | 15 | 13.9 | 2 | 13.3 | 167 |
| Smith & Wesson | .357 | Revolver | 37 | 25 | 12.8 | 2 | 8.0 | 459 |
| Bryco Arms | 9mm | Semiautomatic Pistol | 34 | 27 | 1.7 | 21 | 77.8 | 19 |
| Lorcin Engineering | .380 | Semiautomatic Pistol | 34 | 30 | 4.2 | 12 | 40.0 | 202 |
| Bryco Arms | .380 | Semiautomatic Pistol | 32 | 27 | 3.4 | 12 | 44.4 | 39 |
| Ruger | 9mm | Semiautomatic Pistol | 30 | 25 | 3.4 | 10 | 40.0 | 46 |
| Colt | .38 | Revolver | 28 | 5 | 23.0 | 0 | 0.0 | 5,999 |
| Smith & Wesson | 9mm | Semiautomatic Pistol | 28 | 20 | 3.4 | 8 | 40.0 | 119 |
| Raven Arms | .25 | Semiautomatic Pistol | 25 | 21 | 12.3 | 0 | 0.0 | 2,364 |
| Taurus | .38 | Revolver | 25 | 19 | 7.4 | 4 | 21.1 | 51 |

# ATF CRIME GUN TRACE REPORT
## Chicago, Illinois

## Adult (ages 25 & older)

| Manufacturer | Caliber | Type of Crime Gun | Number of Crime Guns All | Number of Crime Guns With Time-to-Crime* | Median Time-to-Crime in Years | Time-to-Crime of 3 Years or less Number | Time-to-Crime of 3 Years or less Percent** | Fastest Case (in days)*** |
|---|---|---|---|---|---|---|---|---|
| Smith & Wesson | .38 | Revolver | 66 | 14 | 12.7 | 3 | 21.4 | 28 |
| Lorcin Engineering | .380 | Semiautomatic Pistol | 36 | 32 | 3.3 | 14 | 43.8 | 195 |
| Smith & Wesson | 9mm | Semiautomatic Pistol | 36 | 21 | 3.4 | 10 | 47.6 | 87 |
| Taurus | .38 | Revolver | 33 | 22 | 6.3 | 4 | 18.2 | 375 |
| Ruger | 9mm | Semiautomatic Pistol | 31 | 28 | 2.9 | 15 | 53.6 | 16 |
| Intratec | 9mm | Semiautomatic Pistol | 29 | 20 | 1.7 | 13 | 65.0 | 37 |
| Colt | .38 | Revolver | 28 | 6 | 12.6 | 2 | 33.3 | 23 |
| Smith & Wesson | .357 | Revolver | 27 | 18 | 10.3 | 2 | 11.1 | 150 |
| Mossberg | 12 GA | Shotgun | 26 | 19 | 3.0 | 9 | 47.4 | 93 |
| Remington Arms | 12 GA | Shotgun | 26 | 14 | 9.0 | 4 | 28.6 | 82 |

## All Crime Guns in this Jurisdiction****

| Manufacturer | Caliber | Type of Crime Gun | Number of Crime Guns All | Number of Crime Guns With Time-to-Crime* | Median Time-to-Crime in Years | Time-to-Crime of 3 Years or less Number | Time-to-Crime of 3 Years or less Percent** | Fastest Case (in days)*** |
|---|---|---|---|---|---|---|---|---|
| Smith & Wesson | .38 | Revolver | 420 | 109 | 16.1 | 11 | 10.1 | 1 |
| Lorcin Engineering | .380 | Semiautomatic Pistol | 254 | 214 | 4.2 | 77 | 36.0 | 38 |
| Smith & Wesson | .357 | Revolver | 196 | 133 | 13.5 | 14 | 10.5 | 31 |
| Smith & Wesson | 9mm | Semiautomatic Pistol | 192 | 136 | 5.2 | 45 | 33.1 | 12 |
| Bryco Arms | .380 | Semiautomatic Pistol | 186 | 157 | 3.4 | 68 | 43.3 | 0 |
| Colt | .38 | Revolver | 186 | 17 | 19.4 | 3 | 17.6 | 23 |
| Taurus | .38 | Revolver | 184 | 123 | 6.8 | 28 | 22.8 | 51 |
| Davis Industries | .380 | Semiautomatic Pistol | 174 | 139 | 5.6 | 37 | 26.6 | 30 |
| Ruger | 9mm | Semiautomatic Pistol | 171 | 139 | 3.1 | 67 | 48.2 | 4 |
| Bryco Arms | 9mm | Semiautomatic Pistol | 166 | 131 | 2.9 | 74 | 56.5 | 8 |

