# Exhibit 39

1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF ILLINOIS

3                   EASTERN DIVISION

4     -------------------------------)

5     ILLINOIS ASSOCIATION OF FIREARMS )

6     RETAILERS, KENNETH PACHOLSKI,    )

7     KATHRYN TYLER, and MICHAEL HALL, )

8            Plaintiffs,          ) Civil Action No.:

9     vs.                         ) 10-cv-04184

10    THE CITY OF CHICAGO and      )

11    RAHM EMANUEL, Mayor of the    )

12    City of Chicago,             )

13           Defendants.           )

14    -------------------------------)

15            Videotaped Deposition of JOSEPH J. VINCE,

16    JR., a Witness, herein, called for examination by

17    Counsel for Plaintiffs, in the above-entitled matter,

18    the witness being duly sworn by MELISSA GILCREST,

19    RDR, CRR, a Notary Public in and for the District of

20    Columbia, taken at the offices of Cooper & Kirk,

21    PLLC, 1523 New Hampshire Avenue, NW, Washington, DC,

22    at 9:06 a.m., on Friday, September 16, 2011, and the

Joseph J. Vince, Jr.                                                    September 16, 2011

Washington, D.C.

2

1     proceedings being taken down by Stenotype by MELISSA

2     GILCREST, RDR, CRR, and transcribed under her

3     direction.

4

5

6

7

8     APPEARANCES:

9

10    On behalf of Plaintiffs:

11            DAVID H. THOMPSON, ATTORNEY AT LAW

12            CHARLES J. COOPER, ATTORNEY AT LAW

13            1523 New Hampshire Avenue, NW

14            Washington, DC 20036

15            (202) 220-9600

16            dthompson@cooperkirk.com

17            ccooper@cooperkirk.com

18

19

20

21    (Appearances Continued.)

22

Joseph J. Vince, Jr.

September 16, 2011

Washington, D.C.

3

```
 1    APPEARANCES CONTINUED:

 2

 3            On behalf of Defendants:

 4            CRAIG A. WOODS, ATTORNEY AT LAW

 5            RANJIT J. HAKIM, ATTORNEY AT LAW

 6            Mayer Brown LLP

 7            71 South Wacker Drive

 8            Chicago, Illinois 60606-4637

 9            (312) 782-0600

10            cwoods@mayerbrown.com

11            rhakim@mayerbrown.com

12                    and

13            ANDREW WORSECK, ATTORNEY AT LAW

14            Assistant Corporation Counsel

15            Department of Law

16            Constitutional and Commercial Litigation

17            30 North LaSalle Street, Suite 1230

18            Chicago, Illinois 60606-2580

19            (312) 744-7129

20            aworseck@cityofchicago.org

21

22    ALSO PRESENT:  Dan Reidy, Videographer
```

Joseph J. Vince, Jr.                                                    September 16, 2011

Washington, D.C.

12

1       A.      Yes, sir, I did.

2       Q.      Did you have a trigger lock on your

3   firearm?

4       A.      When I was on duty?

5       Q.      Yes.

6       A.      No, sir, I did not.

7       Q.      You worked there until you joined the

8   Bureau of Alcohol, Tobacco and Firearms in 1971, is

9   that right?

10      A.      Yes, sir, that is correct.

11      Q.      And your first job at the ATF was as a

12  special agent and field investigator in Detroit, is

13  that right?

14      A.      Yes, sir, that is correct.

15      Q.      And that lasted from 1971 to 1979, is that

16  right?

17      A.      Yes, sir.  I was transferred to another

18  post of duty in 1979.

19      Q.      And what were your responsibilities as a

20  field agent?

21      A.      As a field agent, I would be responsible

22  for investigating crimes within the jurisdiction

13

1    that ATF has, as well as testifying in court,

2    collecting evidence, effectuating arrests, executing

3    search warrants, et cetera.

4         Q.    What sort of crimes were within the

5    jurisdiction of your department at that time?

6         A.    Well, ATF regulates the firearms and

7    explosives industry, they also are responsible for

8    enforcing federal firearms and explosive laws,

9    alcohol laws, tobacco laws and arson.

10        Q.    And in 1979, you were transferred to

11   Nebraska and promoted to special agent in charge of

12   the Omaha office, is that right?

13        A.    Yes, sir, resident agent in charge, yes,

14   sir.

15        Q.    And you remained in that position until

16   1983, is that correct?

17        A.    Yes, sir.

18        Q.    And what were your responsibilities as the

19   special agent in charge of the Omaha office?

20        A.    Well, again, you have the same

21   responsibilities as special agent, but you're

22   supervising a group of agents to ensure not only

Joseph J. Vince, Jr.                                      September 16, 2011

Washington, D.C.

55

1    opinion, does it promote public safety by limiting

2    lawful acquisition of firearms?

3              MR. WOODS:  Objection to the form of the

4    question and it calls for a legal conclusion and also

5    it's beyond the scope of his report and testimony

6    we've tendered him for in this case.

7         A.    Sir, would you identify what part of that

8    statute you're talking about?

9         Q.    The portion that prohibits private sale --

10   that prohibits sales of firearms within the City of

11   Chicago.  Do you believe that promotes the public

12   safety by reducing lawful acquisition of firearms?

13             MR. WOODS:  The same objection.

14        A.    Well, what I can tell you, because we

15   didn't -- we didn't examine that per se.  But what I

16   can tell you from the studies that I've entered in

17   here is that most crime guns originate from retail

18   dealers and that less than 1 percent of the dealers

19   contribute to 60 percent of the crime guns.  So

20   obviously dealers, certainly not regulating firearms

21   dealers properly is a problem, that's how criminals

22   get guns.

Joseph J. Vince, Jr.                                    September 16, 2011

Washington, D.C.

85

1      A.      I don't know that that's the case.   What

2    the research we did say -- found was this.   And

3    that's again, highly trained individuals use

4    firearms as the tool of their trade, and they are

5    trained to use them in a deadly fashion.   Yet when

6    they're on the military base, none of those people

7    have firearms, none.   None of them have access to

8    firearms.   The only people on base who have firearms

9    are the military personnel, period.   Because they

10   feel that's the best safety of everyone there.   Not

11   that they didn't have crime on military bases, not

12   that they don't have problems.   Unfortunately, we've

13   seen that's the case.   However, none of them have

14   them because they feel it's the safest for all

15   military personnel that are on the base.

16      Q.      So they're not allowed to use their

17   firearm for self-defense when they're on the military

18   base, is that right?

19      A.      Their firearms are disassembled.   As a

20   matter of fact, you will see the receivers away

21   from -- certain protocols that I've been on military

22   bases with and/or talked with military officers

Joseph J. Vince, Jr.                                                September 16, 2011

Washington, D.C.

86

1    about, are disassembled so that even if they were

2    stolen, they would be inoperable, because the

3    receiver or the firing mechanisms is away from where

4    the rest of the firearm is, and their ammunition is

5    stored in a separate location as well.

6         Q.    And so you would agree that the soldiers

7    on these military bases are not permitted to use

8    those firearms for self-defense?

9         A.    What I said is they're not allowed to

10   have them, they do not have them.

11        Q.    All right.  Now, you say in the final

12   paragraph on the bottom of page 6 in the second

13   sentence, "Firearms that are seized by law

14   enforcement agencies are normally stored with some

15   type of locking mechanism to prevent inadvertent or

16   accidental use."  These aren't weapons that the

17   officers are planning to use for self-defense in a

18   time sensitive manner, are they?

19        A.    No.  I'm referring to all weapons that

20   were seized or recovered in an investigation.

21        Q.    Okay.  And likewise, if we go down two

22   more sentences, you reference, "Firearms that are

Joseph J. Vince, Jr.                                    September 16, 2011

Washington, D.C.

93

1    in here, we talked about gun shows, those premises

2    become your home and the people coming in as

3    customers are your visitors.  The same is applicable

4    to your home.  There really is no difference.

5           And so you want to make sure your visitors

6    are safe there and you want to make sure that

7    visitors don't inadvertently get ahold of a firearm.

8    Exactly what the NSSF says, I think it's exactly the

9    same thing that's in our -- that's in this

10   publication.

11          Q.   But at least Chicago allows people to have

12   an operable firearm, and your guideline doesn't say

13   oh, have some operable firearms or even one operable

14   firearm and the rest in display cases.  This is

15   saying all of them should be in display cases locked,

16   right?

17          A.   Well, I will say this.  Of the dealers

18   that I'm aware of, and I have been around a lot of

19   retail dealers, there are dealers that have operable

20   firearms, but I only know of them having them on

21   their person.  They don't have them laying around

22   anywhere, they have them where they have control of

Joseph J. Vince, Jr.                                    September 16, 2011

Washington, D.C.

94

1   them at all times.  They don't have 15 or 20 of them

2   like that.  Not even all clerks do that, because

3   some are not trained or they don't want them to have

4   that.  So in that respect, it's not an issue that we

5   went into, but I think it's very much followed.

6           And I think that the big point about

7   what's not only in the safety and security, but what

8   dealers follow, is the same thing that they

9   repeatedly say, why do we do this?  Because it works.

10      Q.    All right.  And those firearms that are in

11  the display cases are not intended for use in that

12  store for self-defense, correct?

13      A.    No, sir.

14      Q.    Now, if we look at page 8 of your report

15  in the second full paragraph, you reference, let's

16  see, say halfway through that first sentence, "And

17  even the National Shooting Sports Foundation, a

18  lobbying arm of the firearms industry, has a safety

19  program utilizing trigger locking devices."  Why do

20  you use the word even, you say even they have it?

21      A.    Well, I think for this purpose I thought

22  it was amazing that here you have a protocol by the

Joseph J. Vince, Jr.                                               September 16, 2011

Washington, D.C.

108

1       A.      Well, they were choosing -- excuse me.

2    They were chosen because both of those businesses

3    operate in the State of Illinois, both Gander

4    Mountain and Dick's.  And so they're people that

5    have been selling firearms in the State of Illinois

6    for a long time.

7               And I think they're representative -- they

8    represent large gun dealers who have a lot of volume

9    of firearms of various types that sell to the public,

10   as well as all the other equipment and safety

11   equipment and others that firearms owners and users

12   buy and deal in.

13      Q.      Now, the clerks that you approached in

14   these stores, do you know how old they were?

15      A.      I don't specifically know how old, but I

16   would say that the gentleman in Gander Mountain was

17   probably in his 50s and the gentleman, the clerk at

18   Dick's Sporting Goods was probably in his late 20s

19   or early 30s.

20      Q.      Now, turning to page 11 of your report, in

21   the first full paragraph in the second sentence you

22   say, "In both Gander Mountain and Dick's Sporting

109

1    Goods, we found that every firearm racked or in a

2    display case had a trigger lock affixed."  And then

3    you report that you asked why this was so he, and

4    "The simple answer by each clerk was a resounding,

5    quote, it works."  And what it works for is ensuring

6    that those guns were not stolen or used by a deranged

7    customer, as in the next paragraph, isn't that right?

8         A.    Well, I think you should add, too, on

9    that, that because it has happened before where --

10   this is one of the things in our safety manual that

11   we put.  Is to keep the ammunition and the ability

12   of people to come in the store, get a box of

13   ammunition, and load a gun there and use it against

14   you to rob you.  So any -- it's there because we

15   want to keep unauthorized, unintended people from

16   acquiring the firearm.

17        Q.    All right.  Now, let's turn to page 13.

18   Now, in the first sentence and really the only

19   sentence in the first full paragraph on page 13, you

20   state, "My opinion that being able to possess a

21   single loaded firearm in the home provides sufficient

22   protection for self-defense against an attack by an

Joseph J. Vince, Jr.                                                    September 16, 2011

Washington, D.C.

110

1    intruder is also based in part on my law enforcement

2    experience and training."  Is it your opinion that no

3    matter how large an individual's house is, that

4    access to one operable firearm is sufficient for

5    self-defense?

6        A.    Well, let's take a look at it in several

7    ways.  Having loaded accessible weapons throughout

8    the house causes a myriad of problems.  If you're in

9    one location of the house and an intruder comes into

10   the house, now they have access to a firearm that

11   they can use against you.  That's a dangerous

12   situation.

13              The other thing is if you do have

14   visitors, now you can't be assured that somebody

15   going to the bathroom or kids inadvertently seeing

16   something won't pick it up and use it.  Again, you

17   can't be assured that a person not intended to have

18   it has access to it.

19              The other thing in my law enforcement

20   experience is that people that have firearms

21   throughout a residence fully loaded and ready to go,

22   I've really seen three drastic incidents like that.

134

1    the handling of firearms?

2         A.    You know, as much as a special agent

3    was -- I don't remember Mr. Nunziato being a hunter

4    or a sports shooter, but he carried a gun as an

5    agent and was trained as an agent.   And he retired

6    at the same time I did, so I would think that he

7    would be rusty, as I would, because we haven't

8    trained like we used to as agents.

9         Q.    Now, how old is he, approximately?

10        A.    I hope I'm not embarrassing him.   I think

11   it's 65.

12        Q.    Is it true that people's reaction time

13   becomes slower as they become older?

14        A.    Do you really want an old guy like me to

15   admit that?   I think what happens is that if you

16   don't perform repetition actions that you need to,

17   you become unskilled at any age.

18        Q.    Mr. Nunziato was performing this exercise

19   in a well-lit room, is that right?

20        A.    I assume so.   I don't think he did it in

21   the dark.

22        Q.    Okay.   And he wasn't woken out of a deep

Joseph J. Vince, Jr.                                     September 16, 2011

Washington, D.C.

136

1     somebody's performance if they are sweating and

2     trembling while they're doing this?

3           A.     I wouldn't know that, sir.  We didn't

4     test for that.

5           Q.     Where was the ammunition during these

6     tests?  Was there ammunition in the guns?

7           A.     No, sir.  He took the trigger lock off

8     and we did the tests according to what the

9     manufacturers say to do, which is not -- put a

10    trigger lock on a loaded weapon, and then he loaded

11    the weapon as well.

12          Q.     Is the loading of the weapon included in

13    this time?

14          A.     Yes, sir.

15          Q.     And was the ammunition right next to him

16    or did he have to go to a different room or a

17    different safe to get the ammunition?

18          A.     No, sir, it was right there.

19          Q.     Is that best practices, in your opinion,

20    to have the ammunition right next to the firearm?

21          A.     If you're securing your weapon in your

22    house, that would be best practices to make sure

Joseph J. Vince, Jr.                                                September 16, 2011
Washington, D.C.

168

1    reporting multiple sales, when multiple sales of

2    handguns are made.  When we're talking about selling

3    guns under the table.  When we talk about not

4    adequately taking care of them, doing inventories.

5    So that if an employee is stealing guns, you're

6    not -- you're not aware of it and can report that in

7    a timely fashion.  Not securing your store so that

8    it's easy for somebody to break in and steal or come

9    in the store and easily take a firearm away.  All

10   those are bad business practices.  And again, the

11   public suffers because guns are getting into

12   criminal hands.

13        Q.    If the ATF had adequate resources, so

14   let's say they could audit a bad actor as much as

15   they needed to, would they be able to really cut down

16   on these problems?

17        MR. WOODS:  Objection to the form,

18   overbroad, incomplete hypothetical.

19        A.    I think there is much more involved in

20   it.  Not only do I think resources are involved, I

21   think that the firearms laws have been gutted, so

22   that they have been weakened to the point that some

Joseph J. Vince, Jr.                                                    September 16, 2011

Washington, D.C.

169

1    of them, especially with the regulations to dealers,

2    are not effective.

3              And I can just simply point to the fact

4    that ATF is only allowed to audit a dealer once a

5    year and they have to notify him to do it.  That's

6    not even common sense, when officers from every city

7    in the United States who investigates the sale to

8    underage, or to minors, the sale of liquor to

9    underage individuals can go in and do undercover

10   operations to make sure that in fact the law is

11   being -- being followed, ATF doesn't even have the

12   opportunity to do that.

13             So there is a lot of other issues in here.

14   I think as well as you can see how complex it is by

15   what the IG put in their report, so there is no easy

16   fixes here.

17             Here you have an agency that's been

18   issuing licenses, auditing dealers and putting out

19   regulations, and you can see the extent of report

20   that the IG gave in 2004 for ATF to improve.  So it's

21   not a trivial task, it's not a trivial answer to your

22   question.

196

1                    CERTIFICATE OF NOTARY PUBLIC

2

3          I, Melissa Gilcrest, a Notary Public of the

4    District of Columbia, do hereby certify that the

5    within-named witness personally appeared before me at

6    the time and place herein set out, and after having

7    been duly sworn by me, was examined by counsel.

8          I further certify that the examination was

9    recorded stenographically by me and this transcript

10   is a true record of the proceedings.

11         I further certify that I am not of counsel to

12   any of the parties, nor related to any of the

13   parties, nor in any way interested in the outcome of

14   this action.

