IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PACHOLSKI, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4184 |
| | ) | Judge Edmond E. Chang |
| CITY OF CHICAGO, ET AL., | ) | Magistrate Judge Geraldine Soat |
| | ) | Brown |
| Defendants. | ) | |

**INDEX OF EXHIBITS TO
DEFENDANTS' LOCAL RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS**

| Exhibit | Description |
|---|---|
| 1. | Kathryn Tyler Deposition Excerpts |
| 2. | Kenneth Pacholski Deposition Excerpts |
| 3. | Michael Hall Deposition Excerpts (December 14, 2010) |
| 4. | Michael Hall Deposition Excerpts (May 27, 2011) |
| 5. | Whitney O'Daniel Deposition Excerpts |
| 6. | Plaintiffs' Second Amended Complaint |
| 7. | Affidavit of Timothy Lavery |
| 8. | Uniform Crime Reporting Statistics – 10 Cities |
| 9. | Uniform Crime Reporting Statistics – Nation |
| 10. | Affidavit of Joseph Gorman |
| 11. | January - December 2010 Chicago Police Department Crime Summary |

12. *Underground Gun Markets*, P. Cook, et al., 117 Economic Journal (2007)

13. Declaration of Philip J. Cook

14. Dr. Philip J. Cook Deposition Excerpts

15. Dr. Gary Kleck Deposition Excerpts

16. Jens Ludwig Written Testimony for the Chicago City Council's Committee on Police and Fire, June 29, 2010

17. *The Benefits of Reducing Gun Violence: Evidence from Contingent-Valuation Survey Data*, J. Ludwig and P. J. Cook, 22 Journal of Risk and Uncertainty 207-226 (2001)

18. *Is Gun Control Likely to Reduce Violent Killings*, Franklin Zimring, 35 University of Chicago Law Review 721 (1968)

19. *The Medium is the Message: Firearm Caliber as a Determinant of Death From Assault*, Franklin Zimring, 1 Journal of Legal Studies, 97 (1972)

20. *The Technology of Personal Violence*, P. Cook, 14 Crime and Justice: An Annual Review of Research (M. Tonry ed. 1991)

21. *Robbery Violence*, 78 Journal of Criminal Law & Criminology 366 (1987)

22. *The Social Costs of Gun Ownership*, P. Cook, 90 Journal of Public Economics 379 (2006)

23. *Investigating the Link Between Gun Possession and Gun Assault*, C. Branas, et al., 99 American Journal of Public Health 1-7 (2009)

24. Declaration of Eugene Williams

25. *Policing Crime Guns*, J. Cohen & J. Ludwig, Evaluating Gun Policy: Effects on Crime and Violence 217-250, (J. Ludwig & P. J. Cook eds. 2003)

26. *Reducing Gun Violence: Evaluation of the Indianapolis Police Department's Directed Patrol Project*, E. F. McGarrell, et al., National Institutes of Justice (2002)

27. *Criminal Records of Homicide Offenders*, P. Cook, 294 Journal of the American Medical Association 598-601, (2005)

28. Documents Produced By Michael Hall

29. Vance Henry Deposition Excerpts

30. Dana Alexander Deposition Excerpts

31. *Armed and Considered Dangerous*, J. Wright & P. Rossi, (new 2nd ed 2008)

32. Documents Produced By Kathryn Tyler and Kenneth Pacholski

33. June 3, 2011 Stipulation of Gun Stores and Ranges Within 50 Miles of Chicago

34. Map Showing Gun Stores and Ranges within 50 Miles of Chicago

35. John Riggio Deposition Excerpts

36. Henry Rush Deposition Excerpts

37. ATF Crime Gun Trace Reports - Chicago, July 2002

38. Declaration of Joseph J. Vince, Jr.

39. Joseph Vince Deposition Excerpts

40. "Operation Gunsmoke" Documents

41. *Inspections of Firearms Dealers by the Bureau of Alcohol, Tobacco, Firearms and Explosives*, U. S. Department of Justice, Office of the Inspector General, Report No. 1-2004-005 (July 2004)

42. *Buying a handgun for someone else: firearms dealer willingness to sell*, S.B. Sorenson & K.A. Vittles, 9 Injury Prevention 147 (2003)

43. *Firearms Retailers' Willingness to Participate in an Illegal Gun Purchase*, G. Wintemute, 87(5) Journal of Urban Health 865-878 (2010)

44. *Following the Gun: Enforcing Federal Laws Against Firearms Traffickers*, ATF, (June 2000)

