*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

## Figure 2: Major Gun Types by Age Group of Possessor



## Table 2: Firearm Type by Age Group of Possessor

| Firearm Type | Juvenile (ages 17 & younger) Number | Percent | Youth (ages 18 - 24) Number | Percent | Adult (ages 25 & older) Number | Percent | Age Unknown Number | Percent | All Ages Number | Percent |
|---|---|---|---|---|---|---|---|---|---|---|
| All Firearm Types | 4,112 | 100.0 | 18,085 | 100.0 | 32,044 | 100.0 | 34,329 | 100.0 | 88,570 | 100.0 |
| Semiautomatic Pistol | 2,332 | 56.7 | 11,036 | 61.0 | 15,032 | 46.9 | 15,952 | 46.5 | 44,352 | 50.1 |
| Revolver | 1,113 | 27.1 | 4,089 | 22.6 | 8,094 | 25.3 | 10,257 | 29.9 | 23,553 | 26.6 |
| Rifle | 297 | 7.2 | 1,282 | 7.1 | 4,508 | 14.1 | 3,907 | 11.4 | 9,994 | 11.3 |
| Shotgun | 312 | 7.6 | 1,475 | 8.2 | 3,810 | 11.9 | 3,681 | 10.7 | 9,278 | 10.5 |
| Other | 58 | 1.4 | 203 | 1.1 | 600 | 1.9 | 532 | 1.5 | 1,393 | 1.6 |

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

# Type and Caliber/Gauge of Firearms

**Most Frequently Traced Handguns and Long Guns by Type and Caliber.** *Table 3* and *Figure 3* rank the most frequent handgun types and caliber for which trace requests were submitted separately of juveniles, youth, adults and all ages combined. *Table 4* and *Figure 4* rank long gun types and caliber in a similar manner.

**Four Main Handguns.** When crime guns are described by type and caliber, they are notably concentrated. Four handgun types and caliber accounted for 60 percent of all handgun trace requests:

- 9mm semiautomatic pistols
- .38 caliber revolvers
- .380 caliber semiautomatic pistols
- .25 caliber semiautomatic pistols

**Youth and 9mm Semiautomatic Pistols.** While the 9mm semiautomatic pistol is the most frequent handgun type among all age groups (23 percent), this is especially so among youth, where this one handgun type accounted for 28 percent of all trace requests.

**Three Main Long Guns.** As shown in *Table 4* and *Figure 4,* there is even greater concentration among long guns recovered as crime guns than there is among handguns. In all age groups combined, three long gun types (12 gauge shotgun, .22 caliber rifle and 7.62mm rifle) account for more than two thirds (12,659) of all long gun trace requests (19,311).

**Juveniles and Youth.** The concentration of the 12 gauge shotgun, .22 caliber rifle and the 7.62mm rifle is only slightly greater within the juvenile (68 percent) and youth (70 percent) age groups than among adults (63 percent).

## Table 3: Top Ten Handguns by Type and Caliber by Age Group of Possessor

| Handgun Type and Caliber | Juvenile (ages 17 & younger) Number | Percent |
|---|---|---|
| Semiautomatic Pistol 9mm | 645 | 18.5 |
| Semiautomatic Pistol .380 | 533 | 15.3 |
| Semiautomatic Pistol .25 | 510 | 14.6 |
| Revolver .38 | 459 | 13.2 |
| Revolver .22 | 315 | 9.0 |
| Semiautomatic Pistol .22 | 234 | 6.7 |
| Revolver .357 | 152 | 4.4 |
| Semiautomatic Pistol .45 | 147 | 4.2 |
| Revolver .32 | 133 | 3.8 |
| Semiautomatic Pistol .32 | 115 | 3.3 |
| Top Ten Handguns | 3,243 | 93.0 |
| All Handguns | 3,487 | 100.0 |

| Handgun Type and Caliber | Youth (ages 18-24) Number | Percent |
|---|---|---|
| Semiautomatic Pistol 9mm | 4,289 | 28.0 |
| Semiautomatic Pistol .380 | 2,319 | 15.2 |
| Revolver .38 | 1,837 | 12.0 |
| Semiautomatic Pistol .25 | 1,264 | 8.3 |
| Semiautomatic Pistol .45 | 1,123 | 7.3 |
| Semiautomatic Pistol .40 | 858 | 5.6 |
| Revolver .357 | 849 | 5.6 |
| Revolver .22 | 732 | 4.8 |
| Semiautomatic Pistol .22 | 635 | 4.2 |
| Revolver .32 | 418 | 2.7 |
| Top Ten Handguns | 14,324 | 93.7 |
| All Handguns | 15,293 | 100.0 |

| Handgun Type and Caliber | Adult (ages 25 & older) Number | Percent |
|---|---|---|
| Semiautomatic Pistol 9mm | 5,471 | 23.1 |
| Revolver .38 | 3,506 | 14.8 |
| Semiautomatic Pistol .380 | 2,933 | 12.4 |
| Semiautomatic Pistol .25 | 1,900 | 8.0 |
| Revolver .357 | 1,684 | 7.1 |
| Semiautomatic Pistol .45 | 1,632 | 6.9 |
| Revolver .22 | 1,555 | 6.6 |
| Semiautomatic Pistol .22 | 1,121 | 4.7 |
| Semiautomatic Pistol .40 | 1,059 | 4.5 |
| Revolver .32 | 660 | 2.8 |
| Top Ten Handguns | 21,521 | 91.1 |
| All Handguns | 23,635 | 100.0 |

| Handgun Type and Caliber | Age Unknown Number | Percent |
|---|---|---|
| Semiautomatic Pistol 9mm | 5,553 | 20.9 |
| Revolver .38 | 4,318 | 16.2 |
| Semiautomatic Pistol .380 | 3,115 | 11.7 |
| Semiautomatic Pistol .25 | 2,644 | 9.9 |
| Revolver .22 | 2,158 | 8.1 |
| Revolver .357 | 1,671 | 6.3 |
| Semiautomatic Pistol .45 | 1,401 | 5.3 |
| Revolver .32 | 1,395 | 5.2 |
| Semiautomatic Pistol .22 | 1,295 | 4.9 |
| Semiautomatic Pistol .40 | 916 | 3.4 |
| Top Ten Handguns | 24,466 | 91.9 |
| All Handguns | 26,612 | 100.0 |

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

## Table 3: Top Ten Handguns by Type and Caliber by Age Group of Possessor (Continued)

| Handgun Type and Caliber | All Ages | |
| --- | --- | --- |
| | Number | Percent |
| Semiautomatic Pistol 9mm | 15,958 | 23.1 |
| Revolver .38 | 10,120 | 14.7 |
| Semiautomatic Pistol .380 | 8,900 | 12.9 |
| Semiautomatic Pistol .25 | 6,318 | 9.2 |
| Revolver .22 | 4,760 | 6.9 |
| Revolver .357 | 4,356 | 6.3 |
| Semiautomatic Pistol .45 | 4,303 | 6.2 |
| Semiautomatic Pistol .22 | 3,285 | 4.8 |
| Semiautomatic Pistol .40 | 2,915 | 4.2 |
| Revolver .32 | 2,606 | 3.8 |
| Top Ten Handguns | 63,521 | 92.0 |
| All Handguns | 69,027 | 100.0 |

## Figure 3: Top Ten Handguns by Type and Caliber for All Ages



*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms • Youth Crime Gun Interdiction Initiative*

## Table 4: Top Ten Long Guns by Type and Caliber/Gauge by Age Group of Possessor

| Long Gun Type and Caliber | Juvenile (ages 17 & younger) Number | Percent |
|---|---|---|
| Shotgun 12 GA | 222 | 36.4 |
| Rifle .22 | 142 | 23.3 |
| Rifle 7.62mm | 52 | 8.5 |
| Shotgun 20 | 47 | 7.7 |
| Shotgun .410 GA | 21 | 3.4 |
| Shotgun 16 GA | 20 | 3.3 |
| Rifle .30 | 16 | 2.6 |
| Rifle 30-30 | 14 | 2.3 |
| Rifle 9mm | 10 | 1.6 |
| Rifle .30-06 | 9 | 1.5 |
| Top Ten Long Guns | 553 | 90.7 |
| All Long Guns | 610 | 100.0 |

| Long Gun Type and Caliber | Youth (ages 18-24) Number | Percent |
|---|---|---|
| Shotgun 12 GA | 1,134 | 41.1 |
| Rifle .22 | 449 | 16.3 |
| Rifle 7.62mm | 340 | 12.3 |
| Shotgun 20 GA | 201 | 7.3 |
| Rifle 9mm | 121 | 4.4 |
| Rifle .223 | 89 | 3.2 |
| Shotgun .410 GA | 77 | 2.8 |
| Rifle .30-30 | 67 | 2.4 |
| Shotgun 16 GA | 52 | 1.9 |
| Rifle .30 | 47 | 1.7 |
| Top Ten Long Guns | 2,577 | 93.3 |
| All Long Guns | 2,761 | 100.0 |

| Long Gun Type and Caliber | Adult (ages 25 & older) Number | Percent |
|---|---|---|
| Shotgun 12 GA | 2,840 | 34.1 |
| Rifle .22 | 1,718 | 20.6 |
| Rifle 7.62mm | 699 | 8.4 |
| Shotgun 20 GA | 522 | 6.3 |
| Rifle .30-30 | 314 | 3.8 |
| Rifle .223 | 311 | 3.7 |
| Shotgun .410 GA | 230 | 2.8 |
| Rifle .30-06 | 199 | 2.4 |
| Rifle .30 | 174 | 2.1 |
| Shotgun 16 GA | 159 | 1.9 |
| Top Ten Long Guns | 7,166 | 86.0 |
| All Long Guns | 8,336 | 100.0 |

| Long Gun Type and Caliber | Age Unknown Number | Percent |
|---|---|---|
| Shotgun 12 GA | 2,658 | 35.0 |
| Rifle .22 | 1,767 | 23.2 |
| Rifle 7.62mm | 638 | 8.4 |
| Shotgun 20 GA | 507 | 6.7 |
| Shotgun .410 GA | 287 | 3.8 |
| Rifle .30-30 | 221 | 2.9 |
| Rifle .223 | 193 | 2.5 |
| Shotgun 16 GA | 178 | 2.3 |
| Rifle .30-06 | 169 | 2.2 |
| Rifle 9mm | 157 | 2.1 |
| Top Ten Long Guns | 6,775 | 89.1 |
| All Long Guns | 7,604 | 100.0 |

| Long Gun Type and Caliber | All Ages Number | Percent |
|---|---|---|
| Shotgun 12 GA | 6,854 | 35.5 |
| Rifle .22 | 4,076 | 21.1 |
| Rifle 7.62mm | 1,729 | 9.0 |
| Shotgun 20 GA | 1,277 | 6.6 |
| Rifle .30-30 | 616 | 3.2 |
| Shotgun .410 GA | 615 | 3.2 |
| Rifle .223 | 599 | 3.1 |
| Rifle 9mm | 412 | 2.1 |
| Rifle .30-06 | 410 | 2.1 |
| Shotgun 16 GA | 409 | 2.1 |
| Top Ten Long Guns | 16,997 | 88.0 |
| All Long Guns | 19,311 | 100.0 |

## Figure 4: Top Ten Long Guns by Type and Caliber/Gauge for All Ages



*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms • Youth Crime Gun Interdiction Initiative*

# Manufacturer, Caliber/Gauge, and Type of Firearms

**Most Frequently Traced Firearms, Handguns, and Long Guns.** *Table 5* ranks frequently traced firearms by manufacturer, caliber/gauge, and type for each age group. *Table 6* lists the top ten most frequent handguns among the trace requests for all age groups combined. *Table 7* is a similar ranking for the top ten long guns.

**Crime Guns Concentrated.** Ten firearms by manufacturer, caliber, and type account for 22 percent (19,743) of all trace requests (88,570). Over 1,500 different firearm variations account for the remaining crime guns (68,827).

**Most Frequently Traced Crime Guns.** Smith & Wesson .38 revolvers (3,418 trace requests) top the list for *all age groups combined* and for *adults*. This same firearm ranks third among *youth* and *juveniles*. The

Lorcin Engineering .380 semiautomatic pistol is the firearm most frequently traced among *juveniles*, the second most frequent among *youth* and the third most frequent among *adults*. The Ruger 9mm semiautomatic pistol is the most frequently traced firearm among *youth* and the second most frequently traced firearm among *adult* and among *all age* categories.

The only long gun in the top 10 traced firearms among *all age groups combined* is the Mossberg 12 gauge shotgun (ranked fifth with 1,774 trace requests). The Mossberg 12 gauge shotgun is the fourth most frequently traced firearm among adults and the ninth among youth. The Remington Arms 12 gauge shotgun, with 484 trace requests, ranks ninth among adults.

## Table 5: Top Ten Guns by Manufacturer, Caliber/Gauge, and Type by Age Group of Possessor

| Juvenile (ages 17 & younger) | | | | |
|---|---|---|---|---|
| **Manufacturer** | **Caliber/Gauge** | **Type of Crime Gun** | **Number of Crime Guns** | **Percent of Crime Guns** |
| LORCIN ENGINEERING | .380 | Semiautomatic Pistol | 164 | 4.0 |
| RAVEN ARMS | .25 | Semiautomatic Pistol | 159 | 3.9 |
| SMITH & WESSON | .38 | Revolver | 146 | 3.6 |
| BRYCO ARMS | .380 | Semiautomatic Pistol | 92 | 2.2 |
| RUGER | 9mm | Semiautomatic Pistol | 89 | 2.2 |
| DAVIS INDUSTRIES | .380 | Semiautomatic Pistol | 88 | 2.1 |
| LORCIN ENGINEERING | .25 | Semiautomatic Pistol | 81 | 2.0 |
| BRYCO ARMS | 9mm | Semiautomatic Pistol | 65 | 1.6 |
| SMITH & WESSON | .357 | Revolver | 65 | 1.6 |
| RG INDUSTRIES | .22 | Revolver | 64 | 1.6 |
| Top Ten Crime Guns | | | 1,013 | 24.6 |
| All Crime Guns | | | 4,112 | 100.0 |

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

## Table 5: Top Ten Guns by Manufacturer, Caliber/Gauge, and Type by Age Group of Possessor (Continued)

### Youth (ages 18-24)

| Manufacturer | Caliber/Gauge | Type of Crime Gun | Number of Crime Guns | Percent of Crime Guns |
|---|---|---|---|---|
| RUGER | 9mm | Semiautomatic Pistol | 682 | 3.8 |
| LORCIN ENGINEERING | .380 | Semiautomatic Pistol | 646 | 3.6 |
| SMITH & WESSON | .38 | Revolver | 585 | 3.2 |
| BRYCO ARMS | 9mm | Semiautomatic Pistol | 518 | 2.9 |
| BRYCO ARMS | .380 | Semiautomatic Pistol | 443 | 2.4 |
| SMITH & WESSON | 9mm | Semiautomatic Pistol | 407 | 2.3 |
| RAVEN ARMS | .25 | Semiautomatic Pistol | 395 | 2.2 |
| DAVIS INDUSTRIES | .380 | Semiautomatic Pistol | 393 | 2.2 |
| MOSSBERG | 12 GA | Shotgun | 357 | 2.0 |
| HI-POINT | 9mm | Semiautomatic Pistol | 356 | 2.0 |
| Top Ten Crime Guns | | | 4,782 | 26.4 |
| All Crime Guns | | | 18,085 | 100.0 |

