# Top Source Dealers of Crime Guns Recovered and Traced in 1999

- Recovered in Chicago
- Recovered in Illinois*

| Dealer | Recovered in Chicago | Recovered in Illinois* |
|---|---|---|
| Breit & Johnson SG (Elmwood park) | 711 | 730 |
| D A Inc (Riverdale) | 388 | 400 |
| Shore Galleries (Lincolnwood) | 311 | 329 |
| Midwest SG (Lyons) | 226 | 244 |
| Universal Firearms (Franklin park) | 199 | 215 |
| Suburban SG (Melrose park) | 175 | 187 |
| B & H Sports (Oak Lawn) | 174 | 175 |
| Ray Oherron (Oakbrook Terrace) | 145 | 147 |
| Bob's Sports HQ (Justice) | 101 | 110 |

*The number of crime gun traces submitted by Illinois includes those submitted by the City of Chicago

Bureau of Alcohol, Tobacco and Firearms, Crime Gun Analysis Branch





Crime Guns Traced to a Retail Dealer from Illinois Recoveries 1999

Guns Per Zip Code
- 350 - 706
- 175 - 349
- 60 - 174
- 20 - 59
- 5 - 19
- 1 - 4

Crime Gun Analysis Branch
01/05/2000

Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms



Crime Guns Traced to a Retail Dealer from Cook County Recoveries 1999

Guns Per Zip Code: 350 - 706, 175 - 349, 60 - 174, 20 - 59, 5 - 19, 1 - 4

Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms

Crime Gun Analysis Branch
01/05/2000



Crime Guns Traced to a Retail Dealer From Chicago Recoveries 1999

Guns Per Zip Code
- 350 - 706
- 175 - 349
- 60 - 174
- 20 - 59
- 5 - 19
- 1 - 4

Crime Gun Analysis Branch
01/05/2000

Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms

**Thefts from Firearms Dealers**
**Cook County 1998 to 1999**

Sports Au...
Midwest Sporting

Guns Reported Stolen
15 - 58
5 - 14
3 - 4
2
1

Crime Gun Analysis Branch
01/07/200

Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms

**Crime Guns Traced From Chicago to Cook County Dealers 1999**

Guns Per Dealer
- 395 - 723
- 234 - 394
- 101 - 233
- 37 - 100
- 0 - 36

Labels on map: Chuck's Gun Shop & Pistol Range (Galleries?), Universal Firearms, Donald Beltran, Midwest Sporting, D & H

Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms

Crime Gun Analysis Branch
01/07/2000

**LAKE MICHIGAN**

January 7, 2000

- 11TH DISTRICT
- 12TH DISTRICT
- 2ND DISTRICT

Department of the Treasury



# Crime Gun Recovery Locations* - 2nd District

*Calendar Year 1999

- ○ 2nd District Recoveries
- ● 2nd District Schools
- ☐ 2nd CHA
- ▭ 2nd District

- 1000 Foot Buffers -

Schools labeled: Raymond School, Mayo School, Attucks School, Phillips High School, Horner School, Doolittle School, Einstein School, Holy Angels School, Fuller School, Forestville North School, Mollison School, Overton School, Du Sable School, Farren School, Terrell School, Willard School, Saint Anne School, Moseley School, Carter School, Hales Franciscan High School, Burke School

0  0.6  1.2  1.8 Miles

Department of the Treasury
Bureau of Alcohol, Tobacco & Firearms
January 7, 2000







Crime Gun Recovery Locations* - 11th District
*Calendar Year 1999 - 1000 Foot Buffers

Legend: 11th Recoveries, 11th CHA, 11th District Schools

Department of the Treasury — January 7, 2000





Top Crime Guns Recovered within 1000 Ft. of a School in the 11th District

By Manufacturer and Caliber

1999

| Manufacturer/Caliber | Count |
|---|---|
| Lorcin .380 | 30 |
| S & W .38 | 21 |
| Lorcin 9mm | 19 |
| S & W 9mm | 16 |
| S & W .357 | 16 |
| Bryco .357 | 15 |
| Bryco .380 | 15 |
| Raven .25 | 15 |
| Ruger 9mm | 15 |
| Taurus .38 | 15 |
| Intratec 9mm | 15 |
| Rossi .38 | 10 |
| Highpoint 9mm | 10 |
| H & R .32 | 10 |
| Taurus .357 | 9 |
| | 9 |
| | 9 |

Bureau of Alcohol, Tobacco and Firearms, Crime Gun Analysis Branch

# Crime Gun Recovery Locations* - 12th District

**Calendar Year 1999**

- ○ 12th Recoveries
- ● 12th District Schools
- ☐ 12th CHA

**— 1000 Foot Buffers**

Schools labeled on map:
- John Philip Sousa School
- Riis School
- Medill School
- Saint Procopius High School
- Jungman School
- Walsh School
- Komensky School
- Jirka School
- Chicago Sanitary & Ship Canal
- McKinley School
- Herbert School
- Chicago Junior College
- Montefiore School
- Allen School
- Pickard School
- Froebel School
- Cooper School
- Saint Pius High School

Scale: 0 — 0.6 — 1.2 — 1.8 Miles

January 7, 2000

Department of the Treasury
Bureau of Alcohol, Tobacco & Firearms

# Crime Gun Recovery Locations* - 12th District

**Legend:**
- *Calendar Year 1999
- Frequency: 1, 2, 3, 4-6, 7-11
- ● 12th District Schools
- □ 12th CHA
- — 1000 Foot Buffers

**Labeled schools:** John Philip Sousa School, Riis School, Saint Procopius High School, Jungman School, Walsh School, Komensky School, Jirka School, Chicago Sanitary & Ship Canal, Saint Pius High School, Cooper School, Froebel School, Pickard School, Medill School, Allen School, Montefiore School, Chicago Junior College, Herbert School, McKinley School

Scale: 0 — 0.6 — 1.2 — 1.8 Miles

Department of the Treasury
Bureau of Alcohol, Tobacco & Firearms

January 7, 2000

