# Recovery Locations Involving Chuck's Gun Shop

11TH DISTRICT
12TH DISTRICT
LAKE MICHIGAN
Chicago Sanitary & Ship Canal
2ND DISTRICT
Calendar Year 1999
Chucks Recoveries
CHA
Districts
0
2
4
6 Miles

Department of the Treasury

January 7, 2000

Recovery Locations Involving Chuck's Gun Shop
Within District 2
LAKE
MICHIGAN
Horner School
Du Sable School
Terrell School
Moseley School
Burke School
Calendar Year 1999
Frequency (C)
1
2
3 - 5
2nd District Schools
2nd CHA
- 1000 Foot Buffers -
0
0.7
1.4
2.1 Miles
Department of the Treasury
January 7, 2000

Recovery Locations Involving Chuck's Gun Shop
Within District 11
* Calendar Year 1999
Chucks Recoveries
11th CHA
11th District Schools
- 1000 Foot Buffers -
Marconi School
Delano School
Marshall High School
Hefferan School
Department of the Treasury
0
0.4
0.8
1.2
1.6 Miles
January 7, 2000

# Recovery Locations Involving Chuck's Gun Shop Within District 12

Herbert School

John Philip Sousa School

Saint Ignatius High School

Foster School

- 1000 Foot Buffers -

Chicago Sanitary & Ship Canal

**Calendar Year 1999**

- Chucks Recoveries
- 12th District Schools
- 12th CHA

0 0.6 1.2 1.8 Miles

Department of the Treasury

January 7, 2000

# Recovery Locations Involving Breit & Johnson Sporting Goods

LAKE MICHIGAN
11TH DISTRICT
12TH DISTRICT
Chicago Sanitary & Ship Canal
2ND DISTRICT
Cottage Grove
King
Calendar Year 1999
B & J Recoveries
2nd CHA
2nd District
0
2
4
6 Miles

Department of the Treasury

January 7, 2000

# Recovery Locations Involving Breit & Johnson Sporting Goods Within District 2

Department of the Treasury

January 7, 2000

Recovery Locations Involving Breit & Johnson
Sporting Goods Within District 11
Calendar Year 1999
Frequency
1
2
11th CHA
11th District Schools
- 1000 Foot Buffers -
Our Lady of the Angels School
Ryerson School
Hefferan School
Providence High School
Saint Meland School
Manley High School
Calhoun School
0
0.6
1.2
1.8 Miles
Department of the Treasury
January 7, 2000

Recovery Locations Involving Breit & Johnson
Sporting Goods Within District 12
- 1000 Foot Buffers -
Calendar Year 1999
B & J 12rec
12th District Schools
12th CHA
12th District
Riis School
Montefiore School
Saint Ignatius High School
Pickard School
Medill School
Saint Procopius High School
Jungman School
Froebel School
Komensky School
Cooper School
Chicago Sanitary & Ship Canal
Saint Plus High School
Department of the Treasury
0
0.7
1.4
2.1 Miles
January 7, 2000

# Crime Guns Traced with Obliterated Serial Numbers
# Seventh Police District Chicago 1999

Englewood HS
Lindblom HS
Visitation HS
Harper HS
Recovery Address
2
1
Home Address
High Schools

**Department of the Treasury**
**Bureau of Alcohol, Tobacco and Firearms**

**Crime Gun Analysis Branch**
**01/07/2000**



Model
C
CF
Home Address
Hi-Point Model C and CF
Semiautomatics with
Obliterated Serial Numbers
1999 Recoveries
Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms
Crime Gun Analysis Branch
01/07/2000

Crime Guns With Obliterated
Serial Numbers Recovered
from Black Gangster Disciples
1999
Recovery Address
2
1
Home Address
Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms
Crime Gun Analysis Branch
01/05/2000

Crime Guns with Obliterated
Serial Numbers Chicago 1999
Recovery Address
Recovery Address
Frequency
2
1
Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms
Crime Gun Analysis Branch
01/05/2000

Crime Guns with Obliterated
Serial Numbers Chicago 1999
Possessor's Home Address
Offender Address
Individuals per Address
5 - 6
4
3
2
1
Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms
Crime Gun Analysis Branch
01/06/2000

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
Regional Crime Gun Information Center (RCGC)
THE DEPARTMENT OF THE TREASURY
U S
SPECIAL AGENT
Acquisition of Data
OBJECTIVE
Acquisition of Information Intelligence
Recovered Firearms (Tracing)
Incident Reports
Ballistics Reports
Property Reports
Miscellaneous Reports
Command Center Desk
OBJECTIVE
Responding to Inquiries (Command Post) and Requests for Assistance
Recovered Firearms Needing Immediate Response
1. Immediate Interviews of Suspects and Potential Informants
2. Controlled Deliveries
3. Other Responses TECS-NCIC-DMV-CCH-Trace Results, etc
Analysis of Data
OBJECTIVE
Analysis of Information/ Intelligence
Trafficking Investigations
Mapping Hot Spots for Crime Prevention
Triggerlock Investigations
NIBIN

# Functions of the Regional Crime Gun Center

- *Provide "One Stop Shopping" for Information about Crime Guns and the Criminals Behind the Guns*
- *Prepare Special Statistical and Analytical Reports as Requested by Police Commanders*
- *Conduct Research to Support Investigators and Police Officers*
- *Conduct Daily Analysis of Trace Data to Identify Gun Traffickers*
- *Produce Reports Identifying Developing Patterns and Trends*
- *Disseminate Investigative Leads*
- *Answer Questions Relating to Firearms*
- *Respond to Crime Scenes as Needed*
- *Coordinate with the HIDTA Regional Intelligence Center to Identify Armed Drug Traffickers and Their Sources of Crime Guns*
- *Record and Transfer Daily Crime Gun Trace Data to the ATF National Tracing Center*
- *Operate 7 Days a Week*





# Looking For Trafficking Patterns




# RECOMMENDATIONS

- Trace All Crime Guns
- Create a Firearms Regional Crime Gun Center
- Attempt to Restore Serial Numbers on Crime Guns with Obliterated Serial Numbers



# ATF Will:

- Provide ETSS and Train Personnel
- Coordinate Regional Crime Gun Center
- Work Cooperatively as a Team to Identify and Investigate Illegal Firearms Trafficking Operations





# RESULTS

- **Comprehensive Data Available for Analysis**
- **Illegal Traffickers Identified and Prosecuted**
- **Officer Safety Enhanced**
- **Trends and Patterns Identified**

- ***LOWER VIOLENT CRIME RATES***
- ***COMMUNITY FEELS SAFER!***

Crime Gun
Analysis
Branch
ATF
LEAD
THE DEPARTMENT OF THE
TREASURY
SPECIAL AGENT
ILLINOIS STATE POLICE