# Exhibit 62

U.S. Department of Justice

Office of Legislative Affairs

Office of the Assistant Attorney General

Washington, D. C. 20530

October 21, 2010

The Honorable Mike Quigley
U.S. House of Representatives
Washington, D.C. 20515

Dear Congressman Quigley:

This responds to your letter to the Attorney General dated September 9, 2010, regarding H.R. 2296/S. 941, the "ATF Reform and Firearms Modernization Act." Enclosed please find information responsive to your request for certain data for fiscal years 2008 and 2009. The numbered responses in the enclosure correspond to the numbered paragraphs in your request.

We hope this information is helpful. Please do not hesitate to contact this office if we may provide additional assistance regarding this or any other matter.

Sincerely,

Ronald Weich
Assistant Attorney General

Enclosure

1. The total number of federally licensed firearms "dealers," defined as Type 1 and Type 2 firearms licensees (Type 1 licensee is a retail dealer in firearms; Type 2 licensee is a retail dealer in firearms who also receives firearms in pawn):

   FY 2008: Type 01 = 48,261    Type 02 = 6,687    Total = 54,948
   FY 2009: Type 01 = 47,509    Type 02 = 6,675    Total = 54,184

2. The total number of "dealer inspections," defined as inspections conducted by ATF for compliance with federal firearms laws and regulations (i.e., not application inspections):

   FY 2008: 11,170    FY 2009: 11,375

3. The total number of dealer inspections that included inventory reconciliations:

   FY 2008: 11,170    FY 2009: 11,375

4. The total number of guns missing from the inventory of inspected dealers before and after reconciliation:

   FY 2008: 116,499/22,803    FY 2009: 112,408/28,325

5. The total number of inspected dealers that were found by ATF to have guns missing from inventory:

   FY 2008: 1,004    FY 2009: 745

6. The total number of inspected dealers that were found to have violated federal laws and regulations:

   FY 2008: 4,071    FY 2009: 3,260

7. The total number of violations found by ATF during inspections of dealers, and three most common violations:

   FY 2008: 17,981    FY 2009: 14,067

   The top three violations in each year were:

   a. failure to record, or to timely record, information in the record of acquisition and disposition of firearms;
   b. failure to ensure that firearms purchasers completely and accurately completed ATF Form 4473;
   c. failure of the FFL to completely and accurately complete ATF Form 4473 according to the instructions on the form.

8. A breakdown of responses recommended by ATF inspectors and ATF investigators to those violations including but not limited to recommendations to:

    a. revoke licenses, or deny renewal
    b. no recommendation due to surrender of license
    c. warning letter
    d. warning Conference
    e. report of violations

| FY | FFLs Inspected | Revocation or Deny Renewal | Surrender in lieu of Administrative Action | Warning Letter | Warning Conference | Report Of Violations (only) |
|---|---|---|---|---|---|---|
| 2008 | 11,170 | 94 | 8* | 1,450 | 1,124 | 1,263 |
| 2009 | 11,375 | 64 | 36 | 1,207 | 877 | 1,076 |

*NOTE: The difference between 4,071 in question six (for FY 2008) and 3,939 in this question is represented by 132 FFLs who voluntarily surrendered their license before, during, or after an inspection. There were no notices of adverse action of any kind served on any of those 132 FFLs. The surrender was solely a decision made by the FFL for reasons unknown to ATF.

9. For dealers inspected in each fiscal year:

    a. The number of proceedings initiated by ATF to revoke licenses or deny renewals:

        FY 2008: 80     FY 2009: 100

    b. The number who voluntarily surrendered licenses:

        FY 2008: 8     FY 2009: 36

    c. The number of dealer licenses ultimately revoked or denied renewal:

        FY 2008: 94     FY 2009: 64

    d. The number of proceedings to revoke or deny renewal still pending, within ATF or in the courts:

| Pending in ATF: | | FY 06 | FY 07 | FY 08 | FY 09 | FY 10 |
|---|---|---|---|---|---|---|
| Revocations: | | 1 | 0 | 4 | 14 | 35 = 54 |
| Denials: | | 0 | 1 | 0 | 3 | 8 = 12 |

| Appeals: | FY 06 | FY 07 | FY 08 | FY 09 | FY 10 |
|---|---|---|---|---|---|
| District Court | 0 | 0 | 6 | 4 | 0 = 10 |
| Circuit Court | 0 | 3 | 2 | 0 | 0 = 5 |
| TOTAL PENDING: | | | | | 81 |

10. For dealers who were inspected in each fiscal year and ultimately had their licenses revoked or were denied renewal by ATF:

    a. The total number of violations by those dealers, including all prior violations

       The total number of violations cited for the 94 FFLs who were revoked in FY 2008 (on the revocation inspections only) was 675.

       The total number of violations cited in prior years for these same FFLs was 511.

       The total number of violations cited for the 64 FFLs who were revoked in FY 2009 (on the revocation inspections only) was 503.

       The total number of violations cited in prior years for these same FFLs was 608.

    b. The total number of guns found missing during inspections by ATF, including guns found to be missing in all prior years:

       The total number of guns found missing from the 94 FFLs who were revoked in FY 2008 (on the revocation inspections only) was 6,416.

       The total number of guns found missing from these same 94 FFLs in prior years was 2,882.

       The total number of guns found missing from the 64 FFLs who were revoked in FY 2009 (on the revocation inspections only) was 1,965.

       The total number of guns found missing from these same 64 FFLs in prior years was 866.

    c.  The number of dealers who had received warnings by ATF before the license revocation process was initiated:

        The 40 FFLs revoked in FY 2008 received a total of 55 warnings prior to initiation of the revocation process.

        The 33 FFLs revoked in FY 2009 received a total of 38 warnings prior to initiation of the revocation process.

    d.  The total number of ATF revocations or denials of renewals that have been challenged in court and whether the adverse actions were upheld or reversed are:

        Since 2001, 81 revocations and/or denials have been challenged by FFLs. Of those 81 cases, seven are still pending; and 74 decisions have been rendered. Of the 74 decisions rendered by the courts, 70 were favorable to ATF.

11. For dealers who were inspected in each FY and ultimately surrendered their licenses:

    a.  The total number of violations by those dealers, including all prior violations Eight (8) FFLs surrendered their licenses in FY 2008 after receiving a Notice of Revocation/Denial. The total violations cited on those dealers, including all prior violations, was 36.

        Thirty-six (36) FFLs surrendered their licenses in FY 2009 after receiving a Notice of Revocation/Denial. The total violations cited on those dealers, including all prior violations, was 392.

    b.  The total number of guns found missing during inspections by ATF, including guns found to be missing in all prior years:

        The total number of guns found to be missing from the eight FFLs who surrendered their licenses in lieu of revocation/denial in FY 2008, including all prior years, was 169.

        The total number of guns found to be missing from the 36 FFLs who surrendered their licenses in lieu of revocation/denial in FY 2009, including all prior years, was 1,957.

    c.  The number of dealers who had received warnings by ATF before the surrender process was initiated:

        The number of dealers who surrendered their licenses in FY 2008 who had received a prior warning from ATF was one.

The number of dealers who surrendered their licenses in FY 2009 who had received a prior warning from ATF was 11.

It should be noted here that even these FFLs surrendered their licenses after receiving a Notice of Revocation or Denial, the surrender was a decision made by the FFL, not an action taken by ATF. These licenses were neither revoked nor denied.

# Exhibit 63

A Study of Gun Stores with
Over 200 Crime Gun Traces (1996-2000)

January 2004

# SELLING CRIME

## High Crime Gun Stores
## Fuel Criminals



americansfor
gunsafety
foundation



**americans**for
**gunsafety**
foundation

# Selling Crime:
# A Handful of Gun Stores Fuel Criminals

### A Study of Gun Stores with
### Over 200 Crime Gun Traces (1996-2000)

### January 2004

# Table of Contents

**INTRODUCTION**

**Finding I:**   A very small number of gun stores are the source of a large number of crime guns.

**Finding II:**   Most high crime gun stores remain open and they are rarely inspected by federal agents.

**Finding III:**   Federal laws to crack down on corrupt gun stores are almost never enforced.

**CONCLUSION**

**Appendix I:**   The 120 gun stores with the most crime gun traces.

**Appendix II:**   High crime gun stores and audit records by state.



# Introduction

A small number of the nation's 80,000 gun dealers are flooding America's streets with crime guns – yet Washington rarely investigates, shuts down or prosecutes most of these high-crime dealers.

