# Exhibit 70

# Firearms and Adolescent Suicide

## A Community Case-Control Study

David A. Brent, MD; Joshua A. Perper, MD, LLB, MS; Grace Moritz, ACSW; Marianne Baugher, MA; Joy Schweers, MEd; Claudia Roth, MSW

• **Objective.**—To assess the association between firearms in the home and adolescent suicide.

**Research Design.**—Matched, case-control.

**Setting.**—Population-based community sample.

**Subjects.**—Sixty-seven adolescent suicide victims and a demographically matched group of 67 living community controls.

**Selection Procedure.**—The series of adolescent suicide victims was consecutive, with an overall participation rate of 74% (67/91).

**Measurements and Results.**—The presence, type (handgun vs long-gun), number, and method of storage (locked vs unlocked, loaded vs unloaded) of firearms in the home were compared between the suicide victims and controls. Even after adjusting for differences in rates of psychiatric disorders between suicide victims and controls, the association between suicide and both any gun (odds ratio [OR]=4.4, 95% confidence interval [CI]=1.1 to 17.5) and handguns (OR=9.4, 95% CI=1.7 to 53.9) in the home were both highly significant. Long-guns in the home were associated with suicide only in rural areas, whereas handguns were more closely associated with suicide in urban areas. Handguns (OR=12.9, 95% CI=1.5 to 110.9) and loaded guns (OR=32.3, 95% CI=2.5 to 413.4) in the home were particularly significant risk factors for suicide in those with no apparent psychiatric disorder.

**Conclusions.**—When pediatricians are faced with a suicidal adolescent, they should insist on the removal of firearms from the home. Pediatricians should also inform parents that the presence of firearms may be associated with adolescent suicide even in the *absence* of clear psychiatric illness.

(AJDC. 1993;147;1066-1071)

Firearms are the most common method of suicide in adolescents, constituting approximately 60% of suicidal deaths among youth under the age of 19 years.[1] The increase in the adolescent suicide rate over the past three decades is accounted for almost entirely by an increase in deaths due to firearms, with little or no increase in suicide by other means.[2,3]

Several other studies have supported a relationship between the availability of firearms and adolescent suicide. Sloan et al[4] compared suicide rates in Seattle, Wash, and Vancouver, British Columbia, and found higher suicide rates among 15- to 24-year-old residents of Seattle, nearly completely accounted for by a greatly increased suicide rate by firearms. This excess rate of suicide in Seattle over Vancouver was thought to be attributable to less restrictive gun control laws in the American city. Some studies have supported an association between the restrictiveness in firearms laws and the suicide rate,[5-7] whereas only two studies have actually examined the effect of *altered* gun control laws on the suicide rate. Rich et al,[8] in a study of the effect of the enactment of a stricter gun control law in Ontario, Canada, found a decrease in firearms suicides that was offset by an increase in suicides from other methods. However, Loftin et al[9] found that after a strict handgun control law was enacted in the District of Columbia, both suicides and homicides decreased, 23% and 25%, respectively, without any evidence of method substitution. However, in neighboring suburban communities where the laws were not modified, there were no changes in either suicide or homicide rates.

Three case-control studies have supported an association between the presence of firearms in the home and suicide by this method. Two focused exclusively on adolescents and showed that firearms were much more likely to be present in the homes of adolescent suicide completers than in the homes of psychiatrically ill suicide attempters or never-suicidal psychiatric controls.[10,11] Kellermann et al,[12] in a large case-control study of the Seattle (King County) and Memphis (Shelby County) metropolitan areas, also found that the rate of gun availability was much greater in the homes of suicide victims than in neighborhood controls, even after adjusting for differences in mental health status between suicide victims and controls. While the adjusted odds ratios (ORs) of suicide in the home in relation to gun ownership were elevated for all age groups, the OR was the highest in the under-24-year-old age group. In all three case-control studies, there was an association between firearms availability and suicide, even if the gun was stored locked. Kellermann et al[12] also found that having a handgun was more closely associated with suicide than having a long-gun, that a loaded

Accepted for publication April 5, 1993.

From the University of Pittsburgh (Pa) School of Medicine and the Western Psychiatric Institute and Clinic (Dr Brent and Mss Moritz, Baugher, Schweers, and Roth) and the Allegheny County Coroner's Office, Pittsburgh (Dr Perper).

Reprint requests to University of Pittsburgh School of Medicine, Western Psychiatric Institute and Clinic, 3811 O'Hara St, Pittsburgh, PA 15213 (Dr Brent).

1066   AJDC—Vol 147, October 1993 Downloaded from www.archpediatrics.com , on September 19, 2011   *Firearms and Suicide—Brent et al*

gun conferred a greater risk for suicide than one that was stored unloaded, and that having a firearm in the home was a more significant risk factor for suicide in the *absence* of mental health problems.

Previous case-control studies, while helpful, also have limitations in clarifying the nature of the association between the availability of firearms and adolescent suicide. Our previous two studies compared consecutive series of suicide victims with psychiatrically referred comparison groups.[10,11] Therefore, due to the nature of the samples of these studies, the association between suicide and firearms could not be assessed in those without psychopathologic conditions. Also, to the extent that referral for treatment is somehow associated, either negatively or positively, with firearms availability in the home, this association could bias our estimate of the risk of suicide given the presence of firearms in the home.[13] The case-control study of Kellermann et al[12] has the advantages of a large and representative sample. However, mental health variables were assessed by a brief questionnaire rather than a formal diagnostic assessment. Hence, the proportional contribution of firearms in the home to suicidal risk might have been overestimated, since a detailed clinical interview might have disclosed additional psychiatric risk factors not elicited from the shorter screen. Also, only suicides that occurred in the home were included for analyses. Therefore, the association between firearms and suicide could be estimated only for those suicides that occurred in the home and not for those that occurred elsewhere.

We report on a study of 67 adolescent suicide victims and 67 matched community controls. In this study, we address a number of specific questions about the relationship between the availability of firearms and adolescent suicide. In particular, we examine the association between suicide and availability of any firearms, type of gun available, and whether the gun was stored loaded. We further examine the interaction of suicide, firearms availability, and certain demographic and psychiatric risk factors, namely, gender, urban vs rural community of origin, and presence or absence of current psychiatric condition.

## SUBJECTS AND METHODS
### Sample

The suicide completer sample was drawn from a consecutive series of adolescent suicide victims during a period from July 1986 to August 1990 in the 28 counties of western Pennsylvania. The greatest number of suicide victims came from Allegheny County (35.8%), an area that includes Pittsburgh and its suburbs, and is much more densely populated than the other counties in western Pennsylvania. Only families of adolescents aged 19 years and younger who received a definite verdict of suicide were identified for study. The families of the suicide victims were contacted by mail 3 months after the death, and then by telephone 1 week later to schedule an interview. Of 91 suicides that occurred during this period, the families of 67 (73.6%) victims agreed to participate, whereas eight (8.8%) families could not be traced, and 16 (17.6%) families refused the interview. No differences were noted between suicide victims whose families agreed to participate and those whose families refused or could not be traced for age, sex, race, county of origin, method of suicide, or toxicology results. Interviews were conducted a median of 5 months after the death (mean±SD, 5.1±2.9 months; range, 1 to 19 months). Primary informants consisted of parents or a parental figure.

Additionally, siblings and friends were interviewed in most cases. The median number of informants per suicide was four (range, one to 14). Most interviews were conducted in the homes

of the informants, and the remainder were conducted at Western Psychiatric Institute and Clinic, Pittsburgh, Pa.

### Community Controls

Controls were obtained by geographic cluster sampling of communities with similar median income, quintile of population density, racial composition, and age distribution to those of suicide victims.[14] Communities were sampled from October 1989 through March 1991. Nearly complete ascertainment of randomly targeted housing tracts (n=38; number of homes assessed, 7721) was obtained (98%), and 78% of controls agreed to an initial Child Behavior Checklist (CBCL)[15] screening. Most (73%) of the controls agreed to an interview. Those who agreed to be interviewed were similar to those who refused for age, race, gender, median income of community, population density of community, and CBCL scores.

The 67 community controls for this study were drawn from a pool of 129 controls obtained through this sampling procedure, and they were individually matched to those controls for age, gender, socioeconomic status (SES; using the Hollingshead Four Factor Scale),[16] and county of residence. The 67 controls who were utilized were representative of the entire sample for age, race, SES, proportion that lived with both biologic parents, and mean CBCL scores. Both the community control and at least one parent served as informants. Informed consent was obtained from all informants in both groups in accord with the guidelines of the Psychosocial Institutional Review Board of the University of Pittsburgh.

### Assessment Measures

**Demographic.**—Population density for a given community was derived from the US Department of Commerce Bureau of the Census.[17] Urban and rural communities were defined by a population density of 1000 or greater or less than 1000 persons per square mile, respectively. Socioeconomic status was derived from Hollingshead's Four Factor Scale[16] and was similar between the two groups. Both suicide victims and controls were mainly white (95.5% of completers vs 100% of controls), male (both 85.1%), and with a median SES of III.

**Psychiatric Symptoms and Diagnoses.**—The School Age Schedule for Affective Disorders and Schizophrenia, Epidemiologic Version,[18] was used to assess lifetime and current symptoms and corresponding diagnoses according to the *Diagnostic and Statistical Manual of Mental Disorders, Revised Third Edition*.[19] The severity of current symptoms was assessed through use of the School Age Schedule for Affective Disorders and Schizophrenia, Present Version.[20] Previous work supports the reliability and validity of diagnoses rendered using these instruments,[18,20] even when obtaining information from the bereaved parents of suicide victims.[21,22] As would be expected, suicide completers, compared with matched controls, showed much higher current rates of probable or definite major depression (52.2% vs 4.5%, $\chi^2$=30.1, $P<.0001$), substance abuse (31.8% vs 7.6%, $\chi^2$=11.6, $P$=.0006), conduct disorder (31.3% vs 9.0%, $\chi^2$=9.0, $P$=.003), and previous suicide attempt (25.8% vs 1.5%, $\chi^2$=14.2, $P$=.0002).[23] For these analyses, a current psychiatric diagnosis is reported if it was *definite* (meeting all diagnostic criteria) or *probable* (one criterion short). For probable and definite disorders to be diagnosed, functional impairment had to be present.

**Physical Presence and Method of Storage of Firearms.**—The number, type (eg, handgun vs long-gun), and presence of all firearms in the household were assessed at the time of the suicide episode in the case of suicide victims and at the time of interview for controls.[10,11] The presence of a loaded gun in the household was also noted. In two pairs, the type of gun available was not noted, decreasing the number of pairs for analysis to 65, and in five pairs, the number of guns in the home was not noted, decreasing the number of pairs for analysis to 62.

**Data Analysis.**—Comparison between the groups on univariate contrasts was made by use of McNemar's $\chi^2$. Odds ratios and 95% confidence intervals (CIs) were calculated using appropriate

Downloaded from www.archpediatrics.com , on September 19, 2011

| Firearms in the Home | Method of Suicide* | | Odds Ratio | 95% Confidence Interval | $\chi^2$ | P† |
|---|---|---|---|---|---|---|
| | Firearms (n=47) | Other (n=20) | | | | |
| Any gun | 93.5 | 31.6 | 31.1 | 6.9-140.0 | 27.8 | <.0001 |
| Long-gun only | 31.6 | 15.8 | 2.5 | 0.6-10.3 | ... | NS |
| Handgun | 67.4 | 15.8 | 11.0 | 2.8-42.9 | 14.4 | .0002 |
| Loaded gun | 13.3 | 0.0 | ... | ... | ... | NS |

**Table 1.—Method of Suicide and Availability of Firearms (n=67)**

*Value expressed as percentage.
†NS indicates not significant.

formulas for matched analyses.[13] To examine for the presence of three-way interactions in the data, log-linear analyses were used. The change in the likelihood $\chi^2$ ($\Delta \chi^2$) is reported to indicate the extent to which a given interaction term influences the goodness-of-fit of the model to the data.[24] Finally, to estimate the contribution to risk for suicide made by availability of firearms after adjusting for psychiatric disorder, paired logistic regression was utilized.[25]

## RESULTS

### Availability of Firearms and Method of Suicide

Most victims killed themselves with guns (n=47, 70.2%; Table 1). Suicide victims who used firearms were much more likely to have a gun in the home compared with suicide victims who died by other methods (43/46 [93.5%] vs 6/19 [31.6%], $\chi^2$=27.8, P=.0001; OR=31.1, 95% CI=6.9 to 140.0). Conversely, 43 (87.8%) of 49 suicide victims who had a gun in the home died by firearms, whereas only three (18.8%) of 16 suicide victims who did not have a gun in the home died by firearms. Suicide victims who had access to handguns were the most likely to die by firearms (31/34 [91.2%]), followed by those with access to long-guns only (12/15 [80.0%]), while those without access to firearms were the least likely to die by firearms (3/16 [18.8%], $\chi^2$=28.4, df=2, P<.0001). Most suicides occurred in the home or adjacent to the home of the suicide victim (39/52 [75.0%]), but firearms suicides were much more likely to occur in the home than were suicides by other methods (30/39 [76.9%] vs 6/13 [46.2%], $\chi^2$=4.11, P=.04, OR=3.9, 95% CI=1.1 to 14.4). As has been shown previously,[2,26] suicide victims who had a positive blood alcohol toxicology test result were more likely to have used firearms (21/47 [44.7%] vs 2/20 [10.0%], $\chi^2$=7.49, P=.006, OR=7.3, 95% CI=1.5 to 35.0).

### Correlates of the Availability of Firearms

In a case-control study, it is critical to ensure that a putative risk factor, such as firearms availability in the home, is not simply a proxy for other risk factors for suicide. Therefore, we examined the characteristics of suicide victims and of controls with and without guns in the home. Suicide victims with a gun in the home were more likely to be white (49/49 [100%] vs 13/16 [81.2%], $\chi^2$=9.63, P=.002) and of slightly lower SES ($\chi^2$=9.64, df=4, P=.05). Similar trends were noted when contrasting completers with access to handguns or those with access to loaded guns to those suicide victims with no guns in the home. Those with a gun in the home were less likely to have a psychiatric diagnosis than those without a gun in the home (36/49 [73.5%] vs 15/16 [93.7%], not significant), a relationship that became statistically significant when the comparison was restricted to a handgun (23/34 [67.6%] vs

15/16 [93.7%], $\chi^2$=6.06, P=.04) or a loaded gun vs no gun (2/6 [33.3%] vs 15/16 [93.7%], $\chi^2$=9.07, P=.003). There was no difference within the suicide completer group in the number of life stressors in the previous 12 months vs those without guns (mean±SD, 5.0±3.0 vs 4.2±2.3). In contrast, controls with a gun in the home were more likely to live with both parents (28/35 [80.0%] vs 15/32 [46.9%], $\chi^2$=7.98, P=.005) and had somewhat lower rates of psychiatric disorder (9/32 [28.1%] vs 5/35 [14.3%], not significant). Those controls with a gun in the home had lower numbers of life stressors in the 12 months prior to interview (1.8±1.8 vs 3.1±3.0), Mann-Whitney U Test=714.0, P=0.05). The small numbers of controls with a handgun or loaded gun in the home precluded further analyses on these variables. In conclusion, in neither the completers nor the controls was there any clear pattern associating gun ownership with other risk factors for completed suicide. In fact, among suicide victims, having a handgun or loaded gun in the home was associated with a statistically significantly *lower* rate of psychiatric disorder than in suicide victims without guns in the home.

### Comparison of Suicide Victims and Controls

Suicide victims were much more likely than controls to have had access to any gun (OR=3.3, 95% CI=1.4 to 7.7; Table 2) and, specifically, handguns in the home (OR=4.8, 95% CI=1.8 to 12.6). The number of handguns per home was higher for suicide victims than controls (P=.0001), but the number of long-guns was not different between groups. Having access to long-guns was not associated with suicide in the total sample, and the association of suicide with having a loaded gun in the home also escaped statistical significance.

### 'Dose-Response' Relationship

Evidence indicated that the more guns in the home, the more likely suicide by firearms was to occur. Looking within the suicide victims, of those without guns in the home, 18.8% (3/16) committed suicide by firearms, whereas for those with one gun in the home, 75% (9/12) used a gun, and of those with more than one gun in the home, 91.2% (31/34) committed suicide by a gun ($\chi^2$ [trend]= 25.3, df=1, P<.0001; N reduced to 62 because the number of guns was not specified in five subjects). No increased risk of suicide was associated with having more than one long-gun in the home. The odds of suicide with *more than one* handgun in the home were greatly increased relative to having *just one* handgun in the home (11/0 vs 23/17, estimated OR=17.1, 95% CI=1.0 to 310.2).

Downloaded from www.archpediatrics.com , on September 19, 2011

| Table 2.—Availability of Firearms to Suicide Victims vs Community Controls | | | | | | |
|---|---|---|---|---|---|---|
| Firearms Available in the Home | Completers (n=67) | Controls (n=67) | Odds Ratio | 95% Confidence Interval | $\chi^2$ | P* |
| Any gun, % | 75.4 | 50.8 | 3.3 | 1.4-7.7 | 8.53 | .004 |
| Handgun, % | 52.3 | 23.1 | 4.8 | 1.8-12.6 | 12.45 | .0004 |
| Long-guns, % | 58.8 | 45.1 | 1.7 | 0.8-3.7 | ... | NS |
| No. of guns† | 2.0 (3.0) | 1.0 (3.5) | ... | ... | ... | NS |
| No. of handguns† | 1.0 (0.5) | 0.0 (0.5) | ... | ... | 50.0‡ | .0001 |
| No. of long-guns† | 1.0 (2.0) | 0.0 (1.0) | ... | ... | ... | NS |
| Loaded gun, % | 9.5 | 4.8 | 2.5 | 0.5-12.9 | ... | NS |

*NS indicates not significant.
†Median (quartile deviation); N reduced to 62 pairs owing to missing data.
‡Wilcoxon W.

## Stratified Analyses

These above-noted patterns of associations were generally true across demographic and psychiatric strata, with a trend for handguns to be more closely associated with risk for suicide than long-guns (Table 3). Log-linear analyses were performed to see if the associations of suicides and firearms availability varied by demographic or diagnostic strata. No three-way associations were noted among gender, suicide, and any gun variables. In comparing the effect of psychiatric disorder on the relationship between guns and suicide, the association between handguns and suicide was stronger in those *without* psychiatric disorder than in those *with* psychiatric disorder (ORs, 12.9 [95% CI=1.5 to 110.9] vs 6.2 [95% CI=1.7 to 22.9]) (suicide × handgun × psychiatric disorder, Δ $\chi^2$=4.05, $df$=1, P=.04). Loaded guns were also much more closely associated with suicide in youth *without* psychiatric disorder, rather than in those *with* psychiatric disorder (ORs 32.3 [95% CI=2.5 to 413.4] vs 0.6 [95% CI=0.1 to 3.8]) (suicide × loaded gun × psychiatric disorder, Δ $\chi^2$=5.88, $df$=1, P=.02).

Finally, there was a difference in the strength of association between handguns and suicide in urban vs rural areas (suicide × handgun × population density: Δ $\chi^2$=4.31, $df$=1, P=.04). In urban areas, there was a strong association between the availability of handguns and suicide (OR=5.6, 95% CI= 2.0 to 15.7), whereas in rural areas, there was no significant relationship detected (OR=1.0, 95% CI=0.3 to 3.7). While long-guns were more closely associated with suicide in rural areas than in urban ones (ORs 4.5 [95% CI=1.0 to 20.3] vs 1.3 [95% CI=0.5 to 3.4]), the difference was not statistically significant (suicide × long-gun × population density; Δ $\chi^2$=1.99, P=.16).

## Logistic Regression

In concurrent analyses on this data set[23] and in other controlled studies,[27,28] it has been found that four psychiatric variables distinguish completers and community controls: major depression, substance abuse, conduct disorder, and past suicide attempt. We used paired logistic regression to determine if, after controlling for these psychiatric variables, any of the firearms variables were still associated with completed suicide. In log-linear analyses, as we have reported previously,[11] no three-way associations were noted among group, proband psychiatric disorder, and the presence of a gun in the home. Controlling for SES and family constellation in addition to the above-noted diagnostic variables did not change the relationship

between firearms variables and suicide substantially. Therefore, for the sake of simplicity, only regressions controlling for psychiatric disorder are presented herein.

The association of any gun in the home and suicide was highly significant (OR=4.4; 95% CI=1.1 to 17.5), even after controlling for depression (OR=38.0; 95% CI= 4.4 to 329.2), conduct disorder (OR=7.2; 95% CI=1.4 to 37.0), and substance abuse (OR=4.0; 95% CI=0.9 to 19.0), with past suicide attempt failing to enter the regression equation. The same was true of an association between handgun availability and suicide (OR=9.5; 95% CI= 1.7 to 53.9), after controlling for major depression (OR=41.4; 95% CI=4.2 to 408.1), conduct disorder (OR=7.8; 95% CI=1.4 to 44.2), and substance abuse (OR=7.8; 95% CI=1.0 to 61.5). The association of long-guns with suicide was *not* significant after controlling for depression, conduct disorder, and substance abuse.

These analyses were then repeated on urban and on rural subsamples. For the urban subsample, after controlling for psychiatric variables, the presence of a handgun contributed to risk for suicide (OR=2.5; 95% CI=1.5 to 4.4), but the presence of a long-gun did not. Conversely for the rural subsample, the presence of a long-gun contributed to suicidal risk (OR=2.1; 95% CI=1.0 to 4.5), but the presence of a handgun did not.

## COMMENT

In this case-control study, we found that firearms were more frequently found in the homes of suicide victims than in demographically matched community controls. This association was strongest for handguns. The presence of a gun in the home, particularly if the gun was loaded, seemed to be most closely associated with suicide in the *absence* of a diagnosable psychiatric condition. Some interaction with population density and the type of gun associated with suicide was noted. In urban areas, handguns were associated with suicide, but not long-guns, whereas in rural areas, only long-guns were associated with suicide. The implications of these findings and their relationship to the literature will be discussed after a brief explanation of the strengths and limitations of this study.

This study has the advantages of being based on a representative sample of suicide victims and community controls, closely matched to one another. Assessment of psychiatric risk factors was detailed and performed using standard, reliable, and valid measures. Limitations include the small sample size, which makes it difficult to examine risk factors among subgroups with a great deal of precision.

 Downloaded from www.archpediatrics.com , on September 19, 2011

| Stratification Variable | Sample Size | | Odds of Gun Availability | | | |
|---|---|---|---|---|---|---|
| | Completer | Control | Any Gun | Long-Gun | Handgun | Loaded Gun |
| **Total Sample** | **67** | **67** | 3.3* | 1.7 | 4.8* | 2.5 |
| Sex | | | | | | |
| M | 57 | 57 | 4.0* | 2.3 | 4.0* | 4.0 |
| F | 10 | 10 | 1.5 | 0.8 | 9.0* | 1.0 |
| Psychiatric disorder | | | | | | |
| Any | 60 | 23 | 3.4† | 2.0 | 6.2* | 0.6 |
| None | 7 | 44 | 11.5 | 5.6 | 12.9† | 32.3* |
| Setting | | | | | | |
| Urban | 46 | 37 | 2.3 | 1.3 | 5.6* | 1.5 |
| Rural | 15 | 30 | 4.0† | 4.5† | 1.0 | 6.8 |

Table 3.—Association Between Suicide and Firearms Availability as a Function of Demographic and Psychiatric Variables

*The 99% confidence interval excludes 1.0.
†The 95% confidence interval excludes 1.0.

