**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS ) <br> RETAILERS, KENNETH PACHOLSKI, ) <br> KATHRYN TYLER, and MICHAEL HALL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF CHICAGO and RAHM ) <br> EMANUEL, Mayor of the City of Chicago, ) <br> ) <br> Defendants. ) | Case No: 10-CV-4184 <br> Judge Edmond E. Chang |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE
SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiffs, by their undersigned counsel, hereby move this Court to extend the time for Plaintiffs to file their response to Defendants' motion for summary judgment by 14 days and to adjust the remaining briefing schedule accordingly. In support of their motion, Plaintiffs state as follows:

1. This Court has twice extended the summary judgment schedule at Defendants' request. In accordance with this amended schedule, Defendants filed their motion for summary judgment on March 2, 2012. *See* Doc. No. 157. Defendants also on that date filed a 45-page supporting brief and a 68-page statement of material facts containing 139 separately numbered facts. *See* Doc. No. 158; Doc. No. 159-1.[1]

2. Under the governing schedule, Plaintiffs' response to Defendants' motion is due on April 13, 2012. *See* Doc. No. 154. Plaintiffs request an additional two weeks to respond to

---

[1] This Court granted Defendants' motion for leave to file this oversized statement of material facts. *See* Doc. No. 163.

1

Defendants' motion. The complex nature of this case is exemplified by the extensive nature of Defendants' filings. Defendants' statement of material facts, for example, is not only lengthy and detailed (it is supported by no less than 90 exhibits, *see* Doc. Nos. 165-170), but it also, as Defendants expressly recognize, "includes both facts that are undisputed, and facts that Defendants anticipate Plaintiffs will dispute." Doc. No. 159-1 at 2 n.1. Adding two weeks to the briefing schedule will assist this Court's disposition of this case by giving Plaintiffs the time required to address the issues presented by this case and to respond fully to Defendants' motion and supporting materials.

      3. Counsel for Plaintiffs has also had to attend to several other matters in addition to this one in the time since Defendants filed their motion. Since that time, for example, counsel for Plaintiffs:

- Was retained to file, prepared, and filed an amicus brief in a case in this district challenging a different provision of Chicago's firearms ordinance. *Gowder v. City of Chicago*, No. 11-cv-1304 (N.D. Ill.);

- Finished preparing and filed an opening brief in a case in the United States Court of Appeals for the Fifth Circuit challenging restrictions the State of Texas places on carrying firearms in public. *NRA v. McCraw*, No. 12-10091 (5th Cir.); and

- Has been retained to appeal a decision denying a challenge to Illinois' ban on carrying firearms in public. *Shepard v. Madigan*, No. 12-1788 (7th Cir.). Counsel is in the process of preparing an opening brief in that case.

      4. Defendants do not oppose Plaintiffs' motion and ask that the Court correspondingly extend their time to file a reply in support of their motion by two weeks from the current due date of May 14, 2012.

2

5. This motion is not brought for purposes of delay but that justice may be done.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant their request for an extension of 14 days to and including April 27, 2012 to file their response to Defendants' motion for summary judgment and to reset the briefing schedule correspondingly to allow Defendants an additional 14 days to file their reply, until May 28, 2012.

Dated April 6, 2012

Stephen Kolodziej
FORD & BRITTON, P.C.
33 N. Dearborn St., Suite 300
Chicago, IL 60602
Tel: (312) 924-7500
Fax: (312) 924-7516
Email: skolodziej@fordbritton.com

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Peter A. Patterson*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, Charles J. Cooper, hereby certify that on this 6th day of April, 2012, I caused a copy of the foregoing to be served by electronic filing on:

| | |
|---|---|
| Michael A. Forti | Craig Woods |
| Andrew W. Worseck | Ranjit Hakim |
| Mardell Nereim | MAYER BROWN LLP |
| Rebecca Alfert Hirsch | 71 S. Wacker Drive |
| William Macy Aguiar | Chicago, IL 60606-4637 |
| City of Chicago, Department of Law | |
| Constitutional and Commercial Litigation Division | |
| 30 N. LaSalle St., Suite 1230 | |
| Chicago, IL 60602 | |

                                        s/ Charles J. Cooper
                                             Charles J. Cooper