\* Time-to-crime can only be calculated when a trace is completed and a recovery date is submitted. Table J provides further explanation as to why a trace cannot be completed, such that a time-to-crime cannot be established.

\*\* The denominator used to calculate this result is the total number of trace requests where a time-to-crime was established.

\*\*\* A time-to-crime of 0 days indicates the recovery of a firearm during or immediately following a sale from a Federal firearms licensee.

\*\*\*\* This table is based on crime guns associated with adults, youth, juveniles, and individuals whose ages are unknown.

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

# ATF CRIME GUN TRACE REPORT
## Chicago, Illinois

**Report Period : January 1, 2000 - December 31, 2000**

### Table F: Most Frequent Source States for Crime Guns Traced to a Firearms Dealer

This table depicts the most frequent source States for crime guns recovered in this community and traced to a firearms dealer. This information can be useful in developing an enforcement strategy that identifies and investigates the specific illegal sources of crime guns from those areas. A further breakdown shows how many crime guns were recovered within this community's county, within an adjacent county, and from other counties within the State.

### Juvenile (ages 17 & younger)

| Crime Gun Source State | | Number of Crime Guns | Percent of Crime Guns* | Total Number of Crime Guns | Percent of Crime Guns** |
|---|---|---|---|---|---|
| Illinois | *Same County* | 64 | 83.1 | | |
| | *Adjacent County* | 8 | 10.4 | | |
| | *Other Counties in State* | 5 | 6.5 | | |
| | *Total in State* | 77 | 100.0 | 77 | 42.1 |
| Indiana | | | | 19 | 10.4 |
| Mississippi | | | | 18 | 9.8 |
| Kentucky | | | | 12 | 6.6 |
| Georgia | | | | 9 | 4.9 |
| Texas | | | | 6 | 3.3 |
| Alabama | | | | 5 | 2.7 |
| Tennessee | | | | 5 | 2.7 |
| Wisconsin | | | | 5 | 2.7 |
| Total for the Top Source States | | | | 156 | 85.2 |
| Total for the Other Source States*** | | | | 27 | 14.8 |
| Total of All Crime Guns with a Source State Identified | | | | 183 | 100.0 |

### Youth (ages 18-24)

| Crime Gun Source State | | Number of Crime Guns | Percent of Crime Guns* | Total Number of Crime Guns | Percent of Crime Guns** |
|---|---|---|---|---|---|
| Illinois | *Same County* | 227 | 76.2 | | |
| | *Adjacent County* | 49 | 16.4 | | |
| | *Other Counties in State* | 22 | 7.4 | | |
| | *Total in State* | 298 | 100.0 | 298 | 45.3 |
| Indiana | | | | 80 | 12.2 |
| Mississippi | | | | 76 | 11.6 |
| Ohio | | | | 25 | 3.8 |
| Kentucky | | | | 22 | 3.3 |
| Wisconsin | | | | 21 | 3.2 |
| Tennessee | | | | 18 | 2.7 |
| Georgia | | | | 17 | 2.6 |
| Arkansas | | | | 13 | 2.0 |
| Total for the Top Source States | | | | 570 | 86.6 |
| Total for the Other Source States*** | | | | 88 | 13.4 |
| Total of All Crime Guns with a Source State Identified | | | | 658 | 100.0 |