15

16                     _____

17                     Melissa J. Gilcrest

18                     Notary Public

19                     District of Columbia

20                     My commission expires: 10/14/2014

21

22

# Exhibit 40

# Chuck's Gun Shop & Pistol Range

Address:        14310 S. Indiana, Riverdale IL. 60827
FFL.            336-11205

Updated:

| Weapons Purchased: | Weapons purchased/inventoried | 15 |
|---|---|---|
| | Weapons to be picked-up | |
| | 9MM semi-automatic pistols | 1 |
| | 22 cal. semi-automatic pistols | 1 |
| | .44 cal. Revolvers | 1 |
| | 357 cal. Revolvers | 6 |
| | .45 cal. Revolvers | 1 |
| | .380 cal. Semi-auto | 5 |

#1 On 10 August 1998, ~~████. ████████~~ expressed interest in the purchase of an inexpensive semi-auto pistol which could easily be concealed on her person or in her purse. She chose a Bryco Jennings .380 cal. pistol.
On 14 August 1998, ~~████████~~ and ~~████.~~ ~~█████~~ returned to complete the purchase of Bryco Jennings pistol, ~~█████~~ expressed interest in purchasing a 9MM weapon. When asked he told salesperson he did not have, nor did he wish to apply for, a FOID card but he was allowed to examine 2 9MM pistols. ~~████████~~ stated she wished to purchase the weapons ~~█████~~ had inspected but was told it was in a gray area of the law that it would be a straw purchase. ~~█████~~ again was asked to apply for the FOID card and he said that he couldn't do that. ~~████████~~ was told she could return the following day and could purchase the 9MM weapons. RD#C505100/Incident/#98-GI-741
Weapons picked-up: 1 (CLOSED)

#2 On 19 August 1998, ~~████. ████████~~ returned and was recognized from her previous visit and her attempt to purchase two weapons in the above described incident on 10 August. ~~████████~~ stated she wished to purchase both guns, a Lorcin .380 cal. pistol and an Accu 9MM pistol. She was asked to complete a 4473 form and told to read the first box regarding if she was the actual buyer of the weapons. When asked if the answer to the question was yes or no she responded it was yes. The salesperson then advised ~~████████~~ on how the sale could be conducted so she, the salesperson, would not have to contact ATF concerning ~~████████~~ multiple gun purchases she was making today. This procedure included included issuing two separate receipts and the restriction that she could not pick up the weapons for 5 days. ~~████████~~ agreed and the paperwork was completed.
On 1 September 1998, ~~████████~~ returned to pick-up the two purchased weapons. The salesperson advised ~~████████~~ if she picked-up both weapons now the ATF would be notified. The salesperson explained that if ~~████████~~ took one weapon today and then waited a week and picked-up the second gun the ATF would not be notified. ~~████████~~ agreed and took the ACCU 9MM leaving the Lorcin for pick-up at a later date. ~~████████~~ also expressed interest in purchasing a .357 Rossi (revolver) that was on display.
On 9 September 1998, ~~████████~~ returned and gave salesperson two receipts for pick-up of a Lorcin .380 & a .357 Rossi revolver who advised her if she pick-up both weapon she, the salesperson, would have to call (ATF). ~~████████~~ agreed to take the Lorcin and leave the Rossi for pick-up at a later date. She left and returned within minutes with ~~████████~~ for the purpose of purchasing another firearm (see C576602/9 Sept. 1998) RD#C525885/Incid#98-GI-785
Weapons picked-up: 2 (CLOSED)

CITY 005027

# Chuck's Gun Shop & Pistol Range
(Continued)

#3 On 19 August 1998, ~~████~~ expressed interest in purchasing something (a gun) small & inexpensive that he could hide so no one knew he had it on him. ~~████~~ was allowed to handle both a Davis .380 cal. pistol and a Jennings .380 cal pistol which he practiced placing into his pocket and waistband of his pants. The salesperson suggested ~~████~~ use a holster that would fit in the waistband of his pants. ~~████~~ declined and stated he wanted to purchase the guns. The salesperson then explained how ~~████~~ could avoid having him, the salesperson, contact the ATF regarding ~~████~~ multiple gun purchase. The procedure involved separate receipts and ~~████~~ was to pick-up one weapon in 3 days and the second a week later. ~~████~~ agreed to this, stating that he did not want the FEDS notified.
On 24 August 1998, ~~████~~ returned and handed the salesperson the separate receipts for the weapons purchased on 19 August. The salesperson advised ~~████~~ that if he picked-up both weapons the FEDS would be notified. After being told again if both weapons were picked-up this date the FEDS would be notified, ~~████~~ agreed to take just one of the weapons, the Davis .380 cal. pistol.
On 1 September 1998, ~~████~~ returned and picked-up the second weapon, a Jennings .380 cal. pistol, which completed the 19 August transaction. This pick-up was conducted with no unusual activity or conversation.
RD#C526365/Incid#98-GI-787
Weapons Picked-up: 2 (CLOSED)


#4 On 1 September 1998, ~~████~~ after she picked-up a previously purchased weapon, Accu Tek 9MM, from a 10 August transaction told the salesperson she wanted to purchase a .357 Rossi (revolver). ~~████~~ asked if she could pick-up the newly purchased Rossi and the second weapon, a Davis .380 cal pistol, from the 10 August transaction in 3 days. The salesperson advised her if she picked-up both weapons together the AFT would be notified, that it did not matter how many weapons she purchased as long as they were picked-up separately 1 week apart. ~~████~~ purchased the Rossi .357 leaving the Davis .380 cal. for pick-up at a later date. RD#C557514/Incid#98-GI-835
Weapons picked-up: 0 (OPEN)


#5 On 1 September 1998, ~~████~~ inquired about .357 Mags. (revolvers) by Smith & Wesson. The salesperson showed ~~████~~ a chrome (stainless steel) S/W .357 revolver which ~~████~~ agreed to purchase. ~~████~~ then made inquiries about purchasing an Intratec 9MM. After the salesperson allowed ~~████~~ to examine an Intratec, ~~████~~ agreed to purchase that weapon also. The salesperson gave ~~████~~ a $25. discount on this weapon (Intratec) and explained to a another salesperson that he (~~████~~) was a good guy and has bought guns there before. While the second salesperson was preparing the paper work on the sale, she related that the store, Chucks, had a high sales volume. ~~████~~ was advised that he could pick-up both of the guns on Friday.
On 9 September 1998, returned and picked-up the above previously purchased weapons (S/W 357 revolver & Intratec 9MM). ~~████~~ then negotiated for the purchased of three additional weapons, (see below 9 Sept. 1998/C576548).
RD#C558011/Incid#98-GI-839
Weapons Picked-up 2 (CLOSED)

CITY 005028

# Chuck's Gun Shop & Pistol Range
## (Continued)

#6 On 9 September 1998, ▩▩▩▩▩ while picking-up previously purchased weapons expressed interest in purchasing other weapons. The salesperson handed ▩▩▩ two weapons which he inspected. ▩▩▩ ordered 3 weapons including a Smith & Wesson .45 Cal revolver, a Smith & Wesson .357 revolver and a Calica .22 cal LR pistol. When ▩▩▩ stated he would pick-up the weapons at one time the salesperson related if he did the ATF would be notified. ▩▩▩ was able to obtain a discount on the weapon and the salesperson offered to pay for the F-TIP call. ▩▩▩ was advised to pick-up the weapons Saturday.
RD#C576548/Incid#98-GI-873
Weapons picked-up: 0 (OPEN)

#7 On 9 September 1998, ▩▩▩▩▩ inspected a Rossi .357 revolver and inquired from the salesperson if he purchase two of that type. The salesperson advised him he had one in stock and would order the second. ▩▩▩ agreed to purchase both weapons. When the salesperson determined ▩▩▩ lived in Chicago he advised that the sale should be conducted on two separate receipts. ▩▩▩ was told to pick-up the guns separately a week apart. ▩▩▩ signed the back of the sales receipt advising that it was illegal for Chicago residents to bring guns into Chicago. ▩▩▩ was then re-advised to pick-up one gun on Saturday or later and the second, gun, a week later.
RD#C576543/Incid#98-GI-871
Weapons picked-up 0 (OPEN)

#8 On 9 September 1998, ▩▩▩. ▩▩▩▩▩ having exited (C525885 19 August 1998) re-entered with ▩▩▩▩▩. ▩▩▩▩▩ asked ▩▩▩ what he wanted and ▩▩▩ responded a 2" 44 (2" barreled 44 cal. revolver). The salesperson handed her a 44 cal Taurus revolver which she gave to ▩▩▩ to examine after which he stated he wanted. ▩▩▩ inquired about and was handed a Thunder Five .410 shotgun type revolver for inspection. The salesperson handed ▩▩▩ a .410 shotgun shell to examine. ▩▩▩▩▩ asked ▩▩▩ if he wanted that weapon also he responded that he did not. ▩▩▩ then made an inquiry about a displayed .22 cal semi-auto rifle. The salesperson allowed ▩▩▩ to handle the rifle including disassemble and re-assemble of it. Following completion of paperwork for purchase of 44 cal. Taurus revolver both G/Sps left.
RD#C576602/Incid#98-GI-875
Weapons picked-up 0 (OPEN)

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and it's description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at the end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes and hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody." All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

## GANG INVESTIGATION SECTION SUPPLEMENTARY REPORT

**C-591263**

CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

| Offense Classification / Last Report | IUCR Code | Offense Reclassification / DNA | | Revised IUCR |
|---|---|---|---|---|
| Other - non Criminal Service Concerning Property | 5081 | DNA | | |

| Address of Occurrence | Type of Location | Location Code | Date of Occurrence | Time of Occurrence | Beat of Occ | Beat Assigned |
|---|---|---|---|---|---|---|
| (2306 W. North Avenue Melrose Park, IL 60160 | (Store - Small Retail) | (261) | 15 Sep 98 | 1230 | 3100 | ●●●●● |

| Victims | Victim's Name | Relation | Method Code | Method Assigned | Unit | Safe Method | If Residence / Where |
|---|---|---|---|---|---|---|---|
| 1 | City of Chicago | 24 | | FIELD | 156 | DNA | DNA |

| Offenders | Offender's Name | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Fire Related | Gang Related |
|---|---|---|---|---|---|---|---|---|
| | See Narrative | | 0 | DNA | 1 | 0 | No | No |

### Update Information        *See Narrative For Updated Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Victim Verified [ X ] | Offender Verified [ ] | Property Verified [ ] | | Circumstances Verified [ X ] | | |
| Victim Update [ ] | Offender Updated [ ] | Property Updated [ X ] | | Circumstances Updated [ X ] | | |

| STATUS | | | | | | | HOW CLEARED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0- Prog | 1 - Sus | 2- Unf | 3 - C/C | 4 - C/O | 5 - C/C/X | 6 - C/C/X | 7 - C/N/C | 1- Arrest | 2- Juv-Ct | 3- Ref Pros | 4- Comm Adj | 5- Other Ex |
| [X] | | | | | | | | | | | | |

THIS IS AN ORGANIZED CRIME DIVISION, GANG INVESTIGATION SECTION, CAGE TEAM INCIDENT.    "OPERATION GUNSMOKE"

THIS INVESTIGATION IS BEING CONDUCTED PURSUANT TO REQUEST BY THE LAW DEPARTMENT FOR THE PURPOSE OF FACT INVESTIGATION AGAINST GUN MANUFACTURERS AND DISTRIBUTORS.

| | |
|---|---|
| **PURCHASING OFFICER'S REPORT** | OPERATION GUN SMOKE |
| **EVENT NUMBER:** | 08204 |
| **GANG INCIDENT NUMBER:** | 98-GI-903 |
| **CAGE NUMBER:** | 98-CAGE-114 |
| **DAY, DATE, TIME OF INCIDENT:** | Tuesday 15-Sep-1998, 1230 hours |
| **NAME & LOCATION OF STORE:** | **Suburban Sporting Goods** |
| | 2306 W. North Avenue |
| | Melrose Park, IL 60160 |
| | Phone (708) 344-0008 |
| | FFL# 335-13498 |

| 90.EXTRA COPIES REQ'D | | 91 DATE SUBMITTED | TIME | 92.SUPERVISOR APPRV-STAR |
|---|---|---|---|---|
| Normal | | 15 Sep 98 | 1930 | Sgt. ●●●●●● #●●● |
| 93 REPORTING OFFICER--PRINT | STAR | 94 REPORTING OFFICER | STAR | |
| ●●●●●● | ●●●●● | SIGNATURE | | ●●●● |
| SIGNATURE ●●●●●● | | | | DATE APPROVED — TIME 15 Sep 98   1930 |

CPD-11.413 B (Rev. ) COMPUTER GENERATED          SIGNATURES IN BLUE INK

C-591263

Other - non Criminal Service Concerning Property                          C-591263
City of Chicago                                                                             15 Sep 98

Page 2

**ITEMS PURCHASED:** One Davis Industries, Model P380, .380 caliber, semi-automatic pistol, serial # AP481879, blue steel.
One box of .380 caliber cartridges

**PURCHASE INFORMATION:**

| | |
|---|---|
| Davis pistol Price: | $ 126.00 |
| Ammunition: | $ 14.00 |
| Total: | $ 140.00 |
| Tax: | $ 8.00 |
| Total paid in full: | $ 148.00 |

CPD funds were used for this purchase.

**INVENTORY #(S):** To be completed when the above firearm is picked up.

**PURCHASING OFFICER:** G/Sp ██████ # ████

**COVERT IDENTIFICATION:** ████████████
████████████
Chicago, IL 606██
DOB: ██████
FOID: ██████
IL D/L: ████████

**ADDITIONAL OFFICERS:** G/Sp ████ # ████

**SUPERVISOR ON SCENE:** Sgt. ██████ # ████

**IDENTIFICATION OF PERSON SPOKEN TO:** BELTRAME, Donald aka Don, M/2/ 45-53 yoa., 5'6"-5'7", 145-155 lbs., Brown/grey hair and balding. Owner of Suburban Sporting Goods

**CONVERSATIONS WHICH TOOK PLACE:** The following conversations are reported in substance, but not verbatim. The R/G/Sp's initial conversation with BELTRAME, on this date, consisted of comments related to the completion of paperwork for the purchase of a firearm reported under RD# C-581300, Incident # 98-GI-886.

The R/G/Sp asked BELTRAME about a .223 rifle that appeared to be an AR-15. BELTRAME said, "This was an AR-15 that the company had bought from the military and had been "civilianized" to a semi-automatic version." The R/G/Sp then asked to see an UZI carbine which was tagged as "used" and "not fired". The R/G/Sp asked BELTRAME about this weapon and BELTRAME responded, "It's been owned by three different people, but has never been fired. They each bought it anticipating the price to go up after the ban."

The R/G/Sp then asked again about the Intratec "Tec 9". BELTRAME said, I'll call that distributor Thursday and see how much she wants for them. If the price isn't too far out of line I'll order one." The R/G/Sp responded, "Okay, you told me that it would probably be about $150 more that the AB-10, so if it's anywhere near there order it and I'll take it." BELTRAME responded, "I'll see how much they are.

| PREPARER-SIGN OR INITIAL | APPROVAL-SIGN OR INITIAL |
|---|---|
| ██████████ | ████ |

CITY 005165

Other - non Criminal Service Concerning Property                                      C-591263
City of Chicago                                                                        15 Sep 98

Page 3

The prices should have stabilized, but I'll see." The R/G/Sp said, "Okay, I'll come in and see what you find out."

The R/G/Sp then went back to the pistol display case and looked at various pistols. Noticing that the Sig Arms pistols were discounted in price the R/G/Sp asked why. BELTRAME responded, "The distributor discounted them. I've heard they might be drying up the civilian market, and going with just law enforcement and military." The R/G/Sp then asked to see a Jennings 9mm, which BELTRAME removed from the case and placed upon the counter top. The R/G/Sp looked the gun over for the seerial # and found it stamped on the right side of the frame, in front of the trigger guard. The R/G/Sp said, "Without going into details I'm looking for something I could do a little metal work on." The R/G/Sp then asked how the pistol is "taken down". BELTRAME explained the take down procedure and the R/G/Sp followed his direction and removed the slide from the frame. After inspecting the metal area around and behind the serial number; the R/G/Sp reassembled the pistol and returned it to BELTRAME.

The R/G/Sp then asked to see a Hi Point 9mm pistol, which BELTRAME removed from the case and placed on the counter top. The R/G/Sp inspected this pistol and found the serial # located on the left side of the frame just above the trigger guard, very close the slide. The R/G/Sp asked, "How does this gun disassemble?" as it appeared slightly different from the Jennings. BELTRAME responded, "You move the slide back, and drive the pin out of the frame with a hammer and punch." The R/G/Sp returned the pistol to the counter saying that was to much work. The R/G/Sp asked, "Do you think the Jennings could stand some metal work?" BELTRAME responded, "I don't think it would be a good idea. It has a zinc alloy diecast frame."

The R/G/Sp then asked to see a Davis .380 pistol, and conducted a similar inspection of this gun for the serial #. Upon finding the serial # located on the lower portion of the backstrap, the rear of the grip, the R/G/Sp removed the magazine, and inspected the inside portion of the grip. The R/G/Sp then stated, "I think I can work with this. Yeah, I'll take one of these." BELTRAME replaced the pistol in the case, got one from the safe and wrote up the purchase. The R/G/Sp paid for the pistol and one box of ammunition in full.

**DESCRIPTIVE POSTERS IN STORE:**      The R/G/Sp noticed signs or advertisements for numerous high quality firearms and ammunition (Smith & Wesson, Sturm Ruger, Winchester,...).

**OTHER CONVERSATIONS HEARD:**      As reported in the supplementary report dated 15 Sep 98, for RD# C-581300, Incident # 98-GI-886, an unknown M/2 was in the gun shop looking at the various display cases when the R/G/Sp entered. This subject asked BELTRAME numerous questions. Eventually BELTRAME asked the subject if he had an FOID card. The subject said, "No, it expired last month. Can I apply for another one?" BELTRAME took a photograph of the subject and assisted him in applying for another FOID card.

**OTHER ACTIONS OBSERVED:**      No other actions were observed.



Other - non Criminal Service Concerning Property
City of Chicago

C-591263
15 Sep 98

Page 4

**HISTORY OF INVESTIGATION:** On Tuesday, 15 Sep 98, CAGE Team personnel led by Sgt. ▮▮▮▮▮ #▮▮▮▮, formulated a plan to complete the purchase of a firearm from Suburban Sporting Goods; which were ordered on 11 Sep 98 and reported under RD # C-581300, Incident # 98-GI-886. The R/G/Sp was also instructed to purchase an additional firearm. The R/G/Sp concluded the first firearms purchase and waited while BELTRAME assisted the above unknown M/2.

After initiating the above described firearm purchase the R/G/Sp left the gun shop, at 1238 hours. The R/G/Sp returned to 943 W. Maxwell to complete this report, as well as the report for RD # C-581300, Incident # 98-GI-886.



| PREPARER-SIGN OR INITIAL | APPROVAL-SIGN OR INITIAL |
|---|---|

CITY 005167

f r m and descri ion al p trem 00 s ble evidence is covered h n e the I n ative n m n how exact y where s n when found ho fo nd t and t's
o c iption on he Prope y inv nory o mper if property taken v s s on d for C in ac io gen cat on, indicate t C number at the end of Narrative Offenders approximate
o c iption u c iption should i clude me n known nickname sc r race code, age h ht weight color eyes and hair complexion scars, marks, etc If suspect is arrested
give name sc x race code age C B or I R num e if known, and state n Custody All descriptions and statements in this entire report are approximations or summarizations
unless indicated otherwise.