45. ATF Crime Gun Trace Report - National (July 2002)

| | |
|---|---|
| 46. | Blank – document removed |
| 47. | Kevin Johnson Deposition Excerpts |
| 48. | ATF News Release, December 2011, re Hammond, Indiana Gun Store Theft |
| 49. | Tinley Park Police Reports Regarding Freddy Bear Sports Gun Theft |
| 50. | Illinois - State, Local, ATF Report |
| 51. | ATF News Releases |
| 52. | Sacramento Bee August 2011 Report of ATF News Release re Gun Thefts from Two Stores in Lincoln, Nebraska |
| 53. | William Campion Deposition Excerpts |
| 54. | Eugene Williams Deposition Excerpts |
| 55. | Chicago Tribune Article re Theft of Guns from City of Harvey, Illinois' Gun Range |
| 56. | *Disproportionate sales of crime guns among licensed handgun retailers in the United States: a case-controlled study*, G. Wintemute, 15 Injury Prevention 291-299 (2009) |
| 57. | *Homicide and geographic access to gun dealers in the United States*, D. Wiebe, et al., BMC Public Health 9:199(2009) |
| 58. | *Crime Gun Risk Factors: Buyer, Seller, Firearm and Transactional Characteristics Associated with Gun Trafficking and Criminal Gun Use*, Christopher Koper, Report to the National Institute of Justice, U.S. Department of Justice (2007) |
| 59. | *The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); Budget and Operations for FY2011*, Congressional Research Service (June 6, 2011) |
| 60. | ATF Fact Sheet, Facts and Figures (FY 2010) |
| 61. | ATF, Firearms Commerce in the United States, 2011 |
| 62 | Ronald Weich, Assistant Attorney General, October 21, 2010 letter to U.S. Representative Mike Quigley |

63. *Selling Crime: High Crime in Gun Stores Fuel Criminals*, Americans for Gun Safety (Jan. 2004)

64. Jody Weiss Testimony before Chicago City Council's Committee on Police and Fire, June 29, 2010

65. Declaration of Daniel W. Webster

66. Plaintiffs' Responses to City's Third Set of Interrogatories

67. *Guns and Burglary*, P. Cook & J. Ludwig, Evaluating Gun Policy 74-107, (J. Ludwig & P. Cook, ed. 2003)

68. *The Association Between the Purchase of a Handgun and Homicide or Suicide*, P. Cummings, 87 American Journal of Public Health 974-978 (1997)

69. *Firearms in US homes as a risk factor for unintentional gunshot fatality*, D. Wiebe, Accident Analysis and Prevention 711-716 (2003)

70. *Firearms and Adolescent Suicide: A Community Case-Control Study*, D. Brent, 147 American Journal of Diseases of Children 1066-1071 (1993)

71. *Suicide in the Home in Relation to Gun Ownership*, A. Kellerman, 327 New England Journal of Medicine 467-472 (1992)

72. *Homicide and Suicide Risks Associated With Firearms in the House: A National Case-Control Study*, D. Wiebe, 41 Annals of Emergency Medicine 771-782 (2003)

73. *Mortality among recent purchasers of handguns*, G. Wintemute, 341 New England Journal of Medicine 1583-89 (1999)

74. *The association between changes in household firearm ownership and rates of suicide in the United States*, M. Miller, et al., 12 Injury Prevention 178-182 (2006)

75. *Gun Ownership as a Risk Factor for Homicide in the Home*, A. Kellerman, 329 New England Journal of Medicine 1084-1091 (1993)

76. *Risk Factors for Femicide in Abusive Relationships: Results from A Multistate Case Control Study*, J. Campbell, 93 American Journal of Public Health 1089-1097 (2003)

77. *State-level homicide victimization rates in the US in relation to survey measures of household firearm ownership, 2001-2003*, M. Miller, 64 Social Science &

5

| | |
|---|---|
| | Medicine 656-664 (2007) |
| 78. | *Firearm Availability and Unintentional Firearm Deaths, Suicide, and Homicide among 5-14 Year Olds*, M. Miller, 52 Journal of Trauma, Injury, Infection, and Critical Care 267-275 (2002) |
| 79. | *Firearm Availability and Suicide, Homicide, and Unintentional Firearm Deaths Among Women*, M. Miller, et al., 79 Journal of Urban Health 26-38 (2002) |
| 80. | *Firearm Availability and Homicide Rates in Detroit, 1951-1986*, D. McDowall, 69 Social Forces 1085-1101 (1991) |
| 81. | *More Guns, More Crime*, M. Duggan, 109 Journal of Political Economy 1086-1114 (2001) |
| 82. | *Gun Storage Practices and Risk of Youth Suicide and Unintentional Firearm Injuries*, D. Grossman, et al., 293 Journal of the American Medical Association 707-714 (2005) |
| 83. | *Firearm storage practices and rates of unintentional firearm deaths in the United States*, M. Miller, et al., 37 Accident Analysis and Prevention 661-667 (2005) |
| 84. | Deposition Excerpts of Daniel W. Webster |
| 85. | *Association Between Youth-Focused Firearm Laws and Youth Suicides*, D. Webster, et al., 292 Journal of the American Medical Association 594-601 (2004) |
| 86. | *State Gun Safe Storage Laws and Child Mortality Due to Firearms*, P. Cummings, et al., 278 Journal of the American Medical Association 1084-1086 (1997) |
| 87. | Taking A Stand: Reducing Gun Violence in Our Communities, 2007 Great Lakes Summit on Gun Violence |
| 88. | ATF, Safety and Security Information For Federal Firearms Licensees, Publication 3317.2, revised Feb. 2, 2010 |
| 89. | National Shooting Sports Foundation Web Pages |
| 90. | Marc Levison Deposition Excerpts |