### Adult (ages 25 & older)

| Manufacturer | Caliber/Gauge | Type of Crime Gun | Number of Crime Guns | Percent of Crime Guns |
|---|---|---|---|---|
| SMITH & WESSON | .38 | Revolver | 1,234 | 3.9 |
| RUGER | 9mm | Semiautomatic Pistol | 812 | 2.5 |
| LORCIN ENGINEERING | .380 | Semiautomatic Pistol | 744 | 2.3 |
| MOSSBERG | 12 GA | Shotgun | 718 | 2.2 |
| SMITH & WESSON | 9mm | Semiautomatic Pistol | 649 | 2.0 |
| SMITH & WESSON | .357 | Revolver | 640 | 2.0 |
| MARLIN | .22 | Rifle | 545 | 1.7 |
| RAVEN ARMS | .25 | Semiautomatic Pistol | 526 | 1.6 |
| REMINGTON ARMS CO. | 12 GA | Shotgun | 484 | 1.5 |
| BRYCO ARMS | .380 | Semiautomatic Pistol | 469 | 1.5 |
| Top Ten Crime Guns | | | 6,821 | 21.3 |
| All Crime Guns | | | 32,044 | 100.0 |

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*   •   *Youth Crime Gun Interdiction Initiative*

## Table 5: Top Ten Guns by Manufacturer, Caliber/Gauge, and Type by Age Group of Possessor (Continued)

| All Ages | | | | |
|---|---|---|---|---|
| **Manufacturer** | **Caliber/Gauge** | **Type of Crime Gun** | **Number of Crime Guns** | **Percent of Crime Guns** |
| SMITH & WESSON | .38 | Revolver | 3,418 | 3.9 |
| RUGER | 9mm | Semiautomatic Pistol | 2,368 | 2.7 |
| LORCIN ENGINEERING | .380 | Semiautomatic Pistol | 2,351 | 2.7 |
| RAVEN ARMS | .25 | Semiautomatic Pistol | 1,885 | 2.1 |
| MOSSBERG | 12 GA | Shotgun | 1,774 | 2.0 |
| SMITH & WESSON | 9mm | Semiautomatic Pistol | 1,696 | 1.9 |
| SMITH & WESSON | .357 | Revolver | 1,645 | 1.9 |
| BRYCO ARMS | 9mm | Semiautomatic Pistol | 1,576 | 1.8 |
| BRYCO ARMS | .380 | Semiautomatic Pistol | 1,568 | 1.8 |
| DAVIS INDUSTRIES | .380 | Semiautomatic Pistol | 1,462 | 1.7 |
| Top Ten Crime Guns | | | 19,743 | 22.3 |
| All Crime Guns | | | 88,570 | 100.0 |

**City variations.** The top 10 firearms are well represented among the most frequently recovered firearms in all participating cities, but the specific mix of firearms in particular cities differs from the national top 10 crime guns. Local law enforcement agencies should be aware that manufacturers and caliber of firearms not listed in the overall top 10 crime guns may comprise an important part of the local illegal gun market for a particular age group within their city. Three firearms were not represented in the overall top 10 recovered crime guns for any age group, but were frequently recovered crime guns in many jurisdictions:

- the North China Industries 7.62mm rifle, a firearm frequently recovered from adults, youth, and/or juveniles in 20 cities (*Albuquerque, NM; Austin, TX; Baton Rouge, LA; Birmingham, AL; Buffalo, NY; Anaheim, Long Beach, and Santa Ana, CA; Charlotte-Mecklenburg, NC; Denver and Aurora, CO; Los Angeles, CA; Las Vegas, NV; Minneapolis, MN; Phoenix, AZ; Portland, OR; Richmond, VA; Salinas, CA; Seattle, WA; San Antonio, TX; Stockton, CA; Saint Louis, MO; Tucson, AZ*).

- the Glock G.m.b.H. 9mm semiautomatic pistol, a firearm frequently recovered from adults, youth, and/or juveniles in 13 cities (*Albuquerque, NM; Atlanta, GA; Austin, TX; Anaheim, Long Beach, and Santa Ana, CA; Denver and Aurora, CO; Las Vegas, NV; Miami, FL; Oakland, CA; Pittsburgh, PA; Philadelphia, PA; Portland, OR; Seattle, WA; Tampa, FL*).

- the Glock G.m.b.H. .40 caliber semiautomatic pistol, a firearm frequently recovered from adults, youth, and/or juveniles in 8 cities (*Boston, MA; Anaheim, Santa Ana, and Long Beach, CA; Indianapolis, IN; Las Vegas, NV; Miami, FL; New Orleans, LA; Nashville, TN; Seattle, WA*).

**Most Frequently Traced Handguns.** As shown in *Table 6*, three handguns manufactured by Smith & Wesson, the .38 caliber and .357 caliber revolvers and the 9mm semiautomatic pistol, rank in the top ten most frequently traced handguns. Two handguns manufactured by Bryco Arms, the .380 caliber and the 9mm semiautomatic pistol, are also included in the top ten most frequently traced handguns.[8]

**Most Frequently Traced Long Guns.** As shown in *Table 7*, the Mossberg 12 gauge shotgun represents 9 percent (1,774) of long gun trace requests among all age groups. The imported North China Industries 7.62mm rifle constitutes 6 percent (1,151) of all long gun trace requests and ranks third for long guns among all age groups.

[8] See Section 4-4 for a discussion of manufacturer ranking when the specific model of firearm is considered, in contrast to a ranking of firearms by *manufacturer and caliber*, as here.

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

## Table 6: Top Ten Handguns by Manufacturer, Calbiber, and Type

| Handguns | | | | |
|---|---|---|---|---|
| **Manufacturer** | **Caliber/Gauge** | **Type of Crime Gun** | **Number of Crime Guns** | **Percent of Crime Guns** |
| SMITH & WESSON | .38 | Revolver | 3,418 | 5.0 |
| RUGER | 9mm | Semiautomatic | 2,368 | 3.4 |
| LORCIN ENGINEERING | .380 | Semiautomatic | 2,351 | 3.4 |
| RAVEN ARMS | .25 | Semiautomatic | 1,885 | 2.7 |
| SMITH & WESSON | 9mm | Semiautomatic | 1,696 | 2.5 |
| SMITH & WESSON | .357 | Revolver | 1,645 | 2.4 |
| BRYCO ARMS | 9mm | Semiautomatic | 1,576 | 2.3 |
| BRYCO ARMS | .380 | Semiautomatic | 1,568 | 2.3 |
| DAVIS INDUSTRIES | .380 | Semiautomatic | 1,462 | 2.1 |
| TAURUS | .38 | Revolver | 1,223 | 1.8 |
| Top Ten Handguns | | | 19,192 | 27.8 |
| All Handguns | | | 69,027 | 100.0 |

## Table 7: Top Ten Long Guns by Manufacturer, Calbiber/Gauge, and Type

| Long Guns | | | | |
|---|---|---|---|---|
| **Manufacturer** | **Caliber/Gauge** | **Type of Crime Gun** | **Number of Crime Guns** | **Percent of Crime Guns** |
| MOSSBERG | 12 GA | Shotgun | 1,774 | 9.2 |
| MARLIN | .22 | Rifle | 1,321 | 6.8 |
| NORTH CHINA INDUSTRIES | 7.62mm | Rifle | 1,151 | 6.0 |
| REMINGTON ARMS CO. | 12 GA | Shotgun | 1,057 | 5.5 |
| WINCHESTER | 12 GA | Shotgun | 849 | 4.4 |
| SAVAGE | 12 GA | Shotgun | 641 | 3.3 |
| REMINGTON ARMS | .22 | Rifle | 550 | 2.8 |
| RUGER | .22 | Rifle | 473 | 2.4 |
| WINCHESTER | .22 | Rifle | 438 | 2.3 |
| MAVERICK ARMS (EAGLE PASS, TX) | 12GA | Shotgun | 402 | 2.1 |
| Top Ten Long Guns | | | 8,656 | 44.8 |
| All Long Guns | | | 19,311 | 100.0 |

# Firearm Manufacturer and Model

**Significance of Model Information.** Firearms vary not only by caliber, type, and manufacturer but also by model. Law enforcement utilizes manufacturer, model, and caliber information to focus on major types of crime guns. Model information allows law enforcement to identify the preferences of crime gun possessors. Manufacturers that have been in business for many years have produced numerous models of firearms in certain frequently traced calibers. Other manufacturers are more recently established, out of business, and/or have manufactured only a few models. Therefore, when crime gun information is available by manufacturer only, the role of some models of crime guns may not be apparent. When model information is available, the placement of particular manufacturers' firearms on the list of most frequently traced firearms can change substantially.

Because firearms can be uniquely identified by the manufacturer, firearm type, caliber, and serial number, ATF does not require law enforcement agencies to include model information on trace requests. However, many agencies do regularly record and report model information. Model information was provided on 60,588 trace requests (69 percent of 88,570) among YCGII jurisdictions over 250,000 inhabitants during 2000. *Tables 8 and*

*9* report on the characteristics of the trace requests that include model information.

**Handgun Models.** As shown in *Table 8*, the most frequently traced handgun model, overall and in each possessor age group, is the Lorcin Engineering L380 .380 caliber semiautomatic pistol. Similarly, the second most frequently traced handgun in each possessor age group is the Davis Industries P380 .380 caliber semiautomatic pistol. By contrast, while the Smith & Wesson .38 caliber revolver is the most frequently traced firearm by manufacturer and caliber *(Table 5)*, no single model in *Table 8* appears with comparable frequency. When model information is included, the Ruger 9mm semiautomatic pistol that appears in second place on *Table 5* is shown to be two different firearms, the Model P95 and the Model P89, both of which appear in *Table 8*.

The Raven Arms .25 caliber semiautomatic pistols, among the top ten crime guns by manufacturer and caliber *(Table 5)*, include the Model MP25, the fourth most frequently traced model. Bryco Arms .380 caliber and 9mm semiautomatic pistols appear on the top ten lists for juveniles and youths *(Table 5)*; by model, the Model 9 and Model 38 were among the top ten crime guns for each age group.

## Table 8: Top Ten Handguns by Manufacturer and Model by Age Group of Possessor

| Juvenile (ages 17 & younger) | | | | | |
|---|---|---|---|---|---|
| **Manufacturer** | **Model** | **Caliber** | **Type** | **Number** | **Percent of Guns** |
| LORCIN ENGINEERING | L380 | .380 | Semiautomatic Pistol | 163 | 6.5 |
| DAVIS INDUSTRIES | P380 | .380 | Semiautomatic Pistol | 87 | 3.5 |
| RAVEN ARMS | MP25 | .25 | Semiautomatic Pistol | 87 | 3.5 |
| LORCIN ENGINEERING | L25 | .25 | Semiautomatic Pistol | 80 | 3.2 |
| HI-POINT | C | 9mm | Semiautomatic Pistol | 54 | 2.2 |
| LORCIN ENGINEERING | L9 | 9mm | Semiautomatic Pistol | 50 | 2.0 |
| PHOENIX ARMS CO. | RAVEN | .25 | Semiautomatic Pistol | 50 | 2.0 |
| RUGER | P89 | 9mm | Semiautomatic Pistol | 41 | 1.6 |
| BRYCO ARMS | 38 | .380 | Semiautomatic Pistol | 40 | 1.6 |
| BRYCO ARMS | 9 | 9mm | Semiautomatic Pistol | 39 | 1.6 |
| Top Ten with Model Information | | | | 691 | 27.6 |
| Total with Model Information | | | | 2,505 | 100.0 |

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

## Table 8: Top Ten Handguns by Manufacturer and Model by Age Group of Possessor (Continued)

### Youth (ages 18-24)

| Manufacturer | Model | Caliber | Type | Number | Percent of Guns |
|---|---|---|---|---|---|
| LORCIN ENGINEERING | L380 | .380 | Semiautomatic Pistol | 643 | 5.5 |
| DAVIS INDUSTRIES | P380 | .380 | Semiautomatic Pistol | 391 | 3.3 |
| HI-POINT | C | 9mm | Semiautomatic Pistol | 348 | 3.0 |
| BRYCO ARMS | 9 | 9mm | Semiautomatic Pistol | 288 | 2.5 |
| LORCIN ENGINEERING | L9 | 9mm | Semiautomatic Pistol | 280 | 2.4 |
| RUGER | P95 | 9mm | Semiautomatic Pistol | 269 | 2.3 |
| RUGER | P89 | 9mm | Semiautomatic Pistol | 251 | 2.1 |
| RAVEN ARMS | MP25 | .25 | Semiautomatic Pistol | 224 | 1.9 |
| LORCIN ENGINEERING | L25 | .25 | Semiautomatic Pistol | 216 | 1.8 |
| BRYCO ARMS | 38 | .380 | Semiautomatic Pistol | 181 | 1.5 |
| Top Ten with Model Information | | | | 3,091 | 26.4 |
| Total with Model Information | | | | 11,710 | 100.0 |

### Adult (ages 25 & older)

| Manufacturer | Model | Caliber | Type | Number | Percent of Guns |
|---|---|---|---|---|---|
| LORCIN ENGINEERING | L380 | .380 | Semiautomatic Pistol | 735 | 4.3 |
| DAVIS INDUSTRIES | P380 | .380 | Semiautomatic Pistol | 453 | 2.6 |
| RUGER | P89 | 9mm | Semiautomatic Pistol | 319 | 1.9 |
| RAVEN ARMS | MP25 | .25 | Semiautomatic Pistol | 306 | 1.8 |
| HI-POINT | C | 9mm | Semiautomatic Pistol | 289 | 1.7 |
| RUGER | P95 | 9mm | Semiautomatic Pistol | 275 | 1.6 |
| LORCIN ENGINEERING | L9 | 9mm | Semiautomatic Pistol | 266 | 1.5 |
| LORCIN ENGINEERING | L25 | .25 | Semiautomatic Pistol | 234 | 1.4 |
| BRYCO ARMS | 9 | 9mm | Semiautomatic Pistol | 230 | 1.3 |
| BRYCO ARMS | 38 | .380 | Semiautomatic Pistol | 208 | 1.2 |
| Top Ten with Model Information | | | | 3,315 | 19.2 |
| Total with Model Information | | | | 17,225 | 100.0 |

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

## Table 8: Top Ten Handguns by Manufacturer and Model by Age Group of Possessor (Continued)

| All Ages | | | | | |
|---|---|---|---|---|---|
| Manufacturer | Model | Caliber | Type | Number | Percent of Guns |
| LORCIN ENGINEERING | L380 | .380 | Semiautomatic Pistol | 2,334 | 4.7 |
| DAVIS INDUSTRIES | P380 | .380 | Semiautomatic Pistol | 1,452 | 2.9 |
| HI-POINT | C | 9mm | Semiautomatic Pistol | 1,036 | 2.1 |
| RAVEN ARMS | MP25 | .25 | Semiautomatic Pistol | 1,035 | 2.1 |
| RUGER | P89 | 9mm | Semiautomatic Pistol | 923 | 1.9 |
| LORCIN ENGINEERING | L9 | 9mm | Semiautomatic Pistol | 869 | 1.8 |
| LORCIN ENGINEERING | L25 | .25 | Semiautomatic Pistol | 819 | 1.6 |
| BRYCO ARMS | 9 | 9mm | Semiautomatic Pistol | 795 | 1.6 |
| RUGER | P95 | 9mm | Semiautomatic Pistol | 776 | 1.6 |
| BRYCO ARMS | 38 | .380 | Semiautomatic Pistol | 671 | 1.4 |
| Top Ten with Model Information | | | | 10,710 | 21.6 |
| Total with Model Information | | | | 49,643 | 100.0 |

**Long Gun Models**. As shown in *Table 9*, consistent with manufacturer information shown in *Table 7*, the Mossberg 500 12 gauge shotgun is the most frequently traced long gun for adults and youth and ranks fifth among juveniles. The North China Industries SKS 7.62mm rifle ranks first among juveniles, second among youth, and fourth among adults.