In the past, the Bureau of Alcohol, Tobacco and Firearms (ATF) has shown that approximately 1% of the nation's gun stores are the source of 57% of the firearms traced to crimes. Yet ATF has never released the names of the most egregious stores – the stores that habitually sell guns that are later used in crimes. This report is the first ever to identify the nation's high crime gun stores, disclosing the top 120 high crime gun dealers across 22 states – using ATF data from 1996-2000, the most recent data available. It also reveals, for the first time publicly, the ATF's track record in auditing these dealers (from 2000 to 2003) and details the violations committed by these high crime dealers.

Americans for Gun Safety Foundation believes that the public has a right to know if there are high crime gun dealers operating in their community – and what steps the Department of Justice/ATF is taking to regulate, shut down and/or prosecute these potentially dirty dealers. Moreover, the vast majority of gun dealers, who are honest and follow the law, should not be tarred by a few dealers who sell an inordinate number of crime guns.

Consider the same situation in another consumer industry: If the Food and Drug Administration determined that 57% of the e coli bacteria cases were caused by 1% of the nation's fast food restaurants, consumers would have a right to know the names of the businesses associated with the problem. A restaurant with zero cases should not be tarred by the poor performance of others; a restaurant with many cases should not be protected by anonymity.

 Americans for Gun Safety Foundation believes that the public has a right to know if there are high crime gun dealers operating in their community...

Yet the secrecy around these dealers has had exactly the opposite effect, with many of them still open for business and selling crime guns. Of the top 35 high crime dealers, with 500 or more crime guns traced to their store, *all but three* are operating today. Consider the case of Chuck's Guns, in Riverdale, Illinois, the largest source of crime guns in America. Undercover detectives visited Chuck's Guns to make undercover straw purchases 17 times – so often that they were on a first name basis with the store clerks; a gun traced to this dealer was even used to kill a Chicago police officer. Yet the store remains open and no one from the store has served a day in prison.

Finally, the report demonstrates, using Department of Justice data, that not only are these dealers investigated inadequately, but the federal laws designed to crack down on corrupt gun stores are almost never enforced, with a 25% decline in prosecutions under the Bush Administration.

## Background on Methodology:

Between 1996 and 2000, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) successfully completed 373,006 crime gun traces for police. A trace provides law enforcement with three important pieces of information: the name of the store that first sold the gun, the person who purchased it, and the date it was sold. As a single piece of information, a crime gun trace can sometimes provide a critical lead in a case. In the aggregate, this information can illustrate gun trafficking patterns and highlight high crime and potentially corrupt gun stores.

Using information obtained by the National Association for the Advancement of Colored People and analyzed by the National Economic Research Associates (NERA) for the NAACP's lawsuit against the firearm industry, this is the first report to ever identify the nation's high crime gun stores by name.[1] Although the data contains all dealers with at least 25 firearm traces, for purposes of this report, Americans for Gun Safety Foundation has narrowed the list down to only those dealers with at least 200 suspicious traces. These suspicious traces are defined by ATF as a handgun or assault rifle recovered from a criminal or in a crime that has at least one of the following trafficking indicators–

---

[1]  Evidence linking actual firearm dealers with trafficking indicators and crime gun sales was first made public by Lucy Allen, an economist at the National Economic Research Associates (NERA) for the NAACP at the trial of *National Association for the Advancement of Colored People v. Acusport, et. al.* 99 CV 3999 (JBW) and 99 CV 7037 (JBW). The trial was conducted in the United States District Court for the Eastern District of New York.



- an obliterated serial number (between 5% and 10% of crime guns have had their serial numbers defaced),

- was recovered in a crime within 3 years of first being sold (about 35% of all crime guns are three years of age or younger),

- was part of a multiple purchase in which more than one handgun was sold to one individual (a handgun bought in a multiple purchase is 4 times more likely to be used in a crime than other guns),

- was recovered in a state other than where it was bought (about 35% of all crime guns crossed state lines before being recovered by police in a crime),

- was one of several firearms recovered in a crime that was traced to the same buyer,

- was sold by a dealer who is habitually unhelpful to police in completing crime gun traces, or

- was traced back to a store that repeatedly reports firearm thefts.

In addition, Americans for Gun Safety Foundation has obtained data from the Department of Justice through the Freedom of Information Act which shows whether these high crime gun stores have been audited by ATF and whether they were found to have violations. These violations range from failing to keep the records required by the Brady Law on each firearm sale to willfully selling guns to persons prohibited by law from possessing firearms.

In 1998, ATF issued a directive to focus its investigative resources on precisely the same high crime dealers that are revealed in this report. The data obtained by Americans for Gun Safety Foundation will determine whether this directive has been followed. Are high crime dealers being investigated more frequently? Do they have more violations than other stores? Are they being shut down or prosecuted when they break the law?

3

As a note of caution, just because a store is on the list of high crime gun stores does not mean the store is engaging in illegal behavior. It is possible that some of these stores do such a high volume of business that it is inevitable that some firearms will be used in crimes. However, the analysis conducted by NERA takes into account the number of firearms sold by the dealer, recognizing that dealers with a high sales volume may have high crime gun trace numbers. The analysis revealed that the size of the dealer alone does not account for high numbers of crime gun sales.[2] The NERA analysis disclosed that 14% of dealers were responsible for <u>all</u> traces of handguns for 1995 through 2000, and 7% of dealers were responsible for <u>all</u> traces of handguns recovered in crimes committed less than three years after the original sale of the gun.

In some cases, stores are located near high crime areas and the likelihood that their guns will be used in a crime is greater than for stores in remote areas. However, to be sure, many stores that are located in high crime areas are not among the top crime gun dealers.

In at least one case, a California store was the victim of a theft in which more than 1,000 firearms were stolen during the Los Angeles riots. These stolen firearms continue to show up in crimes.

But there are more than 80,000 individuals and businesses that are licensed to sell firearms in this country, and these high crime stores represent the tiny sliver that habitually sell firearms that are recovered in crimes. In addition, they sell handguns that are later recovered by law enforcement and these guns exhibit indictors that lead federal agents to believe that they were trafficked. These 120 of the highest crime gun stores represent slightly more than one-tenth of one percent of all licensed dealers, but are the source of 15% of the nation's crime guns.

---

[2] The relationship of the trafficking indicators to crime gun sales was tested statistically. NERA calculated the number of traced handguns that were associated with a trafficking indicator as a percentage of gun sales. The Bureau of Alcohol, Tobacco, Firearms and Explosives published virtually the same list of indicators based on its historical investigative efforts.



## Results in Brief:

### Finding #1 – A very small number of gun stores are the source of a large number of crime guns.

- 120 gun stores were the source of at least 54,694 guns traced to crimes committed between 1996 and 2000.
- These stores, representing slightly more than one-tenth of one percent of the nation's gun stores, were the source of 15% of crime gun traces over this period.
- Each of these 120 stores had a minimum of 200 crime gun traces, while 6 stores had more than one thousand and two stores had more than two thousand crime gun traces.
- These 120 stores were spread out among twenty-two states with Indiana (14 stores), Illinois (13 stores), Georgia (13 stores), Virginia (13 stores), and Maryland (11 stores) being home to the most high crime gun stores.

### Finding #2 – Most high crime gun stores remain open and they are rarely inspected by federal agents.

- 96 of these high crime stores remain open and some that have shut down have reopened with virtually the same ownership.
- Having a large number of suspicious crime gun traces seems to have no bearing on whether the store will be inspected by agents. Of the 96 high crime stores that remain open, only 24 (25%) have been audited during the last three and one-half years.
- When they are inspected, high crime gun stores are three times as likely to have committed violations than other stores. Of the 24 high crime stores that were audited, 18 were found to have one or more violations ranging from failure to keep proper records to selling firearms to prohibited individuals. Seven stores had more than 5 violations.

### Finding #3 – Federal laws to crack down on corrupt gun stores are almost never enforced.

- The number of federal cases brought against corrupt dealers has declined by 25% from the last year of the Clinton Administration – from 36 cases in FY2000 to 27 in FY2002.
- Federal prosecutors in 22 states that are home to 29,418 dealers filed zero cases against gun stores in 2002.
- 58 of the 120 high crime dealers reside in the twenty-two states that had zero dealer prosecutions in FY2002.