Also, it may be impossible to generalize these findings to other geographic locales or samples of nonwhite ethnic origin. Finally, as a case-control study, one cannot simply draw causal inferences between firearms availability and risk for suicide. This issue, which is most central to the interpretations of these findings, will be discussed below.

As previously reported, suicide by firearms is strongly associated with the presence of a gun in the home.[10-12] In fact, suicide by firearms rarely occurs without a gun being present in the home. This in itself suggests that, at least among adolescents, removal of guns from the home may avert some suicides by firearms. Also, as we and others have previously noted,[2,26] there is a significant association between a positive blood alcohol level at the time of death and suicide by firearms. Since there was no additional association of suicide by firearms and substance abuse per se, it seems plausible that an intoxicated, disinhibited state renders suicide by firearms among adolescents more likely.

Firearms in the home and suicide were strongly associated, even after controlling for key psychiatric variables, a finding that has been reported in several previous case-control studies.[10-12] While we have previously shown that availability of firearms is associated with adolescent suicide in the presence of a variety of psychiatric disorders,[10,11] it was unclear if firearms were also associated with suicide in the absence of psychiatric illness, since both our cases and controls in these previous studies were psychiatrically ill. In fact, one of the *only* putative risk factors for adolescent suicide in the *absence* of psychiatric illness is either a handgun or loaded gun in the home.[29] In this study, as in the study of Kellermann et al,[12] the presence of either a handgun or loaded gun in the home was more closely associated with suicide in the absence of psychiatric illness. In the 5% to 10% of adolescent suicide victims without apparent psychiatric illness,[10,27-30] prevention of suicide may rest almost *entirely* on the restriction of availability and accessibility of firearms. Conversely, in the presence of psychiatric disorder, a loaded gun did not appear to convey any additional risk for suicide. It may be that the method of storage of firearms is not as critical a contributor to suicidal risk in the presence of psychiatric disorder because the threshold for committing suicide is lower than it is for those without psychopathologic conditions. However, it should be underscored that the availability of a gun in the home was associated with suicide, both in the presence and in the absence of psychiatric disorder.

In this study, the availability of handguns was more closely associated with suicide than was the availability of long-guns, except in rural areas, where the converse was true. In the primarily urban study of Kellermann et al,[12] handguns were more closely associated with suicide than were long-guns. We had previously reported that the type of gun was not differentially associated with putative risk for suicide.[10,11] However, even in our case-control studies comparing suicide victims and psychiatric controls, there were trends showing that handguns were more closely associated with suicide than long-guns.[11] From the findings of this study, we posit that handguns pose a greater risk for suicide than long-guns, especially in urban community samples. Conversely, we suggest that long-guns pose a greater risk to suicide than handguns in rural areas, possibly because rural inhabitants on average are more familiar with the use of long-guns.

Given the inherent limitations of the case-control design, with how much confidence can one infer that the association between firearms in the home and risk for suicide is causal? Case-control studies lead to faulty conclusions when the following occur[13]: (1) cases and controls have a differential probability of ascertainment associated with a putative risk factor; (2) the retrospective nature of the assessment somehow leads to a distortion in the data obtained; or (3) the putative risk factor is a proxy for a "true" causal factor.[31]

In this study, we had fairly high rates of ascertainment. The rates of firearms ownership in the homes of our controls are consistent with those in other published surveys (eg, Kellermann et al[12]). Moreover, there were no differences in the suicide victims whose families participated vs those who did not by method of suicide, toxicology results, or sociodemographic variables. It is possible that families of suicide victims who used firearms as their method of suicide might be more likely to recall the presence of firearms in the home. However, other studies using a similar methodology have reported high accuracy in interviewees' report of the presence of firearms in the home.[32] It is also possible that firearms suicides are less likely to be misclassified than other suicides, although a survey in Allegheny County from 1978 to 1983 indicated that adolescent suicide was underascertained only by 11%.[2]

It seems unlikely that firearms availability in the home stands as a "proxy" for other, more central risk factors. We addressed this issue using several statistical procedures.

First, we found that firearms, particularly handguns or loaded guns in the home of suicide victims, were associated with a lower rate of psychiatric disorder. The reason for this is that for suicide victims without evident psychopathologic conditions, the presence of a gun in the home appears to be a necessary component to facilitate suicide, as we[29] and Kellermann et al[12] have reported. Second, we examined the association of firearms and suicide stratified by several sociodemographic and psychiatric variables, and have found a consistent association across strata. Third, we statistically controlled for SES, family constellation, and psychopathologic variables using logistic regression, and firearms availability in the home still emerged as highly associated with suicide.

Moreover, when making causal inferences from case-control data, several features *increase* the likelihood that such associations are etiologic.[31] The first is the strength, specificity, and replicability of the finding. A strong and consistent association between firearms and suicide has now been demonstrated in the present study and three previous case-control studies, whose findings are remarkably convergent.[10-12] There are also related studies that find an association between the stringency of handgun control laws and the suicide rate.[4,9] Second, there must be evidence of a temporal association between the risk factor and the "disease." In the study of Loftin et al,[9] the decline in the suicide rate began only after changing the handgun control law in Washington, DC. Third, the association must be biologically plausible. It is certainly plausible that the availability of a weapon in the home, which has a fatality rate of 92% when used in suicide attempts, increases the risk of suicide.[33] Finally, there should be evidence of a dose-response relationship. Both in this study, and that of Kellermann et al,[12] guns that are more easily utilized for suicide (eg, handguns) were more closely associated with suicide than long-guns, at least in urban areas. Furthermore, the likelihood of suicide by firearms was related to the number of firearms in the home. Finally, suicide was more likely to occur in homes with more than one handgun, compared with those homes with just one handgun.

Based on these and related findings, pediatricians and other professionals who provide primary care for adolescents have a responsibility to inquire about the availability of firearms in the home and to educate parents as to the potential risks of firearms ownership, especially of handguns and loaded guns. Parents should be strongly encouraged to rid their homes of these putative risk factors for suicide. Families should specifically be informed that availability of firearms, particularly handguns or loaded guns, may pose a risk for suicide even in adolescents *without apparent psychopathologic conditions*. These data also provide more evidence in support of a possibly salutary role that strict handgun control might have on the unacceptably high rate of mortality among adolescents due to suicide.

This work was supported in part by grant 86-1063 from the William T. Grant Foundation, New York, NY, and two awards from the National Institute of Mental Health, Bethesda, Md: MH 44711 "Youth Exposed to Suicide," and MH 43366, "Adolescent Family Study."

Christopher Allman provided data and Lisa Balach performed the interviews. Karen Rhinaman prepared the manuscript.

### References

1. Centers for Disease Control. *Youth Suicide Prevention Programs: A Resource Guide.* Atlanta, Ga: Dept of Health and Human Services, National Center for Injury Prevention and Control; 1992.

2. Brent DA, Perper JA, Allman C. Alcohol, firearms, and suicide among youth: temporal trends in Allegheny County, Pennsylvania, 1960-1983. *JAMA.* 1987;257:3369-3372.

3. Boyd JH, Moscicki EK. Firearms and youth suicide. *Am J Public Health.* 1986;308:872-874.

4. Sloan JH, Rivara FP, Reay DT, Ferris JAJ, Kellermann AL. Firearm regulations and rates of suicide: a comparison of two metropolitian areas. *N Engl J Med.* 1990;322:369-373.

5. Markush RE, Bartolucci AA. Firearms and suicide in the United States. *Am J Public Health.* 1984;74:123-127.

6. Lester D, Murrell ME. The influence of gun control laws on suicidal behavior. *Am J Psychiatry.* 1980;137:121-122.

7. Lester D, Murrell ME. The preventive effect of strict gun control laws on suicide and homicide. *Suicide Life Threat Behav.* 1982;12:131-140.

8. Rich CL, Young JG, Fowler RC, Wagner J, Black NA. Guns and suicide: possible effects of some specific legislation. *Am J Psychiatry.* 1990;147:342-346.

9. Loftin C, McDowall D, Wiersema B, Cottey TJ. Effects of restrictive licensing of handguns on homicide and suicide in the District of Columbia. *N Engl J Med.* 1991;325:1615-1620.

10. Brent DA, Perper JA, Goldstein CE, et al. Risk factors for adolescent suicide: a comparison of adolescent suicide victims with suicidal inpatients. *Arch Gen Psychiatry.* 1988;45:581-588.

11. Brent DA, Perper JA, Allman CJ, Moritz GM, Wartella ME, Zelenak JP. The presence and accessibility of firearms in the homes of adolescent suicides: a case-control study. *JAMA.* 1991;266:2989-2995.

12. Kellermann AL, Rivara FP, Somes G, et al. Suicide in the home in relation to gun ownership. *N Engl J Med.* 1992;327:467-472.

13. Schlesselman JJ. *Case-Control Studies: Design, Conduct, Analysis.* New York, NY: Oxford University Press; 1982.

14. Brent DA, Perper JA, Moritz GM, et al. Psychiatric effects of exposure to suicide among the friends and acquaintances of adolescent suicide victims. *J Am Acad Child Adolesc Psychiatry.* 1992;31:629-640.

15. Achenbach TM, Edelbrock CS. *Manual for the Child Behavior Checklist and Revised Child Behavior Profile.* Burlington: University of Vermont, Dept of Psychiatry; 1983.

16. Hollingshead AB. *Four Factor Index of Social Status.* New Haven, Conn: Yale University; 1975.

17. US Dept of Commerce Bureau of the Census. *1990 Census of Population and Housing Summary of Social Economic and Housing Characteristics for Pennsylvania.* Washington, DC: US Dept of Commmerce; 1990.

18. Orvaschel H, Puig-Antich J, Chambers W, Tabrizi MA, Johnson R. Retrospective assessment of prepubertal major depressive episode with the K-SADS-E. *J Am Acad Child Psychiatry.* 1982;21:392-397.

19. American Psychiatric Association, Committee on Nomenclature and Statistics. *Diagnostic and Statistical Manual of Mental Disorders, Revised Third Edition.* Washington, DC: American Psychiatric Association; 1980.

20. Chambers WJ, Puig-Antich J, Hirsch M, et al. The assessment of affective disorders in children and adolescents by semi-structured interview. *Arch Gen Psychiatry.* 1985;42:696-702.

21. Brent DA, Perper J, Kolko DJ, Zelenak JP. The psychological autopsy: methodologic considerations for the study of adolescent suicide. *J Am Acad Child Adolesc Psychiatry.* 1988;27:362-366.

22. Brent DA, Perper JA, Moritz G, et al. The validity of diagnoses obtained through the psychological autopsy procedure in adolescent suicide victims: use of family history. *Acta Psychiatr Scand.* 1993;87:118-122.

23. Brent DA, Perper JA, Moritz, G, et al. Psychiatric risk factors for adolescent suicide: a case-control study. *J Am Acad Child Adolesc Psychiatry.* 1993;32:521-529.

24. Bishop YMM, Fienberg ST, Holland PW. *Discrete Multivariate Analysis: Theory and Practice.* Cambridge, Mass: MIT Press; 1980.

25. Breslow NE, Day NE. *Statistical Methods in Cancer Research: The Analysis of Case-Control Studies: No. 32.* Lyon, France: IARC Scientific Publications; 1980;1:248-279.

26. Hlady WG, Middaugh JP. Suicides in Alaska: firearms and alcohol. *Am J Public Health.* 1988;78:179-180.

27. Shaffer D, Garland A, Gould M, Fisher P, Trautman P. Preventing teenage suicide: a critical review. *J Am Acad Child Adolesc Psychiatry.* 1988;27:675-687.

28. Shafii M, Steltz-Lenarsky J, Derrick AM, Beckner C, Whittinghill JR. Comorbidity of mental disorders in the post-mortem diagnosis of completed suicide in children and adolescents. *J Affect Disord.* 1988;15:227-233.

29. Brent DA, Perper J, Moritz G, Baugher M, Allman C. Suicide in adolescents with no apparent psychopathology. *J Am Acad Child Adolesc Psychiatry.* 1993;32:494-500.

30. Marttunen MJ, Aro HM, Henriksson MM, Lonnquist JK. Mental disorders in adolescent suicide *DSM-III-R* axes I and II diagnoses in suicides among 13- to 19-year-olds in Finland. *Arch Gen Psychiatry.* 1991;48:834-839.

31. Lilienfeld AM, Lilienfeld DE. *Foundations of Epidemiology.* 2nd ed. New York, NY: Oxford University Press; 1980.

32. Kellermann AL, Rivara FP, Banton J, Reay D, Fligner C. Validating survey responses to questions about gun ownership among owners of registered handguns. *Am J Epidemiol.* 1990;131:1080-1084.

33. Card JJ. Lethality of suicidal methods and suicide risk: two distinct concepts. *Omega.* 1974;5:37-45.

 Downloaded from www.archpediatrics.com , on September 19, 2011

# Exhibit 71

# SPECIAL ARTICLE

## SUICIDE IN THE HOME IN RELATION TO GUN OWNERSHIP

Arthur L. Kellermann, M.D., M.P.H., Frederick P. Rivara, M.D., M.P.H., Grant Somes, Ph.D.,
Donald T. Reay, M.D., Jerry Francisco, M.D., Joyce Gillentine Banton, M.S.,
Janice Prodzinski, B.A., Corinne Fligner, M.D., and Bela B. Hackman, M.D.

**Abstract** *Background.* It has been suggested that limiting access to firearms could prevent many suicides, but this belief is controversial. To assess the strength of the association between the availability of firearms and suicide, we studied all suicides that took place in the homes of victims in Shelby County, Tennessee, and King County, Washington, over a 32-month period.

*Methods.* For each suicide victim (case subject), we obtained data from police or the medical examiner and interviewed a proxy. Their answers were compared with those of control subjects from the same neighborhood, matched with the victim according to sex, race, and age range. Crude and adjusted odds ratios were calculated with matched-pairs methods.

*Results.* During the study period, 803 suicides occurred in the two counties, 565 of which (70 percent) took place in the home of the victim. Fifty-eight percent (326) of these suicides were committed with a firearm. After ex-

cluding 11 case subjects for various reasons, we were able to interview 80 percent (442) of the proxies for the case subjects. Matching controls were identified for 99 percent of these subjects, producing 438 matched pairs. Univariate analyses revealed that the case subjects were more likely than the controls to have lived alone, taken prescribed psychotropic medication, been arrested, abused drugs or alcohol, or not graduated from high school. After we controlled for these characteristics through conditional logistic regression, the presence of one or more guns in the home was found to be associated with an increased risk of suicide (adjusted odds ratio, 4.8; 95 percent confidence interval, 2.7 to 8.5).

*Conclusions.* Ready availability of firearms is associated with an increased risk of suicide in the home. Owners of firearms should weigh their reasons for keeping a gun in the home against the possibility that it might someday be used in a suicide. (N Engl J Med 1992;327:467-72.)

EACH year more than 29,000 Americans kill themselves, making suicide the eighth leading cause of death in the nation.[1,2] Despite the widespread adoption of telephone crisis lines,[3] school-based intervention programs,[4-6] and newer varieties of antidepressant medication,[7] rates of suicide continue to increase.[8] In the United States, more people kill themselves with guns than by all other methods combined.[1,8] From 1968 through 1985, the rate of suicide involving firearms increased 36 percent, whereas the rate of suicide involving other methods remained constant.[9] Among adolescents and young adults, rates of suicide by firearms doubled during the same period.[1]

In the light of these facts, some suggest that limiting access to firearms could prevent many suicides.[8,10-15] Others question this notion, arguing that if guns were less readily available, suicidal persons would simply work harder to acquire a gun or kill themselves by other means.[16-18]

Although the risk of suicide varies according to age, sex, and race, the link between readily available firearms and suicide is less clear.[19,20] Previous groups

have studied variations in the rates of gun ownership and suicide in populations separated by geography[11-13] or time.[10-15] Their findings are limited, however, by the wide variety of potentially confounding variables that characterize large populations.[19] Furthermore, hazards suggested by ecologic analysis may not hold at the level of individual households or people.[21]

If access to firearms increases the risk of suicide, then the rate of suicide should be higher in homes with guns than in homes without guns. To determine whether this is the case, we conducted a population-based, case–control study in two geographically and demographically distinct metropolitan counties.

## METHODS

### Case Identification

Shelby County, Tennessee, and King County, Washington, are the most populous counties in their states, containing the cities of Memphis and Seattle, respectively. Although both counties are urban in character, King County is predominantly white and enjoys a relatively high standard of living. In contrast, Shelby County has a large black minority, and a substantial proportion of its citizens live below the poverty level (Table 1).[22,23]

All suicides involving a resident of either county that occurred between August 23, 1987, and April 30, 1990, were studied to identify those that took place in the home of the victim. Any death ruled a suicide was included, regardless of the method used. Self-inflicted injuries that were not immediately fatal were included if death followed within three months. Cases in which there was potential litigation over the official cause of death were excluded at the request of the medical examiners.

### Case Selection and Recruitment of Case Proxies

A home was defined as any house, apartment, or dwelling occupied by a victim (a case subject) as that person's principal residence. Suicides occurring in adjacent structures (e.g., a garage) or

From the Departments of Medicine (A.L.K., J.G.B., B.B.H.), Preventive Medicine (A.L.K.), Pathology (J.F.), and Biostatistics and Epidemiology (G.S.), University of Tennessee, Memphis; and the Departments of Pediatrics (F.P.R.), Epidemiology (F.P.R.), and Pathology (D.T.R., C.F.), University of Washington, and the Harborview Injury Prevention and Research Center (F.P.R., J.P.), both in Seattle. Address reprint requests to Dr. Kellermann at the Division of Emergency Medicine, Regional Medical Center at Memphis, 877 Jefferson Ave., Rm. G164, Memphis, TN 38103.

Supported by a grant (CCR402424) from the Public Health Service, Centers for Disease Control, Atlanta.

Presented at the annual meeting of the American Public Health Association, Atlanta, October 12, 1991. The views expressed are those of the authors and do not necessarily reflect those of the University of Tennessee, the University of Washington, or the Centers for Disease Control.

Downloaded from nejm.org on September 16, 2011. For personal use only. No other uses without permission.
Copyright © 1992 Massachusetts Medical Society. All rights reserved.

the surrounding yard were also included. In the event of a murder–suicide, the suicide victim was included only if older than the murder victim; in double suicides, only the older victim was included.

Reports made at the scene were collected to ensure that the study criteria were met. In King County, the medical examiner's staff conducted all investigations of the scene. In Shelby County, police officers conducted the investigations. In addition to data obtained at the scene, investigators obtained the names of persons close to the victim who might provide an interview at a later date. These lists were supplemented with names obtained from newspaper accounts, obituaries, and calls to funeral homes. In this way, proxies for the victims were identified.

Approximately three weeks after each death, those chosen to be interviewed were sent a signed letter that outlined the nature of the project. A $10 incentive was offered, and a follow-up telephone call was made a few days later to arrange a time and place for the interview. At the time of this meeting, informed consent was obtained. The proxies were told that they could decline to answer any question. They were also free to terminate the interview at any time.

### Selection and Recruitment of Controls

After each interview with a case proxy, we sought a control subject matched with the case subject according to sex, race, age range (0 to 14, 15 to 24, 25 to 40, 41 to 60, and 61 years or older), and neighborhood of residence. To minimize selection bias, the controls were identified by a previously validated procedure for the random selection of matching households in nearby locations.[24,25] After marking off a one-block avoidance zone around the home of the case subject, the interviewers started a neighborhood census at a randomly selected point along a predetermined route radiating out from the case subject's residence. Households in which no one was home were visited twice more, at different times of day and on different days of the week. After the census was completed, an adult (18 years old or older) in the first household in which a member met the matching criteria was offered a $10 incentive and asked to consent to an interview. Whenever possible, attempts were made to interview someone other than the actual matching control subject (a control proxy). When no interview was granted, the next matching household on the route was approached.

### Interviews

The interviews with proxies for case subjects and their controls were virtually identical in format, order, and content. Each was brief, highly structured, and arranged so that the more sensitive

**Table 1. Characteristics of Shelby County, Tennessee, and King County, Washington, as of 1980.\***

| CHARACTERISTIC | SHELBY COUNTY | KING COUNTY |
|---|---|---|
| Population | | |
| Total | 777,113 | 1,269,749 |
| Major city | 646,356 (Memphis) | 493,846 (Seattle) |
| Racial composition | | |
| Whites | | |
| Male | 216,432 | 551,546 |
| Female | 229,026 | 570,465 |
| All | 445,458 (57.3%) | 1,122,011 (88.4%) |
| Blacks | | |
| Male | 151,247 | 28,296 |
| Female | 173,417 | 27,654 |
| All | 324,664 (41.8%) | 55,950 (4.4%) |
| Native Americans, Eskimos | | |
| Male | 425 | 6,095 |
| Female | 341 | 6,342 |
| All | 766 (0.1%) | 12,437 (1.0%) |
| Asians, Pacific Islanders | | |
| Male | 1,829 | 28,909 |
| Female | 2,033 | 29,803 |
| All | 3,862 (0.5%) | 58,712 (4.6%) |
| Other | 2,363 (0.3%) | 20,639 (1.6%) |
| No. of households | 268,871 | 498,221 |
| Median income | $15,289 | $20,717 |
| % of families below poverty level | 15.3 | 5.0 |

\*Sources: 1980 census.[22,23]

questions were not broached until later in the interview. Items drawn from the Short Michigan Alcoholism Screening Test,[26] the Hollingshead two-factor index of social position,[27] and a 1978 poll by Decision Making Information[28] were included. Particularly sensitive questions were preceded by "permissive" statements, such as the following: "Half of all homes in America contain one or more firearms. Are guns of any kind kept in your home?" To confirm the reliability of the interviewers, supervisory personnel contacted a random sample of 10 percent of those interviewed and administered an abbreviated form of the questionnaire. The rate of concordance between these responses and those given to the interviewers equaled or exceeded 96 percent.

### Statistical Analysis

Reports from the scene of the suicide were analyzed for descriptive purposes only. Interview data were used in the risk assessment because these were collected in an analogous manner from the case proxies and the controls. Since any member of a control household might decide to remove firearms from the home after a death in the neighborhood, the answers were adjusted to reflect the state of affairs on the date of each suicide. Mantel–Haenszel chi-square analysis was used to calculate the crude odds ratio associated with each variable. Subsequent multivariate analyses used conditional logistic regression, the appropriate technique for a matched-pairs design.[29]

Potentially confounding variables were identified and controlled for through a three-step process. First, models containing closely related variables (such as those describing the use of alcohol in the home) were constructed to identify the variable or variables in each set that were most predictive of being a case subject or a control. Whenever both measures of exposure pertaining to the individual and measures pertaining to the household were found to be significant, only the variable describing exposure for the individual was retained. Next, a model that incorporated the variables selected in this initial step was constructed, to select the variables that remained significant after we controlled for the effects of the remaining variables in the model. Finally, a third model was constructed in which gun ownership was added to the list of covariates to assess the relation between firearms and suicide in the home after adjustment for the effects of the remaining variables. At this stage, we also looked for two-way interaction terms and checked to see whether there was an interaction between gun ownership and any of the matching variables.

After calculating an adjusted odds ratio for suicide based on all the pairs for which data were complete (360 pairs), we analyzed a series of subgroups representing various strata in the full study sample. To exclude the possibility of confounding due to preexisting mental illness or depression, we calculated the relative odds of suicide among case subjects who had no history of psychiatric problems. To limit bias resulting from potentially faulty reporting about case subjects who lived alone, we conducted an analysis restricted to pairs in which interviews were obtained with proxies who lived in the same home as the victim. To determine whether gun ownership was associated with an increased risk of suicide by means other than firearms, an analysis stratified according to the method of suicide was also conducted.