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

# ATF CRIME GUN TRACE REPORT
## Chicago, Illinois

### Adult (ages 25 & older)

| Crime Gun Source State | | Number of Crime Guns | Percent of Crime Guns* | Total Number of Crime Guns | Percent of Crime Guns** |
|---|---|---|---|---|---|
| Illinois | *Same County* | 322 | 71.9 | | |
| | *Adjacent County* | 95 | 21.2 | | |
| | *Other Counties in State* | 31 | 6.9 | | |
| | *Total in State* | 448 | 100.0 | 448 | 57.4 |
| Indiana | | | | 70 | 9.0 |
| Mississippi | | | | 60 | 7.7 |
| Georgia | | | | 19 | 2.4 |
| Arkansas | | | | 18 | 2.3 |
| Wisconsin | | | | 18 | 2.3 |
| Tennessee | | | | 15 | 1.9 |
| Kentucky | | | | 13 | 1.7 |
| Florida | | | | 12 | 1.5 |
| Texas | | | | 12 | 1.5 |
| Total for the Top Source States | | | | 685 | 87.8 |
| Total for the Other Source States*** | | | | 95 | 12.2 |
| Total of All Crime Guns with a Source State Identified | | | | 780 | 100.0 |

### All Crime Guns in this Jurisdiction****

| Crime Gun Source State | | Number of Crime Guns | Percent of Crime Guns* | Total Number of Crime Guns | Percent of Crime Guns** |
|---|---|---|---|---|---|
| Illinois | *Same County* | 1,757 | 76.5 | | |
| | *Adjacent County* | 357 | 15.5 | | |
| | *Other Counties in State* | 184 | 8.0 | | |
| | *Total in State* | 2,298 | 100.0 | 2,298 | 50.1 |
| Indiana | | | | 478 | 10.4 |
| Mississippi | | | | 445 | 9.7 |
| Wisconsin | | | | 148 | 3.2 |
| Kentucky | | | | 119 | 2.6 |
| Georgia | | | | 116 | 2.5 |
| Tennessee | | | | 102 | 2.2 |
| Texas | | | | 93 | 2.0 |
| Arkansas | | | | 81 | 1.8 |
| Ohio | | | | 79 | 1.7 |
| Total for the Top Source States | | | | 3,959 | 86.4 |
| Total for the Other Source States*** | | | | 624 | 13.6 |
| Total of All Crime Guns with a Source State Identified | | | | 4,583 | 100.0 |

\* The denominator used to calculate this result is the total of all crime guns recovered in the State in which this community is located.

\*\* The denominator used to calculate this result is the total of all crime guns where a source State is identified.

\*\*\* Other source States may include Guam, Puerto Rico, and/or the Virgin Islands.

\*\*\*\* This table is based on crime guns associated with adults, youth, juveniles, and individuals whose ages are unknown.

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*  •  *Youth Crime Gun Interdiction Initiative*

# ATF CRIME GUN TRACE REPORT
## Chicago, Illinois

**Report Period : January 1, 2000 - December 31, 2000**

### Table G: Dealer Trace Frequency and Distance to Recovery

This table depicts the number of firearms dealers associated with crime gun traces. The second part of this table depicts the distance to crime gun recovery location as defined by the number of miles between the business location of the federally licensed firearms dealer and the number of crime guns recovered by law enforcement within distance ranges. This information may be useful for establishing an enforcement strategy that focuses on the number of expected crimes gun recoveries relative to firearm dealer locations.

**Dealer Trace Frequency**

| City | Number of Traces to a Dealer | Traces Percent | Traces Number | Dealer Percent | Dealer Number |
|------|------|------|------|------|------|
| **Chicago** | | | | | |
| | 1 or more | 100.0 | 2,723 | 100.0 | 936 |
| | 2 or more | 74.7 | 2,033 | 26.3 | 246 |
| | 5 or more | 57.7 | 1,572 | 6.3 | 59 |
| | 10 or more | 50.9 | 1,386 | 3.3 | 31 |
| | 25 or more | 40.8 | 1,111 | 1.3 | 12 |

**Distance from Dealer to Recovery Crosstabulation**

| | 0-5 | 6-10 | 11-25 | 26-50 | 51-100 | 101-250 | 250+ | Total |
|------|------|------|------|------|------|------|------|------|
| | | | | **Distance from Dealer to Recovery** | | | | |
| Count | 19 | 233 | 318 | 188 | 106 | 228 | 744 | 1,836 |
| Percent Within City | 1.0 | 12.7 | 17.3 | 10.2 | 5.8 | 12.4 | 40.5 | 100.0 |