## GANG INVESTIGATION SECTION SUPPLEMENTARY REPORT
### CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

C-671204

| Offense Classification / Last Report | IUCR Code | Offense Reclassification / DNA | Revised IUCR |
|---|---|---|---|
| Other - non Criminal Service Concerning Property | 5081 | DNA | |

| Address of Occurrence | Type of Location | Location Code | Date of Occurrence | Time of Occurrence | Beat of Occ | Beat Assigned |
|---|---|---|---|---|---|---|
| (2306 W. North Avenue Melrose Park, IL. 60160) | (Store - Small Retail) | (261) | 19 Oct 98 | 1340 | 3100 | |

| Victims | Victim's Name | Relation | Method Code | Method Assigned | Unit | Safe Method | If Residence / Where |
|---|---|---|---|---|---|---|---|
| 1 | City of Chicago | 24 | | FIELD | 156 | DNA | DNA |

| Offenders | Offender's Name | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Fire Related | Gang Related |
|---|---|---|---|---|---|---|---|---|
| | See Narrative | | 0 | DNA | 1 | 0 | No | No |

**Update Information    *See Narrative For Updated Information**

| Victim | Verified | [ X ] | Offender Verified | [ ] | Property Verified | [ ] | Circumstances Verified | [ X ] |
|---|---|---|---|---|---|---|---|---|
| Victim | Update | [ ] | Offender Updated | [ ] | Property Updated | [ X ] | Circumstances Updated | [ X ] |

| STATUS | | | | | | | | HOW CLEARED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - Prog | 1 - Sus | 2 - Unf | 3 - C/C | 4 - C/O | 5 - C/C/X | 6 - C/O/X | 7 - C/N/C | 1- Arrest | 2- Juv-Ct | 3- Ref Pros | 4- Comm Adj | 5- Other Ex |
| [ X ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

THIS IS A GANG INVESTIGATION SECTION FIELD INVESTIGATION 0-PROGRESS REPORT

BUY OFFICERS REPORT                OPERATION GUN SMOKE

EVENT NUMBER:                      08021

CAGE NUMBER:                       98-CAGE-114

GANG INCIDENT NUMBER:              98-GI-1026

DAY, DATE, TIME OF INCIDENT:       Monday  01-Oct-1998, 1340 hours

LOCATION OF INCIDENT:              **SUBURBAN SPORTING GOODS    FFL #336-13498**
                                   2306 W. North Ave. Melrose Park, Il. 60160
                                   Ph: (708) 344-0008

SALES CLERK:                       "Don" M/W/45-50 yrs; 5-05, 145 lbs., lite complected

ITEM(S) PURCHASED:                 3- Intratec 9MM semi-auto pistols; Model AB-10, 3"bar
                                      Blue finish; ser #A021879, A021800, A022253
                                      PRICE TAG $350.00 each
                                   1- Uzi 45cal semi-auto rifle; Model Carbine;
                                      blue finish; 8" bar;
                                      ser #005051        PRICE TAG $950.00

| 90 EXTRA COPIES REQ'D | 91 DATE SUBMITTED | TIME | 92 SUPERVISOR APPRV-STAR |
|---|---|---|---|
| Normal | 19 Oct 98 | 1830 | Sgt. # |
| 93 REPORTING OFFICER—PRINT    STAR | 94 REPORTING OFFICER    STAR | SIGNATURE | |
| | SIGNATURE | | DATE APPROVED    TIME 19 OCT 98  1845 |

CPD-11.411/C-1F(Rev 3/97) COMPUTER GENERATED                    SIGNATURES IN BLUE INK

C-671204

Preparation of Criminal Service Concerning Property          C-671204
City of Chicago          19 Oct 98

**Page 2**

| PURCHASE PRICE: | $315.00ea | (Intratec 9MM) |
| | $945.00 | TOTAL |
| | **$945.00** | **PAID IN FULL (City of Chicago Funds)** |
| | | |
| SALES Receipt #   NONE | $950.00 | (Uzi) |
| | $950.00 | TOTAL |
| | **$400.00** | **DEPOSIT (City of Chicago Funds)** |
| | $550.00 | Balance due |

PURCHASING OFFICER:      P.O. ▓▓▓▓ # ▓▓

COVERT ID:      ▓▓▓▓▓▓▓

Chicago, IL 606▓▓

DOB: ▓▓▓▓▓
▓▓▓ / ▓▓lbs. / ▓▓
FOID: ▓▓▓▓▓
D/L: ▓▓▓▓▓▓

SUPERVISOR ON SCENE:      Sgt. ▓▓▓▓ # ▓▓▓

**THIS INVESTIGATION IS BEING CONDUCTED PURSUANT TO REQUEST BY THE LAW DEPARTMENT FOR THE PURPOSE OF FACT INVESTIGATION AGAINST GUN MANUFACTURES AND DISTRIBUTORS.**

INVESTIGATION:      Sgt. ▓▓▓▓, Gang Investigation Section, directed reporting Police Officer, a member of the Chicago Police Department CAGE Team, to purchased firearms from Suburban Sporting Goods.

At 1330 hours R/O along with Sgt. ▓▓▓▓working in an undercover capacity, arrived at above/target location in an UCV. UCOs entered and was greeted by a salesman known to R/O as **DON**. **DON** asked "Can I help you?" R/O responded "I'd like to get some Tecs (street term for Intratec 9MM semi-auto pistol), but I see you only got one (observing an Intratec 9MM on a wall display)." **DON** responded "No I got'em. How many do you need?" R/O facing UCO ▓▓▓▓ replied "Well, at least two, one for me and you." UCO ▓▓▓▓replied "Yeah that's good." **DON** walked to a cabinet and retrieved two (2) black plastic cases and placed them on the glass counter in front of R/Os. **DON** opened each case. R/Os observed two (2), one in each case, above Intratec 9MM semi-auto pistols. R/O asked "Can I see that (above Intratec 9MM)? **DON** removed from its' plastic case one of above Intratec 9MMs' and handed same to R/O. R/O pulled the slide to the rear and dry fired same. R/O then passed same Intratec to UCO ▓▓▓▓at which time UCO ▓▓▓▓observed both sides of the weapon and pulled the slide. UCO ▓▓▓▓ handed that weapon to R/O and R/O returned same to **DON**. UCOs engaged in conversation in the presence of

| PREPARER'S ▓▓ OR INITIAL | APPROVAL-SIG ▓▓ OR INITIAL |
|---|---|
| ▓▓▓▓ | ▓▓▓▓ |

Otner - for Criminal Service Concerning Property
City of Chicago

C-671204
19 Oct 98

Page 3

DON. R/O asked UCO ██████ "Do you think we should get ███ (████████) a Tec? UCO ██████ "Yeah definitely." R/O asked DON "Do you have another one (Intratec 9MM)?" DON replied "Just the one hanging here (pointing to the Intratec on the wall display) other than that I'll have to order it but no problem it'll be here in three days when you can pick these up." R/O responded "Cool! All three (3) of them then." DON asked "I need a FOID card and a drivers license." R/O complied handing DON above covert identification. While DON completed R/Os receipt, R/O asked DON "Can you do something on this (discount)?" DON responded "I can do ten percent (10%) on each pistol. That's $35.00 a pistol. R/O replied "THAT'S IT!" DON responded "No tax, how's that?" R/O replied O KAY, if that's all you can do, that'll work. Again UCOs engaged in conversation in the presence of DON. R/O asked UCO ██████ "Hey dog (street term friend) do I owe you some ends (street term for money)?" UCO ██████ responded "O yeah you know it. At least a G (street term for $1000.00)." R/O then handed UCO ██████ $1000.00 (10 one hundred dollar bills City of Chicago Funds). Reading R/Os covert identification, DON asked R/O "You still leave on ███████ in Chicago?" R/O responded "Yep." DON related to UCOs "That comes to $945.00." UCO ██████ responded "I got it (pay the bill) but you (R/O) owe me for yours (Intratec 9MM). UCO ██████ then handed DON the same $1000.00 (City of Chicago Funds) previously acquired from R/O. DON made R/Os receipt to reflect PAID IN FULL 10/19/98 along with initials. DON handed R/O $55.00 change. R/O inquired about two rifles on display. DON replied "They're both UZIs. One is a 9MM for $1300.00 and the other is a 45 and its $950.00." R/O asked Why the difference in price." UCO ██████ asked "Why is the 9MM cheaper than the larger caliber 45?" DON responded "The 9MM Uzi is more popular."

UCOs left the location returning to UCV in the parking lot. UCOs observed five (5) M/Bs arrive in a grey/bondo 4dr chevy Illinois license plate ██████ exp 8/98. UCOs returned inside and observed the driver of that vehicle (6'2" 185 lbs drk comp. white "T" shirt blue jeans) purchasing a gun magazine. DON asked R/O "I see your back. Did you change your mind about the UZI." R/O replied "Yeah but I want the 45." DON then removed that UZI 45cal rifle from a wall display and hand same to R/O. R/O dry fired same as same above described M/B approached R/O. That M/B (5'9" 210lbs drk blue "T" shirt blue jeans) in their company responded "That's that 45 UZI it only holds 16 in the clip." DON concurred by saying "Just 16 but we can get another magazine." R/O replied "Go ahead write it up." DON related "I got this (UZI) on consignment so the only thing I can do is no tax. R/O responded "Bet (O KAY)." DON asked "Do you wanna pick it up when you get the others?" R/O responded "Yeah why not!" DON then completed another receipt for R/O. R/O produced and handed DON four (4) one hundred dollar bills ($400.00 City of Chicago Funds). DON made R/Os receipt to reflect a $400.00 deposit and a $550.00 balance due.

UCOs left the location and returned to the Maxwell street station to relate what happened to members on the CAGE Team, and complete required reports.

| PREPARER - ████ OR INITIAL | APPROVAL - SIGN OR INITIAL |
|---|---|

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise

4 DATE OF ORIG OCCURRENCE–TIME
DAY: 30  MO: Sept  YR: 98  1250

| 1 OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | 1 UCR OFF CODE | 3 ADDRESS OF ORIG INCIDENT OFFENSE | VERIFIED | CORRECTED | 2 BEAT OF OCCUR |
|---|---|---|---|---|---|
| OTHER–NON CRIMINAL SERVICE | 5081 | MIDWEST SPORTING GOODS 8565 W Plainfield Rd. Lyons,Il | | | 3100 |

| 5 VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒ YES ☐ NO | IF NO CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27 | 6 FIRE RELATED ☐ YES ☒ NO | 7 UNIT ASSIGNED |
|---|---|---|---|---|
| CITY OF CHICAGO | | | | |

| 8 TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE OCCURRED | LOCATION CODE | 9 NO OF VICTIMS | 10 NO OF OFFENDERS |
|---|---|---|---|
| Smal  Retail Store | 261 | 1 | 0 |

| | 11 ☐ VERIFIED ☐ CORRECTED TO | 12 OBJECT/WEAPON CODE NOS | 13 FIREARM FEATURES CODE NO | 14 POINT/ENTRY CODE NO | 15 POINT/EXIT CODE NO | 16 BURGLAR ALARM | 17 SAFE BURGLARY METHOD | 18 IF RESIDENCE WHERE WERE OCCUP |
|---|---|---|---|---|---|---|---|---|
| 19 ☐ VERIFIED ☐ UPDATE TO | DESCRIBE PROPERTY IN NARRATIVE    T – TAKEN    R – RECOVERED | | | | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT | | | |

| PROPERTY | | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV RADIO STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|---|
| ☐ VERIFIED ☐ UPDATE TO | | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM GOODS ☐ T $ ☐ R | 1 FIREARMS ☐ T $ ☐ R | 6 NARC/DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| VICTIMS UPDATE ONLY | 20 NAME (LAST–FIRST–M I) | 21 UCR OFFENSE CODE | 22 HOME ADDRESS (NO  DIP  STREET  APT  NO) | 23 SEX–RACE–AGE CODE | 24 HOME PHONE | 25 BUSINESS PHONE | 26 IN JURED YES NO | 27 VICTIM REL CODE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

| | 28 OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC ) | 29 HOME ADDRESS | 30 SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|

| OFFENDERS UPDATE ONLY | 31 C B NO | I R NO  Y D NO OR J D A NO | 10 OFFENDER IPEL CODE | C B NO | I R NO  Y D NO OR J D A NO | OFFENDER REL CODE | 32 NO ARRESTED | ARREST UNIT NO |
|---|---|---|---|---|---|---|---|---|
| OFF 1 | | | | OFF 2 | | | | |

| 33 OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | VIN | STATE LICENSE NO | STATE |
|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | |

| 34 SERIAL NOS OR IDENTIFICATION NOS | ☐ 1 DNA | ☐ 2 VERIFIED | ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50 OFFENSE/CLASS THIS DATE (IF SAME ENTER DNA) | REV CODE | 51 METHOD CODE | 52 METHOD ASSIGNED ☒ 1 FIELD ☐ 2 SUMMARY | UNIT NO 53 STATUS ☒ 0 PROGRESS | ☐ 1 SUSPENDED | ☐ 2 UNFOUNDED |
|---|---|---|---|---|---|---|
| DNA | | | | | | |

| STATUS CONT'D | | | | 54 IF CASE CLEARED HOW CLEARED | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ 3 CLRD CLOSED | ☐ 4 CLRD OPEN | 5 EXC CLRD CLOSED | 6 EXC CLRD OPEN | 7 CLSD NON-CRIM | ☐ 1 ARREST & PROSEC U | ☐ 2 DIRECTED TO JUV CRT | ☐ 3 COMPL REFUSD TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPT | ☐ ADULT ☐ JUV. |

55 ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT  AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION

**80 NARRATIVE**

This is an Organized Crime Division Gang Investigation Section CAGE TEAM Incident.

"Operation GunSmoke".

98-GI-954      98-CAGE-114

EVENT# 08629.

RD NO C 627391

| 90 EXTRA COPIES REQUIRED (NO  & RECIPIENT) | 91 DATE THIS REPORT SUBMITTED – DAY  MO  YR | TIME | 92 SUPERVISOR APPROVING (PRINT NAME) | STAR NO |
|---|---|---|---|---|
| NORMAL | 30  Sept  98 | 2030 | | |

| 93 REPORTING OFFICER (PRINT NAME) | STAR NO | 94 REPORTING OFFICER (PRINT NAME) | STAR NO | SIGNATURE | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | SIGNATURE | | 95 DATE APPROVED (DAY –MO –YR.) 20 SEPT 98 | TIME 2030 | |

*MUST BE COMPLETED IN ALL CASES

GENERAL OFFENSE CASE REPORT
DATE: 30 SEP 1998
MAJOR CASE : GUN SMOKE
INCIDENT #: 98 GI 954
CAGE #: 98 CAGE 0114

C-627391
page 2

THIS INVESTIGATION IS BEING CONDUCTED PURSUANT TO REQUEST BY THE LAW
DEPARTMENT FOR THE PURPOSE OF FACT INVESTIGATION AGAINST GUN
MANUFACTURES AND DISTRIBUTORS.

EVENT #:                                    08629

NAME AND LOCATION OF STORE:                 MIDWEST SPORTING GOODS
                                            8565 W. Plainfield Rd.
                                            Lyons IL 60534
                                            708-447-4848

FFL#:                                       33603675

DATE & TIME OF VISIT:                       Wed. 30 Sep 1998 at 1250 hours

IDENTIFICATION OF PERSON
SPOKEN TO:                                  Dave
                                            M/W/40-45 approx.
                                            5'10-6'0, 150-165lbs., Blk/Gry/Balding Hair
                                            Blk T-Shirt with his name in gold on right side
                                            And store logo on left side

                                            Marsha
                                            F/W/38-45 approx.
                                            5'8-5'10, 115-120lbs. Blonde hair, glasses
                                            Blk T-Shirt with her name in gold right side
                                            And store logo on left side

DESCRIPTIVE POSTERS IN STORE:               Sign relating you can not enter gun store if you are under
                                            18 without a parent or guardian

                                            Sign on counter relating that you must have and show
                                            your FOID card to handle or buy a firearm

COVERT NAME:                                ▮▮▮▮▮▮▮▮▮▮
                                            Chicago IL 606▮▮
                                            FOID #▮▮▮▮▮▮

PERSONNEL ASSIGNED:                         G/S▮▮▮▮▮#▮▮▮

CITY 005302

GENERAL OFFENSE CASE REPORT
DATE: 30 SEP 1998
MAJOR CASE : GUN SMOKE                                      C-627391
INCIDENT #: 98 GI 954                                       page 3
CAGE #: 98 CAGE 0114

SUPERVISOR:                          ~~▰▰▰▰~~ #~~▰▰~~

WEAPONS PURCHASED AND
OTHER ITEMS:                         1 - TAURUS, PT-111, 9MM, Black Fin., Semi-Auto
                                     Pistol, Ser# TRH40033
                                     Price: $427.61

                                     Gun Total:                    $395.00
                                     State FOID Check:                2.00
                                     Tax:                            30.61
                                     Total:                        $427.61
                                     Deposit:                       100.00
                                     Balance Due:                  $327.61

                                     1 - SMITH & WESSON, SW9V, 9MM, Two Tone
                                     Finish, Semi-Auto Pistol, Ser# PAZ0534
                                     Price: $398.67

                                     Gun Total:                    $370.00
                                     Tax:                            28.67
                                     Total:                        $398.67
                                     Deposit:                       100.00
                                     Balance Due:                  $298.67

INVENTORY(S) #:                      None

OTHER CONVERSATIONS HEARD:           None

OTHER ACTIONS OBSERVED:              Three male Hispanics applying for FOID cards. An
                                     Oriental male with a long barrel gun talking with sales
                                     clerk. U/C ▰▰▰▰ looking at various firearms and
                                     speaking to a sales clerk. A male white talking to sales
                                     clerk. A male white in a suit, with a badge under his
                                     sports jacket, I was told he was store security.