**Officer Safety**. ATF provides officer safety information relating to crime in order to assist State and local law enforcement managers in assessing potential departmental safety measures. *Table 9* shows that for all age groups, the North China Industries Model SKS 7.62mm caliber rifle is the rifle model most frequently encountered by law enforcement officers. The North China Industries Model MAK90 7.62mm caliber rifle is also encountered in significant numbers, and the Colt Model AR15 .223 caliber rifle is among the long guns most frequently recovered from adult possessors.[9] These high capacity rifles pose an enhanced threat to law enforcement, in part because of their ability to expel projectiles at velocities that are capable of penetrating the type of soft body armor typically worn by the law enforcement officers.

---

[9]The North China Industries model SKS 7.62 has been barred from importation into the United States since May 1994 when the President banned the importation of munitions from China. (Letter to Secretary of the Treasury Lloyd M. Bentsen from Secretary of State Warren Christopher, May 28, 1994.) The Colt AR-15 is a semiautomatic assault weapon as defined in the Gun Control Act of 1968. 18 U.S.C. 921(a)(30). It is generally unlawful to possess or transfer these firearms. 18 U.S.C. 922(v)(1). This prohibition, however, does not apply to any AR-15 that was lawfully possessed on or before Sept. 13, 1994. 18 U.S.C. 921(v)(2). The North China Industries MAK90 has been barred from importation since May 1994 when the President banned the importation of munitions from China. In addition, in 1998, it was determined that this firearm was not generally recognized as particularly suitable for sporting purposes and, therefore, could not be legally imported into the United States. 18 U.S.C. 925(d)(3). *Department of the Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Weapons*, April 1998, Department of the Treasury.

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

## Table 9: Top Ten Long Guns by Manufacturer and Model by Age Group of Possessor

| Juvenile (ages 17 & younger) | | | | | |
|---|---|---|---|---|---|
| Manufacturer | Model | Caliber | Type | Number | Percent of Guns |
| NORTH CHINA INDUSTRIES | SKS | 7.62mm | Rifle | 24 | 7.3 |
| MARLIN | 60 | .22 | Rifle | 20 | 6.1 |
| REMINGTON ARMS CO. | 870 | 12 GA | Shotgun | 19 | 5.8 |
| RUGER | 10/22 | .22 | Rifle | 17 | 5.2 |
| MOSSBERG | 500 | 12 GA | Shotgun | 15 | 4.6 |
| MAVERICK ARMS (EAGLE PASS, TX) | 88 | 12 GA | Shotgun | 12 | 3.7 |
| HI-POINT | 995 | 9mm | Rifle | 8 | 2.4 |
| WINCHESTER | 94 | .30-30 | Rifle | 6 | 1.8 |
| MARLIN | 336 | .30-30 | Rifle | 4 | 1.2 |
| REMINGTON ARMS CO. | 11-87 | 12 GA | Shotgun | 4 | 1.2 |
| REMINGTON ARMS CO. | 1100 | 12 GA | Shotgun | 4 | 1.2 |
| REMINGTON ARMS CO. | 870 | 20 GA | Shotgun | 4 | 1.2 |
| Top Ten with Model Information | | | | 137 | 41.9 |
| Total with Model Information | | | | 327 | 100.0 |

| Youth (ages 18-24) | | | | | |
|---|---|---|---|---|---|
| Manufacturer | Model | Caliber | Type | Number | Percent of Guns |
| MOSSBERG | 500 | 12 GA | Shotgun | 201 | 11.9 |
| NORTH CHINA INDUSTRIES | SKS | 7.62mm | Rifle | 139 | 8.2 |
| MAVERICK ARMS | 88 | 12 GA | Shotgun | 102 | 6.0 |
| HI-POINT | 995 | 9mm | Rifle | 87 | 5.1 |
| REMINGTON ARMS CO. | 870 | 12 GA | Shotgun | 87 | 5.1 |
| MARLIN | 60 | .22 | Rifle | 72 | 4.2 |
| RUGER | 10/22 | .22 | Rifle | 50 | 2.9 |
| NORTH CHINA INDUSTRIES | MAK90 | 7.62mm | Rifle | 42 | 2.5 |
| WINCHESTER | 1300 | 12 GA | Shotgun | 42 | 2.5 |
| RUGER | MINI 14 | .223 | Rifle | 33 | 1.9 |
| Top Ten with Model Information | | | | 855 | 50.4 |
| Total with Model Information | | | | 1,696 | 100.0 |

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

## Table 9: Top Ten Long Guns by Manufacturer and Model by Age Group of Possessor (Continued)

### Adult (ages 25 & older)

| Manufacturer | Model | Caliber | Type | Number | Percent of Guns |
|---|---|---|---|---|---|
| MOSSBERG | 500 | 12 GA | Shotgun | 390 | 8.0 |
| REMINGTON ARMS CO. | 870 | 12 GA | Shotgun | 267 | 5.5 |
| MARLIN | 60 | .22 | Rifle | 246 | 5.0 |
| NORTH CHINA INDUSTRIES | SKS | 7.62mm | Rifle | 230 | 4.7 |
| RUGER | 10/22 | .22 | Rifle | 203 | 4.2 |
| MAVERICK ARMS (EAGLE PASS, TX) | 88 | 12 GA | Shotgun | 121 | 2.5 |
| WINCHESTER | 1300 | 12 GA | Shotgun | 102 | 2.1 |
| WINCHESTER | 94 | .30-30 | Rifle | 93 | 1.9 |
| NORTH CHINA INDUSTRIES | MAK90 | 7.62mm | Rifle | 90 | 1.8 |
| RUGER | MINI 14 | .223 | Rifle | 76 | 1.6 |
| Top Ten with Model Information | | | | 1,818 | 37.3 |
| Total with Model Information | | | | 4,872 | 100.0 |

### All Ages

| Manufacturer | Model | Caliber | Type | Number | Percent of Guns |
|---|---|---|---|---|---|
| MOSSBERG | 500 | 12 GA | Shotgun | 940 | 8.6 |
| NORTH CHINA INDUSTRIES | SKS | 7.62mm | Rifle | 642 | 5.9 |
| MARLIN | 60 | .22 | Rifle | 563 | 5.2 |
| REMINGTON ARMS CO. | 870 | 12 GA | Shotgun | 562 | 5.2 |
| RUGER | 10/22 | .22 | Rifle | 434 | 4.0 |
| MAVERICK ARMS (EAGLE PASS, TX) | 88 | 12 GA | Shotgun | 348 | 3.2 |
| HI-POINT | 995 | 9mm | Rifle | 250 | 2.3 |
| WINCHESTER | 1300 | 12 GA | Shotgun | 224 | 2.1 |
| NORTH CHINA INDUSTRIES | MAK90 | 7.62mm | Rifle | 193 | 1.8 |
| WINCHESTER | 94 | .30-30 | Rifle | 193 | 1.8 |
| Top Ten with Model Information | | | | 4,349 | 39.9 |
| Total with Model Information | | | | 10,888 | 100.0 |

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

# 2 - 4 Results of Trace Requests

**Traces Initiated.** Of the 88,570 requests for firearm traces from YCGII jurisdictions included in this national report, 77,250 (87 percent) resulted in traces initiated by the ATF National Tracing Center (*Table 10*). The proportion of traces initiated is similar among juvenile, adult and all age groups.

**Purchasers Identified.** As displayed in *Table 10*, as a result of the 77,250 requests for which a trace was initiated, 47,478 purchasers (54 percent of all requests and 61 percent of all initiated traces) were identified. Among juveniles, 59 percent of the initiated traces result in identifying the purchaser. Among youth, the percent increases to 67 percent; among adults, the percent of purchasers identified is 62 percent.

**Reasons Traces Not Initiated and Purchasers Not Identified.** As displayed in *Table 11* and *Figure 5*, the primary reason traces were not initiated is that 7,782 trace requests (9 percent of all trace requests) identified firearms manufactured prior to 1969.

*Table 11* separates the reasons why traces that were initiated did not successfully identify a purchaser into two main categories: Terminated at the Manufacturer/ Importer Stage and Terminated at the Wholesale/ Retail Dealer Stage. Traces were terminated at the manufacturer or importer stage of the tracing process in 18,181 requests (21 percent of all requests and 24 percent of initiated traces), primarily because of incomplete or inaccurate information about the serial number on 9,572 firearms (11 percent of all requests and 12 percent of all initiated traces). Traces were

terminated at the wholesale or retail dealer stage of the tracing process in 10,091 requests (11 percent of all requests and 13 percent of all initiated traces), primarily because the dealers reported that they had no records on 6,043 firearms (7 percent of all trace requests and 8 percent of all initiated traces). The flow of cases from *Trace Initiated* to *Purchaser Identified* to *Purchaser Not Identified* is presented in *Figure 5*.

Since the inception of the YCGII program in 1996, there has been a steady increase in the number of participating jurisdictions, especially among cities with a population over 250,000 (See appendix B). This growth has been accompanied with extensive efforts to enhance the value of tracing data for local and national uses. Existing variations in the procedures for collection of tracing information by participating YCGII jurisdictions led to a concentrated effort by ATF to educate and train law enforcement personnel as to the benefits of comprehensive firearm tracing. ATF provided temporary personnel to assist local jurisdictions in entering and providing quality trace data and using aggregate information about crime gun traces to promote more effective local enforcement strategies. Since April 1999, ATF has trained approximately 7,200 law enforcement officers in firearms identification. An emphasis is placed on the concept of comprehensive firearm tracing as a reliable method to identify individuals or groups that are illegally trafficking firearms to criminals or youths in a particular community.

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

## Table 10: Traces Initiated and Purchasers Identified

|  | Number of Crime Gun Trace Requests | Percent of Crime Gun Trace Requests | Percent of Crime Gun Traces Initiated |
|---|---|---|---|
| **Juvenile (ages 17 & under)** |  |  |  |
| Crime Gun Trace Requests | 4,112 | 100.0 |  |
| Traces Initiated | 3,587 | 87.2 | 100.0 |
| Traced to FFL | 2,495 | 60.7 | 69.6 |
| Purchaser Identified | 2,112 | 51.4 | 58.9 |
| **Youth (ages 18-24)** |  |  |  |
| Crime Gun Trace Requests | 18,085 | 100.0 |  |
| Traces Initiated | 16,296 | 90.1 | 100.0 |
| Traced to FFL | 12,161 | 67.2 | 74.6 |
| Purchaser Identified | 10,924 | 60.4 | 67.0 |
| **Adult (ages 25 & over)** |  |  |  |
| Crime Gun Trace Requests | 32,044 | 100.0 |  |
| Traces Initiated | 27,873 | 87.0 | 100.0 |
| Traced to FFL | 20,161 | 62.9 | 72.3 |
| Purchaser Identified | 17,425 | 54.4 | 62.5 |
| **All Crime Guns in this Jurisdiction** |  |  |  |
| Crime Gun Trace Requests | 88,570 | 100.0 |  |
| Traces Initiated | 77,250 | 87.2 | 100.0 |
| Traced to FFL | 54,665 | 61.7 | 70.8 |
| Purchaser Identified | 47,478 | 53.6 | 61.5 |

## Table 11: Reasons Traces Not Initiated and Purchasers Not Identified

| | Number of Crime Gun Trace Requests | Percent of Crime Gun Trace Requests | Percent of Crime Gun Traces Initiated |
|---|---|---|---|
| **Reasons Trace Not Initiated** | | | |
| Firearm Manufactured Before 1969 | 7,782 | 8.8 | 10.1 |
| Request Submitted for Information Purposes Only | 3,005 | 3.4 | 3.9 |
| Other Reasons | 533 | 0.6 | 0.7 |
| **Reasons Purchaser Not Identified** | | | |
| **Trace Terminated At Manufacturer/Importer Stage** | 18,181 | 20.5 | 23.5 |
| Problem with Manufacturer Name | 3,115 | 3.5 | 4.0 |
| Problem with Importer Name | 4,927 | 5.6 | 6.4 |
| Problem with Crime Gun Serial Number | 9,572 | 10.8 | 12.4 |
| Insufficient Information (unspecified) | 50 | 0.1 | 0.1 |
| Crime Gun Reported Stolen | 517 | 0.6 | 0.7 |
| **Trace Terminated At Wholesaler/Retail Dealer Stage** | 10,091 | 11.4 | 13.1 |
| No Response | 305 | 0.3 | 0.4 |
| Records Not Available | 1,314 | 1.5 | 1.7 |
| Records on this Crime Gun Not Available | 6,043 | 6.8 | 7.8 |
| 20 Year Record Retention Requirement Expired | 2,147 | 2.4 | 2.8 |
| Crime Gun Reported Stolen During Inquiry | 282 | 0.3 | 0.4 |
| **Other Dispositions** | 1,455 | 1.6 | 1.9 |
| Terminated by Law Enforcement | 575 | 0.6 | 0.7 |
| Disposition Pending | 344 | 0.4 | 0.4 |
| Special Conditions | 536 | 0.6 | 0.7 |

## Figure 5: Traces Initiated and Purchasers Identified



# 2 - 5 Possessors and Purchasers

**Few Possessors Are Purchasers**. In 63,526 of the trace requests (72 percent of 88,570), a crime gun possessor was identified. In 47,478 requests (53 percent of 88,570), the crime gun purchaser was identified. In 34,847 requests both purchaser and possessor are known, and in 88 percent of those traces (30,775), the possessor and the purchaser are not the same person. The high proportion of crime guns not possessed by their original purchasers suggests the potential importance of a more extensive investigation of the chain of possession of crime guns. There is little variation by firearm type in the proportion of possessors that are also the first purchasers of crime guns.