**FINDING 1**

# A very small number of gun stores are the source of a large number of crime guns.

**"One Indiana gun dealer sold more than 900 cheap pistols in 1997 alone to multiple-handgun buyers, the same dealer ranks as Indiana's leading source of guns seized from criminals."[3]**

According to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the leading source of firearms recovered in illegal gun trafficking operations is corrupt gun stores. ATF wrote in a June 2000 report that "[Licensed dealers] were associated with by far the highest mean number of illegally diverted firearms per investigation, over 350, and the largest total number of illegally diverted firearms, as compared to the other trafficking channels."[4]

As further proof that a handful of gun stores are a major source of crime guns, ATF has previously released reports showing that about 1% of the nation's gun dealers are the source of 57% of the guns traced to crime. But ATF has never released a public list of high crime gun stores or the number of firearms particular stores had traced to crimes.

Americans for Gun Safety Foundation is, for the first time, releasing such information and is the first to disclose the names of the gun stores that sold the most firearms that were traced to crimes committed between 1996 and 2000.[5] This data was obtained from litigants against the firearms industry and includes only data from gun traces with trafficking indicators. These traces are defined by ATF as a handgun or assault rifle recovered from a criminal or in a crime that has at least one of the following characteristics–

- an obliterated serial number (between 5% and 10% of crime guns have had their serial numbers defaced),

- was recovered in a crime within 3 years of first being sold (about 35% of all crime guns are three years of age or younger),

---

[3] *The Denver Post*, "The gun pipeline in Colorado," David Olinger, December 19, 1999.

[4] Bureau of Alcohol, Tobacco, Firearms, and Explosives, "Following the gun: enforcing federal laws against firearms traffickers," June 2000.

[5] As noted earlier, this information was provided as evidence at the trail of the NAACP v. Acusport, et. al., 99 CV 3999 (JBW) and 99 CV 7037 (JBW).



- was part of a multiple purchase in which more than one handgun was sold to one individual (a handgun bought in a multiple purchase is 4 times more likely to be used in a crime than other guns),
- was recovered in a state other than where it was bought (about 35% of all crime guns crossed state lines before being recovered by police in a crime),
- was one of several firearms recovered in a crime that was traced to the same buyer,
- was sold by a dealer who is habitually unhelpful to police in completing crime gun traces, or
- was traced back to a store that repeatedly reports firearm thefts.

In addtion to these trafficking indicators, NERA utilized two additional indicators: (1) having more than one federal firearm license for the same retail location, and (2) buying guns that were later used in crime from a licensed dealer far from the stated address of the buyer. NERA determined that when a high crime gun store has multiple operating licenses or when buyers bypass local gun stores in favor of those far away, these factors are indicators of trafficking.

In practical terms, what this distinction means is that the number of crime guns pegged to a particular store in this report represents only suspicious traces and may not include some other firearms (like a shotgun) that were used in crimes that came from the same store.

In addition, being named as a high crime gun store does not necessarily mean a store is corrupt. One licensed dealer, Western Surplus of California, had more than a thousand firearms stolen during the Los Angeles riots. Those firearms continue to be recovered in crimes.

Some stores are located in high crime areas and are more likely to sell firearms that are used in crime. Although, it should be noted, that many gun stores in high crime areas are not on the list. Also, some stores simply sell more guns than other stores. Ray's Guns in New Jersey is reportedly one of the highest selling dealers in the northeast and ranks 78th in the nation as a high crime dealer. The NERA analysis disclosed that 14% of dealers were responsible for all traces of handguns for 1995 through 2000, and 7% of dealers were responsible for all traces of handguns recovered in crimes committed less than three years after the original sale of the gun.

Still, these stores are the source of so many crime guns as compared to other gun stores, that they raise suspicion. They represent the select few – slightly more than one-tenth of one percent of licensed gun dealers – that had at least 200 guns that they sold traced to crimes committed between 1996 and 2000. And these crime guns represent only those that ATF deems as an indicator of further illegal activity, particularly gun trafficking.

## 120 High Crime Gun Stores Supply Criminals

120 gun stores were the source of at least 200 crime gun traces between 1996 and 2000. These 120 gun stores, representing roughly one-tenth of one percent of the nation's licensed gun dealers, were the source of at least 54,694 crime guns and nearly 15% of all guns traced to crime during this period.

These 120 gun stores are located in 22 different states. And half of the high crime stores are located in just five states: Indiana, Illinois, Virginia, Georgia and Maryland.

Of the 120 high crime gun stores, two of them, Chuck's Guns in suburban Chicago and Don's Guns in Indianapolis, sold at least 2,000 firearms that were recovered in crime during this period. Four other stores sold between 1,000 and 2,000 guns that were traced to crime. One of them, R&B Guns in Hampton, Virginia is operated by Richard Norad out of his home. He had 1,116 crime guns traced back to him during this period.[7] A total of 35 stores had at least 500 crime gun traces.

The second table lists the top 35 high crime gun stores. The complete list of the 120 stores with at least 200 crime gun traces is printed in the back as Appendix 1.

The Number of Licensed gun stores in each state that had at least 200 crime gun traces between 1996 and 2000

| State | Number of High Crime Gun Stores |
|---|---|
| Indiana | 14 stores |
| Illinois | 13 |
| Virginia | 13 |
| Georgia | 13 |
| Maryland | 11 |
| Arizona | 7 |
| Ohio | 6 |
| California | 6 |
| Tennessee | 5 |
| Florida | 5 |
| Pennsylvania | 5 |
| Alabama | 4 |
| Louisiana | 3 |
| Missouri | 3 |
| Texas | 3 |
| North Carolina | 2 |
| Wisconsin | 2 |
| Kansas | 1 |
| Minnesota | 1 |
| New Jersey | 1 |
| Colorado | 1 |
| New Mexico | 1 |
| **Total** | **120 Gun Stores** |

---

[6] NERA analysis is based on Bureau of Alcohol, Tobacco, Firearms, and Explosives data admitted at trial as Exhibit Allen 30 in NAACP v. Acusport et. al.

[7] *Newport News*, "State Police arrest gun dealer; R&B Guns' owner charged in ID failures," May 18, 2000.

8



| Licensed Firearm Dealers with at least 500 Crime Gun Traces (1996-2000)[8] | | | |
|---|---|---|---|
| **Name** | **City** | **State** | **Trace** |
| Chucks Guns | Riverdale | IL | 2370 |
| Dons Guns & Galleries, Inc | Indianapolis | IN | 2294 |
| Badger Outdoors, Inc | West Milwaukee | WI | 1906 |
| Southern Police Equipment Company, Inc. | Richmond | VA | 1181 |
| R&B Guns | Hampton | VA | 1116 |
| Lakewood Avenue Pawn Shop Inc | Decatur | GA | 1024 |
| Firing Pen, Inc. | East Point | GA | 962 |
| Atlantic Gun & Tackle Dist. Co, Inc | Beford Heights | OH | 909 |
| Realco Guns, Inc | Forestville | MD | 897 |
| Eliots Small Arms, LLC | Jefferson | LA | 890 |
| Chalmette Jewelry, Inc. | Chalmette | LA | 856 |
| Hyatt Coin & Gun Shop, Inc. | Charlotte | NC | 847 |
| Bradis Inc | Camby | IN | 820 |
| Baltimore Gunsmith* | Baltimore | MD | 794 |
| Pop Guns | Indianapolis | IN | 745 |
| Universal Firearms Ltd. | Franklin Park | IL | 738 |

continued on next page

 ...half of the high crime stores are located in just five states: Indiana, Illinois, Virigina, Georgia and Maryland.

---

[8]  NERA analysis is based on Bureau of Alcohol, Tobacco, Firearms, and Explosives data admitted at trial as Exhibit Allen 30 in NAACP v. Acusport et. al.