After these calculations, we performed three final analyses to see whether different patterns of gun ownership or storage were associated with a greater or lesser risk of suicide. In each comparison we used the final model as previously defined, but we subdivided gun ownership into three categories instead of comparing owners with nonowners. One analysis compared handgun ownership, ownership only of long guns, and ownership of no guns. A second compared ownership of loaded guns, ownership of unloaded guns, and ownership of no guns. The third compared guns kept in a locked place, guns kept in an unlocked place, and no guns.

## RESULTS

### Study Population

Eight hundred three suicides took place during the 32 months of our study. In King County, 555 suicides were identified, 385 of which (69 percent) occurred in the home of the victim. In Shelby County, 248 sui-

The New England Journal of Medicine
Downloaded from nejm.org on September 16, 2011. For personal use only. No other uses without permission.
Copyright © 1992 Massachusetts Medical Society. All rights reserved.

cides occurred, 180 of which (73 percent) took place in the victim's home. After we excluded the younger victims in five cases of double death, one case involving delayed death, three cases already excluded by the medical examiner's staff, and two cases determined long after the time of death to have involved suicide, 554 cases of suicide were available for study (Table 2).

Most of the suicides we studied occurred at the victim's residence. One fourth were committed in an adjoining yard, an accessory building, or a place of work attached to the home. Notes were left in 36 percent of cases. A gun was the means of death most commonly used; slightly more than half of all suicides in the home in King County involved a firearm, as did 73 percent of those in Shelby County. Handguns were used in 72 percent of the suicides involving a firearm. In four of every five such suicides, the investigators specifically noted that the gun had been kept in the victim's home. In the remaining 20 percent of cases, the origin of the firearm was not noted.

## Comparability of Case Subjects and Controls

Eighty-three percent of proxies for the case subjects in King County and 73 percent of those in Shelby County agreed to be interviewed. The households of those who agreed to an interview and the households of those who did not agree did not differ with respect to the age, sex, or method of death (firearm vs. other means) of the victim. Those who declined to be interviewed, however, were somewhat more likely to be black (13.4 percent, vs. 8.1 percent among those who were interviewed).

Interviews with matching controls or their proxies were obtained for 99 percent of the case subjects, yielding 438 matched pairs. Four hundred four pairs were matched for all three variables, 33 for two variables, and 1 for a single variable only (sex). The demographic characteristics of the households of the case subjects and controls were highly similar, except that 36 percent of the case subjects lived alone, as compared with only 18 percent of the matching controls (Table 3). Although every effort was made to conduct the interviews in person, the proxies for case subjects were more likely than controls or their proxies to request a telephone interview (39 percent vs. 10 percent). Despite efforts to interview proxies for each matching control, only 50 percent of the control interviews were conducted in this manner. However, similar rates of gun ownership were reported in telephone interviews and face-to-face interviews, and the proxies for the controls reported rates of gun ownership similar to those reported by the controls themselves.

## Univariate Analysis

Univariate comparisons revealed that alcohol was more commonly consumed in the households of case subjects than in those of controls. Alcohol was also more commonly consumed by case subjects than by matching controls. Behavioral correlates of alcoholism (such as trouble at work, problems at home, or hospitalization due to drinking) were also reported by

Table 2. Suicides Committed in the Home of the Victim from August 23, 1987, through April 30, 1990.

| VARIABLE | SHELBY COUNTY | KING COUNTY |
|---|---|---|
| No. of suicides in county | 248 | 555 |
| No. committed away from home | 68 | 170 |
| By firearms | 48 (71%) | 61 (36%) |
| By other means | 20 (29%) | 109 (64%) |
| No. committed at home | 180 | 385 |
| By firearms | 131 (73%) | 195 (51%) |
| By other means | 49 (27%) | 190 (49%) |
| No. of cases excluded | 2 | 9 |
| Double violent death | 0 | 5 |
| Not reported by office staff | 1 | 2 |
| Late change in death certificate | 0 | 2 |
| Delayed death | 1 | 0 |
| No. of home suicides studied | 178 | 376 |
| No. of households interviewed | 130 (73%) | 312 (83%) |
| No. not interviewed | 48 (27%) | 64 (17%) |
| Refused interview | 39 | 56 |
| Medical examiner's request | 1 | 6 |
| No key respondent | 6 | 1 |
| Other | 2 | 1 |

substantially higher percentages of the proxies of case subjects than of controls. Illicit-drug use was reported by 19.2 percent of case proxies but by only 3.1 percent of matched controls.

To the question "Many people occasionally have quarrels or fights — has anyone in this household ever been hit or hurt in a fight in the home?" 13.6 percent of the case proxies answered in the affirmative, but only 3.9 percent of controls. The combination of alcohol and domestic violence was particularly striking. Almost 15 percent of case proxies reported physical fights while drinking, as compared with only 1.2 percent of matched controls.

The case subjects were far more likely than the con-

Table 3. Demographic Characteristics of 438 Pairs of Case Subjects and Controls.

| CHARACTERISTIC | CASE SUBJECTS | CONTROLS |
|---|---|---|
| Sex (%) | | |
| Male | 72 | 72 |
| Female | 28 | 28 |
| Race or ethnic group (%) | | |
| White | 89 | 90 |
| Black | 8 | 8 |
| Hispanic | 1 | 1 |
| Asian | 2 | 1 |
| Other | <1 | <1 |
| Age group (%) | | |
| 0–14 | 1 | 1 |
| 15–24 | 16 | 15 |
| 25–40 | 25 | 26 |
| 41–60 | 25 | 24 |
| ≥61 | 33 | 34 |
| Head of household | | |
| Education (median yr) | 12.9 | 13.5 |
| Median socioeconomic status* | 3.4 | 3.1 |
| Type of dwelling (%) | | |
| House | 59 | 65 |
| Other | 41 | 35 |
| Median no. of residents per room | 0.38 | 0.50 |
| Percent living alone | 36 | 18 |
| Type of interview (%) | | |
| Proxy | 100 | 50 |
| Telephone | 39 | 10 |

*Measured by the Hollingshead score on a scale from 1 to 5, with 1 as the highest score.[27]

The New England Journal of Medicine
Downloaded from nejm.org on September 16, 2011. For personal use only. No other uses without permission.
Copyright © 1992 Massachusetts Medical Society. All rights reserved.

trols to have been arrested (27.8 percent vs. 8.5 percent). A history of depression or mental illness was reported for 83.5 percent of the case subjects but for only 6.4 percent of the controls. Thirty-six percent of the case subjects took prescribed psychotropic medication, as compared with 3.5 percent of matched controls.

Sixty-five percent of the case subjects had had one or more firearms in their home, as compared with 41 percent of the matched controls (crude odds ratio, 3.2; 95 percent confidence interval, 2.4 to 4.4). Handguns were kept in 49.5 percent of case households but only 23.4 percent of control households (crude odds ratio, 3.7; 95 percent confidence interval, 2.7 to 5.1). In homes with firearms, a gun was the method chosen for suicide in 86 percent of cases. In homes where firearms were not usually kept, only 6 percent of case subjects killed themselves with a gun. The last 172 case proxies to be interviewed were asked how long a gun had been kept in the victim's home. Only 5 of the 162 who answered (3 percent) reported that the gun had been obtained within two weeks of the suicide.

### Multivariate Analysis

Six potentially confounding variables were retained in our final conditional logistic-regression model: failure to graduate from high school, living alone, consumption of alcoholic beverages, previous hospitalization due to drinking, current use of prescription medication for depression or mental illness, and use of illicit drugs. Each of these variables was strongly and independently associated with an increased risk of suicide in the home. Our final model did not include any interaction terms between gun ownership and these covariates or between gun ownership and the matching variables (Table 4). Controlling for the effects of these six covariates revealed that keeping one or more firearms was strongly associated with an increased risk of suicide in the home (adjusted odds ratio, 4.8; 95 percent confidence interval, 2.7 to 8.5). Stratified analyses using the same model demonstrated that the presence of guns in the home was associated with an increased risk of suicide among women as well as men, across all age strata, and among whites (Table 5). No subgroup analysis limited to nonwhites could be performed. Restricting the analysis to matched pairs with data obtained from case proxies who lived in the home of the victim verified the association. Another analysis restricted to case subjects with no history of depression or mental illness revealed that guns were even more strongly associated with suicide in this group than in the study population overall. An analysis stratified according to the method of suicide revealed that the link between gun ownership and suicide was entirely due to much higher odds of suicide with a firearm. Suicide by any other means was not significantly associated with the presence of a gun in the home (Table 5).

Subsequent analyses revealed that case subjects in households with loaded firearms (odds ratio, 9.2) were at higher risk of suicide than those in homes with unloaded firearms (odds ratio, 3.3), as compared with those in homes with no guns (Table 6). Households with guns kept in an unlocked place were associated with a higher risk of suicide than households in which guns were kept in a locked place, and homes with one or more handguns were associated with a risk of suicide almost twice as high as that in homes containing only long guns. However, homes with guns of any sort were associated with a significantly higher risk of suicide than homes without guns, regardless of the type of gun or the method of storage.

### Discussion

Our study was restricted to suicides occurring in the victim's home because a previous study has indicated that most suicides committed with guns occur there[30] and because almost half the homes in America contain one or more firearms.[28] If readily available firearms increase the risk of suicide, this effect should be most noticeable in an environment where guns are commonly kept. Our results offer strong evidence that the ready availability of guns increases the risk of suicide in the home. Homes with handguns and homes where firearms were not locked up or were kept loaded were even more likely to be the scene of a suicide than homes where firearms were kept securely stored. Few victims acquired their guns within hours or days of their death; the vast majority had guns in the home for months or years.

Case–control studies offer many advantages over geographic comparisons and time-series designs, but they are prone to potential sources of bias.[31] We minimized selection bias by including all victims of suicide in the home as eligible case subjects and by using an explicit protocol for the random selection of matched controls. High response rates for both case proxies and controls (80 percent) limited any potential nonresponse bias. To minimize differential recall between case proxies and controls, we delayed our interview to allow for the initial grief process and selected relatively objective variables for our final regression analysis.

The possible misreporting of sensitive information

Table 4. Variables Included in the Final Conditional Logistic-Regression Model Derived from Data on 360 Matched Pairs of Case Subjects and Controls.*

| Variable | Adjusted Odds Ratio | 95% Confidence Interval |
|---|---|---|
| Did not graduate from high school | 4.1 | 1.8–9.8 |
| Lives alone | 5.3 | 2.6–10.9 |
| Drinks alcohol | 2.3 | 1.2–4.1 |
| Previous hospitalization due to drinking | 16.4 | 3.2–85.3 |
| Psychotropic medication prescribed | 35.9 | 13.5–95.6 |
| Active use of illicit drugs | 10.0 | 3.5–28.7 |
| Gun kept in the home | 4.8 | 2.7–8.5 |

*Conditional logistic-regression analysis requires that data on all the variables of interest be available for both case subjects and their matched controls. Seventy-eight pairs with missing data on any of the seven variables of interest were excluded from this analysis.

The New England Journal of Medicine
Downloaded from nejm.org on September 16, 2011. For personal use only. No other uses without permission.
Copyright © 1992 Massachusetts Medical Society. All rights reserved.

Table 5. Suicide in the Home in Relation to Gun Ownership, According to Subgroup.

| SUBGROUP | NO. OF PAIRS | ADJUSTED ODDS RATIO* (95% CONFIDENCE INTERVAL) |
|---|---|---|
| **Sex** | | |
| Women | 104 | 3.3 (1.3–8.7) |
| Men | 256 | 6.4 (3.0–13.4) |
| **Race** | | |
| Whites | 323 | 5.2 (2.8–9.8) |
| Blacks† | 37 | — |
| **Age (yr)** | | |
| 0–24 | 61 | 10.4 (1.6–68.8) |
| 25–40 | 90 | 7.2 (1.2–44.0) |
| 41–60 | 91 | 4.0 (1.3–12.3) |
| ⩾61 | 118 | 6.6 (2.4–18.3) |
| **Mental illness** | | |
| History | 297 | 3.0 (1.6–5.7) |
| No history | 63 | 32.8 (4.6–232.8) |
| **Residence of case proxy** | | |
| In victim's home | 175 | 7.4 (2.9–18.6) |
| Outside victim's home | 185 | 4.1 (1.6–10.23) |
| **Means of suicide** | | |
| Firearms | 209 | 69.5 (10.9–444.3) |
| Other | 151 | 0.7 (0.2–1.7) |

*All results were calculated by conditional logistic regression after controlling for the covariates listed in the table.

†No valid odds ratio for suicide involving blacks could be determined because of the small number of matched pairs, the large number of covariates, and the high degree of collinearity between covariates in this subgroup.

by controls was our greatest concern, since we had no way to verify their accounts independently. The underreporting of risk factors such as a history of family violence, alcohol abuse, or illicit-drug use would amplify the apparent effects of these factors among the case subjects and bias our adjusted odds ratio for gun ownership toward the null hypothesis. In contrast, underreporting of gun ownership among controls would tend to bias the odds ratio upward. For two reasons, we think misreporting of gun ownership was not a problem. First, in a pilot study of owners of registered handguns, we demonstrated that responses to our questions about gun ownership were generally valid.[32] Second, the rates reported by our control subjects in both cities for gun ownership in general and handgun ownership in particular are comparable to those noted in earlier national surveys[33] and are higher than those predicted by Cook's 1979 gun-prevalence index.[34]

Three additional limitations warrant comment. This study addresses only suicides in the home and does not examine the relation between the availability of firearms and suicides out of the home. However, during the study period the proportion of out-of-home suicides involving firearms in each county exceeded the prevalence of gun ownership in the respective control group. Second, our research was conducted in two metropolitan counties with relatively small rural populations. Therefore, our conclusions may not be generalizable to rural communities. Finally, we cannot exclude the possibility that gun owners (and people who live in homes with guns) may be psychologically predisposed to commit suicide. Although this idea seems unlikely, one cannot readily control for "psychological confounding" of this sort in a case–control study.

The odds ratio associated with the presence of one or more firearms in the home increased from 3.2 to 4.8 after adjustment for confounding variables. An explanation of this effect can be found by examining the relation between gun ownership and two of the risk factors included in our final regression model. Use of psychotropic medication and the presence of guns in the home were both risk factors for suicide, but persons taking psychiatric medication were actually less likely to live in a home with a firearm than those not taking such medication. This was especially true among the case subjects. Fewer case subjects and controls who lived alone owned guns than did persons living with others. Since both living alone and taking psychotropic medication were strongly associated with suicide but negatively correlated with gun ownership, controlling for their effects increased the apparent strength of the association between suicide and the presence of a gun in the home.

Two case–control studies have previously explored the relation between firearms in the home and suicide. In 1988, Brent and colleagues reported that guns were more likely to be present in the homes of adolescent suicide victims than in the homes of demographically similar suicidal inpatients.[35] They subsequently verified this finding in a larger series of adolescent suicide victims, a group who had attempted suicide, and a third group of nonsuicidal controls with other psychiatric illnesses.[36]

In our previous study, we compared suicide rates in King County, Washington, and Vancouver, British Columbia, and found little evidence of a link between firearm regulations and rates of suicide in the community.[13] However, the ecologic analysis employed in that study is best used to generate hypotheses.[21] Validation requires a more rigorous study design, such as the one used here.

The ready availability of firearms appears to be associated with an increased risk of suicide in the home. Although this risk is present in households where there is mental illness, it is also evident in households in which no one was previously known to be mentally ill or depressed. People who own firearms

Table 6. Risk of Suicide in the Home in Relation to Various Patterns of Gun Ownership.

| VARIABLE* | ADJUSTED ODDS RATIO† | 95% CONFIDENCE INTERVAL |
|---|---|---|
| **Type of guns in the home** | | |
| One or more handguns | 5.8 | 3.1–4.7 |
| Long guns only | 3.0 | 1.4–6.5 |
| No gun in the home | 1.0 | — |
| **Loaded guns** | | |
| Any gun kept loaded | 9.2 | 4.1–20.1 |
| All guns kept unloaded | 3.3 | 1.7–6.1 |
| No guns in the home | 1.0 | — |
| **Locked guns** | | |
| Any gun kept unlocked | 5.6 | 3.1–10.4 |
| All guns kept locked up | 2.4 | 1.0–5.7 |
| No guns in the home | 1.0 | — |

*For each variable shown, a group of persons living in homes without firearms was used as a reference category.

†The same model and the same 360 case–control pairs used in the final conditional logistic-regression equation were used for these analyses.

Downloaded from nejm.org on September 16, 2011. For personal use only. No other uses without permission.
Copyright © 1992 Massachusetts Medical Society. All rights reserved.

should carefully weigh their reasons for keeping a gun in the home against the possibility that it may someday be used in a suicide.

We are indebted to Noel Weiss and William Carter for their guidance and expertise; to Phil Cook and Alvan Feinstein for their comments and suggestions; to Paul Blackman for inspiring this work; to Carol Conway, Linda Chaney, and LaGenna Betts for assistance in the preparation of the manuscript; and especially to the police departments of Memphis, Bartlett, Millington, and Germantown, Tenn., and of Seattle and Bellevue, Wash., and the sheriff's departments of Shelby County and King County, without whose cooperation and support this project would not have been possible.

## REFERENCES

1. Suicide surveillance: 1970-1980. Atlanta: Centers for Disease Control, 1985.
2. National Center for Health Statistics. Advance report of final mortality statistics, 1988. Monthly Vital Statistics Rep 1990;39(7):Suppl.
3. Eddy DM, Wolpert RL, Rosenberg ML. Estimating the effectiveness of interventions to prevent youth suicides. Med Care 1987;25 Suppl:S57-S65.
4. Garland A, Shaffer D, Whittle B. A national survey of school-based, adolescent suicide prevention programs. J Am Acad Child Adolesc Psychiatry 1989;28:931-4.
5. Shaffer D, Vieland V, Garland A, Rojas M, Underwood M, Busner C. Adolescent suicide attempters: response to suicide-prevention programs. JAMA 1990;264:3151-5.
6. CDC recommendations for a community plan for the prevention and containment of suicide clusters. MMWR Morb Mortal Wkly Rep 1988;37: Suppl S6.
7. Drugs for psychiatric disorders. Med Lett Drugs Ther 1991;33(844):43-50.
8. The National Committee for Injury Prevention and Control. Injury prevention: meeting the challenge: suicide. Am J Prev Med 1989;5:Suppl:252-60.
9. Boyd JH. The increasing rate of suicide by firearms. N Engl J Med 1983; 308:872-4.
10. Ford AB, Rushforth NB, Rushforth N, Hirsch CS, Adelson L. Violent death in a metropolitan county. II. Changing patterns in suicides (1959-1974). Am J Public Health 1979;69:459-64.
11. Markush RE, Bartolucci AA. Firearms and suicide in the United States. Am J Public Health 1984;74:123-7.
12. Rich CL, Young JG, Fowler RC, Wagner J, Black NA. Guns and suicide: possible effects of some specific legislation. Am J Psychiatry 1990;147:342-6.
13. Sloan JH, Rivara FP, Reay DT, Ferris JAJ, Kellermann AL. Firearm regulations and rates of suicide: a comparison of two metropolitan areas. N Engl J Med 1990;322:369-73.
14. Westermeyer J. Firearms, legislation, and suicide prevention. Am J Public Health 1984;74:108.
15. Loftin C, McDowall D, Wiersema B, Cottey TJ. Effects of restrictive licensing of handguns on homicide and suicide in the District of Columbia. N Engl J Med 1991;325:1615-20.
16. Blackman PH. Firearm regulations and rates of suicide. N Engl J Med 1990;323:136.
17. Idem. Criminology's astrology: an evaluation of public health research on firearms and violence. Washington, D.C.: National Rifle Association, 1990.
18. Eilers R. Effects of restrictive handgun laws. N Engl J Med 1992;326: 1158.
19. Kellermann AL, Lee RK, Mercy JA, Banton JG. The epidemiologic basis for the prevention of firearm injuries. Annu Rev Public Health 1991;12:17-40.
20. Baker SP, O'Neill B, Ginsburg M, Li G. The injury fact book. New York: Oxford University Press, 1992.
21. Morgenstern H. Uses of ecologic analysis in epidemiologic research. Am J Public Health 1982;72:1336-44.
22. Bureau of the Census. 1980 Census of population. Vol. 1. Characteristics of the population. Chapter C. General, social and economic characteristics. Part 49. Washington. Washington, D.C.: Government Printing Office, 1983.
23. Idem. 1980 Census of population. Vol. 1. Characteristics of the population. Chapter C. General, social and economic characteristics. Part 44. Tennessee. Washington, D.C.: Government Printing Office, 1983.
24. Yu MC, Mack TM, Hanisch R, Peters RL, Henderson BE, Pike MC. Hepatitis, alcohol consumption, cigarette smoking, and hepatocellular carcinoma in Los Angeles. Cancer Res 1983;43:6077-9.
25. Mack TM, Yu MC, Hanisch R, Henderson BE. Pancreas cancer and smoking, beverage consumption, and past medical history. J Natl Cancer Inst 1986;76:49-60.
26. Selzer ML, Vinokur A, van Rooijen L. A self-administered Short Michigan Alcoholism Screening Test (SMAST). J Stud Alcohol 1975;36:117-26.
27. The index of social position. In: Hollingshead AB, Redlich FC. Social class and mental illness: a community study. New York: John Wiley, 1958:387-97.
28. Attitudes of the American electorate toward gun control. Santa Ana, Calif.: Decision Making Information, 1978.
29. Hosmer DW Jr, Lemeshow S. Applied logistic regression. New York: John Wiley, 1989.
30. Kellermann AL, Reay DT. Protection or peril? An analysis of firearm-related deaths in the home. N Engl J Med 1986;314:1557-60.
31. Schlesselman JJ, Stolley PD. Sources of bias. In: Schlesselman JJ, ed. Case-control studies: design, conduct, analysis. New York: Oxford University Press, 1982:124-43.
32. Kellermann AL, Rivara FP, Banton JG, Reay D, Fligner CL. Validating survey responses to questions about gun ownership among owners of registered handguns. Am J Epidemiol 1990;131:1080-4.
33. Wright J, Rossi P, Daly K, Weber-Burdin E. Weapons, crime and violence in America: a literature review and research agenda. Washington, D.C.: Government Printing Office, 1981:145-56, 207.
34. Cook PJ. The effect of gun availability on robbery and robbery murder: a cross section study of fifty cities. Policy Stud Rev Annu 1979;3:743-81.
35. Brent DA, Perper JA, Goldstein CE, et al. Risk factors for adolescent suicide: a comparison of adolescent suicide victims with suicidal inpatients. Arch Gen Psychiatry 1988;45:581-8.
36. Brent DA, Perper JA, Allman CJ, Moritz GM, Wartella ME, Zelenak JP. The presence and accessibility of firearms in the homes of adolescent suicides: a case-control study. JAMA 1991;266:2989-95.

The New England Journal of Medicine
Downloaded from nejm.org on September 16, 2011. For personal use only. No other uses without permission.
Copyright © 1992 Massachusetts Medical Society. All rights reserved.