# ATF CRIME GUN TRACE REPORT
## Chicago, Illinois

**Report Period : January 1, 2000 - December 31, 2000**

**Table H: Crime Guns with Obliterated Serial Numbers***

Crime guns can have partially or completely obliterated serial numbers.  This report reflects an undercount of obliterated and restored serial numbers because, among other reasons, trace requests from local law enforcement agencies may not indicate when obliterated serial numbers have already been restored prior to their submission to the National Tracing Center.

| | All Crime Guns | Crime Guns with Obliterated Serial Numbers | |
|---|---|---|---|
| **Juvenile** (ages 17 & younger) | | | |
| Type of Firearm | Number | Number Obliterated | Percent Obliterated** |
| Semiautomatic Pistol | 187 | 17 | 9.1 |
| Revolver | 128 | 6 | 4.7 |
| Derringer | 5 | 1 | 20.0 |
| Total | 320 | 24 | 7.5 |
| **Youth** (ages 18-24) | | Number Obliterated | Percent Obliterated** |
| Type of Firearm | Number | | |
| Semiautomatic Pistol | 656 | 41 | 6.3 |
| Revolver | 369 | 14 | 3.8 |
| Derringer | 8 | 0 | 0.0 |
| Total | 1,033 | 55 | 5.3 |
| **Adult** (ages 25 & older) | | Number Obliterated | Percent Obliterated** |
| Type of Firearm | Number | | |
| Semiautomatic Pistol | 658 | 35 | 5.3 |
| Revolver | 443 | 9 | 2.0 |
| Derringer | 36 | 0 | 0.0 |
| Total | 1,137 | 44 | 3.9 |
| **All Ages in this Jurisdiction** | | Number Obliterated | Percent Obliterated** |
| Type of Firearm | Number | | |
| Semiautomatic Pistol | 4,342 | 508 | 11.7 |
| Revolver | 2,891 | 152 | 5.3 |
| Derringer | 129 | 7 | 5.4 |
| Total | 7,362 | 667 | 9.1 |

\* Figures on obliterated serial numbers include handguns only.  It is not always possible to determine from trace information whether the serial number of a long gun has been obliterated.

\*\* Based on the trace requests for which the possessor's age can be determined.

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*  •  *Youth Crime Gun Interdiction Initiative*

# ATF CRIME GUN TRACE REPORT
## Chicago, Illinois

**Report Period : January 1, 2000 - December 31, 2000**

**Table I: Results of Crime Gun Traces: Age of Possessor**

This table depicts the number of crime gun trace requests received by the National Tracing Center from this community, the number and percentage of crime gun traces that were initiated, and the extent to which the trace progressed. Where a trace identifies a Federal firearms licensee, the National Tracing Center can generally determine the source State of the firearm and the date on which it was first sold at retail. Further information from the Federal firearms licensee is required to identify first purchasers.

| | Number of Crime Gun Trace Requests | Percent of Crime Gun Trace Requests | Percent of Crime Gun Traces Initiated |
|---|---|---|---|
| **Juvenile** (ages 17 & younger) | | | |
| Crime Gun Trace Requests | 346 | 100.0 | |
| Traces Initiated* | 314 | 90.8 | 100.0 |
| Traced to FFL** | 229 | 66.2 | 72.9 |
| Purchaser Identified*** | 183 | 52.9 | 58.3 |
| **Youth** (ages 18-24) | | | |
| Crime Gun Trace Requests | 1,145 | 100.0 | |
| Traces Initiated* | 1,023 | 89.3 | 100.0 |
| Traced to FFL** | 783 | 68.4 | 76.5 |
| Purchaser Identified*** | 658 | 57.5 | 64.3 |
| **Adult** (ages 25 & older) | | | |
| Crime Gun Trace Requests | 1,398 | 100.0 | |
| Traces Initiated* | 1,225 | 87.6 | 100.0 |
| Traced to FFL** | 943 | 67.5 | 77.0 |
| Purchaser Identified*** | 780 | 55.8 | 63.7 |
| **All Crime Guns in this Jurisdiction****** | | | |
| Crime Gun Trace Requests | 8,570 | 100.0 | |
| Traces Initiated* | 7,547 | 88.1 | 100.0 |
| Traced to FFL** | 5,628 | 65.7 | 74.6 |
| Purchaser Identified*** | 4,583 | 53.5 | 60.7 |