HISTORY OF INVESTIGATION:

                                     On 30 Sep 98, R/O entered Midwest Sporting Goods.
The first floor is a store with a variety of fishing and other sporting equipment. I was directed by a sales

CITY 005303

GENERAL OFFENSE CASE REPORT
DATE: 30 SEP 1998                                                C-627391
MAJOR CASE : GUN SMOKE                                          page 4
INCIDENT #: 98 GI 954
CAGE #: 98 CAGE 0114

sales clerk to go upstairs to buy guns. As R/O approach the stairs, she observed a sign which related no one under 18 can entered gun store without a parent or guardian. R/O entered gun store and began looking at various guns in the glass counter cases. After several minutes, a male sales clerk approached R/O and asked if he could help her. R/O told the male sales clerk that she was interested in a small gun that she could conceal easily. The clerk asked R/O. "Would you be interested in a revolver or semi-automatic?". R/O replied, "I'm leaning towards a semi-auto, something small, with a lot of power." "Do you have an FOID card?" said the clerk. "Yes," said R/O. "Ok, I need to see it," said the clerk. The clerk look at the FOID card and then handed it back to R/O. "Have you ever bought a gun before?" said the clerk. "No, but I shot one before, a couple of times," said R/O. The clerk showed R/O a Taurus 25 cal. semi-automatic. The clerk showed R/O how to operate the slide and safety then told R/O to try the slide. R/O found the slide to be hard for her to pull back. Dave (the sales clerk) said, "I knew it would be hard for you to pull it back, I really think you might want to look at a revolver." "Here," (as he handed R/O a 38 revolver) said Dave. "No, I really don't want a revolver, it's to bulky," said R/O. The whole time R/O had been in the store, she observe a M/W in a suit with a police badge under his sport jacket watching R/O's every move. At this time, the man interrupted the sales clerk and said, "Why don't you show her the "Walter" maybe she would like that." "Yes, I could do that, it's a used gun over here," said Dave. "No, I don't want a used gun, do you work here too?" said R/O to the man in the suit. Dave said, "Yes, he is our security." The man in the suit then walked to the other side of the room. "Since you want something with power, let's try a 9MM," said Dave. Dave handed R/O a small 9MM Taurus. R/O examined and operated the slide with ease. "I like this," said R/O. "I thought you would; it's light weight, powerful and concealable," said Dave. "But I also want to show you the bigger 9MM Smith & Wesson, you might like this," said Dave. R/O found this weapon to be easy to operate and also light weight. "Do you have the Taurus 9MM in a black finish?" said R/O. Dave said, "Yes, we do?" "Well I definitely want that gun in black and I'm going to need some ammo; ya know, I really like that other gun too, " said R/O. "You would probably really enjoy shooting the bigger 9MM, especially at a target, it's easier to handle and the safety is right here on the trigger, easy access and ready to go when you need it," said Dave. "A lot of law enforcement agencies use this gun because of the easy access to the safety on the trigger, " said Dave. "This gun (picking up the 9MM Smith & Wesson) isn't even that expensive," said R/O. "I think I can get both," said R/O. "I could probably put either gun in one of those fanny packs, right?" said R/O. At this point, R/O and Dave engaged in a conversation about fanny packs and he showed R/O a variety of fanny packs the store has for sale. R/O declined on buying a fanny pack. Dave said, "Since this is the first time you ever bought a gun, I'm going to explain all the procedures and paper work to you." "You do know it is illegal to carry a handgun in Chicago?" said Dave. "Really, why?" said R/O. "It's a city ordinance," said Dave. "Well, that's pretty stupid," said R/O. "I know 90% of the people who come in here to buy guns live in Chicago, so we're suppose to tell them the law but they still buy the guns," said Dave. Dave gather up two 4473 forms, two preprinted store forms and two receipts. "Ok, I need you to get your driver's license and FOID card out for me," said Dave. R/O complied. Dave said, "The first form that I am going to have you fill out is a federal form from the Bureau of Alcohol, Tobacco and Firearms, it is also know as a 4473 form; the questions will seem pretty stupid and I'll bet I know the answers to each question but I still have to have you fill it out."

CITY 005304

GENERAL OFFENSE CASE REPORT
DATE: 30 SEP 1998
MAJOR CASE : GUN SMOKE
INCIDENT #: 98 GI 954
CAGE #: 98 CAGE 0114

C-627391
page 5

R/O began filling out the form and said, "this first question is ridiculous, who would be stupid enough to answer it no?" "I know, I know - I told you it would seem pretty stupid but it gives the feds leverage if you perjurer yourself," said Dave. "Look at this question; what if you smoke pot you can't own a gun, come on," said R/O. Dave laughed and said, "Well you probably shouldn't shot a gun while your high, the two might not go together." "Yeah, whatever," said R/O. "I'm not saying if it is right or wrong, well you know, let's just get to the next form," Dave said laughingly. "Ok, on the next form I need you to initial every statement after I show or explain it to you. (The form is stating that the sales clerk explained and showed the proper use and care for the purchased firearm, also on the form is the law relating that you cannot own or possess a handgun in the City of Chicago.) R/O initialed and signed the form. At this point, Dave looked over at R/O and said, "Is anyone threatening you?" "Why are you asking me that?" said R/O. "Well you seem like you have a purpose for wanting a gun," said Dave. "Well, I need protection.... things happen, I don't want anybody fucking me up, some of the places I hang around don't always have the most upstanding citizen in them, ya know?" said R/O. "Sure, I was just asking," said Dave. "Ok, since you are going to buy both guns, I think you should have separate sets of paperwork on each of the them," said Dave. "Why," said R/O. "Well, if I put both purchases on one 4473 form then I have to fill out a card to ATF notifying them of a multiple purchase, it's not illegal or anything but I would have to notify them, if I put the purchases on separate 4473 forms and receipts then I don't have to notify them" said Dave. "I don't get it, if it isn't illegal then why do you have to do this?" said R/O. "It's better for you," said Dave. "I don't get it," said R/O. Dave called over Marsha (another sale clerk and the manager) and asked her if she could explain it better to me. Marsha explained that if I put the guns on one form it is considered a multiple purchase and the feds are notified and could inquire about me, but probably wouldn't. R/O said, "I don't want the feds knowing my business or at my door, do it separately." "We do this for people we like, we don't do it for everyone but you seem nice. The other thing about this is that you can't pick both guns up on the same day but that will give you a chance to come in and use the range for free a couple of times, so you make out." "So, if I can't pick up both guns at the same time when do I pick them up?" said R/O. "You have to wait 72 hours to pick up the first gun and then you can pick the next gun up in a week," said Dave. R/O filled out all the necessary paperwork for both guns and Dave showed R/O how to operate each gun. Dave filled out the receipts and R/O gave a deposit for each gun. Dave also explained the different gun programs and range hours at the shop. Again, R/O inquired about what days she had to pick up the guns. Dave said, "You can pick the first gun up on October 3rd ." R/O interrupted Dave and said, "Then can I pick up the other gun the next day." "Yes, as long as you don't pick them both up on the same day," said Dave. Dave handed R/O her receipts and R/O walked around the store looking at the various other items the store sold. R/O then left the store.



APPROVED

description (include Property inventory no numbers) in property taken was scribed for operation identification if it description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes and hair, complexion, scars, marks etc. if suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody "All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

## GANG INVESTIGATION SECTION SUPPLEMENTARY REPORT
CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

C-664035

| Offense Classification / Last Report | IUCR Code | Offense Reclassification / DNA | | I Revised IUCR |
|---|---|---|---|---|
| Other - non Criminal Service Concerning Property | 5081 | DNA | | |

| Address of Occurrence | Type of Location | Location Code | Date of Occurrence | Time of Occurrence | Beat of Occ | Beat Assigned |
|---|---|---|---|---|---|---|
| (8565 W. Plainfield Rd. Lyons, IL. 60534) | (Store - Small Retail) | (261) | 16 Oct 98 | 1210 | 3100 | ▨ |

| Victims | Victim s Name | Relation | Method Code | Method Assigned | Unit | Safe Method | # Residence / Where |
|---|---|---|---|---|---|---|---|
| 1 | City of Chicago | 24 | | FIELD | 156 | DNA | DNA |

| Offenders | Offender's Name | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Fire Related | Gang Related |
|---|---|---|---|---|---|---|---|---|
| | See Narrative | 0 | | DNA | 1 | 0 | No | No |

| Update Information | *See Narrative For Updated Information |
|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Victim Verified [ X ] | Offender Verified [ ] | Property Verified [ ] | Circumstances Verified [ X ] |
| Victim Update [ ] | Offender Updated [ ] | Property Updated [ X ] | Circumstances Updated [ X ] |

| STATUS | | | | | | | HOW CLEARED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - Prog | 1 - Sus | 2 - Unf | 3 - C/C | 4 - C/O | 5 - C/C/X | 6 - C/O/X | 7 - C/N/C | 1- Arrest | 2- Juv-Ct | 3- Ref Pros | 4- Comm Adj | 6- Other Ex |
| [ X ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

THIS IS A GANG INVESTIGATION SECTION FIELD INVESTIGATION 0-PROGRESS REPORT

BUY OFFICERS REPORT                OPERATION GUN SMOKE

EVENT NUMBER:                07692

CAGE NUMBER:                98-CAGE-114

GANG INCIDENT NUMBER:        98-GI-1014

DAY, DATE, TIME OF INCIDENT:   Friday 16-Oct-1998, 1210 hours

LOCATION OF INCIDENT:       **MIDWEST SPORTING GOODS    FFL #336-03675**
                            8565 W. Plainfield Rd. Lyons, IL. 60534
                            Ph: (708) 447-4545

SALES CLERK:                "Dave" M/W/40-45yrs; 5-10, 175 lbs., balding, lt compl

ITEM(S) PURCHASED:          1- Beretta 25cal semi-auto pistol; Model 950BS;
                              blue finish; 2" bar;
                              ser #DAA099383        PRICE TAG $220.00
                            1- Smith & Wesson 38spl. revolver; Model 642;
                              2"bar; stainless steel finish;
                              ser #CCW9173          PRICE TAG $445.00

| 90 EXTRA COPIES REQ'D | 91 DATE SUBMITTED | TIME | 92 SUPERVISOR APPRV-STAR # |
|---|---|---|---|
| Normal | 16 Oct 98 | 1930 | ▨ |
| 93 REPORTING OFFICER-PRINT    STAR | 94 REPORTING OFFICER    STAR | | SIGNED ▨ |
| ▨ | SIGNATURE | | DATE APPROVED – TIME  19 OCT 98  1030 |

CPD-11.411/C-B (REV 3/97) COMPUTER GENERATED              SIGNATURES IN BLUE INK

C-664035

CITY 005459

City of Chicago                                                              1o Oct 98

Page 2

1- Smith & Wesson .45cal semi-auto pistol; model 457;
Blue finish; 4"bar;
ser #VMM4545                    PRICE TAG $477.00

PURCHASE PRICE:         $209.00  (Beretta 950BS)
                        $422.00  (S&W 642)
                        $453.15  (S&W 457)
                        $84.02   Tax
SALES Receipt #   NONE  $1170.17  Total
                        **$600.00  Deposit City of Chicago Funds**
                        $570.17  Balance due

PURCHASING OFFICER:     ▮▮▮▮▮▮▮ #▮▮▮

COVERT ID:              ▮▮▮▮▮▮▮▮▮▮
                        ▮▮▮▮▮▮▮▮▮▮

                        DOB: ▮▮▮▮▮
                        ▮/▮▮▮▮▮▮
                        FOID: ▮▮▮▮▮▮
                        D/L: ▮▮▮▮▮▮

SUPERVISOR ON SCENE:    ▮▮▮▮▮▮▮ #▮▮▮▮

**THIS INVESTIGATION IS BEING CONDUCTED PURSUANT TO REQUEST BY THE LAW
DEPARTMENT FOR THE PURPOSE OF FACT INVESTIGATION AGAINST GUN MANUFACTURES
AND DISTRIBUTORS.**

INVESTIGATION:          , Gang Investigation Section, directed
                        reporting Police Officer, a member of the Chicago Police
Department CAGE Team, to purchased firearms from Midwest Sporting Goods.

At 1145 hours R/O working in an undercover capacity,
arrived at above/target location in an UCV.   R/O entered and directed by signs, went to the 2nd floor
where firearms are for sale.  Once on the 2nd floor, R/O browsed about viewing several handguns
inside glass display cases, rifles and shotguns in their perspective racks and customers milling about.
R/O decided to purchase above weapons.  After a wait of 10-15 minutes, R/O was greeted by a
salesman now known to R/O as **DAVE.  DAVE** asked "Hi!  Can I help you?"  R/O responded "Hey do
yaw'll sell Tecs (street term for Intratec 9MM pistols).  **DAVE** responded "No sorry bout that but
they're banned."  R/O then stated "Yeah I want (pointing to above S&W .45) that 45 right there.  While
removing above S&W 45, **DAVE** asked "Do you have a FOID?"  R/O replied "Yeah."  **DAVE** then

| PREPARER-SIGN ▮▮ INITIAL | APPROVAL ▮▮▮▮▮ ▮▮▮▮ |
|---|---|

CITY 005460

Other - non Criminal Service Concerning Property                                    C-064055
City of Chicago                                                                     16 Oct 98

Page 3

handed R/O same/above S&W 45cal semi-auto pistol. **DAVE** stated "Good choice! That's a nice one
there I tellya!" R/O sarcastically replied "You mean a nice price. Damn $477.00?" **DAVE** replied "It's
a little much but its a good pistol. I got this exact gun. I've never had any trouble." R/O asked "I
need to put a lot of shots through it. Can it handle that?" **DAVE** responded "No problem at all, in fact
it comes with a lifetime guarantee because it is a Smith and Wesson." R/O replied "Alright, I'll take it.
I need to get a couple (2) small guns for my ladies. **DAVE** lead R/O to a glass case that displayed
several small semi-auto pistols. R/O stated "Two (2) of these (pointing at 25cal Taurus) should work.
This should be good enough for my girls." **DAVE** then removed that Taurus .25cal semi-auto pistol
from the glass display case and stated "Hold on I need to check in the back to see if I got two (2)
of'em." After going to and returning from that room, **DAVE** related "Sorry, I only got this one but
(removing and handing above 25cal Beretta) for just a little more, this is a nice gun." R/O handled
same, cocked / decocked, dry fire and remove the magazine. R/O stated "This'll work! Just right for
my girls hand. I should've brought her with me so she can pick out her own protection. Shes' got little
hands, she shouldn't have problems holding this?" **DAVE** replied "No! This (above Beretta) has a
small grip and it's really a good gun too." R/O responded "I'll take this one too cause my girl can even
throw this little mug in her draws (underwear)." Hey **DAVE** my boy (friend) just bought one of them
guns that don't have a hammer. Do yaw'll sell them?" **DAVE** replied "A revolver?" R/O responded
"Yeah!" **DAVE** then directed R/Os attention to the glass display case on the far end. **DAVE** then
removed from that glass case and hand above S&W .38spl to R/O. R/O stated "O yeah this is the
same gun my boy got. I want this too." **DAVE** then put above handguns on top of the glass case at
which time R/O asked "Man are you gonna do something (discount) for me?" **DAVE** replied "Hold on.
**DAVE** yelled out "NOEL." **DAVE** explained "I can't do it, it's up to NOEL." After a short time, NOEL
(M/W/40–45 5'10"-6'0" 165-175lbs) approached and **DAVE** related to him "This gentleman (pointing at
R/O) is buying all three (3) of these guns (above), he would like to know if we can giv'em a cut."
NOEL looked at R/Os purchase and stated "Yeah giv'em five percent (5%)." **DAVE** asked "O KAY I
need to see your FOID card and drivers license. It was then R/O produced and handed **DAVE** above
covert identification. **DAVE** calculated 5% off each weapon using a table top calculator and
completed R/Os receipt.

        **DAVE** then handed R/O FORM 4473 and asked R/O to
complete same but "Don't sign and date it." R/O complied. While completing that form, R/O observed
NOEL assisting a M/W/40s 6'2"-6'4" 200lbs missing/crooked front teeth dressed in dirty jeans blk vest
blue scarf on head (dirty looking). R/O previously observed same M/W enter the 2nd floor (store) with a
M/B/20s 6'0" 220-250lbs med compl. dressed in yellow NIKE "T" shirt blue jeans and yellow NIKE gym
shoes. R/O observed that same M/W count out and make piles of $100.00 in smaller bills ($5 $10
$20) as the M/B subject stood directly behind. NOEL counted the money then call out "MARSHA." At
which time a F/W approached NOEL. NOEL then handed her a receipt. That F/W left R/Os sight and
returned a short time later carrying three (3) boxes handing same to NOEL. NOEL then walked to the
cash register and returned handing the M/W a $20 bill. That M/W turned and attempted to hand that
$20 bill to the M/B still positioned behind him. That M/B stated "Naw go head keep it, I'll still give you a
hundred." That M/W began laughing but put that $20 bill in his pocket. R/O then said to **DAVE** "Man
O Man I wish yaw'll had Tecs." It was then that M/B said to R/O "they got a UZI over there (pointing to

PREPARER- ⬛⬛⬛ INITIAL      APPROVAL-SIG ⬛⬛⬛

CITY 005461

Other - non Criminal Service Concerning Property
City of Chicago

16 Oct 98

Page 4

a glass case on the far side of the room. R/O walked in that direction stating to that M/B "Where at dog (friend)". That M/B accompanied R/O to that UZI. R/O then call out for **DAVE** saying, "**DAVE**, I know I asked you for a Tec, but damn man you shoulda mentioned this. Come on, let me check this out." **DAVE** then removed the UZI from the display case and hand same to R/O. R/O and that M/B made comments in reference to taking a lot of mother fuckers out (shooting several people). R/O took aim using/viewing through the attached scope. R/O attempted in the presence of **DAVE**, to hand that UZI to that M/B. That M/B stated "Naw man I ain't got no card (FOID). The M/B then directed R/Os attention to another assault weapon. That M/B stated while pointing at same "That bad boy there shoots M-16s." The assault weapon the M/B referred to was a PROFESSIONAL ORDINANCE MODEL CORBAN-15. **DAVE** removed it from the wall and hand same to R/O. **DAVE** also pointed out a similar assault rifle but explained it would have to be picked up in Downers Grove. The M/B related "That's not far about 30-45 minutes right out Ogden. R/O returned both assault weapons to **DAVE**. R/O and the M/B returned to the other side where R/Os purchase order and aforementioned M/W were located. R/O was able to observe the M/W FOID card, drivers license and copy of sales receipt. R/O acted as if R/O had an interest in the weapons inside the glass display case just below the M/Ws identification. R/O was able to read and retain the following information about the identity of that M/W:
███████████████████████. **DAVE** then called R/O over to the counter having R/Os purchase.