**Tracing from Purchaser to Possessor.** Transfers of a firearm beyond the initial purchase by a retail customer usually cannot be followed to the criminal possessor using serial numbers and transfer documentation alone. Federal law does not require unlicensed sellers to perform Brady background checks or maintain transfer records for tracing, and firearm owners are not required to keep a record of the serial number of their firearms or to report lost or stolen firearms. Therefore, it is generally impossible for a National Tracing Center (NTC) crime gun trace alone to identify purchasers beyond the initial retail purchaser. If a crime gun is not recovered from its original purchaser, it has been transferred at least once in the secondary market, that is, by someone other than an FFL. These transfers may be lawful or unlawful. The crime gun may have been illegally transferred by a straw purchaser; resold by an unlicensed seller or as a used gun by an FFL; borrowed, traded, or given as a gift; stolen by its criminal possessor; or stolen and trafficked, among other possibilities.

**Tracking Transfers Beyond First Retail Sale.**
*FFL reporting to the National Tracing Center*. In 2000, ATF began requiring certain FFLs who failed to cooperate with crime gun traces, as well as those with 10 or more crime gun traces with a time-to-crime of 3 years or less, to report additional information on firearms transactions to the National Tracing Center.

*State documentation.* States may impose additional firearm transfer documentation requirements that law enforcement agencies may use to trace new and previously owned firearms purchased in that State.

*Investigative tracing.* For traces of crime guns recovered from juveniles and traces involving certain crimes, ATF agents, often working with State and local law enforcement officials in YCGII cities, will follow the gun through the chain of possession to an illegal supplier by performing an investigative trace. Investigative tracing uses interviews and other investigative techniques to track the gun through the entire chain of transfers to the criminal possessor. However, investigative tracing is a resource-intensive method that is not practicable for all gun crimes.

# 2 - 6 Time-to-Crime

**Time-to-Crime.** An important consideration in understanding firearms trafficking is the length of time from a firearm's first retail sale by a Federal firearm licensee (FFL) to its recovery by law enforcement as a crime gun. A short time-to-crime can be an indicator of illegal firearms trafficking. Focusing on these firearms alone can produce significant trafficking trends and patterns. Investigating crime guns with short time-to-crime allows law enforcement to seek out sources of crime guns and disrupt the flow of illegal firearms trafficking.

**Limitation on Time-to-Crime Information for Used Crime Guns.** Since a National Tracing Center trace generally extends only to the first retail purchaser, a trace of a gun sold used by an unlicensed seller or FFL usually will not show a fast time-to-crime, even if it was recovered by law enforcement shortly after its most recent transfer. Therefore, the time-to-crime measure as an indicator of trafficking is most appropriate when applied to guns sold new by FFLs.

**Percentage of Traces with Time-to-Crime.** To compute time-to-crime, both the date the firearm was recovered and the date it was purchased from a retail FFL must be known. Sufficient information to compute a time-to-crime was provided for 52 percent (46,019) of the crime gun traces (88,570). These 46,019 traces are analyzed in this section.

**Reporting Median Time-to-Crime.** Throughout this report, the average time-to-crime for specific guns, for age groups, and for other sets of traces is reported by the median. The median is the actual time-to-crime value of the middle gun in a group of guns rank ordered by their time-to-crime. The median is a particularly useful measure of central tendency when a variable has a small subset of cases with extreme values; such is the case with time-to-crime.

**Short Time-to-Crime.** Crime guns with a very short time-to-crime represent a priority for further investigation as the original transaction may have involved illegal diversion that is continuing. As shown in *Figure 6*, about 15 percent (6,718) of the crime guns recovered in 2000, which a time-to-crime could be computed, have a time-to-crime of 12 months or less. Another 9 percent (4,258) of the recovered crime guns have a time-to-crime of over 1 year and up to 2 years.

**New Crime Guns.** The illegal market in guns involves new guns, used guns, and stolen guns. *Figure 7* displays the cumulative percent of crime guns by years since purchase and shows that nearly a third (31 percent, 14,422) of recovered crime guns, for which a time-to-crime could be computed (46,019), had been purchased for the first time within 3 years of their recovery.[10] Since these crime guns were all recovered in 2000, nearly one-third of the crime guns with known time-to-crime entered firearm commerce between December 1996 and December 1997.

**Short Time-to-Crime for All Crime Guns.** Half of the crime guns recovered in 2000 had a time-to-crime of 6 years or less. This is a relatively short period of time. Gun owners surveyed in 1994 indicated that they had owned their firearms an average of 13 years.[11]

---

[10] The methodology for these calculations and the numbers and percentages for *Figures 6 and 7* can be found in Appendix B.

[11] Phillip J. Cook and Jens Ludwig, *Guns in America*, Police Foundation 1997.

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms    •    Youth Crime Gun Interdiction Initiative*

## Figure 6: Percent of Traced Crime Guns by Time-to-Crime



## Figure 7: Cumulative Percentage of Traced Crime Guns by Time-to-Crime



# Time-to-Crime by Firearm Type

**Median Time-to-Crime by Firearm Type and Age Group**. As shown in *Table 12* and *Figure 8,* while the median time-to-crime for semiautomatic pistols is 4.5 years, for revolvers the median time-to-crime is 12.3 years. As shown in *Table 12* and *Figure 9*, the median time-to-crime for crime guns possessed by youth is 4.5 years, more than two years shorter than for crime guns possessed by juveniles (6.6 years), and a year and a half shorter than for adults (6.0 years). Juveniles tend to possess firearms that have a long time-to-crime. Their median time-to-crime is the longest of all age groups, and this is true if the firearm in their possession is a semiautomatic pistol, a revolver, or a rifle. Revolvers recovered by law enforcement from juveniles have a median time-to-crime of 14 years. The pattern for long guns is different. Among long guns, those recovered from youth have a median time-to-crime of about 5 years; for adults and for juveniles, the median time-to-crime is over 7 years.

**Shortest and Longest Time-to-Crime Guns**. As shown in *Table 12,* semiautomatic pistols recovered from youth have the shortest median time-to-crime, 3.3 years. Thus, half of the semiautomatic pistols recovered from youth in 2000, and for which we were able to determine the time-to-crime, were originally sold sometime between September 1996 and September 1997. The longest median time-to-crime is observed for revolvers possessed by juveniles, 14 years. Time-to-crime information alone cannot determine whether these recovered semiautomatic pistols were obtained through illegal diversion or purchased new from FFLs by youth crime gun possessors. This is the type of question that law enforcement officials must further investigate. Since nearly 88 percent of all traced crime guns changed hands at least once before recovery by law enforcement, it can be assumed that illegal diversion plays a significant role in youth crime gun acquisition.

**City variations**. The median time-to-crime for recovered crime guns varied across the YCGII cities. Certain cities have a median time-to-crime that is notably shorter than the YCGII city average of 6.1 years. These cities included *Gary, IN* (2.6 years); *Atlanta, GA* (3.1 years); *Indianapolis, IN* (3.1 years); *Philadelphia, PA* (3.8 years); *Tucson, AZ* (4.0 years) and *Seattle, WA* (4.1 years). Other cities have a median time-to-crime that is much longer than the YCGII city average. These cities include *Stockton, CA* (9.2 years); *San Jose, CA* (9.0 years); *Anaheim, Long Beach, and Santa Ana, CA* (8.8 years); *Los Angeles, CA* (8.0 years) and *Oakland, CA* (8.0 years).

## Table 12: Median Time-to-Crime in Years by Firearm Type and Age Group of Possessor

| Type of Weapon | Juvenile (ages 17 & younger) | Youth (ages 18 - 24) | Adult (ages 25 & older) | Age Unknown | All Ages |
|---|---|---|---|---|---|
| Semiautomatic Pistol | 5.7 | 3.3 | 4.4 | 5.6 | 4.5 |
| Revolver | 14.0 | 11.7 | 10.9 | 14.1 | 12.3 |
| Rifle | 7.1 | 5.1 | 7.5 | 7.4 | 7.0 |
| Shotgun | 7.2 | 5.0 | 7.9 | 8.5 | 7.6 |
| Other | 7.0 | 7.4 | 6.8 | 7.9 | 7.1 |
| Total | 6.6 | 4.5 | 6.0 | 6.9 | 6.1 |

Based on 46,008 traces for which a time-to-crime could be computed.
See Appendix B: For details on computing time-to-crime



*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms • Youth Crime Gun Interdiction Initiative*

## Figure 8: Median Time-to-Crime by Firearm Type



## Figure 9: Median Time-to-Crime by Age Group of Possessor



# Time-to-Crime for Top Ten Crime Guns by Manufacturer, Caliber and Type

**Short Time-to-Crime Guns**. As shown in *Table 13,* Bryco Arms 9mm semiautomatic pistols have the fastest median time-to-crime for all ages combined at 1.4 years.  More than 70 percent (822 of 1,171) of these crime guns have a time-to-crime of 3 years or less and the shortest time-to-crime was 0 days.  This same crime gun has the fastest median time-to-crime among juveniles (1.5 years) and the second fastest median time-to-crime among youth (1.1 years).  The Bryco Arms .380 caliber semiautomatic pistol has the second fastest median time-to-crime for all ages combined (2.9 years), and is the fastest time-to-crime gun among adult possessors (2.7 years), second fastest time among juveniles (3.4 years), and third fastest among youth (2.0 years).

**Longer Time-to-Crime Guns**. As shown in *Table 13,* among all ages, the Smith & Wesson .38 caliber revolver had a median time-to-crime of just over 13 years; only 12 percent of the Smith and Wesson .38 caliber revolvers have a time-to-crime of 3 years or

less.  The Smith & Wesson .357 caliber revolver has very similar median time-to-crime, 13 years.  Thirteen percent of the Smith & Wesson .357 caliber revolvers have a median time-to-crime of 3 years or less.  Only 2 percent of the Raven Arms .25 caliber semiautomatic pistols have a median time-to-crime of 3 years or less.  Raven Arms stopped manufacturing firearms in 1991.[12] Therefore, many of these firearms are likely to have been re-sold by FFLs and/or transferred by unlicensed persons.

**Long Gun Time-to-Crime**. As shown in *Table 13,* the Mossberg 12 gauge shotgun, the only long gun among the most frequently traced firearms among all age groups, has a median time-to-crime of 5.4 years; 35 percent of these guns have a time-to-crime of 3 years or less.  Among adults, the Marlin .22 rifle has a median time-to-crime of 12.3 years and is the seventh most frequently traced firearm.  The Remington Arms shotgun ranks ninth in frequency and has a median time-to-crime of 8.9 years.

## Table 13: Time-to-Crime for Top Ten Crime Guns by Age Group of Possessor

| **Juvenile** (ages 17 & younger) | | | Number of Crime Guns | | Median Time-to-Crime in Years | Time-to-Crime of 3 Years or Less | | Fastest Case (in days)*** |
|---|---|---|---|---|---|---|---|---|
| Manufacturer | Caliber | Type of Crime Gun | All | With Time-to-Crime* | | Number | Percent** | |
| BRYCO ARMS | 9mm | Semiautomatic Pistol | 65 | 53 | 1.5 | 40 | 75.5 | 2 |
| BRYCO ARMS | .380 | Semiautomatic Pistol | 92 | 73 | 3.4 | 33 | 45.2 | 18 |
| RUGER | 9mm | Semiautomatic Pistol | 89 | 71 | 3.6 | 30 | 42.3 | 9 |
| LORCIN ENGINEERING | .380 | Semiautomatic Pistol | 164 | 116 | 5.4 | 33 | 28.4 | 1 |
| DAVIS INDUSTRIES | .380 | Semiautomatic Pistol | 88 | 70 | 6.2 | 23 | 32.9 | 44 |
| LORCIN ENGINEERING | .25 | Semiautomatic Pistol | 81 | 69 | 6.5 | 15 | 21.7 | 35 |
| RAVEN ARMS | .25 | Semiautomatic Pistol | 159 | 113 | 13.0 | 2 | 1.8 | 2 |
| SMITH & WESSON | .357 | Revolver | 65 | 38 | 14.6 | 4 | 10.5 | 100 |
| SMITH & WESSON | .38 | Revolver | 146 | 51 | 16.8 | 3 | 5.9 | 188 |
| RG INDUSTRIES | .22 | Revolver | 64 | 31 | 21.2 | 1 | 3.2 | 198 |
| Top Ten Crime Guns | | | 1,013 | 685 | | | | |
| All Crime Guns | | | 4,112 | 2,062 | | | | |

\*    Time-to-crime can only be calculated when a trace is completed and a recovery date is submitted.

\*\*   The denominator used to calculate this result is the total number of trace requests where a time-to-crime was established.

\*\*\*  A time-to-crime of 0 days indicates the recovery of a firearm during or immediately following a sale from a Federal firearms licensee.

[12] Fjestad, S. P., Blue *Book of Gun Values, 2000.* 22st ed. p. 1011. Minneapolis, MN: Bluebook Publications.

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

## Table 13: Time-to-Crime for Top Ten Crime Guns by Age Group of Possessor (Continued)

### Youth (ages 18-24)

| Manufacturer | Caliber | Type of Crime Gun | Number of Crime Guns — All | With Time-to-Crime* | Median Time-to-Crime in Years | Time-to-Crime of 3 Years or Less — Number | Percent** | Fastest Case (in days)*** |
|---|---|---|---|---|---|---|---|---|
| HI-POINT | 9mm | Semiautomatic Pistol | 356 | 300 | 1.0 | 210 | 70.0 | 0 |
| BRYCO ARMS | 9mm | Semiautomatic Pistol | 518 | 387 | 1.1 | 294 | 76.0 | 1 |
| BRYCO ARMS | .380 | Semiautomatic Pistol | 443 | 346 | 2.0 | 210 | 60.7 | 0 |
| RUGER | 9mm | Semiautomatic Pistol | 682 | 549 | 2.7 | 298 | 54.3 | 1 |
| MOSSBERG | 12 GA | Shotgun | 357 | 263 | 3.2 | 128 | 48.7 | 0 |
| LORCIN ENGINEERING | .380 | Semiautomatic Pistol | 646 | 522 | 3.9 | 217 | 41.6 | 0 |
| SMITH & WESSON | 9mm | Semiautomatic Pistol | 407 | 289 | 4.6 | 96 | 33.2 | 0 |
| DAVIS INDUSTRIES | .380 | Semiautomatic Pistol | 393 | 313 | 6.3 | 91 | 29.1 | 5 |
| RAVEN ARMS | .25 | Semiautomatic Pistol | 395 | 277 | 11.9 | 10 | 3.6 | 135 |
| SMITH & WESSON | .38 | Revolver | 585 | 184 | 13.9 | 16 | 8.7 | 76 |
| Top Ten Crime Guns | | | 4,782 | 3,430 | | | | |
| All Crime Guns | | | 18,085 | 10,618 | | | | |