**continued**

| Name | City | State | Trace |
|------|------|-------|-------|
| Josephs Jewelry & Loan Company, Inc. | Indianapolis | IN | 734 |
| Suburban Sporting Goods | Melrose Park | IL | 712 |
| Arrowhead Pawn Shop, Inc. | Jonesboro | GA | 705 |
| Westforth Sports, Inc. | Gary | IN | 694 |
| Lee, Billy and Susan (The Gun Store) | Doraville | GA | 646 |
| Fetlas Bargain Center, Inc. | Valparaiso | IN | 643 |
| Lass Supply | Tucson | AZ | 629 |
| Guns and Ammo | Memphis | TN | 610 |
| Chicago Ridge Gun Shop & Range | Chicago Ridge | IL | 603 |
| Shawnee Gun Shop Inc. | Overland Park | KS | 588 |
| Lou's Gun Shop and Police Supply, Inc. | Hialeah | FL | 574 |
| Vance's Shooters Supplies, Inc. | Columbus | OH | 556 |
| Green Top Sporting Goods, Corp. | Glen Allen | VA | 554 |
| West of the Pecos, Inc. | Tucson | AZ | 551 |
| Cash Indiana Inc. | Lake Station | IN | 537 |
| Turner & Barnett | Huntsville | AL | 537 |
| Degoff's, Inc. | Mechanicsville | VA | 534 |
| KS&E Sports | Indianapolis | IN | 529 |
| Blythes Sport Shop, Inc. | Griffith | IN | 514 |

**All but three of these gun stores – R&B Guns in Virginia, Turner & Barnett in Alabama, and the Firing Pen in Georgia – remain open for business.**

\* Baltimore Gunsmith now sells only at Maryland gunshows according to store employees.





## Most high crime gun stores remain open and they are rarely inspected.

**FINDING 2**

> "First, a male agent asked questions about the guns, discussed which guns he wanted and said he would pay for them. Then, the female agent stepped up to buy the guns. The pawnshop operators asked her only if she was the actual purchaser."[9]

**The Colorado store eventually had its license to sell firearms revoked.**

As indicated earlier, ATF developed a series of trafficking indicators that assist in identifying potentially corrupt firearm dealers. These indicators include: (1) firearms recovered with obliterated serial numbers; (2) firearms recovered in a crime within 3 years of first being sold; (3) incomplete traces due to an unresponsive firearm dealer; (4) dealers who frequently report firearms stolen or lost, (5) multiple crime guns traced to a dealer, (6) crime guns recovered in a state other than where it was originally bought, and (7) instances where other crime guns were traced back to the same original retail buyer.[10]

In 1998, ATF began an initiative called "focused inspections," which requires them to select firearm dealers for inspection based on these trafficking indicators. According to ATF, inspections are important because "while a trafficking problem can be suggested by these indicators, further information, which can be gathered through regulatory inspections and criminal investigations, is required to determine whether trafficking has actually occurred, what form it is taking and who is responsible."[11]

Between January 1, 2000 and May 31, 2003, ATF conducted 16,611 inspections of firearm dealers. During those inspections, 23,694 violations were discovered. Despite the numerous inspections, it seems that whether a dealer has a large number of suspicious traces has no bearing on the likelihood that a dealer will be inspected.[12]

Of the 120 firearm dealers who have had at least 200 suspicious crime gun traces, 96 remain in business today. And of these 96, only 24 had been inspected between January 1, 2000 and May 31, 2003.

---

[9] *Rocky Mountain News*, "Charges in gun-selling case dismissed; plea agreement bans 3 from peddling firearms," November 9, 2002.

[10] Bureau of Alcohol, Tobacco, Firearms and Explosives, Commerce in Firearms in the United States: 2000, February 2000

[11] Ibid.

[12] The inspection records obtained from the Department of Justice include any time the Bureau of Alcohol, Tobacco, Firearms and Explosives visited a dealer to review records or inventory. This may include visits to complete firearm tracing activities. Pursuant to 18 USC 923(g)(1)(B), the compliance inspections, ensuring a dealer complies with record keeping requirements, is limited to one annually. On occasions, ATF may inspect a dealer but fail to record the licensees name in its records.

When high crime dealers are inspected, they are much more likely to have committed violations than other dealers. Of the 1,700 compliance inspections conducted during fiscal year 1999, about 400, or slightly less than 25 percent, were cited for one or more violations.[13]

However, that number is almost three times higher for dealers associated with large numbers of crime gun traces.

Specifically, 18 of the 24 high crime dealers that were inspected were found to have at least one violation. And seven of these dealers had at least five violations.

| Dealer Name | State | Number of Violations | Crime Gun Traces |
|---|---|---|---|
| Valley Gun | MD | 13 | 483 |
| Bakos State Park Hardware | IL | 12 | 246 |
| Cash America, New Orleans | LA | 11 | 256 |
| Moss Pawn Shop | GA | 11 | 248 |
| Northeast Gun & Pawn, Inc. | MD | 7 | 397 |
| Sam's Loan & Emporium | OH | 7 | 277 |
| Arendall Arms and Militia | TN | 6 | 242 |
| Schelin Guns | MD | 4 | 393 |
| Carter's Shooting Center, Inc. | TX | 3 | 479 |
| Elloits Small Arms, LLC | LA | 2 | 890 |
| Hot Shots Jewelry and Pawn | GA | 2 | 273 |
| Jim's Pawn Shop, Inc. | NC | 2 | 224 |
| Atlantic Gun & Tackle | OH | 1 | 909 |
| Don's Guns and Galleries, Inc. | IN | 1 | 2294 |
| Friedman's Army & Navy | TN | 1 | 475 |
| Hyatt Coin & Gun Show | NC | 1 | 847 |
| Superior Pawn Company | VA | 1 | 225 |
| Woods Gun Shop, Inc. | AL | 1 | 426 |
| Albro Guns, Inc. | IN | 0 | 203 |
| B&B Group, Inc. | CA | 0 | 483 |
| Boulevard Guns | CA | 0 | 436 |
| Josephs Jewelry & Loan Co. | IN | 0 | 734 |
| K's Merchandise Mart, Inc. | IL | 0 | 219 |
| Green Top Sporting Goods | VA | 0 | 554 |

The 24 High Crime Gun Dealers Inspected from January 2000 – May 2003[14]

[13] Ibid.

[14] Information concerning firearm dealer inspection and violation data was obtained from the Bureau of Alcohol, Tobacco, Firearms and Explosives through a Freedom of Information Act Request (Request # 03-2038122000). The data covers inspection conducted between January 1, 2000 and May 31, 2003.

12



ATF groups violations into five categories:

- **Record Keeping:** Includes (but not limited to) inaccurate inventory, failure to accurately complete firearm purchase form, failure to provide police with crime gun trace information, or failure to report multiple handgun purchases;
- **Licensing:** Firearm dealer moving location of business without telling BATF;
- **Business Conduct:** Selling firearms to an underage person, selling a handgun to an out of state person or selling to a person prohibited from purchasing a firearm;
- **Inventory:** Firearms missing from inventory (not just inaccurate inventory);[15]
- **Administrative:** Failing to properly display firearms license or failure to obtain permission to keep computerized sales records.[16]

According to ATF, the most common violation falls within the broad category of record keeping. Failure to keep required records was found in almost 50 percent of the trafficking investigations involving dealers. The inspection data obtained from the Department of Justice found that among the entire universe of dealers, 75% of the violations cited were for record keeping, followed by 17% for conduct of business operations and 2% for inventory violations.

Among the seven high crime dealers with more than five violations, the violations included the following:[17]

- **Valley Gun, Baltimore, MD:** 13 violations including 8 record keeping violations, 2 inventory violations and 3 conduct of business violations.
- **Bakos State Park Hardware, Collinsville, IL:** 12 violations including 10 record keeping violations and 2 conduct of business violations.
- **Moss Pawn Shop, Jonesboro, GA:** 11 record keeping violations.
- **Cash America, New Orleans, LA:** 11 violations including 8 record keeping violations, 2 conduct of business violations and 1 unspecified violation.
- **Sam's Loan & Emporium, Akron, OH:** 7 violations including 5 record keeping violations, 1 inventory violation and 1 conduct of business violation.
- **Northeast Gun & Pawn, Inc., Baltimore, MD:** 7 violations including 6 record keeping violations and 1 conduct of business violation.

---

[15] Bureau of Alcohol, Tobacco, Firearms and Explosives, Operation Snapshot: An Analysis of the Retail Regulated Firearms Industry, 2000.
[16] Bureau of Alcohol, Tobacco, Firearms and Explosives, Operation Snapshot: An Analysis of the Retail Regulated Firearms Industry, 2000.
[17] Although the Department of Justice could not provide the specific violations for which dealers were cited for, they were able to provide the general categories for the violations.

- **Arendall Arms and Militia, Memphis, TN:** 6 violations including 4 record keeping violations and 2 conduct of business violations.