# Exhibit 72

INJURY PREVENTION/ORIGINAL RESEARCH

# Homicide and Suicide Risks Associated With Firearms in the Home: A National Case-Control Study

Douglas J. Wiebe, PhD

*From the Violence Prevention Research Group, University of California–Los Angeles School of Public Health, Los Angeles, CA.*

*Dr. Wiebe is currently affiliated with the Department of Bio-statistics and Epidemiology, Firearm Injury Center at Penn (FICAP), and the Leonard Davis Institute of Health Economics, University of Pennsylvania, Philadelphia, PA.*

**Study objective:** I test the hypothesis that having a gun in the home is a risk factor for adults to be killed (homicide) or to commit suicide.

**Methods:** Two case-control analyses were based on national samples of subjects 18 years of age or older. Homicide and suicide case subjects were drawn from the 1993 National Mortality Followback Survey. Living control subjects were drawn from the 1994 National Health Interview Survey. Ten control subjects matched by sex, race, and age group were sought for each case subject.

**Results:** The homicide sample consisted of 1,720 case subjects and 8,084 control subjects. Compared with adults in homes with no guns, the adjusted odds ratio (OR) for homicide was 1.41 (95% confidence interval [CI] 1.20 to 1.65) for adults with a gun at home and was particularly high among women (adjusted OR 2.72; 95% CI 1.89 to 3.90) compared with men (adjusted OR 1.23; 95% CI 1.01 to 1.49) and among nonwhite subjects (adjusted OR 1.74; 95% CI 1.37 to 2.21) compared with white subjects (adjusted OR 1.27; 95% CI 1.03 to 1.56). Further analyses revealed that a gun in the home was a risk factor for homicide by firearm means (adjusted OR 1.72; 95% CI 1.40 to 2.12) but not by nonfirearm means (OR 0.83; 95% CI 0.62 to 1.11). The suicide sample consisted of 1,959 case subjects and 13,535 control subjects. The adjusted OR for suicide was 3.44 (95% CI 3.06 to 3.86) for persons with a gun at home. However, further analysis revealed that having a firearm in the home was a risk factor for suicide by firearm (adjusted OR 16.89; 95% CI 13.26 to 21.52) but was inversely associated with suicide by other means (adjusted OR 0.68; 95% CI 0.55 to 0.84).

**Conclusion:** Having a gun at home is a risk factor for adults to be shot fatally (gun homicide) or commit suicide with a firearm. Physicians should continue to discuss with patients the implications of keeping guns at home. Additional studies are warranted to address study limitations and to better understand the implications of firearm ownership.

[*Ann Emerg Med.* 2003;41:771-782.]

*Copyright © 2003 by the American College of Emergency Physicians.*

*0196-0644/2003/$30.00 + 0*
*doi:10.1067/mem.2003.187*

## INTRODUCTION

Emergency department staff bear witness daily to the devastation caused by guns—more than 160 patients are treated for gunshot trauma in the United States each day[1]—and the American College of Emergency Physicians (ACEP) champions the potential to improve public health throughout the nation by focusing on firearms in particular.[2] If the potential is proportional to the exposure, it is great indeed: 1 in 3 US households contains firearms, and the number of guns in those homes approaches fully 200 million.[3]

By contrast, the number of case-control studies on gun-related mortality is commensurate with neither the death toll nor the firearms stock. Case-control designs have been used only twice to test whether access to guns makes Americans more likely to be shot and killed (homicide),[4,5] only once to test the converse (ie, whether owning a gun makes one more likely to kill another person),[6] only once to examine the likelihood of being shot and killed unintentionally,[7] and only 6 times to test whether access to guns poses a suicide risk.[5,8-12] Yet epidemiologists rely on the case-control design to make causal inferences,[13] especially for exposures not studied through randomized trials (guns are not assigned to some persons and kept from others). It is noteworthy that emergency physicians must rely on so little empiric evidence to explain the cause of a disease they treat daily.

Why are there so few attempts to quantify how gun availability and gun death relate? Perhaps we interpret the United States' experience as evidence enough that keeping guns at home increases the likelihood of being shot. Many homes contain guns,[3] almost half (43%) of all homicides and suicides occur in a home,[14] and most victims are shot (56% of the homicides and 61% of the suicides in 1998).[14] Furthermore, should we try to make the case that this association is causal, we can point to the few case-control studies that do exist,[4,5,7,8] bolster our position with evidence that areas with high gun ownership rates have the highest rates of gun-related mortality,[15-21] and make an argument that seems to satisfice.

On the other hand is the reality that most Americans who buy a handgun think it will protect their homes and families.[3] This practice is defended by citing evidence that persons frequently and effectively use guns to keep from being attacked and killed.[22]

The studies behind both conclusions have limitations: that guns confer protection[22] because the statistical method could have overestimated their benefit,[23,24] and that persons with guns in their home are at risk to be killed[4,5,7,8] because the results might be biased.[25] Whether gun ownership has a net benefit or risk remains debatable.[26-29]

An overlooked characteristic is that only one of the homicide and one of the suicide case-control studies (ie, those by Kellermann et al[4,8]) studied adults and classified individuals with the most direct measure of exposure used to date: whether their households contained guns. Despite this strength, both studies could have inaccurately estimated the effect of gun ownership because important confounding factors were not accounted for. Because of study limitations and suggesting that the deleterious effects of gun ownership are truly so large, these articles have, in the 10 years since their publication, inspired a paper trail of challenges that continues to grow.[25,30-36] We typically demand multiple tests of a hypothesis before judging the efficacy of a protective or risk factor.[37] No such literature has followed.

This study used case-control methods, national samples of adult homicide and suicide victims, and living matched control subjects and tested the hypothesis that having a gun in the home is a risk factor to be killed (homicide) or commit suicide.

## MATERIALS AND METHODS

The case subjects and control subjects came from different data sources. Case subjects were drawn from the National Mortality Followback Survey (NMFS). The National Center for Health Statistics (NCHS) conducts the NMFS to collect information about persons who die in the United States. The NMFS conducted most recently (1993) was the first version to elicit firearm own-

HOMICIDE AND SUICIDE RISKS ASSOCIATED WITH FIREARMS
*Wiebe*

ership information and to include decedents younger than 25 years.[38] The decedents (n=22,957) were sampled from the Current Mortality Sample, a systematic random sample of death certificates for US residents 15 years of age or older who died in 1993 (excluding decedents from South Dakota).[39]

Information about the decedents was gathered by interviewing their next of kin (65% by telephone and 35% in person). The response rate was 83%. The exposure of interest here, whether the decedent's household contained a gun, was based on the following question: "At any time during the last year of life, were there any firearms kept in or around [the decedent's] home? Include those kept in a garage, outdoor storage area, truck or car." Respondents were instructed to exclude firearms that could not fire, starter pistols, and BB (ie, nonpowder) guns.

Several of the interview questions yield information about the death: whether the homicide victim knew their killers, the nature of the homicide (eg, family argument), where the homicide or suicide incident occurred, and where death occurred. Locations of death include an ED, another hospital area, en route to a hospital, the victim's own home, and another person's home. Where the incident actually took place is unclear for victims who were at someone's home when injured (the category is "home or private area around the home," which does not distinguish the victim's home from someone else's). Responses to each question are presented below. The data do not indicate whether a fatal gunshot wound was inflicted with a gun that had been kept in the victim's home. This issue was informed by examining whether the victim had a gun in his or her home that matched the type of gun used fatally.

Living control subjects were drawn from the 1994 National Health Interview Survey (NHIS).[40] The NCHS conducts the NHIS annually to obtain detailed information about the health and health-related practices of noninstitutionalized civilians 17 years of age or older in the United States. For the first time, in 1994, an NHIS supplement elicited information about firearms in respondents' homes.[41] The supplement was administered during in-person interviews to one adult per family (n=19,738) in half the households in the 1994 NHIS sample. The response rate was 80%.

At the beginning of the firearms section, the interviewer had the option of reading this statement: "*Read if necessary*: Sometimes the use of firearms can lead to injury, which is a health problem" (italics in original). This statement was not included in the NMFS. Otherwise, the NHIS firearm questions were almost identical to those in the 1993 NMFS. Respondents were instructed to exclude guns that could not fire, starter pistols, and BB guns. They were then asked the following: "Are any firearms now kept in or around your home? Include those kept in a garage, outdoor storage area, truck or car."

Two case-control analyses were conducted, one for homicide and one for suicide. Death certificate information according to the *International Classification of Diseases*[42] was used to identify the homicide and suicide decedents in the data (ie, the case subjects). Control subjects were drawn randomly without replacement from the NHIS data and frequency matched to the case subjects by sex, race (white, black, and other), and age group (18 to 20, 21 to 24, 25 to 29, ..., 90 to 94 years). To improve the precision of the parameter estimates, all available control subjects were used up to a ratio of 10 control subjects per case subject.[43] Case subjects 15 to 17 years old were excluded (20 suicide case subjects and 7 homicide case subjects) because no control subjects younger than 18 years of age were available for comparison. No perfectly matched control subjects were available for one suicide victim, a woman in the 85- to 89-year age group of race "other." This victim was matched with black control subjects of the same sex and age group. Subjects were considered exposed if they lived in a home where one or more firearms were reported present.

Conditional logistic regression was used to calculate adjusted odds ratios (ORs). These provide estimates of the net effect of having a gun in the home on being killed (homicide) or committing suicide.[44,45] The statistical models were estimated with Stata software (Stata Corporation, College Station, TX). Customary diagnostic procedures were used to assess and ensure

HOMICIDE AND SUICIDE RISKS ASSOCIATED WITH FIREARMS
*Wiebe*

goodness of fit.[46] The 2 main analyses included all deaths, either by homicide or suicide. Then, separate models were estimated, including only subcategories of those variables to assess whether the effect of the exposure was consistent across categories of the matching variables (male and female; white and nonwhite; 18 to 24 years old, 25 to 39 years old, 40 to 64 years old, and 65 years or older). Homogeneity across these categories was tested with Wald statistics (P<.10).[47] Instances of effect modification are presented. The data were also analyzed by weapon type, with one analysis including only gunshot victims (and control subjects) and the other analysis including only persons killed by means other than a gunshot (and control subjects).

Variables for living arrangement (alone or not alone), marital status, education, annual family income, military veteran status, geographic region, and population of the locality where the subject lived were considered as potential confounders and included as covariates.[4,8,9,48] Covariates with nonstatistically significant coefficients (2-tailed, P≥.05) were excluded from a model if doing so resulted in a less than 5% change in the point estimate of the firearm variable.

Greater than 95% of the case subjects and control subjects had complete (no missing) data on the variables for living arrangement, marital status, education, and veteran status. The amount of missing data varied on the variables for the population (homicide control subjects 18.8%; suicide control subjects 24.6%), income (homicide case subjects 70.6%; suicide case subjects 64.6%; homicide and suicide control subjects approximately 13%), and firearm presence (homicide case subjects 36.6%; suicide case subjects 30.3%; homicide and suicide control subjects <3%). The analysis was conducted according to methods described by King et al[49] to account for the missing data. This involved creating a total of 5 data sets in which the missing values were replaced with multiply imputed values,[50] analyzing the 5 data sets simultaneously, and adjusting the SE estimates accordingly. The study was found exempt from full review by the University of California–Los Angeles Institutional Review Board.

## RESULTS

The homicide analysis used 1,720 case subjects and 8,084 control subjects. Table 1 presents demographic characteristics. Overall, firearms were slightly more common in the homes of control subjects than case sub-

**Table 1.**
*Characteristics of homicide case subjects 18 years old or older who died in 1993 and living control subjects.*

| Characteristics | Homicide | |
| --- | --- | --- |
| | Case Subjects,* % (N=1,720) | Control Subjects,† % (N=8,084) |
| **Demographic characteristics** | | |
| **Sex** | | |
| Female | 15.8 | 25.2 |
| Male | 84.2 | 74.8 |
| **Race** | | |
| White | 43.0 | 70.5 |
| Black | 54.1 | 25.8 |
| Other | 2.9 | 3.7 |
| Age, y (mean±SD) | 33.1±13.5 | 38.4±14.6 |
| Lived alone | 19.7 | 24.3 |
| **Marital status** | | |
| Never married | 57.2 | 30.2 |
| Widowed, separated, divorced | 16.8 | 19.4 |
| Married | 26.0 | 50.3 |
| **Education** | | |
| <High school | 31.1 | 18.2 |
| High school graduate | 35.7 | 34.9 |
| Some college | 11.3 | 24.5 |
| ≥College graduate | 22.0 | 22.4 |
| **Annual family income** | | |
| <$9,000 | 35.8 | 11.4 |
| $9,000–$13,999 | 17.4 | 9.4 |
| $14,000–$18,999 | 12.7 | 9.2 |
| $19,000–$24,999 | 10.7 | 11.3 |
| $25,000–$49,999 | 15.6 | 34.2 |
| ≥$50,000 | 7.9 | 21.5 |
| Veteran | 10.2 | 18.7 |
| **Region** | | |
| Northeast | 14.7 | 19.7 |
| Midwest | 18.7 | 26.6 |
| South | 43.8 | 33.5 |
| West | 22.8 | 20.2 |
| **Population** | | |
| <250,000 | 12.9 | 9.9 |
| ≥250,000 | 87.1 | 90.1 |
| **Firearm(s) in home** | 30.7 | 34.0 |
| Handgun(s) | 20.1 | 18.6 |
| Long gun(s) | 18.5 | 29.1 |
| Unspecified gun(s) | 1.1 | 0.6 |

Valid percentages are shown.
*Data are obtained from the National Center for Health Statistics.[38]
†Data are obtained from the National Center for Health Statistics.[40]

HOMICIDE AND SUICIDE RISKS ASSOCIATED WITH FIREARMS
*Wiebe*

jects. Long guns in particular were more common in control subjects' homes; the proportion of case subjects and control subjects with handguns in the home was very similar.

Most (56.7%) of the victims knew their killer. One fifth (20.1%) of the homicides occurred during a robbery, 15.5% during a family argument, 6.3% during a drug deal, and 1.1% during an abduction, and other unspecified motives accounted for 57.0% of the homicides. Table 2 presents other circumstances of the homicide incidents. Most of the victims died from gunshot trauma, which accounted for 77.9% of the male victims and 55.5% of the female victims. Most gunshots were from a handgun. More victims, almost one third of men and greater than one half of the women, were injured while in a home or area around a home than in any other location, and the proportion of incidents that occurred at a home increased with age. Additional data indicate that the respondent was likely referring to the victim's own home in a majority of the homicides. Among the

562 victims reported to have been in a home when the injury was sustained, more died in their own home than in any other location (ie, fully 47.2%), and only 10.9% died in another person's home. One quarter (25.1%) of the victims died in a hospital (17.4% died in an ED, and 7.7% died in another hospital area), and 4.5% died en route to a hospital.

Table 3 presents results from the logistic regression analysis. Compared with persons living in a home with no firearms, the adjusted OR for homicide was 1.41 (95% confidence interval [CI] 1.20 to 1.65) for persons living in a home where a gun was present. Subgroup analyses based on this regression model showed that the association between a gun in the home and homicide was present among younger and older persons, among white and nonwhite subjects, and among male and female subjects but was significantly higher among female subjects (adjusted OR 2.72; 95% CI 1.89 to 3.90) than among male subjects (adjusted OR 1.23; 95% CI 1.01 to 1.49) and was significantly higher among non-

**Table 2.**

*Circumstances of homicide incidents by sex and age group.* *

| Circumstances | Men,[†] % | | | | | Women,[†] % | | | | | Total (N=1,720) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18–24 y (N=475) | 25–39 y (N=663) | 40–64 y (N=283) | ≥65 y (N=57) | Total (N=1,448) | 18–24 y (N=60) | 25–39 y (N=137) | 40–64 y (N=60) | ≥65 y (N=15) | Total (N=272) | |
| Homicide by gunshot | 87.7 | 78.7 | 66.4 | 45.7 | 77.9 | 68.3 | 54.0 | 55.0 | 20.0 | 55.5 | 74.4 |
| Specific means of homicide | | | | | | | | | | | |
| Handgun (E965.0) | 51.8 | 40.8 | 36.0 | 26.3 | 42.9 | 30.0 | 27.0 | 31.7 | 20.0 | 28.3 | 40.6 |
| Shotgun (E965.1) | 3.4 | 7.3 | 7.4 | 12.3 | 6.2 | 8.3 | 3.7 | 5.0 | 0.0 | 4.8 | 6.0 |
| Rifle (E965.2) | 1.5 | 2.8 | 3.2 | 1.8 | 2.4 | 1.7 | 0.7 | 5.0 | 0.0 | 1.8 | 2.3 |
| Other and unspecified gun (E965.4) | 31.0 | 27.8 | 19.8 | 5.3 | 26.4 | 28.3 | 22.6 | 13.3 | 0.0 | 20.6 | 25.5 |
| Strangulation (E963) | 1.1 | 1.6 | 2.8 | 7.0 | 1.9 | 11.7 | 11.7 | 6.7 | 33.0 | 11.8 | 3.4 |
| Cutting and piercing instrument (E966) | 7.6 | 12.6 | 14.1 | 17.5 | 11.5 | 18.3 | 19.0 | 21.7 | 33.0 | 20.2 | 12.9 |
| Blunt object (E968.2) | 0.4 | 0.6 | 1.4 | 8.8 | 1.0 | 0.0 | 1.5 | 3.3 | 0.0 | 1.5 | 1.1 |
| Other (nonfirearm) | 2.7 | 3.5 | 9.5 | 14.0 | 4.8 | 0.0 | 7.3 | 6.7 | 0.0 | 5.2 | 4.9 |
| Unspecified (E968.9) | 0.6 | 3.0 | 5.7 | 7.0 | 2.9 | 1.7 | 6.6 | 6.7 | 13.3 | 5.9 | 3.4 |
| Homicide location | | | | | | | | | | | |
| Home or private area around the home | 23.8 | 26.2 | 36.4 | 61.4 | 28.8 | 41.7 | 49.6 | 73.3 | 80.0 | 54.8 | 32.9 |
| Street or highway | 30.5 | 24.6 | 17.3 | 3.5 | 24.3 | 10.0 | 11.7 | 8.3 | 0.0 | 9.9 | 22.0 |
| Public building | 2.7 | 3.6 | 3.5 | 1.8 | 3.3 | 1.7 | 0.7 | 0.0 | 0.0 | 0.7 | 2.9 |
| Place of recreation or sport | 1.7 | 2.8 | 0.7 | 1.8 | 2.0 | 1.7 | 1.5 | 0.0 | 0.0 | 1.1 | 1.9 |
| Other | 14.5 | 13.4 | 16.3 | 12.3 | 14.3 | 11.7 | 8.0 | 5.0 | 0.0 | 7.7 | 13.3 |
| Not specified | 26.7 | 29.2 | 25.8 | 19.3 | 27.3 | 33.3 | 28.5 | 13.3 | 20.0 | 25.7 | 27.1 |

*E-codes (external cause of death) are based on *International Classification of Diseases, Ninth Edition.*
[†]Data are obtained from the National Center for Health Statistics.[38]

HOMICIDE AND SUICIDE RISKS ASSOCIATED WITH FIREARMS
*Wiebe*

white subjects (adjusted OR 1.74; 95% CI 1.37 to 2.21) than among white subjects (adjusted OR 1.27; 95% CI 1.03 to 1.56).

The link observed between a gun in the home and being killed was due entirely to an increased relative risk of homicide by gunshot. The adjusted OR for homicide by gunshot was 1.72 (95% CI 1.40 to 2.12), whereas the adjusted OR for homicide by means other than gunshot did not differ from the null value (adjusted OR 0.83; 95% CI 0.62 to 1.11).

The proportion of matches between the type of gun in the victim's home and the type of gun used fatally varied by the location where the shooting occurred. More than one third (33.8%) of the handgun victims who were shot in a home had a handgun in their home, whereas only 18.8% of the handgun victims who were shot in another location had a handgun in their home. The disparity was even greater for long guns: more than half (57.9%) of the shotgun victims who were shot in a home had a shotgun in their home, whereas only 6.5% of the shotgun victims who were shot in another location had a shotgun in their home. A similar contrast was seen in persons killed with a rifle: more than one half (55.6%) of those shot at a home, compared with only one quarter (25.0%) of those shot in another location, had a rifle in their home.

The suicide analysis used 1,959 case subjects and 13,535 control subjects. Table 4 presents demographic characteristics. Firearms, handguns, and long guns were substantially more prevalent in the homes of suicide case subjects than control subjects.

Table 5 presents circumstances of the suicides. A gunshot injury was the most common type of self-directed injury, being used to commit suicide by 67.9% of the male victims and 41.7% of the female victims. The most commonly used type of firearm was a handgun. Most men and women were at a home when they committed suicide. Additional data indicate the respondent was likely referring to the victim's own home in a majority of the case subjects. Among the 1,107 suicide victims reported to have been at a home when the incident occurred, 74.0% of the victims died in their own home, and only 3.7% died in someone else's home. A small proportion (10.5%) of the victims died in a hospital, in an ED (4.9%), in another hospital area (5.6%), or en route (1.6%).

Table 6 presents results from the logistic regression analysis. Compared with persons living in a home with no firearms, the adjusted OR for suicide was 3.44 (95% CI 3.06 to 3.86) for persons living in a home where a gun was present. Subgroup analyses indicated that the association between having a gun in the home and using a gun to commit suicide was present among male and female subjects and among white and nonwhite subjects. This association was also present among persons of each age group but varied significantly across age groups. The net effect of having a gun in the home was highest among the youngest (age 18 to 24 years: adjusted OR 4.50; 95% CI 3.26 to 6.21) and oldest persons (age ≥65 years: adjusted OR 4.65; 95% CI 3.41 to 6.35) compared with others (age 25 to 39 years: adjusted OR 2.96, 95% CI 2.40 to 3.66; age 40 to 64 years: adjusted OR 3.20, 95% CI 2.54 to 4.04).

**Table 3.**
*Adjusted ORs for homicide: Results of a case-control analysis of 1,720 matched sets.*

| Characteristics | Homicide | |
|---|---|---|
| | Adjusted OR | 95% CI |
| **Living arrangement** | | |
| Alone (reference) | 1.0 | — |
| Not alone | 2.37 | 1.96–2.87 |
| **Marital status** | | |
| Married (reference) | 1.0 | — |
| Never married | 2.59 | 2.18–3.07 |
| Widowed, separated, divorced | 1.92 | 1.56–2.36 |
| **Did not graduate high school** | 1.35 | 1.16–1.58 |
| **Annual family income†** | 0.71 | 0.67–0.75 |
| **Veteran** | 0.65 | 0.53–0.80 |
| **Region** | | |
| Northeast (reference) | 1.0 | — |
| Midwest | 0.80 | 0.65–0.99 |
| South | 1.32 | 1.09–1.59 |
| West | 1.65 | 1.35–2.03 |
| **Gun(s) in home** | | |
| No (reference) | 1.0 | — |
| Yes | 1.41 | 1.20–1.65 |

*Adjusted ORs were calculated with conditional logistic regression, with control for covariates.
†Coded 1 (<$9,000), 2 ($9,000–$13,999), 3 ($14,000–$18,999), 4 ($19,000–$24,999), 5 ($25,000–$49,999), and 6 (≥$50,000).

ANNALS OF EMERGENCY MEDICINE  41:6  JUNE 2003

Examining the data by suicide method revealed a striking contrast. Having a gun in the home was a strong risk factor for gun-related suicide (adjusted OR 16.89; 95% CI 13.26 to 21.52) but was inversely related to committing suicide with a nonfirearm method (adjusted OR 0.68; 95% CI 0.55 to 0.84). That is, persons with a gun in the home were more likely than others to use a gun to commit suicide and less likely than others to commit suicide by means of drug overdose, hanging, or other method other than a gun.