\* Crime gun trace requests may not be initiated for various reasons, such as: Federal law did not require dealers to maintain records prior to 1969; the firearm is classified as a military weapon; the weapon described is not a firearm as defined in Federal law; the weapon described is subject to the National Firearms Act (NFA), and/or the weapon described is a blackpowder firearm. Firearms predating the enactment of the 1968 Gun Control Act are generally untraceable.

\*\* Reasons that crime guns may not be traced to a Federal firearms licensee include: manufacturer or wholesaler records were incomplete, destroyed, missing, not properly maintained, illegible, seized by law enforcement officials, or were not received by the NTC Out-of-Business records section when one of those entities went out of business.

\*\*\* Reasons crime guns may not be traceable to a first purchaser include: retailer records were incomplete, destroyed, missing, not properly maintained, illegible, seized by law enforcement officials, or were not received by the NTC Out-of-Business section when the FFL went out of business.

\*\*\*\* This table is based on crime guns associated with adults, youth, juveniles, and individuals whose ages are unknown.

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

# ATF CRIME GUN TRACE REPORT
## Chicago, Illinois

**Report Period : January 1, 2000 - December 31, 2000**

**Table J: Results of Crime Gun Traces: Detailed Analyses**

| | Number of Crime Gun | Percent of Crime Gun |
|---|---|---|
| **Crime Gun Trace Requests** | 8,570 | 100.0 |
| **Crime Gun Trace Not Initiated** | 1,023 | 11.9 |
| **Reasons Trace Not Initiated*** | | |
| **Firearm Manufactured Before 1969 and Not Traceable Through Out-of-Business Records** | 990 | 11.6 |
| **Trace Request Submitted for Informational Purposes Only** | 4 | 0.0 |
| **Other Reasons** | 29 | 0.3 |
| **Crime Gun Trace Initiated** | 7,547 | 88.1 |
| **Trace Initiated: Purchaser Identified** | 4,583 | 53.5 |
| **Trace Initiated: Purchaser Not Identified** | 2,964 | 34.6 |
| **Reasons Purchaser Not Identified** | | |
| **Trace Terminated at Manufacturer/Importer Stage** | 1,700 | 19.8 |
| Problem with Manufacturer Name | 194 | 2.3 |
| Problem with Importer Name | 562 | 6.6 |
| Problem with Crime Gun Serial Number** | 856 | 10.0 |
| Insufficient Information (unspecified) | 12 | 0.1 |
| Crime Gun Previously Reported Stolen*** | 76 | 0.9 |
| **Trace Terminated at Wholesaler/Retail Dealer Stage** | 1,045 | 12.2 |
| No Response | 29 | 0.3 |
| Records Not Available | 159 | 1.9 |
| Records on This Crime Gun Not Available | 565 | 6.6 |
| 20 Year Record Retention Requirement Expired | 259 | 3.0 |
| Crime Gun Reported Stolen During Inquiry | 33 | 0.4 |
| **Other Dispositions** | 219 | 2.6 |
| Terminated by Law Enforcement | 49 | 0.6 |
| Special Conditions | 170 | 2.0 |

\* Crime gun trace requests may not be initiated for various reasons, such as: the NTC received incorrect information or insufficient information to complete a firearm's trace request, improper nomenclature of a firearm, or misidentification of a firearm or the firearm's importer. Firearms predating the enactment of the 1968 Gun Control Act are generally untraceable.

\*\* This category includes misread, obliterated, and obscured serial numbers. The number submitted may also be wrongly identified as a serial number or may not match records of guns manufactured. See Table G: Crime Guns with Obliterated Serial Numbers.

\*\*\* These are commercial thefts reported by manufacturers, retailers, or interstate carriers. Reporting is mandatory for manufacturers and retailers and voluntary for interstate carriers. Thefts from private individuals are not included in this category.