    **DAVE** asked R/O "Have you ever shot a semi-auto or revolver before?" R/O responded "Yeah, absolutely." **DAVE** related "O KAY then I wont go into to detail just read this over and initial each line." R/O read same form which appeared to be a store safety form. The form was for the salesman to demonstrate the following and as the salesman do so, the customer was to initial. Lines to be initialed were loading and unloading semi-auto and revolver handguns. On this form was "I understand it is illegal to bring a firearm into the City of Chicago. R/O did not initial that slot and handed that form back to **DAVE**. **DAVE** related "Your total with the discount is $1170.17." **DAVE** and **NOEL** stood side by side at the cash register as **DAVE** asked "Are you gonna pay this in full or leave a deposit?" R/O answered "I put $600.00 on it." R/O then handed **DAVE** six (6) one hundred dollar bills ($600.00 City of Chicago Funds). **DAVE** adjusted R/Os receipt to reflect the $600.00 deposit and a balance due of $570.17. **DAVE** handed those funds ($600.00) to **NOEL** who put same in the register. R/O then left the 2nd floor and returned to the parking lot. It was then the M/W now known as ████████, ████ and the M/B walked down the stairs and into the same parking lot. ████████, ████ carrying the same three boxes R/O observed having handguns in them. The M/B entered and sat in the front left seat of a red Pontiac Grand AM and ████████████ the left front seat which was parked next to R/Os UCV. R/O observed ████████, ████ hand all three (3) boxes to the M/B subject who then place them on the rear section behind ████████████. The M/B then pulled away. R/O was able to copy the rear licence plate as ██████████.

    R/O left the location notifying ████████████ of the completion of the assignment via radio. R/O then returned to the Maxwell street station to relate what happened to members on the CAGE Team, and complete required reports.

| PREPAR████ OR INITIAL | APPROVAL-SIG████████ |
|---|---|
| | |

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and it's description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D number at the end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes and hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R number, if known, and state "In Custody."All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

## GANG INVESTIGATION SECTION SUPPLEMENTARY REPORT
CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

**C-526365**

| Offense Classification / Last Report | IUCR Code | Offense Reclassification / DNA | | Revised IUCR |
|---|---|---|---|---|
| Other - non Criminal Service Concerning Property | 5081 | DNA | | |

| Address of Occurrence | Type of Location | Location Code | Date of Occurrence | Time of Occurrence | Beat of Occ | Beat Assigned |
|---|---|---|---|---|---|---|
| (14310 S. Indiana Riverdale, Il. 60827) | (Store - Small Retail) | (261) | 18 Aug 98 | 1143 | 3100 | ■■ |

| Victims | Victim's Name | Relation | Method Code | Method Assigned | Unit | Safe Method | If Residence / Where |
|---|---|---|---|---|---|---|---|
| 1 | City of Chicago | 24 | | FIELD | 156 | DNA | DNA |

| Offenders | Offender's Name | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Fire Related | Gang Related |
|---|---|---|---|---|---|---|---|---|
| | See Narrative | | 0 | DNA | 1 | 0 | No | No |

\Update Information    *See Narrative For Updated Information

| Victim Verified | [ X ] | Offender Verified | [ ] | Property Verified | [ ] | Circumstances Verified | [ X ] |
|---|---|---|---|---|---|---|---|
| Victim Update | [ ] | Offender Updated | [ ] | Property Updated | [ X ] | Circumstances Updated | [ X ] |

### STATUS
| 0 - Prog | 1 - Sus | 2 - Unf | 3 - C/C | 4 - C/O | 5 - C/C/X | 6 - C/O/X | 7 - C/N/C |
|---|---|---|---|---|---|---|---|
| [ X ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

### HOW CLEARED
| 1- Arrest | 2- Juv-Ct | 3- Ref Pros | 4- Comm Adj | 5- Other Ex |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

THIS IS A GANG INVESTIGATION SECTION FIELD INVESTIGATION 0-PROGRESS REPORT

BUY OFFICERS REPORT — **OPERATION GUN SMOKE**

EVENT NUMBER:                      09864

CAGE NUMBER:                       98-CAGE-114

GANG INCIDENT NUMBER:              98-GI-787

DAY, DATE, TIME OF INCIDENT:       Wednesday 19-Aug-1998, 1143 hours

LOCATION OF INCIDENT:              **CHUCK'S GUN SHOP & PISTOL RANGE**
                                   14310 S. Indiana, Riverdale, IL 60827
                                   Ph: (708) 849-4455

SALES CLERK:                       "John" M/W/40-45 yrs; 5-7, 195 lbs., lite complected

ITEM(S) PURCHASED:                 1- Davis .380 cal pistol; Model P380; blue finish;
                                      3" barrel; ser #AP478997
                                   1- Jennings .380 cal pistol; Model 739; blue finish;
                                      3" barrel; ser #1029944

PURCHASE PRICE:                    **SALES Receipt # 85427 & 85428**
                                   Price tag $150.00 each

| 90 EXTRA COPIES REQ'D | | 91 DATE SUBMITTED | TIME | 92 SUPERVISOR APPRV-STAR |
|---|---|---|---|---|
| Normal | | 19 Aug 98 | 1900 | ■■ |
| 93 REPORTING OFFICER--PRINT | STAR | 94 REPORTING OFFICER | STAR | SIGNATURE |
| ■■ | | SIGNATURE | | DATE APPROVED—TIME  19 AUG 98  1900 |

SIGNATURES IN BLUE INK

CPD-11.411/ B(Rev 3/97) COMPUTER GENERATED

C-526365

CITY 005862

Other - non Criminal Service Concerning Property                                    C-526365
City of Chicago                                                                      19 Aug 98
                                       Page 2

                                                              Total $323.26
                      Deposit $100 City of Chicago Funds.     Balance $223.26

INVENTORY NUMBER(S):          See follow up report **upon delivery.**

PURCHASING OFFICER:

COVERT ID:                    REDACTED

                              DOB:
                              FOID:
                              D/L:

ADDITIONAL POLICE                                    #                    ⌐ #

SUPERVISOR ON SCENE:                            #

**THIS INVESTIGATION IS BEING CONDUCTED PURSUANT TO REQUEST BY THE LAW
DEPARTMENT FOR THE PURPOSE OF FACT INVESTIGATION AGAINST GUN MANUFACTURES
AND DISTRIBUTORS.**

INVESTIGATION.                          Gang Investigation Section, directed
                           reporting Police Officer, a member of the Chicago Police
Department CAGE Team, to purchased firearms from Chuck's Gun Shop & Pistol Range.

                                  At 1130 hours R/O arrived at above/target location.  R/O
then observed/witnessed              closing a gun purchase and leave above location (C-
525885).

                                  R/O rang an outside door bell, seconds later a buzz
sounded releasing the door and R/O entered.  Upon entering, R/O was greeted by above M/W subject
who identified himself later as JOHN.  JOHN approached R/O asking "What can I help you with "  R/O
responded by saying I'm looking to pick up something small and don't cost a lot.  JOHN then directed
R/O to a glass counter that contained numerous handguns and asked R/O, "How much are you
looking to spend?" R/O responded "no more than a couple hundred."  JOHN then pointed out several
handguns including above listed handguns.  R/O then related to JOHN "I want something I can hide
so nobody know I got it on me."  JOHN then handed above handguns to R/O, at which time R/O
practice placing each one inside R/Os' waistband and pockets.  JOHN then told R/O "I got holsters
that will fit these guns (above) so you can carry them inside or outside your pants.  JOHN then
retrieved a holster from the wall and related to R/O "With this holster, this gun (above) will fit inside
your pants under your shirt.  R/O again practiced placing each gun in R/Os pocket and related to
JOHN "I can hide these (above handguns) cool in my pocket, so I don't need that holster.  Just ring

| PRE...SIGN OR INITIAL | APPROVAL SIGN OR INITIAL |
|---|---|

Other - non Criminal Service Concerning Property                    C-526365
City of Chicago                                                     19 Aug 98

Page 3

me up for these (above) two. **JOHN** told R/O "You got a choice now, if you pick both of these guns up at the same time, you're gonna have to fill out a form that goes to the **FEDS**. If you pick them up separate we don't have to go to the **FEDS**, you just pick up one gun in three days and the other one week later, that's the only way." R/O responded "**FEDS**." **JOHN** responded "**ATF**, its up to you, we just gotta fill out this form." R/O responded "No I don't want no **FEDS**, ring it up that way." It was then **JOHN** asked R/O for FOID and drivers license. R/O produced requested pieces of identification bearing above covert information. **JOHN** then completed two (2) receipts and asked R/O "Are you going to pay for it now or leave a deposit." R/O then handed **JOHN** two (2) fifty dollar bills (City of Chicago Funds) and related put fifty ($50.) on both. **JOHN** then asked R/O to sign and date the rear of each receipt. **JOHN** then told R/O another six dollars ($6.00) three dollars ($3) each gun was needed for phone calls downstate (F/tip). R/O complied. **JOHN** handed R/O a copy of the receipt and told R/O to pick up one of your guns Saturday and the second one week later or the following Saturday. R/O and **JOHN** shook hands and R/O left above gun shop and returned to UCV.
                                        R/O then left the location notifying ▬▬▬▬ of the completion of the assignment via radio. R/O then returned to the Maxwell street station to relate what happened to members on the CAGE Team, and complete required reports.

GN OR INITIAL                    APPROVAL ▬▬▬▬ INITIAL

CITY 005864

Identify and describe all property or possible evidence recovered at the end of the narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers) If property taken was scribed for Operation Identification, indicate I D number at the end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes and hair, complexion scars, marks etc. If suspect is arrested, give name, sex, race code, age, C B or I R. number, if known, and state "In Custody" All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

## GANG INVESTIGATION SECTION SUPPLEMENTARY REPORT

CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

**C-526365**

| Offense Classification / Last Report | | IUCR Code | Offense Reclassification / DNA | | Revised IUCR |
|---|---|---|---|---|---|
| Other - non Criminal Service Concerning Property | | 5081 | DNA | | |

| Address of Occurrence | Type of Location | Location Code | Date of Occurrence | Time of Occurrence | Beat of Occ | Beat Assigned |
|---|---|---|---|---|---|---|
| (14310 S. Indiana Riverdale, IL 60827) | (Store - Small Retail) | (261) | 24 Aug 98 | 1305 | 3100 | ~~███~~ |

| Victims | Victim's Name | Relation | Method Code | Method Assigned | Unit | Safe Method | If Residence / Where |
|---|---|---|---|---|---|---|---|
| 1 | City of Chicago | 24 | | FIELD | 156 | DNA | DNA |

| Offenders | Offender's Name | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Fire Related | Gang Related |
|---|---|---|---|---|---|---|---|---|
| | See Narrative | | 0 | DNA | 1 | 0 | No | No |

### Update Information
*See Narrative For Updated Information

| Victim Verified | [ X ] | Offender Verified | [ ] | Property Verified | [ ] | Circumstances Verified | [ X ] |
|---|---|---|---|---|---|---|---|
| Victim Update | [ ] | Offender Updated | [ ] | Property Updated | [ X ] | Circumstances Updated | [ X ] |

### STATUS

| 0 - Prog | 1 - Sus | 2 - Unf | 3 - C/C | 4 - C/O | 5 - C/C/X | 6 - C/O/X | 7 - C/N/C | | 1- Arrest | 2- Juv-Ct | 3- Ref Pros | 4- Comm Adj | 5- Other Ex |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | | [ X ] | | [ ] | [ ] | [ ] | [ ] | [ ] |

HOW CLEARED

THIS IS A GANG INVESTIGATION SECTION FIELD INVESTIGATION 0-CLOSING REPORT

BUY OFFICERS REPORT      OPERATION GUN SMOKE

EVENT NUMBER:            09864

CAGE NUMBER:          98-CAGE-114

GANG INCIDENT NUMBER:    98-GI-787

DAY, DATE, TIME OF INCIDENT:    Monday, 24-Aug-1998, 1305 hours

LOCATION OF INCIDENT:    **CHUCK'S GUN SHOP & PISTOL RANGE**
14310 S. Indiana, Riverdale, IL 60827
**FFL #336-11205**
Ph: (708) 849-4455

SALES CLERK:          "Michelle" F/W/28-35 yrs; 5-04, 120 lbs , lite complected

ITEM(S) PURCHASED:    1- DAVIS .380cal pistol; model P380; blue finish;
                 ser #AP478997

**SALES Receipt # 85427**

| 90 EXTRA COPIES REC'D | 91 DATE SUBMITTED | TIME | 92 SUPERVISOR APPR'V STAR |
|---|---|---|---|
| Normal | 24 Aug 98 | 2000 | ~~████~~ |
| 93 REPORTING OFFICER--PRINT   STAR | 94 REPORTING OFFICER   STAR | | |
| ~~████~~ | | | DATE APPROVED  TIME |
| SIGNATURE  ~~████~~ | SIGNATURE | | 24 Aug 98  2000 |

CPD-11.411/C-B (Rev 3/97) COMPUTER GENERATED        SIGNATURES IN BLUE INK

CITY 005870

Other - non Criminal Service Concerning Property
City of Chicago

C-526365
24 Aug 98

Page 2

---

INVENTORY NUMBER(S):            2009666

PURCHASING OFFICER:             ████████#████

COVERT ID:                      ████████████
                                ████████████
                                ████████ #████

                                DOB:████████
                                ████ lbs. / ████/
                                FOID:████████
                                D/L: ████████████

ADDITIONAL OFFICER:             G/S ████████        G/S ████████████

SUPERVISOR ON SCENE:            ████████████████

**THIS INVESTIGATION IS BEING CONDUCTED PURSUANT TO REQUEST BY THE LAW DEPARTMENT FOR THE PURPOSE OF FACT INVESTIGATION AGAINST GUN MANUFACTURES AND DISTRIBUTORS.**

INVESTIGATION:            ████████, Gang Investigation Section, directed reporting Police Officer, a member of the Chicago Police Department CAGE Team, to purchase firearms from Chuck's Gun Shop & Pistol Range, Inc.

On 24 Aug 98 at 1305 along with G/S ████████ and G/S ████████ arrived at above/target location to pick up guns ordered on 19 Aug 98.

R/O, engaged in conversation with salesperson now known to R/O as MICHELLE, R/O handed MICHELLE receipts #85427 and 85428. MICHELLE then related to R/O "If you get both guns now, I'll have to notify the FEDS. If you come back next week, no problem I don't have to tell anybody, just come in and pick it up". MICHELLE then told R/O to think it over. MICHELLE took both receipts and went to a rear room of above location. After a short time MICHELLE returned placing both handguns on a glass counter in front of R/O. MICHELLE then asked R/O "Have you decided?" R/O asked "Is there any way I can get both guns now without notifying the FEDS?" MICHELLE related "If you get both, I have to." R/O then selected above pistol/handgun. MICHELLE then informed R/O of an $111.63 balance. R/O handed MICHELLE $120.00 U.S.C. (City of Chicago Funds). At that time MICHELLE bagged and delivered above handgun and returned receipt #85428 to R/O . MICHELLE walked to register and retrieved R/Os change. R/O then left above/target location and returned to the Maxwell street station to complete required reports.

| PREPARER'S ████ OR INITIAL | APPROVAL SIGN OR INITIAL |
|---|---|
| ████████ | ████████ |

CITY 005871

Identify and describe all property or possible evidence recovered at the end of the Narrative or Column form. Show exactly where found who found it and its description in separate reports / Inventory number) If property taken was scribed for Operation Identification, indicate I D number and end of Narrative Offender's approximate description, if possible, should include name if known, nickname, sex, race, code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code age, C B or I R number if known and state "In Custody"

## SUPPLEMENTARY REPORT
**CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY**

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise

| | 4 DATE OF ORIG. OCCURRENCE–TIME | | |
|---|---|---|---|
| | 01 | Sep 98 | 1120 |

| 1 OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1 UCR OFF CODE | 2 ADDRESS OF ORIG INCIDENT/OFFENSE □1 VERIFIED □2 CORRECTED | 3 BEAT OF OCCUR |
|---|---|---|---|
| Other–Non Criminal Service | 5081 | 14310 So. Indiana Riverside,Ill | 3100 |

| 5 VICTIM'S NAME AS SHOWN ON CASE REPORT | | | 6. FIRE RELATED | 7 BEAT ASSIGNED |
|---|---|---|---|---|
| City of Chicago | CORRECT □1 YES □2 NO XX | IF NO CORRECT ALL VICTIM INFOR MATION IN BOXES 20 THROUGH 27 | □1 YES □2 NO XX | |

| 8 TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9 NO OF VICTIMS | 10 NO OF OFFENDERS |
|---|---|---|---|
| Small– Retail Store | 261 | 1 | 0 |

This is an Organized Crime Division: Gang Investigation Setion: CAGE TEAM Incident:

"OPERATION GUNSMOKE"

98-GI-835      98 CAGE 114

Event#:      07258

C-557-514

| 90 EXTRA COPIES REQUIRED (NO & RECIPIENT) | 91 DATE THIS REPORT SUBMITTED – DAY MO YR | TIME | 92 SUPERVISOR APPROVING (PRINT NAME) | STAR NO |
|---|---|---|---|---|
| Normal | 01 Sep 98 | 1400 | | |

| 93 REPORTING OFFICER (PRINT NAME) | STAR NO | 94 REPORTING OFFICER (PRINT NAME) | STAR NO | | |
|---|---|---|---|---|---|
| | | | | 01 Sep 98 | 1400 |

CITY 005874

GENERAL OFFENSE CASE REPORT
DATE: 01 SEP 1998
MAJOR CASE : GUN SMOKE
INCIDENT #: 98 GI 835
CAGE #: 98 CAGE 0114

C-557514
page 2

THIS INVESTIGATION IS BEING CONDUCTED PURSUANT TO REQUEST BY THE LAW
DEPARTMENT FOR THE PURPOSE OF FACT INVESTIGATION AGAINST GUN
MANUFACTURES AND DISTRIBUTORS.

EVENT #: 07258

NAME AND LOCATION OF STORE:
Chuck's Gun Shop & Pistol Range
14310 S. Indiana
Riverdale IL 60827
708-849-4495

FFL#. 336-11205

DATE & TIME OF VISIT: Tues. 01 Sep. 1998 at 1100 hours

INDENTIFICATION OF PERSON
SPOKEN TO:
Colleen Spinazzola
F/W/40-45 approx.
5'3, 115 lbs., Brn Hair
White T-Shirt, Blue Jeans

DESCRIPTIVE POSTERS IN STORE
1 - Sign relating that it is against the law to sell guns to
anyone under the age of 18 year old posted on south wall.

2 - Sign relating that you cannot buy a gun or ammunition,
for anyone else posted on glass counter.