### Adult (ages 25 & older)

| Manufacturer | Caliber | Type of Crime Gun | Number of Crime Guns — All | With Time-to-Crime* | Median Time-to-Crime in Years | Time-to-Crime of 3 Years or Less — Number | Percent** | Fastest Case (in days)*** |
|---|---|---|---|---|---|---|---|---|
| BRYCO ARMS | .380 | Semiautomatic Pistol | 469 | 337 | 2.7 | 180 | 53.4 | 3 |
| RUGER | 9mm | Semiautomatic Pistol | 812 | 662 | 3.4 | 303 | 45.8 | 1 |
| LORCIN ENGINEERING | .380 | Semiautomatic Pistol | 744 | 578 | 4.4 | 203 | 35.1 | 6 |
| SMITH & WESSON | 9mm | Semiautomatic Pistol | 649 | 461 | 5.7 | 140 | 30.4 | 1 |
| MOSSBERG | 12 GA | Shotgun | 718 | 492 | 5.9 | 164 | 33.3 | 1 |
| REMINGTON ARMS CO. | 12 GA | Shotgun | 484 | 230 | 8.9 | 40 | 17.4 | 3 |
| SMITH & WESSON | .38 | Revolver | 1,234 | 454 | 12.1 | 65 | 14.3 | 4 |
| SMITH & WESSON | .357 | Revolver | 640 | 383 | 12.3 | 63 | 16.4 | 10 |
| MARLIN | .22 | Rifle | 545 | 303 | 12.3 | 49 | 16.2 | 2 |
| RAVEN ARMS | .25 | Semiautomatic Pistol | 526 | 376 | 12.8 | 6 | 1.6 | 41 |
| Top Ten Crime Guns | | | 6,821 | 4,276 | | | | |
| All Crime Guns | | | 32,044 | 16,939 | | | | |

### All Ages

| Manufacturer | Caliber | Type of Crime Gun | Number of Crime Guns — All | With Time-to-Crime* | Median Time-to-Crime in Years | Time-to-Crime of 3 Years or Less — Number | Percent** | Fastest Case (in days)*** |
|---|---|---|---|---|---|---|---|---|
| BRYCO ARMS | 9mm | Semiautomatic Pistol | 1,576 | 1,171 | 1.4 | 822 | 70.2 | 0 |
| BRYCO ARMS | .380 | Semiautomatic Pistol | 1,568 | 1,197 | 2.9 | 614 | 51.3 | 0 |
| RUGER | 9mm | Semiautomatic Pistol | 2,368 | 1,896 | 3.3 | 902 | 47.6 | 0 |
| LORCIN ENGINEERING | .380 | Semiautomatic Pistol | 2,351 | 1,825 | 4.5 | 645 | 35.3 | 0 |
| MOSSBERG | 12 GA | Shotgun | 1,774 | 1,196 | 5.4 | 419 | 35.0 | 0 |
| SMITH & WESSON | 9mm | Semiautomatic Pistol | 1,696 | 1,203 | 6.1 | 350 | 29.1 | 0 |
| DAVIS INDUSTRIES | .380 | Semiautomatic Pistol | 1,462 | 1,179 | 6.3 | 314 | 26.6 | 0 |
| RAVEN ARMS | .25 | Semiautomatic Pistol | 1,885 | 1,344 | 12.8 | 28 | 2.1 | 2 |
| SMITH & WESSON | .357 | Revolver | 1,645 | 983 | 13.0 | 128 | 13.0 | 10 |
| SMITH & WESSON | .38 | Revolver | 3,418 | 1,151 | 13.1 | 143 | 12.4 | 1 |
| Top Ten Crime Guns | | | 19,743 | 13,145 | | | | |
| All Crime Guns | | | 88,570 | 46,008 | | | | |

\*    Time-to-crime can only be calculated when a trace is completed and a recovery date is submitted.

\*\*   The denominator used to calculate this result is the total number of trace requests where a time-to-crime was established.

\*\*\* A time-to-crime of 0 days indicates the recovery of a firearm during or immediately following a sale from a Federal firearms licensee.

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

## Time-to-Crime by Manufacturer and Model

**Time-to-Crime Among Handgun Models: Youth and Adult Age Groups.** Youth and adult crime guns are heavily concentrated in the medium and high caliber semiautomatic pistols with relatively short time-to-crime. As shown in *Table 14*, five of the ten most frequently traced crime gun models in both the youth and adult age category have a median time-to-crime of less than 3 years. These short time-to-crime gun models for youth and adults are overwhelmingly 9mm semiautomatic pistols, including the Bryco Arms 9 (median time-to-crime for youth 0.7 and for adults 0.6 years), the Hi-Point C (1.0 and 1.6 years), the Ruger P95 (1.5 and 1.6 years) and the Lorcin Engineering model L9 (1.9 and 2.3 years). The Bryco Arms model 38 handgun also ranks in the top five time-to-crime guns for youth and adults at 1.3 and 3.0 years, respectively.

**Time-to-Crime Among Handgun Models: Juvenile Age Group.** Only two juvenile crime gun models have a median time-to-crime of less than 3 years;

among juveniles, the Hi-Point C model has a median time-to-crime of 1.3 years and the Lorcin Engineering model L9 has a median time-to-crime of 2.5 years. All the other most frequently traced handgun models among juveniles have a median time-to-crime of greater than 5.4 years and four have a median time-to-crime of 11 years or more.

**Time-to-Crime Among Long Gun Models.** As shown in *Table 15,* among all age groups, two long gun models have a median time-to-crime at or below 3 years; the Hi-Point model 995 rifle (1.8 years) and the Maverick Arms model 88 shotgun (3.0 years). The Maverick Arms shotgun also has a median time-to-crime below 3 years for juvenile, youth and adult age groups. The Hi-Point model 995 rifle, has the fastest median time-to-crime among both the juvenile and youth age groups, at 1.3 and 1.7 years respectively.

### Table 14: Median Time-to-Crime for Top Ten Handguns by Manufacturer and Model by Age Group of Possessor

| Juvenile (ages 17 & younger) | | | | | |
|---|---|---|---|---|---|
| **Manufacturer** | **Model** | **Caliber** | **Type** | **Median** | **Number** |
| BRYCO ARMS | 9 | 9mm | Semiautomatic Pistol | 0.8 | 39 |
| HI-POINT | C | 9mm | Semiautomatic Pistol | 1.3 | 54 |
| LORCIN ENGINEERING | L9 | 9mm | Semiautomatic Pistol | 2.5 | 50 |
| BRYCO ARMS | 38 | .380 | Semiautomatic Pistol | 4.4 | 40 |
| LORCIN ENGINEERING | L380 | .380 | Semiautomatic Pistol | 5.4 | 163 |
| RUGER | P89 | 9mm | Semiautomatic Pistol | 5.5 | 41 |
| PHOENIX ARMS CO. | RAVEN | .25 | Semiautomatic Pistol | 6.0 | 50 |
| DAVIS INDUSTRIES | P380 | .380 | Semiautomatic Pistol | 6.2 | 87 |
| LORCIN ENGINEERING | L25 | .25 | Semiautomatic Pistol | 6.5 | 80 |
| RAVEN ARMS | MP25 | .25 | Semiautomatic Pistol | 11.6 | 87 |
| Top Ten Handguns with Model and Time-to-Crime Information | | | | | 691 |
| Total Handguns with Model and Time-to-Crime Information | | | | | 1,595 |

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

## Table 14: Median Time-to-Crime for Top Ten Handguns
## by Manufacturer and Model by Age Group of Possessor (Continued)

### Youth (ages 18-24)

| Manufacturer | Model | Caliber | Type | Median | Number |
|---|---|---|---|---|---|
| BRYCO ARMS | 9 | 9mm | Semiautomatic Pistol | 0.7 | 288 |
| HI-POINT | C | 9mm | Semiautomatic Pistol | 1.0 | 348 |
| BRYCO ARMS | 38 | .380 | Semiautomatic Pistol | 1.3 | 181 |
| RUGER | P95 | 9mm | Semiautomatic Pistol | 1.5 | 269 |
| LORCIN ENGINEERING | L9 | 9mm | Semiautomatic Pistol | 1.9 | 280 |
| LORCIN ENGINEERING | L380 | .380 | Semiautomatic Pistol | 4.0 | 643 |
| RUGER | P89 | 9mm | Semiautomatic Pistol | 4.2 | 251 |
| LORCIN ENGINEERING | L25 | .25 | Semiautomatic Pistol | 5.1 | 216 |
| DAVIS INDUSTRIES | P380 | .380 | Semiautomatic Pistol | 6.2 | 391 |
| RAVEN ARMS | MP25 | .25 | Semiautomatic Pistol | 10.5 | 224 |
| Top Ten Handguns with Model and Time-to-Crime Information | | | | | 3,091 |
| Total Handguns with Model and Time-to-Crime Information | | | | | 8,050 |

### Adult (ages 25 & older)

| Manufacturer | Model | Caliber | Type | Median | Number |
|---|---|---|---|---|---|
| BRYCO ARMS | 9 | 9mm | Semiautomatic Pistol | 0.6 | 230 |
| RUGER | P95 | 9mm | Semiautomatic Pistol | 1.6 | 275 |
| HI-POINT | C | 9mm | Semiautomatic Pistol | 1.6 | 289 |
| LORCIN ENGINEERING | L9 | 9mm | Semiautomatic Pistol | 2.3 | 266 |
| BRYCO ARMS | 38 | .380 | Semiautomatic Pistol | 3.0 | 208 |
| LORCIN ENGINEERING | L380 | .380 | Semiautomatic Pistol | 4.5 | 735 |
| RUGER | P89 | 9mm | Semiautomatic Pistol | 5.3 | 319 |
| LORCIN ENGINEERING | L25 | .25 | Semiautomatic Pistol | 6.2 | 234 |
| DAVIS INDUSTRIES | P380 | .380 | Semiautomatic Pistol | 6.2 | 453 |
| RAVEN ARMS | MP25 | .25 | Semiautomatic Pistol | 11.7 | 306 |
| Top Ten Handguns with Model and Time-to-Crime Information | | | | | 3,315 |
| Total Handguns with Model and Time-to-Crime Information | | | | | 11,539 |

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

## Table 14: Median Time-to-Crime for Top Ten Handguns by Manufacturer and Model by Age Group of Possessor (Continued)

| All Ages | | | | | |
|---|---|---|---|---|---|
| Manufacturer | Model | Caliber | Type | Median | Number |
| BRYCO ARMS | 9 | 9mm | Semiautomatic Pistol | 0.7 | 795 |
| HI-POINT | C | 9mm | Semiautomatic Pistol | 1.5 | 1,036 |
| RUGER | P95 | 9mm | Semiautomatic Pistol | 1.6 | 776 |
| LORCIN ENGINEERING | L9 | 9mm | Semiautomatic Pistol | 2.1 | 869 |
| BRYCO ARMS | 38 | .380 | Semiautomatic Pistol | 2.7 | 671 |
| LORCIN ENGINEERING | L380 | .380 | Semiautomatic Pistol | 4.6 | 2,334 |
| RUGER | P89 | 9mm | Semiautomatic Pistol | 5.0 | 923 |
| LORCIN ENGINEERING | L25 | .25 | Semiautomatic Pistol | 6.2 | 819 |
| DAVIS INDUSTRIES | P380 | .380 | Semiautomatic Pistol | 6.3 | 1,452 |
| RAVEN ARMS | MP25 | .25 | Semiautomatic Pistol | 11.5 | 1,035 |
| Top Ten Handguns with Model and Time-to-Crime Information | | | | | 10,710 |
| Total Handguns with Model and Time-to-Crime Information | | | | | 32,551 |

## Table 15: Median Time-to-Crime for Top Ten Long Guns by Manufacturer and Model by Age Group of Possessor

| Juvenile (ages 17 & younger) | | | | | |
|---|---|---|---|---|---|
| Manufacturer | Model | Caliber | Type | Median | Number |
| HI-POINT | 995 | 9mm | Rifle | 1.3 | 8 |
| MAVERICK ARMS (EAGLE PASS, TX) | 88 | 9mm | Shotgun | 3.0 | 12 |
| MOSSBERG | 500 | 9mm | Shotgun | 3.1 | 15 |
| REMINGTON ARMS CO. | 11-87 | .380 | Shotgun | 4.5 | 4 |
| NORTH CHINA INDUSTRIES | SKS | .380 | Rifle | 6.4 | 24 |
| MARLIN | 60 | 9mm | Rifle | 8.7 | 20 |
| REMINGTON ARMS CO. | 870 | .25 | Shotgun | 8.9 | 19 |
| RUGER | 10/22 | .380 | Rifle | 10.8 | 17 |
| MARLIN | 336 | .25 | Rifle | 11.7 | 4 |
| WINCHESTER | 94 | .25 | Rifle | 16.3 | 6 |
| Top Ten Long Guns with Model and Time-to-Crime Information | | | | | 129 |
| Total Long Guns with Model and Time-to-Crime Information | | | | | 139 |

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

## Table 15: Median Time-to-Crime for Top Ten Long Guns by Manufacturer and Model by Age Group of Possessor (Continued)

### Youth (ages 18-24)

| Manufacturer | Model | Caliber | Type | Median | Number |
|---|---|---|---|---|---|
| HI-POINT | 995 | 9mm | Rifle | 1.7 | 87 |
| MAVERICK ARMS (EAGLE PASS, TX) | 88 | 12 GA | Shotgun | 2.5 | 102 |
| MOSSBERG | 500 | 12 GA | Shotgun | 2.8 | 201 |
| WINCHESTER | 1300 | 12 GA | Shotgun | 3.0 | 42 |
| REMINGTON ARMS CO. | 870 | 12 GA | Shotgun | 5.9 | 87 |
| NORTH CHINA INDUSTRIES | MAK90 | 7.62mm | Rifle | 6.2 | 42 |
| NORTH CHINA INDUSTRIES | SKS | 7.62mm | Rifle | 6.4 | 139 |
| RUGER | 10/22 | .22 | Rifle | 6.5 | 50 |
| RUGER | MINI 14 | .223 | Rifle | 7.9 | 33 |
| MARLIN | 60 | .22 | Rifle | 12.1 | 72 |
| Top Ten Long Guns with Model and Time-to-Crime Information | | | | | 855 |
| Total Long Guns with Model and Time-to-Crime Information | | | | | 943 |

### Adult (ages 25 & older)

| Manufacturer | Model | Caliber | Type | Median | Number |
|---|---|---|---|---|---|
| MAVERICK ARMS (EAGLE PASS, TX) | 88 | 12 GA | Shotgun | 2.9 | 121 |
| WINCHESTER | 1300 | 12 GA | Shotgun | 4.3 | 102 |
| MOSSBERG | 500 | 12 GA | Shotgun | 5.9 | 390 |
| NORTH CHINA INDUSTRIES | MAK90 | 7.62mm | Rifle | 6.3 | 90 |
| NORTH CHINA INDUSTRIES | SKS | 7.62mm | Rifle | 6.6 | 230 |
| REMINGTON ARMS CO. | 870 | 12 GA | Shotgun | 8.2 | 267 |
| RUGER | 10/22 | .22 | Rifle | 9.5 | 203 |
| RUGER | MINI 14 | .223 | Rifle | 11.3 | 76 |
| MARLIN | 60 | .22 | Rifle | 13.2 | 246 |
| WINCHESTER | 94 | .30-30 | Rifle | 19.3 | 93 |
| Top Ten Long Guns with Model and Time-to-Crime Information | | | | | 1,818 |
| Total Long Guns with Model and Time-to-Crime Information | | | | | 2,332 |