Generally, federal law limits ATF compliance inspections of gun stores to only one per year. The inspection records obtained from the Department of Justice includes inspections of dealer records conducted for any reason – including instances when law enforcement reviews specific records for the purposes of conducting a crime gun trace. A few of these dealers have been inspected several times over the last two years. Bakos State Park Hardware has been inspected three times: March 2, 2000, January 8, 2002 and February 7, 2002. The initial inspection revealed 4 record keeping violations. While the January 8, 2002 inspection revealed no violations, during an inspection almost a month later the dealer was cited for 2 conduct of business violations and 6 more record keeping violations. Additionally, Valley Gun was inspected on two occasions, January 29, 2001 and September 9, 2002, and was cited for multiple violations. Moss Pawn Shop, Sam's Loan & Emporium and Cash America of New Orleans were all subject to more than one inspection that revealed a continued pattern of violations.

Federal law requires ATF to prove that a dealer "willfully" violated the law. A continued pattern of violations over a period of time can be used to establish a dealer's willfulness to violate the law and be the basis of revoking the dealer's license.[18] Therefore, repeated inspections should assist ATF in gathering the information needed to revoke the license of dealers and to prosecute them for failing to adhere to the law. However, each of these seven dealers continues to sell firearms.

In one of the more brazen examples, Valley Gun of Baltimore, repeatedly failed to respond to police trace requests even though dealers are required under the law to respond to trace requests within 24-hours. In response, ATF in 2000 issued a letter to Valley Gun informing them to submit firearm purchase records on a monthly basis. Rather than submit the appropriate records, Valley Gun sued, claiming that the ATF did not have the authority to impose such a requirement. After lengthy litigation, the federal courts ordered Valley Gun to submit the appropriate records to the ATF.[19] Valley Guns ranks 37th in the nation as a high crime dealer.

---

[18] See, *Cisewski v. Department of Treasury, Bureau of Alcohol, Tobacco and Firearms,* E.D. Wis. 1991, 773 F. Supp. 143 and *Al's Loan Office, Inc. v. U.S. Dept. of Treasury, Bureau of Alcohol, Tobacco and Firearms,* E.D. Mich. 1990, 738 F.Supp. 221.

[19] See, *RSM v. Buckles,* 254 F.3d 61.





**FINDING 3**

## Federal laws to crack down on corrupt gun stores are almost never enforced.

**Baltimore Gunsmith: Owned and operated since 1976 by Tony DiMartino, now by his son Larry DiMartino. Tony's still around… So stop in and say HELLO!!"[20]**

**Tony DiMartino had his firearms dealers license revoked by ATF in 2001 but the store remains open selling firearm accessories at the store and firearms at weekend gunshows. "'Baltimore Gunsmith, long targeted by police as one of the most prolific sources of guns used in area crimes, will have about 30 days to sell its inventory and close its doors,' said [ATF] special agent Mike Campbell."[21]**

Federal firearms licenses (FFLs) are required by law to keep and maintain records on all firearms sales, including the name and address of the buyer and the make, model and serial number of the gun. They are also required to perform a background check on all firearms purchasers and deny sales to those who fail a background check. Failure to keep these records is a violation of sections 922(m) and 924(a)(3) of the federal code. Selling to a person who the dealer has reason to believe will commit a crime, is underage, resides in a different state, or selling an illegal firearm (like a machine gun or sawed off shotgun) is a violation of section 922(b).

These requirements are not mere frivolous paperwork burdens. The records provide the critical link for law enforcement to trace guns recovered in crime back to the original purchasers of the firearms. This information provides the crucial thread in unraveling gun trafficking and straw purchasing schemes that fuel the black market in crime guns. For example, the records of guns sold should match the store's inventory records. These sales records can help determine if gun stores are selling firearms under the table – without performing background checks.

In a recent example, Bull's Eye Shooters Supply store in Tacoma, Washington could not account for 238 firearms discovered missing during a routine ATF audit. One of those missing firearms was used by the DC-area snipers to kill eleven people in 2002.

[20] From Baltimore Gunsmith website, www.baltimoregunsmith.com.

[21] *Baltimore Sun*, "ATF will act to close Fells Point gun shop," January 5, 2001.

Even though ATF has said that corrupt gun stores are the leading source of firearms recovered in illegal gun trafficking operations, the three statutes pertaining to corrupt gun stores are enforced so rarely they might as well not exist. In fact, prosecutions of corrupt gun stores have decreased by 25% under the current Justice Department – from 36 cases in FY2000 to 27 in FY2002.

| Federal Gun Store Prosecutions[22] | |
| --- | --- |
| Year | Number of Federal Gun Store Prosecutions |
| 2000 | 36 |
| 2001 | 25 |
| 2002 | 27 |

Federal prosecutors in twenty-two states home to 29,418 licensed gun dealers filed zero corrupt gun store cases. Fifty-eight of the 120 high crime dealers reside in the states that had zero corrupt gun store prosecutions, including: Alabama (4 high crime gun stores), California (6), Colorado (1), Georgia (13), Illinois (13), Kansas (1), Louisiana (3), Maryland (11), Minnesota (1), Missouri (3), North Carolina (2), and Wisconsin (2).

## Poor Enforcement Case Studies

High crime gun stores are rarely inspected and most remain in business. Even when a gun store owner has his or her license revoked or is prosecuted, the store often remains open and the guilty party usually receives a slap on the wrist.

### Chuck's Guns – Riverdale, Illinois (2,370 crime gun traces)

Undercover detectives visited Chuck's Guns seventeen times – so often that they were on a first name basis with the store clerks. "The clerks helpfully told undercover investigators how to structure the transactions to avoid ATF attention." Chuck's Guns is the largest source of crime guns in the country, including one used to murder a Chicago police officer. The store remains open.[23]

### R&B Guns – Hampton, Virginia (1,116 crime gun traces)

R&B Guns operates out of the home of owner Richard Norad and ranks fifth in the nation as a high crime dealer. His license to sell firearms was finally revoked after Virginia State Police issued five warnings to Norad over two years for failing to properly check gun buyers' identifications. In addition, Norad was arrested on ten charges of selling firearms without checking identification.[24] Ultimately, Norad was placed on two years probation and fined $1,720.[25] The store remains closed.

---

[22] Department of Justice, Criminal Caseload Statistics, FY2000-FY2002.

[23] The Nation, "Guns in the Courtroom," March 31, 2003.

[24] Daily Press, "State police arrest gun dealer," May 18, 2000.

[25] Hampton County Circuit Courthouse.



### ABC Loan – Aurora, Colorado (255 crime gun traces)

In Colorado, 37 indictments were handed down against the owner of ABC Loan in Aurora, Colorado – the lone Colorado gun store to make it on the list of high crime dealers. Posing as straw purchasers, undercover agents bought 33 guns from the owner. In another instance, a straw purchaser bought 107 firearms on behalf of convicted felons and underage buyers. One woman bought 66 assault weapons for underage purchasers. In the end, the owners had only their dealers' license revoked and were ordered to forfeit their inventory in lieu of a fine. No one served any prison time.[26]

### Baltimore Gunsmith – Baltimore, Maryland (794 crime guns)

ATF revoked the license of Baltimore Gunsmith owner Tony DiMartino after undercover agents succeeded in making straw purchases from the store. According to Baltimore police, this one gun store is the source of 20% of the guns recovered in local crime.[27] Baltimore Gunsmith remains open under the ownership of Tony's son, Larry, selling mostly firearm accessories.

The store's website tells patrons that Tony is still at the store and they continue to sell firearms at Maryland gun shows, according to store employees.[28, 29]

### Fetla's Bargain Center – Valparaiso, Indiana (643 crime gun traces)

Fetla's Trading Company agreed to stop selling handguns and pay the city of Gary, Indiana $10,000 to be dropped from a lawsuit regarding reckless firearm sales to criminals. Fetla's, ranked 22nd as a high crime gun store, is still in business.[30]

### Southside Guns (a.k.a. Bull's Eye Guns) – Jacksonville, Florida (234 crime gun traces)

A 1996 ATF audit of Southside Guns and Southside Guns II (same owner) discovered thirty-eight firearms missing worth a total of $11,000, although the owner admits that neither store was burglarized.[31] Missing firearms are a clear sign that firearms are being dealt out of the back door, without background checks, and into the criminal market. The stores remain open under a new name, at the same addresses, and at least one store has the same owner.