Persons who committed suicide in a home were more likely than others to have had a gun in their home that matched the type of the gun used fatally. However, in contrast to what was found among the homicide victims, the great majority of the suicide victims, regardless of where the suicide occurred, used a gun that matched a type of gun in their home. Fully 90.4% of the handgun victims who committed suicide in a home did have a handgun in their home, and fully 80.0% of the handgun victims who committed suicide in another location had a handgun in their home. Comparable results were seen among shotgun victims, among whom 93.0% of those shot at a home and 77.3% of those shot in another location had a shotgun in their home, and among victims shot with a rifle, among whom almost all (98.7%) of those shot at a home and fully 90.9% shot at another location had a rifle in their home.

### DISCUSSION

A gun in the home is a risk factor for gun-related homicide and suicide among this sample of adults in the United States. A gun, when available, might be chosen over a less lethal method to commit suicide.[51] This might explain why the presence of a gun at home emerges as a risk factor for gun-related suicide and is inversely associated with suicide by means other than a gun. The increased risk for gun-related homicide might emerge because a gun can make an assault easier to attempt (because it requires no physical contact), and the case-fatality ratio is higher for firearm trauma than for injuries from weapons other than guns.[52,53]

The main contribution of the present findings might simply be their consistency with past results.[4,5,8] Nevertheless, it would be unwarranted to infer that such a limited body of research conclusively links gun availability to gun-related mortality.[37] Therefore, 2 of the replicate findings should be noted in particular, both to bolster conclusions made previously and to

**Table 4.**
*Characteristics of suicide case subjects 18 years old or older who died in 1993 and living control subjects.*

| Characteristics | Suicide | |
|---|---|---|
| | Case Subjects,* % (N=1,959) | Control Subjects,† % (N=13,535) |
| **Demographic characteristics** | | |
| Sex | | |
| Female | 29.0 | 42.2 |
| Male | 71.0 | 57.8 |
| Race | | |
| White | 87.0 | 89.9 |
| Black | 10.2 | 7.3 |
| Other | 2.8 | 2.8 |
| Age, y (mean±SD) | 48.0±20.7 | 45.8±18.2 |
| Lived alone | 27.3 | 26.5 |
| Marital status | | |
| Never married | 29.3 | 20.7 |
| Widowed, separated, divorced | 27.8 | 23.7 |
| Married | 42.9 | 55.6 |
| Education | | |
| <High school | 22.7 | 19.4 |
| High school graduate | 37.2 | 35.5 |
| Some college | 15.7 | 22.9 |
| ≥College graduate | 24.4 | 22.3 |
| Annual family income | | |
| <$9,000 | 21.1 | 11.9 |
| $9,000–$13,999 | 14.9 | 10.0 |
| $14,000–$18,999 | 12.7 | 9.1 |
| $19,000–$24,999 | 10.4 | 12.0 |
| $25,000–$49,999 | 24.2 | 34.4 |
| ≥$50,000 | 16.7 | 22.8 |
| Veteran | 26.0 | 19.3 |
| Region | | |
| Northeast | 14.9 | 20.5 |
| Midwest | 21.7 | 27.1 |
| South | 39.2 | 29.9 |
| West | 24.2 | 22.2 |
| Population | | |
| <250,000 | 26.4 | 11.3 |
| ≥250,000 | 73.6 | 88.7 |
| **Firearm(s) in home** | 65.8 | 36.7 |
| Handgun(s) | 53.0 | 19.7 |
| Long gun(s) | 53.8 | 31.7 |
| Unspecified gun(s) | 2.4 | 0.6 |

Valid percentages are shown.
*Data are obtained from the National Center for Health Statistics.[38]
†Data are obtained from the National Center for Health Statistics.[40]

HOMICIDE AND SUICIDE RISKS ASSOCIATED WITH FIREARMS
*Wiebe*

guide prevention strategies. Among the adults studied here, the relative risk to be shot fatally (homicide) was significantly higher among women than men.[4] This likely reflects the singular danger faced by women in abusive relationships.[4,54] Second, a gun in the home was not related (not inversely related, specifically) to homicide by means other than a gun.[4,5] This runs contrary to the notion that keeping a gun at home makes household members less likely to be killed by intruders.[22] Not found previously, however, was that adults with guns at home were significantly less likely than others to commit suicide with a method other than a gunshot: the corresponding effect estimates found by Kellermann et al[4] and Cummings et al[5] were 0.7 and 0.8, respectively, but the CIs contained the null value. Perhaps the lethality of the weapon made persons who used a gun more likely to complete their suicide attempt, or they were more likely to attempt suicide because this method requires little preparation.

The homicide analysis presented here differed from the homicide study by Kellermann et al[4] by including victims regardless of where they were killed, as opposed to using only victims killed at home. Because location (home) and exposure (gun in the home) are related, restricting the sample by location might have created bias in the earlier study. The presence of a gun is likely related more strongly to homicide in, rather than away from, home. This might partially explain why the point estimates were larger in the earlier study.

It is important to consider competing explanations for the results. The association between having a gun at home and committing suicide with a gun could emerge because suicidal persons acquire a gun to take their own life. However, evidence from a previous study suggests that confounding by intent does not completely explain the effect estimates observed here.[24] Specifically, Cummings et al[5] found that persons who had a family member who bought a handgun were more likely than

**Table 5.**
*Circumstances of suicide incidents by sex and age group.* *

| Circumstances | Men,[†] % | | | | | Women,[†] % | | | | | Total (N=1,959) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18–24 y (N=223) | 25–39 y (N=404) | 40–64 y (N=360) | ≥65 y (N=404) | Total (N=1,391) | 18–24 y (N=57) | 25–39 y (N=161) | 40–64 y (N=228) | ≥65 y (N=122) | Total (N=568) | |
| Suicide by gunshot | 66.4 | 55.7 | 70.0 | 79.2 | 67.9 | 49.1 | 46.0 | 43.4 | 29.5 | 41.7 | 60.4 |
| **Specific means of suicide** | | | | | | | | | | | |
| Handgun (E955.0) | 30.0 | 27.5 | 40.0 | 41.3 | 35.2 | 29.8 | 29.8 | 29.0 | 21.3 | 28.4 | 33.0 |
| Shotgun (E955.1) | 9.9 | 9.7 | 13.6 | 14.4 | 12.1 | 3.5 | 4.4 | 4.0 | 0.8 | 2.9 | 9.6 |
| Rifle (E955.2) | 6.7 | 6.2 | 6.1 | 6.7 | 6.4 | 3.5 | 2.5 | 2.2 | 0.8 | 1.9 | 5.2 |
| Other and unspecified gun (E955.4) | 19.7 | 12.4 | 10.3 | 16.8 | 14.3 | 12.3 | 9.3 | 8.3 | 6.6 | 3.0 | 12.7 |
| Hanging (E953.0) | 16.6 | 20.3 | 9.4 | 6.7 | 12.9 | 8.8 | 15.5 | 6.1 | 8.2 | 8.6 | 11.9 |
| Vehicle exhaust (E952.0) | 2.2 | 7.7 | 4.7 | 3.7 | 4.9 | 5.3 | 6.8 | 8.8 | 5.7 | 5.6 | 5.6 |
| Tranquilizers (E950.3) | 2.2 | 1.7 | 1.4 | 0.0 | 1.2 | 8.8 | 6.8 | 10.5 | 2.5 | 6.4 | 3.1 |
| Other (nonfirearm) | 12.6 | 14.6 | 13.9 | 10.4 | 12.9 | 28.1 | 24.8 | 31.1 | 54.1 | 43.2 | 19.0 |
| Unspecified (E958.9) | 0.0 | 0.0 | 0.6 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| **Suicide location** | | | | | | | | | | | |
| Home or private area around the home | 49.3 | 47.5 | 53.1 | 69.8 | 69.9 | 56.1 | 55.3 | 60.5 | 59.8 | 62.8 | 56.5 |
| Street or highway | 5.4 | 3.7 | 3.9 | 1.2 | 4.1 | 8.8 | 2.5 | 3.1 | 2.5 | 3.7 | 3.3 |
| Place of recreation or sport | 1.8 | 2.7 | 3.3 | 0.5 | 1.1 | 5.3 | 2.5 | 2.2 | 0.8 | 0.7 | 2.1 |
| Public building | 1.8 | 1.0 | 1.1 | 0.3 | 2.7 | 1.8 | 1.2 | 0.4 | 0.0 | 2.6 | 0.9 |
| Other | 12.6 | 16.3 | 15.3 | 4.9 | 15.9 | 7.0 | 9.9 | 8.3 | 10.7 | 9.9 | 11.2 |
| Not specified | 29.2 | 28.7 | 23.3 | 23.3 | 6.2 | 21.1 | 28.6 | 25.4 | 26.2 | 20.3 | 25.9 |

*E-codes (external cause of death) are based on *International Classification of Diseases, Ninth Edition.*
[†]Data are obtained from the National Center for Health Statistics.[38]

others to kill themselves with a gun; the effect persisted for 5 years after the purchase.

Regarding competing explanations for the homicide findings, first, a gun in the home might indicate that a person lives or works in a high-crime neighborhood and purchased the gun for protection. The danger might stem from potential assailants in the neighborhood and not from the presence of the gun in the victim's home.[24] Second, many Americans carry firearms for purposes other than work (ie, an estimated 1.1 million persons on any given day).[3] Keeping a gun at home might only appear to pose a risk to be shot, whereas the danger might actually stem from drawing a gun when confronted with an assailant. An assailant might respond with greater force, which increases the likelihood that the assault will be fatal.[55] Third, the results could be biased because risky behaviors like drug dealing could not be controlled with the data used here.[6,25,29] How-

ever, confounding by neighborhood, by gun carrying, or by drug dealing is not likely to explain the results completely. If these were viable explanations, a gun in the home should be associated (as a proxy) with homicide by all means. In this study, having a gun at home was strongly associated with gun-related homicide, but it was not related to homicides not involving a gun. Earlier findings were similar.[4,5]

There are methodologic limitations. First, numerous factors affect the accuracy of survey-based firearm data.[56-58] The data used here might be similarly affected. For example, husbands and wives might not be equally familiar with the guns in their home and thus might answer differently.[57] Whether a given subject has valid gun data might therefore depend on who was interviewed. Because the case subjects and control subjects came from different sources, this study warrants considerations that build on this initial consideration. There are reasons to expect that the proportion of subjects classified correctly as exposed was not equal among case subjects and control subjects. One reason to expect fewer case subjects than control subjects to be classified correctly is that the gun data for case subjects came from next of kin; that is, from persons who might not have lived with the decedent and might have known little about their guns.[59] By contrast, fewer control subjects than case subjects could be classified correctly if control subjects were disinclined to admit owning guns on a survey in which this was eschewed. Bias from differential misclassification could have resulted for these and other reasons and in a direction that cannot be anticipated.[60]

Large proportions of responses were missing in the variable of interest: whether a firearm was in the home. The multiple imputation techniques used here are designed for such circumstances but do not obviate the limitations of incomplete data. Generalizability should also be addressed. The homicide findings of Kellermann et al[4] were vilified on grounds that, because the subjects did not represent the US population, they could not be generalized.[29] However, the worth of a study does not hinge on whether it used representative study groups. Strength comes instead from being able to

**Table 6.**
*Adjusted ORs for suicide: Results of a case-control analysis of 1,959 matched sets.* *

| Characteristics | Suicide | |
| --- | --- | --- |
| | Adjusted OR | 95% CI |
| **Living arrangement** | | |
| Alone (reference) | 1.0 | — |
| Not alone | 1.83 | 1.55–2.16 |
| **Marital status** | | |
| Married (reference) | 1.0 | — |
| Never married | 2.79 | 2.33–3.34 |
| Widowed, separated, divorced | 2.09 | 1.78–2.45 |
| **Annual family income†** | 0.80 | 0.77–0.84 |
| **Region** | | |
| Northeast (reference) | 1.0 | — |
| Midwest | 0.90 | 0.76–1.07 |
| South | 1.31 | 1.12–1.53 |
| West | 1.34 | 1.13–1.58 |
| **Population** | | |
| <250,000 (reference) | 1.0 | — |
| ≥250,000 | 0.65 | 0.57–0.73 |
| **Gun(s) in the home** | | |
| No (reference) | 1.0 | — |
| Yes | 3.44 | 3.06–3.86 |

*Adjusted relative risks were calculated with conditional logistic regression, with control for covariates.
†Coded 1 (<$9,000), 2 ($9,000–$13,999), 3 ($14,000–$18,999), 4 ($19,000–$24,999), 5 ($25,000–$49,999), and 6 (≥$50,000).

HOMICIDE AND SUICIDE RISKS ASSOCIATED WITH FIREARMS
*Wiebe*

make valid comparisons between case subjects and control subjects.[61] Toward this goal, sampling weights were not applied here. Had this been done, it would have been necessary to account for the primary sampling units and sampling strata to obtain accurate variance estimates and CIs. Doing so precludes analysis because the case subjects and control subjects came from separate sources and hence different primary sampling units and strata (yielding no cells with discordant pairs). The case-control study of homicide offending by Kleck and Hogan[6] also used separate case and control data sets. Although sampling weights were applied, there is no mentioned adjustment of the variance with respect to primary sampling units and sampling strata.

A limitation comes from not knowing whether the gun used fatally had actually been kept in the victim's home. This study found consistency between the type of gun in the home and the type used fatally but could not establish the gun's true origin. The Kellermann et al[4,8] studies have the same limitation.[6,29,62] A study of battered women in California does, however, link guns kept at home to intimate partner violence, a cause of some deaths in the present sample. Women who had been threatened or beaten with a firearm by their male partner reported frequently that he owned the gun and kept it at home.[63]

Ten potential confounders were controlled for in this analysis. However, the greatest source of potential bias might be confounding from risk factors that were not measured or were controlled only partially. For example, confounding by locality (ie, urban versus rural) might have been better controlled with specific demographic information. Locality is a potential confounder because it is related to both firearm availability and the likelihood that a sustained injury will be fatal because emergency medical response times vary. Other potential confounders that were not controlled were mental illness among subjects or family members[8,9] and histories of violence,[4] illicit drug[4,8] and alcohol use,[8] time spent (exposed) at home, and lifestyle factors like gang membership and drug dealing.[6,25,29]

Finally, the use of data from the early 1990s, the same period of the earlier studies of the homicide[4] and suicide[8] risks associated with keeping guns at home, was a coincidence. The data were used because they are rich sources collected for public health research but were not used in this way previously. A consequence of using dated data is that the risks associated with gun ownership that apparently existed in the early 1990s might be different today as a result of changes in attitudes toward gun ownership, gun ownership patterns, gun storage practices, and so on. Cummings et al,[5] who found that a family handgun purchase was a risk factor for gun-related homicide and suicide, conducted their study more recently (1997) but studied an even earlier time period (deaths that occurred between 1980 and 1992).[5] Studies in the current context are needed.

To address limitations and to better understand the implications of owning firearms and keeping them at home, it remains important to collect additional and more comprehensive data,[64] to control for confounders beyond those related to individuals (eg, neighborhood factors),[24,29] to more accurately measure firearms exposure, and then to evaluate whether the risks and benefits of gun ownership are consistent with the evidence to date. The attention might then shift to developing interventions and to the prevention efforts that ACEP encourages. Attributable fractions in the exposed population (OR−1/OR)[24,65] provide a sense of just how many deaths could be prevented by reducing exposure to firearms. If the effect of gun availability on gun-related mortality is truly of a magnitude similar to what was found here, the estimates suggest that 41% of the gun-related homicides (1.7−1/1.7=0.41) and fully 94% of the gun-related suicides (16.9−1/16.9=0.94) among persons with guns in their home would not have occurred under the same circumstances had no guns been present. The public health would benefit greatly if persons were less exposed to home-kept firearms.

Emergency physicians can play a preventive role, extending their ability to improve the public health beyond the critical care they provide patients presenting with gunshot trauma. Keeping guns at home appears dangerous for adults regardless of age, sex, or race, but those at particularly high risk to be shot likely include persons contemplating suicide and women in abusive

relationships. When patients appear suicidal or to have suffered domestic violence, the questions physicians ask should include questions about guns. Are there any guns in your home? Do you or your family members own any guns? Physicians can then discuss the implications and discuss options to make living environments safer. For female patients especially, Coyne-Beasley and Johnson[66] recommend talking about the degree to which their partners will discuss firearm issues and tailoring counseling strategies accordingly. Because persons who do not own guns likely know someone who does, the consequences of having access to guns are important to discuss with all patients.

In summary, on the basis of national samples drawn in the early 1990s, adults who have a gun or guns in their home appear at risk to be shot fatally (gun homicide) or to take their own life with a firearm. Physicians should continue to discuss these implications with patients who own guns or have guns at home and to consider how patients might make their environment safer.

I thank Susan B. Sorenson, PhD, for conceptual advice; Colin Loftin, PhD, for suggesting the NHIS for living control subjects; Hal Morgenstern, PhD, for methodological advice; Lois Takahashi, PhD, Katherine Vittes, MPH, and Catherine Taylor, MPH, MSW, for constructive feedback; the University of California–Los Angeles Academic Technology Services consultants; and anonymous reviewers for their contributions. The paper extends my dissertation research. For that work, I am indebted to Joan Petersilia, PhD, Richard McCleary, PhD, Colin Loftin, PhD, Valerie Jenness, PhD, and Lois Takahashi, PhD.

Received for publication August 25, 2002. Revisions received November 27, 2002, and January 8, 2003. Accepted for publication January 12, 2003.

This work was supported at the University of California–Los Angeles in part by a grant from The California Wellness Foundation (TCWF). Partial funding was provided also by Public Health Foundation Enterprises, Inc., through a grant from The California Endowment. The original dissertation research was funded in part by a grant from the School of Social Ecology at the University of California–Irvine.

Address for reprints: Douglas J. Wiebe, PhD, Department of Biostatistics and Epidemiology, University of Pennsylvania, 933 Blockley Hall, 423 Guardian Drive, Philadelphia, PA 19104-6021; 215-746-0149, fax 215-573-2265; E-mail dwiebe@cceb.med.upenn.edu.

## REFERENCES

1. Centers for Disease Control and Prevention. National estimates of nonfatal injuries treated in hospital emergency departments—United States, 2000. *MMWR Morb Mortal Wkly Rep.* 2001;50:340-346.

2. American College of Emergency Physicians Web site. Firearm Injury Prevention. Available at: http://www.acep.org/1,570,0.html. Accessed August 2002.

3. Cook PJ, Ludwig J. *Guns in America: National Survey on Private Ownership and Use of Firearms.* Washington, DC: US Department of Justice, National Institute of Justice, Government Printing Office; 1997. Publication No. NCJ 165476.

4. Kellermann AL, Rivara FP, Rushforth NB, et al. Gun ownership as a risk factor for homicide in the home. *N Engl J Med.* 1993;329:1084-1091.

5. Cummings P, Koepsell TD, Grossman DC, et al. The association between the purchase of a handgun and homicide or suicide. *Am J Public Health.* 1997;87:974-978.

6. Kleck G, Hogan M. National case-control study of homicide offending and gun ownership. *Soc Problems.* 1999;46:275-293.

7. Wiebe DJ. Firearms in US homes as a risk factor for unintentional gunshot fatality. *Accid Anal Prev.* In press.

8. Kellermann AL, Rivara FP, Somes G, et al. Suicide in the home in relation to gun ownership. *N Engl J Med.* 1992;327:467-473.

9. Brent DA, Perper JA, Goldstein CE, et al. Risk factors for adolescent suicide: a comparison of adolescent suicide victims with suicidal inpatients. *Arch Gen Psychiatry.* 1988;45:581-588.

10. Brent DA, Perper JA, Allman CJ, et al. The presence and accessibility of firearms in the homes of adolescent suicides: a case-control study. *JAMA.* 1991;266:2989-2995.

11. Brent DA, Perper JA, Moritz GM, et al. Firearms and adolescent suicide: a community case-control study. *Am J Dis Child.* 1993;147:1066-1071.

12. Beautrais AL, Joyce PR, Mulder RT. Access to firearms and the risk of suicide: a case control study. *Aust N Z J Psychiatry.* 1996;30:741-748.

13. Kleinbaum DG, Kupper LL, Morgenstern H. Typology of observational study designs. In: *Epidemiologic Research: Principles and Quantitative Methods.* New York, NY: Van Nostrand Reinhold; 1982:68.

14. US Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics. *Multiple Cause of Death for ICD-9 1998 Data* [computer file]. Hyattsville, MD: US Department of Health and Human Services; 1999.

15. Sloan JH, Kellermann AL, Reay DT, et al. Handgun regulations, crime, assaults, and homicide: a tale of two cities. *N Engl J Med.* 1988;319:1256-1262.

16. Miller M, Azrael D, Hemenway D. Household firearm ownership and suicide rates in the United States. *Epidemiology.* 2002;13:517-524.

17. Miller M, Azrael DR, Hemenway D. Firearm availability and unintentional firearm deaths. *Accid Anal Prev.* 2001;33:477-484.

18. Miller M, Azrael D, Hemenway D. Firearm availability and unintentional firearm deaths, suicide, and homicide among 5-14 year olds. *J Trauma.* 2002;52:267-274.

19. Miller M, Azrael D, Hemenway D. Firearm availability and suicide, homicide, and unintentional firearm deaths among women. *J Urban Health.* 2002;79:26-38.

20. Wintemute GJ, Kraus JF, Teret SP, et al. Unintentional firearm deaths in California. *J Trauma.* 1989;29:457-461.

21. Loftin C, McDowall D, Wiersema B, et al. Effects of restrictive licensing of handguns on homicide and suicide in the District of Columbia. *N Engl J Med.* 1991;325:1615-1620.

22. Kleck G, Gertz M. Armed resistance to crime: the prevalence and nature of self-defense with a gun. *J Criminal Law Criminology.* 1995;86:150-187.

23. Hemenway D. Survey research and self-defense gun use: an explanation of extreme overestimates. *J Criminal Law.* 1997;87:1430-1445.

24. Morgenstern H. Gun availability and violent death. *Am J Public Health.* 1997;87:899-901.

25. Kleck G. Can owning a gun really triple the owner's chances of being murdered? The anatomy of an implausible causal mechanism. *Homicide Studies.* 2001;5:64-77.

HOMICIDE AND SUICIDE RISKS ASSOCIATED WITH FIREARMS
*Wiebe*

26. Kleck G. Risks and benefits of gun ownership. *JAMA*. 1999;282:135-136.

27. Hemenway D. Risks and benefits of gun ownership. *JAMA*. 1999;282:135-136.

28. Cummings P, Koepsell TD. Does owning a firearm increase or decrease the risk of death? *JAMA*. 1998;280:471-473.

29. Kleck G. What are the risks and benefits of keeping a gun in the home? *JAMA*. 1998;280:473-475.

30. Kleck G. Suicide in the home in relation to gun ownership [letter]. *N Engl J Med*. 1992;327:1878.

31. Blackman PH. Suicide in the home in relation to gun ownership [letter]. *N Engl J Med*. 1992;327:1878-1879.

32. Frey HS. Suicide in the home in relation to gun ownership [letter]. *N Engl J Med*. 1992;327:1879.

33. Ching E. Suicide in the home in relation to gun ownership [letter]. *N Engl J Med*. 1992;327:1879.

34. Blackman PH. Guns and homicide in the home [letter]. *N Engl J Med*. 1994;330:366.

35. Litaker D. Guns and homicide in the home [letter]. *N Engl J Med*. 1994;330:365-366.

36. LeClaire J. Guns and homicide in the home [letter]. *N Engl J Med*. 1994;330:366.

37. Rothman KJ, Greenland S. Causation and causal inference. In: Rothman KJ, Greenland S, eds. *Modern Epidemiology*. 2nd ed. Philadelphia, PA: Lippincott Williams & Wilkins; 1998:23-27.