PERSONNEL ASSIGNED: G/S ▓▓▓▓▓ # ▓▓▓

SUPERVISOR ▓▓▓▓▓▓ # ▓▓

WEAPONS PURCHASED AND
OTHER ITEMS
1 - ROSS INDUSTRIES, Model 677, .357 Cal., Revolver
2" Barrel, Black. Ser# F476911
Price $299.00

| | |
|---|---|
| Gun Cost: | $299.00 |
| Tax: | 23.18 |
| Total: | $322.18 |
| Deposit: | 100.00 |
| State FOID Check: | 3.00 |

CITY 005875

GENERAL OFFENSE CASE REPORT
DATE: 01 SEP 1998
MAJOR CASE : GUN SMOKE
INCIDENT #: 98 GI 835
CAGE #: 98 CAGE 0114

C-557514
page 3

Balance Due: $222.18

INVENTORY(S) #: None

HISTORY OF INVESTIGATION:

On 01 Sep 98, at approximately 1100 hrs. R/O went into Chuck's Gun Shop, to pick up two previously purchased firearms. After completing this transaction, R/O inquiried about buying a .357 Rossi. R/O told the clerk she wanted to buy this gun R/O asked the clerk, "If I buy this gun and come pick it up three days later, can I pick up the other gun also?" The clerk said, "No, you still have to pick up each gun separately so I don't have to notify ATF; it's the only way to get around it." "Anytime I make a sale for multiple purchases I am required to notify ATF," said the clerk. "So is it better for me to buy each gun separately or can I buy a couple at a time?" said R/O. The clerk said, "It doesn't matter how many you purchase, you just have to wait a week and pick up each gun separately, a week apart, to avoid the feds from coming to your door to see your guns, especially if you live in the city." "Well, I know I don't want them at my door," said R/O. "Ok, I'll just do that," said R/O. The clerk started filling out the paper work. She then asked what my deposit was going to be. R/O gave the clerk $100.00 USC plus the $3.00 state check. The clerk also said that she would put the pick up date on the receipt so that I could keep this all straight. The clerk had R/O sign the back of the receipt. R/O complied. R/O also asked the clerk what her name was The clerk gave R/O a business card with her name "Colleen Spinazzola." Colleen did not ask R/O for her FOID card for this other purchase R/O took her previously purchased firearm (9MM Accutek) and left the store



G/S REDACTED #

APPROVED: REDACTED

CITY 005876

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers) If property taken was scribed for Operation Identification, indicate I.D number at end of Narrative Offender's approximate description, if possible, should include name if known, n kname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc If suspect is arrested, give name, sex, race code, age, C.B or I.R number, if known, and state "In Custody"

## SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise

| 4 DATE OF ORIG. OCCURRENCE–TIME | | |
|---|---|---|
| DAY | MO. | YR |
| 14 | Aug | 98 | 1220 |

| 1 OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF CODE | 3 ADDRESS OF ORIG INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 2. BEAT OF OCCUR |
|---|---|---|---|
| Other-Non Criminal Service | 5081 | 10349 Southwest Hwy | 3100 |

| 5 VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☐1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27 | 6 FIRE RELATED ☐1 YES ☐2 NO | 7 BEAT ASSIGNED |
|---|---|---|---|---|
| City of Chicago | | | | |

| 8 TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO OF OFFENDERS |
|---|---|---|---|
| Small- Retail Store | 261 | 1 | DNA |

| CIRCUM STANCES | 11 ☐ VERI-FIED ☐ UPDATE TO | 12. OBJECT/WEAPON | 13 FIREARM FEATURES | 14 POINT/ENTRY | 15 POINT/EXIT | 16 BURGLAR ALARM | 17 SAFE BURGLARY METHOD | 18 IF RESIDENCE WERE WERE OCCUP |
|---|---|---|---|---|---|---|---|---|
| | | CODE NOS | CODE NO | CODE NO | CODE NO | CODE NO | | |

DESCRIBE PROPERTY IN NARRATIVE      T = TAKEN      R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

| PROPERTY | 19 ☐ VERIFIED ☐ UPDATE TO | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 5 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|---|
| | | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 10 CONSUM GOODS ☐ T $ ☐ R | (I) FIREARMS ☐ T $ ☐ R | 8 NARC / DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| VICTIMS UPDATE ONLY | 20 NAME (LAST–FIRST–M I) | 21 I-UCR OFFENSE CODE | 22 HOME ADDRESS (NO , DIR., STREET, APT NO) | 23 SEX–RACE–AGE CODE | 24 HOME PHONE | 25 BUSINESS PHONE | 26 IN-JURED YES NO | 27 VICTIM REL CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28 OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29 HOME ADDRESS | 30 SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31 C.B NO | IR NO , Y D NO OR J D A NO | OFFENDER IREL CODE | C B NO | IR NO , Y D NO OR J D A NO | OFFENDER REL CODE | 32 NO ARRESTED | ARREST UNIT NO |
|---|---|---|---|---|---|---|---|---|
| OFF 1 | | | | | | | | |
| OFF 2 | | | | | | | | |

| 33 OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | I VIN | | STATE LICENSE NO | STATE |
|---|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN | | | | | | | | |

| 34 SERIAL NOS. OR IDENTIFICATION NOS ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS OBTAINED IN NARRATIVE |
|---|---|

| 50 OFFENSE/CLASS  THIS DATE (IF SAME ENTER DNA) | REV CODE | 51 METHOD CODE | 52 METHOD ASSIGNED ☐ FIELD ☐3 SUMMARY | UNIT NO | 53 STATUS ☐0 PROGRESS | ☐1 SUSPENDED | ☐2 UNFOUNDED |
|---|---|---|---|---|---|---|---|
| DNA | | | | | | | |

| STATUS CONT'D | 54 IF CASE CLEARED, HOW CLEARED | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐3 CLRD CLOSED | ☐4 CLRD OPEN | 6 EXC CLRD CLOSED | 6 EXC CLRD OPEN | 7 CLSD NON-CRIM | ☐1 ARREST & PROSEC | ☐2 DIRECTED TO JUV CRT. | ☐2 JUVENL RFUSD TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT | ☐ ADULT ☐ JUV |

55 ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT  AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION

80 NARRATIVE

This is an Organized Crime Division: Gang Investigation Section: CAGE TEAM Incident:

"OPERATION GUNSMOKE"

Incident:  98-GI-766   98 CAGE 114

Event#:   09434

C-514-395

| 90 EXTRA COPIES REQUIRED (NO & RECIPIENT) | 91 DATE THIS REPORT SUBMITTED | | | TIME | 92 SUPERVISOR APPROVING (PRINT NAME) | STAR NO |
|---|---|---|---|---|---|---|
| | DAY | MO | YR | | | |
| Normal | 14 | Aug | 98 | 1930 | | |

| 93 REPORTING OFFICER (PRINT NAME) | STAR NO | 94 REPORTING OFFICER (PRINT NAME) | STAR NO | SIGNATURE | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | SIGNATURE | | | 95 DATE APPROVED (DAY–MO–YR) | | TIME |
| | | | | 14 AUG 98 | | 1930 |

CPD         (REV. 8-85)         *MU       ...TED IN AL... ES

CITY 006070

GENERAL CASE REPORT
DATE: 14 AUG 1998
MAJOR CASE : GUN SMOKE
INCIDENT #: 98 GI 766
CAGE #: 98 CAGE 0114

C-514395
page 2

THIS INVESTIGATION IS BEING CONDUCTED PURSUANT TO REQUEST BY THE LAW
DEPARTMENT FOR THE PURPOSE OF FACT INVESTIGATION AGAINST GUN
MANUFACTURES AND DISTRIBUTORS.

EVENT #: 109434

NAME AND LOCATION OF STORE: CHICAGO RIDGE GUN SHOP & PISTOL RANGE
10349 Southwest Highway
Chicago Ridge IL 60415
708-636-3454

FFL#: 336-03713

DATE & TIME OF VISIT: Fri. 14 Aug 1998 at 1220 hours

IDENTIFICATION OF PERSON
SPOKEN TO:
Jim
M/W/50-55 approx.
6'0, 250 lbs. Lgt. Brn Hair, Lgt. Brn Mustache
Gray Shirt, Blk Pants

DESCRIPTIVE POSTERS IN STORE: 1 - Sign showing gun range hours

PERSONNEL ASSIGNED.

COVER NAME



SUPERVISOR.

WEAPONS PURCHASED AND
OTHER ITEMS:
1 - Helwan, Model Unk, 9MM., Semi-Auto Pistol, 4"
Barrel, Blue Steel, Ser# 1141845.
Price: $199.95

1 - RUGER, Model P 90T, 45Cal., Semi Auto Pistol, 4"
Barrel, Ser # 66167599

CITY 006071

GENERAL CASE REPORT
DATE: 14 AUG 1998                                                    C-514395
MAJOR CASE : GUN SMOKE                                              page 3
INCIDENT #: 98 GI 766
CAGE #: 98 CAGE 0114

Price: $369.95

Total Cost:                    $622.34
Deposit:                        120.00
Balance:                       $502.35

INVENTORY(S):                  None

HISTORY OF INVESTIGATION:
                                    14 Aug 98, at approximately 1220 hrs. R/O and G/S█
██████ went into Chicago Ridge Gun Shop to pick up a gun purchase under RD# C 505138. All
details and transactions are recorded under that report number.

                                    At the conclusion of this prior incident, ████████,
asked Jim to see a 9MM Lorcin that was in the glass counter case. Jim said, "do you have an FOID
card?" ████████ replied "no". Jim said, I can't show you the gun. ████████ said, can you show
her (R/O). Jim said, "Yes, I can show her but only she can examine it." Jim took the gun from the case
and R/O held the gun and operated the slide. ████████ asked R/O if the gun was heavy? R/O
replied "yes". ████████ asked Jim if it was alright if he held the gun and Jim said that ████████
could hold the gun. ████████ asked Jim what he thought of the Lorcin. Jim related that the Lorcin
has a tendency to misfire three out of ten times. ████████ asked Jim what would he suggest to be a
better quality gun. Jim suggested a Ruger 9MM in another display case. ████████ looked at the
Ruger and said, "this is kind of expensive, do you have anything at an in between price. Jim then
showed us a 9MM Helwan and told us about the history of the gun. R/O and ████████ both held the
gun and agreed to purchase it. Jim asked for R/O's FOID card and began writing the paperwork up.
████████ said "I really want to get a 45." ████████ spotted a 45 Cal Ruger on sale and asked
R/O if we could afford to buy another gun. ████████ asked him how much of a deposit would we
need to purchase both guns. Jim told us we needed 20% of the total. Jim then pulled out a calculator
and figured out that we needed $115.00. R/O told ████████ that we had enough money to buy both
guns  R/O pulled out $120.00 and said we'll take both of the guns ████████ then hugged R/O and
said thanks baby for the present. R/O said, "what do I get?." ████████ said, "you'll see later." Jim
finished writing up the paperwork, took the deposit and said the gun could be picked up Monday. Jim
handed R/O the receipt and ████████ picked up the purchased weapon (RD# C 505138) and walked
out of the store with it.

APPROVED:

Identify and describe all property or possible evidence recovered at the end of the Narrative in column order. Show each item, location, value, finding, obtained, etc. description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at the end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes and hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "in Custody." All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

## GANG INVESTIGATION SECTION SUPPLEMENTARY REPORT
CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

**C-526368**

| Offense Classification / Last Report | | IUCR Code | Offense Reclassification / DNA | | | Revised IUCR |
|---|---|---|---|---|---|---|
| Other - non Criminal Service Concerning Property | | 5081 | DNA | | | |

| Address of Occurrence | Type of Location | Location Code | Date of Occurrence | Time of Occurrence | Beat of Occ | Beat Assigned |
|---|---|---|---|---|---|---|
| (9725 Southwest Hwy) | (Store - Small Retail) | (261) | 19 Aug 98 | 1240 | 3100 | |

| Victims | Victim's Name | Relation | Method Code | Method Assigned | Unit | Safe Method | If Residence / Where |
|---|---|---|---|---|---|---|---|
| 1 | City of Chicago | 24 | | FIELD | 156 | DNA | DNA |

| Offenders | Offender's Name | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Fire Related | Gang Related |
|---|---|---|---|---|---|---|---|---|
| | See Narrative | | 0 | DNA | 1 | 0 | No | No |

**Update Information - *See Narrative For Updated Information**

| | | | | |
|---|---|---|---|---|
| Victim Verified [ X ] | Offender Verified [ ] | Property Verified [ ] | Circumstances Verified [ X ] |
| Victim Update [ ] | Offender Updated [ ] | Property Updated [ X ] | Circumstances Updated [ X ] |

| STATUS | | | | | | | | HOW CLEARED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - Prog | 1 - Sus | 2 - Unf | 3 - C/C | 4 - C/O | 5 - C/CX | 6 - C/OX | 7 - C/NC | 1 - Arrest | 2 - Juv-Ct | 3 - Ref Pros | 4 - Comm Adj | 5 - Other Ex |
| [ X ] | | | | | | | | | | | | |

THIS IS A GANG INVESTIGATION SECTION FIELD INVESTIGATION 0-PROGRESS REPORT

BUY OFFICERS REPORT  OPERATION GUN SMOKE

EVENT NUMBER:  09895

CAGE NUMBER:  98-CAGE-114

GANG INCIDENT NUMBER:  98-GI-788

DAY, DATE, TIME OF INCIDENT:  Wednesday 19-Aug-1998, 1240 hours

LOCATION OF INCIDENT:  B&H Sports Ltd.  FFL #336-37516
9725 Southwest Highway, Oak Lawn, IL 60453
Ph: (708) 499-4455;  Fax: (708) 499-4421

SALES CLERK:  "Brian" M/W/35-40 yrs; 5-10, 215 lbs., lite complected

ITEM(S) PURCHASED:  1- Intratec 9MM Luger; Model AB-10; blue finish; 2" barrel; ser #020956 & clip
2-boxes 9MM Luger 115GR rounds
1-box Winchester Super X .22calLR ammo
2-boxes .223cal PMC target ammo
1-brown/tan suit case w/two (2) keys

| 90.EXTRA COPIES REQ'D | 91.DATE SUBMITTED | TIME | 92.SUPERVISOR APPRV-STAR |
|---|---|---|---|
| Normal | 19 Aug 98 | 2000 | |
| 93.REPORTING OFFICER--PRINT     STAR 5303 | 94.REPORTING OFFICER     STAR | | DATE APPROVED     TIME 20 AUG 98     1430 |
| SIGNATURE | SIGNATURE | | |

CPD-11.411/C-R Rev 3/97) COMPUTER GENERATED

SIGNATURES IN BLUE INK

CITY 006262

Other - non Criminal Service Concerning Property                          C-526368
City of Chicago                                                           19 Aug 98
                                        Page 2

PURCHASE PRICE:            $350.19 tax incl.                    Total $350.19
                           Price tag $350.95 +Tax.
SALES Receipt # A208284

INVENTORY NUMBER(S):       2009662, 2009659, 2009661.

PURCHASING OFFICER:

COVERT ID:                 **REDACTED**

                           DOB: ████████
                           ████ / ███ lbs. / ███ / ███
                           FOID: ████████
                           D/L: ████████

ADDITIONAL OFFICER:        ████████████

SUPERVISOR ON SCENE:       ████████ #████

THIS INVESTIGATION IS BEING CONDUCTED PURSUANT TO REQUEST BY THE LAW
DEPARTMENT FOR THE PURPOSE OF FACT INVESTIGATION AGAINST GUN MANUFACTURES
AND DISTRIBUTORS.

INVESTIGATION:             ████████ Gang Investigation Section, directed
                           reporting Police Officer, a member of the Chicago Police
Department CAGE Team, to purchased firearms from B&H Sports LTD.

                           At 1240 hours R/O along with ████████ working in an
undercover capacity, arrived at above/target location in an UCV.   Upon entering, R/Os were greeted
by the salesman known to R/O as BRIAN.  (Note all conversations referred to in this report took
place while we were all within 3 feet of each other.)

                           BRIAN then related to R/O "Hey your buddy was in here a
little while ago and in fact he took his deposit off the gun he was gonna buy and told me to put it on
your balance which  was two hundred bucks.  In fact, he said you would probably be in here today."
R/O responded by angrily saying "You gotta be kiddin, I've been trying to catch up with him on a
money tip.  He must be runnin from me, what else did he say?"  BRIAN then related "Yeah as a matter
of fact, he said something went down bad, what he owe you a little money?"  R/O responded "No way
near a little, did it seem like he was leaving town or nervous?"  BRIAN responded "No, well I don't
know, I just met him the time before you guys came in together last time."  R/O then engaged in
conversation with ████████ in the presence of BRIAN, "He (referring to ████████) done
messed up our money, he gotta be dealt with before he leaves town."  At that time another employee

| PREP████ ███OR INITIAL | APPROVA | ████TIAL |
|---|---|---|

Other - non Criminal Service Concerning Property    C-526368
City of Chicago                                      19 Aug 98

Page 3

(M/W 6'3 lbs. 50s yrs) informed BRIAN of a phone call. BRIAN spoke in general and vague to the caller. R/Os heard BRIAN say "Well be careful, you don't want to get caught transferring guns . Look I'll give you a call back I got a good customer here, O KAY PAUL, talk toya later." After BRIAN hung up the phone, R/O asked BRIAN "Was that him, was that ▓▓▓ (referring to ▓▓ ▓▓▓▓▓▓▓▓)?" BRIAN replied " No that was a buddy of mine needing some advise, if that was ▓▓▓ I would have told you or even given you the phone." R/Os in conversation in the presence of BRIAN discussed ▓▓▓ being on the run from us. R/O then stated "I'm gonna get a TECH (assault weapon) for his ass. ▓▓ ▓▓▓▓▓ related "We gotta take care business today." R/O then told BRIAN, "Show me some TEC'." BRIAN then-lead R/Os to a glass case that displayed several assault weapons explaining each weapon, which required least to most maintenance and the most durable. BRIAN also suggested an assault weapon that would fire 100 rounds per load. R/Os then chose above assault weapon displaying a price tag of $350.95. BRIAN assured R/Os by saying "You made a good choice, this will take care the business." — · —

R/Os then observed BRIAN add above assault weapon to R/Os old receipt that would reflect a order date of 14 Aug 98 (receipt should have reflected 1-Intratec 9MM purchase date 19 Aug 98 *REFER TO RD #C-514320). BRIAN then related to R/O "Your total now is $1454.94." R/O asked BRIAN "Did you take care of me (referring to a discount)." BRIAN stated "You don't have to ask, whenever you come in deal with me, I'll take care of you on the price." R/O then produced and handed BRIAN fifteen (15) 100 dollar bills/$1500.00 (City of Chicago Funds). After counting same, BRIAN placed said currency into their cash register and removed and handed to R/O, currency totaling $45.06 being R/Os change. R/O then asked for ammo for each weapon. . BRIAN then removed from the shelf, 1-box Winchester Super X .22LR ammo, 2- boxes PMC target ammo and 2-boxes 9MM Luger 115GR rounds. Give me $45.00 and we even for the ammo. Using the above received change, R/O paid for the ammo for the just purchased weapons. Now there is a small piece that connects the laser on/off switch to the gun that fell off because of the metal on the gun, but you can pick up that piece anywhere like a sporting good or hardware store. Its just a piece of metal with a velcro side. I'll put a rubberband on it so you can use it now". BRIAN placed a rubberband around the gun and laser on/off switch then demonstrated the mechanism working. BRIAN then handed same assault weapon to R/O to test said switch. BRIAN then placed a Intratec 9MM (assault weapon) in a black case, an Olympic Arms .223 (assault weapon) and two (2) Jennings .22 cal (handguns) into a brown/tan suit case. BRIAN also related "I'M throwing in this case (brown/tan suit case), two keys come with it, and this Allen wrench to adjust the Laser. Whatcha do is, line it up on something stationary, fire it, then make your adjustments -one screw adjusts left to right and the other up and down".