## Table 15: Median Time-to-Crime for Top Ten Long Guns by Manufacturer and Model by Age Group of Possessor (Continued)

| All Ages | | | | | |
|---|---|---|---|---|---|
| **Manufacturer** | **Model** | **Caliber** | **Type** | **Median** | **Number** |
| HI-POINT | 995 | 9mm | Rifle | 1.8 | 250 |
| MAVERICK ARMS (EAGLE PASS, TX) | 88 | 12 GA | Shotgun | 3.0 | 348 |
| WINCHESTER | 1300 | 12 GA | Shotgun | 3.8 | 224 |
| MOSSBERG | 500 | 12 GA | Shotgun | 5.0 | 940 |
| NORTH CHINA INDUSTRIES | MAK90 | 7.62mm | Rifle | 6.3 | 193 |
| NORTH CHINA INDUSTRIES | SKS | 7.62mm | Rifle | 6.4 | 642 |
| REMINGTON ARMS CO. | 870 | 12 GA | Shotgun | 7.7 | 562 |
| RUGER | 10/22 | .22 | Rifle | 8.5 | 434 |
| MARLIN | 60 | .22 | Rifle | 13.4 | 563 |
| WINCHESTER | 94 | .30-30 | Rifle | 17.7 | 193 |
| Top Ten Long Guns with Model and Time-to-Crime Information | | | | | 4,349 |
| Total Long Guns with Model and Time-to-Crime Information | | | | | 5,198 |

# 2 - 7 Recovery Location and Source Location

**Most Traced Firearms Originate with Local Federal Firearms Licensees**. As shown in *Table 16*, a majority of crime guns among all age groups, from 55.4 percent for juveniles to 62.3 percent for adults, were first purchased from FFLs in the State where the guns were recovered by law enforcement officials. As shown in *Table 17*, more than a third of the crime guns (35 percent) were recovered in the same county as the FFL that originally sold the firearm. Similar percentages of traced firearms come from adjoining counties in the same State (11.9 percent) as from other counties in the same State (11.7 percent). The proportion of purchases in the same State, in adjoining counties and in other counties is similar across all age groups. More than 40 percent (25,279 of 60,643) of crime guns with known originating locations are not first sold in the same State as the State where the firearm was recovered.

**City variations**. Cities vary in their geographic sources of crime guns.

- In seventeen cities, 80 percent or more of their crime guns are first sold by FFLs in the State in which the city is located: *Atlanta, GA; Austin, TX; Baton Rouge, LA; Birmingham, AL; Cleveland, OH; Gary, IN; Houston, TX; Indianapolis, IN; Miami, FL; New Orleans, LA; Pittsburgh, PA; Phoenix, AZ; Richmond, VA; San Antonio, TX; Stockton, CA; Tampa, FL;* and *Tucson, AZ.*

- With the exception of *New Orleans, LA,* sixteen of these seventeen cities have at least 50 percent of their in-State traceable crime guns originating from the county in which the recovery city was located. *Phoenix, AZ,* has the highest percentage of in-State crime guns originating from within the same county (88 percent).

- For seven cities, FFLs in the State where the city is located are the source of fewer than half of traced crime guns: *Boston, MA; Camden, NJ; Detroit, MI; Jersey City, NJ; Newark, NJ; New York, NY;* and *Washington, DC.*

- *Boston, MA; Camden, NJ; Jersey City, NJ; Newark, NJ;* and *New York, NY,* have a noteworthy number of guns originating both from within their respective States and from southern States such as Virginia, North Carolina, Georgia, and Florida.

- Many traceable crime guns recovered in *Detroit, MI,* were first sold by FFLs in Michigan (41 percent); however, a noteworthy percentage of traceable crime guns were also first sold by FFLs in Ohio, Kentucky, and Indiana (22 percent).

- *Chicago, IL,* is part of both regional and national patterns. Of crime guns recovered in *Chicago,* 10 percent originate in the neighboring State of Indiana. Many guns originate from FFLs in the South, with Mississippi supplying nearly 10 percent. FFLs in Kentucky, Georgia, Tennessee, and Arkansas supply an additional 10 percent.

- As a result of strict regulations on the sale and possession of firearms in *Washington, DC,* there are no firearms originating from that jurisdiction. FFLs in neighboring Maryland and Virginia are the sources of 59 percent of the traceable crime guns recovered in *Washington, DC.*

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

## Table 16: Intrastate and Interstate Sources of Crime Guns

| Number | Juvenile (ages 17 & younger) | Youth (ages 18 - 24) | Adult (ages 25 & older) | All Ages |
|---|---|---|---|---|
| In-State | 1,519 | 7,760 | 13,995 | 35,364 |
| Out-of-State | 1,225 | 5,580 | 8,486 | 25,279 |
| Total | 2,744 | 13,340 | 22,481 | 60,643 |

| Percent | Juvenile (ages 17 & younger) | Youth (ages 18 - 24) | Adult (ages 25 & older) | All Ages |
|---|---|---|---|---|
| In-State | 55.4 | 58.2 | 62.3 | 58.3 |
| Out-of-State | 44.6 | 41.8 | 37.7 | 41.7 |
| Total | 100.0 | 100.0 | 100.0 | 100.0 |

## Table 17: County, State and Interstate Sources of Crime Guns

### Juvenile (ages 17 & younger)

| Source | Total | Percent |
|---|---|---|
| Same County-Same State | 889 | 32.4 |
| Adjoining County-Same State | 302 | 11.0 |
| Adjoining County-Other State | 43 | 1.6 |
| Other County-Same State | 328 | 12.0 |
| Other State | 1,182 | 43.1 |
| Total | 2,744 | 100.0 |

### Youth (ages 18-24)

| Source | Total | Percent |
|---|---|---|
| Same County-Same State | 4,429 | 33.2 |
| Adjoining County-Same State | 1,541 | 11.6 |
| Adjoining County-Other State | 232 | 1.7 |
| Other County-Same State | 1,790 | 13.4 |
| Other State | 5,348 | 40.1 |
| Total | 13,340 | 100.0 |

### Adult (ages 25 & older)

| Source | Total | Percent |
|---|---|---|
| Same County-Same State | 8,241 | 36.7 |
| Adjoining County-Same State | 2,815 | 12.5 |
| Adjoining County-Other State | 310 | 1.4 |
| Other County-Same State | 2,939 | 13.1 |
| Other State | 8,176 | 36.4 |
| Total | 22,481 | 100.0 |

### All Ages

| Source | Total | Percent |
|---|---|---|
| Same County-Same State | 21,050 | 34.7 |
| Adjoining County-Same State | 7,196 | 11.9 |
| Adjoining County-Other State | 985 | 1.6 |
| Other County-Same State | 7,118 | 11.7 |
| Other State | 24,294 | 40.1 |
| Total | 60,643 | 100.0 |

**Distance from Originating Location to Recovery Location.** Another measure of the mix of local, regional, and national transactions is the distance in miles between the recovery location and the originating location. *Table 18* and *Figures 10* and *11* display the number, percent, and cumulative percent of the distances from originating to recovery location for 44,905 traces for which a distance could be calculated. Nearly a third (32 percent) of these traces were recovered within 10 miles and almost half (48 percent) within 25 miles of the originating location. Not all firearms are local; more than one third (34 percent) of the traced firearms originated more than 250 miles from the location where they were recovered, indicating a likelihood of substantial interstate, long distance trafficking of firearms. These patterns are consistent across juvenile, youth, and adult age groups.

**City variations.** Cities varied considerably in the distance between the crime gun recovery locations and the location where the guns were first purchased at FFLs.

In certain cities, the majority of the crime guns were first purchased at FFLs that were 10 miles or less from the crime gun recovery locations. These cities included *Baton Rouge, LA* (70 percent), *Gary, IN* (70 percent), *New Orleans, LA* (67 percent), *Louisville, KY* (64 percent), and *Pittsburgh, PA* (63 percent). In other cities, a majority of crime guns were first purchased at FFLs that were 250 miles or more from the crime gun recovery locations. These cities included *Newark, NJ* (78 percent), *New York, NY* (75 percent), and *Jersey City, NJ* (67 percent).

Many YCGII cities had a large number of guns first purchased at FFLs that were a short distance and a long distance from the crime gun recovery locations. These cities included:

- Twenty-four percent of crime guns recovered in *Camden, NJ*, were first purchased at FFLs located 10 miles or less from Camden. Another 43 percent of crime guns recovered in Camden were first purchased at FFLs located 250 miles or more from Camden.

- Nearly 44 percent of crime guns recovered in *Baltimore, MD*, were first purchased at FFLs located 10 miles or less from Baltimore. Another 21 percent of crime guns recovered in Baltimore were first purchased at FFLs located 250 miles or more from Baltimore.

- Twenty-six percent of crime guns recovered in *Boston, MA*, were first purchased at FFLs located 10 miles or less from Boston. Another 37 percent of crime guns recovered in Boston were first purchased at FFLs located 250 miles or more from Boston.

- Nearly 33 percent of crime guns recovered in *Los Angeles, CA*, were first purchased at FFLs located 10 miles or less from Los Angeles. Nearly 22 percent of crime guns recovered in Los Angeles were first purchased at FFLs located 250 miles or more from Los Angeles.

- Nearly 33 percent of crime guns recovered in *Salinas, CA*, were first purchased at FFLs located 10 miles or less from Salinas. Nearly 36 percent of crime guns recovered in Salinas were first purchased at FFLs located 250 miles or more from Salinas.

- Slightly more than 51 percent of crime guns recovered in *San Jose, CA*, were first purchased at FFLs located 10 miles or less from San Jose. Nearly 27 percent of crime guns recovered in San Jose were first purchased at FFLs located 250 miles or more from San Jose.

- Nearly 39 percent of crime guns recovered in *Stockton, CA*, were first purchased at FFLs located 10 miles or less from Stockton. Nearly 32 percent of crime guns recovered in Stockton were first purchased at FFLs located 250 miles or more from Stockton.

- Forty-five percent of crime guns recovered in *Tampa, FL*, were first purchased at FFLs located 10 miles or less from Tampa. About 24 percent of crime guns recovered in Tampa were first purchased at FFLs located 250 miles or more from Tampa.

- Almost 24 percent of crime guns recovered in *Washington, DC*, were first purchased at FFLs located 10 miles or less from Washington, DC. Forty-five percent of crime guns recovered in Washington, DC, were first purchased at FFLs located 100 miles or more from Washington, DC.

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

## Table 18: Miles from Recovery Location to Originating Location

| All Ages | | | |
| --- | --- | --- | --- |
| Distance | Number | Percent | Cumulative Percent |
| 5 Miles or Less | 7,298 | 16.3 | 16.3 |
| 6 to 10 Miles | 7,161 | 15.9 | 32.2 |
| 11 to 25 Miles | 6,585 | 14.7 | 46.9 |
| 26 to 100 Miles | 4,500 | 10.0 | 56.9 |
| 101 to 250 Miles | 4,334 | 9.7 | 66.5 |
| 251 to 500 Miles | 4,374 | 9.7 | 76.3 |
| 501 to 750 Miles | 3,665 | 8.2 | 84.4 |
| 751 to 1000 Miles | 2,442 | 5.4 | 89.9 |
| More than 1000 Miles | 4,546 | 10.1 | 100.0 |
| Total (with known distance) | 44,905 | 100.0 | |

## Figure 10: Distance to Recovery Location



*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

## Figure 10: Cumulative Distance to Recovery Location



# Regional and National Geographic Source Patterns

**Source to Recovery Location.** The State that contains a city is generally its most important source of crime guns. However, many guns move from regional and national sources. Regional trafficking consists of guns moving to a city from neighboring States, while national trafficking involves guns moving from more distant states. *Figure 12* shows the impact of regional and national trafficking patterns on each of the cities.

**Regional Patterns.** Over 20 percent of the crime guns traced to an individual from Memphis, Camden, Las Vegas and St. Louis came from regional sources. All of these cities are located near the borders of their States, decreasing the distance-to-crime for regionally trafficked guns. Washington, DC, which does not allow handgun sales to residents and has city limits bordering two other States is the extreme case of regional trafficking with 58.5 percent of crime guns coming from neighboring States.

**National Patterns.** National trafficking patterns account for 30 percent or more of guns traced from nine cities. The most striking case is that of New York City, where 73.4 percent of crime guns came from national sources including Virginia, North Carolina, Georgia and Florida. Newark and Jersey City, which are located near New York experience strikingly similar national trafficking patterns with 80.2 and 74.5 percent of their crime guns coming from national sources. Other cities on the Eastern shore with high percentages of nationally sourced guns include Washington (38.6 percent) and Camden (50.6 percent). A second trafficking pattern runs from the South to large cities in the Midwest. Chicago has 32.8 percent of crime guns from national sources and Detroit 44.5 percent. Mississippi, Kentucky and Georgia are important national source areas for Chicago. Kentucky, Georgia and Alabama are significant for Detroit.

**Concentration of Gun Traces Among Dealers.** Crime guns are not only concentrated by region, state and county but also by the Federal Firearms Licensee where the firearms were originally sold. *Table 19* displays information about the 28,084 traces in YCGII cities over 250,000 that were made to 6,081 active dealers during calendar year 2000. During this year, 10,870 traces were made to 163 active dealers with 25 or more traces. These 163 dealers constitute 2 percent of active dealers with at least one trace but their 10,870 traces are 38 percent of the 28,084 traces to active dealers.

**City variations.** In all jurisdictions, many traceable crime guns were first purchased from a small number of Federally licensed gun dealers. However, the degree of concentration of crime gun traces amongst a small number of licensed gun dealers varies across the YCGII cities. Some cities exhibited a very high concentration of crime gun traces. In *Indianapolis, IN,* 70 percent of traceable crime guns were first purchased at ten Federally licensed gun dealers. In *Gary, IN,* 65 percent of traceable crime guns were first purchased at five Federally licensed gun dealers. In *Milwaukee, WI,* 53 percent of traceable crime guns were first purchased at four Federally licensed gun dealers. In *Pittsburgh, PA,* 53 percent of traceable crime guns were first purchased at seven Federally licensed gun dealers. In *Miami, FL,* 51 percent of traceable crime guns were first purchased at nine Federally licensed gun dealers.

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms    •    Youth Crime Gun Interdiction Initiative*

## Table 19: Concentration of Traces Among Active Dealers

| Dealers | Traces | | Active Dealers | |
| --- | --- | --- | --- | --- |
| | Number | Percent | Number | Percent |
| With 25 or More Traces | 10,807 | 38.5 | 163 | 2.4 |
| With 10 or More Traces | 15,549 | 55.4 | 487 | 7.2 |
| With 5 or More Traces | 19,183 | 68.3 | 1,054 | 15.5 |
| With 2 or More Traces | 24,318 | 86.6 | 3,044 | 44.7 |
| With 1 or More Traces | 28,084 | 100.0 | 6,810 | 100.0 |

# Figure 12a: Proportion of Crime Guns from Local, Regional and National Sources by City 2000



Graphs are scaled to the number of crime guns traced to a purchaser from each city. Local sources of crime guns are defined as coming from the same state, while regional sources are the adjoining states. All other states are considered national sources.