[26] *Rocky Mountain News*, "Charges in gun-selling case dismissed; plea agreement bans three men from peddling firearms," November 9, 2002.

[27] *The New York Times*, "Limits on power and zeal hampers firearms agency," Fox Butterfield, July 22, 1999.

[28] *Baltimore Sun*, "ATF will act to close Fells Point gun shop," January 5, 2001.

[29] Baltimore Gunsmith website, www.baltimoregunsmith.com.

[30] *Associated Press*, "Settling suit, gun dealer ends his business," December 4, 1999.

[31] *Florida Times-Union*, "Missing guns," April 10, 1996.

**❝ Despite several successful, videotaped sting operations, the gun store remains open today.**[32] **❞**

**Bell's Gun and Sport Shop – Franklin Park, Illinois
(738 crime gun traces)**
Undercover agents posed as straw purchasers and bought 9 semiautomatic pistols and one handgun from the store in 1998. Despite several successful sting operations, the gun store remains open today.[32] Bell's was acquitted twice of charges relating to the illegal sale of firearms.[33]

**J&W Gunsmith – Kemp, Texas
(215 crime gun traces)**
J&W Gunsmith regularly sold large quantities of firearms to convicted felon Lowell Ronald Wilson, who would resell the guns at area gun shows. One of the firearms that originated from J&W Gunsmith and which was sold by Wilson at a gun show was used to kill Garland, Texas police officer Michael Moore in February 2001. Other firearms sold by Wilson have been recovered in crimes committed in Virginia, Illinois and Mexico.[34]

[32] *Chicago Tribune*, "Gun Sellers' lawyers denounce undercover probe as trial opens," January 12, 2000.
[33] *San Diego Tribune*, "Chicago's shots in operation gunsmoke marked by misfires," May 13, 2000.
[34] *The Dallas Morning News*, "Gun that killed officer in Garland bank hesit bought from unlicensed dealer, felon at flea market," April 16, 1997.



# Conclusion

A very small number of firearms dealers sell an inordinate amount of guns that are used by criminals. In addition, all of these crime guns show at least one element that indicates that each gun was part of a trafficking ring. Although ATF initiated a directive in 1998 to focus its investigative resources on high crime dealers, it seems that high crime dealers are no more likely to be inspected than any other firearms dealer. When high crime dealers are inspected, they have a much greater propensity for committing legal violations. Nonetheless, gun dealers are rarely prosecuted by federal authorities and in the rare cases when they are prosecuted, most receive a slap on the wrist or no punishment at all. As a result, nearly all high crime dealers remain open and there is little incentive for gun dealers to act responsibly beyond their own consciences.

## Appendix 1

### The 120 Gun Stores with at least 200 Crime Gun Traces between 1996 and 2000

| Name | City | State | Trace |
|---|---|---|---|
| Chuck's Guns | Riverdale | IL | 2370 |
| Don's Guns & Galleries, Inc. | Indianapolis | IN | 2294 |
| Badger Outdoors, Inc. | West Milwaukee | WI | 1906 |
| Southern Police Equipment Company, Inc. | Richmond | VA | 1181 |
| R&B Guns | Hampton | VA | 1116 |
| Lakewood Avenue Pawn Shop Inc | Decatur | GA | 1024 |
| Firing Pen, Inc. | East Point | GA | 962 |
| Atlantic Gun & Tackle Dist. Co. Inc | Beford Heights | OH | 909 |
| Realco Guns, Inc. | Forestville | MD | 897 |
| Elliots Small Arms, LLC | Jefferson | LA | 890 |
| Chalmette Jewelry, Inc. | Chalmette | LA | 856 |
| Hyatt Coin & Gun Shop, Inc. | Charlotte | NC | 847 |
| Bradis Inc. | Camby | IN | 820 |
| Baltimore Gunsmith | Baltimore | MD | 794 |
| Pop Guns | Indianapolis | IN | 745 |
| Universal Firearms Ltd. | Franklin Park | IL | 738 |
| Josephs Jewelry & Loan Company, Inc | Indianapolis | IN | 734 |
| Suburban Sporting Goods | Melrose Park | IL | 712 |
| Arrowhead Pawn Shop, Inc. | Jonesboro | GA | 705 |
| Westforth Sports, Inc. | Gary | IN | 694 |
| Lee, Billy and Susan (The Gun Store) | Doraville | GA | 646 |
| Fetlas Bargain Center, Inc. | Valparaiso | IN | 643 |
| Lass Supply | Tucson | AZ | 629 |
| Guns and Ammo | Memphis | TN | 610 |
| Chicago Ridge Gun Shop & Range | Chicago Ridge | IL | 603 |
| Shawnee Gun Shop Inc. | Overland Park | KS | 588 |
| Lou's Gun Shop and Police Supply, Inc. | Hialeah | FL | 574 |
| Vance's Shooters Supplies, Inc. | Columbus | OH | 556 |
| Green Top Sporting Goods Corp | Glen Allen | VA | 554 |
| West of the Pecos, Inc. | Tucson | AZ | 551 |
| Cash Indiana Inc. | Lake Station | IN | 537 |
| Turner & Barnett | Huntsville | AL | 537 |
| Degoff's, Inc. | Mechanicsville | VA | 534 |
| KS&E Sports | Indianapolis | IN | 529 |
| Blythes Sport Shop, Inc. | Griffith | IN | 514 |
| B&B Group, Inc. | North Hollywood | CA | 483 |
| Valley Guns | Baltimore | MD | 483 |
| Carter's Shooting Center, Inc. | Spring | TX | 479 |
| Gunslinger, Ltd. | Oak Lawn | IL | 476 |

continued on next page



americansfor
gunsafety
foundation

| Name | City | State | Trace |
|---|---|---|---|
| Army and Navy Surplus Outdoors | Nashville | TN | 475 |
| Lathrop Shooters Supply, Inc. | Tucson | AZ | 471 |
| Kransner Loan Co., Inc. | Memphis | TN | 461 |
| Cash Indiana Inc | Chesterton | IN | 451 |
| Lou's Loan of Upper Darby, Inc. | Upper Darby | PA | 441 |
| Boulevard Guns | Compton | CA | 436 |
| Western Surplus and American Canvas | Hawthone | CA | 428 |
| Woods Gun Shop, Inc. | Tarrant | AL | 426 |
| Northeast Gun & Pawn,Inc. | Baltimore | MD | 397 |
| Schelin Guns | College Park | MD | 393 |
| Virginia Police Equipment Co. Inc. | Richmond | VA | 375 |
| Bill's Gun Shop and Range | Robbinsdale | MN | 373 |
| Shooters Shop Inc | West Allis | WI | 371 |
| Shooting Safaris, LTD | Merrionette Park | IL | 370 |
| Penn Industries, Inc. | Glenwood | IL | 366 |
| Jack's Loan Office, Inc. | Gary | IN | 365 |
| Joe's Loan Office, Inc. | Decatur | GA | 356 |
| Nelms, Shawn Felix | Dallas | TX | 353 |
| Bud's Sports Headquaters, Inc. | Justice | IL | 348 |
| Lone Wolf Trading Company | Glendale | AZ | 334 |
| Leslie Edelman, Inc. | Montgomeryville | PA | 329 |
| Arizona Sportsman, Inc. | Phoenix | AZ | 323 |
| Specialty Arms | Lavergne | TN | 322 |
| Gat Guns, Inc. | Dundee | IL | 316 |
| Full Line Sports Distributors, Inc. | Southampton | PA | 305 |
| Gladden & Redburn, Inc. | Virginia Beach | VA | 304 |
| Classic Pawn & Jewelry, Inc. | Chickamauga | GA | 287 |
| Marshall's Gun Shop | Dellwood | MO | 284 |
| Magnum Enterprises, Inc. | Carson | CA | 282 |
| Jim Shema's Outdoor Sport | Merrillville | IN | 278 |
| Sam's Loan and Emporium | Akron | OH | 277 |
| Hot Shots Jewelry and Pawn | Marietta | GA | 273 |
| Reliable Auto Parts and Services, Inc. | Ellenwood | GA | 271 |
| Alston Vincent Gun Shop, Inc. | Baltimore | MD | 271 |
| Traders Two | Birmingham | AL | 270 |
| Miami Police Supply, Inc. | Miami | FL | 266 |
| B&H Sports Ltd. | Oak Lawn | IL | 263 |
| Moreland Pawn Shop, Inc. | Atlanta | GA | 263 |
| D&P Shooting Range & Sporting Goods, Inc. | Richmond | VA | 260 |
| Ray's Sport Shop, Inc. | Plainfield | NJ | 260 |
| Cash America Inc. of Louisiana | New Orleans | LA | 256 |
| ABC Loan (Almaz Corp) | Aurora | CO | 255 |
| Wallace & Wallace, Inc. | Smyrna | GA | 254 |