38. National Center for Health Statistics. *The National Mortality Followback Survey, 1993: Public Use Data File and Documentation*. Washington, DC: US Department of Health and Human Services; 1998.

39. Centers for Disease Control and Prevention. Sample design of the 1993 National Mortality Followback Survey. Available at: http://www.cdc.gov/nchs/about/major/nmfs/sampdsn.pdf. Accessed February 2002.

40. National Center for Health Statistics. *National Health Interview Survey, 1994 (machine readable file and documentation)*. ICPSR version. Hyattsville, MD: US Department of Health and Human Services, National Center for Health Statistics; 1996.

41. National Center for Health Statistics. *National Health Interview Survey, 1994: Year 2000 Objectives Supplement (computer file)*. Hyattsville, MD: US Department of Health and Human Services, National Center for Health Statistics; 1996.

42. World Health Organization. *International Classification of Diseases, Ninth Revision*. Geneva, Switzerland: World Health Organization; 1977.

43. Hennessy S, Bilker WB, Berlin JA, et al. Factors influencing the optimal control-to-case ratio in matched case-control studies. *Am J Epidemiol*. 1999;149:195-197.

44. Kleinbaum DG, Kupper LL, Morgenstern H. Measures of association. In: *Epidemiologic Research: Principles and Quantitative Methods*. New York, NY: Van Nostrand Reinhold; 1982:146-147.

45. King G, Zeng L. Estimating risk and rate levels, ratios and differences in case-control studies. *Stat Med*. 2002;21:1409-1427.

46. Hosmer DW, Taber S, Lemeshow S. The importance of assessing the fit of logistic regression models: a case study. *Am J Public Health*. 1991;81:1630-1635.

47. Greenland S, Rothman KJ. Introduction to stratified analysis. In: Rothman KJ, Greenland S, eds. *Modern Epidemiology*. 2nd ed. Philadelphia, PA: Lippincott Williams & Wilkins; 1998:275-276.

48. Nelson DE, Grant-Worley JA, Powell K, et al. Population estimates of household firearm storage practices and firearm carrying in Oregon. *JAMA*. 1996;275:1744-1749.

49. King G, Honaker J, Joseph A, et al. Analyzing incomplete political science data: an alternative algorithm for multiple imputation. *Am Political Sci Rev*. 2001;95:49-69.

50. Honaker J, Joseph A, King G, et al. Amelia: a program for missing data (Windows version). Boston, MA: Harvard University; 2001.

51. Spicer RS, Miller TR. Suicide acts in 8 states: incidence and case fatality rates by demographics and method. *Am J Public Health*. 2000;90:1885-1891.

52. Saltzman LE, Mercy JA, O'Carrol PW, et al. Weapon involvement and injury outcomes in family and intimate assaults. *JAMA*. 1992;267:3043-3047.

53. Zimring FE. Firearms, violence, and public policy. *Sci Am*. 1991;265:48-54.

54. Kellermann AL, Mercy JA. Men, women, and murder: gender-specific differences in rates of fatal violence and victimization. *J Trauma*. 1992;33:1-5.

55. Kleck G. *Targeting Guns: Firearms and Their Control*. New York, NY: Aldine de Gruyter; 1997:222-223.

56. Kleck G. *Targeting Guns: Firearms and Their Control*. New York, NY: Aldine de Gruyter; 1997.

57. Ludwig J, Cook PJ, Smith TW. The gender gap in reporting household gun ownership. *Am J Public Health*. 1998;88:1715-1718.

58. Azrael D, Miller M, Hemenway D. Are household firearms stored safely? It depends on whom you ask. *Pediatrics*. 2000;106:e31.

59. Litaker D. Guns and homicide in the home [letter]. *N Engl J Med*. 1994;330:365-366.

60. Rothman KJ, Greenland S. Precision and validity in epidemiologic studies. In: Rothman KJ, Greenland S, eds. *Modern Epidemiology*. 2nd ed. Philadelphia, PA: Lippincott Williams & Wilkins; 1998:126-127.

61. Rothman KJ, Greenland S. Case-control studies. In: Rothman KJ, Greenland S, eds. *Modern Epidemiology*. 2nd ed. Philadelphia, PA: Lippincott Williams & Wilkins; 1998:133-134.

62. The Students of Dr. Mark Ferriss's Mathematical Statistics 460. Guns and homicide in the home [letter]. *N Engl J Med*. 1994;330:366.

63. Sorenson SB, Wiebe DJ. Weapons in the lives of battered women. *Am J Public Health*. In press.

64. Wiebe DJ, Sorenson SB. Studying homicide in the home and how guns are kept [letter]. *Inj Prev*. 2002;8:345.

65. Kleinbaum DG, Kupper LL, Morgenstern H. Measures of potential impact and summary of the measures. In: Kleinbaum DG, Kupper LL, Morgenstern H, eds. *Epidemiologic Research: Principles and Quantitative Methods*. New York, NY: Van Nostrand Reinhold; 1982:160-164.

66. Coyne-Beasley T, Johnson RM. Gun storage: who's the right target? *Pediatrics*. 2001;108:e823.

# Exhibit 73

---

> Special Article

# MORTALITY AMONG RECENT PURCHASERS OF HANDGUNS

GAREN J. WINTEMUTE, M.D., M.P.H., CARRIE A. PARHAM, M.S., JAMES JAY BEAUMONT, PH.D., MONA WRIGHT, M.P.H.,
AND CHRISTIANA DRAKE, PH.D.

## ABSTRACT

*Background*  There continues to be considerable controversy over whether ownership of a handgun increases or decreases the risk of violent death.

*Methods*  We conducted a population-based cohort study to compare mortality among 238,292 persons who purchased a handgun in California in 1991 with that in the general adult population of the state. The observation period began with the date of handgun purchase (15 days after the purchase application) and ended on December 31, 1996. The standardized mortality ratio (the ratio of the number of deaths observed among handgun purchasers to the number expected on the basis of age- and sex-specific rates among adults in California) was the principal outcome measure.

*Results*  In the first year after the purchase of a handgun, suicide was the leading cause of death among handgun purchasers, accounting for 24.5 percent of all deaths and 51.9 percent of deaths among women 21 to 44 years old. The increased risk of suicide by any method among handgun purchasers (standardized mortality ratio, 4.31) was attributable entirely to an excess risk of suicide with a firearm (standardized mortality ratio, 7.12). In the first week after the purchase of a handgun, the rate of suicide by means of firearms among purchasers (644 per 100,000 person-years) was 57 times as high as the adjusted rate in the general population. Mortality from all causes during the first year after the purchase of a handgun was greater than expected for women (standardized mortality ratio, 1.09), and the entire increase was attributable to the excess number of suicides by means of a firearm. As compared with the general population, handgun purchasers remained at increased risk for suicide by firearm over the study period of up to six years, and the excess risk among women in this cohort (standardized mortality ratio, 15.50) remained greater than that among men (standardized mortality ratio, 3.23). The risk of death by homicide with a firearm was elevated among women (standardized mortality ratio at one year, 2.20; at six years, 2.01) but low among men (standardized mortality ratio at one year, 0.84; at six years, 0.79).

*Conclusions*  The purchase of a handgun is associated with a substantial increase in the risk of suicide by firearm and by any method. The increase in the risk of suicide by firearm is apparent within a week after the purchase of a handgun and persists for at least six years. (N Engl J Med 1999;341:1583-9.)
©1999, Massachusetts Medical Society.

HANDGUN ownership is common in the United States; 16 to 19 percent of the population (26 to 30 percent of men and 7 to 8 percent of women) own a handgun.[1-3] Handguns are acquired more frequently for self-defense than for all other reasons combined.[3] The wisdom of keeping a firearm for protection remains a subject of active debate. Estimates of the frequency with which firearms are used for self-defense range from fewer than 100,000 to 2.5 million instances per year.[4,5] Defensive use of firearms is not rare; the true frequency is probably between 200,000 and 500,000 instances annually.[6]

Nevertheless, access to handguns may actually increase the risk of violent death. The presence of a handgun in the home has been associated with an increased risk of suicide by means of a firearm among adults in general,[7,8] women,[9] and adolescents[10] and has also been associated with an increased risk of homicide.[8,9,11] These data were gathered in case–control studies that were geographically limited. Only one study related the risk of death to personal ownership of handguns.[8] Another case–control study, conducted in New Zealand, where handgun ownership is tightly regulated, found no association between access to firearms and the overall risk of suicide among men.[12]

We report the results of a large, population-based cohort study of the risk of death among persons who have recently purchased a handgun. Our study population comprised the 238,292 persons who purchased handguns from licensed firearm dealers in California in 1991. We compared the mortality in this group with that in the general adult population of California from 1991 through 1996 to determine whether recent purchasers of handguns were at increased risk for death by suicide or homicide, whether by means of a firearm or another method, or were at increased risk for death by other causes.

## METHODS

A roster of all persons who purchased handguns from licensed firearm dealers in California in 1991 was provided by the California

---

From the Violence Prevention Research Program, University of California, Davis. Address reprint requests to Dr. Wintemute at the Violence Prevention Research Program, University of California, Davis, Medical Center, 2315 Stockton Blvd., Sacramento, CA 95817.

The New England Journal of Medicine
Downloaded from nejm.org on September 16, 2011. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.

The New England Journal of Medicine

Department of Justice. Records included each purchaser's full name, date of birth, address, and date of application for handgun purchase.

California law required completion of an application for handgun purchase, followed by a 15-day waiting period, during which time criminal records were searched for offenses disqualifying the applicant from purchase and a search was conducted for records of mental illness or incapacity as determined by a court. Felons, persons under 21 years of age, and certain others are prohibited from purchasing handguns under long-standing federal and state statutes. A 1991 California law also prohibited persons with convictions for common violent misdemeanors (such as simple assault and brandishing a firearm) from purchasing firearms.

Information on deaths from 1991 through 1996 was obtained from the state's automated mortality file (the Death Statistical Master File). Tentative matches between handgun purchasers and persons listed in the mortality file were made according to last name and date of birth. Data with respect to other variables were then compared to confirm a tentative match.

The sex of handgun purchasers was not supplied by the California Department of Justice but was determined for 98.5 percent of handgun purchasers by comparing their names with sex-specific frequency tabulations of first and middle names for persons who died in California from 1989 through 1996 (derived from the mortality file) or who were born in the United States or Canada in 1994 or 1995.[13] Data on race or ethnic background were not available.

The observation period with respect to mortality among handgun purchasers began 15 days after the date of the purchase application (the first day after the required waiting period, referred to as the day of purchase for purposes of this study) and ended on December 31, 1996. Results were calculated for the first year after handgun purchase and for the entire period of observation. Since purchases occurred throughout 1991, first-year results were determined by making comparisons with average annual statewide mortality rates for 1991 and 1992 combined.

The risk of death was calculated in terms of the standardized mortality ratios, with adjustment for age, sex, or both, with the general adult population of the state as the reference group. Mortality rates for the general population were calculated by dividing the average annual number of deaths during a given period by the population at the midpoint of the period, as estimated by extrapolation from the 1990 census[14] to the projected population of the state in 2000.[15] Since we examined data for an entire population, confidence intervals were not calculated.

Crude rates of suicide by means of firearms among handgun purchasers were calculated as the number of deaths by this means during a given period, divided by the number of person-years at risk during that period; rates for periods of less than one year were annualized. For comparison, rates for the adult population of the state were calculated as described above, with adjustment for age and sex.

## RESULTS

As compared with the general adult population, the 238,292 purchasers of handguns in California in 1991 included a far greater proportion of men (Table 1). Nearly half (49.2 percent) of the handgun purchasers (but only 36.4 percent of the state population) were 34 years old or younger; in contrast, just 3.5 percent of handgun purchasers (but 15.0 percent of the state population) were 65 years old or older.

Suicide by any method was the leading cause of death among handgun purchasers in the first year after handgun purchase; it accounted for 24.5 percent of all deaths in this cohort (Table 2). Suicide by means of a firearm (188 of 857 deaths) ranked second among all causes of death, after heart disease (207 deaths) and ahead of cancer (160 deaths). Among all

**TABLE 1.** DEMOGRAPHIC CHARACTERISTICS OF THE 238,292 PERSONS WHO PURCHASED HANDGUNS IN CALIFORNIA IN 1991 AND OF ALL ADULTS IN CALIFORNIA IN 1991.*

| CHARACTERISTIC | HANDGUN PURCHASERS | ADULTS IN CALIFORNIA |
|---|---|---|
| | *percent* | |
| Sex | | |
| Male | 88.0 | 49.1 |
| Female | 12.0 | 50.9 |
| Age (yr) | | |
| 21–24 | 15.8 | 9.5 |
| 25–34 | 33.4 | 26.9 |
| 35–44 | 24.9 | 22.9 |
| 45–54 | 15.2 | 14.9 |
| 55–64 | 7.1 | 10.9 |
| 65–74 | 2.9 | 8.9 |
| ≥75 | 0.6 | 6.1 |

*Because of rounding, percentages do not always sum to 100.

**TABLE 2.** ONE-YEAR MORTALITY FROM SUICIDE AMONG PERSONS WHO PURCHASED HANDGUNS IN CALIFORNIA IN 1991 AS COMPARED WITH THE AVERAGE ANNUAL MORTALITY FROM SUICIDE AMONG ALL ADULTS IN CALIFORNIA IN 1991 AND 1992.*

| VARIABLE | HANDGUN PURCHASERS | ADULTS IN CALIFORNIA |
|---|---|---|
| | *percent (no./total no.)* | |
| Suicides by firearm (in relation to all suicides) | | |
| Men | 91.1 (164/180) | 58.7 (1577/2686) |
| Women | 80.0 (24/30) | 29.7 (245/826) |
| Total | 89.5 (188/210) | 51.9 (1822/3512) |
| Suicides by firearm (in relation to all deaths) | | |
| Men | 21.0 (164/780) | 1.4 (1577/109,432) |
| Women | 31.2 (24/77) | 0.2 (245/99,187) |
| Total | 21.9 (188/857) | 0.9 (1822/208,619) |
| Suicides (in relation to all deaths) | | |
| Men | 23.1 (180/780) | 2.5 (2686/109,432) |
| Women | 39.0 (30/77) | 0.8 (826/99,187) |
| Total | 24.5 (210/857) | 1.7 (3512/208,619) |

*Since handgun purchases occurred throughout 1991, first-year comparisons were made to average annual statewide mortality for 1991 and 1992 combined.

adults in California in 1991 and 1992, suicide ranked ninth among all causes of death and accounted for 1.7 percent of all deaths. There were, on average, 1822 suicides by firearms annually in California during 1991 and 1992, of which 10.3 percent were committed by persons who had purchased handguns in 1991. The percentage of all suicides that were committed with firearms and the percentage of all deaths that were suicides, whether committed with firearms

The New England Journal of Medicine
Downloaded from nejm.org on September 16, 2011. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.

or by any method, were substantially higher among persons who had recently purchased a handgun than in the adult population of the state (Table 2).

Suicide by means of a firearm accounted for 31.2 percent of all deaths during the first year among women who purchased handguns, as compared with only 0.2 percent of all deaths among all women in California in 1991 and 1992. Women 21 to 44 years old made up 75.4 percent of all women who purchased handguns. Among these younger women, more than half of those who died during the first year (51.9 percent) had committed suicide, and 37.0 percent had committed suicide with use of a firearm. Among all women 21 to 44 years old in California in 1991 and 1992, 6.5 percent of those who died had committed suicide, and 2.8 percent had committed suicide with a firearm.

Information about the type of firearm was available for 116 (61.7 percent) of all suicides by firearm among persons who had purchased handguns within the preceding year; handguns had been used in 114 (98.3 percent) of these suicides. The type of firearm was available for 2401 (65.9 percent) of all 3643 suicides by firearm among adults in California in 1991 and 1992; of these suicides, 1750 (72.9 percent) involved handguns.

After adjustment for age and sex, handgun purchasers, as compared with the general adult population during the same period, were at substantially greater risk for suicide in the first year after a handgun purchase (standardized mortality ratio, 4.31), and the increase was attributable entirely to the substantial excess mortality from suicide by firearm (standardized mortality ratio, 7.12) (Table 3). Women who purchased handguns were at particularly high risk for suicide with a firearm (standardized mortality ratio, 38.71). The excess risk of suicide by any method and of suicide by firearm declined slightly for all purchasers until the age of 44, rose thereafter, and was highest for those 75 years old or older.

The rate of suicide by firearm among handgun purchasers was greatest immediately after the purchase and declined thereafter (Fig. 1). Two purchasers committed suicide by means of a firearm during the 15-day waiting period, before the observation period began, and 48 did so during the first 2 weeks after the waiting period ended. The rate for the first week after purchase was 644 per 100,000 person-years, 57 times as high as the adjusted statewide rate (11.3 per 100,000 persons per year). Of all handgun purchasers who committed suicide by firearm during the six-year observation period, 25.0 percent of women and 13.7 percent of men did so within a month after buying their handguns.

Forty-two purchasers of a handgun were murdered in the first year after their purchase; firearms were involved in 40 (95 percent) of these cases. Homicide by means of a firearm accounted for 4.7 percent

TABLE 3. STANDARDIZED MORTALITY RATIOS FOR SUICIDE AND HOMICIDE AMONG HANDGUN PURCHASERS IN THE FIRST YEAR AFTER HANDGUN PURCHASE IN 1991, AS COMPARED WITH AVERAGE ANNUAL MORTALITY FROM SUICIDE AND HOMICIDE AMONG ALL ADULTS IN CALIFORNIA IN 1991 AND 1992.*

| CHARACTERISTIC | SUICIDE | | | HOMICIDE | | |
|---|---|---|---|---|---|---|
| | ALL METHODS | FIRE-ARMS | OTHER METHODS | ALL METHODS | FIRE-ARMS | OTHER METHODS |
| Total† | 4.31 | 7.12 | 0.99 | 0.70 | 0.87 | 0.14 |
| Sex‡ | | | | | | |
| Male | 3.85 | 6.36 | 0.76 | 0.66 | 0.84 | 0.07 |
| Female | 16.13 | 38.71 | 4.84 | 1.83 | 2.20 | 1.41 |
| Age (yr)§ | | | | | | |
| 21–24 | 3.98 | 6.16 | 0.84 | 0.70 | 0.81 | 0.00 |
| 25–34 | 3.76 | 6.58 | 0.81 | 0.65 | 0.83 | 0.00 |
| 35–44 | 3.45 | 5.98 | 1.11 | 0.42 | 0.62 | 0.00 |
| 45–54 | 4.21 | 6.82 | 1.09 | 0.87 | 1.08 | 0.55 |
| 55–64 | 5.07 | 7.84 | 0.63 | 2.19 | 2.60 | 1.67 |
| 65–74 | 7.76 | 9.36 | 3.28 | 4.76 | 10.53 | 0.00 |
| ≥75 | 15.00 | 20.83 | 0.00 | 0.00 | 0.00 | 0.00 |

*Since handgun purchases occurred throughout 1991, first-year comparisons were made to average annual statewide mortality for 1991 and 1992 combined.

†Values have been adjusted for age and sex.

‡Values have been adjusted for age.

§Values have been adjusted for sex.

of all deaths in this cohort. In the state as a whole during 1991 and 1992, firearms were involved in 70.5 percent of homicides, and homicide by firearm accounted for 1.2 percent of all deaths. After adjustment for age, homicide by firearm accounted for fewer deaths than expected among male handgun purchasers (standardized mortality ratio, 0.84) but more deaths than expected among women (standardized mortality ratio, 2.20) (Table 3).

Among men who purchased a handgun, there were fewer deaths than expected from heart disease (standardized mortality ratio, 0.78), cancer (0.67), unintentional injury (0.67), and all causes (0.73) in the first year after the purchase of a handgun. Mortality from all causes among women was greater than expected (standardized mortality ratio, 1.09), though there were fewer deaths than expected from heart disease (standardized mortality ratio, 0.78), cancer (0.47), and unintentional injury (0.46). For women 21 to 44 years of age, the standardized mortality ratio for death from all causes was 1.53. In both cases, the entire increase in the risk of death from all causes could be accounted for by the excess number of deaths from suicide by firearm.

The rate of suicide by firearm among handgun purchasers remained greater than the rate in the general population throughout follow-up (Fig. 2). Standardized mortality ratios for suicide by all methods and for suicide by firearm were lower than those for the first year after purchase but remained high; those for

The New England Journal of Medicine
Downloaded from nejm.org on September 16, 2011. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.

The New England Journal of Medicine





**Figure 1.** Rates of Suicide by Firearm in the First Four Weeks (Panel A) and the First Year (Panel B) after Purchase among Persons Who Purchased Handguns in California in 1991.

The horizontal line in Panel B indicates the age- and sex-adjusted average annual rate of suicide by firearm in California in 1991 and 1992 (11.3 per 100,000 persons per year).



**Figure 2.** Rates of Suicide by Firearm during the Six Years after Purchase among Persons Who Purchased Handguns in California in 1991.

The horizontal line indicates the age- and sex-adjusted average annual rate of suicide by firearm in California in 1991 through 1996 (10.7 per 100,000 persons per year).

**TABLE 4.** STANDARDIZED MORTALITY RATIOS FOR SUICIDE AND HOMICIDE AMONG HANDGUN PURCHASERS DURING UP TO SIX YEARS' OBSERVATION AFTER PURCHASE IN 1991 (1991 THROUGH 1996), AS COMPARED WITH AVERAGE MORTALITY FROM SUICIDE AND HOMICIDE AMONG ALL ADULTS IN CALIFORNIA IN 1991 THROUGH 1996.

| CHARACTERISTIC | SUICIDE | | | HOMICIDE | | |
|---|---|---|---|---|---|---|
| | ALL METHODS | FIRE ARMS | OTHER METHODS | ALL METHODS | FIRE ARMS | OTHER METHODS |
| Total* | 2.16 | 3.50 | 0.66 | 0.67 | 0.81 | 0.22 |
| Sex† | | | | | | |
| Male | 1.98 | 3.23 | 0.56 | 0.64 | 0.79 | 0.18 |
| Female | 6.83 | 15.50 | 2.54 | 1.55 | 2.01 | 0.97 |
| Age (yr)‡ | | | | | | |
| 21–24 | 2.53 | 3.97 | 0.67 | 0.68 | 0.78 | 0.00 |
| 25–34 | 1.69 | 2.75 | 0.66 | 0.60 | 0.70 | 0.20 |
| 35–44 | 1.89 | 3.28 | 0.73 | 0.62 | 0.80 | 0.22 |
| 45–54 | 2.01 | 3.34 | 0.54 | 0.88 | 1.22 | 0.32 |
| 55–64 | 2.71 | 4.00 | 0.47 | 1.10 | 1.70 | 0.29 |
| 65–74 | 3.70 | 4.58 | 1.32 | 1.68 | 2.70 | 0.78 |
| ≥75 | 5.49 | 7.33 | 0.51 | 0.00 | 0.00 | 0.00 |

*Values have been adjusted for age and sex.

†Values have been adjusted for age.