BRIAN then shook R/Os hands, R/Os then carried all purchased items out of above/target location placing them in UCV. R/Os then left the location notifying ▓▓▓▓▓▓▓ of the completion of the assignment via radio. R/O then returned to the Maxwell street station to relate what happened to members on the CAGE Team, and complete required reports.

PREP▓▓▓GN OR INITIAL        APPRO▓▓ ▓▓▓ OR INITIAL

description (include Property Inventory numbers). If property taken was scribed for Operation Identification, In..... ..C. number at the end of Narrative. Offender's approximat description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes and hair, complexion, scars, marks, etc. If suspect is arrest give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."All descriptions and statements in this entire report are approximations or summerization unless indicated otherwise.

## GANG INVESTIGATION SECTION SUPPLEMENTARY REPORT
CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

**C-526368**

| Offense Classification / Last Report | | IUCR Code | Offense Reclassification / DNA | | | Revised IUCR |
|---|---|---|---|---|---|---|
| Other - non Criminal Service Concerning Property | | 5081 | DNA | | | |

| Address of Occurrence | Type of Location | Location Code | Date of Occurrence | Time of Occurrence | Beat of Occ | Beat Assigned |
|---|---|---|---|---|---|---|
| (9725 Southwest Hwy) | (Store - Small Retail) | (261) | 19 Aug 98 | 1240 | 3100 | ▬▬ |

| Victims | Victim's Name | | Relation | Method Code | Method Assigned | Unit | Safe Method | If Residence / Where |
|---|---|---|---|---|---|---|---|---|
| 1 | City of Chicago | | 24 | | FIELD | 156 | DNA | DNA |
| Offenders | Offender's Name | | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Fire Related | Gang Related |
| | See Narrative | | | 0 | DNA | 1 | 0 | No | No |

**-- Update Information -- *See Narrative For Updated Information**

| Victim Verified | [ X ] | Offender Verified | [ ] | Property Verified | [ ] | Circumstances Verified | [ X ] |
|---|---|---|---|---|---|---|---|
| Victim Update | [ ] | Offender Updated | [ ] | Property Updated | [ X ] | Circumstances Updated | [ X ] |

| STATUS | | | | | | | HOW CLEARED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0- Prog | 1- Sus | 2- Unf | 3- C/C | 4- C/O | 5- C/C/X | 6- C/O/X | 7- C/N/C | 1- Arrest | 2- Juv-Cl | 3- Ref Pros | 4- Comm Adj | 5- Other Ex |
| [ X ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

THIS IS A GANG INVESTIGATION SECTION FIELD INVESTIGATION 0-PROGRESS REPORT

BUY OFFICERS REPORT                    OPERATION GUN SMOKE

EVENT NUMBER:                          09895

CAGE NUMBER:                           98-CAGE-114

GANG INCIDENT NUMBER:                  98-GI-788

DAY, DATE, TIME OF INCIDENT:           Wednesday 19-Aug-1998, 1240 hours

LOCATION OF INCIDENT:                  B&H Sports Ltd.    FFL #336-37516
                                       9725 Southwest Highway, Oak Lawn, IL 60453
                                       Ph: (708) 499-4455;  Fax: (708) 499-4421

SALS CLERK:                            "Brian" M/W/35-40 yrs; 5-10, 215 lbs., lite complected

ITEM PURCHASED:                        1- Intratec 9MM Luger; Model AB-10; blue finish; 2"
                                       barrel; ser #020956 & clip
                                       2-boxes 9MM Luger 115GR rounds
                                       1-box Winchester Super X .22calLR ammo
                                       2-boxes .223cal PMC target ammo
                                       1-brown/tan suit case w/two (2) keys

| 90.EXTRA | ID | 91.DATE SUBMITTED | TIME | 92-SUPERVISOR APPRV-STAR | |
|---|---|---|---|---|---|
| Normal | | 19 Aug 98 | 2000 | ▬▬▬ | |
| 93.REPORTING | PRINT | STAR | 94.REPORTING OFFICER | STAR | SIGNATURE |
| | | 5303 | SIGNATURE | | DATE APPROVED — TIME |

CPD-11.41   v 3/97) COMPUTER GENERATED

CITY 006266

Identify and describe all property or possible records intended to be maintain in custody. Show quantity and count value for each item. Offender's approximate description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at the end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes and hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody." All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

## GANG INVESTIGATION SECTION SUPPLEMENTARY REPORT

CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

**C-558084**

| Offense Classification / Last Report | IUCR Code | Offense Reclassification / DNA | | Revised IUCR |
|---|---|---|---|---|
| Other - non Criminal Service Concerning Property | 5081 | DNA | | |

| Address of Occurrence | Type of Location | Location Code | Date of Occurrence | Time of Occurrence | Beat of Occ | Beat Assigned |
|---|---|---|---|---|---|---|
| (9725 Southwest Hwy) | (Store - Small Retail) | (261) | 09 Sep 98 | 1339 | 3100 | |

| Victims | Victim's Name | Relation | Method Code | Method Assigned | Unit | Safe Method | If Residence / Where |
|---|---|---|---|---|---|---|---|
| 1 | City of Chicago | 24 | | FIELD | 156 | DNA | DNA |

| Offenders | Offender's Name | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Fire Related | Gang Related |
|---|---|---|---|---|---|---|---|---|
| | See Narrative | | 0 | DNA | 1 | 0 | No | No |

| Update Information | *See Narrative For Updated Information | | |
|---|---|---|---|
| Victim Verified [ X ] | Offender Verified [ ] | Property Verified [ ] | Circumstances Verified [ X ] |
| Victim Update [ ] | Offender Updated [ ] | Property Updated [ X ] | Circumstances Updated [ X ] |

| STATUS | | | | | | | HOW CLEARED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - Prog | 1 - Sus | 2 - Unf | 3 - C/C | 4 - C/O | 5 - C/C/X | 6 - C/O/X | 7 - C/N/C | 1- Arrest | 2- Juv-Ct | 3- Ref Pros | 4- Comm Adj | 5- Other Ex |
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ X ] | [ ] | [ ] | [ ] | [ ] | [ ] |

THIS IS A GANG INVESTIGATION SECTION FIELD INVESTIGATION 7-CLOSING REPORT

BUY OFFICERS REPORT                OPERATION GUN SMOKE

EVENT NUMBER:                      11233

CAGE NUMBER:                       98-CAGE-114

GANG INCIDENT NUMBER:              98-GI-840

DAY, DATE, TIME OF INCIDENT:       Wednesday 9-Sep-1998, 1339 hours

LOCATION OF INCIDENT:              B&H Sports Ltd.      FFL #336-37516
                                   9725 Southwest Highway, Oak Lawn, IL 60453
                                   Ph: (708) 499-4455;  Fax: (708) 499-4421

SALES CLERK:                       "Brian" M/W/35-40 yrs; 5-10, 215 lbs., lite complected

PURCHASE PRICE:                    .410/45 Thunder 5          $465.00
                                   Cobray 9MM                 $325.00
                                   Intratec .22               $275.00
                                   Tax + Call ($4.00)         $88.55
                                   DEPOSIT (CITY OF CHICAGO FUNDS)  $350.00
                                   BALANCE PAID               $829.45

| 90.EXTRA COPIES REC'D | 91.DATE SUBMITTED | TIME | 92.SUPERVISOR APPRV-STAR |
|---|---|---|---|
| Normal | 9 Sep 98 | 1800 | |
| 93.REPORTING OFFICER--PRINT      STAR | 84.REPORTING OFFICER        STAR | | |
| | SIGNATURE | | DATE APPROVED—TIME 19 Sept 98  1900 |

CPD-11-411/C-8 (Rev 3/97) COMPUTER GENERATED          *Copy copy*          SIGNATURES IN BLUE INK

Other - non Criminal Service Concerning Property        C-558084

City of Chicago                                         9 Sep 98

Page 2

**ITEM(S) PURCHASED:**

1- B/L Inc. .410/45Lg cal revolver; model Thunder 5; 2"
bar; blue finish; Ser #8593    INV.#2050153

2- boxes .410 shotgun cartridge    INV.#2050153

1- Cobray 9MM semi-auto pistol; model M-11; blue
finish; 2"bar; Ser #94-0011883    INV. #2050154

1- Intratec .22 cal semi-auto pistol; Model SPORT 22;
blue steel; Ser. #K003540    INV.#2050155

**SALES Receipt # 4473 # 2888   A215985**

**INVENTORY NUMBER(S):**    2050153, 2050154, 2050155

**PURCHASING OFFICER:**

**COVERT ID:**

DOB:

/

FOID:

D/L:

**ADDITIONAL OFFICER:**

**SUPERVISOR ON SCENE:**

THIS INVESTIGATION IS BEING CONDUCTED PURSUANT TO REQUEST BY THE LAW
DEPARTMENT FOR THE PURPOSE OF FACT INVESTIGATION AGAINST GUN MANUFACTURES
AND DISTRIBUTORS.

**INVESTIGATION:**           Gang Investigation Section, directed
reporting Police Officer, a member of the Chicago Police
Department CAGE Team, to pick up firearms from B&H Sports LTD.
          On 09 Sep 98 at 1300 R/Os arrived at above/target
location to pick up guns ordered on 1 Sep 98.  (Note all conversations referred to in this report
took place with R/O,        and BRIAN were all within 3 feet of each other.)
          R/Os entered above location and was greeted by a
salesman known to R/Os as BRIAN.  BRIAN stated "What's up guys'?  Main man,    what's up?
You're picking up right?"  R/O responded by saying "You know it."  R/O checked pants pocket and
stated to BRIAN "I can't find my receipt."  BRIAN responded "No problem   , I know who you are
and what you got.".  BRIAN then asked       "Did you ever get your get card?"      
responded "Naw man I've been bullshitting.  I really can't do it anyway.  For a bunch of reasons."

| PREPARER- INITIAL | APPROVAL SIGN OR INITIAL |
|---|---|
| | |

Other - non Criminal Service Concerning Property                    C-558084
City of Chicago                                                      9 Sep 98

Page 3

BRIAN responded "I hear'ya, I know what you mean." BRIAN then went to a rear room then returned carrying three (3) black cases placing same on the glass case in front of R/Os. R/O then produced and handed to BRIAN, R/Os customer receipt #A215985 (4473 # 2888). ▮▮▮▮▮▮▮ then inquired about a 9MM rifle that fired 100 rounds. R/O also stated to BRIAN "I need to pick up a .45 (.45 cal semi-auto handgun). BRIAN then removed those weapons (REF RD #C-576549) from their glass display case. ▮▮▮▮▮▮▮responded "I want that rifle." BRIAN related "Look, I'll throw the rifle on this receipt and you can take it today." R/O asked, "What about the .45?" BRIAN responded "I can't do both, I only got room to add one more on the form. Or just pick'em up in three (3) days." ▮▮▮▮ ▮▮▮▮▮ responded "let's just wait." BRIAN responded "O KAY. ▮▮▮▮ how about $829.45 (referring to above balance due)." R/O handed BRIAN $829.45 (City of Chicago Funds) BRIAN went to the cash register, returned and handed R/O above inventoried weapons and a R/Os copy of purchase (receipt) reading PAID IN CASH. After completing the events recorded under RD #C-576549, R/Os left above/target location and returned to the Maxwell street station to complete required reports.

PREPARER-SIGN OR INITIAL          APPROVAL-SIGN OR INITIAL

CITY 006323

the description, including every inventory submitted, if possible, should be stated for Offender identification should be used. The description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes and hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody." All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

## GANG INVESTIGATION SECTION SUPPLEMENTARY REPORT
CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

**C-576549**

| Offense Classification / Last Report | IUCR Code | Offense Reclassification / DNA | | Revised IUCR |
|---|---|---|---|---|
| Other - non Criminal Service Concerning Property | 5081 | DNA | | |

| Address of Occurrence | Type of Location | Location Code | Date of Occurrence | Time of Occurrence | Beat of Occ | Beat Assigned |
|---|---|---|---|---|---|---|
| (9725 Southwest Hwy) | (Store - Small Retail) | (261) | 09 Sep 98 | 1345 | 3100 | ▆▆ |

| Victims | Victim's Name | Relation | Method Code | Method Assigned | Unit | Safe Method | If Residence / Where |
|---|---|---|---|---|---|---|---|
| 1 | City of Chicago | - 24 | | FIELD | 156 | DNA | DNA |

| Offenders | Offender's Name | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Fire Related | Gang Related |
|---|---|---|---|---|---|---|---|---|
| | See Narrative | | 0 | DNA | 1 | 0 | No | No |

### Update Information *See Narrative For Updated Information

| Victim | Verified | [ X ] | Offender Verified | [ ] | Property Verified | [ ] | Circumstances Verified | [ X ] |
|---|---|---|---|---|---|---|---|---|
| Victim | Update | [ ] | Offender Updated | [ ] | Property Updated | [ X ] | Circumstances Updated | [ X ] |

| | | STATUS | | | | | HOW CLEARED | | |
|---|---|---|---|---|---|---|---|---|---|
| 0 - Prog | 1 - Sus | 2- Unf | 3 - C/C | 4 - C/O | 5 - C/C/X | 6 - C/O/X | 7 - C/N/C | 1- Arrest | 2- Juv-Ct | 3- Ref Pros | 4- Comm Adj | 5- Other Ex |
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ X ] | [ ] | [ ] | [ ] | [ ] | [ ] |

THIS IS A GANG INVESTIGATION SECTION FIELD INVESTIGATION 0-CLOSING REPORT

BUY OFFICERS REPORT     OPERATION GUN SMOKE

EVENT NUMBER:     08473

CAGE NUMBER:     98-CAGE-114

GANG INCIDENT NUMBER:     98-GI-874

DAY, DATE, TIME OF INCIDENT:     Monday, 14-Sep-1998, 1330 hours

LOCATION OF INCIDENT:     **B&H Sports Ltd.**    **FFL #336-37516**
9725 Southwest Highway, Oak Lawn, IL 60453
Ph: (708) 499-4455;  Fax: (708) 499-4421

SALES CLERK:     "Brian" M/W/35-40 yrs; 5-10, 215 lbs., lite complected

ITEM(S) PURCHASED:     1- Beretta .45cal semi-auto pistol; blue finish;
         Model 8045D 3"bar.
         Ser #054579MC    INVENTORY #2050175
         1- Calico 9MM semi-auto rifle; blue finish;
         Model LIBERTY 100; 6"bar.
         Ser #B003574    INVENTORY #2050176

| 90.EXTRA COPIES REQ'D | 91.DATE SUBMITTED | TIME | 92.SUPERVISOR APPRV-STAR |
|---|---|---|---|
| Normal | 14 Sep 98 | 1945 | ▆▆ |
| 93.REPORTING OFFICER–PRINT  STAR 5303 | 94.REPORTING OFFICER  STAR | SIGNATURE ▆▆ | |
| SIGNATURE ▆▆ | SIGNATURE | APPROVED TIME 14 Sep 98  2000 | |

CPD-11.411/C-B Rev 3/97) COMPUTER GENERATED        SIGNATURES IN BLUE INK

CITY 006342

Other - non Criminal Service Concerning Property
City of Chicago

14 Sep 98

Page 2

1- Hi Point 9MM semi-auto rifle w/laser red dot scope;
blue finish; Model #995; 18"bar.
Ser #A55653          INVENTORY #2050177
1- Victorinox "Swiss Army Watch   INV #2050177

**SALES Receipt # A219184**

Pd   $635.00 (Beretta)
     $789.00 (Calico rifle)
       $4.00 (call) +Tax
    - $350.00 **(DEPOSIT-City of Chicago Funds)**
                        Bal due $1834.36
     $599.95 (Hi point rifle added/delivered todays' date)
      $46.50 Tax                    Total   $1834.81
**TOTAL PAID CITY OF CHICAGO FUNDS    $1834.81**

INVENTORY NUMBER(S):          2050175, 2050176, 2050177

PURCHASING OFFICER:

COVERT ID:

DOB

FOID:
D/L:

ADDITIONAL OFFICER:

SUPERVISOR ON SCENE:

**THIS INVESTIGATION IS BEING CONDUCTED PURSUANT TO REQUEST BY THE LAW
DEPARTMENT FOR THE PURPOSE OF FACT INVESTIGATION AGAINST GUN MANUFACTURES
AND DISTRIBUTORS.**

INVESTIGATION:          Sgt.          Gang Investigation Section, directed
reporting Police Officer, a member of the Chicago Police
Department CAGE Team, to purchased firearms from B&H Sports LTD.

| PREPARER          INITIAL | APPROVAL          INITIAL |
|---|---|

CITY 006343

City of Chicago

Page 3



On 14 Sep 98 at 1330 along with ▓▓▓▓▓▓ arrived at above/target location to pick up guns ordered on 09 Sep 98. **(Note all conversations referred to in this report took place while we were all within 3 feet of each other.)** R/O accompanied by ▓▓▓▓▓▓▓▓, engaged in conversation with salesperson known to R/O as BRIAN. BRIAN asked ▓▓▓▓▓▓ "Did you get your card (FOID) yet." ▓▓▓▓▓ responded "Nope,▓▓ taking care of everything." BRIAN told R/Os "I got some new stuff in you guys' need to check out." R/O handed BRIAN above sales receipt. BRIAN then removed a rifle from a rack behind the aisle designated for employees. While handing same to ▓▓▓▓▓▓ BRIAN stated "This is a AR-15." ▓▓▓▓▓▓ took aim, dry fired and stated "How much? Got to have it." BRIAN, reading the price tag related "$1235.00. R/O then asked "Can we go a G (street term for sale for $1000.00)." BRIAN sighed and stated "No▓▓ I don't have that much room, I can't do anything actually." BRIAN then handed R/O above Hi-Point 9MM rifle with a laser red dot scope. BRIAN explained the adjustable positions on the scope and related "I'll throw it right on with the others (Beretta .45cal pistol and Calico 9MM rifle). R/O responded "I can walk now with it?" BRIAN responded "No problem. I gotcha▓▓▓. I'll throw in the watch you were checking out (R/O observed said wrist watch inside a glass display case next to several firearms)." R/O replied "That's a bet (street term for we have a deal)." BRIAN handed R/O form 4473 and asked R/O to fill it out sign and date. R/O complied. R/O then observed BRIAN add the description of above rifle (inv #2050177) "GUN $599.95 Tax $46.50 Total $1834.81. While handing BRIAN $1350.00 (City of Chicago Funds), R/O said to ▓▓▓▓▓ "Hey dog this rifle ain't for me. Where is your loot?" ▓▓▓ ▓▓▓▓▓ then counted five (5) one hundred dollar bills ($500.00 City of Chicago Funds) and hand same to BRIAN. BRIAN counted the funds which totaled $1850.00. BRIAN went to the cash register and after a short time returned handing R/O $15.19 change. R/O and ▓▓▓▓▓▓ then left above/target location and returned to the Maxwell street station to complete required reports.