Albuquerque 522
Baltimore 2033
Chicago 4582
Denver/Aurora 563
Jacksonville 738

Atlanta 873
Boston 380
Charlotte 1264
Detroit 1628
Jersey City 94

Austin 183
Buffalo 465
Cincinnati 447
Gary 563
Los Angeles 1821

Baton Rouge 641
California Triad 79
Cleveland 518
Houston 1784
Louisville 778

Birmingham 1201
Camden 79
Dallas 1614
Indianapolis 2470
Las Vegas 400

Local   Regional   National

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*



# Figure 12b: Proportion of Crime Guns from Local, Regional and National Sources by City 2000 (Continued)

Graphs are scaled to the number of crime guns traced to a purchaser from each city. Local sources of crime guns are defined as coming from the same state, while regional sources are the adjoining states. All other states are considered national sources.

Local    Regional    National

# 2 - 8 Crime Guns with Obliterated Serial Numbers

**Results of Traces from Eight Cities.** Since tracing of crime guns with obliterated serial numbers is not conducted consistently by law enforcement agencies, this report presents information from eight jurisdictions which submitted requests for at least 85 of their crime guns with obliterated serial numbers: *Baltimore, MD; Chicago, IL; Detroit, MI; Dallas, TX; Los Angeles, CA; New York City, NY; Philadelphia, PA;* and *Washington, DC.* No rifles, shotguns, or combination guns were included in this analysis because some older long guns were manufactured without serial numbers. Unique serial numbers were not mandated on all firearms until passage of the Gun Control Act (GCA) in 1968, and it is not always possible to distinguish certain pre-GCA firearms from post-GCA firearms with the information provided.

**Obliteration Is More Common Among Semiautomatic Pistols.** As shown in *Table 20,* in the eight jurisdictions that were analyzed, almost 10 percent of the 28,558 trace requests involve handguns with obliterated or partially obliterated serial numbers. The proportion of handguns with obliterated serial numbers is nearly twice as large for semiautomatic pistols (11.3 percent) as for revolvers (6.3 percent).

**Obliteration Is More Common Among Youth and Juvenile Crime Guns.** As shown in *Table 19,* obliteration is more common among crime guns recovered from youth and juveniles than from adults.

This is true for all handgun types. Almost 13 percent of semiautomatic pistols recovered from youth and 12 percent from juveniles had obliterated serial numbers.

**Tracing Crime Guns with Obliterated Serial Numbers.** The obliteration of the serial number on a crime gun is a key criminal indicator of trafficking, because it shows that someone in the chain of possession assumes that the gun will be used for a crime, may have to be discarded by a criminal, or may be recovered by the police. If an obliterated serial number can be restored by a trained firearms examiner, tracing can proceed, with the possible result of identifying participants in a serious criminal conspiracy. The tracing of guns with obliterated serial numbers is not conducted consistently by law enforcement agencies, however, because not all jurisdictions are aware of the potential to restore and trace guns with obliterated serial numbers, and not all jurisdictions have the resources to do so. *Even if the serial number is not restored, ATF urges law enforcement agencies to submit informational traces so that information on firearm type, possessors, their associates, and recovery locations can be analyzed for trafficking leads.*

**Federal Felony - 5 Years Imprisonment.** Possession of a gun with an obliterated serial number is a Federal felony punishable by 5 years imprisonment. Law enforcement should keep this in mind when debriefing individuals found in possession of guns with obliterated serial numbers.

## Table 20: Crime Guns with Obliterated Serial Numbers
## for Selected Cities

### All Handguns for Eight Selected Cities

|  | Juvenile (ages 17 & younger) | Youth (ages 18 - 24) | Adult (ages 25 & older) | All Ages |
|---|---|---|---|---|
| Semiautomatic Pistol | 1,007 | 4,244 | 4,981 | 17,874 |
| Revolver | 530 | 1,772 | 2,676 | 10,271 |
| Derringer | 16 | 63 | 143 | 413 |
| Total | 1,553 | 6,079 | 7,800 | 28,558 |

### Handguns with Obliterated Serial Numbers

|  | Juvenile (ages 17 & younger) | Youth (ages 18 - 24) | Adult (ages 25 & older) | All Ages |
|---|---|---|---|---|
| Semiautomatic Pistol | 119 | 549 | 429 | 2,027 |
| Revolver | 41 | 126 | 98 | 650 |
| Derringer | 2 | 5 | 3 | 28 |
| Total | 162 | 680 | 530 | 2,705 |

### Percentage of Handguns with Obliterated Serial Numbers

|  | Juvenile (ages 17 & younger) | Youth (ages 18 - 24) | Adult (ages 25 & older) | All Ages |
|---|---|---|---|---|
| Semiautomatic Pistol | 11.8 | 12.9 | 8.6 | 11.3 |
| Revolver | 7.7 | 7.1 | 3.7 | 6.3 |
| Derringer | 12.5 | 7.9 | 2.1 | 6.8 |
| Total | 10.4 | 11.2 | 6.8 | 9.5 |

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

# 2 - 9 Multiple Sales

**Multiple Sales Account for Nearly 20 Percent of Traced Handguns**. The National Tracing Center provides information on handguns recovered in crimes that were purchased as part of a multiple sales transaction. For all YCGII jurisdictions combined, multiple sales accounted for 20 percent (650) of all handguns first sold at retail in 2000 and traced in 2000 (3,295).

**Link Between Multiple Sales and Obliteration**. As displayed in *Table 21*, among all traced handguns first sold in 2000 (3,295), 52 (1.6 percent) had obliterated serial numbers. The following summarizes handguns sold and traced in 2000:

- Of the 52 handguns having an obliterated serial number, 14 (27 percent) were from multiple sales and 38 (73 percent) were not from multiple sales.

- Of the 3,243 handguns not having an obliterated serial number, 636 (20 percent) were from multiple sales and 2,607 (80 percent) were not from multiple sales.

Among handguns sold and traced in 2000, those with obliterated serial numbers were substantially more likely to have been from a multiple sale (27 percent) than from sales that did not involve multiple handguns (20 percent).

Additional attention will be given to this issue as more data on multiple sales and better data on obliteration become available.

## Table 21: Multiple Sales and Obliterated Serial Numbers Among Handguns Sold and Traced in 2000

| Multiple Sales | Obliterated and Restored | | | | | |
|---|---|---|---|---|---|---|
| | Yes | | No | | Total | |
| | Number | Percent | Number | Percent | Number | Percent |
| Yes | 14 | 2.2 | 636 | 97.8 | 650 | 100.0 |
| No | 38 | 1.4 | 2,607 | 98.6 | 2,645 | 100.0 |
| Total | 52 | 1.6 | 3,243 | 98.4 | 3,295 | 100.0 |

# 3- Enforcement Information

The trace information collected and analyzed in the annual Crime Gun Trace Reports is used in Federal, State, and local investigations of the illegal diversion of firearms, particularly involving felons, youth offenders, and juveniles. During the period 1996-1998, approximately 60 percent of ATF's firearms trafficking investigations involved crime gun tracing and 68 percent involved State and local law enforcement agencies.

**Recent Investigations Involved Trafficked Firearms.** During calendar year 2000, ATF's 23 Field Divisions initiated 1,319 illegal firearms trafficking investigations, involving 413 youth and juvenile firearms possessors, 236 youth and juvenile firearms traffickers, 80 youth and juvenile straw purchasers, and 27 youth and juvenile firearms burglars. Nearly 40 percent (516) of these investigations have been forwarded by ATF agents to Federal, State, and local prosecutors for prosecution. These 516 investigations yielded a total of 868 defendants, including 400 illegal firearms possessors, 212 illegal firearms traffickers, 138 straw purchasers, 25 corrupt licensed dealers, and 45 firearms burglars. ATF agents estimated that 19,777 firearms were trafficked in these 1, 319 firearms trafficking investigations. Because 60 percent of these investigations are still in progress, it is likely that the ATF agents will uncover higher numbers of trafficked firearms as their investigations develop further.

**The Illegal Market in Firearms.** Trace information and analysis of cases are contributing to a more precise picture of the structure of the illegal firearms market that supplies guns to criminals, unauthorized juveniles, and other prohibited persons. This section describes aspects of the illegal market illuminated by crime gun tracing and cases developed as part of the Youth Crime Gun Interdiction Initiative, the youth-focused component of ATF's firearms enforcement program.

**Trafficking and Illegal Diversion of Firearms.** Virtually all crime guns start off as legally owned firearms. For this reason, the term "firearms trafficking," in contrast to the common reference to drug trafficking, refers to the illegal diversion of a legal product from lawful commerce into unlawful commerce, often for profit. ATF also uses the term

"diversion." A broader term than trafficking, diversion encompasses any movement of firearms from the legal to illegal marketplace through an illegal method or for an illegal purpose. For example, a criminal who steals a firearm from a Federal firearms licensee (FFL) for his own personal use is participating in the illegal diversion of firearms, but he is not a trafficker. Thus, while the theft of firearms may involve a criminal stealing one or more firearms for his own use, or may involve subsequent trafficking, addressing stolen firearms is an important part of a firearms trafficking strategy because theft constitutes one means of the illegal supply of firearms.

Types of Trafficking: Firearms Trafficking includes:

- Trafficking in new firearms, interstate and intrastate, including by Federally licensed firearms dealers, large-scale straw purchasers, or straw purchasing rings, or small-scale straw purchasers from gun stores, gun shows, or other premises;

- Trafficking in secondhand firearms, interstate and intrastate, including by licensed firearms dealers, including pawnbrokers; large-scale straw purchasers or straw purchasing rings; or small-scale straw purchasers, unlicensed sellers, including at gun shows, flea markets, or through newspaper ads, gun magazines, the Internet, and personal associations, and bartering and trading within criminal networks; and

- Trafficking in new and secondhand stolen firearms, involving guns stolen from Federally licensed dealers, including pawnbrokers, manufacturers, wholesalers, and importers, theft from common carriers, home invasions, and vehicle theft.

*Youth Crime Gun Interdiction Initiative* • *Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms*

# CASE EXAMPLES

**Small-Scale Straw Purchaser Providing New Guns to Convicted Youth Felon.** *Atlanta, GA.* In October 1999, a licensed dealer reported suspicious purchases of firearms by the 27-year-old defendant to ATF. On October 27, 1999, ATF agents conducted surveillance on the defendant and observed him as he purchased four new pistols, including two Magnum Research Baby Eagle 9mm semiautomatic pistols, a Glock 10 mm semiautomatic pistol, and a Glock .40 caliber semiautomatic pistol from an Atlanta area FFL. After the purchases, agents observed the defendant as he transferred two of the aforementioned firearms to a 24-year-old youth, who was also a convicted felon. ATF agents immediately arrested both defendants and recovered the Baby Eagle 9mm and Glock .40 caliber pistols.

On November 9, 1999, the defendants were indicted. The 27-year-old defendant was indicted for violations of 18 USC Section 924(a)(1)(A), making false statements or representation in an FFL's required records. The 24-year-old defendant was indicted for 922(g)(1), convicted felon in illegal possession of firearms. Both defendants later pled guilty. On March 23, 2000, the 27-year-old defendant was sentenced to 11 months incarceration and 24 months supervised release. The 24-year old youth was sentenced to 33 months incarceration and 36 months supervised release.

**Youth Convicted For Misdemeanor Crime of Domestic Violence Apprehended After Attempted Illegal Firearms Purchase.** *Los Angeles, CA.* In April 2000, ATF received a California State Dealer Record of Sale denial referral regarding the attempted purchase of a firearm by a 21 year-old youth, previously convicted of a misdemeanor crime of domestic violence. Over the course of the investigation, ATF agents learned that on November 28, 1999, the youth, a prohibited person, attempted to purchase a Bryco 9mm semi-automatic pistol from a Federally licensed firearms dealer. The State of California's Department of Justice denied the firearm sale to the youth as a result of his conviction status. The youth was indicted for violating 18 USC Section 922(a)(6) – Providing false information to a Federally licensed firearms dealer during the acquisition or attempted acquisition of a firearm.

On January 12, 2001, ATF agents, subsequent to the Federal indictment, arrested the youth. During a search of the youth's home, ATF agents removed a fully loaded Ruger .45 semi-automatic pistol from his bedroom nightstand.

On February 26, 2001, the youth pled guilty to violation of one count of 18 USC Section 922(a)(6) – Providing false information to a Federally licensed firearms dealer during the acquisition or attempted acquisition of a firearm.

On June 13, 2001, the youth was sentenced in the Central Judicial District of California to serve 5 months of incarceration followed by 3 years of supervised release, and ordered to pay a $100 special assessment.

**Juveniles Falsifying Federal Firearms Licenses to Acquire Firearms through the Internet.** *Northern New Jersey.* In May 2000, a United Parcel Service (UPS) driver unsuccessfully attempted to deliver a package to a residence in Northern New Jersey. The UPS driver noticed that the address was a residence, not a gun store as the label on the package indicated. The UPS driver subsequently returned the package to the UPS facility. UPS contacted the sender and confirmed he was a Federal Firearms Licensee (FFL) in Texas. The Texas Federal Firearms Licensee (FFL) contacted the ATF Licensing Center in Georgia to determine whether the FFL in New Jersey was valid. Upon being informed that it was not, the Texas FFL contacted ATF in New Jersey and informed agents of the situation. ATF New Jersey Group I took control of the package from UPS and, with the assistance of the Essex County Prosecutor's Office, Postal Inspection Service, and the Montclair Police Department, conducted a controlled delivery of the package. Two juveniles were arrested after the controlled delivery and a State search warrant was executed. ATF learned that the two juveniles altered a copy of a Federal Firearms License they obtained from an FFL in Florida, whom the juveniles were able to convince they were licensed dealers. The juveniles altered this Federal Firearms License utilizing a fictitious name and the real address of one of the juveniles.

During the investigation, the juveniles admitted altering the Federal Firearms License and making four additional Federal Firearms Licenses. They also admitted to ordering a Glock .357 semiautomatic pistol, a Glock .40 semiautomatic pistol, and two Glock 9 mm semiautomatic pistols via the Internet. Agents and investigators recovered all four weapons, as well as a .22 caliber handgun. Both juvenile defendants pled guilty in State court to illegal firearm possession, forgery, and conspiracy. On July 27, 2000, the juveniles were each sentenced to 1 year probation and curfew provisions.

**Intrastate Trafficking in New and Secondhand Firearms Stolen from Licensed Dealer.** *St. Louis, MO.* Between December 1999 and January 2000, an employee of a Federal Firearms Licensee stole 14 new and secondhand handguns from the dealer by hiding them in his clothing and leaving the store. After the final theft was committed, the suspect accidentally shot himself in the abdomen while examining one of the handguns. Subsequent investigation by ATF revealed that the suspect had pawned some of the handguns and sold the remaining handguns to his friends—3 youths and 1 adult. After ATF arrested the defendant on August 8, 2000, the defendant provided information on the whereabouts of the stolen firearms and all were eventually recovered.