continued on next page

| Name | City | State | Trace |
|---|---|---|---|
| Jim Baldwin's Fine Guns | Gallipolis | OH | 253 |
| Moss Pawn Shop | Jonesboro | GA | 248 |
| Outdoor World | Capitola | CA | 247 |
| Bakos State Park Hardware | Collinsville | IL | 246 |
| Stahl, George W. | Tempe | AZ | 245 |
| Gladden & Redburn, Inc. | Hampton | VA | 244 |
| Hialeah Range and Gun Shop, Inc. | Hialeah | FL | 243 |
| Arendall Arms and Militia | Memphis | TN | 242 |
| Atlantic Guns, Inc. | Silver Springs | MD | 242 |
| Weapons Unlimited, Inc. | Apopka | FL | 240 |
| Walters Gun Chamber, Inc. | Parkville | MD | 239 |
| Bumble Bee Wholesale, Inc. | North Hollywood | CA | 239 |
| Gray Highway Pawn, Inc. | Macon | GA | 238 |
| The Gun Cellar | Bimingham | AL | 235 |
| Southside Gun, Inc. | Jacksonville | FL | 234 |
| Dixie Gun & Pawn, Inc. | Mableton | GA | 225 |
| Superior Pawn Company | Virginia Beach | VA | 225 |
| On Target, Inc. | Severn | MD | 224 |
| Jim's Pawn Shop, Inc. | Fayetteville | NC | 224 |
| Firearms Security, Inc. | St.Louis | MO | 220 |
| K's Merchandise Mart, Inc. | Decatur | IL | 219 |
| Bond, Terence | Glendale | AZ | 218 |
| Bob Cheek Shooting Supply | Plainfield | IN | 216 |
| J&W Gunsmith | Kemp | TX | 216 |
| Guns Unlimited | Carrolton | VA | 215 |
| Mountainside Supply Co., Inc. | Randallstown | MD | 212 |
| Freestate Arms & Ammunition | Temple Hills | MD | 210 |
| Patriot Services, Inc. | Richmond | VA | 210 |
| Norcol Gun Shop, Inc. | Columbus | OH | 208 |
| The Shooters Shop | Philadelphia | PA | 208 |
| Sportsman Unlimited, Inc. | Woodbridge | VA | 207 |
| North Coast Shooting Supply, Inc. | Cleveland | OH | 206 |
| Treball Corp | Kansas City | MO | 205 |
| C&C Sports Center, Inc. | Philadelphia | PA | 204 |
| Albro Guns, Inc. | Indianapolis | IN | 203 |
| Ace Hardware and Gun | Lynchburgh | VA | 203 |
| Article II Gunshop | Bensenville | IL | 202 |
| Ron Peterson Guns, Inc. | Albequerque | NM | 200 |
| | | | 54,694 |



## Appendix 2

| High Crime Gun Dealers by State, the number of firearms traced to them in crimes committed between 1996-2000, whether they have been inspected by ATF, the number of ATF violations, and whether the store remains in business. | | | | | | |
|---|---|---|---|---|---|---|
| Name | City | State | Trace | Inspected | Violations | In Business |
| **ILLINOIS** | | | | | | |
| Chuck's Guns | Riverdale | IL | 2370 | No | | Yes |
| Bell's Gun and Sport Shop | Franklin Park | IL | 738 | No | | Yes |
| Suburban Sporting Goods | Melrose Park | IL | 712 | No | | Yes |
| Chicago Ridge Gun Shop & Range | Chicago Ridge | IL | 603 | No | | Yes |
| Gunslinger, Ltd. | Oak Lawn | IL | 476 | No | | No |
| Shooting Safaris (aka Strictly Shooting) | Merrionette Park | IL | 370 | No | | No |
| Penn Industries, Inc. | Glenwood | IL | 366 | No | | No |
| Bob's Sports Headquaters, Inc. | Justice | IL | 348 | No | | No |
| Cat Guns Inc. | Dundee | IL | 316 | No | | Yes |
| B&H Sports Ltd. | Oak Lawn | IL | 263 | No | | No |
| Bakos State Park Hardware | Collinsville | IL | 246 | Yes | 12 | Yes |
| K's Merchandise Mart, Inc. | Decatur | IL | 219 | Yes | 0 | Yes |
| Article II Gunshop | Bensenville | IL | 202 | No | | Yes |
| **INDIANA** | | | | | | |
| Don's Guns & Galleries, Inc. | Indianapolis | IN | 2294 | Yes | 1 | Yes |
| Bradis Inc. | Camby | IN | 820 | No | | Yes |
| Pop Guns | Indianapolis | IN | 745 | No | | Yes |
| Josephs Jewelry & Loan Company, Inc. | Indianapolis | IN | 734 | Yes | 0 | Yes |
| Westforth Sports, Inc. | Gary | IN | 694 | No | | Yes |
| Fetlas Bargain Center, Inc. | Valparaiso | IN | 643 | No | | Yes |
| Cash Indiana Inc | Lake Station | IN | 537 | No | | Yes |
| KS & E Sports | Indianapolis | IN | 529 | No | | Yes |
| Blythes Sport Shop, Inc. | Griffith | IN | 514 | No | | Yes |
| Cash Indiana Inc | Chesterton | IN | 451 | No | | Yes |
| Jack's Loan Office, Inc. | Gary | IN | 365 | No | | Yes |
| Jim Sheema's Outdoor Sport | Merrillville | IN | 278 | No | | Yes |
| Bob Cheek's Shooting Supply | Plainfield | IN | 216 | No | | Yes |
| Albro Guns, Inc. | Indianapolis | IN | 203 | Yes | 0 | Yes |
| **WISCONSIN** | | | | | | |
| Badger Outdoors, Inc. | West Milwaukee | WI | 1906 | No | | Yes |
| Shooters Shop Inc. | West Allis | WI | 371 | No | | Yes |

continued on next page

| Name | City | State | Trace | Inspected | Violations | In Business |
|---|---|---|---|---|---|---|
| **VIRGINIA** | | | | | | |
| Southern Police Equipment Company, Inc. | Richmond | VA | 1181 | No | | Yes |
| R & B Guns | Hampton | VA | 1116 | No | | No |
| Green Top Sporting Goods, Corp. | Glen Allen | VA | 554 | Yes | 0 | Yes |
| Degoff's, Inc. | Mechanicsville | VA | 534 | No | | Yes |
| Virginia Police Equipment Co, Inc. | Richmond | VA | 375 | No | | Yes |
| Gladden & Redburn, Inc. | Virginia Beach | VA | 304 | No | | No |
| D&P Shooting Range & Sporting Goods, Inc. | Richmond | VA | 260 | No | | Yes |
| Gladden & Redburn, Inc. | Hampton | VA | 244 | No | | No |
| Superior Pawn Company | Virginia Beach | VA | 225 | Yes | 1 | Yes |
| Guns Unlimited | Carrolton | VA | 215 | No | | Yes |
| Patriot Services, Inc. | Richmond | VA | 210 | No | | Yes |
| Sportsman Unlimited, Inc. | Woodbridge | VA | 207 | No | | No |
| Ace Hardware and Gun | Lynchburgh | VA | 203 | No | | Yes |
| **GEORGIA** | | | | | | |
| Lakewood Avenue Pawn Shop Inc. | Decatur | GA | 1024 | No | | Yes |
| Firing Pen, Inc. | East Point | GA | 962 | No | | No |
| Arrowhead Pawn Shop, Inc. | Jonesboro | GA | 705 | No | | Yes |
| Lee, Billy and Susan (The Gun Store) | Doraville | GA | 646 | No | | Yes |
| Joe's Loan Office, Inc. | Decatur | GA | 356 | No | | No |
| Classic Pawn & Jewelry, Inc. | Chickamauga | GA | 287 | No | | Yes |
| Hot Shots Jewelry and Pawn | Marietta | GA | 273 | Yes | 2 | Yes |
| Reliable Auto Parts and Services, Inc. | Ellenwood | GA | 271 | No | | Yes |
| Moreland Pawn Shop, Inc. | Atlanta | GA | 263 | No | | Yes |
| Wallace & Wallace/ Adv. Outdoors | Smyrna | GA | 254 | No | | Yes |
| Moss Pawn Shop | Jonesboro | GA | 248 | Yes | 11 | Yes |
| Gray Highway Pawn, Inc. | Macon | GA | 238 | No | | Yes |
| Dixie Gun & Pawn, Inc. | Mableton | GA | 225 | No | | Yes |
| **OHIO** | | | | | | |
| Atlantic Gun & Tackle Dist. Co, Inc. | Beford Heights | OH | 909 | Yes | 1 | Yes |
| Vance's Shooters Supplies, Inc. | Columbus | OH | 556 | No | | Yes |
| Sam's Loan & Emporium | Akron | OH | 277 | Yes | 7 | Yes |
| Jim Baldwin's Fine Guns | Gallipolis | OH | 253 | No | | Yes |