‡Values have been adjusted for sex.

homicide were little changed (Table 4). Women who purchased a handgun remained at high risk for both suicide by means of a firearm (standardized mortality ratio, 15.50) and death by homicide with a firearm (standardized mortality ratio, 2.01).

Men remained at decreased risk of death from causes other than suicide or homicide and from all causes combined (standardized mortality ratio, 0.69). Mortality from all causes was no longer increased for women overall (standardized mortality ratio, 0.94), but it remained greater than expected for women 21 to 44 years old (standardized mortality ratio, 1.43); 71.4 percent of this increase was attributable to excess deaths from suicide and homicide, and 49.6 percent was attributable specifically to suicide by firearm.

## DISCUSSION

The purchase of a handgun is associated with substantial changes in the risk of violent death. Among people who purchased a handgun in California in 1991, suicide was the leading cause of death in the first year after the purchase; suicide specifically with a firearm ranked second, after heart disease. The rate of suicide by firearm among handgun purchasers during the first week in which they could have had possession of their handguns, at 644 per 100,000 person-years, was similar to rates of suicide by all methods combined among male veterans who had been hospitalized for affective disorders (695 per 100,000 per-

The New England Journal of Medicine
Downloaded from nejm.org on September 16, 2011. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.

sons per year) or schizophrenia (456 per 100,000 persons per year).[16]

The increased risk of death associated with the purchase of a handgun resulted specifically from an increased risk of violent death; there were fewer deaths than expected from other causes among both men and women who purchased handguns. This finding is most likely due to an affluent-gun-buyer effect. The prevalence of handgun ownership rises with socioeconomic status,[3] and increasing socioeconomic status is associated with a lower risk of death from most causes.[17] Persons who in any year spend as much as $600 to purchase handguns are even more likely than other handgun owners to be of higher socioeconomic status than the general population. The risk of suicide generally decreases as socioeconomic status increases, however,[18-20] suggesting that adjustment for socioeconomic status might reveal the increase in the risk of suicide after a handgun purchase to be even larger than we report here.

Two distinct explanations may be proposed for the increased risk of suicide by firearm among recent purchasers of handguns. The near absence of suicides by firearm during the waiting period and the marked increase in the first month after the end of the waiting period suggest that some purchasers owned no other firearms and bought handguns with the intention of killing themselves. Most suicides by firearm occurred after a longer period of ownership, however. In these cases, preexisting access to a handgun may have added to other newly arising risk factors. This possibility would be consistent with the finding that fewer than 10 percent of persons who committed or attempted suicide with a firearm acquired the firearm for that purpose.[21-23]

Some suicides that occurred soon after purchase may have been planned by persons with terminal illnesses so as to avoid further suffering. Our data suggest that this circumstance was not common, however. If it were, some persons who initiated such plans would probably not have completed them, and an increase in early deaths from cancer and heart disease, which we did not observe, would have resulted. On the contrary, studies of survivors suggest that suicide by means of a firearm usually occurs impulsively; alcohol use and conflict with an intimate partner are often involved.[21,23,24]

Our finding that the risk of death from homicide was lower among male purchasers of handguns than among men in the general population appears to conflict with findings in previous studies.[8,11] Differences in study populations may be responsible. The previous studies were based on current ownership of firearms, whereas we focused on the recent legal purchase of handguns. The presumably high socioeconomic status of our study population relative to that of the general population would lessen the risk of homicide[25,26]; the previous studies sought to mini-

mize differences in socioeconomic status. The handgun purchasers in our cohort also passed a background check; none had a conviction for any felony or violent misdemeanor or were known to have been judged mentally ill or to be addicted to controlled substances. The absence of such potential risk factors for death by homicide means that our estimates may be subject to a "good boy" bias.[27] Finally, in the previous studies, the risk of death by homicide for persons in households with firearms was compared with the risk for persons in households without firearms. We compared this risk among recent purchasers of handguns with that in a general population in which the prevalence of handgun ownership may have been 25 percent after adjustment for sex.[2,3] If any access to handguns increases the risk of death by homicide,[8,11] then our estimate of the relative risk of death by homicide among recent handgun purchasers is artifactually low.

The findings for women are striking and suggest an additional, sex-specific link between handgun purchase and violent death. Women are at greater risk for death by homicide committed by an intimate partner with a firearm than by a stranger with all methods combined.[28] Homicide committed by an intimate partner accounts for the increased risk among women of death by homicide when there is a firearm in the home.[9,11] It may be that many women purchase handguns for protection against violence from an intimate partner and that these handguns are used by the partners against them or are at any rate not protective. Women in abusive relationships are also at increased risk for suicide.[9,21,29]

How might suicide among purchasers of handguns be prevented? Focusing efforts on a population at high risk does not substantially reduce rates of suicide.[30-32] As noted in one report, "there is no single, readily identifiable, high-risk population that constitutes a sizeable proportion of overall suicides and yet represents a small, easily targeted group."[30] In our study, handgun purchasers accounted for only 10.3 percent of those who committed suicide by firearm statewide in the year after their handgun purchases and accounted for a smaller proportion thereafter. A screening test for handgun purchasers with a sensitivity and specificity of 99 percent for identifying the 188 persons who committed suicide by means of a firearm within a year would have had a positive predictive value of only 7.2 percent, generating 12.8 false positive results for every true positive.

Reducing access to firearms within an entire population can prevent suicides by firearm.[30-37] Rates of suicide by firearm correlate very closely, both geographically and temporally, with measures of the availability of firearms.[33,38-40] In cross-sectional studies, stricter controls on access to firearms have been found to be associated with lower rates of suicide by firearm.[33,40,41] In New York City, where handgun own-

The New England Journal of Medicine
Downloaded from nejm.org on September 16, 2011. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.

ership has been strictly regulated since the early 20th century, rates of suicide by firearm are very low; rates of suicide by other methods vary directly with the availability of those methods.[42]

More direct evidence comes from time-series studies. A near-ban on the sale and possession of handguns in Washington, D.C., was associated with a rapid and specific 25 percent decrease in the rate of suicide by firearm.[43] Substantial decreases in suicides by firearm were reported in Queensland[34] and Tasmania,[36] Australia, and in Ontario, Canada,[35] after waiting periods of 21 to 28 days and other restrictions on access to firearms were adopted, although in Queensland there was an increase in suicide by other methods. Tasmania's 21-day waiting period resulted in a 51 percent decrease in the proportion of suicides involving firearms that were committed with recently acquired firearms.[36]

Our findings are subject to several limitations. Results may be different in states where demographic features of the population, the base-line prevalence of firearm ownership, or public policy differs from that in California. New York and New Jersey enforce long waiting periods for the purchase of a handgun, and the very high rates of suicide that we observed in the period immediately after purchase may not occur in those states. Conversely, rates of suicide by firearm soon after purchase may be still higher in the 23 states that, because they have no stronger state law, are subject to the Brady Handgun Violence Prevention Act, where waiting periods for most purchases of firearms from licensed dealers were replaced by the National Instant Check System in November 1998.[44]

Policy differences at the state level also affect eligibility to purchase firearms. Few states deny firearms to persons with previous convictions for violent misdemeanors. Since a history of violence or aggression is a risk factor for both suicide[7,9,18,19,45] and homicide,[9,11,46] the risk of violent death associated with recent purchase of a handgun may be higher in most states than we observed in California.

It should be emphasized that we did not compare the risk of death between people who owned firearms and people who did not. If firearm ownership is a risk factor for violent death,[7,9,11] we have underestimated the risk of both suicide and homicide associated with the purchase of a handgun by a person who did not previously own a firearm.

We cannot determine the extent to which increases or decreases in the risk of violent death are attributable specifically to the purchase of a handgun, since we lack information about other risk factors. In addition to a history of violence, alcohol and drug abuse and psychiatric disorders are risk factors for both suicide and homicide.[16,46-48] An increased risk of suicide by firearm might be due to an increased prevalence of these risk factors among handgun purchasers, and not due to the handgun purchase itself. On the other hand, such risk factors may be less common among persons who have recently passed a background check than they are in the general population; this difference might account for the lower risk of death by homicide among men who have recently purchased a handgun than among men in the general population.

We do not know whether the handguns purchased by persons in our study cohort were actually involved in the deaths we analyzed. However, the percentages of firearm-related suicides and homicides that involved handguns were much higher among handgun purchasers than in the state as a whole.

In 1997, suicide by firearm accounted for 54.2 percent of all deaths by firearm nationwide; firearms were used in 62.0 percent of suicides among men and 39.3 percent among women.[49] Suicide by firearm may be most effectively prevented by reducing overall access to firearms. (Unfortunately, however, reduction in access to the means to commit suicide is not among the interventions included in the 1999 *Surgeon General's Call to Action to Prevent Suicide*.[50]) Rates of death by both suicide and homicide among handgun purchasers might also be reduced by prohibiting those with risk factors such as a history of violence or alcohol and drug abuse from purchasing handguns.

A substantial percentage of persons who commit suicide seek medical attention shortly before death.[30] Clinicians need to identify persons who are at acute risk for suicide and to intervene appropriately.[30,51] A patient's declaration of intent to purchase a handgun may also be an indication to determine whether other risk factors for violent death are present.

Supported by a grant from the Joyce Foundation, Chicago.

*We are indebted to the California Department of Justice and the California Department of Health and Human Services for supplying the data used in this study; to Barbara Claire, the program administrator of the Violence Prevention Research Program; and to Melissa Garcia, Kevin Grassel, Gordon Lau, and Vanessa McHenry for able technical assistance.*

## REFERENCES

**1.** Teret SP, Webster DW, Vernick JS, et al. Support for new policies to regulate firearms: results of two national surveys. N Engl J Med 1998;339:813-8.
**2.** Smith TW, Smith RJ. Changes in firearm ownership among women, 1980–1994. J Crim Law Criminol 1995;86:133-49.
**3.** Cook PJ, Ludwig J. Guns in America: results of a comprehensive national survey on firearms ownership and use. Washington, D.C.: Police Foundation, 1996.
**4.** McDowall D, Wiersema B. The incidence of defensive firearm use by US crime victims, 1987 through 1990. Am J Public Health 1994;84:1982-4.
**5.** Kleck G, Gertz M. Armed resistance to crime: the prevalence and nature of self-defense with a gun. J Crim Law Criminol 1995;86:150-87.
**6.** Smith TW. A call for a truce in the DGU war. J Crim Law Criminol 1997;87:1462-9.
**7.** Kellermann AL, Rivara FP, Somes G, et al. Suicide in the home in relation to gun ownership. N Engl J Med 1992;327:467-72.
**8.** Cummings P, Koepsell TD, Grossman DC, Savarino J, Thompson RS. The association between the purchase of a handgun and homicide or suicide. Am J Public Health 1997;87:974-8.
**9.** Bailey JE, Kellermann AL, Somes GW, Banton JG, Rivara FP, Rushforth NB. Risk factors for violent death of women in the home. Arch Intern Med 1997;157:777-82.

The New England Journal of Medicine
Downloaded from nejm.org on September 16, 2011. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.

MORTALITY AMONG RECENT PURCHASERS OF HANDGUNS

**10.** Brent DA, Perper JA, Allman CJ, Moritz GM, Wartella ME, Zelenak JP. The presence and accessibility of firearms in the homes of adolescent suicides: a case-control study. JAMA 1991;266:2989-95.

**11.** Kellermann AL, Rivara FP, Rushforth NB, et al. Gun ownership as a risk factor for homicide in the home. N Engl J Med 1993;329:1084-91.

**12.** Beautrais AL, Joyce PR, Mulder RT. Access to firearms and the risk of suicide: a case control study. Aust N Z J Psychiatry 1996;30:741-8.

**13.** Schwegel J. The definitive baby name book: meanings and popularity rating for over 100,000 names. New York: Marlo, 1997.

**14.** Bureau of the Census. 1990 Census of population: general population characteristics: California: Vol. 1. No. 1990 CP-1-6. Washington, D.C.: Government Printing Office, 1992.

**15.** Projected total population of California counties: official state projections. Report 93 P-3. Sacramento, Calif.: Department of Finance, 1993.

**16.** Pokorny AD. Prediction of suicide in psychiatric patients: report of a prospective study. Arch Gen Psychiatry 1983;40:249-57.

**17.** Sorlie PD, Backlund E, Keller JB. US mortality by economic, demographic, and social characteristics: the National Longitudinal Mortality Study. Am J Public Health 1995;85:949-56.

**18.** Neeleman J, Wessely S, Wadsworth M. Predictors of suicide, accidental death, and premature natural death in a general-population birth cohort. Lancet 1998;351:93-7.

**19.** O'Toole BI, Cantor C. Suicide risk factors among Australian Vietnam era draftees. Suicide Life Threat Behav 1995;25:475-88.

**20.** Kaplan MS, Adamek ME, Geling O. Sociodemographic predictors of firearm suicide among older white males. Gerontologist 1996;36:530-3.

**21.** de Moore GM, Plew JD, Bray KM, Snars JN. Survivors of self-inflicted firearm injury: a liaison psychiatry perspective. Med J Aust 1994;160:421-5.

**22.** Frierson RL. Women who shoot themselves. Hosp Community Psychiatry 1989;40:841-3.

**23.** Frierson RL, Lippmann SB. Psychiatric consultation for patients with self-inflicted gunshot wounds. Psychosomatics 1990;31:67-74.

**24.** Peterson LG, Peterson M, O'Shanick GJ, Swann A. Self-inflicted gunshot wounds: lethality of method versus intent. Am J Psychiatry 1985;142:228-31.

**25.** Kaplan GA, Pamuk ER, Lynch JW, Cohen RD, Balfour JL. Inequality in income and mortality in the United States: analysis of mortality and potential pathways. BMJ 1996;312:999-1003. [Erratum, BMJ 1996;312:1253.]

**26.** Wallace D, Wallace R. Scales of geography, time, and population: the study of violence as a public health problem. Am J Public Health 1998;88:1853-8.

**27.** Sheley JF, Wright JD. High school youths, weapons, and violence: a national survey: research in brief. Washington, D.C.: National Institute of Justice, 1998. (Publication no. NCJ-172857.)

**28.** Kellermann AL, Mercy JA. Men, women, and murder: gender-specific differences in rates of fatal violence and victimization. J Trauma 1992;33:1-5.

**29.** McCauley J, Kern DE, Kolodner K, et al. Clinical characteristics of women with a history of childhood abuse: unhealed wounds. JAMA 1997;277:1362-8.

**30.** Gunnell D, Frankel S. Prevention of suicide: aspirations and evidence. BMJ 1994;308:1227-33.

**31.** Lewis G, Hawton K, Jones P. Strategies for preventing suicide. Br J Psychiatry 1997;171:351-4.

**32.** Rosenman SJ. Preventing suicide: what will work and what will not. Med J Aust 1998;169:100-2.

**33.** Clarke RV, Lester D. Suicide: closing the exits. New York: Springer-Verlag, 1989.

**34.** Cantor CH, Slater PJ. The impact of firearm control legislation on suicide in Queensland: preliminary findings. Med J Aust 1995;162:583-5.

**35.** Carrington PJ, Moyer S. Gun control and suicide in Ontario. Am J Psychiatry 1994;151:606-8.

**36.** Warner K. Firearm deaths and firearm crime after gun licensing in Tasmania. Presented at the Third National Outlook Symposium on Crime, Canberra, Australia, March 22–23, 1999.

**37.** Kleck G, Patterson EB. The impact of gun control and gun ownership levels on violence rates. J Quant Criminol 1993;9:249-87.

**38.** Wintemute GJ. Firearms as a cause of death in the United States, 1920-1982. J Trauma 1987;27:532-6.

**39.** Killias M. International correlations between gun ownership and rates of homicide and suicide. CMAJ 1993;148:1721-5.

**40.** Sloan JH, Rivara FP, Reay DT, Ferris JAJ, Kellermann AL. Firearm regulations and rates of suicide: a comparison of two metropolitan areas. N Engl J Med 1990;322:369-73.

**41.** Boor M, Bair JH. Suicide rates, handgun control laws, and sociodemographic variables. Psychol Rep 1990;66:923-30.

**42.** Marzuk PM, Leon AC, Tardiff K, Morgan EB, Stajic M, Mann JJ. The effect of access to lethal methods of injury on suicide rates. Arch Gen Psychiatry 1992;49:451-8.

**43.** Loftin C, McDowall D, Wiersema B, Cottey TJ. Effects of restrictive licensing of handguns on homicide and suicide in the District of Columbia. N Engl J Med 1991;325:1615-20.

**44.** Brady Handgun Violence Prevention Act, Pub. L. No. 103-159, 107 Stat. 1536 (to amend the Gun Control Act of 1968 (18 U.S.C. ch. 44)) enacted Nov. 30, 1993.

**45.** Plutchik R. Outward and inward directed aggressiveness: the interaction between violence and suicidality. Pharmacopsychiatry 1995;28:Suppl 2:47-57.

**46.** McGonigal MD, Cole J, Schwab CW, Kauder DR, Rotondo MF, Angood PB. Urban firearm deaths: a five-year perspective. J Trauma 1993;35:532-7.

**47.** Rivara FP, Mueller BA, Somes G, Mendoza CT, Rushforth NB, Kellermann AL. Alcohol and illicit drug abuse and the risk of violent death in the home. JAMA 1997;278:569-75.

**48.** Allebeck P, Allgulander C, Fisher LD. Predictors of completed suicide in a cohort of 50,465 young men: role of personality and deviant behavior. BMJ 1988;297:176-8.

**49.** Hoyert DL, Kochanek KD, Murphy SL. Deaths: final data for 1997. Natl Vital Stat Rep 1999;47(19):1-105.

**50.** The Surgeon General's call to action to prevent suicide. Washington, D.C.: Public Health Service, 1999.

**51.** Hirschfeld RMA, Russell JM. Assessment and treatment of suicidal patients. N Engl J Med 1997;337:910-5.

The New England Journal of Medicine
Downloaded from nejm.org on September 16, 2011. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.

# Exhibit 74

Case: 1:10-cv-04184 Document #: 169-8 Filed: 03/12/12 Page 37 of 42 PageID #:4812
Downloaded from injuryprevention.bmj.com on September 13, 2011 - Published by group.bmj.com

ORIGINAL ARTICLE

# The association between changes in household firearm ownership and rates of suicide in the United States, 1981–2002

M Miller, D Azrael, L Hepburn, D Hemenway, S J Lippmann

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

*Injury Prevention* 2006;**12**:178–182. doi: 10.1136/ip.2005.010850

**Objective:** To explore whether recent declines in household firearm prevalence in the United States were associated with changes in rates of suicide for men, women, and children.
**Methods:** This time series study compares changes in suicide rates to changes in household firearm prevalence, 1981–2002. Multivariate analyses adjust for age, unemployment, per capita alcohol consumption, and poverty. Regional fixed effects controlled for cross sectional, time invariant differences among the four census regions. Standard errors of parameter estimates are adjusted to account for serial autocorrelation of observations over time.
**Results:** Over the 22 year study period household firearm ownership rates declined across all four regions. In multivariate analyses, each 10% decline in household firearm ownership was associated with significant declines in rates of firearm suicide, 4.2% (95% CI 2.3% to 6.1%) and overall suicide, 2.5% (95% CI 1.4% to 3.6%). Changes in non-firearm suicide were not associated with changes in firearm ownership. The magnitude of the association between changes in household firearm ownership and changes in rates of firearm and overall suicide was greatest for children: for each 10% decline in the percentage of households with firearms and children, the rate of firearm suicide among children 0–19 years of age dropped 8.3% (95% CI 6.1% to 10.5%) and the rate of overall suicide dropped 4.1% (2.3% to 5.9%).
**Conclusion:** Changes in household firearm ownership over time are associated with significant changes in rates of suicide for men, women, and children. These findings suggest that reducing availability to firearms in the home may save lives, especially among youth.

See end of article for authors' affiliations
. . . . . . . . . . . . . . . . . . . . .

Correspondence to:
Dr M Miller, Harvard School of Public Health, 677 Huntington Avenue, Room 305, Boston, MA 02115, USA; mmiller@ hsph.harvard.edu

Accepted
25 February 2006
. . . . . . . . . . . . . . . . . . . . .

In 2002, 17 108 of the 31 655 Americans who committed suicide used a firearm (54%). Men accounted for 80% of all suicides and 88% of all firearm suicides, but over 40% of all completed suicides by women and children also involved guns.[1] Individual-level case control and cohort studies in the United States suggest that the presence of a gun in the home[2–13] and purchase of firearms from a licensed dealer[14 15] are risk factors for suicide. Drawing causal inferences about the gun-suicide connection from existing case control studies has, however, been questioned on the grounds that these studies do not adequately control for the possibility that members of gun owning households are inherently more suicidal than members of non-gun owning households, that some individuals intent on suicide might purchase a firearm just to commit suicide, and that the association may be confounded by differential recall bias of firearm ownership and comorbid conditions (cases *v* controls).[16 17]

Ecologic studies provide a complementary approach to studying the possible relation between firearm ownership and suicide. These studies have consistently found a positive association between cross sectional measures of firearm prevalence and *firearm* suicide.[17–26] Findings with respect to the association between firearm prevalence and rates of *overall* suicide, however, have been mixed, depending largely on the way firearm prevalence has been measured.[16 27] Ecologic studies of the firearm-suicide connection have been criticized for using proxies to measure firearm prevalence that may be biased and, as with case control studies, on the grounds that cross sectional differences in suicidal tendencies might confound the relation between firearm prevalence and suicide.[16]

The possibility that people living in homes with guns are inherently more suicidal than people living in homes without guns has been addressed in case control studies by controlling for individual level psychopathology[2–13] and in ecologic studies by controlling for aggregate level psychopathology.[28 29] Nevertheless, questions remain about unmeasured characteristics that might simultaneously be associated with firearm prevalence and suicide risk. One approach to mitigating potential cross sectional confounding is to conduct longitudinal analyses, albeit at the potential cost of introducing secular distortions. To date, however, no prospective, individual-level cohort studies have examined the firearm-suicide connection.

The only previous time series to directly evaluate the relation between firearm ownership and suicide[30] used aggregate national data on firearm ownership, 1959–84, and found a significant bivariate relation between firearm ownership and firearm suicide, but no relation between firearm ownership and overall suicide. Other ecologic time series studies abandoned direct estimates of firearm prevalence, evaluating instead the relation between firearm legislation and subsequent rates of suicide, with mixed results.[31–41]

Over the past decade, surveys show that the percentage of Americans living in households with firearms declined far more than it had over the previous three decades.[42] The ongoing General Social Survey, for example, found that compared to the 1960s, 1970s, 1980s, and early 1990s when roughly one in two Americans lived in homes with firearms, by 2000 the fraction had fallen to one in three. The current study is the first of which we are aware to exploit recent

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**Abbreviations:** GEE, generalized estimating equations; GSS, General Social Survey; WISQARS, Web-based Injury Statistics Query and Reporting System.

longitudinal variation in firearm prevalence to explore whether changes in firearm prevalence have been accompanied by significant changes in suicide by firearms, by other means, and overall.