PREPARED ▓▓▓▓ INITIAL    APPROVAL ▓▓▓▓ INITIAL

CITY 006344

## GANG INVESTIGATION SECTION SUPPLEMENTARY REPORT
CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

**C-576547**

| Offense Classification / Last Report | | IUCR Code | Offense Reclassification / DNA | | Revised IUCR |
|---|---|---|---|---|---|
| Other - non Criminal Service Concerning Property | | 5081 | DNA | | |

| Address of Occurrence | Type of Location | Location Code | Date of Occurrence | Time of Occurrence | Beat of Occ | Beat Assigned |
|---|---|---|---|---|---|---|
| (9725 Southwest Hwy, Oak Lawn, IL 60453) | (Store - Small Retail) | (261) | 09 Sep 98 | 1620 | 3100 | ■ |

| Victims | Victim's Name | Relation | Method Code | Method Assigned | Unit | Safe Method | If Residence / Where |
|---|---|---|---|---|---|---|---|
| 1 | City of Chicago | 24 | | FIELD | 156 | DNA | DNA |

| Offenders | Offender's Name | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Fire Related | Gang Related |
|---|---|---|---|---|---|---|---|---|
| | See Narrative | | 0 | DNA | 1 | 0 | No | No |

Update Information    *See Narrative For Updated Information

| Victim Verified [ X ] | Offender Verified [ ] | Property Verified [ ] | Circumstances Verified [ X ] |
|---|---|---|---|
| Victim Update [ ] | Offender Updated [ ] | Property Updated [ X ] | Circumstances Updated [ X ] |

| STATUS | | | | | | | HOW CLEARED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - Prog | 1 - Sus | 2 - Unf | 3 - C/C | 4 - C/O | 5 - C/C/X | 6 - C/O/X | 7 - C/N/C | 1 - Arrest | 2 - Juv-Ct | 3 - Ref Pros | 4 - Comm Adj | 5 - Other Ex |
| [x] | | | | | | | | | | | | |

THIS IS AN ORGANIZED CRIME DIVISION, GANG INVESTIGATION SECTION, CAGE TEAM INCIDENT.    "OPERATION GUNSMOKE"

THIS INVESTIGATION IS BEING CONDUCTED PURSUANT TO REQUEST BY THE LAW DEPARTMENT FOR THE PURPOSE OF FACT INVESTIGATION AGAINST GUN MANUFACTURERS AND DISTRIBUTORS.

PURCHASING OFFICER'S REPORT    OPERATION GUN SMOKE

EVENT NUMBER:    08439

GANG INCIDENT NUMBER:    98-GI-872

CAGE NUMBER:    98-CAGE-114

DAY, DATE, TIME OF INCIDENT:    Monday 14-Sep-1998, 1345 hours

NAME & LOCATION OF STORE:    B & H Sports Ltd.
9725 Southwest Highway,
Oak Lawn, IL 60453
Ph: (708) 499-4455
FFL # 336-37516

| 90. EXTRA COPIES REC'D | 91. DATE SUBMITTED | TIME | 92. SUPERVISOR APPRV-STAR |
|---|---|---|---|
| Normal | 14 Sep 98 | 1730 | ■ |
| 93. REPORTING OFFICER-PRINT    STAR | 94. REPORTING OFFICER    STAR | | |
| ■    60098 | | | DATE APPROVED    TIME |
| SIGNATURE | SIGNATURE | | 15 Sept 98    1730 |
| CPD-11.411/6-B(Rev 3/9■) ■PUTER GENERATED | | SIGNATURES IN BLUE INK | |

CITY 006348

Other - non Criminal Service Concerning Property
City of Chicago
14 Sep 98

Page 2

| ITEMS PURCHASED: | One Rossi, Model 971, .357 caliber, 4" barrel, serial # F578261, blue steel;<br>One box of fifty .357 magnum cartridges;<br>One Savage, Model 516, .308 Winchester rifle caliber, bolt-action pistol, serial #F692224, stainless steel, 14" barrel;<br>Two boxes of twenty Black Talon .308 rifle cartridges;<br>One box of twenty Silvertip .308 rifle cartridges.<br>One Taurus, Model PT111, 9mm, semi-automatic pistol, 3" barrel, serial # TRE03233, blue steel finish. |
|---|---|

**PURCHASE INFORMATION:**

Original itemization of sales receipt A219173

| | |
|---|---|
| Rossi Price: | $ 289.95 |
| Sales tax: | $ 22.48 |
| FTIP charge | $ 4.00 |
| Total: | $ 316.43 |
| Deposit: | $ 116.43 |
| Balance due: | $ 200.00 |

Note: After initially paying for the Rossi revolver, on 14 Sep 98, as follows:

| | |
|---|---|
| Rossi Price | $ 289.95 |
| Tax: | $ 22.48 |
| FTIP: | $ 4.00 |
| Total: | $ 316.43 |
| Deposit: | $ 116.43 |
| Initial Balance Due: | $ 200.00 |
| Credit for previous overcharge: | $ 31.02 |
| Corrected Balance Due: | $ 168.98 |
| Balance Remitted: | $ 168.98 |

Credit was issued from overcharge from previous purchase (RD # C-558192 Incident # 98-GI-841).

"Brian" then agreed to allow the R/G/Sp to add the .308 Savage pistol purchase to the initial Rossi revolver purchase without waiting an additional 72 hours (see *Conversations Which Took Place* below). Brian uses correction fluid to revise the original sales receipt A219173 as follows:

| PREPARE-SIGN OR INITIAL  | APPROVAL-SIGN OR INITIAL  |
|---|---|

CITY 006349

Other - non Criminal Service Concerning Property        CS16547
City of Chicago        14 Sep 98

**Page 3**

| | |
|---|---|
| Rossi Price | $ 289.95 |
| Savage Price: | $ 459.95 |
| Tax: | $ 58.12 |
| FTIP: | $ 4.00 |
| Total: | $ 812.02 |
| Deposit: | $ 316.43 |
| Total: | $ 495.59 |

Paid in full cash.

**Description of purchases reflected on revised sales receipt A219173.**

| | |
|---|---|
| Rossi Price | $ 289.95 |
| Savage Price: | $ 459.95 |
| Subtotal: | $ 749.90 |
| Tax: | $ 58.12 |
| FTIP: | $ 4.00 |
| Total: | $ 812.02 |
| Deposit: | $ 316.43 |
| Balance Due: | $ 495.59 |
| Balance Remitted: | $ 495.59 |

CPD funds were used for all of the above purchases.

**Purchase still on order pending pickup, on sales receipt A219178.**

| | |
|---|---|
| Taurus Price: | $ 344.00 |
| Sales tax: | $ 26.66 |
| FTIP charge | $ 4.00 |
| Total: | $ 374.66 |
| Deposit: | $ 74.66 |
| Balance due: | $ 300.00 |

INVENTORY #(S):

# 2050170 in 156: One Rossi, Model M-971, .357 magnum caliber, revolver, serial #F578261, b/s, 4" brl.; One firearms sales receipt and one record of ammunition purchased/price paid (in lieu of no receipt) from B&H Sports Ltd., 9725 Southwest Highway, Oak Lawn, IL.; One box of fifty Federal .357 magnum cartridges.

# 2050171 in 156: One Savage, Model 516, .308 Winchester rifle caliber, bolt-action pistol, serial #F692224, stainless steel finish, 14" barrel; Two boxes of twenty Black Talon .308 rifle cartridges; One box of twenty Silvertip .308 rifle cartridges.

| PREPARED-SIGN OR INITIAL | APPROVAL-SIGN OR INITIAL |
|---|---|
|  | |

CITY 006350

Other – non Criminal Service Concerning Property                    C-576547

City of Chicago                                            14 Sep 98

**Page 4**

**PURCHASING OFFICER:** ████████████████

**COVERT IDENTIFICATION:** ████████████████

████████████████

████████████████

        **DOB:** ████████████

        **FOID:** ████████████

        **IL D/L:** ████████████████

        **Phone: Pager** ████████████████

**ADDITIONAL OFFICERS:** ████████████████

████████████████

**SUPERVISOR ON SCENE:** ████████████

**IDENTIFICATION OF PERSON SPOKEN TO:** "Brian", M/2, 30-36 yrs., 5'8"-5'10", 220-230 lbs., black hair. A self-admitted co-owner of B&H Sports Ltd.. "Earl", M/2, approx. 58-63 yoa, 5'11"-6'2", 200-220 lbs., white hair.

**CONVERSATIONS WHICH TOOK PLACE:** Upon entering B&H Sports Ltd., the R/G/Sp was greeted by both "Brian", known to the R/G/Sp as co-owner of the gun shop and "Earl", known to the R/G/Sp as a sales person of the gun shop. The R/G/sp was greeted by both men and returned their greetings. The following conversations are in substance but not verbatim.

"Brian" asked, "Are you here for one of your guns?" the R/G/Sp answered, "Yes. Here's the sales receipt, but can you also pull my last purchase because I was overcharged. When he added it up he made some mistakes. About $30.00 worth." "Brian" said, "Sure, I'll look it up and check it. Do you have your copy?" The R/G/Sp said, "No. I didn't bring it with me today. I can bring it next time if it's a problem finding it." "Brian" said, "No problem. I'll go check it now."

"Brian" came back several minutes later saying, "Yeah, he really goofed it up. I can't figure out how he made those mistakes. He must have been in a hurry to get out of here that day. I owe you $31.02. Do you want me to credit it toward this gun, today?" the R/G/Sp answered, "Yeah, that's fine. I knew you'd correct the error. It's no problem."

"Brian" showed the R/G/Sp a new rifle that came into the gun shop and the R/G/Sp asked about several other rifles also. The R/G/Sp selected the above .308 Savage pistol for purchasing and asked if it could be picked up before the other handgun previously ordered (refer to initial report dated 09 Sep 98.) As the R/G/Sp looked at the .308 Savage pistol ; "Brian" said, "That pistol was originally made for deer hunting in the handgun season. It gives you the high power needed to take down a large animal and also is more accurate than a regular handgun. It's also good for home protection."

While the R/G/Sp was looking at the pistol, an on duty uniformed Cook County Sheriff came into the gun shop and began looking around on the far side of the store. "Brian" worked on the paperwork (sales receipts and BATF form 4473 for the Rossi revolver purchase.) "Brian" then left the paperwork on the counter and went to the other side of the store. The R/G/Sp placed the sales receipts upside

| PREPARE-SIGN OR INITIAL | APPROVAL-SIGN OR INITIAL |
|---|---|
| ████████████ | ████████████ |

Other - non Criminal Service Concerning Property                                                    C-576547
City of Chicago                                                                                            14 Sep 98

Page 5

down on top of the form 4473 so the sheriff could not read them if he came near them. "Brian" returned and again spread out the three papers and began to work on them, but again went away. The R/G/Sp took the papers and put them in one pile and turned them all. The sheriff then came over toward the R/G/Sp first to the right of the R/G/Sp and asked about a gun. The sheriff then went two cases to the left of the R/G/Sp and began asking about several guns. The R/G/Sp was aware that "Brian" and "Earl" were watching the reactions of the R/G/Sp. The R/G/Sp attempted to appear "inconspicuous" looking at guns in the case. The sheriff approached the R/G/Sp again on the right, with the above .308 bolt action pistol lying on the counter top, and asked the R/G/Sp "What do you use that for?" The R/G/Sp answered, "Deer hunting during handgun season." The sheriff responded, "Really, where do you hunt deer?" The R/G/Sp answered, "Wisconsin." During this exchange, "Brian" returned. The sheriff said, "This looks like a sawed off rifle to me." "Brian" said, "If you bought a rifle and did that to it: Cut down the barrel and put a pistol grip on it; it would be illegal. But because it was made like that at the factory and then sold as a pistol; it's legal." The sheriff said, "Well you better be careful. I know plenty of guys that would take you in for having that." "Brian" said, "The conservation officers all know about them. They've been making them for a about four or five years haven't they Earl?" "Earl" answered, "Yeah, they have." "Brian" then went over by "Earl" and spoke to him. "Earl" then returned to the far side of the store and called the sheriff over to look at a gun. "Brian" returned and said, "I told Earl 'Get that sheriff away from my customer'". Find some gun to show him and call him over there to see it (pointing to the far side of the store.)"

"Brian" concluded the paperwork for the .357 Rossi revolver purchase. During this time the sheriff left the gun shop.

"Brian" then asked if the R/G/Sp needed any .357 ammunition. The R/G/Sp asked "What do you recommend?" "Brian" suggested a light weight jacketed hollow point bullet. The R/G/Sp said, I'll come over there and look at what you have. "Brian" said, "Okay I'll show you the .308 rifle ammo too." The R/G/Sp selected the box of .357 ammunition recommended by "Brian" and then looked at the .308 rifle ammunition. "Brian" said, "I've got these for target shooting and these for protection or hunting. These Black Talon's are collectors items." (Knowing that the Black Talons were no longer being produced and desiring to keep them out of the wrong hands. The R/G/Sp selected both boxes of Black Talons.) The R/G/Sp selected one additional box of "hunting" ammunition in .308 rifle caliber.

Returning to the other side of the gun shop; "Brian" added up the price of the ammunition and said, "Give me $108 even for the ammo." The R/G/Sp paid "Brian" $108. The R/G/Sp stated to "Brian" "I'd really like to get this .308 sooner rather than later." "Brian" asked "What do you mean?" The R/G/Sp paused then said, "I just don't want to wait the three days to pick this up. I'd rather have it sooner." "Brian" responded, "Well you can take it today if you want. The approval starts the 72 hour clock. You can buy up to four guns on any 4473. So you can add the .308 onto the other form if you want." The R/G/Sp said, "Oh man, that would be great. I didn't know you could do that. Yeah, let's do that if it's not to much trouble." "Brian" said, "It's no trouble. If you have the cash and it's legal I'll do it for you. You're the customer." "Brian" then asked for the sales receipt back and used correction fluid on both copies to change the various amounts to reflect the additional purchase. "Brian" added, "Since you're picking up two or more handguns at one time; I have to fill out a multiple purchase form. So if someone comes to your door and asks about your guns, since you live in the city, tell them you keep them somewhere else.



outside of the city." The R/G/Sp responded, "Okay, I'll tell say they're at my summer home, alright?" "Brian" answered, "Yeah, your summer home is fine."

**DESCRIPTIVE POSTERS IN STORE:** The R/G/Sp did not notice any particular signs or advertisements in the gun shop. The back of the sales receipt includes warnings which state that Chicago residents who purchase handguns will be unable to register them.

**OTHER CONVERSATIONS HEARD:** ███████ and ███████ had entered the gun shop just prior to the R/G/Sp concluding the above purchase. Both "Earl" and "Brian" greeted them and "Earl" began to assist them while "Brian" concluded the R/G/Sp paperwork. The R/G/Sp could hear ███ ███ and ███████ commenting on the same rifle initially shown to the R/G/Sp. "Brian" asked ███████ "Did you get your FOID card yet?" ███████ answered, "Nah, not yet." and continued to look over the .223 semi-automatic rifle. "Earl" then showed ███████ a 9mm semi-automatic rifle that the R/G/Sp had also looked at and as ███ looked through the scope swinging the unloaded rifle from right to left, the R/G/Sp "accidently" came into the ███ "line of fire". "Earl" and "Brian" both observed this and seemed to be waiting for a reaction. The R/G/Sp smiled into the scope and ███████ apologized for pointing the gun at the R/G/Sp. Shortly after this the R/G/Sp left the gun shop.

**OTHER ACTIONS OBSERVED:** No other actions were observed.

**HISTORY OF INVESTIGATION:** On Monday, 14 Sep 98, CAGE Team personnel led by ███████ #███, formulated a plan to partially conclude the purchase of a firearm from B & H Sports Ltd.; and initiate an additional purchase. The R/G/Sp entered the gun shop at 1240 hrs. and approached "Brian" giving him the sales receipt from 09 Sep 98. The R/G/Sp and "Brian" initially concluded the above referenced Rossi revolver purchase. The R/G/Sp then purchased some ammunition and began to initiate the purchase of the above Savage .308 pistol as a separate purchase. "Brian" explained how it could be added to the Rossi purchase after the R/G/Sp expressed a desire not to have to wait for the .308. "Brian" then used correction fluid to cover over some of the original sales receipt lines in order to rewrite the sale; on both the store white copy and the yellow purchaser's copy of the sales receipt.

Upon completion of the sales receipt changes; the R/G/Sp left the gun shop with the Rossi revolver, the Savage pistol, and the ammunition. The R/G/Sp returned to 943 W. Maxwell to inventory the weapons and ammunition and complete reports.

| PREPARE-SIGN OR INITIAL | APPROVAL-SIGN OR INITIAL |
|---|---|
| ███████ | ███████ |