The defendant was indicted for violation of 18 USC Section, 922 (a)(1)(A), dealing firearms without a license, and 922 (u), theft from a Federal Firearms Licensee. After pleading guilty to these charges, the defendant was sentenced on December 1, 2000, to 13 months incarceration, to be followed by 3 years of supervised release.

**Trafficking in Secondhand Firearms Stolen from FFL's Residence.** *Charlotte, NC.* On November 16, 1998, an FFL reported the theft of 29 firearms from his personal collection at his residence. A confidential informant advised local law enforcement authorities that the FFL's stepson had stolen the firearms. The firearms were entered into the ATF Suspect Gun Database. Subsequent investigation revealed that the defendant traded the firearms to three 20-year-old youths, for crack cocaine on several occasions. During the execution of a search warrant

at a crack distribution house, the three 20-year-old youths were apprehended with three stolen firearms including an Norinco 7.62 X 39mm SKS rifle. In May 1999, the firearms thief and three youthful crack cocaine dealers were indicted.

The firearms thief pled guilty to violations of 18 USC Sections 2, Aiding, Abetting, Counseling, Commanding, or Soliciting a Federal Crime; 18 USC 924(c), Use and/or Carrying a Firearm in Relation to a Drug Trafficking Crime; 21 USC 846, Conspiracy to Distribute Cocaine and Cocaine Base; and 18 USC 924(o), Conspiracy to Use and Carry Firearms During and in Relation to a Drug Trafficking Crime. He was sentenced on July 23, 2000, to 84 months in prison and received a fine of $20,000.

The first youth pled guilty to violations of 21 USC 846, Conspiracy to Distribute Cocaine and Cocaine Base; and 18 USC 924(o), Conspiracy to Use/Carry Firearms During and in Relation to a Drug Trafficking Crime. He was sentenced on June 19, 2000, to 65 months in prison and 24 months probation.

The second youth pled guilty to violations of 21 USC 846, Conspiracy to Distribute Cocaine and Cocaine Base; and 18 USC 924(o), Conspiracy to Use/Carry Firearms During and in Relation to a Drug Trafficking Crime. He was sentenced on June 19, 2000, to 96 months in prison and 36 months probation. The third youth pled guilty to violations of 21 USC 846, Conspiracy to Distribute Cocaine and Cocaine Base; and 18 USC 924(o), Conspiracy to Use/Carry Firearms During and in Relation to a Drug Trafficking Crime. On December 16, 1999, he received a sentence of 96 months in prison, 60 months probation and a $20,000 fine.

**Convicted Felon Youth Gang Member in Possession of Stolen Firearms and Obliterated Serial Number Firearm.** *Houston, TX.* On March 18, 1999, members of the ATF Violent Gang Task Force assisted the Houston Police Department's Street Level Narcotics Enforcement Unit in the execution of a search warrant at the residence of a 22-year-old convicted felon youth gang member. Officers and agents recovered marijuana as well as 5 firearms including a stolen Harrington & Richardson .32

revolver, a Phoenix .25 semiautomatic pistol that was forcibly taken from a 48-year-old woman during a purse snatching, a RG Industries .25 revolver with an obliterated serial number, a Colt .45 semiautomatic pistol, and a Marlin 9mm rifle.

The 22-year-old youth was charged with violating 18 U.S.C. Sections 922(g)(1) -Convicted Felon in Possession of a Firearm, 922(j) - Possession of a Stolen Firearm, and 922(k) - Receipt, Shipment or Transportation of a Firearm with an Obliterated Serial Number. On March 17, 2000, the defendant pled guilty to 18 U.S.C. 922(g)(1) and was sentenced to 24 months imprisonment, 3 years supervised release, and a $600 fine.

**Small-Scale Interstate Gun Trafficking.** *New York, NY.* This investigation was initiated in the Spring of 1999 after a handgun was recovered in an attempted robbery where the victim suffered a non-fatal wound. The firearm was recovered by the New York Police Department and traced by ATF to the original purchaser in Killeen, Texas, a 21-year-old youth who was enlisted in the United States Army. ATF conducted additional analyses of Multiple Sales data that revealed the youth had purchased 10 additional firearms in recent months, including 4 Intratec Tec-9 9mm semiautomatic pistols. When ATF interviewed the defendant, he confessed that he had used his military identification to purchase 14 firearms from area pawnshops during the Spring of 1999, and had trafficked 6 firearms to New York City where they were "sold on the streets." He also admitted to obliterating the serial numbers on some of the firearms to conceal his identity. ATF New York subsequently recovered five of the firearms that were destined for sale in New York.

On February 8, 2000, defendant pled guilty to violating 18 USC Sections 922(a)(1)(A)- Dealing Firearms Without a License, 922(k)- Transporting, Shipping, or Receiving in Interstate Commerce a Firearm with the Serial Number Obliterated, and 371- Conspiracy to Violate Federal Law. On May 18, 2000, he was sentenced to 37 months imprisonment.

**Convicted Felon Youth Gang Member in Possession of Obliterated Serial Number Firearm in Public Park.** *Bronx, NY.* On September 15, 1999,

a 21-year-old convicted felon and member of the "Bloods" street gang was arrested in a park located in the Grand Concourse section of the Bronx, by the New York City Police Department for illegal possession of a firearm and a controlled substance. The firearm was a Lorcin .380 semiautomatic pistol with an obliterated serial number. The obliterated serial number was subsequently raised and the gun traced by ATF to a purchaser, who is also a convicted felon, in Hampton, Virginia. The 21-year-old defendant later stated that he could possibly obtain firearms from an adult in Hampton, Virginia.

On December 17, 1999, the youth was convicted by a Federal jury of violating 18 USC Section 922(g)(1), Convicted Felon in Possession of a Firearm. On March 31, 2000, he was sentenced to 46 months imprisonment and 3 years supervisory release.

**Interstate Small-Scale Straw Purchasers Trafficking New and Secondhand Firearms to Gang Members.** *St. Louis, MO.* On April 17, 2000, after receiving information from the St. Louis Police Department, ATF arrested three suspects, ages 22, 21, and 19, who were transporting across State lines six handguns that they had purchased at pawnshops and gun stores in Mississippi. The handguns were new and secondhand 9mm, .40, and .45 semiautomatic pistols. Four of the six handguns had obliterated serial numbers. Subsequent investigation revealed that the suspects intended to sell those firearms to gang members in Chicago, Illinois. Subsequent firearms trace analysis revealed that one of the defendants had purchased a handgun that was recovered in an illegal use of a weapon crime in downtown St. Louis.

On October 24, 2000, the three defendants pled guilty to violations of 18 U.S.C. Section 922(k), Transporting, Shipping, or Receiving in Interstate Commerce a Firearm with the Serial Number Obliterated. Two defendants were sentenced to 18 months incarceration and 3 years supervised release; the other defendant was sentenced to 12 months incarceration and 3 years supervised release.

**Large-Scale Trafficking in New and Secondhand Firearms by Corrupt Licensed Dealer and Unlicensed Seller at Gun Shows.** *St. Paul, MN.* In April

*Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms* • *Youth Crime Gun Interdiction Initiative*

1998, the FBI requested that ATF assist in the trace of a Davis .380 semiautomatic pistol used by a 27-year-old male in a bank robbery. The trace revealed that a former FFL, using a current license issued to a Minnesota sports shop, sold the pistol. ATF initiated an investigation of the sports shop FFL, the former FFL, and a third defendant involved in the illegal transfers. The investigation revealed that the former FFL, using the license of the current FFL, purchased and then resold over 1,100 new and secondhand firearms without completing the required transaction paperwork. The investigation further revealed that many firearms were sold to youths at gun shows.

In October 1999, three defendants were indicted for 18 U.S.C. Section 371- Conspiracy to Commit a Federal Crime, 922(a)(1)(A)- Dealing in Firearms Without a License, 924(a)(1)(A)- Making False Statements in FFL Records, and 2- Aiding and Abetting the Commission of a Federal Crime. In June of 2000, all three pled guilty to misdemeanors, and were sentenced to 1 year probation, $1500 fine, and 100 hours community service.

**Theft of New and Used Firearms From Licensed Dealer for Use in Armed Robbery.** *Austin, TX.* On September 15, 1999, a Federal Firearms Licensee located in Austin, Texas, was burglarized. During the burglary, 24 new and used firearms and 5 bulletproof vests were stolen. These firearms included Sig Sauer 9mm, .40, and .45 semiautomatic pistols, a Heckler & Koch .45 semiautomatic pistol, a Colt .45 semiautomatic pistol, and a Smith & Wesson 9mm pistol. The ATF Austin Field Office was notified of the burglary and initiated an investigation. On September 24, 1999, an armed robbery occurred at an Austin jewelry store. Approximately $500,000 worth of jewelry was stolen. The armed robbers were subsequently tracked to a private residence in San Antonio, TX, via a tracking device, similar to devices used by banks, located in one of the stolen jewelry boxes. The San Antonio Police Department officers arrested three adult males ages 24, 25, and 27, who were in possession of the stolen jewelry as well as 11 firearms, and 5 bulletproof vests that were stolen from the Austin FFL. ATF Austin responded to San Antonio and attempted to interview the three suspects. All three suspects refused to cooperate.

ATF agents noticed one of the suspects had a freshly healing cut on his hand. Based on suspect blood that was left at the FFL burglary crime scene, coupled with the recovery of the items stolen from the Austin FFL, ATF agents obtained a Federal court order for a blood sample from this suspect for DNA analysis. ATF submitted the blood sample and recovered blood evidence to the State Police Laboratory, and a DNA analysis established that the recovered blood evidence from the FFL burglary matched the suspect. The suspect was indicted, which led to the suspect's cooperation. All three suspects were convicted in Federal court for the burglary of the FFL and robbery of the jewelry store. As part of this investigation, ATF was able to establish that the defendants had stolen the firearms from the FFL for use in the armed robbery of the jewelry store.

On June 9, 2000, the 24-year-old defendant pled guilty to 18 USC Sections 1951, Interference with Commerce by Robbery, and 924(e), Brandishing a Firearm During and in Relation to a Crime of Violence. He was sentenced to 130 months incarceration followed by 3 years of supervised release.

On June 9, 2000, the 25-year-old defendant pled guilty to 18 USC Sections 922(u), Theft of a Firearm from a Licensed Firearms Dealer, 1951, Interference with Commerce by Robbery, and 924(e), Brandishing a Firearm During and in Relation to a Crime of Violence. He was sentenced to 154 months incarceration followed by 3 years of supervised release. On June 9, 2000, the 27-year-old defendant pled guilty to 18 USC Sections 1951, Interference with Commerce by Robbery, and 924(e), Brandishing a Firearm During and in Relation to a Crime of Violence. He was sentenced to 130 months incarceration followed by 3 years of supervised release.

**Large-Scale Trafficking in Secondhand Firearms by Unlicensed Dealer at Gun Shows.** *Dallas, TX.* In January 1998, an informant provided information to ATF that a Dallas area 53-year old unlicensed dealer was selling firearms at gun shows and flea markets to anyone who walked up to his table. An undercover ATF agent purchased 2 Ruger 9mm semiautomatic pistols, a Rossi .357 revolver, a Taurus .38 revolver, and a Smith & Wesson .357 revolver. After these undercover purchases, a search warrant

was executed at the defendant's residence. All firearms obtained from the defendant were traced and examined by analyzing On-Line LEAD and multiple sales databases. A firearm recovered from a homicide was traced and determined to have been sold by the defendant. The defendant avoided Multiple Sale reporting requirements by obtaining firearms from other unlicensed sellers at flea markets and gun shows. ATF agents estimate that the defendant was illegally selling between 300 and 400 guns per year.

On May 7, 1999, the defendant was charged with 18 USC Section 922(a)(1)(A), Dealing in Firearms Without a License. On September 13, 1999 the defendant pled guilty and was sentenced to two years probation.

### Interstate Trafficking in New Firearms by Small-Scale Straw Purchasers. *New York, NY.* Between May 3, 1999, and July 19, 1999, an undercover NYPD detective purchased a total of 26 firearms from a 23 year-old defendant and a 24 year-old defendant in Manhattan. Twenty-five of these firearms were semiautomatic pistols, including 15 Jennings Bryco 38 .380 caliber pistols. One of the firearms was an AA Arms Model AP9 assault weapon. The firearms were traced by ATF and it was revealed that one of the defendants was purchasing firearms in Cleveland, Ohio, and transporting these firearms to New York. Based on analyses of trace data and multiple firearms sales data, ATF documented that these individuals were associated with 40 illegally transferred firearms.

On September 8, 1999, ATF obtained Federal arrest warrants in the Southern District of New York for both defendants. In October and November 1999, the two defendants were both arrested and charged with engaging in the business of dealing firearms without a license and conspiracy to commit a Federal crime.

On March 10, 2000, the 23 year-old defendant pled guilty to violating 18 USC Sections 922(a)(1)(A), engaging in the business of dealing firearms without a license, and 371, conspiracy to commit a Federal crime. On May 11, 2000, he was sentenced to 33 months imprisonment, which included an additional 18 month sentencing enhancement for the illegal possession of an assault weapon, and 3 years-supervised release in the Southern District of New York.

On June 7, 2000, the 24 year-old defendant pled guilty to violating two counts of 18 USC Sections 922(a)(1)(A), engaging in the business of dealing firearms without a license, and 371, conspiracy to commit a Federal crime. On October 6, 2000, he was sentenced to a total of 27 months imprisonment, which included an additional 17-month sentencing enhancement for the illegal possession of an assault weapon, and 3 years-supervised release in the Southern District of New York.

### In-State Trafficking of Secondhand Firearms Stolen from Private Residence to Juveniles.
*Tampa, FL.* On October 23, 1999, a 21 year-old defendant stole two Jennings 9mm semi-automatic pistols, a Mossberg 12 gauge shotgun, ammunition, and cash from a residence in Tampa, Florida. The defendant then sold the Mossberg 12 gauge shotgun to a juvenile. Several juveniles in and around the Tampa Bay area later used this shotgun in several armed robberies.

During an investigation of the armed robberies by ATF and the Tampa Police Department, the juvenile who originally purchased the shotgun from the defendant admitted to the crimes and identified the defendant as the source of the shotgun. The defendant was then interviewed by ATF and the Tampa PD and admitted to stealing several firearms and selling the shotgun to a juvenile who made statements that he needed the gun to commit a string of future robberies.

On February 16, 2000, the defendant was indicted for possession and/or transfer of a stolen firearm, 18 USC Section 922(j). On December 20, 2000, the defendant pled guilty to the charge. On May 7, 2001, the defendant was sentenced to 24 months incarceration followed by 24 months supervised release.

### Interstate Trafficking of New Firearms Straw Purchased by Spouse and Friend. *Atlanta, GA.*
This investigation was initiated in November 1999, after the multiple sales database, On-Line LEAD and information from the Georgia Bureau of Investigations revealed suspicious gun purchasing activities of a 25-year-old female. While maintaining surveillance of this female, ATF agents observed her purchase 3 new semiautomatic pistols from an