continued on next page

24



| Name | City | State | Trace | Inspected | Violations | In Business |
|------|------|-------|-------|-----------|------------|-------------|
| Norcoll Gun Shop, Inc. | Columbus | OH | 208 | No | | No |
| North Coast Shooting Supply, Inc. | Cleveland | OH | 206 | No | | Yes |
| **MARYLAND** | | | | | | |
| Realco Guns, Inc. | Forestville | MD | 897 | No | | Yes |
| Baltimore Gunsmith | Baltimore | MD | 794 | No | | Yes |
| Valley Gun | Baltimore | MD | 483 | Yes | 13 | Yes |
| Northeast Gun & Pawn, Inc. | Baltimore | MD | 397 | Yes | 7 | Yes |
| Schelin Guns | College Park | MD | 393 | Yes | 4 | Yes |
| Alston Vincent Gun Shop, Inc. | Baltimore | MD | 271 | No | | Yes |
| Atlantic Guns, Inc. | Silver Springs | MD | 242 | No | | Yes |
| Walters Gun Chamber, Inc. | Parkville | MD | 239 | No | | Yes |
| On Target, Inc. | Severn | MD | 224 | No | | Yes |
| Mountainside Hunters Supply | Randallstown | MD | 212 | No | | No |
| Freestate Arms and Ammunition | Temple Hills | MD | 210 | No | | No |
| **NORTH CAROLINA** | | | | | | |
| Hyatt Coin & Gun Shop, Inc. | Charlotte | NC | 847 | Yes | 1 | Yes |
| Jims Pawn Shop, Inc. | Fayetteville | NC | 224 | Yes | 2 | Yes |
| **LOUISIANA** | | | | | | |
| Elliots Small Arms, LLC | Jefferson | LA | 890 | Yes | 2 | Yes |
| Chalmette Jewelry, Inc. | Chalmette | LA | 856 | No | | Yes |
| Cash America Inc. of Louisiana | New Orleans | LA | 256 | Yes | 11 | Yes |
| **ARIZONA** | | | | | | |
| Lass Supply, Inc./ Jensen's Arizona | Tucson | AZ | 629 | No | | Yes |
| West of the Pecos, Inc. | Tucson | AZ | 551 | No | | Yes |
| Lathrop Shooters Supply, Inc. | Tucson | AZ | 471 | No | | No |
| Lone Wolf Trading Company | Glendale | AZ | 334 | No | | Yes |
| Arizona Sportsman, Inc. | Phoenix | AZ | 323 | No | | Yes |
| Stahl, George W. | Tempe | AZ | 245 | No | | Yes |
| Bond, Terence | Glendale | AZ | 218 | No | | No |
| **TENNESSEE** | | | | | | |
| Guns & Ammo | Memphis | TN | 610 | No | | Yes |
| Friedman's Army & Navy Surplus Outdoors | Nashville | TN | 475 | Yes | 1 | Yes |
| Kransner Loan Co., Inc. | Memphis | TN | 461 | No | | Yes |
| Specialty Arms | Lavergne | TN | 322 | No | | Yes |
| Arendall Arms and Militia | Memphis | TN | 242 | Yes | 6 | Yes |
| **KANSAS** | | | | | | |
| Shawnee Gun Shop, Inc. | Overland Park | KS | 588 | No | | Yes |

continued on next page

| Name | City | State | Trace | Inspected | Violations | In Business |
|------|------|-------|-------|-----------|------------|-------------|
| **FLORIDA** | | | | | | |
| Lou's Gun Shop and Police Supply, Inc. | Hialeah | FL | 574 | No | | Yes |
| Miami Police Supply, Inc. | Miami | FL | 266 | No | | Yes |
| Hialeah Range and Gun Shop, Inc. | Hialeah | FL | 243 | No | | Yes |
| Weapons Unlimited, Inc. | Apopka | FL | 240 | No | | Yes |
| Southside Guns, Inc. | Jacksonville | FL | 234 | No | | Yes |
| **ALABAMA** | | | | | | |
| Turner & Barnett | Huntsville | AL | 537 | No | | No |
| Woods Gun Shop, Inc. | Tarrant | AL | 426 | Yes | 1 | Yes |
| Traders Two | Birmingham | AL | 270 | No | | No |
| The Gun Cellar | Birmingham | AL | 235 | No | | Yes |
| **CALIFORNIA** | | | | | | |
| B&B Group, Inc. | North Hollywood | CA | 483 | Yes | 0 | No |
| Boulevard Guns | Compton | CA | 436 | Yes | 0 | Yes |
| Western Surplus and American Canvas | Hawthone | CA | 428 | No | | Yes |
| Magnum Enterprises, Inc. | Carson | CA | 282 | No | | No |
| Outdoor World | Capitola | CA | 247 | No | | Yes |
| Bumble Bee Wholesale, Inc. | North Hollywood | CA | 239 | No | | No |
| **TEXAS** | | | | | | |
| Carter's Shooting Center, Inc. | Spring | TX | 479 | Yes | 3 | Yes |
| Bachman Pawn | Dallas | TX | 353 | No | | Yes |
| J&W Gunsmith | Kemp | TX | 216 | | | Yes |
| **PENNSYLVANIA** | | | | | | |
| Lou's Loan of Upper Darby, Inc. | Upper Darby | PA | 441 | No | | Yes |
| Leslie Edelman, Inc. | Montgomeryville | PA | 329 | No | | No |
| Full Line Sports Distributors, Inc. | Southampton | PA | 305 | No | | No |
| The Shooters Shop | Philadelphia | PA | 208 | No | | Yes |
| C&C Sports Center, Inc. | Philadelphia | PA | 204 | No | | Yes |
| **MINNESOTA** | | | | | | |
| Bill's Gun Shop and Range | Robbinsdale | MN | 373 | No | | Yes |
| **MISSOURI** | | | | | | |
| Marshall Gun Shop and Sales | Dellwood | MO | 284 | No | | No |
| Firearms Security, Inc. | St.Louis | MO | 220 | No | | Yes |
| Treball Corp./Avenue Pawn | Kansas City | MO | 205 | No | | Yes |
| **NEW JERSEY** | | | | | | |
| Rays Sport Shop, Inc. | Plainfield | NJ | 260 | No | | Yes |
| **COLORADO** | | | | | | |
| ABC Guns (Almaz Corp.) | Aurora | CO | 255 | No | | No |
| **NEW MEXICO** | | | | | | |
| Ron Peterson Guns, Inc. | Albequerque | NM | 200 | No | | Yes |
| | | | **54694** | | | |

26

\*Now named Bulls Eye Guns.



This report was developed by
Americans for Gun Safety Foundation
Washington, DC

Prepared by
Jim Kessler
Policy and Research Director

Ed Hill
Senior Researcher

Americans for Gun Safety Foundation

Special thanks as well to researchers
John Lacey and John Kott, both of
whom conducted invaluable research.
In addition, special thanks to The National
Economic Research Associates for
providing much of the data.

The Americans for Gun Safety Foundation is a
non-profit, non-partisan organization that seeks to
educate the public about supporting the rights
of individuals to own guns and on the need for
better laws and stronger enforcement of existing
laws to help keep guns out of the hands of
criminals and children.

Copies of this report can be
obtained from our website
www.agsfoundation.com

27