## METHODS
### Mortality data
Suicide mortality data were obtained through the Centers for Disease Control and Prevention's Web-based Injury Statistics Query and Reporting System (WISQARS).[1] These data, which were available for the years 1981–2002, were aggregated into four census regions (Northeast, Midwest, South, and West). Suicide data, grouped by firearm (ICD-9 E-codes E955.0–.4, ICD-10 E-codes X72-X74) and non-firearm methods (ICD-9 E-codes E950–E954 and E955.5–E959; ICD-10 E-codes X60–X71, X75–X84, Y87.0, and U03), were further stratified by gender and age ( $\leqslant$ 19, 20–34, 35–64, and $\geqslant$ 65 years). Though coding differences between ICD-9 and ICD-10 preclude cross era longitudinal analyses for many causes of death, comparability ratios for suicide are nearly 1.0 and do not adversely affect our data.[43]

### Independent variables
Analyses adjusted for age, unemployment, per capita alcohol consumption, poverty, and region of the country. Historical unemployment rate data were obtained from the Bureau of Labor Statistics online database.[44] Yearly data on regional per capita alcohol consumption were compiled by the National Institute on Alcohol Abuse and Alcoholism.[45] The percent of the population below poverty in each year of the study period was found in the Historical Poverty Table derived from the US Census Bureau's Current Population Survey.[46]

Estimates of regional household firearm ownership rates are from the General Social Survey (GSS).[42] GSS household gun ownership data were available for the years 1982, 1984, 1985, 1987–1991, 1993, 1994, 1996–2002; estimates of household gun ownership for missing years were imputed using the average of the adjacent years. For the population as a whole we derived firearm ownership estimates based on all respondents (that is, pooled responses from male and female respondents), the most common measure used in previous work using this survey.

The decrease in the prevalence of household firearm ownership derived using responses from both sexes does not necessarily reflect the actual change in household firearm

ownership for either sex. For example, if married men left their wives beginning in 1990, and took their guns with them, all else equal, the percentage of men living in households with guns would not change, but the percentage of women in households with guns would drop dramatically. To more accurately capture the exposure to household firearms for men and for women separately, we derived household firearm prevalence estimates for women using responses in the GSS from women only (and for men, using responses from men only). We also derived estimates of household firearm ownership for homes with children based on responses of adults who reported living in households with children 18 years of age or younger.

Parsing our exposure measure in this way has additional advantages. It allowed us to account for the well established observation that firearm prevalence estimates for two-adult households based on survey responses from males only are significantly higher than estimates derived using responses from women only.[47 48] It also takes into account the possibility that this gender related reporting gap may change over time. In addition, it reflects the assumption that a household gun used in a suicidal act is a gun the suicidal individual knew was in the home.

Because our independent variable "household firearm ownership" takes on different values for each region-year depending on whether it is based on responses from both sexes jointly or separately, our point estimates in regressions on the population as a whole are not directly comparable to point estimates from regressions on males and females separately.

## Analyses
To account for the non-independence of repeated measures from the same census region over time, we used generalized estimating equations (GEE) models in our multivariate analyses.[49] These models build upon generalized linear models and are designed to estimate accurate regression coefficients for longitudinal data by allowing specification of both the link function and correlation structure. Standard errors of the regression parameters are computed using the Huber-White sandwich estimator of variance to account for the within-region correlation of outcome using GEE.[50 51] Results are as if there were a cluster option and we specified clustering on region. Regional fixed effects models were used to account for unobserved time invariant factors that might



**Figure 1** Three year rolling averages of household gun prevalence in the United States, 1981–2002.



Figure 2 Household gun ownership levels and rates of firearm and non-firearm suicide mortality: United States, 1981–2002.

explain regional differences in rates of suicide. All models adjust for age, unemployment, per capita alcohol consumption, and poverty.

We present results of log-log regressions to express the percent change in the dependent variable (for example, firearm suicide rate) for a 10% change in household firearm ownership. Results obtained using GEE are similar to those obtained using regional fixed effects negative binomial models that adjust for serial autocorrelation over time within each census region (not shown).

## RESULTS

Over the 22 year study period, household firearm ownership rates declined across all four regions, with declines averaging 1.5% per year for the nation as a whole (in absolute terms, 0.6 percentage points per year) (fig 1). The absolute percentage of men who report living in homes with firearms was always greater than both the percentage of women who report living in homes with firearms and the percentage of adults with children living in homes with firearms. The relative decline in the percentage of men who report living in homes with firearms was slightly less than the decline for women and for children, averaging, respectively 1.3%, 2.1%, and 2.7% per year (fig 1).

For the nation as a whole, declines in the percentage of American households containing firearms were accompanied by declines in rates of suicide by firearm (fig 2); changes in non-firearm suicide rates were not significantly related to changes in household firearm prevalence. The steepest declines in household firearm prevalence and in firearm

suicide occurred over the second decade of the study period (figs 1 and 2).

In multivariate analyses, each 10% decline in firearm prevalence was accompanied by significant declines in suicide by firearm and suicide overall: firearm suicide rates dropped by 4.2% (95% CI 2.3% to 6.1%) and total suicide rates by 2.5% (95% CI 1.4% to 3.6%) (table 1). The rate of non-firearm suicide was not significantly related to changes in firearm prevalence for the population as a whole, for men, for women, or for children. The magnitude of association between the relative changes in household firearm ownership and rates of suicide due to firearms did not differ significantly across gender. The magnitude of the association between changes in household firearm prevalence and rates of firearm and overall suicide was greatest for children: for each 10% decline in the percentage of households containing both children and firearms, the rate of firearm suicide among children 0–19 years of age dropped 8.3% (95% CI 6.1% to 10.5%) and the rate of overall suicide dropped 4.1% (2.3% to 5.9%).

## DISCUSSION

Consistent with previous individual level studies,[2–12 14 15] as well as with some[17 18 20–24 29 92] but not all[19 25] cross sectional ecologic studies, we find that higher rates of firearm ownership are associated with higher rates of overall suicide. For all groups, the relation between changes in household firearm ownership and changes in overall rates of suicide is due to the association between changes in firearm ownership and changes in suicide by firearms (that is, changes in

Table 1 Longitudinal association between household gun ownership and suicide mortality: percent decrease in mortality rate for each 10% decrease in household firearm ownership level (1981–2001), adjusted for age, unemployment, poverty, per capita alcohol consumption, and region of the country

| | % Decrease in firearm suicide rate (95% CI) | % Decrease in non-firearm suicide rate (95% CI) | % Decrease in overall suicide rate (95% CI) |
|---|---|---|---|
| Total population | 4.2% (2.3%–6.1%)*** | 0.3% (−1.4%–2.3%) | 2.5% (1.4%–3.6%)*** |
| Males | 3.4% (2.8%–4.1%)*** | 1.1% (−0.7%–2.9%) | 2.3% (1.7%–2.9%)*** |
| Females | 3.4% (1.9%–4.9%)*** | −0.5% (−1.9%–1.9%) | 1.0% (0.4%–1.6%)** |
| Children (0–19 years of age) | 8.3% (6.1%–10.5%)*** | −0.4% (−2.9%–2.1%) | 4.1% (2.3%–5.9%)*** |

non-firearm suicide are not related to changes in rates of firearm ownership). Our finding that the magnitude of association between household firearm ownership and suicide is particularly high for children is consistent with previous empirical work,[10 19 23 53] and with the hypothesis that suicide acts by youth are more likely to be impulsive and therefore more likely to be affected by the means at hand.[54 55]

Our findings are also consistent with some[31–33] but not all,[30 34] previous national longitudinal studies (all but one of which examined the relation between suicide rates and firearm related legislation rather than the relation between suicide rates and firearm prevalence directly). Relative to previous US studies, our longitudinal study focused on a time period during which there was a marked downward trend in household firearm prevalence. This statistical advantage made it less likely that an actual association between firearm prevalence and rates of suicide would be obscured by random error involved in measuring firearm prevalence. This advantage may explain, in part, why we found a significant relation between changes in firearm prevalence and rates of suicide when the only previous US study to directly investigate the association between firearm prevalence and suicides found none.[10] In addition, that previous study did not control for other factors and used firearm ownership data from two different sources (Gallop and NORC polls) over a period during which firearm prevalence changed little relative to the measurement error associated with estimating prevalence.

The current study is the first longitudinal evaluation we are aware of to specifically render the exposure of interest—household firearm prevalence—separately for men, women, and children. By doing so we are better able to account for the possibility that changes in household firearm prevalence might differ for these distinct groups (as might have occurred, for example, because of changes in household composition over time). In addition, we are able to control for potential regional variation in rates of change in firearm prevalence and suicide over time.

Although our ecologic approach avoids the case control problem of recall bias (for example, cases being more likely to accurately recall a firearm in the home than controls), this benefit comes at the possible interpretative cost of assuming that group-level associations reflect individual risk factors (that is, the ecologic fallacy).[56] The greatest threat to the validity of our findings in this respect is that we do not know whether firearm suicide victims actually lived in homes with guns. Findings from case control studies, however, suggest that firearm suicide victims overwhelmingly use guns from their own home.[2–12 14 15] For example, in one study of suicides in the home[10] and in another of adolescent suicides in and out of the home,[6] approximately 90% of victims used a gun if they lived in a home with a gun. In addition, fewer than 10% of all firearm suicides involved a firearm from a home other than the victim's household.[10]

Our analyses adjust for rates of poverty, unemployment, per capita alcohol consumption, the age distribution of the population, and census region, but many other factors may affect suicide rates. We could think of no obvious covariates that, were they included, would a priori explain the specificity of our findings—that changes in *firearm* suicide (but not non-firearm suicide) correlate with changes in firearm ownership. The covariate we most would have liked to directly account for in our analyses is one that captured annual changes in suicidality over time. Unfortunately, no such data are available. However, the largest study ever to address secular trends in the mental health of Americans found no national changes in suicidal tendencies between 1990 and 2000[57]—precisely the period of our study during which suicide rates (and firearm ownership) declined most steeply. In addition, previous cross sectional ecologic studies

have found that measures of psychopathology (for example, major depression, serious suicidal thoughts) do not appear to be associated with rates of household firearm ownership[39] and that controlling for suicide attempt rates does not mitigate the gun-suicide connection.[53]

Our study has additional limitations. Although we used survey measures of household firearm ownership, this measure does not provide potentially important information about many characteristics of firearm availability that may be related to the rate of suicide deaths. For example, our measure does not provide information about the relative prevalence of handguns and long guns, the number of firearms in a gun owning household, firearm storage practices, access to illegal firearms, familiarity with firearms, the caliber of gun(s), how often guns are used for other purposes such as hunting or target practice, or changes in the social acceptability of suicide by firearms over time. In addition, survey research has found that many women, some living in two-adult households with guns, may not have accurate information about whether a gun is present in their home.[48 58] That we find significant associations between suicide and firearm prevalence regardless of whether prevalence estimates are derived from men or women or all respondents suggests that reporting differences by gender do not account for our results.

Despite these limitations, we find changes in household firearm ownership over time were associated with significant changes in rates of suicide for men, women, and children, controlling for the region of the country in which they lived and independent of rates of unemployment, poverty, and alcohol consumption. The relation between changes in household firearm ownership and overall rates of suicide is due to the association of firearm ownership and suicide by firearms (that is, changes in non-firearm suicide are not related to changes in firearm ownership). Consistent with our findings, a recent systematic review of all suicide prevention studies published between 1966 and 2005[59] concluded that restricting access to lethal means is one of only two suicide prevention strategies shown to prevent suicide. This conclusion, however, is at odds with the view held by many Americans—that restricting access to highly lethal means is unlikely to save many lives.[60]

The presumption is that anyone serious enough about suicide to use a gun or jump off a bridge will inevitably find another way to take his own life. Results from our longitudinal study, combined with findings from previous case control, cohort, and ecologic studies fundamentally undercut this presumption. In a nation where over half of all suicides are due to guns, restricting ready access to household firearms is likely to save many lives, especially among children.

## Key points

- Consistent with previous cross sectional case control and ecologic studies, this time series analysis finds a significant relation between household firearm ownership and rates of suicide overall and by firearms.
- Changes in household firearm ownership over time are associated with significant changes in rates of suicide for men, women, and children.
- These findings suggest that reducing availability to firearms in the home may save lives, especially among youth.

Case: 1:10-cv-04184 Document #: 169-8 Filed: 02/12/2 Page 41 of 42 PageID #:4816
Downloaded from injuryprevention.bmj.com on September 20, 2011 - Published by group.bmj.com
182                                                                                                                    Miller, Azrael, Hepburn, et al

## ACKNOWLEDGEMENTS
Dr Miller assumes responsibility for the integrity of the work as a whole, from inception to published article. Drs Miller, Azrael, and Hepburn made substantial contributions to conception and design of the study as well as to the analysis and interpretation of data. Mr Lippmann played a major role in the acquisition and analysis of data. Dr Miller wrote the manuscript; Drs Hemenway, Azrael, Hepburn, and Mr Lippmann revised it critically for important intellectual content. All authors have given final approval to the version here submitted. None of us has any financial interests related to the work submitted. Dr Miller had full access to all the data in the study and takes responsibility for the work presented. Funding for this project was provided by the Joyce Foundation.

## Authors' affiliations
M Miller, D Azrael, L Hepburn, D Hemenway, S J Lippmann, Harvard School of Public Health, Boston, MA, USA

## REFERENCES
1 Centers for Disease Control and Prevention National Center for Injury Prevention and Control. Web-based Injury Statistics Query and Reporting System (WISQARS). Available at www.cdc.gov/ncipc/wisqars (accessed April 2005).
2 Dahlberg LL, Ikeda RM, Kresnow MJ. Guns in the home and risk of a violent death in the home: findings from a national study. Am J Epidemiol 2004;160:929–36.
3 Brent DA, Perper JA, Goldstein CE, et al. Risk factors for adolescent suicide. A comparison of adolescent suicide victims with suicidal inpatients. Arch Gen Psychiatry 1988;45:581–8.
4 Brent DA, Perper JA, Moritz G, et al. Psychiatric risk factors for adolescent suicide: a case-control study. J Am Acad Child Adolesc Psychiatry 1993;32:521–9.
5 Brent DA, Perper JA, Allman CJ, et al. The presence and accessibility of firearms in the homes of adolescent suicides. A case-control study. JAMA 1991;266:2989–95.
6 Brent DA, Perper JA, Moritz G, et al. Suicide in affectively ill adolescents: a case-control study. J Affect Disord 1994;31:193–202.
7 Brent DA, Perper JA, Moritz G, et al. Firearms and adolescent suicide. A community case-control study. Am J Dis Child 1993;147:1066–71.
8 Brent DA, Perper J, Moritz G, et al. Suicide in adolescents with no apparent psychopathology. J Am Acad Child Adolesc Psychiatry 1993;32:494–500.
9 Conwell Y, Duberstein PR, Connor K, et al. Access to firearms and risk for suicide in middle-aged and older adults. Am J Geriatr Psychiatry 2002;10:407–16.
10 Kellermann AL, Rivara FP, Somes G, et al. Suicide in the home in relation to gun ownership. N Engl J Med 1992;327:467–72.
11 Bailey JE, Kellermann AL, Somes GW, et al. Risk factors for violent death of women in the home. Arch Intern Med 1997;157:777–82.
12 Wiebe DJ. Homicide and suicide risks associated with firearms in the home: a national case-control study. Ann Emerg Med 2003;41:771–82.
13 Bukstein OG, Brent DA, Perper JA, et al. Risk factors for completed suicide among adolescents with a lifetime history of substance abuse: a case-control study. Acta Psychiatr Scand 1993;88:403–8.
14 Cummings P, Koepsell TD, Grossman DC, et al. The association between the purchase of a handgun and homicide or suicide. Am J Public Health 1997;87:974–8.
15 Wintemute GJ, Parham CA, Beaumont JJ, et al. Mortality among recent purchasers of handguns. N Engl J Med 1999;341:1583–9.
16 National Research Council. Firearms and suicide. In: Wellsford C, Pepper J, Petrie C (eds). Firearms and violence: a critical review. Washington, DC: The National Academies Press, 2005:152–200.
17 Killias M. International correlations between gun ownership and rates of homicide and suicide. Can Med Assoc J 1993;148:1721–5.
18 Markush RE, Bartolucci AA. Firearms and suicide in the United States. Am J Public Health 1984;74:123–7.
19 Sloan JH, Rivara FP, Reay DT, et al. Firearm regulations and rates of suicide. A comparison of two metropolitan areas. N Engl J Med 1990;322:369–73.
20 Birckmayer J, Hemenway D. Suicide and firearm prevalence: are youth disproportionately affected? Suicide Life Threat Behav 2001;31:303–10.
21 Miller M, Azrael D, Hemenway D. Household firearm ownership and suicide rates in the United States. Epidemiology 2002;13:517–24.
22 Miller M, Azrael D, Hemenway D. Firearm availability and suicide, homicide, and unintentional firearm deaths among women. J Urban Health 2002;79:26–38.
23 Miller M, Azrael D, Hemenway D. Firearm availability and unintentional firearm deaths, suicide, and homicide among 5–14 year olds. J Trauma. 2002;52: 267–74; discussion 274–5).
24 Lester D. Availability of guns and the likelihood of suicide. Sociol Soc Res 1987;71:287–8.,
25 Lester D. Gun ownership and suicide in the United States. Psychol Med 1989;19:519–21.
26 Kaplan MS, Geling O. Firearm suicides and homicides in the United States: regional variations and patterns of gun ownership. Soc Sci Med 1998;46:1227–33.
27 Miller M, Hemenway D. The relationship between firearms and suicide: a review of the literature. Aggress Violent Behav 1999;4:59–75.
28 Miller M, Azrael D, Hemenway D. The epidemiology of case fatality rates for suicide in the northeast. Ann Emerg Med 2004;43:723–30.
29 Hemenway D, Miller M. Association of rates of household handgun ownership, lifetime major depression, and suicidal thoughts with rates of suicide across US census regions. Inj Prev 2002;8:313–16.
30 Clarke RV, Jones PR. Suicide and increased availability of handguns in the United States. Soc Sci Med 1989;28:805–9.
31 Lester D. Firearm availability and the incidence of suicide and homicide. Acta Psychiatr Belg 1988;88:387–93.
32 Carrington P, Moyer S. Gun control and suicide in Ontario. Am J Psychiatry 1994;151:606–8.
33 Loftin C, McDowall D, Wiersema B, et al. Effects of restrictive licensing of handguns on homicide and suicide in the District of Columbia. N Engl J Med 1991;325:1615–20.
34 Rich C, Young J, Fowler R, et al. Guns and suicide: possible effects of some specific legislation. Am J Psychiatry 1990;147:342–6.
35 Lester D, Leenaars A. Suicide rates in Canada before and after tightening firearm control laws. Psychol Rep 1993;72:787–90.
36 Ludwig J, Cook PJ. Homicide and suicide rates associated with implementation of the Brady Handgun Violence Prevention Act. JAMA 2000;284:585–91.
37 Cummings P, Grossman DC, Rivara FP, et al. State gun safe storage laws and child mortality due to firearms. JAMA 1997;278:1084–6.
38 Webster DW, Vernick JS, Zeoli AM, et al. Association between youth-focused firearm laws and youth suicides. JAMA 2004;292:594–601.
39 Rosengart M, Cummings P, Nathens A, et al. An evaluation of state firearm regulations and homicide and suicide death rates. Inj Prev 2005;11:77–83.
40 Conner KR, Zhong Y. State firearm laws and rates of suicide in men and women. Am J Prev Med 2003;25:320–4.
41 Beautrais AL, Fergusson DM, Horwood LJ. Firearms legislation and reductions in firearm-related suicide deaths in New Zealand. Aust N Z J Psychiatry 2006;40:253–9.
42 Davis JA, Smith TW. General Social Surveys (GSS), 1972–2002 [machine readable data file]. Sponsored by National Science Foundation; NORC, eds. Chicago: National Opinion Research Center [producer]; Storrs, CT, The Roper Center for Public Opinion Research, University of Connecticut [distributor], 2004.
43 Anderson RN, Minino AM, Hoyert DL, et al. Comparability of cause of death between ICD-9 and ICD-10: preliminary estimates. Natl Vital Stat Rep 2001;49:1–32.
44 Bureau of Labor Statistics. Regional Unemployment Rate Statistics, 1976–2004. 2005 [cited 2005 July 15]. Available at http://www.data.bls.gov (accessed March 2006).
45 National Institute on Alcohol Abuse and Alcoholism. Per capita ethanol consumption by state, census regions, and the United States, 1970–1998 [table]. Available at http://www.niaaa.nih.gov/databases/consum03.txt (accessed January 2005).
46 US Census Bureau. Historical Poverty Tables, Poverty of People, by Region: 1959–2003 from the Current Population Survey, Annual Social and Economic Supplement. 2005 [cited 2005 August 1]; Available at http://www.census.gov/hhes/www/poverty/histpov/hstpov9.html.
47 Azrael D, Miller M, Hemenway D. Are household firearms stored safely? It depends on whom you ask. Pediatrics 2000;106:E31.
48 Ludwig J, Cook PJ, Smith TW. The gender gap in reporting household gun ownership. Am J Public Health 1998;88:1715–18.
49 Diggle P, Liang K, Zeger S. Analysis of longitudinal data. Oxford: Oxford University Press, 1994.
50 Huber P. The behavior of maximum likelihood estimates under non-standard conditions. In: Fifth Berkeley Symposium on mathematical statistics and probability. Berkeley, CA: University of California Press, 1967.
51 White H. A heteroskedasticity-consistent covariance matrix estimator and a direct test for heteroskedasticity. Econometrica 1980;48:817–38.
52 Miller M, Azrael D, Hemenway D. Rates of household firearm ownership and homicide across US regions and states, 1988–1997. Am J Public Health 2002;92:1988–93.
53 Miller M, Hemenway D, Azrael D. Firearms and suicide in the Northeast. J Trauma 2004;57:626–32.
54 Horesh N, Gothelf D, Ofek H, et al. Impulsivity as a correlate of suicidal behavior in adolescent psychiatric inpatients. Crisis 1999;20:8–14.
55 Kashden J, Fremouw WJ, Callahan TS, et al. Impulsivity in suicidal and nonsuicidal adolescents. J Abnorm Child Psychol 1993;21:339–53.
56 Piantadosi S. Invited commentary: ecologic biases. Am J Epidemiol. 1994;139: 761–4; discussion 769–71).
57 Kessler RC, Demler O, Frank RG, et al. Prevalence and treatment of mental disorders, 1990 to 2003. N Engl J Med 2005;352:2515–23.
58 Azrael D, Hemenway D. 'In the safety of your own home': results from a national survey on gun use at home. Soc Sci Med 2000;50:285–91.
59 Mann JJ, Apter A, Bertolote J, et al. Suicide prevention strategies: a systematic review. JAMA 2005;294:2064–74.
60 Miller M, Azrael D, Hemenway D. Belief in the inevitability of suicide: results from a national survey. Suicide Life Threat Behav 2006;36:1–11.



# The association between changes in household firearm ownership and rates of suicide in the United States, 1981–2002

M Miller, D Azrael, L Hepburn, et al.

*Inj Prev* 2006 12: 178-182
doi: 10.1136/ip.2005.010850

Updated information and services can be found at:
http://injuryprevention.bmj.com/content/12/3/178.full.html

*These include:*

**References**

This article cites 50 articles, 18 of which can be accessed free at:
http://injuryprevention.bmj.com/content/12/3/178.full.html#ref-list-1

Article cited in:
http://injuryprevention.bmj.com/content/12/3/178.full.html#related-urls

**Email alerting service**

Receive free email alerts when new articles cite this article. Sign up in the box at the top right corner of the online article.

**Topic Collections**

Articles on similar topics can be found in the following collections

Suicide (public health) (136 articles)
Suicide/Self harm (injury) (136 articles)

**Notes**

To request permissions go to:
http://group.bmj.com/group/rights-licensing/permissions

To order reprints go to:
http://journals.bmj.com/cgi/reprintform

To subscribe to BMJ go to:
http://group.bmj.com/subscribe/