# EXHIBIT 26

1

COPY

1

2               CITY OF CHICAGO

3        COMMITTEE ON POLICE AND FIRE

4

5

6

7

8

9

10

11              REPORT OF PROCEEDINGS of a

12   meeting of the City of Chicago, Committee on

13   Police and Fire, taken on June 29, 2010, 1:00

14   p.m., City Council Chambers, Chicago, Illinois,

15   and presided over by ALDERMAN ANTHONY BEALE,

16   Chairman.

17

18

19       Reported by:  Donna T. Wadlington, C.S.R.

20

21

22

WADLINGTON REPORTING SERVICE, INC.
(312) 372-5561

CITY000103

1          CHAIRMAN BEALE:  It's 1:10.  The

2    Committee on Police and Fire is now called to

3    order.  We're going to go out of regular order

4    of business.  Alderman Pope.

5          ALDERMAN POPE:  Thank you,

6    Mr. Chairman.

7                 I'd like to make a motion that

8    we reconsider the five items that were heard at

9    yesterday's hearing, all that were approved by

10    this body.  So a motion to reconsider, please.

11          CHAIRMAN BEALE:  There's a motion to

12    reconsider.

13                 All in favor?  All opposed?

14                 The no's have it.  Those items

15    will be reported out tomorrow at City Council.

16                 The item before us now is off

17    the supplemental agenda regarding the gun ban.

18    We have expert testimony from quite a few

19    people.  First, we're going to bring up Mara

20    George from Corporation Counsel.

21          CORPORATION COUNSEL GEORGES:

22    Alderman, do you mind if I turn this around?

```
1              CHAIRMAN BEALE:  Sure.  Do you want me
2     to get that for you?
3              CORPORATION COUNSEL GEORGES:  Good
4     afternoon.  My name is Mara Georges,
5     G-e-o-r-g-e-s.  I'm the Corporation Counsel of
6     the City of Chicago.
7                   Mr. Chair, members of the
8     Police and Fire Committee, yesterday in a
9     landmark five to four decision that reversed 130
10    years of case law, the United States Supreme
11    Court ruled that the Second Amendment of the
12    U.S. Constitution applies to state and local
13    governments, as well as the Federal Government.
14                   As the Mayor said, this
15    decision was disappointing but not surprising
16    given the Court's ruling in the Heller case.
17                   I'm sure that many of you have
18    questions about what this ruling means for
19    Chicago's current ordinance and the extent to
20    which we can regulate firearms in the future.
21                   The Supreme Court did not
22    strike down any part of our ordinance.  The
```

1    Court reversed the lower court decision

2    upholding our handgun ban and remanded the case

3    to the Seventh Circuit Court of Appeals for

4    further proceedings.  Therefore, technically,

5    our current ordinance is still in effect until

6    the Seventh Circuit invalidates it.  However, as

7    a practical matter, the section of our ordinance

8    that prohibits the registration of handguns is

9    unenforceable.

10                   It is clear that such a

11   provision will ultimately be struck down based

12   on the Supreme Court's decision in the *Heller*

13   case, in which the Court ruled that Washington,

14   DC's handgun ban violated the Second Amendment.

15   Therefore, it is important that we continue to

16   work to craft a new ordinance that promotes safe

17   and responsible gun ownership and complies with

18   the Court's ruling in this case.

19                   As we move forward, I want to

20   emphasize that the case before the Supreme Court

21   involved only the ban on the ownership of a

22   handgun in the home for self-defense purposes.

1   The Court recognized in this case and in the
2   *Heller* case that other reasonable restrictions
3   on firearms do not violate the Second Amendment.
4                   Even without a new ordinance,
5   there are still a number of other regulations
6   regarding gun ownership and possession that
7   remain in place in the city of Chicago and in
8   the state of Illinois and are not affected by
9   the Court's decision in this case.
10                  For example, it's still
11  illegal, one, to carry a concealed weapon.  Two,
12  to possess a gun without first obtaining a
13  firearm owner's ID card from the State.  Three,
14  to possess a gun in the city of Chicago that is
15  not registered with the Chicago Police
16  Department.  Four, to transport any kind of gun
17  in a vehicle in Chicago if the gun is not in a
18  broken down state.  And five, to possess a
19  semi-automatic or automatic assault weapon,
20  laser-sight accessories, fragmenting bullets, or
21  silencers.
22                  After reviewing yesterday's

1    decision, I believe that there are two specific

2    areas that could be addressed in a revised

3    ordinance that would enhance public safety and

4    would not violate the Second Amendment;

5    specifically, limitations on the number of

6    handguns that someone is allowed to possess and

7    a prohibition on gun dealers in the city.

8                    As I previously noted in the

9    *Heller* case, the Court recognized the right of

10   an individual to possess a handgun in the home

11   for self-defense.  *Heller* did not say that a

12   person is entitled to more than one handgun, and

13   one handgun is sufficient for self-defense.  We

14   believe that a limitation on the number of

15   handguns to one per person, per residence would

16   be consistent with the Supreme Court's decision

17   in *Heller* and *McDonald*.

18                    Whether they decided to

19   possess their one handgun or not, we could

20   continue to allow citizens to possess other

21   legal firearms, such as rifles and shotguns, and

22   we could continue to allow them to own more than

CITY000108

```
 1    one of those kinds of guns.
 2                    Reducing the number of
 3    handguns in Chicago is critical to public
 4    safety.  Handguns are overwhelmingly the cause
 5    of firearm death and injuries in Chicago.
 6    Handguns were used in 402 of 412 firearms
 7    homicides in Chicago in 2008.  That's 98 percent
 8    of the firearms homicides involved handguns.
 9                    Limiting the number of
10    handguns to one person would reduce the number
11    of handguns in circulation in the city, and
12    would reduce the ability of people to act as
13    straw purchasers of handguns for others who are
14    not entitled to possess handguns.  Would reduce
15    the number of handguns that would be available
16    to children in the home.  Guns in the home pose
17    serious dangers to children and minors in that
18    home.  Would reduce the number of handguns that
19    might be available for intentional gunshot
20    injuries in the home, such as suicides and
21    domestic violence situations.
22                    The same concerns that
```

1    motivate a one handgun per person, per residence
2    limit, reducing the number of guns in
3    circulation in Chicago and the risk of illegal
4    trafficking in guns motivates the gun dealer
5    ban.  Gun dealers have access to large
6    quantities of guns.
7                         Gun stores, therefore, present
8    a serious risk of guns flowing quickly into the
9    community and into the hands of criminals
10   through theft or through illegal trafficking.
11   In a large city like Chicago with plenty of
12   criminals who want guns, there is a higher
13   likelihood that a gun sold by a legitimate gun
14   dealer to a legal purchaser will nonetheless end
15   up in the hands of a criminal.
16                         A 2009 study by Douglas Weave
17   of the University of Pennsylvania found a link
18   between the per capita rates of the number of
19   gun dealers and the number of gun homicides.  In
20   particular, he found that in major cities a
21   disproportionately high number of gun dealers is
22   associated with significantly higher gun

1    homicide rates.

2                    Also, he noted that guns used

3    in crimes are often found close to the dealer

4    where they were first obtained.  Gun dealers in

5    major cities are at a substantially elevated

6    risk of selling guns used in crimes.  These are

7    all compelling reasons to ban gun dealers in the

8    city of Chicago.  On the other hand, a gun

9    dealer ban in Chicago would not burden the right

10   of Chicago residents to possess guns.  There are

11   plenty of gun dealers in the Chicagoland area.

12                    According to the ATF, there

13   are over 400 gun dealers in the six county

14   metropolitan Chicago area and about 40 gun

15   dealers in Cook County.  And if you look at the

16   map to my left, to which I cannot gesture at

17   this particular time, ATF records show that

18   there are 10 gun dealers within one mile of

19   Chicago, 32 gun dealers within five miles of the

20   city, and 45 gun dealers within 13 miles of the

21   city.

22                    It is clear that Chicago

1   residents who would like to own a gun for

2   purposes of self-defense within the home have a

3   wide array of options very close to the city at

4   which to purchase their handgun.  There is no

5   need for more gun dealers in the area and

6   certainly not in Chicago.  With so many gun

7   dealers already located so close to Chicago,

8   adding more stores to the mix, by allowing

9   dealers in Chicago, could cause an increase in

10  firearms crimes and homicides within the city.

11  Thank you.

12          CHAIRMAN BEALE:  Thank you, Mara.

13              I just would like for you to

14  clarify one point of your testimony, that the

15  City of Chicago still has an ordinance in place?

16          CORPORATION COUNSEL GEORGES:  That is

17  absolutely correct, Mr. Chair.  The City of

18  Chicago ordinance remains in place.  The Supreme

19  Court did not invalidate the City of Chicago's

20  handgun ban.  Instead, the Supreme Court has

21  remanded, sent the matter back to the Seventh

22  Circuit Court Of Appeals.

1           Now, it is clear that the

2   Supreme Court has said that the City -- that the

3   Second Amendment of the Constitution applies to

4   the City, and that the Second Amendment provides

5   an individual right to have a handgun in the

6   home for self-defense purposes.

7           So, in other words, our

8   handgun ban cannot stand and the Seventh Circuit

9   will invalidate it.  But as of this minute, we

10  do have a handgun ban in place, and we do have

11  our firearms ordinance in place.  It is

12  important though, however, before the Seventh

13  Circuit acts on the Supreme Court's decision in

14  the *McDonald* case, to have a new regulation

15  scheme in place so that we can reasonably

16  regulate handguns that are brought into the home

17  for self-defense purposes in the city of

18  Chicago.

19          ALDERMAN SHILLER:  Point of

20  information.

21          CHAIRMAN BEALE:  What's your point of

22  information, Alderman Shiller?

1          ALDERMAN SHILLER:  Do we know how long

2    it will be before we expect the State Supreme

3    Court to act?

4          CORPORATION COUNSEL GEORGES:  What

5    will happen is the United States Supreme Court

6    will send paperwork, will send its opinion, its

7    mandate back to the Seventh Circuit.  That will

8    take a number of days.  Probably something like

9    30 days.  The Seventh Circuit may ask for

10    position papers from the parties at that time.

11    May say to the parties, all right, in light of

12    everything the Court has said in *McDonald*, what

13    is your position now.

14             And it is clear from the

15    *McDonald* decision that we cannot have a handgun

16    ban within the city of Chicago.

17          ALDERMAN BALCER:  Mr. Chairman.

18          CHAIRMAN BEALE:  Alderman Balcer.

19          ALDERMAN BALCER:  Thank you,

20    Mr. Chairman.  I -- just one question.

21             And so it's clearly

22    understood, that if you buy a gun and you come

CITY000114

1   into the city right now, you are violating

2   the -- buy a handgun, if you come into the city

3   you are violating a law.

4               CORPORATION COUNSEL GEORGES:  You are

5   violating our current law.

6               ALDERMAN BALCER:  Our current law.

7               CORPORATION COUNSEL GEORGES:  Yes.

8                    The problem, of course, is

9   that the Supreme Court has said there is a right

10  to a handgun in the home for self-defense

11  purposes.  But certainly that the Supreme Court

12  has also said a municipality like Chicago can

13  impose reasonable registration requirements.

14  Can impose reasonable limitations on that right,

15  which will withstand judicial scrutiny.

16              ALDERMAN BALCER:  But I just wanted to

17  be clear that you can't buy a handgun right now

18  and come into the city with it?

19              CORPORATION COUNSEL GEORGES:  Correct.

20  And I urge anybody that is considering

21  purchasing a handgun to wait until we have a new

22  ordinance in place.

CITY000115

```
 1              ALDERMAN BALCER:  A new ordinance in
 2   place, right.
 3              CORPORATION COUNSEL GEORGES:  Correct.
 4              ALDERMAN BALCER:  Thank you.
 5              CHAIRMAN BEALE:  Alderman Smith.
 6              ALDERMAN ED SMITH:  Thank you,
 7   Mr. Chairman.
 8                   Just a couple questions.  Even
 9   though we can register, we will be able to
10   register a gun, but whatever we do here will not
11   supersede what the feds have mandated; is that
12   true?
13              CORPORATION COUNSEL GEORGES:  What
14   cannot stand is our handgun ban.  So our current
15   ordinance says that handguns are not
16   registerable, and then it is unlawful to have a
17   unregistered weapon within the city.  So in
18   other words, it's unlawful to have a handgun
19   within the city under the current ordinance.
20                   The Supreme Court though has
21   said there is a right to a handgun in the home
22   for self-defense purposes, and so we can't
```

1    unreasonably interfere with the exercise of that

2    right.  The Supreme Court though has also said

3    municipalities can impose reasonable

4    regulations.  Things like registration, things

5    like limitations on who can possess a gun within

6    a municipality are all allowed.

7         ALDERMAN ED SMITH:  So, in other

8    words, you can do background checks?

9         CORPORATION COUNSEL GEORGES:  Correct.

10         ALDERMAN ED SMITH:  And you can

11   register a gun if someone brings it into the

12   city and offer it for registration, you can

13   register that gun?

14         CORPORATION COUNSEL GEORGES:  Yes.

15              Currently, within the city you

16   can register things like rifles and long guns.

17   If under a new ordinance, we would want to have

18   a procedure for registering handguns.  And what

19   we were -- I was kind of alluding to was the

20   fact that the Council may wish to limit the

21   number of handguns to one per applicant per

22   home.  And the Council may wish to deal with the

1    issue of gun dealers by banning gun dealers

2    within that regulatory scheme.

3              ALDERMAN ED SMITH:  But the federal

4    law did not mandate the number of guns that you

5    can have.  That is not in the -- in the law.

6              CORPORATION COUNSEL GEORGES:  No.  But

7    what the Court said is that an individual is

8    entitled to a handgun within the home for

9    self-defense purposes.  So then the analysis is,

10   is it reasonable to conclude that one handgun

11   within the home satisfied those purposes of

12   self-defense.  And, in my opinion, one handgun

13   in the home does satisfy that requirement.

14             ALDERMAN ED SMITH:  But whatever is

15   put together in the final analysis, I hope we

16   can find something that is within the law that

17   won't keep these guns in the hands of the wrong

18   people.  Because we're having too many

19   youngsters that are getting killed out here with

20   these guns that are loose.  And that becomes

21   very important because of all these people that

22   are getting killed with these guns that they

CITY000118

1   really shouldn't have.

2              So I hope we can find

3   something to deal with that.

4              CORPORATION COUNSEL GEORGES:  Yes.

5   And I think you'll hear from some experts here

6   today who will testify as to various provisions

7   that should be included in a firearms ordinance;

8   things like child protection devices being

9   installed on guns in households where children

10  are present, things like consequences for lost

11  guns or the theft of guns, reporting

12  requirements, things like that.

13             ALDERMAN ED SMITH:  Thanks,

14  Mr. Chairman.

15             CHAIRMAN BEALE:  Alderman Lane.

16             ALDERMAN LANE:  Thank you,

17  Mr. Chairman.

18             With the map that we just

19  received, there are five dealers in the city of

20  Chicago that are licensed to sell guns; is that

21  correct?

22             CORPORATION COUNSEL GEORGES:  No.

1    What this -- the map shows is that there are ten

2    gun dealers within one mile of Chicago.  Within

3    the city of Chicago, there is only one entity

4    that has a Federal Firearms License, and that is

5    the Field Museum because they have a collection

6    of antique guns.  And sometimes they swap with

7    other museums, trade, sell with other museums,

8    so they need to have that Federal Firearms

9    License in order to do that.

10                        But within the city of

11   Chicago, there is no entity that has a Federal

12   Firearms License, which is necessary to sell

13   firearms.

14                        There are five entities within

15   the city that have been issued Deadly Weapons

16   License by the City of Chicago, but that's

17   because they sell things like knives at those

18   premises.  But none of those entities have an

19   FFL issued by the Federal Government.

20                   ALDERMAN LANE:  Thank you.

21                   CHAIRMAN BEALE:  Alderman Burke.

22                   ALDERMAN BURKE:  Madam Corporation

CITY000120

1    Counsel, in the preparation of your defense of

2    this ordinance, did someone on your staff put

3    together a timeline on the history of the gun

4    registration ordinance in Chicago?

5             CORPORATION COUNSEL GEORGES:   I

6    believe they did, yes.

7             ALDERMAN BURKE:   And am I correct in

8    stating that it was enacted in its first format

9    in the 1960's?

10            CORPORATION COUNSEL GEORGES:   Yes.

11            ALDERMAN BURKE:   And at that time it

12   applied only to handguns; did it not?

13            CORPORATION COUNSEL GEORGES:   I

14   believe you're correct.

15            ALDERMAN BURKE:   And then, I guess, I

16   was the Chairman of the Police Committee in 1982

17   when it was reworked and the ordinance required

18   registration of sporting rifles, shotguns, etc.?

19            CORPORATION COUNSEL GEORGES:   Yes.   In

20   1982, on your own motion, that fairly

21   comprehensive firearms ordinance was passed by a

22   vote of -- I believe it was 31 to 11.   31 yays,

CITY000121

```
 1    11 nays.
 2                ALDERMAN BURKE:  And at that time the
 3    hundreds of thousands of Chicago citizens who
 4    had registered weapons began to drop
 5    precipitously; is that correct?
 6                CORPORATION COUNSEL GEORGES:  I
 7    believe so, yes.
 8                ALDERMAN BURKE:  How many Chicagoans
 9    today are listed as registered handgun or long
10    gun owners other than peace officers?
11                CORPORATION COUNSEL GEORGES:  I don't
12    have the registration numbers.  Those are
13    maintained by the Chicago Police Department.  I
14    don't have them with me today, Alderman.
15                ALDERMAN BURKE:  I think that the --
16    the original intent of the City Council when
17    this was passed was to go after handguns and
18    then in its subsequent iteration, as you so
19    generously point out on my motion, was expanded
20    to cover sporting guns, long rifles, shotguns
21    etc., which may have been over-reaching by the
22    City Council at that time.  But I remember very
```

CITY000122

1  clearly it was, I believe, in reaction to the

2  outrage over the attempted assassination of the

3  Pope.

4          CORPORATION COUNSEL GEORGES:  Yes.

5          ALDERMAN BURKE:  So we rushed to

6  judgment, Mr. Chairman, and I think part of the

7  problem we live with today was sewed at that

8  time with an overly broad approach.

9                  Clearly, AK-47's, automatic

10 rifles, etc., are and should be banned.  The

11 best home defense weapon has been determined by

12 so many studies to be a double barrel shotgun,

13 not a handgun.  But I think that -- that we

14 weren't willing to recognize the facts and take

15 steps that would seem to be weak on anti-gun

16 laws at the time.

17                 But congratulations on getting

18 us this far all the way to the United States

19 Supreme Court.  However, you and I were chatting

20 just awhile ago.  This is 240 pages.

21          CORPORATION COUNSEL GEORGES:  Yes.

22 It's quite lengthy.

```
 1              ALDERMAN BURKE:  Not exactly bedtime
 2      reading material.
 3                   And I noted that they even
 4      cited on a footnote here the treaty between the
 5      United States of America and the Ottawa Indians
 6      of Blanchard's Fork and Roche De Boeuf, which
 7      was signed in June of 1862.  So the work that
 8      went into this is remarkable.  But your staff
 9      did a very, very excellent legal job of getting
10      us to this point.
11              CORPORATION COUNSEL GEORGES:  They
12      did.  And I must commend them for all the work
13      that was put in by Deputy Corporation Counsel
14      Benna Solomon, Deputy Corporation Counsel Mike
15      Forti, Assistant Corporation Counsel Drew
16      Worseck and Suzanne Loose.  They spent countless
17      hours on this case.
18              ALDERMAN BURKE:  Thank you.
19              CHAIRMAN BEALE:  Alderman Burnett.
20              ALDERMAN BURNETT:  Thank you very
21      much.
22                   I just want to try and get
```

1   some clarification, and I appreciate all the

2   efforts on the Corporation Counsel and the

3   Mayor's part on trying to keep the ban going.

4           So right now -- right now if

5   this law stands that was turned over by the

6   Supreme Court that people can have a handgun in

7   their homes, but they couldn't carry it on the

8   street?

9           CORPORATION COUNSEL GEORGES:  Right.

10  There is nothing within these decisions that

11  says there's a right to carry such a handgun.

12  The only right is the right to a handgun in the

13  home for self-defense purposes.

14          ALDERMAN BURNETT:  And my colleague

15  was just speaking in terms of shotguns and other

16  types of guns.  There is no right right now to

17  have any of those type of guns in the home?

18          CORPORATION COUNSEL GEORGES:  We allow

19  those under our current ordinance.  So in other

20  words, the ban is against handguns in the

21  current ordinance.  But things like rifles and

22  long guns are registered in the city of Chicago

CITY000125

```
 1   and people can legally possess those within
 2   their home or at their place of business.
 3              ALDERMAN BURNETT:  But they can't
 4   carry them?
 5              CORPORATION COUNSEL GEORGES:  Correct.
 6              ALDERMAN BURNETT:  All right.  Thank
 7   you.
 8              CHAIRMAN BEALE:  Alderman Fioretti.
 9              ALDERMAN FIORETTI:  Thank you,
10   Mr. Chairman.
11                   First of all, I do want to
12   commend your staff.  I think it was a tough
13   fight, and I do agree with Justice Stevenson's
14   dissent, you know, as he is from this circuit.
15   He did put up a valiant last day fight to
16   convince one more Judge, and it just goes to
17   show that the rule of law could be decided in a
18   five/four decision over and over again.
19                   Those five points that you
20   stated that we -- that this Council can regulate
21   are what again?
22              CORPORATION COUNSEL GEORGES:  It's not
```

1    what you can regulate.  It's what I stated.  The

2    five points were what is still illegal.  In

3    other words, all this --

4              ALDERMAN FIORETTI:  What were they

5    again?

6              CORPORATION COUNSEL GEORGES:  It is

7    still illegal to carry a concealed weapon.

8              ALDERMAN FIORETTI:  Okay.

9              CORPORATION COUNSEL GEORGES:  It is

10   still illegal to possess a gun without first

11   obtaining from the state a firearm owner's ID

12   card.  It's still illegal to possess a gun in

13   the City of Chicago that is not registered with

14   the Police Department.  It's still illegal to

15   transport any kind of gun in a vehicle that is

16   not in a broken down and non-functioning state.

17                   It's still illegal to possess

18   a semi-automatic or automatic assault weapon,

19   laser-sight accessories, fragmenting bullets or

20   silencers.

21              ALDERMAN FIORETTI:  Okay.  Thank you.

22                   And -- but I have -- my

```
 1    questions that I want to ask, I'm concerned
 2    about how the opinion went, at least the
 3    majority, that they talked about crime
 4    statistics.  They referenced an April 26th
 5    Tribune article, and they -- as a footnote, and
 6    then they talked about the call for -- by the
 7    two state representatives asking for the
 8    National Guards.
 9                      How did that come into the
10    record and what was your perception of that in
11    terms of how it came into the record?
12                CORPORATION COUNSEL GEORGES:  I think
13    everybody was very surprised that that was part
14    of the opinion and was very taken by -- you're
15    referring I believe to Page 43 of --
16                ALDERMAN FIORETTI:  Yes.
17                CORPORATION COUNSEL GEORGES:  -- the
18    plurality opinion written by Justice Soleto
19    where he referred to a resolution put forth by
20    two members of the Illinois legislature calling
21    on the National Guard to come into the city.
22    And it talked about 80 percent of the crime
```

1    being in minority neighborhoods and kind of some

2    surprising language.  Language that people

3    wouldn't have expected in the opinion and were

4    surprised to see in the opinion.

5             ALDERMAN FIORETTI:  Then in your view,

6    I know we can -- from both what the DC has

7    attempted to do since *Heller*, we can put

8    reasonable restrictions on the time, manner and

9    place regarding guns.  Can we do it -- will it

10   be just strictly limited to the home, and that's

11   the only place that a person may possess a

12   registered firearm?

13            CORPORATION COUNSEL GEORGES:  There is

14   specific language in both the *Heller* and the

15   *McDonald* cases that talk about the right --

16   being the right to possess a handgun in the home

17   for self-defense purposes.  So that really is

18   the only right being recognized.

19            ALDERMAN FIORETTI:  And *Heller* also

20   though referenced no gun on governmental

21   properties, schools --

22            CORPORATION COUNSEL GEORGES:  *Heller*

1    talked about reasonable regulations still being

2    allowed.  In fact, even the *McDonald* opinion

3    talks about the fact that reasonable regulation

4    is still allowed.  In *Heller*, they expanded a

5    little more on that and said the kinds of

6    reasonable regulations that will be allowed is

7    on eligibility.  Like who could possess a

8    handgun.

9              Limitations on those with

10   felony convictions or the mentally ill from

11   possessing a handgun will stand.  Limitations on

12   where a handgun can be brought, like into a

13   courthouse, would still stand.

14             So they did talk specifically,

15   especially within the *Heller* decision, about

16   limitations that will still apply even after the

17   right is recognized.

18             ALDERMAN FIORETTI:  All right.  How do

19   -- how does -- how is the conclusion reached by

20   your office that only one gun per person is

21   allowable?

22             CORPORATION COUNSEL GEORGES:  What I

1  am saying, Alderman, is that I think that is

2  defensible.

3          ALDERMAN FIORETTI:  Okay.

4          CORPORATION COUNSEL GEORGES:  I think

5  that if we were to limit the number of handguns

6  in the home to one per applicant, we would be

7  able to defend that position.  The Court has

8  said there is a right to a handgun in the home

9  for self-defense purposes.  A reasonable

10  argument to make is that one handgun within the

11  home, per applicant, provides that kind of

12  self-defense protection that is recognized.

13          ALDERMAN FIORETTI:  Now, as to some of

14  the other thoughts that have been tossed around

15  regarding liability insurance, some type of --

16  and training, how defensible are those at this

17  time?

18          CORPORATION COUNSEL GEORGES:  I think

19  there are a lot of things that are defensible.

20  And we learn a lot from looking at DC's new

21  ordinance which has withstood a challenge.

22  There are things like training requirements,

1    testing requirements that we can impose which
2    will withstand a challenge.
3                    No one has tried insurance
4    yet.  We've been trying to look into the
5    insurance angle.  The Mayor has told me how
6    important it is that we protect the taxpayers'
7    dollars.  How important that in light of this
8    newly recognized right, and with the flood of
9    handguns in the city, certainly there are going
10   to be more incidents of gun violence and more
11   times that the City is sued as a result.
12                   We know that lawsuits happen
13   all the time.  The City is often a very easy
14   target.  So as those lawsuits increase, it gets
15   more and more important to protect the
16   taxpayers' dollars from the cost of those
17   lawsuits, both in terms of defending them as
18   well as in terms of paying the costs of various
19   lawsuits.
20                   ALDERMAN FIORETTI:  You know, as I
21   look at this decision, and I think all of us are
22   disappointed in terms of where it goes, but it

1    does say some reasonable restrictions can be had

2    on those that own guns.

3              Other than those that have

4    mental illness issues, convicted felons, what

5    other restrictions -- and some sort of age

6    restriction obviously, too, what else would you

7    see in the ordinance at this time?

8              CORPORATION COUNSEL GEORGES:  Well,

9    the very minimum floor will be the possession of

10   an Illinois firearms owner's ID card and that

11   has certain requirements just to obtain that

12   card.  So at a minimum someone will have to get

13   that.

14             But the City would probably

15   have an interest in imposing criteria even above

16   and beyond what is required to obtain an

17   Illinois FOID card.  The Council may wish to

18   consider things like age requirements, as you

19   said.  May want to consider things like those

20   who have been convicted of two or more DUI's or

21   two or more drug-related offenses.

22             There certainly seems to me to

CITY000133

1   be a reasonableness in saying that we don't want

2   guns to fall into the hands of those people who

3   have a demonstrated record of abusing alcohol

4   and drugs and that they are certainly -- there

5   is a greater concern if they are allowed to

6   possess handguns and they have those kinds of

7   impairments.

8            There may be a wish to put

9   child-proofing on guns where there is a child in

10   the home.  Somehow require that those guns be

11   locked or put in a storage case, if there are

12   children in the home.  Because we do know that

13   children are more prone to violence in the home

14   where a gun is located.

15           ALDERMAN FIORETTI:  Years ago, right

16   after the ordinance was passed, I wrote a legal

17   opinion for the Law Department and one of the

18   Aldermen and the Chairman's predecessor many

19   years ago requested a handgun.  And the opinion

20   that I drafted, and it was published later on,

21   because we had those times that we published

22   opinions, that denied Aldermen handguns.

1          How was it that it came to be
2    in the history afterwards that Aldermen were
3    allowed to carry handguns?
4          CORPORATION COUNSEL GEORGES:  Under
5    the State's statute a peace officer, and an
6    Alderman is a peace officer, is entitled to
7    possess a weapon.
8          I have told various Aldermen
9    who have asked though that there is a training
10   requirement that goes along with the possession
11   of that weapon; that the Alderman or elected
12   official should go through the training course
13   provided by the Illinois State Police Department
14   in order to be properly trained on that weapon.
15         ALDERMAN FIORETTI:  And that was
16   subsequent to the passage of the ordinance;
17   wasn't that correct?
18         CORPORATION COUNSEL GEORGES:  The 1982
19   ordinance?  I -- yes.  That is -- that is a
20   legal opinion I provided within my time in the
21   Corporation Counsel's office.
22         ALDERMAN FIORETTI:  Thank you.

CITY000135

1    ALDERMAN BURKE:  Mr. Chairman.

2    CHAIRMAN BEALE:  Alderman Burke.

3    ALDERMAN BURKE:  Refresh Alderman

4  Fioretti's memory.

5              The designation of all mayors,

6  town presidents, village board members, city

7  council members in Illinois as peace officers

8  dates back to the 19th Century.  That's not just

9  in Chicago, but throughout the whole state of

10  Illinois.

11              So the legislature then, a

12  number of years ago, addressed that issue and

13  amended that particular section of the State law

14  to require that the peace officer, village board

15  member, mayor, alderman, in order to carry the

16  concealed weapon, had to be a certified peace

17  officer.

18              So that Alderman Cochran, for

19  instance, would be a certified peace officer

20  since he's a graduate of the Chicago Police

21  Academy and therefore would qualify under the

22  law.  Thank you, Mr. Chairman.

CITY000136

1          CHAIRMAN BEALE:  Alderman Rugai.

2          ALDERMAN RUGAI:  Thank you,

3     Mr. Chairman.

4               You've mentioned a couple of

5     times, Madam Corporation Counsel, the safety

6     locks and are you thinking of going beyond the

7     legislation that was passed in '97 that Alderman

8     Burke and I did the -- requiring that all

9     handguns in the City of Chicago would have to be

10    equipped with one of four safety devices?

11         CORPORATION COUNSEL GEORGES:  I think

12    what would make sense in an overall firearms

13    regulation ordinance is that in a home where a

14    handgun is kept and in which children are

15    present, with a specific definition of what

16    constitutes a child, that there be specific

17    requirements on how that handgun is kept at all

18    times.  Be it in a locked box or with a trigger

19    lock or something like that.  I certainly think

20    that is reasonable.

21              I don't know that a

22    requirement on maintaining a trigger lock or

CITY000137

1    other safety device on a handgun at all times

2    will withstand judicial scrutiny in light of the

3    *Heller* and *McDonald* decisions.

4              ALDERMAN RUGAI:  But this wasn't part

5    of the decision that came down to our other

6    piece of legislation requiring gun locks for

7    handguns?

8              CORPORATION COUNSEL GEORGES:  No, it

9    was not part of it.  And the question is going

10   to be, outside a home where a child is not

11   located.  You can anticipate a home where the

12   owner says there's never a child in this

13   premise, and that a child doesn't come to visit

14   me, I don't have any children, I'd never come

15   into contact with children.  And within my home

16   requiring me as that homeowner to put a lock on

17   my handgun impairs unreasonably the exercise of

18   my right to have a handgun in my home for

19   self-defense.

20              And in fact, in *Heller*, the

21   opinion talked about the fact that trigger locks

22   would not be allowed in that situation because

CITY000138

1    it interferes with the exercise of -- or the

2    ability to defend one's self.

3                   ALDERMAN RUGAI:  So this would have to

4    be struck down as well and changed in a new

5    ordinance?

6                   CORPORATION COUNSEL GEORGES:  I think

7    it would have to be revised in a new ordinance,

8    yes, if it were to withstand judicial scrutiny.

9                   ALDERMAN RUGAI:  I would like to still

10   see it stay in place because you never know, you

11   can say as often as possible that a child or a

12   teenager wouldn't be in your home and something

13   occurs.

14                  CORPORATION COUNSEL GEORGES:  I

15   certainly understand your point, Alderman.

16                  ALDERMAN RUGAI:  Thank you.

17                  CHAIRMAN BEALE:  Alderman Burnett.

18                  ALDERMAN BURNETT:  Thank you.

19                      Coincidentally, I went to the

20   Police Academy training this morning over at the

21   Academy, and it opened my eyes to a lot of

22   different things that they do over in the Police

CITY000139

```
 1    Academy.  Also, we're dealing with the Law
 2    Department and all of those other things.
 3                    As a matter of fact, I'm still
 4    a little shaken up because they allowed me to do
 5    one of those drills where someone -- I had to
 6    apprehend someone, and I shot somebody who tried
 7    to pull a gun out on me, but also I got killed
 8    too at the same time in the neck, so I'm still a
 9    little shaken up right now.
10              CHAIRMAN BEALE:  It's good to see you
11    were revived.
12              ALDERMAN BURNETT:  Thank you.
13              CHAIRMAN BEALE:  Alderman Burke.
14              ALDERMAN BURKE:  We'll have to do an
15    honors funeral for him then.
16              ALDERMAN BURNETT:  But also -- but one
17    of the things that came to mind was that, would
18    this add more duties to the Police Academy, and
19    also how much would it cost to regulate this,
20    and how much extra work would it cost to
21    regulate the insurance and being able to
22    regulate all of the new things that we're trying
```

CITY000140

1     to put in place in reference to people having

2     handguns?

3             CORPORATION COUNSEL GEORGES: We can

4     certainly recover our cost in an ordinance. So

5     any part of our ordinance would include a fee.

6     To get either a permit for a firearm or to

7     register a firearm, there would be a fee, and

8     the fee allows us to recover our costs.

9             But you make a very good point

10    that you've got to think of all those costs that

11    are involved, and there are a number of them.

12            And I think that's a lot of

13    why the Mayor has been so focused on this

14    insurance piece and whether there is some sort

15    of insurance vehicle that we can require a gun

16    owner to procure which would protect the

17    taxpayers from what inevitably is increased

18    costs relating to the ownership and possession

19    of guns within the city.

20           ALDERMAN BURNETT: So -- so this would

21    be a different fee from what we have already?

22    Currently, we have a fee that you have to

1    register the sawed-off shotguns or the ones --
2              CORPORATION COUNSEL GEORGES:  Right.
3    What the new ordinance would do would be
4    completely to replace our current ordinance.  So
5    it would contain a comprehensive approach to
6    firearms regulation, to kind of the whole arena
7    and it would include a new fee.  It would
8    establish a new fee based on our costs of what
9    it is -- what we're going to charge people to
10   register a firearm, to obtain a permit to have a
11   firearm, things like that.
12             ALDERMAN BURNETT:  So -- and then
13   also, one of my questions when I was there at
14   the Academy because I was thinking about coming
15   here, was that currently they have training for
16   police officers to shoot, and then they have
17   retraining for them periodically.
18             So the training that we're
19   imposing, that we will be imposing in this
20   ordinance for people to get trained to shoot,
21   will the City be doing that or will an outsider
22   be doing that type of training?

1    CORPORATION COUNSEL GEORGES:  I would
2    anticipate it would not be done by the City.
3    But instead it would be a mandated training that
4    would have to -- that an applicant would have to
5    show he or she successfully completed.  So it
6    would be an outside entity.  Perhaps an entity
7    used by the State Police Department or something
8    like that that would be --
9                   For instance, in Washington
10   they did four hours of classroom instruction and
11   one hour of range instruction.  So you would
12   get, you know, the rules, and then you put them
13   in place.  And you take a test at the end to
14   make sure you passed, and you understood
15   everything you learned.
16                   So I would anticipate it would
17   be that kind of requirement.
18        ALDERMAN BURNETT:  And then, I don't
19   know -- who currently -- what type of insurance
20   --
21                   So right now with the shotguns
22   that people are allowed to have in their homes

```
 1    right now, do they have insurance right now?
 2    And is it --
 3              CORPORATION COUNSEL GEORGES:  We do
 4    not have an insurance requirement.  In fact,
 5    there is no municipality that has imposed an
 6    insurance requirement.
 7                        I have learned through this
 8    process though that a homeowner's policy or a
 9    renter's policy will cover a handgun in the home
10    and will cover the cost of an unintentional,
11    like negligent or accidental shooting, or even a
12    shooting that is done lawfully, like in
13    self-defense.  And they'll cover the cost of
14    that through a homeowner's policy or a rental
15    policy.
16                        But one of the things that
17    Council has to consider is, of the population
18    that will be seeking to register handguns, what
19    percentage of that population has homeowner's
20    insurance?  What percentage of that population
21    has renter's insurance?  And does that impose a
22    significant barrier on the ability to register a
```

CITY000144

1    handgun and thus legally possess a handgun?

2              ALDERMAN BURNETT:  So what you're

3    saying is that possibly a home -- a person with

4    homeowner's insurance, it can be tied to their

5    homeowner's insurance.  But we don't know if the

6    renter's insurance would have the same effect?

7              CORPORATION COUNSEL GEORGES:  No.  I

8    think it would be tied to both, homeowner's and

9    renter's.  I think though that you just have to

10   consider how many renters have renter's

11   insurance.

12             ALDERMAN BURNETT:  And we don't know

13   how much that will cost either?

14             CORPORATION COUNSEL GEORGES:  No.  As

15   I understand it, your typical homeowner's

16   policy, the one you have on your home,

17   automatically covers those costs associated with

18   the accidental or negligent shooting of a

19   handgun.  So if -- you don't even have to alert

20   your homeowner's insurance carrier that you have

21   a handgun, but it is still covered.

22                        So it's not any additional

CITY000145

1    cost on your homeowner's policy -- your policy,

2    it's just a matter of do you have a homeowner's

3    policy.

4          ALDERMAN BURNETT:  So how much does it

5    cost right now to register -- what type of fees

6    do we collect right now on people who have the

7    guns that they are able to have right now?

8          CORPORATION COUNSEL GEORGES:  The fees

9    are fairly minimal.  I don't recall them off the

10   top of my head, but I'm certainly happy to get

11   those to you what's in the current ordinance.

12   But they're minimal fees.

13         ALDERMAN BURNETT:  And will we keep

14   those fees the same or will they get increased?

15         CORPORATION COUNSEL GEORGES:  My sense

16   is --

17         ALDERMAN BURNETT:  Or will they be

18   different for a shotgun than it is for a

19   .handgun?

20         CORPORATION COUNSEL GEORGES:  My sense

21   is that they will have to increase a little.  We

22   will certainly be keeping them as low as

CITY000146

1    possible, but they will be tied to our costs.

2                    So what we've been doing is

3    trying to consider what all of our costs are in

4    getting handguns registered and then prorating

5    that over kind of the population so that we can

6    recover our costs.

7                    ALDERMAN BURNETT:  Yeah, because one

8    of the other things I was -- when I was at the

9    Academy and listening to their presentation, was

10   that now cadets and probably new officer -- I

11   mean cadets and probably experienced officers

12   would have to come back in to possibly be

13   trained on how to deal with, you know, dealing

14   with people if they had to check to see if they

15   registered -- if they are registered -- if their

16   guns are registered.

17                   CORPORATION COUNSEL GEORGES:  You know

18   it poses --

19                   ALDERMAN BURNETT:  You know, it may

20   have to be more training on their end, which

21   will cost them a little more money to have more

22   people trained.

CITY000147

1    CORPORATION COUNSEL GEORGES:  Right.

2                 And it poses a significant

3    burden on first responders.  You know, as there

4    are more and more handguns in the city and

5    they're alerted to the fact that various

6    homeowners have handguns within the home, where

7    they're responding to a call, I would imagine

8    that it poses an additional risk to first

9    responders going to a house where there are

10   handguns.

11               ALDERMAN BURNETT:  So we probably will

12   have to -- they probably would have to hook up

13   their -- something will probably have to be

14   connected technically to some of the computer

15   systems now to say who has a gun registered and

16   what have you, so they can immediately be able

17   to look it up and --

18               CORPORATION COUNSEL GEORGES:  That

19   seems to make perfect sense, that as a first

20   responder goes to a call, he or she is alerted

21   to the fact that there is a handgun in the home

22   or that there are two handguns in the home or

CITY000148

```
 1   whatever it is.
 2             ALDERMAN BURNETT:  All right.  Thank
 3   you.
 4             CHAIRMAN BEALE:  Alderman Dowell.
 5             ALDERMAN DOWELL:  Thank you,
 6   Mr. Chairman.
 7                      Mrs. Georges, on your
 8   testimony, your statement, just want to be
 9   clear.  You mentioned repeat drug dealers or
10   drug offenders and DUI offenders.  Could this
11   also be applied to people who have convictions
12   for domestic violence?
13             CORPORATION COUNSEL GEORGES:  That
14   certainly is a very wise possibility where you
15   talk about, you know, is it reasonable for our
16   ordinance to limit handgun ownership to those
17   who have convictions for domestic violence.  And
18   that sounds reasonable to me that there is a
19   population out there that we don't want to have
20   access to handguns.
21             ALDERMAN DOWELL:  Okay.  And then my
22   second question is, you mentioned that it would
```

1    be prohibited in the city of Chicago to have a

2    gun dealership, what about shooting range

3    facilities?  Could people come into Chicago and

4    construct those kind of facilities?

5            CORPORATION COUNSEL GEORGES:  We could

6    certainly, and what I was trying to get across

7    in my testimony, is limit what we allow to

8    operate in our city however is reasonable as

9    decided by the City Council.  And the City

10   Council certainly could decide from a point -- a

11   reasonable point of view that those gun dealers

12   should be prohibited and various other gun

13   associated activities prohibited within the

14   city.  We do have the Police Academy firing

15   range in the city.  So that -- that is within

16   the city.

17           ALDERMAN DOWELL:  I was thinking more

18   in lines of private companies that might see

19   this as an opportunity to make some money and

20   just come in and want to build those facilities

21   in different parts of the city.

22           CORPORATION COUNSEL GEORGES:  And

1    there are certainly very stringent zoning

2    requirements that need to be met and things such

3    as that.  So, you know, there is regulation that

4    can be done.

5              ALDERMAN DOWELL:  Okay.  And I guess

6    my third question is, you talked about the

7    insurance requirement.  Are you contemplating an

8    annual review of an insurance policy?  Because

9    as I was sitting here when talking to my

10   colleague, it's possible that, you know, people

11   could get their insurance and then cancel it the

12   next day.

13             CORPORATION COUNSEL GEORGES:

14   Insurance is a very tough issue to deal with and

15   which has really been a significant holdup in

16   our ability to finalize any sort of ordinance.

17                       And, you know, right now we're

18   just trying to consider everything.  What kind

19   of insurance should we require -- I suppose the

20   threshold question is should we require

21   insurance?  Although I've heard from many of

22   your colleagues that they would -- they think an

1    insurance requirement is reasonable.  But then

2    the second issue is, well, what kind of

3    insurance should be -- should we require?

4                        We don't want it to be an

5    impediment to registration, but it also makes

6    sense to have an insurance policy to protect

7    against at least the costs incurred by the City

8    in responding to the gun incidents.

9                        Then the third is that, as

10   I've said, kind of what the Mayor has alluded

11   to, the fact that if there are going to be

12   additional lawsuits filed as a result of the

13   proliferation of handguns within the city, how

14   do we protect the taxpayers from having to

15   shoulder that burden financially.

16                   ALDERMAN DOWELL:  All right.  Thank

17   you very much, Mr. Chairman.

18                   CHAIRMAN BEALE:  Alderman Pope.

19                   ALDERMAN POPE:  Thank you,

20   Mr. Chairman.  Good afternoon, Madam Corporation

21   Counsel.

22                        Just want to congratulate you

CITY000152

1     again and your staff for the fine work. I know

2     it's been a long time coming, and it's been a

3     great challenge. And I know from your testimony

4     already, I want to compliment you too for

5     keeping an open mind and being so inclusive on

6     all these ideas that both your staff and the

7     Council members have.

8             But as I was reading through

9     some of this paperwork, I was just amazed to be

10    reminded that this is not just a Chicago

11    problem, but a nationwide problem. In some of

12    the comments here, more than a hundred thousand

13    people in America are shot or killed with a gun

14    every year. Each day in America more than 80

15    people die from guns and another two hundred

16    wounded.

17            And this is especially

18    staggering. Every year in the United States

19    more than 3,000 children and teens are killed by

20    guns. And, obviously, the majority of those

21    victims are killed by handguns.

22            So I think it goes to

1    emphasize, you know, the importance of looking

2    at this issue and trying to limit the handgun

3    proliferation in the city of Chicago.

4              You had mentioned some things

5    before, the five points that remain illegal in

6    terms of concealing a weapon.  But can you

7    remind me too, the state law currently

8    prohibits, what, the certain felony convictions,

9    certain individuals from not possessing any gun

10   whatsoever?

11             CORPORATION COUNSEL GEORGES:  Not

12   possessing it legally.

13             Yes, there are certain

14   requirements that do have to be met before an

15   applicant can receive a state -- a firearm

16   owner's identification card, which it would be a

17   floor, a very minimum to any sort of ordinance

18   requirement we have.  That the first thing an

19   applicant would have do is demonstrate that he

20   or she possesses a current FOID card.

21             ALDERMAN POPE:  And that law will not

22   be changed whatsoever by the Supreme Court or

CITY000154

1    the Seventh Sub-Circuit decision?

2              CORPORATION COUNSEL GEORGES:  No.

3              ALDERMAN POPE:  That will remain in

4    place?

5              CORPORATION COUNSEL GEORGES:  Correct.

6              ALDERMAN POPE:  And is it also true

7    that the mentally unstable or insane are also

8    prohibited from owning firearms or possessing a

9    FOID?

10             CORPORATION COUNSEL GEORGES:  Those

11   who have been hospitalized for that, yes, cannot

12   get an FOID card from the State.  So they can't

13   meet the minimum threshold for obtaining that

14   license.

15             ALDERMAN POPE:  Very good.  Thank you,

16   Madam.

17             CHAIRMAN BEALE:  Any other questions?

18   Alderman Lyle.

19             ALDERMAN LYLE:  Good afternoon.

20             CORPORATION COUNSEL GEORGES:  Good

21   afternoon.

22             ALDERMAN LYLE:  I want to thank you

1      for providing us with the information from DC.

2      I know that we had some of these discussions

3      about a week ago.

4                    CORPORATION COUNSEL GEORGES:  Yes.

5                    ALDERMAN LYLE:  And we were looking --

6      we were talking about all of these things, and I

7      wanted to know is there -- how close we are?

8      How far we are?  Is it like 60 days?  30 days?

9      Or we're not sure?

10                   CORPORATION COUNSEL GEORGES:  Well, I

11     can tell you Rose Kelly from my office has been

12     working around the clock on this issue.  And I

13     know there were times this weekend she said her

14     fingers were going to fall off.  She's been

15     typing so much.

16                   ALDERMAN LYLE:  Poor thing.

17                   CORPORATION COUNSEL GEORGES:  She has

18     been working to codify a document to get an

19     ordinance finalized.  We did want to hear from

20     the Council about what kinds of specifics they

21     want to see included in such an ordinance.  And

22     then as I said, I've also struggled with this

1    idea of how do I meet what the Mayor wants to

2    accomplish with insurance.  And I'm still not

3    sure how to do that.

4                    As we speak, Karen Simons of

5    my office is upstairs meeting with some

6    insurance experts to kind of talk more

7    thoroughly about is there a way to protect the

8    taxpayers' money as the Mayor wants to do with

9    an insurance vehicle that is not cost

10   prohibitive.

11                  ALDERMAN LYLE:  To the extent that

12   we're discussing insurance, I know people were

13   talking about -- you mentioned that we're not

14   even sure if you can and I -- I know that there

15   is -- the Supreme Court never said anybody,

16   anytime, anywhere.  We know that.  I don't think

17   people in the public know that, as indicated by

18   a news story last night about how many people

19   were calling gun shops saying they were going to

20   run out and get a gun as if, you know, this is

21   something that is -- they woke up this morning

22   and had this new ability to do this.

1    So I don't think the people out there are clear

2    on that.

3                    But I do know that when we

4    came up with the dangerous dog ordinance, we

5    said that if your dog had been declared to be

6    dangerous, you had to have some additional

7    insurance.  And clearly, if we can -- if we can

8    protect the public from a dog bite, a vicious

9    dog, I don't think that there's anything that is

10   more dangerous than a firearm in the hands of

11   someone that has no training, and no ability,

12   and no knowledge and a bad intent.  So it seems

13   to me that it would be logical extension of our

14   protection of the populous to create a minimum

15   insurance requirement for handgun ownership.

16                   And to the extent that the NRA

17   or any other folks feel that that's an

18   infringement upon their rights, I would say that

19   they are probably not clear as to what those

20   rights may be.  But this -- we have a -- the

21   Supreme Court gave us the ability to create

22   reasonable -- reasonable restrictions and

1    regulations and constraints.  And I think that

2    most of the colleagues that I've talked to are

3    looking for us to do that vigorously.

4              CORPORATION COUNSEL GEORGES:  I

5    understand, and I would completely agree with

6    you.

7              Right now what we found is

8    this idea of being able to insure costs through

9    a homeowner's policy or a renter's policy.

10   There is no standalone policy available in the

11   marketplace though right now.  There is a policy

12   offered by the NRA, which covers NRA members.

13   So it's only available to its members, and it

14   only covers shootings that occur at ranges.  So

15   it's very, very limited in coverage.  And so

16   right now there's just not this kind of

17   standalone vehicle.

18             So the consideration is, do

19   you want to impose a requirement that would

20   require individuals to get homeowner's or

21   renter's insurance?

22             ALDERMAN LYLE:  And as a neighbor, I

1    certainly would think that my neighbor who

2    decides to have a handgun in their house and

3    whose child may come out and shoot a hole in my

4    garage has some insurance that's going to

5    recompense me for that loss.  And so I think

6    that the homeowner's policy does -- should be

7    able to take care of that.

8              CORPORATION COUNSEL GEORGES:  I agree.

9              ALDERMAN LYLE:  And I'm not sure.

10   I've never read my -- my homeowner's policy to

11   see if the weapons are covered.  But I know that

12   they do that --

13             CORPORATION COUNSEL GEORGES:  They do.

14             ALDERMAN LYLE:  -- in some

15   jurisdictions.

16             CORPORATION COUNSEL GEORGES:  I

17   believe it is covered.

18             ALDERMAN LYLE:  So we are just looking

19   to see whether or not the City can -- there has

20   to be an also insured provision that the City

21   would be insured?

22             CORPORATION COUNSEL GEORGES:  Yeah.

CITY000160

```
 1    It would be an interesting policy to require
 2    weapons owners to name the City as an addition
 3    insured.  But my fear would be that would be
 4    something cost prohibitive.
 5                ALDERMAN LYLE:  But we are looking at
 6    training --
 7                CORPORATION COUNSEL GEORGES:  Yes.
 8                ALDERMAN LYLE:  -- requirements and,
 9    of course, the registration.
10                      And I want -- and I know
11    people have asked this before and said it
12    already today, but I want you to say it again
13    and I want people to say it again and again, so
14    the people will understand that McDonald did not
15    give a right to carry.
16                CORPORATION COUNSEL GEORGES:
17    Absolutely.  You are correct.  It did not give a
18    right to carry weapons.
19                ALDERMAN LYLE:  And the reason that
20    that is significant is because I know that the
21    Illinois Right to Carry Movement is attempting
22    to hold meetings throughout the -- they've been
```

CITY000161

1    meeting in other parts of the state.  Now

2    they're moving into communities that have been

3    beset by violence trying to play on the fears of

4    those communities letting them think that the

5    panacea to all of their problems with violence

6    would be for them to run out and have a gun and

7    they could walk up and down the street with it.

8            So I just want, again, your

9    legal opinion to tell those people out there

10   that there is no right in *McDonald* for them to

11   begin carrying weapons in the city of Chicago.

12           CORPORATION COUNSEL GEORGES:  You are

13   correct, Alderman.  There is no right

14   established by the *McDonald* case to carry a

15   weapon in the city of Chicago.

16           ALDERMAN LYLE:  And just as a side

17   note, I note that they are, in fact, having a

18   public meeting to discuss the Illinois Right to

19   Carry at Chicago State tomorrow, for all of

20   those people who are interested in showing that

21   they do not want folks carrying arms, from 7:00

22   to 9:00, and that's on 95th and King Drive, in

1    case they want to attend.  Thank you.

2            CORPORATION COUNSEL GEORGES:  Thank

3    you.

4            CHAIRMAN BEALE:  Alderman Burke.

5            ALDERMAN BURKE:  Couple of things,

6    Mr. Chairman.  Madam Corporation Counsel, you

7    appear to be seeking suggestions or programs

8    from around the country to incorporate in your

9    ordinance?

10           CORPORATION COUNSEL GEORGES:  Yes.

11           ALDERMAN BURKE:  I would like you to

12   review several pieces of documentation that I'd

13   like to send up to you.  The first is a reprint

14   of a story from the New York Daily News of

15   September 2nd, 2007 and then a copy of the local

16   law of New York City and a copy of a press

17   release from the City of Baltimore.

18                     Each of these addresses a

19   suggestion I made over two years ago, but it's

20   still in the Committee.  And that is, just as

21   there is a sex offender registration law in

22   Illinois, I'm of the opinion that we could

1    benefit from having a gun offender registration

2    law in Illinois.  And just as convicted sex

3    offenders have to register in Illinois, I'm of

4    the opinion that convicted gun offenders should

5    be forced to register in the city of Chicago.

6    So that their neighbors can know that they're a

7    convicted gun offender.  So that police officers

8    going to a call of an address can gain

9    information that a convicted gun offender is

10   residing at that address.  And so that when

11   they're stopping a vehicle and they run a

12   license plate, they can know whether or not that

13   license plate is registered to a convicted gun

14   offender.

15                    So when you're crafting your

16   new ordinance, I'd hope you take a look at some

17   of this information.  The sergeant at arms is

18   here.

19             CORPORATION COUNSEL GEORGES:  Very

20   interesting idea.  I certainly will look at it.

21             ALDERMAN BURKE:  And I'd also like you

22   to think about incorporating in your ordinance a

CITY000164

1    waiver of the registration fee for peace

2    officers and/or retired peace officers.

3              CORPORATION COUNSEL GEORGES:  Okay.

4              ALDERMAN BURKE:  Not only of our

5    jurisdiction but any other retired peace officer

6    who may be residing in the city of Chicago, but

7    retired from another agency, including state and

8    federal.

9              CHAIRMAN BEALE:  Any other questions?

10   Thank you so much, Mara.

11             CORPORATION COUNSEL GEORGES:  Thank

12   you.

13             CHAIRMAN BEALE:  For the record,

14   Father Pfleger was here to testify.  He had to

15   leave.  He had another engagement, but we just

16   wanted to recognize him.  He definitely wanted

17   to testify before this Committee.

18                   Next we have our

19   Superintendent.

20             SUPERIENTENDENT WEIS:  Good afternoon,

21   Chairman Beale, committee members, and Aldermen.

22                   My name is Jody Weis,

1    Superintendent of the Chicago Police Department.

2    Thank you for allowing me to appear before you

3    today.

4              The Supreme Court's ruling in

5    *McDonald* vs. *the City of Chicago*, means that

6    Chicago's current ordinance which does not allow

7    registration and consequently the ownership of

8    handguns is still in effect until the Seventh

9    Circuit invalidates it.

10             As a practical matter, it is

11   clear that such a provision will ultimately be

12   struck down based on the Supreme Court's

13   decision in *Heller* case, in which the Court

14   ruled that Washington, DC's handgun ban violated

15   the Second Amendment.  We must ensure that we

16   continue to do all that we can to protect our

17   city, our residents and our visitors.

18             Since the 1980's the City has

19   tightly regulated the registration of handguns.

20   We know that handguns are the No. 1 weapon used

21   in homicides and shootings in Chicago.  Each

22   year at least 75 percent of our homicides are

1    committed with firearms, nearly all of which

2    were handguns.  Violent crime committed by the

3    use of firearms continues to be a challenge for

4    us.  We will continue our efforts to reduce the

5    amount of violence by vigorously ensuring that

6    only people who are trained and authorized to

7    have firearms possess them.  We must make sure

8    that we do all that we can to keep our streets

9    safe for our residents, for our visitors, and

10   for our police officers.

11                    The Department recovers nearly

12   10,000 firearms each year.  The majority of the

13   illegal guns that our officers take off the

14   street each year are illegal handguns.

15                    Now that the Court has given

16   us the ruling and people will be allowed to

17   register handguns, we want to assure the public

18   that we will do all we can to regulate handguns

19   and that only people who pass a background check

20   and are trained and qualified to register a

21   firearm will be allowed to do so.

22                    A vigorous overall

1    registration system is good public policy, a
2    comprehensive registration and renewal process,
3    and an automated system for updating
4    requirements should be applied to all of our
5    residents with firearms.
6                      An effective registration
7    process requires that we know the name of the
8    gun -- the gun maker and its identifying
9    characteristics, the caliber gauge, the model
10   type, and the serial number and the source of
11   the gun.  It also requires that firearms be
12   registered quickly after their acquisition, and
13   that information be confirmed on an annual
14   basis.
15                      Registration provides law
16   enforcement with essential information about
17   firearm ownership, will facilitate the return of
18   lost or stolen firearms to their rightful
19   owners, assist law enforcement in determining
20   whether registered owners are eligible to
21   possess firearms, or whether they are falling
22   into a prohibitive class and track legal

CITY000168

1    firearms that has been used in a crime.

2                    It also permits officers to

3    charge individuals with a crime if an individual

4    is in possession of unregistered firearms and

5    prevents officers to seize unregistered weapons.

6                    Furthermore, it is important

7    for first responders to know whether a home has

8    a gun in it or not and when they respond to a

9    scene.  Registration may also allow officers to

10   determine in advance whether individuals

11   involved in a call may have firearms.

12   Registration is so important that substantial

13   fines, some jail time, or the revocation of

14   one's gun rights can be appropriate penalties.

15                   Determining who can be

16   eligible to posses a firearm is also very

17   important.  The State of Illinois has set

18   guidelines of who should or shouldn't have a

19   firearm owner's identification card.  Like the

20   requirements of the State mandates for a FOID

21   card, we need regulations that will permit only

22   qualified individuals to possess firearms.

1          By regulating who is given a

2   permit to possess a firearm, we wish to ensure

3   that dangerous, irresponsible or inappropriate

4   persons are not allowed to possess dangerous

5   weapons.

6          It is therefore appropriate to

7   exclude persons who are younger than eighteen,

8   who lack a valid FOID card, who have been

9   convicted of a felony, a violent crime, domestic

10  violence, two or more DUI's or the unlawful use

11  of a weapon.  It is also appropriate to exclude

12  those who lack adequate vision or who have not

13  been trained in proper firearm use.  Compliance

14  with licensing requirements is so important that

15  substantial fines, some jail time or revocation

16  of one's ability to own a weapon are appropriate

17  penalties.

18         We also recognize that there

19  are certain people who by the nature of their

20  occupation and their extensive training can be

21  exempted from certain requirements.  Many of

22  these men and women, such as peace officers,

1    have spent their entire careers protecting

2    others.  Safety is at the core of all firearms

3    training, and it is an essential part of any

4    course of instruction on firearms.

5                    Our firearms training unit,

6    recruit firearm curriculum consists of 80 hours

7    of instruction, over 21 sessions while they're

8    at the Academy.  All current police officers are

9    also required to requalify with their duty

10   weapons on an annual basis.  It is important for

11   all firearm owners, especially handgun owners,

12   to know how to properly use a weapon, how it

13   looks -- I mean, sorry, how it works, how it is

14   safely loaded and unloaded and safely stored.

15   They should also be familiar with all applicable

16   laws.  Proper training which requires both range

17   and classroom instruction reduces injuries

18   caused by accidental or improper use of

19   firearms.

20                    Each year too many of our

21   children are killed by firearms, and we must do

22   all we can to protect them.  Some are victims of

1    gun violence on the street, and we are

2    continually faced with this challenge.  However,

3    we know that the presence of unlocked guns in

4    the home increases the risks of both accidental

5    gun injuries and intentional shootings.  It is

6    therefore important to make it unlawful to store

7    or leave a firearm or ammunition where a minor

8    under the age of eighteen may gain access.  The

9    firearm should be secured by a trigger lock or

10   similar device, or placed in a securely locked

11   box or container.

12              The International Association

13   of Chiefs of Police recommends that the state

14   and local government mandates safe storage of

15   firearms.  Researchers have found that millions

16   of children live in homes with easily accessible

17   guns.  According to Harvard University's

18   National Violent Injury Statistics System, of

19   youth who committed suicide with firearms 82

20   percent, 82 percent obtained the firearms from

21   their home, usually a parent's weapon.

22              Child access prevention laws

1    have been shown to be effective at reducing

2    unintentional firearms death among children.  A

3    2005 study in the Journal of the American

4    Medical Association found that the practices of

5    keeping firearms locked and unloaded, and

6    storing ammunition in a locked location separate

7    from the firearm, serves as a protective measure

8    to reduce youth suicide and unintentional injury

9    in homes with children and teenagers.

10                    One operable firearm is all a

11   person should need for self-defense.  This rule

12   does not burden the right to self-defense.

13   Allowing multiple operable guns per home

14   increases the risk of non-self-defense related

15   injuries and death from firearms.  We must

16   recognize the danger of firearms, especially

17   handguns, and identify common sense regulations

18   to better protect our City, our residents, and

19   our visitors.

20                    I will be joined later today

21   with Acting Deputy Superintendent Ernie Brown

22   and Sergeant Kevin Johnson.  They will be

1    speaking later in the program.

2              I'll be glad to take any

3    questions.

4              CHAIRMAN BEALE:  Superintendent?

5              SUPERIENTENDENT WEIS:  Yes, sir.

6              CHAIRMAN BEALE:  I believe it was

7    2007, 2008 where your Department took about

8    10,000 guns off of the street; is that correct?

9              SUPERINTENDENT WEIS:  That is

10   correct.

11             CHAIRMAN BEALE:  Do you know how many

12   homicides we had in 2007, 2008?

13             SUPERINTENDENT WEIS:  In 2007 I

14   believe we had approximately 445 homicides.  In

15   2008 we had 512 homicides.

16             CHAIRMAN BEALE:  We had that many

17   homicides and we still took 10,000 guns off of

18   the street?

19             SUPERINTENDENT WEIS:  Approximately.

20             CHAIRMAN BEALE:  So what impact do you

21   think this would have on the City of Chicago if

22   we don't act and put something in place?

```
 1              SUPERIENTENDENT WEIS:   In terms of?

 2              CHAIRMAN BEALE:   If we do not act and

 3    put some strong legislation in place to prevent

 4    people from just going and buying guns at their,

 5    you know, freewill, without having some

 6    regulations in place, what kind of impact would

 7    that have on the City of Chicago?

 8              SUPERIENTENDENT WEIS:   Well, I think

 9    it's critical that we have some regulations in

10    place.  I think most people that are familiar

11    with firearms would agree that a firearm in the

12    hands of someone who is untrained, that firearm

13    is probably more of a danger to him or her than

14    the person he might be trying to defend himself

15    against.

16                   If we don't establish certain

17    procedures, I think the danger to our young

18    people, children, where their parents may have

19    gone out and purchased a weapon, children know

20    where everything seems to be in a home.  And I

21    think we have to make sure we have strong

22    provisions that would prevent a child from
```

1    gaining access to a weapon that's owned by his

2    parents, therefore, allowing an immature

3    individual to go out and perhaps act out in

4    violence or anger and cause a tragic death of

5    another one of our young people.

6              CHAIRMAN BEALE:  Thank you.

7                   Questions?  Alderman Fioretti.

8              ALDERMAN FIORETTI:  Thank you,

9    Mr. Chairman.  Thank you, Superintendent.

10                  You know, how many -- you

11   know, you said 10,000 guns are taken off the

12   streets.  I'm assuming that's not from the

13   turn-in, the voluntary turn-in that we have once

14   a year, correct?

15             SUPERIENTENDENT WEIS:  It's a

16   combination thereof.  For '06, '07, and '08, we

17   averaged more than 13,000 weapons recovered each

18   of those years.  Some of those were attributed

19   to the gun turn-in program.

20                  But for example, as of today,

21   this year we've taken in over 4100 weapons.  So

22   we average more weapon recoveries than any other

1     city in the United States.

2            ALDERMAN FIORETTI:  And then those

3     that are prosecuted, how many, if you know right

4     now or your staff does, how many have been

5     prosecuted under this ordinance?

6            SUPERINTENDENT WEIS:  There haven't

7     been many, but I want to explain that.  We

8     always go after the penalties with the stronger

9     -- or we always go after the laws with the

10    stronger penalties.  So if we have a chance to

11    prosecute someone federally, we will.  If we

12    have the chance to prosecute someone under the

13    State's statutes, we certainly would.

14                   So we try to use those laws

15    that give us the greatest hammer over some of

16    the criminals carrying the weapons.  So I think

17    the fact that the number of people charged with

18    the local ordinance is not a true reflection of

19    its use because we're always trying to grain --

20    use the more -- the stricter penalties.

21            ALDERMAN FIORETTI:  You know, there

22    were a couple other disturbing remarks in this

1    -- the majority opinion here, and it blamed

2    elected officials for the problems in minority

3    areas and the high crime in minority areas.  And

4    I'm very offended by that, as I think most of my

5    colleagues were, because it's all on Page 43 as

6    the Corporation Counsel said.

7                      But, you know, I know you're

8    understaffed and what aims do we have to bring

9    the staffing levels up so we can combat this

10   issue of crime that's happening throughout our

11   city?

12                 SUPERINTENDENT WEIS:  Well, we're --

13   we worked with the Budget Office.  We're always

14   looking to hire more police officers, but I know

15   we also have to work within the financial

16   constraints of the City.  So we -- we're looking

17   to hire more all the time.  But, you know, it

18   isn't strictly upon the Chicago Police

19   Department for the hiring decisions.

20                 ALDERMAN FIORETTI:  But I think as

21   elected -- you know, here's where I see it,

22   under Page 43.  Actually, they had it on two

CITY000178

1    pages.

2                      On the second page of the

3    decision, "The Chicago petitioners and their

4    amici, however, argue that the handgun ban has

5    left them vulnerable to criminals.  Chicago

6    Police Department statistics, we are told,

7    reveal the City's handgun murder rate has

8    actually increased since the ban was enacted and

9    that Chicago residents now face one of the

10   highest murder rates in the country and rates of

11   other violent crimes that exceed the average in

12   comparable cities."  That was on Page 2.

13                      But then when we get to Page

14   43, after the call for the National Guard, the

15   Court goes on and says, "If as petitioners

16   believe their safety and the safety of other

17   law-abiding members of the community would be

18   enhanced by the possession of handguns in the

19   home for self-defense, then the Second Amendment

20   right protects the rights of minorities and

21   other residents of high-crime areas whose needs

22   are not being met by elected public officials."

1        That tells me that no matter

2    what the budget constraints are that we need to

3    fill the ranks of the Chicago Police Department,

4    and it's been placed upon the people in this

5    body here that we are the ones that are causing

6    those that are being shot in the city of

7    Chicago.

8        We need to come to a

9    resolution to fully staff the Department as soon

10   as possible.  And whatever way we can work

11   together through this -- through the Chair of

12   this Committee, we need to do that soon.

13   Because this opinion clearly states that the

14   problems that are happening in the street is

15   happening because of the elected officials.

16       And you know what, I know

17   these people that are all in this room here try

18   their damndest everyday to make sure and work

19   with our communities to stop the crime.  But

20   we -- you know, with 80,000 gang members out

21   there, we're a little bit overwhelmed, but we've

22   got to keep pushing with you and working with

1     you and our communities to stop the violence.
2          CHAIRMAN BEALE:  To that point,
3     Alderman Fioretti, I think also you can take
4     that a step further.  I know we've been battling
5     the allocation of resources here in the city of
6     Chicago.  Whereas, you know, there are certain
7     districts that are slower than others.  And if
8     we were able to move some of those resources to
9     the high-crime areas, I think that would also
10    address some of the concerns that you are
11    bringing up as far as that particular issue is
12    concerned, so...
13         ALDERMAN FIORETTI:  Well,
14    Mr. Chairman, but we need to -- you know, either
15    we fill the ranks and we fill whatever the
16    number is, if we're a thousand down or if we're
17    two thousand down.
18              You know, the burden that's
19    placed upon the guys and gals in blue everyday
20    is increased by the stress of them having to
21    just fill out the paperwork.
22              And you know what, when we're

1    all in trouble we call 911. We want these folks

2    out there. We don't want them to be wasting --

3    waiting there for what may be perceived in our

4    communities for an hour waiting for the

5    Department.

6              I listen to the -- somebody

7    told me to go listen to a tape just recently,

8    and it sounded like it was bedlam out there.

9    And you know what, if the Supreme Court thinks

10   that elected officials aren't doing their job

11   here in the city, well, we've got to make sure

12   that we fill these ranks and we've got to fill

13   them now.

14             And you know what, I agree,

15   you know, Superintendent, if we put that cadet

16   out on the street, it's going to take him quite

17   awhile to be -- to understand what's happening

18   out there. And it takes quite awhile for the

19   training and I agree. But, you know, if we're

20   that far down, we've got to take back our

21   streets with our people, and the only way we can

22   do it is by coming to whether or not the 13,500

1    budgeted positions is sufficient.  And we've got
2    to realize that we've got to make the sacrifices
3    with our communities to make sure our citizens
4    are safe.
5              CHAIRMAN BEALE:  Alderman Burke.
6              ALDERMAN BURKE:  Superintendent, I
7    asked the Corporation Counsel earlier if she
8    knew how many registered guns there are in
9    Chicago now.  Do you know?
10             SUPERIENTENDENT WEIS:  Yes, sir.  We
11   have 95,700 registered weapons.
12             ALDERMAN BURKE:  And what was the high
13   point years ago?
14             SUPERIENTENDENT WEIS:  That I don't
15   know, Chairman.
16             ALDERMAN BURKE:  600,000, 700,000?
17   Who knows?
18             SUPERIENTENDENT WEIS:  I don't know.
19             ALDERMAN BURKE:  Are you familiar with
20   the New York program for registering gun
21   offenders?
22             SUPERIENTENDENT WEIS:  Is that the New

CITY000183

```
 1    York --
 2              ALDERMAN BURKE:  New York City Police.
 3              SUPERIENTENDENT WEIS:  -- City?  A
 4    little bit.
 5              ALDERMAN BURKE:  I'm going to give you
 6    a copy of that as I gave to the Corporation
 7    Counsel.  I would like you to think about that
 8    and whether or not you support that.
 9                   Do you think the sex offender
10    registration is effective?
11              SUPERIENTENDENT WEIS:  I think it is.
12    I think it lets everybody know who actually was
13    a sex offender.
14                   As you pointed out in your
15    comments earlier, sir, it allows the officers if
16    they should pull over that car to know that they
17    have someone who at least has shown in his past
18    that he was willing to use a weapon.
19                   So I think the advantages of
20    the sex offender registration, it would be a
21    logical conclusion that a registration of gun
22    offenders would make sense.
```

1          ALDERMAN BURKE:  Thank you.

2          CHAIRMAN BEALE:  Alderman Reboyras.

3          ALDERMAN REBOYRAS:  Thank you

4    Mr. Chairman.  Good afternoon, Superintendent.

5    Thank you for being here with us today.

6          SUPERIENTENDENT WEIS:  Good afternoon.

7          ALDERMAN REBOYRAS:  With this new,

8    possible gun legislation that we may need to

9    craft or draft, I should say, will this create

10   new training, a new training mechanism for our

11   police officers that are in the streets today or

12   do you anticipate a procedural change on how

13   they handle a household visit as opposed to

14   today?

15              And will that require

16   training, possibly additional dollars?  I don't

17   know.  I don't know.

18          SUPERIENTENDENT WEIS:  I don't think

19   the training will have to be modified

20   significantly because we train right now in a

21   use of force model where I think it will require

22   some extra dollars, and an enhancement would be

```
 1    in an automation of the current system.
 2                    We would definitely have to --
 3    we want to put this system online.  We want to
 4    automate it so that the officers, when they
 5    respond to that call, would have the knowledge
 6    right at their fingertips, right on the computer
 7    in their car, that there is a weapon registered
 8    in that home.
 9                    Right now our process is
10    manual, and depending upon how the Council
11    develops the ordinance, we would definitely like
12    to automate that system, which I think will
13    require an expansion of our current contracts to
14    allow for that enhancement to our computer
15    system.
16              ALDERMAN REBOYRAS:  I think
17    additionally, Superintendent, people move.  So
18    to should their records and their information
19    and their data.  So I think that's key.  That's
20    important.  And you have your work cut out for
21    you.  I mean we all do.
22              SUPERIENTENDENT WEIS:  Right.
```

```
1              ALDERMAN REBOYRAS:  Thank you.
2              CHAIRMAN BEALE:  Alderman Pope.
3              ALDERMAN POPE:  Thank you,
4    Mr. Chairman.  Good afternoon, Superintendent.
5              SUPERIENTENDENT WEIS:  Good afternoon.
6              ALDERMAN POPE:  Your remarks are right
7    on target.  I really appreciate some of your
8    suggestions and I think all of them should be
9    incorporated.  I do have a question or two
10   though.
11                   You mentioned the training of
12   the officers that they currently receive for
13   firearms.  Any suggestions or ideas about how
14   many hours John Public should receive for
15   training via our ordinance and who might conduct
16   that training?
17                   And I don't know if you're
18   familiar with other municipalities who allow the
19   public to carry handguns and what their training
20   might be.
21             SUPERIENTENDENT WEIS:  The only one
22   I'm familiar with, sir, is I believe in
```

CITY000187

1    Washington.  They require four hours of the

2    classroom and one hour of range time, I believe,

3    to certify that what they learned in the

4    classroom was, in fact, valid.

5              It's really tough to say.

6    Shooting is a very perishable skill.  However,

7    you know, if the folks are buying weapons to

8    protect their home, the chances of them being

9    involved in a shooting is somewhat minimal.  So

10   it -- it's somewhat arbitrary the hours that we

11   put in for the training, and I think we'd have

12   to look at other municipalities and see what

13   they have used and use them as, perhaps, models

14   for us to adopt.  But the only one I'm really

15   familiar with is the DC model, which was four

16   hours classroom, one hour of range time.

17             ALDERMAN POPE:  And do you know who

18   conducts it?  Is that the actual Washington, DC

19   or is that outsourced?

20             SUPERIENTENDENT WEIS:  No, sir.  They

21   use outside -- I think they use state of

22   Maryland.

1           And just to put it on record,
2    we would not have the capability of training the
3    folks in Chicago.  We have thirteen and a half
4    thousand police officers, roughly.  We train all
5    the time.  Just -- you know, just to train that
6    many officers a year with our current range
7    conditions is a challenge.  To take on training
8    other folks would be insurmountable, both from
9    costs and from time management.
10          ALDERMAN POPE:  You also made
11   reference to storing ammunition, especially as
12   it relates to children.  You did not mention and
13   I would think it's appropriate to maybe limit
14   the amount of ammunition one has in his or her
15   possession.  And I wouldn't like to walk up on a
16   house and see 10,000 shells there and 5,000 --
17          Any thought on that, in terms
18   of limiting how much ammunition one can keep?
19          SUPERIENTENDENT WEIS:  Well, certainly
20   as you just mentioned, you wouldn't want to walk
21   up on something that if there was a fire it
22   would be a hazard to our first responders.

```
1                    We can certainly perhaps set
2       or you can actually set perhaps a limit to the
3       amount of ammunition you can buy a year that's
4       reasonable, keeping in mind people may want to
5       go to the range so there would have to be, you
6       know, some provisions for that.  It's easy to
7       shoot 50 to 100 rounds every time you go to the
8       range.  But I think you could definitely track
9       the amount of ammunition that someone would be
10      purchasing and keep it within reasonable
11      standards.
12                   ALDERMAN POPE:  I agree.  And finally,
13      I think Alderman Reboyras mentioned this in
14      terms of, you know, the importance of having the
15      information on who those registrars are in terms
16      of those possessing guns.  I would insist that
17      it be done right away.  That the 911 system is,
18      state of the art that it is, that that
19      information be captured so that as your officers
20      are responding to a crime, they know first and
21      foremost if this household has a gun in their
22      possession.  I think it's imperative.  It should
```

1    be on 911.  It should be on the computer

2    systems.  They should know first and foremost if

3    they're responding to a call that someone in

4    this household possesses a gun.

5              And I hope that you're in

6    agreement with that because I want to push that

7    and nothing should be done until that's done

8    first and foremost.

9              SUPERIENTENDENT WEIS:  Well, that's

10   what we're looking for, Alderman.  We want to

11   have it, not that you have to query that

12   information, but then when you receive a job,

13   we'll say, you know, at that particular address

14   the computer will automatically alert you to the

15   fact that the individual at that residence has a

16   weapon registered there.  So if the person is

17   perhaps walking into on a call for a domestic

18   situation where the emotions are charged, they

19   know that there is a weapon registered there and

20   that they should take appropriate precautions

21   when they enter that residence.

22             ALDERMAN POPE:  Thank you,

1    Superintendent.

2              CHAIRMAN BEALE:  Alderman Balcer.

3              ALDERMAN BALCER:  Thank you,

4    Mr. Chairman.

5                    Just your opinion,

6    Superintendent, and it's been out there.  People

7    say, well, if there's more guns, it will reduce

8    crime.  Your opinion?

9              SUPERIENTENDENT WEIS:  You know, if

10   you -- the spirit behind this ordinance or this

11   Supreme Court decision was to keep a weapon

12   inside your home, just to protect your home.

13   It's not to carry weapons on the street.

14                   I don't think that the people

15   that are going to legally go out and buy a

16   weapon, are law-abiding citizens who will act

17   reasonable and responsible, are going to enhance

18   the crime rate.

19                   What I'm nervous about though,

20   is that if a lot of people go out and buy these

21   weapons, two things.  No. 1, children will of

22   course be -- have access to these weapons, and

1    No. 2, from burglaries.  I think the chance of
2    more weapons getting onto the street into the
3    hands of criminals will, of course, go up.
4                        And that's why I think it's
5    important that the Council look at maintaining
6    these weapons in a secure manner, so that they
7    are not accessible to children and that they're
8    not easily found in a burglary.
9                        And I know there's a little
10   bit of conflict in that with the *Heller*
11   decision, because *Heller* offered the opinion
12   that you should not unreasonably restrict the
13   use of the weapon by putting on some type of
14   trigger locks or other mechanisms.  But I think
15   we do have to weigh, you know, the value of
16   protecting these weapons so that children don't
17   get their hands on them, or that, you know, they
18   don't fall in the hands of somebody who may be
19   burglarizing a home against the need to use them
20   quickly.
21                   ALDERMAN BALCER:  Thank you.
22                   CHAIRMAN BEALE:  Alderman Rugai.

1          ALDERMAN RUGAI:  Thank you,

2    Mr. Chairman.

3               Superintendent, I don't think

4    I heard you talk about any ammunition or types

5    of ammunition.  Are there specific types that we

6    should be banning or not allowing?

7          SUPERIENTENDENT WEIS:  Well, we

8    certainly wouldn't want to have the frangible

9    type of rounds.  If they're shot at someone, the

10   bullets just bust up.  It's impossible to do any

11   type of ballistic comparisons.  We also

12   certainly would not want the Council to approve

13   metal piercing or armor piercing bullets that

14   could potentially go through a car's engine

15   block.

16              So I think we would want to

17   keep it to what I would consider the standard

18   type of weapons ammunition.  So we don't want to

19   have our officers or the public facing weapons

20   that are capable of shooting ammunition that

21   would penetrate a car.

22         ALDERMAN RUGAI:  Chairman Burke is

CITY000194

```
 1    showing me that it was banned in '82. I don't
 2    know what specific type -- the armor piercing
 3    one? The armor piercing one has already been
 4    banned in Chicago.
 5              SUPERIENTENDENT WEIS:  Right.
 6              ALDERMAN RUGAI:  I just don't know all
 7    of the types of it, and I know that when we were
 8    discussing the proposed ordinance that we should
 9    consider if there's anything specific above and
10    beyond what we already have.
11              SUPERIENTENDENT WEIS:  I would
12    recommend that maybe perhaps leave that on the
13    Police Department.  We can put forth a very --
14              ALDERMAN RUGAI:  Comprehensive list.
15              SUPERIENTENDENT WEIS:  --
16    comprehensive list of the ammunition that is
17    approved and would not be approved.  And then if
18    ammunition should change, rather than having it
19    to come back into as an ordinance, it might be
20    easier just for us to update that list to
21    allow -- to show which round -- which
22    ammunitions are prohibited from being used.
```

```
1                    We have that in our general
2     orders, and we can certainly put that and
3     available to the public.
4                    ALDERMAN RUGAI:  I would ask that you
5     give that to the Corporation Counsel and to us
6     perhaps and, you know, so that we have that.
7     And then if it has to be changed, it can be
8     amended.
9                    SUPERIENTENDENT WEIS:  We can
10    certainly pass that through the Chair, ma'am.
11                   ALDERMAN RUGAI:  You answered -- my
12    original reason for asking to speak.
13                        On training, I was thinking
14    there are no training facilities or ranges in
15    Chicago, I don't believe, other than the Police
16    Academy?
17                   SUPERIENTENDENT WEIS:  I believe
18    that's correct.
19                   ALDERMAN RUGAI:  And if training
20    became a requirement, you know, and along with
21    that I'm assuming a fee to use the training,
22    could that be done at the Academy with
```

1    professional police officers present, you know,

2    being paid for through the fees?

3            SUPERIENTENDENT WEIS:  Actually, we

4    did look at that, and we provided some proposals

5    and projection models.  It's hard to determine

6    how many people are going to go out and buy a

7    weapon.

8            We looked at, say, 10 percent

9    of the population actually pursued this, which

10   of course would be around 300,000 folks.  The

11   shooting that would be required on this would

12   overpower our ventilation system almost

13   immediately.  And it would require replacement

14   of fans and various filters, which is

15   extraordinarily expensive.

16           It also, I think, would make

17   the City liable if we certify someone as being,

18   you're capable and certified for handling this

19   weapon and then if something were to happen

20   where that person is found to not have handled

21   that weapon properly.  I would suggest that we

22   put that on an outside entity, such as a state

1     certified training facility, so that it does not
2     come back to the City of Chicago with any level
3     of liability.
4                    ALDERMAN RUGAI:  All right.  I was
5     looking at it the other way.  The
6     professionalism of the police officer that would
7     perhaps be overseeing it.  And it would be a
8     positive in some ways, but the liability I
9     understand as well.
10                   Just let me mention again.
11    There is already a law in place regarding safety
12    locks, you know, for all registered handguns in
13    Chicago presently.  You know, there are four
14    different types that are -- so that that is in
15    place already.
16                   But the Corporation Counsel
17    believes that they might have to change that
18    base and just link it to when children are
19    present.  You were saying, and I was saying, and
20    Chairman Burke was saying that we would like to
21    see it just for all -- all the people that
22    possess handguns in their home, you know, as

1    well.

2              SUPERIENTENDENT WEIS:  I think that's

3    a good point, Alderman, because you -- hardly

4    any of us can say with 100 percent certainty

5    that a child is not going to enter our home.

6              ALDERMAN RUGAI:  Or a teenager.

7              SUPERIENTENDENT WEIS:  That is true.

8    So I think we have to look at that and perhaps

9    weigh that against the *Heller* decision.  I just

10   think it's extraordinarily dangerous to have a

11   weapon in any state of operability when you have

12   teenagers, young children inside of the home,

13   where they can get it and just out of curiosity

14   injure themselves or one of their brothers or

15   sisters or friends.

16             ALDERMAN RUGAI:  Thank you.

17             CHAIRMAN BALCER:  Alderman Dowell.

18             ALDERMAN DOWELL:  Yes.  Thank you,

19   Mr. Chairman.

20             Superintendent Weis, I

21   noticed, I'm following along in your remarks and

22   I see you added domestic violence.  So would you

1    comment on that?

2              SUPERIENTENDENT WEIS:  If my memory is

3    right and I think it is, the FOID card requires

4    that.  That if you have a domestic violence

5    conviction, you will not be issued a FOID card.

6              And I just wanted to let the

7    Council know that I think domestic violence is

8    an area that we have to be very cognizant of,

9    and I certainly don't think that a weapon should

10   be introduced to a home where there is a history

11   of domestic violence.  And I'm pretty sure that

12   that's a part of the FOID card requirements that

13   you cannot have a conviction for domestic

14   violence.

15             ALDERMAN DOWELL:  Okay.  Thank you

16   very much.  I definitely agree with that.

17             I also wanted to -- you know,

18   something my constituents care about, and I know

19   you can't tell us specifically your tactics and

20   what you do.  But can you give us some assurance

21   about what the Department is doing to get the

22   guns out of the people who are going to ignore

1    the ordinance, that are not going to register,

2    that are not going to get insurance, that are

3    not going to get training, but they are going to

4    have guns anyway.

5                    So can you talk a little bit

6    about some of the things that your Department is

7    doing?

8                    SUPERIENTENDENT WEIS:  Well, you know

9    --

10                   ALDERMAN DOWELL:  To reassure people

11   out there.

12                   SUPERIENTENDENT WEIS:  We -- we're

13   making full use of any of the State and Federal

14   statutes.  We do believe that a new law that

15   will go in place in January where if someone has

16   a weapon and they don't have a FOID card, and

17   it's a loaded weapon, that's on their person or

18   in their vehicle, they will go to jail and not

19   get probation.

20                   However, if someone goes out

21   and purchases a weapon and keeps it inside their

22   home, if we have no law enforcement interest and

1    no probable cause to enter their home, it would

2    be very challenging to try and ensure that that

3    person is abiding by our laws.  In fact, in some

4    sense it would almost be happenstance if we

5    should happen to find them.

6                    So we're -- we want to

7    encourage people to register their weapons.  I

8    think that's the greatest thing we can do is

9    have a reasonable ordinance in place which is

10   tough, but also reasonable so that people will

11   not look at it as too challenging and choose not

12   to perhaps roll the dice and say, you know what,

13   this is too hard.  I'm just not going to

14   register this weapon.

15                   But, no.  I understand how you

16   feel, ma'am.  We're -- we want to take as many

17   guns off the street as we can.  In fact, our

18   recoveries are up almost 230 this year.  But it

19   just shows that there's far too many weapons on

20   the street and we'll make use of every federal

21   and every state statute to try and deter people

22   from carrying weapons on the streets of Chicago.

1          ALDERMAN DOWELL:  Thank you.

2          CHAIRMAN BEALE:  Any another

3    questions?

4                    Thank you, Superintendent.

5                    Next we have a couple of

6    community activists, Roger Jones and Siretha

7    Woods.  You can come at this time.

8                    State your name.

9          MS. WOODS:  My name is Siretha Woods,

10   and I had a daughter named Siretha White.  This

11   is her picture here.  She was at her surprise

12   birthday party and she was killed.  Gunned down

13   at her surprise birthday party at my sister's

14   house.

15                   It's real ridiculous about

16   what's going on, about the guns.  And things, I

17   mean, need to be changed.  Some things need to

18   be changed.  The guns shouldn't be out.

19                   I appreciate all the guns that

20   have been recovered, but our younger people are

21   getting killed more and more every day.  And

22   it's just not a month, it's every day.  Every

1    day you turn the TV on it's something.  Some
2    people don't even like to turn the TV on to look
3    at it because it's something going on.
4                         The other day I was just
5    looking, turned the TV on and the little boy got
6    killed standing at the window because he was at
7    his own graduation party.  So that brought a lot
8    of memories to me at one time, but we need to
9    work together.  We need to come together and I
10   mean -- I mean, it need to be more support with
11   us.  I mean, not just because of what color we
12   are or this or that, but we need to come more
13   together and less like this together.
14                         And let's let these kids know
15   we is in control.  We are the ones who are in
16   control.  Some parents are scared of their kids.
17   I mean, if you are scared of your kids, you need
18   to speak up and let's say something so we -- so
19   you can get some help.  We can get -- I mean,
20   some peoples are out here that can help you.  I
21   mean, I'm a parent.  I will help.  I'm pretty
22   sure it's some more out here also.

CITY000204

```
 1                    That's about all I really
 2    wanted to say.  I mean, I miss my baby so much
 3    because I lost my husband a week after her
 4    death.  So I had two deaths in one week.  As she
 5    was going down in the ground, the hospital
 6    called me, and he waited for me.  And I walked
 7    through the hospital door, and he looked at me
 8    and smiled at me, and he closed his eyes.
 9                    So I was trying to wait to
10    make funeral arrangements for my daughter and I
11    was unable to help -- I mean, for him to help
12    me.  So I had to do everything by myself.  And I
13    had some support from the City, some other
14    people, and I appreciate everything everyone
15    done for me.
16                    But my life has not been the
17    same.  My life has not been the same.  I have
18    twelve kids.  I have eleven left.  Six girls --
19    yes, I had six girls and six boys.  So I'm
20    trying to raise them the best way I know how
21    right now.
22                    I have a little problems with
```

1    my boys, but I refuse to let the devil have

2    them.  I'll -- excuse me, break their backs off.

3    I really do.

4                    And I have so many police --

5    they say the police sometimes don't help you,

6    but I got some real nice ones.  They come by

7    every now and then to just check in on me and

8    they help me.  And I thank them.  I thank you,

9    and you know who you are.

10                    But if it's anything else

11    anybody else want to ask me?

12                    CHAIRMAN BEALE:  Any questions from

13    the Committee?

14                    ALDERMAN FIORETTI:  Yes.

15                    MS. WOODS:  Yes, sir.

16                    CHAIRMAN BEALE:  Alderman Fioretti.

17                    ALDERMAN FIORETTI:  Thank you.

18                    You know, it's hard to talk to

19    parents that are -- have lost a child because of

20    violence and violence -- gun violence in our

21    city.

22                    You know -- and on Sunday I

1    was talking to -- and I see, you know, another

2    person who lost a son too by gun violence who's

3    sitting here.  And I was talking to the

4    Congressman about what can be done and --

5    because he sponsored some national legislation,

6    and, you know, it seems like it's very difficult

7    to get anything through Congress.

8                    But what do you think, you

9    know -- and you see that the police reach out to

10   you, and you see that they try to help.  Other

11   than that, is there anything that you think that

12   you can tell us that we should be doing citywide

13   to help stop the violence?

14                    MS. WOODS:  Well, this is what I'm

15   doing right now.  We have an organization going

16   on, the Golden Nugget Foundation.  We have a

17   program at Teamwork Englewood.  We grabbing the

18   young girls.  I have girls.  I don't have any

19   mens yet.  But I'm trying to get a program for

20   our young men also.  To teach them about how to

21   be young ladies.  Not to take abuse.  Not from a

22   man or not from a woman.  Because we got some

CITY000207

1    women that abuse men also.
2                    I have been in my program.  I
3    have -- I mean, I wouldn't have never believed
4    it, if I hadn't heard it.  I think the programs
5    will help.  I mean, if we got to spend more and
6    more on it and fight for it.  Fight for it.  I
7    mean, you know, enforce it.  Come on, we gon' do
8    this.  We gon' do this.  This is my sister.
9                    We're gonna do this.  Let's
10   fight for this.  I mean, you know what I'm
11   saying.  We had five kids when we started out.
12   We got over 50 girls right now today.  Over 50
13   girls today.  And every Friday we meet and we
14   have something to give them because they got
15   something to look forward to.
16                    We show them how to be a young
17   lady.  They're growing up.  We trying to show
18   them to be a young lady.  So now we're trying to
19   open up one for our men because I want -- I have
20   these boys, as I say.  And I mean I have to -- I
21   have to put that force on them.  My -- they
22   father is not here.  So I have brothers, but you

1    know how they -- brothers be like.  I don't want

2    to listen to you because you're -- you know, you

3    ain't my daddy.  But you know what, put your

4    foot down.  You got to knock them down

5    sometimes.  I mean, you ain't got to beat them.

6    Let them know you in charge.  You got to be in

7    charge of your child.

8           ALDERMAN FIORETTI:  Parents should be

9    parents.

10          MS. WOODS:  All I'm saying -- I mean,

11   you want my number?  You can have it.

12   773-699-6754.  I will come out and reach you.  I

13   will come help you.  We will get children in a

14   program.  We will help them.  Some kind of way

15   we will help.  Some kind of way.

16          ALDERMAN FIORETTI:  Are you funded

17   then?

18          MS. WOODS:  No, I'm not.

19          ALDERMAN FIORETTI:  And you do this

20   all on your own?

21          MS. WOODS:  I do this all my own.

22          ALDERMAN FIORETTI:  Truly, you ought

108

```
 1    to be commended for what you are doing.
 2              MS. WOODS:  We do this all on our own.
 3                   (Applause.)
 4              ALDERMAN FIORETTI:  Really.  Yes.
 5    Okay.  Thank you.
 6              CHAIRMAN BEALE:  Any other questions?
 7              MS. D. WOODS:  And I would like to add
 8    to that.
 9              CHAIRMAN BEALE:  Okay.  Hold on.
10    We're all sensitive, and we're all compassionate
11    about what you guys are going through.  But we
12    do have rules, regulations and procedures in
13    this body.
14              MS. D. WOODS:  Okay.
15              CHAIRMAN BEALE:  Okay.  So you can't
16    just come up, walk up to the mic and say what
17    you want to say.  All right.  But I'm going to
18    allow you to take two seconds.  That's all I'm
19    going to give you.  State your name for the
20    record.
21              MS. D. WOODS:  My name is Deanna
22    Woods, and I just want to ask -- add to the
```

1    question that he asked.  Because I work in the

2    community everyday, I'm a community ambassador

3    for Teamwork Englewood.  And I just want to say

4    since we -- they took the summer jobs, look like

5    the violence is coming right back.

6                      We lost a lot when they took

7    them jobs from the kids.  We're having a hard

8    time finding things for the kids to do.  We're

9    creating stuff, but it's coming out of our own

10   pocket.  And it's hard to keep stuff going, but

11   we need them summer jobs.  That kept down a lot

12   of -- a lot of violence, and I think that's

13   where the answer is.

14              CHAIRMAN BEALE:  Okay.  Thank you so

15   much.

16              MS. D. WOODS:  You're welcome.

17              MS. WOODS:  All right.  Thank you so

18   much.

19              CHAIRMAN BEALE:  Roger Gecan and

20   Laquita Cooper.  Roger Gecan.  Laquita Cooper.

21                      William Coleman.  Is William

22   Coleman here?  Albert Vaughn.  Is Albert Vaughn

1    here?

2                    Albert, if you can come on

3    down.

4                    Okay.  State your name.

5              MS. COOPER:  Hello.  My name is

6    Laquita Cooper.  L-a-q-u-i-t-a.  I'm with the

7    Commission for the Community of Uptown Chicago.

8                    We are here to speak out on

9    the ban and the fact that so many of our youth

10   are dying everyday in our community.  The

11   violence has to stop, and it has to come a point

12   where we all take a stand.  And I believe the

13   City tried to take a stand for our community,

14   and now we are in a position where we have to

15   find other means of protecting our youth.

16                   We have to use education and

17   hope.  Bringing hope back into the youth of our

18   community to end this continued cycle that's

19   going on in our communities.  Over 55 people

20   shot last weekend -- almost 55 people shot.  And

21   that is not acceptable for us as a community.

22   We do not believe that that is a way to live.

CITY000212

1    It's like our city is at war within itself and
2    we need to do something to try to stop this.  So
3    our organization has come out to express our
4    hope for the future and to end this continued
5    violence that's going on within our city.  It
6    has to stop.
7                     And also, you know, we're
8    trying to work with other organizations, and we
9    want to work with our city to build a better
10   community.  Because it doesn't just stop --
11   start with the guns and the violence.  It's with
12   the people who are holding the guns.  They're
13   the ones also that are causing the problems
14   within our community.
15                     Who's holding these guns?  And
16   how can we regulate the people who are holding
17   these guns and causing the violence to the youth
18   of our city?
19                     So our goal here is to
20   definitely work with the City to find a solution
21   and not continue to perpetuate the problems that
22   are going on within our city.

1    Education, like I said, is key

2    factor.  So many of our youth have no hope and

3    no belief for the future.  What are they going

4    to do with their lives.  So they have to grow

5    and understand who they are as people and what

6    their role is in society, and have within their

7    minds a sense of self where they feel like they

8    are -- they have a purpose for our community.

9    So we continue to strive to

10   rebuild lives and renew the minds of our youth

11   and adults so that we can stop this violence

12   that's continuing to go on in our city.  Thank

13   you.

14   (Applause.)

15   CHAIRMAN BEALE:  State your name for

16   the record.  Move up to the mic, please.

17   MR. VAUGHN:  I'm Albert Vaughn, Sr. of

18   the Albert Vaughn, Jr. Foundation.  My son was

19   the eighteenth public school student killed in

20   2008, April the 6th, to street violence.

21   We advocate against gun

22   violence, street violence, dog violence, any

1    violence that can happen to anyone of one of
2    God's creatures.
3                        And we're here on behalf of
4    all the youth.  You know, as you see the
5    majority of them left, but, you know, that's
6    who -- that's who we represent.  You know, we're
7    not worried.  A lot of things have been taken
8    away from the city, but we here, the Albert
9    Vaughn, Jr. Foundation, now trying to give back
10   to the community.
11                       Because for one thing we can't
12   give up on our youth.  If we give up on our
13   youth, they're going to give up on they self.
14   And that's what will happen.  Gun violence.
15   Violence itself within violence.  That's what we
16   got to stop.  In order to stop violence within
17   our community, we as adults have to get involved
18   in our youth's life.
19                       What can we do?  Let's get
20   involved.  Let's stop looking out the window.
21   Let's come outside.  Let's sit on our porch.
22   Let's get involved.  That's what we need to do.

CITY000215

1    We got to stand up, step out and get involved.

2              If we just constantly be like

3    hiding -- how many of us know people that are

4    prisoners in they own house?  In they own house?

5    You know, I know plenty.

6              You know, I deal with kids on

7    a regular basis and they want help.  They want

8    help.  They asking where everybody.  They asking

9    where is somebody that is going to help me.  I

10   want to grow up.  I want to be the next

11   alderman.  I want to be the next chief of

12   police.  I want to be a school teacher.  I want

13   to be something.  I want to be somebody.

14              So what do we need to do?

15   That's what we should ask ourselves.  Thank you.

16        CHAIRMAN BEALE:  Alderman Fioretti.

17        ALDERMAN FIORETTI:  Thank you.

18              You know, I think you made

19   some -- both of you made very good points, and

20   I'd like to see as everybody comes up here, if

21   they have recommendations on what we can do.

22              What do you think we can do to

1    make sure that parents are involved with their

2    children?  You know, what you just said -- when

3    I -- I have more public schools than any other

4    ward, and I've got a lot of grade schools.  And

5    when I go -- I ask the kids in first, and

6    second, and third grade what do they want to be.

7                     And they're all raising their

8    hand, and they say, I want to be a police

9    officer.  I want to be a fireman.  I want to be

10   a teacher, a nurse.  All those kids, those young

11   kids always want to help somebody.

12                    And then when I ask the later

13   ones, you know, seventh and eight graders, they

14   all want to be basketball players and football

15   players, and we know what the numbers are

16   whoever become basketball players and football

17   players.  So something happens to our youth.

18                    How do we stay engaged with

19   them, in your opinions?  You know, I think it's

20   really important to hear what you have to say.

21   That we -- that we stem this tide.  That we help

22   our kids become responsible citizens.

1          I see a lot of friends out

2    there that are standing up here that I know and,

3    you know, they're always out there.  And they --

4    maybe -- maybe as we have this discussion on

5    what we need to do and through you we can find

6    solutions citywide.

7          So do you have any other

8    suggestions on what to do?

9          MR. VAUGHN:  Yes.  Today was a great

10   day for the Albert Vaughn, Jr. Foundation.  I

11   work with other foundations as well.

12          And today the Samuel L. Smith

13   Foundation gave two young men in my foundation

14   six weeks of positive work.  So that's two young

15   men that we know we don't have to worry about

16   over the summer.  They have six weeks of

17   positive work.

18          So all we ask is that

19   communities and community leaders and activists,

20   if you have jobs, give to the youth.  Help the

21   youth.  You know, they need to grow.  They need

22   -- we need to show them that we care for them as

CITY000218

```
 1    well.  If we want them to get off the street,
 2    and get out the street, and put down they guns
 3    and do something positive, we got to give them
 4    something positive to do.
 5              ALDERMAN FIORETTI:  Thank you.  Yes.
 6              MS. COOPER:  I was --
 7              CHAIRMAN BEALE:  State your name for
 8    the record.
 9              MS. COOPER:  My name is Laquita Cooper
10    again.
11              And to answer your question, I
12    believe that the families have to grow and
13    network, and they have to be able to work
14    together.  So the schools, and the family, and
15    the children have to work as a unit and learn
16    how to rebuild the families as a unit and as a
17    whole.  Because the parents, if they're detached
18    from the child then -- and don't care what the
19    child is doing, then the child is not going to
20    be able to grow.
21              So we have to be able to
22    establish some type of network within the
```

CITY000219

1    schools, that the parents and the children are

2    being able to work together and grow.  And also

3    some of the parents are needing skills.  They're

4    needing knowledge.  They're needing information.

5    So how are they going to pass it on to their

6    children if they don't have it themselves.

7                      We've got so many parents that

8    are addicted to drugs, you know, fatherless

9    children out on our streets.  So we have to find

10   a way to how do we reconnect our families

11   together.

12                      Is it continuing to lock up

13   people one by one and the children are left with

14   no parents?  Is it trying to guide the parents

15   and showing them a better way of life?  Because

16   they're going to pass that on to their children.

17   How do you create a better life for ourself and

18   our families?  Our families have to become one,

19   a unit.  And also, the people in our community

20   have to join in and be a part of our family, and

21   we all be one.

22                      Because, you know, we're not

```
 1    going to be able to stand as individuals.  We
 2    have to stand as a unit.  So that's the best way
 3    to grow.
 4                    (Applause.)
 5              ALDERMAN FIORETTI:  And, you know, I
 6    -- we all know that it takes a village to raise
 7    a child, and we've heard that over and over
 8    again.  You know, but -- you know, I think some
 9    of the speakers have said -- or you said about
10    how some people -- parents are prisoners in
11    their own home.
12                    So how do we help keep trying
13    to break that cycle, if you have any advice for
14    us?
15              MR. VAUGHN:  How do we go about trying
16    to break that cycle, is based -- it's not --
17    it's not as easy as it sounds.
18                    So like people being prisoners
19    in they own homes, that's like, like she say,
20    you have a lot of parents that's addicted to
21    drugs.  So nine times out of ten there you got
22    young men and young ladies that's out here
```

1    that's breaking the law, but they are the

2    breadwinners in the house.  They are the ones

3    paying all the bills in the house, in the home,

4    because the mother and father is no -- is not

5    active.  Is inactive.  So if you're inactive and

6    you have bills and you have to eat and you want

7    a roof, unfortunately, it's the wrong thing to

8    do, but that's the only way that they have.

9                       So we -- that's how come I

10   need -- that's how come again I ask for

11   everybody, all community leaders.  The Aldermen,

12   who all that's here, is if there's anything that

13   you have, you know, get involved with some of

14   these organizations that's around your

15   community.

16                       Because I know us at the

17   Albert Vaughn, Sr. -- Jr. Foundation, we send

18   out stuff to all the Aldermen.  We ask for help.

19   Because without your help, you know, a lot of

20   funding is not out here, but we still reach out

21   to try to save our youth because the youth is

22   tomorrow.

CITY000222

1    And we want them to know that

2    we know that their dream is for tomorrow.  And

3    that they can do and become any and everything

4    that they want, still at this time of year.  At

5    time -- 2010, it don't make -- we got to stick

6    in there and stick up for our youth, and let

7    them know that we care.

8    And they are young kings and

9    queens.  It's not a black thing.  It's not a

10   brown thing.  It's an American thing.

11   ALDERMAN FIORETTI:  Thank you.

12   MR. VAUGHN:  Thank you.

13   CHAIRMAN BEALE:  Thank you so much.

14   No other questions?  Thank you.

15   MR. VAUGHN:  Thank you.

16   CHAIRMAN BEALE:  All right.  Reverend

17   Stanley Davis and Carrie Birk.  Reverend Birk.

18   I'm sorry.  Reverend Davis.  State your name.

19   MS. BIRK:  Good afternoon to everyone

20   and to the Aldermen and City Council.  I would

21   like to express myself.  My name is Carrie Birk.

22   I am a community worker.  I'm a community

CITY000223

122

1    trainer.  I'm also a crime stopper.

2                    I am a person that stops crime

3    within communities.  I have worked in the

4    community for 33 years with the Police

5    Department.  I know a lot about the community.

6    I know a lot of things that have happened in the

7    community.  I have turned it in to the police.

8                    I have closed down drug

9    houses.  I have got gangs off the streets, and

10   my grandson got killed around the corner from

11   me.  And they never found out who did it, but he

12   got killed around the street.  I don't know how

13   he got killed.  All I know is he got killed.

14   And I'm still fighting trying to find out who

15   did it, but I haven't.

16                   And I also go to the community

17   meetings to try to stop some of the crime on the

18   streets and get information from other peoples

19   and walk -- I have walked door to door to talk

20   to peoples about the drugs and the gangs and why

21   peoples are getting killed in the community.

22                   The community people need to

1    come together.  We can stop crime.  We don't
2    need no people to come in to do nothing for the
3    -- from out of state and stuff to come in to
4    stop the crime in our community.  The community
5    people need to come together and we can stop our
6    own crime.
7                      Our own crime need to be
8    stopped within the community.  Go door to door.
9    Come together.  Have some meetings on the
10   street.  Come with the Police Department to the
11   community that you scared.  Because I'm not
12   scared of nothing.  Come to the community with
13   the people, with the police when they have roll
14   calls.  Have the people to come out into the
15   street with them if they want to come out.  They
16   need to come out.  Because I told them everyday,
17   they need to come out for this, and that will
18   stop the crime within our community.
19                      We don't need nobody to come
20   in to stop the crime for us.  We can stop our
21   own crime.  Crime was not like this when we all
22   was out on the street.  They took part of the

CITY000225

1    CAPS away from us.  It's been taken from us.

2                     Some of the community peoples

3    have been taken away from us.  A lot of my

4    community peoples that I had working with me

5    have died, and I'm trying to recruit more people

6    to come in with me so we can go back to the

7    streets and talk to more people.  That's what we

8    need.  And talk to the community people because

9    they see -- they don't want to see this stuff.

10   They don't want to see -- know when people going

11   to get killed.

12                     Because I called in the police

13   the other day and told them that somebody had

14   called me from Ohio.  And I turned it in to the

15   police.  They went downtown to the bus stop and

16   got both of them off of the bus.

17                     I get people from all over the

18   world calling me just about wanting to know how

19   I do all this.  But I do it.  I'm not getting

20   paid to do this.  The police is getting paid to

21   do it, but I'm out there doing it.  I do it.

22                     I'm a crime fighter and I

1    fight crime.  And I love fighting crime.  And
2    that's what I need people to come with me.  They
3    call me.  I don't get no name when a person call
4    me and tell me something.  I write down what
5    they tell me.  I turn it over to the authority.
6    The authority work from me to them.  And that's
7    how we going to stop crime in the city of
8    Chicago.
9              CHAIRMAN BEALE:  All right.  Any
10   questions?
11                   All right.  We want to thank
12   you so much for your passion.
13             MS. BIRK:  Sure.  Thank you.
14             CHAIRMAN BEALE:  All right.  Next we
15   have Juilet Leftwich.
16             MS. LEFTWICH:  Good afternoon,
17   Chairman Beale, committee members.  My name is
18   Juilet Leftwich, and I'm the Legal Director of
19   Legal Community Against Violence.
20                   We're a national law center
21   that was formed in the wake of the 101
22   California Street shooting in San Francisco in

1    1993.  We provide free legal assistance to state

2    or local governments seeking to adopt or defend

3    laws to reduce gun violence.

4                    We've worked with state and

5    local legislators nationwide on the development

6    and drafting of strong legally defensible laws

7    to reduce firearms-related deaths and injury.

8                    We helped Washington, DC

9    rewrite its laws in the wake of the *Heller*

10   decision in 2008, and I'm pleased to be here

11   today to offer our recommendations regarding the

12   ways in which Chicago can strengthen its laws in

13   the wake of the Supreme Court's decision

14   yesterday in the *McDonald* case.

15                   For the record, I've submitted

16   a list of relevant studies and statistics in

17   connection with my testimony here today.

18                   I'd like to begin by

19   discussing laws requiring the registration or

20   licensing of firearms.  Laws requiring the

21   licensing also called the permitting of gun

22   owners and the registration of guns provide the

1  foundation of responsible gun policy.  Those

2  laws are analogous to laws requiring vehicle

3  owners to register their vehicles and to obtain

4  a license demonstrating that they know the rules

5  of the road and that they are confident to drive

6  a car.

7                    Firearm owner licensing or

8  permitting laws have two primary goals.  The

9  first is to reduce the number of unintentional

10  shootings by ensuring that gun owners know how

11  to safely use and store firearms.

12                    Those laws also increase

13  compliance with existing firearms laws by

14  requiring gun owners to demonstrate knowledge of

15  those laws.

16                    In general, a firearm permit

17  should only be issued to persons who pass a

18  comprehensive criminal background check to

19  ensure that they are eligible to possess

20  firearms under applicable law; are over a

21  particular age, for example the age of 18.  In

22  Illinois that that person possess a valid

1    firearm owner identification or FOID card and

2    they complete a firearm safety and training

3    course.  This would typically entail instruction

4    in the classroom, as well as hands-on training

5    in firearms, and the operation of firearms.

6              The local Chicago regulation

7    would compliment state law since no training is

8    required currently for a FOID card and since

9    FOID cards are valid for ten years.  We would

10   recommend that a permit in Chicago expire much

11   sooner than ten years because it's important

12   that the screening process in a dense urban

13   environment, such as Chicago, occur more

14   frequently.

15             In 2008, Mayors Against

16   Illegal Guns, a group of hundreds of mayors

17   formed by Major Bloomberg and Mayor Menino,

18   released a report examining the relationship

19   between gun laws and the flow of illegal guns

20   between states.  That report found that states

21   that require a purchase permit for all handgun

22   sales, export crime guns at less than one-third

1    the rate of those that don't.  In other words,

2    guns sold in states with strong handgun

3    permitting laws end up being recovered in crimes

4    in other states at a significantly lower rate.

5                    Americans strongly support

6    licensing or permitting laws.  A nationwide poll

7    conducted in 2001 found that 85 percent of the

8    respondents, including 73 percent of gun owners,

9    favored laws requiring purchasers to obtain a

10   permit before buying a handgun.

11                   Licensing or permitting laws

12   are most effective when adopted in connection

13   with registration laws.  Firearm registration

14   laws are crucial to public safety.  As the

15   Superintendent testified, those laws furnish law

16   enforcement with essential information about

17   firearms ownership facilitating the fast and

18   reliable tracing of guns found at crime scenes.

19   They also help protect law enforcement officers

20   responding to calls for assistance, for example,

21   in domestic violence incidents, by allowing the

22   officers to determine in advance by checking a

1   database whether the individuals involved might
2   possess firearms.
3           They also facilitate the
4   return of lost or stolen firearms, and help
5   ensure through periodic background checks that
6   all registered owners remain eligible to possess
7   firearms under applicable Federal, State and
8   local law.
9           A study by another witness
10  here today, Daniel Webster and others, analyzing
11  firearm tracing data of crime guns recovered in
12  25 U.S. cities revealed that states with some
13  form of both registration and licensing have
14  greater success keeping firearms initially sold
15  by dealers in the state from being recovered in
16  crimes in states without such systems in place.
17          Public polls show that there's
18  overwhelming public support for registration
19  laws, as well. A 2001 national poll showed 83
20  percent of respondents, including 72 percent of
21  gun owners, favor handgun registration laws.
22          Laws requiring the reporting

1      of lost or stolen firearms also are important
2      components of responsible gun policy.  Chicago
3      already has a reporting requirement in effect,
4      but that currently includes a subjective
5      standard, meaning that a person only needs to
6      report a lost or stolen firearm when they
7      discover the lost or theft.
8                        The problem with that
9      subjective standard is that it's difficult to
10     prosecute a person because that person can
11     always say that he or she simply did not know
12     that his or her gun had ever been lost or
13     stolen.  So an objective standard makes it much
14     more easily to prosecute violations of the law.
15                       A Mayors Against Illegal Guns
16     study found that lost or stolen firearm
17     reporting laws can help law enforcement more
18     easily identify and prosecute gun traffickers.
19     That report found that states that require the
20     reporting of lost or stolen firearms are less
21     than one-third as likely as states that do not
22     require such reporting to be the source of a gun

1    recovered in an out-of-state crime.

2           The International Association

3    of Chiefs of Police recommends that state and

4    local governments mandate the reporting of lost

5    or stolen firearms.

6           A 2009 poll in Illinois found

7    that 95 percent of the respondents support

8    requiring gun owners to inform law enforcement

9    if any of their guns are lost or stolen,

10   including nine out of ten gun owners.

11          We would also recommend that

12   the City consider a law limiting the number of

13   handguns that an individual in the city may

14   possess.  Such laws are sound public policy for

15   several reasons.  First, they would help reduce

16   gun-related crimes since homicides are most

17   often committed with handguns.  In 2008 alone,

18   handguns were used in 402 homicides in the city.

19   These laws will also help reduce gun

20   trafficking, since gun traffickers often buy

21   guns in bulk and then resell them on the black

22   market.

1          In fact, studies show that

2    handguns sold in multiple sales to the same

3    individual purchaser are frequently used in

4    crime and state laws restricting multiple sales

5    of firearms help stem the flow of illegal guns

6    between states.

7          Second, it makes sense from a

8    policy perspective to try to reduce overall

9    levels of gun ownership since studies have shown

10   that states with higher rates of gun ownership

11   have higher rates of homicide and suicide than

12   states with lower rates of gun ownership.

13          Handguns pose a particular

14   risk of suicide and unintentional injury.  A

15   California study found that in the first year

16   after handgun purchase, suicide was the leading

17   cause of death among handgun purchasers.  And

18   that in the first week after the purchase of a

19   handgun, the firearms suicide rate among handgun

20   purchasers was 57 times as high as the adjusted

21   rate in the general population.

22          And another study found that

1   the risk of dying from an unintentional gunshot

2   injury was significantly higher for adults

3   living in homes with guns and even higher if the

4   gun was a handgun.  The International

5   Association of Chiefs of Police recommends that

6   state and local governments adopt laws limiting

7   multiple handgun sales.  Opinion polls show

8   consistent public support for such laws as well.

9               A comprehensive registration

10  law would not violate the Second Amendment.  As

11  Ms. Georges previously testified, in *Heller II*

12  perhaps -- excuse me.  Perhaps she didn't

13  testify regarding this.

14               There was a lawsuit, which we

15  call *Heller II*, which was filed in -- after

16  Washington, DC adopted comprehensive laws in the

17  wake of the *Heller* decision, and the City's

18  comprehensive registration law included a

19  firearm training component, it limited multiple

20  sales, and it required the reporting of lost or

21  stolen firearms.  And the district court in that

22  case found that the law was critical to

1    accomplishing the district's public safety

2    goals.  There's no reason to think that a law

3    limiting the number of handguns a person may

4    possess would violate the *Heller* decision.

5              The Court yesterday said, it

6    reiterated what it had held in *Heller*, that the

7    Second Amendment protects the right to possess a

8    handgun for self-defense.  Did not say that a

9    person has a constitutional right to possess an

10   unlimited number of handguns in the home for

11   self-defense.

12             Chicago should also continue

13   to ban the open and carrying concealed firearms

14   as state law currently does.  It's particularly

15   important to have such laws in effect in densely

16   populated urban areas, such as Chicago.  Instead

17   of improving safety, the open and carrying

18   concealed of firearms needlessly increases the

19   likelihood that everyday interpersonal conflicts

20   will turn into deadly shootouts.  There's simply

21   no credible statistical evidence that shows that

22   allowing the carrying of weapons reduces crime.

1          In fact, research confirms the

2    common sense conclusion that more guns simply

3    create more opportunities for injury and death,

4    not fewer.  Open carrying a firearm intimidates

5    the public and poses particular challenges for

6    law enforcement officers who must respond to 911

7    calls from concerned citizens about people

8    carrying guns in public.

9          An open carrying movement

10   emerged in California over the last years with

11   proponents of the law open -- brazenly carrying

12   open guns in places like coffee shops and

13   restaurants and in public parks.  As a response

14   the California legislature has moved to ban open

15   carrying, and we believe that law will pass this

16   session.  A 2010 poll of registered voters

17   showed that a majority oppose laws allowing open

18   or concealed carrying of firearms in public

19   places.

20         Finally, we would recommend

21   that new regulations that the City may consider

22   include child safety provisions.  Such a law

1    could extend the State's child access prevention
2    law, which makes it unlawful for a person to
3    leave a gun accessible to children in the home,
4    to children who are under the age of 18, since
5    older teenagers are the particularly high risk
6    age group.  State law currently applies only to
7    children who are 13 years or under.  Professor
8    Webster will testify in greater detail about the
9    dangers that unsecured guns pose to children in
10   the home.
11              In closing, I would say that
12   my organization applauds the City of Chicago for
13   your strong leadership in the area of gun
14   violence prevention and for seizing this
15   opportunity in the wake of the *McDonald* decision
16   to enact strong laws to protect those who live
17   here, and work here, and come to visit.
18              Please know that my
19   organization will be available to provide
20   whatever assistance we can as the City moves
21   forward.  Thank you very much.
22              CHAIRMAN BEALE:  Thank you.

```
 1                    Currently, are you working
 2    with Mara Georges from Corporation Counsel?
 3                    MS. LEFTWICH:  Yes.  We have been in
 4    consultation with them, Corporation Counsel.
 5                    CHAIRMAN BEALE:  Is it your expert
 6    testimony based on what you have just said that
 7    more guns leads to more violence?
 8                    MS. LEFTWICH:  Yes.
 9                    CHAIRMAN BEALE:  And more suicides?
10                    MS. LEFTWICH:  Yes, and more
11    unintentional shootings as well.
12                    CHAIRMAN BEALE:  Because of the
13    accessibility?
14                    MS. LEFTWICH:  Exactly.
15                    CHAIRMAN BEALE:  Thank you.
16                    Any questions?  Alderman
17    Fioretti.
18                    ALDERMAN FIORETTI:  Thank you,
19    Mr. Chairman.
20                    The -- I know the Corporation
21    Counsel said one gun per limit, and I think
22    that's probably reasonable.  In your view though
```

1    it sounded like you were hedging that it's

2    possible that one may be limited in terms of an

3    ownership by an individual?

4              MS. LEFTWICH:  No.  What I was saying

5    is that, you know, it's a brand new world

6    legally in terms of gun laws in the wake of the

7    *Heller* and *McDonald* decision.  And what the

8    Court said in *Heller*, and the Court reiterated

9    yesterday in *McDonald*, is that a person has a

10   right in the home to possess a handgun for

11   self-defense.  But it said a handgun.  So

12   there's nothing in the decision to suggest that

13   people have a constitutional right to stockpile

14   handguns in their homes for self-defense.

15             ALDERMAN FIORETTI:  Excellent.  That's

16   good for our drafting of the ordinance.

17                  Secondly, on loss and theft,

18   what have you seen nationwide in terms of

19   reporting on loss and theft issues?  What do we

20   need to be cognizant of as an ordinance is

21   drafted here?

22             MS. LEFTWICH:  Well, reporting of lost

140

1    or stolen firearms laws have been adopted widely

2    in the country at the state and local level.   In

3    addition to the time period, I think currently

4    your law has a very reasonable time period.   I

5    believe it may be within -- the reporting needs

6    to happen within 48 hours or 72 hours.   So

7    that's important to have it be a reasonable time

8    period.   Some laws say it needs to be a week or

9    within 14 days.   So the sooner -- the shorter

10   the time period, the better.

11                   But the specific component

12   that I was talking about, and hopefully I was

13   clear, is the idea of a person needing to report

14   lost or stolen firearms when they discover it,

15   which is a very subjective standard, and a

16   person can always say, hey, I never discovered

17   it, you can't prosecute me; versus an objective

18   standard which says when the person knew or

19   should have known that their gun had been lost

20   or stolen, that's when the reporting requirement

21   is triggered.

22                   ALDERMAN FIORETTI:   Thank you.

CITY000242

1    CHAIRMAN BEALE:  Any other questions?
2  Thank you so much for your testimony.
3    MS. LEFTWICH:  Yes.  Thank you.  My
4  pleasure.
5    CHAIRMAN BEALE:  We're going to take a
6  five minute recess.  We'll be back at 3:27.
7    (WHEREUPON, a brief recess
8    was held.)
9    CHAIRMAN BEALE:  All right.  Our next
10  person we have is Daniel Webster.
11    MR. WEBSTER:  Good afternoon,
12  Chairman.  Thank you for the opportunity to
13  testify here today.
14    My name is Daniel Webster.
15  I'm Co-Director of The Center for Gun Policy and
16  Research at Johns Hopkins.  I'm also a professor
17  in the School of Public Health there.
18    However, I just want to be
19  clear from the onset that my statements here
20  today are my own.  They don't reflect any
21  official position of Johns Hopkins University or
22  my center.

1           I've studied gun violence and

2    its prevention for about 20 years now, and I've

3    worked with several cities on their policies and

4    procedures to address the problem of gun

5    violence.

6           I come here today to urge the

7    Council to develop a comprehensive set of

8    policies and procedures to regulate guns that

9    are grounded in the best science that we have.

10          Based upon my reading of the

11   science and the studies that I have conducted

12   myself, I feel the most effective gun policies

13   have the following basic elements:  First, they

14   proscribe the most high-risk individuals from

15   possessing firearms.  Secondly, they establish

16   accountability measures to discourage illegal

17   transfer to those proscribed individuals.  They

18   prohibit the sale, possession and use of

19   particular kinds of firearms that are more

20   dangerous than other firearms.

21          And finally, that they impose

22   other measures to protect public safety that --

143

1   without substantially interfering with the

2   ability of law-abiding adults to have guns in

3   their home -- a gun in their home.

4              Compared with other states,

5   Illinois, I'm thankful, has relatively high

6   standards for legal gun possession.  However, I

7   think Chicago can improve these standards in a

8   few ways based upon the scientific evidence

9   available to us.

10             What should come as common

11  sense, but also is backed by sound science, is

12  that those with a track record of committing

13  criminal violence are at much higher risk for

14  future commission of violence.

15             And while, of course,

16  federally and in most states prohibit felons

17  from possessing firearms, there's a good bit of

18  research to say that misdemeanants who have been

19  convicted of crimes involving violence, as well

20  as crimes -- misdemeanors involving drugs, and

21  alcohol and misuse of firearms, are at

22  substantially higher risk of committing violent

1    offenses than our truly law-abiding adults.

2    There's good research from the State of

3    California to back this up.

4              Another category of high-risk

5    individuals, of course, as it's been mentioned

6    before, are domestic violence abusers.  Research

7    that I have been involved in that studied

8    couples where there was intimate partner

9    violence, we found that the single factor that

10   increased the risk of lethal outcomes the most

11   was the abuser's ownership of a firearm.  It

12   increased the risk for lethal outcomes by

13   fivefold.

14              There are policies that have

15   been put in place to restrict access to violent

16   misdemeanants as well as domestic violence

17   abusers, and there's research that showed that

18   those policies are associated with lower risks

19   of committing violence and domestic homicides.

20              Another category of

21   individuals that is prudent to keep firearms

22   from, of course, are individuals with substance

1    abuse problems.  I believe the practical and

2    defensible way of identifying alcohol abusers

3    would be to proscribe possessing firearms to

4    anyone who has committed two or more violations

5    of driving under the influence of alcohol or

6    illegal drugs over a five-year period.

7                     There have been a number of

8    studies to show that repeat offenders of drunk

9    driving have a fairly high level of substance

10   abuse problems, as well as other psychiatric

11   disorders, have problems with self-control, and

12   also have a fairly high rate of rearrests for

13   other types of violent crimes.

14                     In addition to setting high

15   standards for legal firearm ownership, Chicago

16   should set a regulation of enforcement

17   procedures to reduce the likelihood that

18   dangerous people can obtain firearms.

19                     As was just explained by

20   Ms. Leftwich, the combination of a permitting

21   system for firearm purchasers, as well as a

22   registration system for the firearms that they

1    possess, appears to be the most prudent way, set

2    of policies to try to keep guns from leaking

3    into the hands of dangerous individuals.

4              I led a study that examined

5    guns used in crime in a number of cities across

6    the country.  What we found was that in cities

7    that had those combination of policies, it was

8    relatively rare for violent offenders -- for gun

9    offenders to have guns that came from those --

10   from the places with those set of policies.

11             When they were able to get

12   them, they had to sort of in essence export them

13   from states that had much weaker laws.  There's

14   a clear and consistent relationship that where

15   there are more comprehensive sets of regulations

16   and -- such as permitting and registration that

17   guns are less likely to get into hands of

18   criminals.

19             Another area I want to touch

20   upon, based upon research that I've done and

21   others, has to do with the safe storage of

22   firearms.  It's been underscored by the

CITY000248

1    Superintendent and others that young people are

2    high risk for harming themselves or others if

3    they gain access -- unsupervised access to

4    firearms.

5                    There have been several

6    studies that have shown that unlocked guns in

7    the home is among the highest -- the things that

8    increases the risk for teen suicide.  Similarly,

9    we have found in studies that I have led that --

10   that places that have policies requiring gun

11   owners to safely store their guns away from

12   youth have significantly lower rates of teen

13   suicide.

14                    As Ms. Leftwich also

15   recommended, I also recommend that the City of

16   Chicago go beyond what the State of Illinois

17   does in terms of its safe storage law only

18   protecting youth up to age 14.  The rates for

19   both unintentional firearm death, as well as

20   suicide, go up very, very substantially when you

21   go from, say, 14 to 17.

22                    Just to give you an example,

1    if you compare the rates for suicide for a

2    14-year-old versus a 17-year-old, the

3    17-year-old has about a 300 percent higher rate

4    of suicide.  So it is very prudent and backed by

5    scientific data that those youth should be

6    protected; the youth ages 15 to 17.

7                    The final thing that I want to

8    talk about is the banning of what some refer to

9    as junk guns.  These are -- tend to be highly

10   concealable firearms, very poorly constructed,

11   and therefore are quite inexpensive.

12                   Studies that I have been

13   involved with and others have shown that they're

14   much more likely than are other guns to

15   subsequently be involved in crime.  Studies I

16   have also led has found that -- we studied the

17   flow of guns to criminals in many cities in the

18   Midwest, including Milwaukee.  And there was --

19   there was a very large gun dealer that kind of

20   dominates the local market in the Milwaukee

21   area.

22                   And when that dealer decided

1    to stop selling these types of junk guns, our
2    research found that the rate at which the guns
3    from those -- that dealer going into the
4    criminal's hands dropped by 77 percent.
5                     Finally, when -- there's
6    several studies -- several states, excuse me,
7    that had banned these types of guns, including
8    Maryland.  We studied the effects of Maryland's
9    law and found that it was associated with a
10   significant reduction in firearm homicides.
11   This equated to approximately 40 lives saved per
12   year over the nine-year period that we studied
13   post -- after the law went into place.
14                     So that concludes my remarks.
15   And I'll answer any questions.
16                     CHAIRMAN BEALE:  Any questions from
17   the Committee?  Alderman Fioretti.
18                     ALDERMAN FIORETTI:  Thank you.
19                     You know, you did an analysis
20   on the junk guns, and I am completely in favor
21   of that, too.  It concerns me on -- as we try to
22   evaluate, and we've heard this over and over

1    from the media about the effects in this -- of

2    the gun restrictions, the ban we have, however

3    you call it.  Whatever you want to call it.

4              What is your view in terms of

5    the effectiveness of it?  And I know we can't

6    say that, you know, if there would've been more

7    guns on the street could have caused some other

8    violence.  But what is your view at this point?

9              MR. WEBSTER:  So my understanding is

10    that the research that examined the effect of

11    this law found that there was temporarily a

12    beneficial effect, but that may have -- that

13    beneficial effect may have eventually been

14    swamped by a combination of issues related to

15    increased related drug violence, as well as of

16    course trafficking.

17              There's also, I think quite

18    relevant to this discussion is, what do we know

19    about research on the District of Columbia's

20    similar handgun ban?  There was a study of that

21    law that developed an estimate -- estimated that

22    it reduced gun homicides by about 25 percent in

```
 1    the city.  Similar percent reduction for
 2    suicides as well.
 3              ALDERMAN FIORETTI:  And I understand
 4    that, especially on the suicide numbers which
 5    concern me.  I know someone that just -- a
 6    family that had a suicide within their family.
 7    The father found it, and the son who killed
 8    himself just recently.
 9                   And, you know, I ask these
10    questions because as we try to sort out and try
11    to reduce violence across the board, we need to
12    find answers on this availability of guns in our
13    society and the availability of guns in our
14    city.  And I'm so concerned with it because
15    people don't -- they randomly, you know -- they
16    don't know what they're shooting.
17                   I heard the one mother talk
18    about, you know, making sure we have our parents
19    -- the parents are involved in their children's
20    lives.  But at the same time, there's -- and she
21    wants to restore hope, and I think we all need
22    to do that.
```

152

```
 1              But effectively, you know --
 2    and restoring hope to our children is really
 3    difficult in this day and age for some reason.
 4    So what other solutions do you see that you can
 5    help us as a Council to undertake in terms of
 6    what we need to do?
 7              MR. WEBSTER:  Just more broadly to
 8    address the problem of violence, particularly
 9    youth violence, that sort of issue.
10              That's a great question.  You
11    know, youth violence is, of course, a very
12    complicated problem.  It has a lot of different
13    causes.  However, there are a number of
14    strategies that have been shown to reduce
15    violence, and they really have a very broad
16    spectrum.  From very, very early interventions
17    with parents to help them better know how to
18    take care of children, how to manage their
19    behaviors, how to supervise them, those kinds of
20    things.  There are also effective interventions
21    at the school level, and there are also
22    effective interventions at the community level.
```

1          I'm sure you're familiar with

2    Chicago Cease Fire Program that's been

3    evaluated, and there's some evidence that that

4    has been an effective program.  Baltimore has

5    adopted a similar type program that I'm studying

6    myself, and we found that in two of the

7    neighborhoods that we studied it reduced the

8    homicide rate by about 50 percent.

9               So I think the important thing

10   is -- I know we get bombarded with bad news.

11              ALDERMAN FIORETTI:  They don't write

12   about the good news, and they don't write about

13   kids that graduate.

14              MR. WEBSTER:  No.  They don't want to

15   write about that.  That's not going to be what's

16   dominating the media.

17              But the fact of the matter is

18   that there are things that work.  This isn't a

19   hopeless situation.  There are policies.  There

20   are programs that work, and I know there are a

21   number of people in Chicago working on those

22   things.

CITY000255

1        ALDERMAN FIORETTI:  Thank you.

2        MR. WEBSTER:  Thank you.

3        CHAIRMAN BEALE:  Thank you so much.

4        MR. WEBSTER:  I also just wanted to

5   make sure that -- all the research that I

6   referenced in my testimony I have all the papers

7   here; 19 studies supporting recommendations in

8   my comments.

9        CHAIRMAN BEALE:  Thank you.  We'll

10  submit that for the record.

11       MR. WEBSTER:  Yes.

12       CHAIRMAN BEALE:  Thank you once again.

13           Next we have Colleen Lawson,

14  David Lawson, and Yolan Henry, and Pamela

15  Hester-Jones.

16           State your name.

17       MR. LAWSON:  David Lawson.

18       MS. LAWSON:  Colleen Lawson.

19       CHAIRMAN BEALE:  Please proceed.

20       MR. LAWSON:  I actually came to ask

21  some questions.  I've been hearing a lot in the

22  news and seeing on TV and press releases about

1    the need in light of this recent decision to

2    create a handgun registry law and such.

3                    And I was under the opinion

4    that we already have a functioning handgun

5    registry on the books; that there are citizens

6    who may have grandfathered handguns, who have

7    been able to register them every year since

8    1982.

9                    And so I wondered in the light

10   of that, what is the rush for new enhanced

11   controls that we haven't needed before for these

12   individuals and other new individuals who might

13   want to register a handgun?

14              CHAIRMAN BEALE:  Thank you.  Okay.

15              MR. LAWSON:  Because it sounds like if

16   that's the case, then you haven't been keeping

17   us safe from these other people all these years.

18   All right.  So you can see how it sounds kind of

19   like an indictment.

20                    I was also a little dismayed

21   here even listening to the Aldermen and the

22   Council, that it didn't seem like they were too

CITY000257

1   familiar with what laws we already have on the

2   books, and I've seen it in some of the reports

3   on the news.

4           Last time I checked the

5   regulations we have fingerprinting.  It's up to

6   the Superintendent, if he decides he wants to

7   implement fingerprinting, and they haven't seen

8   fit to do that all these years.

9           I think that's really all I

10  have to say.

11          CHAIRMAN BEALE:  Okay.  Any questions

12  from the Committee?  Okay.

13          MS. LAWSON:  Thank you.

14          First of all, I understand

15  hearing in this session today that we have about

16  95,700 registered firearms in Chicago, and I

17  think I understood that we have 427 murders last

18  year, all of which were -- all except two which

19  were committed with handguns.

20          And if that's so, then that

21  would mean that the handguns are illegal.  So

22  the people who were using them were not

1    registered firearm owners.  So none of the

2    registered firearms owners who had 95,000

3    weapons were committing murders.  And I think I

4    have to wonder why so much punitive legislation

5    seems to be requested to be enacted against us.

6                    I've listened today and I've

7    heard the words "limit, prohibit, stop."  And

8    nowhere have I heard the words "let's teach."

9    Let's give our citizens the benefit of a doubt

10   that they can be looked at by this Council as a

11   responsible human being or citizens that we

12   would like them to grow up to be.

13                    I mean, even -- even dogs, if

14   you have a puppy, you don't just punish that

15   puppy for everything it does wrong.  You teach

16   them.  I haven't heard anyone here really

17   addressing what I considered to be the real

18   weapon, which is the violence in the hearts of

19   the people who would want to harm someone else.

20                    I haven't heard let's -- I

21   haven't heard let's teach people how to handle

22   frustration, how to become accountable, how to

CITY000259

1    recognize that they have choices and that the
2    consequences -- we will allow them to explore
3    the consequences knowing that those things will
4    come to pass.  Instead, I've just heard let's do
5    this and let's do that.
6                     I've spoken with people from
7    organizations and from areas here today where
8    people are being hurt, where everybody either
9    has a family member who has been shot or killed
10   or knows someone or a friend, where children
11   can't go to school without fear of being shot.
12   And I don't hear their real concerns being
13   addressed.  I don't hear let's, you know, let's
14   avail ourselves of --
15                    One person here, and I'm sorry
16   I don't know everyone's name who spoke, but one
17   person here mentioned checking out NRA insurance
18   for firearms.  And I thought, oh, well, there --
19   but it was only applying to the NRA.  And I
20   thought, okay, so they're not opposed to using
21   an organization which some people have disliked
22   for its name.  I'm not a member in any way of

1   the NRA, but I heard you saying it.

2               But I do know that the NRA has

3   free -- NRA and other organizations already have

4   in place programs that have been used for

5   decades that are free to teach firearm safety to

6   children; that are free or low cost to teach

7   firearm safety to adults.  I do know that homes

8   where people with children have grown up with

9   firearms in the home, the children that I've

10  seen, they are like, "no, I can get that at

11  home.  I don't need to see yours."

12              They won't -- they'll leave

13  the area if a firearm or a toy firearm is

14  handled unsafely.  I -- there's one other thing.

15              I wanted to know why if

16  Washington, DC is just beginning its firearm

17  policy, why am I hearing so much about using

18  that city as a model for how to do our own.  Why

19  not address one of the other hundreds, thousands

20  of cities that have had working firearm policies

21  in place for far, far, far longer where it

22  works, where the citizens can walk the streets

1    safely, more safely than they can here.  It's

2    kind of like the new teaching the new and it

3    doesn't make sense to me.

4                    I hear people saying here --

5    one thing that really bothered me is that I

6    heard someone say -- tell about the Chicago

7    State meeting that's tomorrow.  And instead of

8    saying, those who are interested in speaking or

9    learning for or against firearms should attend.

10   Instead, everything I've heard has been against,

11   against.  And what was said after that statement

12   was those who want to go and tell them how much

13   we dislike it should go.

14                    But this is -- this is our

15   city.  We're all here.  We're not divided into

16   pro-rights and anti-rights.  We're divided only

17   in the fact that some of us -- that we're all

18   looking for answers together and we all want to

19   be a cohesive unit living safely, raising

20   responsible citizens and knowing that the

21   government of our city and its citizens work

22   together and that you guys care about us and not

1    just want to tell us what to do as though we're

2    stupider than the rest of the country.

3                    And I think that's it.   Thank

4    you.

5                    CHAIRMAN BEALE:   Any questions from

6    the Committee?

7                    We want to thank you so much.

8    Good afternoon, ladies.   State your name for the

9    record.

10                   MS. HESTER-JONES:   My name is Pamela

11   Hester-Jones, mother of Lazarus Jones, 13 years

12   old, that was killed, murdered, senseless.

13                   I am here today to speak on

14   behalf of the young children's lives that was

15   taken to gun violence.   If I may call out the 32

16   names of the year 2007.

17                   Nova Henry, 24 years old.   Ava

18   Henry Kerry, 10 months.   Killed in the home.

19   Mother and daughter.

20                   Donte Smith, 19 years old.

21   Jessica Baker, 15 years old.   TruJohn Childs, 15

22   years old.   Donte Athens, 17 years old.   These

CITY000263

1    are the students that were killed in the homes
2    to guns -- with guns.
3                    The other names I will call
4    was also killed with guns but not in the homes.
5                    Filemande Haywood, 17 years
6    old.  Samuel Spencer, 19 years old.  Domont
7    Forton, 15 years.  Jessica Baker, 15 years old.
8    Terrence Baker, 15 years old.  Lewis Hernandez,
9    17 years old.  Donte Curtis, 14 years old.
10   Antonio Harris, 19 years olds.  Joseph
11   Hernandez, 18 years old.  Laura Josland, 12
12   years old.  Marcell Collins, 17 years old.  Troy
13   Law, 10 years old.
14              MS. HENRY:  Devin Sanderford, 16 years
15   old; shot, murdered.
16              CHAIRMAN BEALE:  Would you just state
17   your name for the record, please.
18              MS. HENRY:  I'm sorry.  For the
19   record, my name is Yolan Henry.
20                    Mother and grandmother of Nova
21   Henry and grandmother of Ava Henry Curry.  Both
22   murdered in their own home by a gun, who was

1   held by a law-abiding citizen, who was a lawyer,

2   who was a law official, who was registered to

3   carry a gun.

4           But due to the fact that he

5   had a gun in his possession made him feel that

6   he was above the law.  Superman.  He showed that

7   gun to my daughter every chance he got to

8   threaten her with it.  So him having a gun and

9   having it registered and having multiple guns

10  made it -- didn't make it better.  It didn't

11  make a safe home.  It didn't make his house feel

12  protected.  It didn't give him the right to

13  protect.  What it should have done was he needed

14  to be protected against.

15          I will continue with the names

16  of these children and other people of citizens

17  of this state, of this city who lost their lives

18  due to gun violence.

19          Devin Sanderford, 16 years

20  old; shot, murdered.  Peter Hernandez, 18 years

21  old; shot, murdered.  Dejuan Childs, 15 years

22  old; shot, murdered.  Andrique Shaw, 17 years

1    old; shot, murdered.  Lazarus Jones, not shot,

2    but murdered in the midst of a gun fight of

3    people holding guns, may they be registered or

4    not registered.

5              Kenneth Jones, 16 years old;

6    shot, murdered.  Blair Holt, 16 years old; shot,

7    murdered.  Christopher Watson, Marquis Jackson,

8    Quentin Jackson, George Carasquelo, Richard

9    Chambers, Christopher Peneda, Victor Quacelos,

10   Donte Atkins, Desiree Smith, Enrique Chavez,

11   Daryl Mitchell, Roberto Duran, and I'm sure

12   there are a host of other names that we may not

13   cover, but they do exist.  They were children.

14   They were human beings.  They were taken away by

15   guns, whether they were registered or not.

16             What these guns did to people

17   who owned them and who possessed them gave them

18   more of a Superman mentality to make them think

19   that gun makes them more powerful than another

20   person.  If you have a gun in your home, two

21   things are going to happen.  You're going to use

22   it or you're going to use it against someone

1   else.

2                 Now, what I'm going to say is

3   that, again, my daughter, Nova Henry, my

4   granddaughter ten months old, knew nothing about

5   even walking or talking yet, were both murdered

6   in her home. Most likely she was murdered by a

7   gun that she bought for her protection in her

8   home by this person who may have had her buy it

9   for him. He was a law-abiding citizen. He was

10   a lawyer, which maybe some of you officials may

11   have even known. He's come into the courts.

12   He's carried a gun in the court because he was

13   permitted to do so.

14                 And they are not here, as well

15   as these other kids are not here. And we as

16   parents have the voice that we have to speak up

17   for them.

18                 So what I want to say is that

19   no, we don't mean to violate your rights of

20   owning a gun. But it should not be violated for

21   anyone else to take the lives of people who

22   either owned a gun or did not. They did not

1    have that choice to make.  So we have to be here
2    to stand for that.
3                    I myself have thought about
4    owning a gun many times.  Thank God I didn't
5    because there would have been two occasions
6    where I would've used that gun.  And because I
7    did not have a gun in my home to protect myself,
8    I didn't go and kill someone else because my
9    anger was here at that point.
10                    That's all I have to say.
11                    CHAIRMAN BEALE:  Thank you.  Any
12    questions from the Committee?
13                    MS. HESTER-JONES:  I have something
14    else to say, if I can.  Do I have to state my
15    name again?
16                    CHAIRMAN BEALE:  Yes.
17                    MS. HESTER-JONES:  Pamela
18    Hester-Jones.
19                    I would also like to add the
20    guns in our homes should protect our children,
21    but it's not.  It's killing our children.  Every
22    day a child is shot to gun violence, and it's

1    very sad.  Thank you.

2              MS. HENRY:  I have one more.  Again,

3    my name is Yolan Henry.

4              The young lady -- the lady and

5    her husband who were here may have left.  She

6    said one thing that stuck in my mind.  What is

7    the rush?  The rush is that every -- I don't

8    know what the statistical time is, but every

9    minute it seems like a life is lost.  That is

10   the rush.  Because we cannot afford to keep

11   losing children, people in any case to any more

12   gun violence.  So that is a rush.

13              (Applause.)

14         CHAIRMAN BEALE:  Thank you.

15              Next we have Ernest Brown,

16   Acting Deputy Superintendent and Kevin Johnson,

17   Sergeant Johnson.

18         DEPUTY BROWN:  Good afternoon,

19   Chairman Beale, committee members and Aldermen.

20              My name is Ernest Brown.  I'm

21   the Acting Deputy Superintendent of the Bureau

22   of Patrol for the Chicago Police Department.

```
 1    I'd like to discuss at this point very briefly
 2    the importance of the City continuing to
 3    prohibit assault weapons and in addition
 4    prohibiting the carrying of weapons in public.
 5              Putting more guns on the
 6    street is not the answer to making the public or
 7    the police any safer, whether there's a traffic
 8    enforcement conducted by officers or officers
 9    responding to an in-progress call or domestic
10    call.  Each time someone other than a police
11    officer in an encounter is armed it changes the
12    dynamic of that encounter and raises the level
13    of danger to the officer and any innocent
14    civilians who may be nearby.
15              The risk of misuse or
16    intimidation is very high when guns are carried
17    in public.  Intimidation by gangs, in
18    particular, would increase if gang members could
19    lawfully carry arms in public.  In addition,
20    assault weapons remain a very real problem for
21    law enforcement.
22              Just last February on the
```

1    southeast side of Chicago, three teenagers age

2    14, 15, and 17 were shot and killed with an

3    assault weapon, an AK-47 in the middle of the

4    afternoon.  The gunman has been captured and is

5    awaiting trial, but we will never replace the

6    lives of these three children and the lives of

7    their families that have been forever changed.

8                      A year before that, two of our

9    officers from the 22nd District were responding

10   to a call of a man with a gun, and as they

11   approached they were immediately attacked by a

12   man who unbeknownst to them had shot and killed

13   his employer.

14                      This offender stood in the

15   middle of the street armed with an assault

16   weapon and fired at the responding officers.

17   Pinned down in their car by the firepower, the

18   superior firepower of the assault weapon, they

19   were forced to return fire from the safety of

20   their vehicle.  Luckily, our officers survived

21   and the man was captured.

22                      And it wasn't too long before

1    that that our gang unit -- gang enforce -- gang

2    investigations unit intercepted street gang

3    members as they were on their way to execute a

4    rival gang member on the west side.  As the

5    officers curbed that vehicle that was going to

6    make that hit, the street gang members inside of

7    the car began a shootout with the police.  One

8    of the weapons they used was an AK-47.

9    Fortunately, none of the officers were seriously

10   injured.  Two of the street gang members were

11   killed in that -- in the ensuing gun battle.

12                 Finally, it was just four

13   years ago that 14 year old Starkesha Reed was

14   shot and was killed with an assault weapon while

15   she was in her own home getting ready for

16   school.  These stories have become all too

17   commonplace.

18                 Of the 10,000 guns we recover

19   each year, approximately 350 of them are assault

20   weapons.  Since the Federal Assault Weapons Ban

21   ended in September of 2004, we've confiscated

22   more than 1800 assault weapons.

1          The International Association
2    of Chiefs of Police also joins us in the concern
3    for the dangers of assault weapons.  The IACP
4    has lobbied for years for the reinstatement of
5    the Federal Assault Weapons Ban in the 2003 and
6    2008 IACP resolutions.
7          Assault weapons by their very
8    nature are hazardous to the general public and
9    appropriate for use only under certain
10   conditions.  Assault weapons are not designed
11   for the purpose of self-defense in the home and
12   are not necessary for that purpose.
13         Assault weapons are a class of
14   semi-automatic firearms designed for military
15   use and features that allow for the rapid and
16   accurate spraying of fire.  They are not
17   designed for sport.  They are designed to kill
18   humans quickly and efficiently.
19         50 caliber sniper rifles
20   should also be specifically included in the ban.
21   These weapons are also used by the military for
22   their long range accuracy and massive power.

1    These are not the types of weapons that are used

2    for sport or that should be in the possession of

3    anyone other than law enforcement or military.

4    Allowing easy access to such highly lethal

5    military style weapons by individuals who pose a

6    danger to us, such as terrorists and other

7    felons, threatens the safety of our police

8    officers, our families and our communities.

9                        Police officers are at

10   particular risk from these weapons because they

11   are -- of their high firepower and a capability

12   of penetrating body armor and the fact that

13   officers are often the first to respond in these

14   dangerous situations.

15                        Recognizing this danger, we

16   have authorized specifically trained officers to

17   carry assault weapons in order to match the

18   firepower of the assault weapons that the

19   criminals are using.

20                        It is for this reason that we

21   will continue to push for an assault weapons ban

22   and why it is appropriate in our ordinances.

1    Thank you very much.

2              CHAIRMAN BEALE:   Thank you.   Any

3    questions from the Committee?

4                    Alderman Fioretti.

5              ALDERMAN FIORETTI:   Thank you.   And

6    thank you, Acting Deputy Superintendent.

7                    My question -- obviously, you

8    know, if we looked at what the Constitution

9    means or doesn't mean in light of this decision,

10   when these Amendments were first of all passed

11   and then the Fourteenth Amendment was passed,

12   you know, the type of guns that they had were

13   muskets and items that were, you know, nowhere

14   -- an assault weapon couldn't fire 3000 feet.  I

15   mean, they didn't have guns that could fire 3000

16   feet then, you know.

17                   And I would hope that we --

18   whatever we ban here, and we should ban assault

19   weapons, but again, we need -- I believe as I

20   look at this, this whole issue, the statewide

21   ban.  So we need, you know, very serious

22   penalties on all -- on crimes that are

1    committed.  That clear, clear, no discretion to
2    these judges that are weaseling out of the issue
3    that somebody has.  That mandatory prison for
4    the use of a crime -- the use of a gun during a
5    commission of a crime.  Mandatory imprisonment
6    for the use of assault weapons, especially
7    against -- not only against law enforcement
8    because law enforcement we, you know -- but
9    against any citizen we should have stiff
10   mandatory penalties for the use of a crime -- a
11   commission of a crime with a gun.
12                       And, you know, some of it has
13   to come down to Springfield because it's
14   obviously, you know, our laws here in this city
15   are very limited.  And we really don't --
16   they're not effective in a lot of ways, and we
17   need to encourage our state reps to take very
18   proactive stances.  And if they can't do it for
19   the whole state, do it for the County of Cook
20   for us to protect our citizens.  And I agree
21   100 percent if not more than what you're saying
22   that we have to ban the assault weapons.

1    So thank you very much for
2    pointing that out.  And thank you very much for
3    what the impact is because these -- I think some
4    of us forget what an assault weapon does and it
5    can mean.  So thank you.
6              DEPUTY BROWN:  Yes, sir.  Thank you.
7              CHAIRMAN BEALE:  Any other questions?
8    Sergeant Johnson.
9              SERGEANT JOHNSON:  Good afternoon,
10   Chairman Beale, committee members and Aldermen.
11   I am Sergeant Kevin Johnson from the Chicago
12   Anti-Gun Enforcement or Cage Team of the Chicago
13   Police Department.
14             In several of our
15   investigations tracing crime guns, we found that
16   some people unlawfully sell weapons they had
17   purchased illegally.  They may supply them to a
18   street gang to be accepted in a gang, or because
19   they are part of the gang, or perhaps just to
20   make money.
21             Whatever the reason, it is
22   unlawful to sell firearms unless the purchaser

CITY000277

1    is a FOID cardholder and the other transfer

2    requirements are met.  Gun runners and straw

3    purchasers often proceed in this manner.

4                    Oftentimes when a gun is

5    traced back to an original owner, the owner

6    claims surprise and says that the gun must have

7    been lost or stolen, although they have never

8    reported the lost or the theft to the police.

9                    It is not uncommon for some

10   people to claim that several of their firearms

11   have been lost or stolen, but no reports have

12   ever been made.  The result is, unless they are

13   caught, these gun runners are allowed to

14   continue their practice of selling guns

15   illegally.

16                    People should immediately

17   notify the Police Department if a firearm is

18   lost or stolen.  Not reporting lost or stolen

19   guns puts law enforcement at a disadvantage in

20   tracking down those guns and the criminals who

21   use them.

22                    Requiring firearm owners to

1    report lost or stolen firearms would serve

2    several public safety functions.  It can help

3    detect and deter gun trafficking and discourage

4    straw purchasing.  In addition, the City can

5    revoke the permit of anyone who failed to report

6    a lost or stolen firearm, as well as subject

7    them to a fine or jail time.

8                        A 2008 report by the Mayors

9    Against Illegal Guns concluded that lost or

10   stolen firearm reporting laws can help law

11   enforcement more easily identify and prosecute

12   gun traffickers.  Further, a 2007 report by the

13   International Association of Chiefs of Police

14   recommends that state and local governments

15   mandate the reporting of lost or stolen firearms

16   and that early awareness of every lost or stolen

17   gun will enhance law enforcement's ability to

18   recover those guns and reduce gun violence.  The

19   requirement will also protect law-abiding gun

20   owners by making it easier for law enforcement

21   to locate a lost or stolen firearm and return it

22   to its owner.  Timely and immediate reporting of

1    gun thefts or losses would enable us to trace

2    guns more effectively and will make the

3    successful prosecution of those with stolen guns

4    more likely.

5                     Finally, requiring gun owners

6    to be more accountable and personally

7    responsible for their weapons would protect them

8    from unwarranted criminal accusations if they

9    suffered a legitimate loss or theft.  Thank you.

10        CHAIRMAN BEALE:  Any questions from

11   the Committee?  Alderman Fioretti.

12        ALDERMAN FIORETTI:  And I am trying to

13   find solutions to this problem that we're faced

14   with so...

15                     You know, it's the same

16   question that we asked the woman who -- the

17   expert who was here.  What should -- what is an

18   appropriate time period that you think on

19   reporting a stolen or lost weapon, especially

20   now that homes, according to this decision,

21   maybe people can have a gun in their homes?  So

22   what would be the appropriate time frame?

1           SERGEANT JOHNSON:  The appropriate

2  time frame would be immediately.  The moment

3  they find out they need to notify the Police

4  Department.  Let somebody know.

5           ALDERMAN FIORETTI:  And she was

6  advocating a 48-hour period.  And I agree with

7  you immediately because we've just now put

8  another gun out on the street.

9                So what do you think should be

10  the penalty then to the gun owner who has failed

11  to make the reporting?

12           SERGEANT JOHNSON:  Well, I can't

13  recommend a specific penalty.  That's before

14  other bodies.  But in terms of reporting, they

15  should let us know -- if she's recommending 48

16  to 72 hours, that would be sufficient.  I mean,

17  whatever it takes to let people know that they

18  need to tell someone that this gun is not in

19  their possession and it's in the street.  We

20  need to know.

21           ALDERMAN FIORETTI:  Thank you.

22           CHAIRMAN BEALE:  Any other questions?

1    Thank you so much.

2              SERGEANT JOHNSON:   Thank you,

3    Chairman.

4              CHAIRMAN BEALE:   Phyllis Palmer and

5    Commissioner Azim.  All right.

6                        For the record, we have seven

7    additional studies that people submitted for the

8    record.

9                        We, of course, have the

10   materials submitted by Juliet Leftwich.  Also,

11   we have Homicide and Geographic Access to Gun

12   Dealers in the United States; Taking a Stand,

13   Reducing Gun Violence In Our Communities; Gun

14   Violence Among School-Age Youth in Chicago.  We

15   also have a press release by Violence Policy

16   Center, and that's police are involved in more

17   than one out of every four assault weapons.

18                       Gun Storage Policies and Risk

19   of Youth, Suicide, and Unintentional Firearm

20   Injuries.  Also, we have Household Firearms

21   Stored Safely and the Movement of Illegal Guns

22   in America.

181

```
1                    All those will be submitted
2    for the record.  This Committee will stand in
3    recess until 10 o'clock Thursday.  This meeting
4    is adjourned -- or recessed.
5                         (WHEREUPON, the hearing is in
6                          recess until July 1, 2010 at
7                          10:00 a.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

182

```
1   STATE OF ILLINOIS  )
                       )
2   COUNTY OF C O O K  )

3

4

5                I, DONNA T. WADLINGTON, a

6   Certified Shorthand Reporter, doing business in

7   the County of Cook and State of Illinois, do

8   hereby certify that I reported in machine

9   shorthand the proceedings in the above entitled

10  cause.

11               I further certify that the

12  foregoing is a true and correct transcript of

13  said proceedings as appears from the

14  stenographic notes so taken and transcribed by

15  me this 30th day of July, 2010.

16

17

18      _____

19      DONNA T. WADLINGTON
        CSR #084-002443
20

21

22
```

WADLINGTON REPORTING SERVICE, INC.
(312) 372-5561

CITY000284

'
'06 [1] 74/16
'07 [1] 74/16
'08 [1] 74/16
'82 [1] 93/1
'97 [1] 35/7

0
002443 [1] 182/19
084-002443 [1] 182/19

1
10 [4] 9/18 161/18 162/13 181/3
10 percent [1] 95/8
10,000 [6] 65/12 72/8 72/17 74/14 87/16
 170/18
100 [1] 88/7
100 percent [2] 97/4 174/21
101 [1] 125/21
10:00 [1] 181/7
11 [2] 19/22 20/1
12 [1] 162/11
13 [2] 137/7 161/11
13 miles [1] 9/20
13,000 [1] 74/17
13,500 [1] 80/22
130 [1] 3/9
14 [6] 140/9 147/18 147/21 162/9 169/2
 170/13
14-year-old [1] 148/2
15 [8] 148/6 161/21 161/21 162/7 162/7
 162/8 163/21 169/2
16 [4] 162/14 163/19 164/5 164/6
17 [8] 147/21 148/6 161/22 162/5 162/9
 162/12 163/22 169/2
17-year-old [2] 148/2 148/3
18 [4] 127/21 137/4 162/11 163/20
1800 [1] 170/22
1862 [1] 22/7
19 [4] 154/7 161/20 162/6 162/10
1960's [1] 19/9
1980's [1] 64/18
1982 [4] 19/16 19/20 33/18 155/8
1993 [1] 126/1
19th [1] 34/8
1:00 [1] 1/13
1:10 [1] 2/1

2
20 [1] 142/2
2001 [2] 129/7 130/19
2003 [1] 171/5
2004 [1] 170/21
2005 [1] 71/3
2007 [6] 61/15 72/7 72/12 72/13 161/16
 177/12
2008 [10] 7/7 72/7 72/12 72/15 112/20
 126/10 128/15 132/17 171/6 177/8
2009 [2] 8/16 132/6
2010 [5] 1/13 121/5 136/16 181/6 182/15
21 [1] 69/7
22nd [1] 169/9
230 [1] 100/18
24 [1] 161/17
240 [1] 21/20
25 [1] 130/12
25 percent [1] 150/22
26th [1] 26/4
29 [1] 1/13
2nd [1] 61/15

3
3,000 [1] 51/19

30 [2] 12/9 54/8
300 [1] 148/3
300,000 [1] 95/10
3000 [2] 173/14 173/15
30th [1] 182/15
31 [2] 19/22 19/22
32 [2] 9/19 161/15
33 [1] 122/4
350 [1] 170/19
3:27 [1] 141/6

4
40 [2] 9/14 149/11
400 [1] 9/13
402 [2] 7/6 132/18
4100 [1] 74/21
412 [1] 7/6
427 [1] 156/17
43 [4] 26/15 76/5 76/22 77/14
445 [1] 72/14
45 [1] 9/20
47 [2] 169/3 170/8
47's [1] 21/9
48 [2] 140/6 179/15
48-hour [1] 179/6

5
5,000 [1] 87/16
50 [4] 88/7 106/12 106/12 171/19
50 percent [1] 153/8
512 [1] 72/15
55 [2] 110/19 110/20
57 [1] 133/20

6
60 [1] 54/8
600,000 [1] 81/16
6754 [1] 107/12
6th [1] 112/20

7
700,000 [1] 81/16
72 [3] 130/20 140/6 179/16
73 percent [1] 129/8
75 percent [1] 64/22
77 percent [1] 149/4
773-699-6754 [1] 107/12
7:00 [1] 60/21

8
80 [2] 51/14 69/6
80 percent [1] 26/22
80,000 [1] 78/20
82 [1] 70/19
82 percent [1] 70/20
83 [1] 130/19
85 percent [1] 129/7

9
911 [4] 80/1 88/17 89/1 136/6
95 [1] 132/7
95,000 [1] 157/2
95,700 [2] 81/11 156/16
95th [1] 60/22
98 [1] 7/7
9:00 [1] 60/22

A
a.m [1] 181/7
abiding [8] 77/1 90/16 100/3 143/2 144/1
 163/1 165/9 177/19
ability [10] 7/12 37/2 42/22 49/16 55/22
 56/11 56/21 68/16 143/2 177/17

able [15] 14/9 29/7 38/21 44/7 46/16 57/8
 58/7 79/8 117/13 117/20 117/21 118/2 119/1
 146/11 155/7
about [65] 3/18 9/14 26/2 26/3 26/6 26/22
 27/15 28/1 28/3 28/15 36/21 40/14 47/15
 48/2 49/6 54/3 54/6 54/20 55/7 55/13 55/18
 62/22 66/16 72/7 82/7 85/13 90/19 92/4
 98/18 98/21 99/6 101/15 101/16 103/1 105/4
 105/20 108/11 116/15 119/9 119/15 122/5
 122/20 124/18 129/16 136/7 137/8 140/12
 142/2 148/3 148/8 150/1 150/19 150/22
 151/18 153/8 153/12 153/12 153/15 154/22
 156/15 159/17 160/6 160/22 165/4 166/3
above [4] 31/15 93/9 163/6 182/9
absolutely [2] 10/17 59/17
abuse [4] 105/21 106/1 145/1 145/10
abuser's [1] 144/11
abusers [3] 144/6 144/17 145/2
abusing [1] 32/3
Academy [11] 34/21 37/20 37/21 38/1 38/18
 40/14 45/9 48/14 69/8 94/16 94/22
acceptable [1] 110/21
accepted [1] 175/18
access [12] 8/5 47/20 70/8 70/22 74/1 90/22
 137/1 144/15 147/3 147/3 172/4 180/11
accessibility [1] 138/13
accessible [3] 70/16 91/7 137/3
accessories [2] 5/20 25/19
accidental [4] 42/11 43/18 69/18 70/4
accomplish [1] 55/2
accomplishing [1] 135/1
according [3] 9/12 70/17 178/20
accountability [1] 142/16
accountable [2] 157/22 178/6
accuracy [1] 171/22
accurate [1] 171/16
accusations [1] 178/8
acquisition [1] 66/12
across [3] 48/6 146/5 151/11
act [6] 7/12 12/3 72/22 73/2 74/3 90/16
Acting [4] 71/21 167/16 167/21 173/6
active [1] 120/5
activists [2] 101/6 116/19
activities [1] 48/13
acts [1] 11/13
actual [1] 86/18
actually [7] 76/22 77/8 82/12 88/2 95/3 95/9
 154/20
add [4] 38/18 108/7 108/22 166/19
added [1] 97/22
addicted [2] 118/8 119/20
adding [1] 10/8
addition [6] 59/2 140/3 145/14 168/3 168/19
 177/4
additional [6] 43/22 46/8 50/12 56/6 83/16
 180/7
additionally [1] 84/17
address [7] 62/8 62/10 79/10 89/13 142/4
 152/8 159/19
addressed [3] 6/2 34/12 158/13
addresses [1] 61/18
addressing [1] 157/17
adequate [1] 68/12
adjourned [1] 181/4
adjusted [1] 133/20
adopt [3] 86/14 126/2 134/6
adopted [4] 129/12 134/16 140/1 153/5
adults [6] 112/11 113/17 134/2 143/2 144/1
 159/7
advance [2] 67/10 129/22
advantages [1] 82/19
advice [1] 119/13
advocate [1] 112/21

CITY000285

**A**

advocating [1] 179/6
affected [1] 5/8
afford [1] 167/10
after [14] 5/22 20/17 28/16 32/16 66/12 75/8 75/9 77/14 103/3 133/16 133/18 134/15 149/13 160/11
afternoon [16] 3/4 50/20 53/19 53/21 63/20 83/4 83/6 85/4 85/5 121/19 125/16 141/11 161/8 167/18 169/4 175/9
afterwards [1] 33/2
again [17] 24/18 24/21 25/5 51/1 59/12 59/13 59/13 60/8 96/10 117/10 119/8 120/10 154/12 165/3 166/15 167/2 173/19
against [19] 23/20 50/7 73/15 91/19 97/9 112/21 125/19 128/15 131/15 157/5 160/9 160/10 160/11 163/14 164/22 174/7 174/7 174/9 177/9
age [11] 31/5 31/18 70/8 127/21 127/21 137/4 137/6 147/18 152/3 169/1 180/14
agency [1] 63/7
agenda [1] 2/17
ages [1] 148/6
ago [8] 21/20 32/15 32/19 34/12 54/3 61/19 81/13 170/13
agree [10] 24/13 57/5 58/8 73/11 80/14 80/19 88/12 98/16 174/20 179/6
agreement [1] 89/6
aims [1] 76/8
ain't [2] 107/3 107/5
AK [3] 21/9 169/3 170/8
AK-47 [2] 169/3 170/8
AK-47's [1] 21/9
Albert [8] 109/22 109/22 110/2 112/17 112/18 113/8 116/10 120/17
alcohol [4] 32/3 143/21 145/2 145/5
alderman [46] 1/15 2/4 2/22 11/22 12/18 14/5 17/15 18/21 20/14 22/19 24/8 29/1 33/6 33/11 34/2 34/3 34/15 34/18 35/1 35/7 37/15 37/17 38/13 47/4 50/18 53/18 60/13 61/4 74/7 79/3 81/5 83/2 85/2 88/13 89/10 90/2 91/22 97/3 97/17 104/16 114/11 114/16 138/16 149/17 173/4 178/11
Aldermen [11] 32/18 32/22 33/2 33/8 63/21 120/11 120/18 121/20 155/21 167/19 175/10
alert [2] 43/19 89/14
alerted [2] 46/5 46/20
all [106] 2/9 2/13 2/13 9/7 12/11 15/6 16/21 21/18 22/12 23/1 24/6 24/11 25/3 28/18 30/13 30/21 34/5 35/8 35/17 36/1 38/2 38/22 39/10 45/3 47/2 50/16 51/6 54/6 60/5 60/19 64/16 65/1 65/8 65/18 66/4 69/2 69/8 69/11 69/15 69/22 71/10 76/5 76/17 78/17 80/1 84/21 85/8 87/4 93/6 96/4 96/12 96/21 96/21 101/19 103/1 107/10 107/20 107/21 108/2 108/10 108/10 108/17 108/18 109/17 110/12 113/4 115/7 115/10 115/14 116/18 118/21 119/6 120/3 120/11 120/12 120/18 121/16 122/13 123/21 124/17 124/19 125/9 125/11 125/14 128/21 130/6 141/9 151/21 154/5 154/6 155/17 155/18 156/8 156/9 156/14 156/18 156/18 160/15 160/17 160/18 166/10 170/16 173/10 173/22 180/5 181/1
allocation [1] 79/5
allow [12] 6/20 6/22 23/18 48/7 64/6 67/9 84/14 85/18 93/21 108/18 158/2 171/15
allowable [1] 28/21
allowed [14] 6/6 15/6 28/2 28/4 28/6 32/5 33/3 36/22 38/4 41/22 65/16 65/21 68/4 176/13
allowing [9] 10/8 64/2 71/13 74/2 92/6 129/21 135/22 136/17 172/4

allows [2] 39/8 82/15
alluded [1] 50/10
alluding [1] 15/19
almost [4] 95/12 100/4 100/18 110/20
alone [1] 132/17
along [3] 33/10 94/20 97/21
already [12] 10/7 39/21 51/4 59/12 93/3 93/10 96/11 96/15 131/3 155/4 156/1 159/3
also [69] 9/2 13/12 15/2 27/19 38/1 38/7 38/16 38/19 40/13 47/11 50/5 53/6 53/7 54/22 58/20 62/21 66/11 67/2 67/9 67/16 68/11 68/18 69/9 69/15 76/15 79/3 79/9 87/10 92/11 95/16 98/17 100/10 102/22 105/20 106/1 111/7 111/13 118/2 118/19 122/1 122/16 126/21 127/12 129/19 130/3 131/1 132/11 132/19 135/12 141/16 143/11 145/12 147/14 147/15 148/16 150/17 152/20 152/21 154/4 155/20 162/4 166/19 171/2 171/20 171/21 177/19 180/10 180/15 180/20
although [2] 49/21 176/7
always [8] 75/8 75/9 75/19 76/13 115/11 116/3 131/11 140/16
am [9] 19/7 29/1 121/22 122/2 149/20 159/17 161/13 175/11 178/12
amazed [1] 51/9
ambassador [1] 109/2
amended [2] 34/13 94/8
Amendment [11] 3/11 4/14 5/3 6/4 11/3 11/4 64/15 77/19 134/10 135/7 173/11
Amendments [1] 173/10
America [4] 22/5 51/13 51/14 180/22
American [2] 71/3 121/10
Americans [1] 129/5
amici [1] 77/4
ammunition [13] 70/7 71/6 87/11 87/14 87/18 88/3 88/9 92/4 92/5 92/18 92/20 93/16 93/18
ammunitions [1] 93/22
among [5] 71/2 133/17 133/19 147/7 180/14
amount [4] 65/5 87/14 88/3 88/9
analogous [1] 127/2
analysis [3] 16/9 16/15 149/19
analyzing [1] 130/10
and/or [1] 63/2
Andrique [1] 163/22
anger [2] 74/4 166/9
angle [1] 30/5
annual [3] 49/8 66/13 69/10
another [13] 51/15 63/7 63/15 74/5 101/2 105/1 130/9 133/22 144/4 144/20 146/19 164/19 179/8
answer [4] 109/13 117/11 149/15 168/6
answered [1] 94/11
answers [2] 151/12 160/18
ANTHONY [1] 1/15
anti [3] 21/15 160/16 175/12
anti-gun [2] 21/15 175/12
anti-rights [1] 160/16
anticipate [4] 36/11 41/2 41/16 83/12
antique [1] 18/6
Antonio [1] 162/10
any [54] 3/22 5/16 23/17 25/15 36/14 39/5 43/22 49/16 52/9 52/17 53/17 56/17 63/5 63/9 69/3 72/2 74/22 85/13 87/17 92/4 92/10 96/2 97/4 97/11 99/13 101/2 104/12 105/18 108/6 112/22 115/3 116/7 119/13 121/3 125/9 132/9 138/16 141/1 141/20 149/15 149/16 156/11 158/22 161/5 166/11 167/11 167/1 168/7 168/13 173/2 174/9 175/7 178/10 179/22
anybody [3] 13/20 55/15 104/11
anyone [6] 113/1 145/4 157/16 165/21 172/3 177/5

anything [6] 56/9 93/9 104/10 105/7 105/11 120/12
anytime [1] 55/16
anyway [1] 99/4
anywhere [1] 55/16
Appeals [2] 4/3 10/22
appear [2] 61/7 64/2
appears [2] 146/1 182/13
applauds [1] 137/12
Applause [4] 108/3 112/14 119/4 167/13
applicable [3] 69/15 127/20 130/7
applicant [6] 15/21 29/6 29/11 41/4 52/15 52/19
applied [3] 19/12 47/11 66/4
applies [3] 3/12 11/3 137/6
apply [1] 28/16
applying [1] 158/19
appreciate [4] 23/1 85/7 101/19 103/14
apprehend [1] 38/6
approach [2] 21/8 40/5
approached [1] 169/11
appropriate [11] 67/14 68/6 68/11 68/16 87/13 89/20 171/9 172/22 178/18 178/22 179/1
approve [1] 92/12
approved [3] 2/9 93/17 93/17
approximately [4] 72/14 72/19 149/11 170/19
April [2] 26/4 112/20
April 26th [1] 26/4
arbitrary [1] 86/10
are [240]
area [8] 9/11 9/14 10/5 98/8 137/13 146/19 148/21 159/13
areas [7] 6/2 76/3 76/3 77/21 79/9 135/16 158/7
aren't [1] 80/10
arena [1] 40/6
argue [1] 77/4
argument [1] 29/10
armed [2] 168/11 169/15
armor [4] 92/13 93/2 93/3 172/12
arms [3] 60/21 62/17 168/19
around [8] 2/22 29/14 54/12 61/8 95/10 120/14 122/10 122/12
arrangements [1] 103/10
array [1] 10/3
art [1] 88/18
article [1] 26/5
as [148] 3/13 3/13 3/14 4/6 4/19 6/8 6/21 7/12 7/20 11/9 17/6 20/9 20/18 24/14 26/5 29/13 30/11 30/14 30/17 30/18 30/20 31/18 34/7 36/16 37/4 37/11 37/11 38/3 43/14 44/22 44/22 46/3 46/19 48/8 48/19 49/3 49/9 50/9 50/12 51/8 54/22 55/4 55/8 55/17 55/20 56/19 57/22 59/2 60/16 61/20 62/2 64/10 68/22 71/7 74/20 76/4 76/5 76/20 77/15 78/9 78/10 79/11 79/11 82/6 82/14 83/13 86/13 87/11 87/20 88/19 93/19 95/17 95/22 96/9 96/22 100/11 100/16 100/17 103/4 106/20 110/21 112/5 113/4 113/17 114/20 116/4 116/11 116/22 117/15 117/16 117/16 119/1 119/2 119/17 119/17 128/4 128/4 128/13 129/14 130/19 131/21 131/21 133/20 133/20 134/8 134/10 135/14 135/16 136/13 137/20 138/11 139/20 143/10 143/19 143/20 144/5 144/16 144/16 145/10 145/10 145/19 145/21 145/21 146/16 147/14 147/19 147/19 148/9 149/21 150/15 150/15 151/2 151/10 152/5 157/10 159/18 161/1 165/14 165/15 165/15 169/10 170/3 170/4 172/6 173/19 177/6 177/6 182/13
ask [13] 12/9 26/1 94/4 104/1 108/22

**A**

ask... [8] 114/15 115/5 115/12 116/18 120/10
  120/18 151/9 154/20
asked [5] 33/9 59/11 81/7 109/1 178/16
asking [4] 26/7 94/12 114/8 114/8
assassination [1] 21/2
assault [25] 5/19 25/18 168/3 168/20 169/3
  169/15 169/18 170/14 170/19 170/20 170/22
  171/3 171/5 171/7 171/10 171/13 172/17
  172/18 172/21 173/14 173/18 174/6 174/22
  175/4 180/17
assist [1] 66/19
assistance [3] 126/1 129/20 137/20
Assistant [1] 22/15
associated [5] 8/22 43/17 48/13 144/18 149/9
Association [6] 70/12 71/4 132/2 134/5 171/1
  177/13
assuming [2] 74/12 94/21
assurance [1] 98/20
assure [1] 65/17
ATF [2] 9/12 9/17
Athens [1] 161/22
Atkins [1] 164/10
attacked [1] 169/11
attempted [2] 21/2 27/7
attempting [1] 59/21
attend [2] 61/1 160/9
attributed [1] 74/18
authority [2] 125/5 125/6
authorized [2] 65/6 172/16
automate [2] 84/4 84/12
automated [1] 66/3
automatic [6] 5/19 5/19 21/9 25/18 25/18
  171/14
automatically [2] 43/17 89/14
automation [1] 84/1
Ava [2] 161/17 162/21
avail [1] 158/14
availability [2] 151/12 151/13
available [7] 7/15 7/19 57/10 57/13 94/3
  137/19 143/9
average [2] 74/22 77/11
averaged [1] 74/17
awaiting [1] 169/5
awareness [1] 177/16
away [6] 88/17 113/8 124/1 124/3 147/11
  164/14
awhile [3] 21/20 80/17 80/18
Azim [1] 180/5

**B**

baby [1] 103/2
back [14] 10/21 12/7 34/8 45/12 80/20 93/19
  96/2 109/5 110/17 113/9 124/6 141/6 144/3
  176/5
backed [2] 143/11 148/4
background [4] 15/8 65/19 127/18 130/5
backs [1] 104/2
bad [2] 56/12 153/10
Baker [3] 161/21 162/7 162/8
Balcer [2] 12/18 90/2
ballistic [1] 92/11
Baltimore [2] 61/17 153/4
ban [30] 2/17 4/2 4/14 4/21 8/5 9/7 9/9 10/20
  11/8 11/10 12/16 14/14 23/3 23/20 64/14
  77/4 77/8 110/9 135/13 136/14 150/2 150/20
  170/20 171/5 171/20 172/21 173/18 173/18
  173/21 174/22
banned [4] 21/10 93/1 93/4 149/7
banning [3] 16/1 92/6 148/8
barrel [1] 21/12
barrier [1] 42/22

base [1] 96/18
based [8] 4/11 40/8 64/12 119/16 138/6
  142/10 143/8 146/20
basic [1] 142/13
basis [3] 66/14 69/10 114/7
basketball [2] 115/14 115/16
battle [1] 170/11
battling [1] 79/4
be [204]
BEALE [5] 1/15 63/21 125/17 167/19 175/10
beat [1] 107/5
became [1] 94/20
because [62] 16/18 16/21 18/5 18/17 32/12
  32/21 36/22 37/10 38/4 40/14 45/7 49/8
  59/20 75/19 76/5 78/13 78/15 83/20 89/6
  91/11 97/3 102/3 102/6 102/11 103/3 104/19
  105/5 105/22 106/14 106/19 107/2 109/1
  111/10 113/11 117/17 118/15 118/22 120/4
  120/16 120/19 120/21 123/11 123/16 124/8
  124/12 128/11 131/10 138/12 151/10 151/14
  155/15 165/12 166/5 166/6 166/8 167/10
  172/10 174/8 174/13 175/3 175/18 179/7
become [6] 115/16 115/22 118/18 121/3
  157/22 177/6
becomes [1] 16/20
bedlam [1] 80/8
bedtime [1] 22/1
been [64] 18/15 20/21 21/11 29/14 30/4
  31/20 39/13 45/2 49/15 51/2 51/2 53/11
  54/11 54/14 54/18 56/5 59/22 60/2 67/1 68/8
  68/13 71/1 75/4 75/7 78/4 79/4 90/6 93/3
  101/20 103/16 103/17 106/2 113/7 124/1
  124/3 131/12 138/3 140/1 140/19 143/18
  144/5 144/7 144/15 145/7 146/22 147/5
  148/12 150/6 150/13 152/14 153/2 153/4
  154/21 155/7 155/16 158/9 159/4 160/10
  166/5 169/4 169/7 176/7 176/11 176/12
before [15] 2/16 4/20 11/12 12/2 52/5 52/14
  59/11 63/17 64/2 129/10 144/6 155/11 169/8
  169/22 179/13
began [2] 20/4 170/7
begin [2] 60/11 126/18
beginning [1] 159/16
behalf [2] 113/3 161/14
behaviors [1] 152/19
behind [1] 90/10
being [23] 17/8 27/1 27/16 27/18 28/1 38/21
  51/5 57/8 77/22 78/6 83/5 86/8 93/22 95/2
  95/17 118/2 119/18 129/3 130/15 157/11
  158/8 158/11 158/12
beings [1] 164/14
belief [1] 112/3
believe [24] 6/1 6/14 19/6 19/14 19/22 20/7
  21/1 26/15 58/17 72/6 72/14 77/16 85/22
  86/2 94/15 94/17 99/14 110/12 110/22
  117/12 136/15 140/5 145/1 173/19
believed [1] 106/3
believes [1] 96/17
beneficial [2] 150/12 150/13
benefit [2] 62/1 157/9
Benna [1] 22/14
beset [1] 60/3
best [4] 21/11 103/20 119/2 142/9
better [7] 71/18 111/9 118/15 118/17 140/10
  152/17 163/10
between [5] 8/18 22/4 128/19 128/20 133/6
beyond [4] 31/16 35/6 93/10 147/16
bills [2] 120/3 120/6
Birk [3] 121/17 121/17 121/21
birthday [2] 101/12 101/13
bit [5] 78/21 82/4 91/10 99/5 143/17
bite [1] 56/8
black [2] 121/9 132/21

Blair [1] 164/6
blamed [1] 76/1
Blanchard's [1] 22/6
block [1] 92/15
Bloomberg [1] 128/17
blue [1] 79/19
board [3] 34/6 34/14 151/11
bodies [1] 179/14
body [4] 2/10 78/5 108/13 172/12
Boeuf [1] 22/6
bombarded [1] 153/10
books [2] 155/5 156/2
both [14] 27/6 27/14 30/17 43/8 51/6 69/16
  70/4 87/8 114/19 124/16 130/13 147/19
  162/21 165/5
bothered [1] 160/5
bought [1] 165/7
box [2] 35/18 70/11
boy [1] 102/5
boys [3] 103/19 104/1 106/20
brand [1] 139/5
brazenly [1] 136/11
breadwinners [1] 120/2
break [3] 104/2 119/13 119/16
breaking [1] 120/1
brief [1] 141/7
briefly [1] 168/1
bring [2] 2/19 76/8
bringing [2] 79/11 110/17
brings [1] 15/11
broad [2] 21/8 152/15
broadly [1] 152/7
broken [2] 5/18 25/16
brothers [3] 97/14 106/22 107/1
brought [3] 11/16 28/12 102/7
brown [4] 71/21 121/10 167/15 167/20
budget [2] 76/13 78/2
budgeted [1] 81/1
build [2] 48/20 111/9
bulk [1] 132/21
bullets [4] 5/20 25/19 92/10 92/13
burden [5] 9/9 46/3 50/15 71/12 79/18
Bureau [1] 167/21
burglaries [1] 91/1
burglarizing [1] 91/19
burglary [1] 91/8
Burke [8] 18/21 34/2 35/8 38/13 61/4 81/5
  92/12 96/20
Burnett [2] 22/19 37/17
bus [2] 124/15 124/16
business [3] 2/4 24/2 182/6
bust [1] 92/10
buy [9] 12/22 13/2 13/17 88/3 90/15 90/20
  95/6 132/20 165/8
buying [3] 73/4 86/7 129/10

**C**

C.S.R [1] 1/19
cadet [1] 80/15
cadets [2] 45/10 45/11
Cage [1] 175/12
caliber [2] 66/9 171/19
California [5] 125/22 133/15 136/10 136/14
  144/3
call [20] 26/6 46/7 46/20 62/8 67/11 77/14
  80/1 84/5 89/3 89/17 125/3 125/3 134/15
  150/3 150/3 161/15 162/3 168/9 168/10
  169/10
called [5] 2/2 103/6 124/12 124/14 126/21
calling [3] 26/20 55/19 124/18
calls [3] 123/14 129/20 136/7
came [7] 26/11 33/1 36/5 38/17 56/4 146/9
  154/20

CITY000287

**C**

can [106] 3/20 11/15 13/12 13/14 14/9 15/3
15/5 15/8 15/10 15/12 15/16 16/5 16/16 17/2
23/6 24/1 24/20 25/1 27/6 27/7 27/9 28/12
30/1 31/1 36/11 37/11 39/3 39/15 43/4 45/5
46/16 49/4 52/6 52/15 54/11 55/14 56/7 56/7
58/19 62/6 62/8 62/12 64/16 65/8 65/18
67/14 67/15 68/20 69/22 76/9 78/10 79/3
80/21 87/18 88/1 88/2 88/3 93/13 94/2 94/7
94/9 97/4 97/13 98/20 99/5 100/8 100/17
101/7 102/19 102/19 102/20 105/4 105/12
107/11 110/2 111/16 112/11 113/1 113/19
114/21 114/22 116/5 121/3 123/1 123/5
123/20 124/6 126/12 131/10 131/17 137/20
140/16 143/7 145/18 152/4 155/18 157/10
159/10 159/22 160/1 166/14 175/5 177/2
177/4 177/10 178/21
can't [12] 13/17 14/22 24/3 53/12 98/19
108/15 113/11 140/17 150/5 158/11 174/18
179/12
cancel [1] 49/11
cannot [7] 9/16 11/8 12/15 14/14 53/11 98/13
167/10
capability [2] 87/2 172/11
capable [2] 92/20 95/18
capita [1] 8/18
CAPS [1] 124/1
captured [3] 88/19 169/4 169/21
car [6] 82/16 84/7 92/21 127/6 169/17 170/7
car's [1] 92/14
Carasquelo [1] 164/8
card [17] 5/13 25/12 31/10 31/12 31/17
52/16 52/20 53/12 67/19 67/21 68/8 98/3
98/5 98/12 99/16 128/1 128/8
cardholder [1] 176/1
cards [1] 128/9
care [7] 58/7 98/18 116/22 117/18 121/7
152/18 160/22
careers [1] 69/1
Carrie [2] 121/17 121/21
carried [2] 165/12 168/16
carrier [1] 43/20
carry [17] 5/11 23/7 23/11 24/4 25/7 33/3
34/15 59/15 59/18 59/21 60/14 60/19 85/19
90/13 163/3 168/19 172/17
carrying [14] 60/11 60/21 75/16 100/22
135/13 135/17 135/22 136/4 136/8 136/9
136/11 136/15 136/18 168/4
case [20] 3/10 3/16 4/2 4/13 4/18 4/20 5/1 5/2
5/9 6/9 11/14 22/17 32/11 60/14 61/1 64/13
126/14 142/22 155/16 167/11
cases [1] 27/15
category [2] 144/4 144/20
caught [1] 176/13
cause [6] 7/4 10/9 74/4 100/1 133/17 182/10
caused [2] 69/18 150/7
causes [1] 152/13
causing [3] 78/5 111/13 111/17
Cease [1] 153/2
center [4] 125/20 141/15 141/22 180/16
Century [1] 34/8
certain [9] 31/11 52/8 52/9 52/13 68/19
68/21 73/16 79/6 171/9
certainly [24] 10/6 13/11 30/9 31/22 32/4
35/19 37/15 39/4 44/10 44/22 47/14 48/6
48/10 49/1 58/1 62/20 75/13 87/19 88/1 92/8
92/12 94/2 94/10 98/9
certainty [1] 97/4
certified [5] 34/16 34/19 95/18 96/1 182/6
certify [4] 86/3 95/17 182/8 182/11
Chair [4] 3/7 10/17 78/11 94/10
Chairman [34] 1/16 2/6 12/17 12/20 14/7

17/14 17/17 19/16 21/6 24/10 34/1 34/22
35/3 47/6 50/17 50/20 61/6 63/21 74/9 79/14
81/15 83/4 85/4 90/4 92/2 92/22 96/20 97/19
125/17 138/19 141/12 167/19 175/10 180/3
Chairman's [1] 32/18
challenge [6] 29/21 30/2 51/3 65/3 70/2 87/7
challenges [1] 136/5
challenging [2] 100/2 100/11
Chambers [2] 1/14 164/9
chance [4] 75/10 75/12 91/1 163/7
chances [1] 86/8
change [3] 83/12 93/18 96/17
changed [6] 37/4 52/22 94/7 101/17 101/18
169/7
changes [1] 168/11
characteristics [1] 66/9
charge [4] 40/9 67/3 107/6 107/7
charged [2] 75/17 89/18
chatting [1] 21/19
Chavez [1] 164/10
check [4] 45/14 65/19 104/7 127/18
checked [1] 156/4
checking [2] 129/22 158/17
checks [2] 15/8 130/5
CHICAGO [90] 1/2 1/12 1/14 3/6 5/7 5/14
5/15 5/17 7/3 7/5 7/7 8/3 8/11 9/8 9/9 9/10
9/14 9/19 9/22 10/6 10/7 10/9 10/15 10/18
11/18 12/16 13/12 17/20 18/2 18/3 18/11
18/16 19/4 20/3 20/13 23/22 25/13 34/9
34/20 35/9 48/1 48/3 51/10 52/3 60/11 60/15
60/19 62/5 63/6 64/1 64/5 64/21 72/21 73/7
76/18 77/3 77/5 77/9 78/3 78/7 79/6 81/9
87/3 93/4 94/15 96/2 96/13 100/22 110/7
125/8 126/12 128/6 128/10 128/13 131/2
135/12 135/16 137/12 143/7 145/15 147/16
153/2 153/21 156/16 160/6 167/22 169/1
175/11 175/12 180/14
Chicago's [3] 3/19 10/19 64/6
Chicagoans [1] 20/8
Chicagoland [1] 9/11
chief [1] 114/11
Chiefs [5] 70/13 132/3 134/5 171/2 177/13
child [21] 17/8 32/9 32/9 35/16 36/10 36/12
36/13 37/11 58/3 70/22 73/22 97/5 104/19
107/7 117/18 117/19 117/19 119/7 136/22
137/1 166/22
child-proofing [1] 32/9
children [45] 7/16 7/17 17/9 32/12 32/13
35/14 36/14 36/15 51/19 69/21 70/16 71/2
71/9 73/18 73/19 87/12 90/21 91/7 91/16
96/18 97/12 107/13 115/2 117/15 118/1
118/6 118/9 118/13 118/16 137/3 137/4
137/7 137/9 152/2 152/18 158/10 159/6
159/8 159/9 163/16 164/13 166/20 166/21
167/11 169/6
children's [2] 151/19 161/14
Childs [2] 161/21 163/21
choice [1] 166/1
choices [1] 166/1
choose [1] 100/11
Christopher [2] 164/7 164/9
circuit [10] 4/3 4/6 10/22 11/8 11/13 12/7
12/9 24/14 53/1 64/9
circulation [2] 7/11 8/3
cited [1] 22/4
cities [9] 8/20 9/5 77/12 130/12 142/3 146/5
146/6 148/17 159/20
citizen [3] 163/1 165/9 174/9
citizens [14] 6/20 20/3 81/3 90/16 115/22
136/7 155/5 157/9 157/11 159/22 160/20
160/21 163/16 174/20
city [114] 1/2 1/12 1/14 2/15 3/6 5/7 5/14 6/7
7/11 8/11 9/8 9/20 9/21 10/3 10/10 10/15

10/17 10/19 11/2 11/4 11/17 12/16 13/1 13/2
13/18 14/17 14/19 15/12 15/15 17/19 18/3
18/10 18/15 18/16 20/16 20/22 23/22 25/13
26/21 30/9 30/11 30/13 31/14 34/6 35/9
39/19 40/21 41/2 46/4 48/1 48/8 48/9 48/9
48/14 48/15 48/16 48/21 50/7 50/13 52/3
58/19 58/20 59/2 60/11 60/15 61/16 61/17
62/5 63/6 64/5 64/17 64/18 71/18 72/21 73/7
75/1 76/11 76/16 78/6 79/5 80/11 82/2 82/3
95/17 96/2 103/13 104/21 110/13 111/1
111/5 111/9 111/18 111/20 111/22 112/12
113/8 121/20 125/7 132/12 132/13 132/18
136/21 137/12 137/20 147/15 151/1 151/14
159/18 160/15 160/21 163/17 168/2 174/14
177/4
City's [2] 77/7 134/17
citywide [2] 105/12 116/6
civilians [1] 168/14
claim [1] 176/10
claims [1] 176/6
clarification [1] 23/1
clarify [1] 10/14
class [2] 66/22 171/13
classroom [6] 41/10 69/17 86/2 86/4 86/16
128/4
clear [14] 4/10 9/22 11/1 12/14 13/17 47/9
56/1 56/19 64/11 140/13 141/19 146/14
174/1 174/1
clearly [5] 12/21 21/1 21/9 56/7 78/13
clock [1] 54/12
close [4] 9/3 10/3 10/7 54/7
closed [2] 103/8 122/8
closing [1] 137/11
Co [1] 141/15
Co-Director [1] 141/15
Cochran [1] 34/18
codify [1] 54/18
coffee [1] 136/12
cognizant [2] 98/8 139/20
cohesive [1] 160/19
Coincidentally [1] 37/19
Coleman [2] 109/21 109/22
colleague [2] 23/14 49/10
colleagues [3] 49/22 57/2 76/5
collect [1] 44/6
collection [1] 18/5
Colleen [2] 154/13 154/18
Collins [1] 162/12
color [1] 102/11
Columbia's [1] 150/19
combat [1] 76/9
combination [4] 74/16 145/20 146/7 150/14
come [48] 12/22 13/2 13/18 26/9 26/21 36/13
36/14 45/12 48/3 48/20 58/3 78/8 93/19 96/2
101/7 102/9 102/12 104/6 106/7 107/12
107/13 108/16 110/2 110/11 111/3 113/21
120/9 120/10 123/1 123/2 123/3 123/5 123/9
123/10 123/12 123/14 123/15 123/16 123/17
123/19 124/6 125/2 137/17 142/6 143/10
158/4 165/11 174/13
comes [1] 114/20
coming [5] 40/14 51/2 80/22 109/5 109/9
commend [2] 22/12 24/12
commended [1] 108/1
comment [1] 98/1
comments [3] 51/12 82/15 154/8
commission [4] 110/7 143/14 174/5 174/11
Commissioner [1] 180/5
committed [7] 65/1 65/2 70/19 132/17 145/4
156/19 174/1
committee [20] 1/3 1/12 2/2 3/8 19/16 61/20
63/17 63/21 78/12 104/13 125/17 149/17
156/12 161/6 166/12 167/19 173/1 175/10

CITY000288

# C

committee... [2] 178/11 181/2
committing [4] 143/12 143/22 144/19 157/3
common [3] 71/17 136/2 143/10
commonplace [1] 170/17
communities [11] 60/2 60/4 78/19 79/1 80/4
 81/3 110/19 116/19 122/3 172/8 180/13
community [38] 8/9 77/17 101/6 109/2 109/2
 110/7 110/10 110/13 110/18 110/21 111/10
 111/14 112/8 113/10 113/17 116/19 118/19
 120/11 120/15 121/22 121/22 122/4 122/5
 122/7 122/16 122/21 122/22 123/4 123/4
 123/8 123/11 123/12 123/18 124/2 124/4
 124/8 125/19 152/22
companies [1] 48/18
comparable [1] 77/12
compare [1] 148/1
Compared [1] 143/4
comparisons [1] 92/11
compassionate [1] 108/10
compelling [1] 9/7
complete [1] 128/2
completed [1] 41/5
completely [3] 40/4 57/5 149/20
compliance [2] 68/13 127/13
complicated [1] 152/12
complies [1] 4/17
compliment [2] 51/4 128/7
component [2] 134/19 140/11
components [1] 131/2
comprehensive [11] 19/21 40/5 66/2 93/14
 93/16 127/18 134/9 134/16 134/18 142/7
 146/15
computer [5] 46/14 84/6 84/14 89/1 89/14
concealable [1] 148/10
concealed [6] 5/11 25/7 34/16 135/13 135/18
 136/18
concealing [1] 52/6
concern [3] 32/5 151/5 171/2
concerned [4] 26/1 79/12 136/7 151/14
concerns [4] 7/22 79/10 149/21 158/12
conclude [1] 16/10
concluded [1] 177/9
concludes [1] 149/14
conclusion [3] 28/19 82/21 136/2
conditions [2] 87/7 171/10
conduct [1] 85/15
conducted [3] 129/7 142/11 168/8
conducts [1] 86/18
confident [1] 127/5
confirmed [1] 66/13
confirms [1] 136/1
confiscated [1] 170/21
conflict [1] 91/10
conflicts [1] 135/19
congratulate [1] 50/22
congratulations [1] 21/17
Congress [1] 105/7
Congressman [1] 105/4
connected [1] 46/14
connection [2] 126/17 129/12
consequences [3] 17/10 158/2 158/3
consequently [1] 64/7
consider [10] 31/18 31/19 42/17 43/10 45/3
 49/18 92/17 93/9 132/12 136/21
consideration [1] 57/18
considered [1] 157/17
considering [1] 13/20
consistent [3] 6/16 134/8 146/14
consists [1] 69/6
constantly [1] 114/2
constituents [1] 98/18

constitutes [1] 35/16
Constitution [3] 3/12 11/3 173/8
constitutional [2] 135/9 139/13
constraints [3] 57/1 76/16 78/2
construct [1] 48/4
constructed [1] 148/10
consultation [1] 138/4
contact [1] 36/15
contain [1] 40/5
container [1] 70/11
contemplating [1] 49/7
continually [1] 70/2
continue [11] 4/15 6/20 6/22 64/16 65/4
 111/21 112/9 135/12 163/15 172/21 176/14
continued [2] 110/18 111/4
continues [1] 65/3
continuing [3] 112/12 118/12 168/2
contracts [1] 84/13
control [3] 102/15 102/16 145/11
controls [1] 155/11
convicted [9] 31/4 31/20 62/2 62/4 62/7 62/9
 62/13 68/9 143/9
conviction [2] 98/5 98/13
convictions [4] 28/10 47/11 47/17 52/8
convince [1] 24/16
Cook [3] 9/15 174/19 182/7
Cooper [4] 109/20 109/20 110/6 117/9
copy [3] 61/15 61/16 82/6
core [1] 69/2
corner [1] 122/10
Corporation [19] 2/20 3/5 18/22 22/13 22/14
 22/15 23/2 33/21 35/5 50/20 61/6 76/6 81/7
 82/6 94/5 96/16 138/2 138/4 138/20
correct [18] 10/17 13/19 14/3 15/9 17/21
 19/7 19/14 20/5 24/5 33/17 53/5 59/17 60/13
 72/8 72/10 74/14 94/18 182/12
cost [13] 30/16 38/19 38/20 39/4 42/10 42/13
 43/13 44/1 44/5 45/21 55/9 59/4 159/6
costs [12] 30/18 39/8 39/10 39/18 40/8 43/17
 45/1 45/3 45/6 50/7 57/8 87/9
could [20] 6/2 6/19 6/22 10/9 24/17 28/7
 47/10 48/3 48/5 48/10 49/11 60/7 61/22 88/8
 92/14 94/22 137/1 150/7 168/18 173/15
couldn't [2] 23/7 173/14
council [23] 1/14 2/15 15/20 15/22 20/16
 20/22 24/20 31/17 34/7 42/17 48/9 48/10
 51/7 54/20 84/10 91/5 92/12 98/7 121/20
 142/7 152/5 155/22 157/10
Counsel [18] 2/20 3/5 19/1 22/13 22/14
 22/15 23/2 35/5 50/21 61/6 76/6 81/7 82/7
 94/5 96/16 138/2 138/4 138/21
Counsel's [1] 33/21
countless [1] 22/16
country [5] 61/8 77/10 140/2 146/6 161/2
county [5] 9/13 9/15 174/19 182/2 182/7
couple [5] 14/8 35/4 61/5 75/22 101/5
couples [1] 144/8
course [14] 13/8 33/12 59/9 69/4 90/22 91/3
 95/10 128/3 143/15 144/5 144/22 150/16
 152/11 180/9
court [37] 3/11 3/21 4/1 4/1 4/3 4/13 4/20 5/1
 6/9 10/19 10/20 10/22 11/2 12/3 12/5 12/12
 13/9 13/11 14/20 15/2 16/7 21/19 23/6 29/7
 52/22 55/15 56/21 64/13 65/15 77/15 80/9
 90/11 134/21 135/5 139/8 139/8 165/12
Court's [9] 3/16 4/12 4/18 5/9 6/16 11/13
 64/4 64/12 126/13
courthouse [1] 28/13
courts [1] 165/11
cover [5] 20/20 42/9 42/10 42/13 164/13
coverage [1] 57/15
covered [3] 43/21 58/11 58/17
covers [3] 43/17 57/12 57/14

craft [2] 4/16 83/9
crafting [1] 62/15
create [6] 56/14 56/21 83/9 118/17 136/3
 155/2
creating [1] 109/9
creatures [1] 113/2
credible [1] 135/21
crime [42] 26/3 26/22 65/2 67/1 67/3 68/9
 76/3 76/10 77/21 78/19 79/9 88/20 90/8
 90/18 122/1 122/2 122/17 123/1 123/4 123/6
 123/7 123/18 123/20 123/21 123/21 124/22
 125/1 125/1 125/7 128/22 129/18 130/11
 132/1 133/4 135/22 146/5 148/15 174/4
 174/5 174/10 174/11 175/15
crimes [11] 9/3 9/6 10/10 77/11 129/3 130/16
 132/16 143/19 143/20 145/13 173/22
criminal [4] 8/15 127/18 143/13 178/8
criminal's [1] 149/4
criminals [9] 8/9 8/12 75/16 77/5 91/3
 146/18 148/17 172/19 176/20
criteria [1] 31/15
critical [3] 7/3 73/9 134/22
crucial [1] 129/14
CSR [1] 182/19
curbed [1] 170/5
curiosity [1] 97/13
current [16] 3/19 4/5 13/5 13/6 14/14 14/19
 23/19 23/22 40/4 44/11 52/20 64/6 84/1
 84/13 87/6
currently [12] 15/15 39/22 40/15 41/19 52/7
 85/12 128/8 131/4 135/14 137/6 138/1 140/3
curriculum [1] 69/6
Curry [1] 162/21
Curtis [1] 162/9
cut [1] 84/20
cycle [3] 110/18 119/13 119/16

# D

daddy [1] 107/3
Daily [1] 61/14
damndest [1] 78/18
danger [6] 71/16 73/13 73/17 168/13 172/6
 172/15
dangerous [10] 56/4 56/6 56/10 68/3 68/4
 97/10 142/20 145/18 146/3 172/14
dangers [3] 7/17 137/9 171/3
Daniel [3] 130/10 141/10 141/14
Daryl [1] 164/11
data [3] 84/19 130/11 148/5
database [1] 130/1
dates [1] 34/8
daughter [5] 101/10 103/10 161/19 163/7
 165/3
David [2] 154/14 154/17
Davis [2] 121/17 121/18
day [12] 24/15 49/12 51/14 101/21 101/22
 102/1 102/4 116/10 124/13 152/3 166/22
 182/15
days [5] 12/8 12/9 54/8 54/8 140/9
DC [7] 27/6 54/1 86/15 86/18 126/8 134/16
 159/16
DC's [3] 4/14 29/20 64/14
De [1] 22/6
deadly [2] 18/15 135/20
deal [5] 15/22 17/3 45/13 49/14 114/6
dealer [7] 8/4 8/14 9/3 9/9 148/19 148/22
 149/3
dealers [23] 6/7 8/5 8/19 8/21 9/4 9/7 9/11
 9/13 9/15 9/18 9/19 9/20 10/5 10/7 10/9 16/1
 16/1 17/19 18/2 47/9 48/11 130/15 180/12
dealership [1] 48/2
dealing [2] 38/1 45/13
Deanna [1] 108/21

CITY000289

## D

death [8]  7/5 71/2 71/15 74/4 103/4 133/17 136/3 147/19
deaths [2]  103/4 126/7
decades [1]  159/5
decide [1]  48/10
decided [4]  6/18 24/17 48/9 148/22
decides [2]  58/2 156/6
decision [29]  3/9 3/15 4/1 4/12 5/9 6/1 6/16 11/13 12/15 24/18 28/15 30/21 36/5 53/1 64/13 77/3 90/11 91/11 97/9 126/10 126/13 134/17 135/4 137/15 139/7 139/12 155/1 173/9 178/20
decisions [3]  23/10 36/3 76/19
declared [1]  56/5
defend [4]  29/7 37/2 73/14 126/2
defending [1]  30/17
defense [27]  4/22 6/11 6/13 10/2 11/6 11/17 13/10 14/22 16/9 16/12 19/1 21/11 23/13 27/17 29/9 29/12 36/19 42/13 71/11 71/12 71/14 77/19 135/8 135/11 139/11 139/14 171/11
defensible [5]  29/2 29/16 29/19 126/6 145/2
definitely [6]  63/16 84/2 84/11 88/8 98/16 111/20
definition [1]  35/15
Dejuan [1]  163/21
demonstrate [2]  52/19 127/14
demonstrated [1]  32/3
demonstrating [1]  127/4
denied [1]  32/22
dense [1]  128/12
densely [1]  135/15
Department [24]  5/16 20/13 25/14 32/17 33/13 38/2 41/7 64/1 65/11 72/7 76/19 77/6 78/3 78/9 80/5 93/13 98/21 99/6 122/5 123/10 167/22 175/13 176/17 179/4
depending [1]  84/10
Deputy [6]  22/13 22/14 71/21 167/16 167/21 173/6
designation [1]  34/5
designed [4]  171/10 171/14 171/17 171/21
Desiree [1]  164/10
detached [1]  117/17
detail [1]  137/8
detect [1]  177/3
deter [2]  100/21 177/3
determine [3]  67/10 95/5 129/22
determined [1]  21/11
determining [2]  66/19 67/15
develop [1]  142/7
developed [1]  150/21
development [1]  126/5
develops [1]  84/11
device [2]  36/1 70/10
devices [2]  17/8 35/10
devil [1]  104/1
Devin [2]  162/14 163/19
dice [1]  100/12
did [28]  3/21 6/11 10/19 16/4 19/2 19/6 19/12 22/9 22/12 24/15 26/9 28/14 35/8 41/10 54/19 59/14 59/17 87/12 95/4 122/11 122/15 131/11 135/8 149/19 164/16 165/22 165/22 166/7
didn't [9]  134/12 155/22 163/10 163/10 163/11 163/12 166/4 166/8 173/15
die [1]  51/15
died [1]  124/5
different [6]  37/22 39/21 44/18 48/21 96/14 152/12
difficult [3]  105/6 131/9 152/3
Director [2]  125/18 141/15

disadvantage [1]  176/19
disappointed [1]  30/22
disappointing [1]  3/15
discourage [2]  142/16 177/3
discover [2]  131/7 140/14
discovered [1]  140/16
discretion [1]  174/1
discuss [2]  60/18 168/1
discussing [3]  55/12 93/8 126/19
discussion [2]  116/4 150/18
discussions [1]  54/2
dislike [1]  160/13
disliked [1]  158/21
dismayed [1]  155/20
disorders [1]  145/11
disproportionately [1]  8/21
dissent [1]  24/14
district [3]  134/21 150/19 169/9
district's [1]  135/1
districts [1]  79/7
disturbing [1]  75/22
divided [2]  160/15 160/16
do [120]  2/22 3/1 5/3 11/10 11/10 12/1 14/10 15/8 18/9 24/11 24/13 27/7 27/9 28/18 32/12 37/22 38/4 38/14 40/3 42/1 42/3 44/2 44/6 48/14 50/14 52/14 52/19 55/1 55/3 55/8 55/22 56/3 57/3 57/18 58/12 58/13 60/21 64/16 65/8 65/21 69/21 72/11 72/20 73/2 76/8 78/12 80/22 81/9 82/9 83/12 84/21 85/9 86/17 91/15 92/10 98/20 99/14 100/8 103/12 104/3 105/8 106/7 106/8 106/9 107/19 107/21 108/2 108/12 109/8 110/22 111/2 112/4 113/19 113/22 114/14 114/14 114/21 114/22 114/22 115/6 115/18 116/5 116/7 116/8 117/3 117/4 118/10 118/17 119/12 119/15 120/8 121/3 123/2 124/19 124/19 124/20 124/21 124/21 131/21 139/19 146/21 150/18 151/22 152/4 152/6 156/8 158/4 158/5 159/2 159/7 159/18 161/1 164/13 165/13 166/14 174/18 174/19 179/9 182/7
document [1]  54/18
documentation [1]  61/12
does [14]  16/13 28/19 31/1 42/21 44/4 58/6 64/6 71/12 75/4 96/1 135/14 147/17 157/15 175/4
doesn't [4]  36/13 111/10 160/3 173/9
dog [5]  56/4 56/5 56/8 56/9 112/22
dogs [1]  157/13
doing [12]  40/21 40/22 45/2 80/10 98/21 99/7 105/12 105/15 108/1 117/19 124/21 182/6
dollars [4]  30/7 30/16 83/16 83/22
domestic [15]  7/21 47/12 47/17 68/9 89/17 97/22 98/4 98/7 98/11 98/13 129/21 144/6 144/16 144/19 168/9
dominates [1]  148/20
dominating [1]  153/16
Domont [1]  162/6
don't [63]  20/11 20/14 32/1 35/21 36/14 41/18 43/5 43/12 43/19 44/9 47/19 50/4 55/16 56/1 56/9 72/22 73/16 80/2 81/14 81/18 83/16 83/17 83/18 85/17 90/16 91/18 92/3 92/18 93/1 93/6 94/15 98/9 99/16 102/2 104/15 105/18 107/1 116/15 117/18 118/6 121/5 122/12 123/1 123/19 124/9 124/10 125/3 129/1 141/20 151/15 151/16 153/11 153/12 153/14 157/14 158/12 158/13 158/16 159/11 165/19 167/7 174/15
done [11]  41/2 42/12 49/4 88/17 89/7 89/7 94/22 103/15 105/4 146/20 163/13
Donna [3]  1/19 182/5 182/19
Donte [4]  161/20 161/22 162/9 164/10

door [5]  103/7 122/19 122/19 123/8 123/8
double [1]  21/12
doubt [1]  157/9
Douglas [1]  8/16
Dowell [2]  47/4 97/17
down [23]  3/22 4/11 5/18 25/16 36/5 37/4 60/7 64/12 79/16 79/17 80/20 101/12 103/5 107/4 107/4 109/11 110/3 117/2 122/8 125/4 169/17 174/13 176/20
downtown [1]  124/15
draft [1]  83/9
drafted [2]  32/20 139/21
drafting [2]  126/6 139/16
dream [1]  121/2
Drew [1]  22/15
drills [1]  38/5
drive [2]  60/22 127/5
driving [2]  145/5 145/9
drop [1]  20/4
dropped [1]  149/4
drug [5]  31/21 47/9 47/10 122/8 150/15
drug-related [1]  31/21
drugs [6]  32/4 118/8 119/21 122/20 143/20 145/6
drunk [1]  145/8
due [2]  163/4 163/18
DUI [1]  47/10
DUI's [2]  31/20 68/10
Duran [1]  164/11
during [1]  174/4
duties [1]  38/18
duty [1]  69/9
dying [2]  110/10 134/1
dynamic [1]  168/12

## E

each [9]  51/14 61/18 64/21 65/12 65/14 69/20 74/17 168/10 170/19
earlier [2]  81/7 82/15
early [2]  152/16 177/16
easier [2]  93/20 177/20
easily [5]  70/16 91/8 131/14 131/18 177/11
easy [4]  30/13 88/6 119/17 172/4
eat [1]  120/6
education [2]  110/16 112/1
effect [8]  4/5 43/6 64/8 131/3 135/15 150/10 150/12 150/13
effective [9]  66/6 71/1 82/10 129/12 142/12 152/20 152/22 153/4 174/16
effectively [2]  152/1 178/2
effectiveness [1]  150/5
effects [2]  149/8 150/1
efficiently [1]  171/18
efforts [2]  23/2 65/4
eight [1]  115/13
eighteen [2]  68/7 70/8
eighteenth [1]  112/19
either [5]  39/6 43/13 79/14 158/8 165/22
elected [6]  33/11 76/2 76/21 77/22 78/15 80/10
elements [1]  142/13
elevated [1]  9/5
eleven [1]  103/18
eligibility [1]  28/7
eligible [4]  66/20 67/16 127/19 130/6
else [8]  31/6 104/10 104/11 157/19 165/1 165/21 166/8 166/14
emerged [1]  136/10
emotions [1]  89/18
emphasize [2]  4/20 52/1
employer [1]  169/13
enable [1]  178/1
enact [1]  137/16

CITY000290

**E**

enacted [3] 19/8 77/8 157/5
encounter [2] 168/11 168/12
encourage [2] 100/7 174/17
end [6] 8/14 41/13 45/20 110/18 111/4 129/3
ended [1] 170/21
enforce [2] 106/7 170/1
enforcement [18] 66/16 66/19 99/22 129/16 129/19 131/17 132/8 136/6 145/16 168/8 168/21 172/3 174/7 174/8 175/12 176/19 177/11 177/20
enforcement's [1] 177/17
engaged [1] 115/18
engagement [1] 63/15
engine [1] 92/14
Englewood [2] 105/17 109/3
enhance [3] 6/3 90/17 177/17
enhanced [2] 77/18 155/10
enhancement [2] 83/22 84/14
Enrique [1] 164/10
ensuing [1] 170/11
ensure [5] 64/15 68/2 100/2 127/19 130/5
ensuring [2] 65/5 127/10
entail [1] 128/3
enter [3] 89/21 97/5 100/1
entire [1] 69/1
entities [1] 18/14 18/18
entitled [5] 6/12 7/14 16/8 33/6 182/9
entity [5] 18/3 18/11 41/6 41/6 95/22
environment [1] 128/13
equated [1] 149/11
equipped [1] 35/10
Ernest [2] 167/15 167/20
Ernie [1] 71/21
especially [8] 28/15 51/17 69/11 71/16 87/11 151/4 174/6 178/19
essence [1] 146/12
essential [3] 66/16 69/3 129/16
establish [4] 40/8 73/16 117/22 142/15
established [1] 60/14
estimate [1] 150/21
estimated [1] 150/21
etc [3] 19/18 20/21 21/10
evaluate [1] 149/22
evaluated [1] 153/3
even [16] 5/4 14/8 22/3 28/2 28/16 31/15 42/11 43/19 55/14 102/2 134/3 155/21 157/13 157/13 165/5 165/11
eventually [1] 150/13
ever [2] 131/12 176/12
every [17] 51/14 51/18 88/7 100/20 100/21 101/21 101/22 101/22 104/7 106/13 155/7 163/7 166/21 167/7 167/8 177/16 180/17
everybody [6] 26/13 82/12 114/8 114/20 120/11 158/8
everyday [6] 78/18 79/19 109/2 110/10 123/16 135/19
everyone [2] 103/14 121/19
everyone's [1] 158/16
everything [9] 12/12 41/15 49/18 73/20 103/12 103/14 121/3 157/15 160/10
evidence [3] 123/21 143/8 153/3
exactly [2] 22/1 138/14
examined [2] 146/4 150/10
examining [1] 128/18
example [5] 5/10 74/20 127/21 129/20 147/22
exceed [1] 77/11
excellent [2] 22/9 139/15
except [1] 156/18
exclude [2] 68/7 68/11
excuse [3] 104/2 134/12 149/6

execute [1] 170/3
exempted [1] 68/21
exercise [3] 15/1 36/17 37/1
exist [1] 164/13
existing [1] 127/13
expanded [2] 20/19 28/4
expansion [1] 84/13
expect [1] 12/2
expected [1] 27/3
expensive [1] 95/15
experienced [1] 45/11
expert [3] 2/18 138/5 178/17
experts [2] 17/5 55/6
expire [1] 128/10
explain [1] 75/7
explained [1] 145/19
explore [1] 158/2
export [2] 128/22 146/12
express [2] 111/3 121/21
extend [1] 137/1
extension [1] 56/13
extensive [1] 68/20
extent [3] 3/19 55/11 56/16
extra [2] 38/20 83/22
extraordinarily [2] 95/15 97/10
eyes [2] 37/21 103/8

**F**

face [1] 77/9
faced [2] 70/2 178/13
facilitate [2] 66/17 130/3
facilitating [1] 129/17
facilities [4] 48/3 48/4 48/20 94/14
facility [1] 96/1
facing [1] 92/19
fact [23] 15/20 28/2 28/3 36/20 36/21 38/3 42/4 46/5 46/21 50/11 60/17 75/17 86/4 89/15 100/3 100/17 110/9 133/1 136/1 153/17 160/17 163/4 172/12
factor [2] 112/2 144/9
facts [1] 21/14
failed [2] 177/5 179/10
fairly [4] 19/20 44/9 145/9 145/12
fall [3] 32/2 54/14 91/18
falling [1] 66/21
familiar [8] 69/15 73/10 81/19 85/18 85/22 86/15 153/1 156/1
families [7] 117/12 117/16 118/10 118/18 118/18 169/7 172/15
family [5] 117/14 118/20 151/6 151/6 158/9 159/21 159/22
far [8] 21/18 54/8 79/11 80/20 100/19 159/21 159/21 159/21
fast [1] 129/17
father [4] 63/14 106/22 120/4 151/7
fatherless [1] 118/8
favor [3] 2/13 130/21 149/20
favored [1] 129/9
fear [2] 59/3 158/11
fears [1] 60/3
features [1] 77/15
February [1] 168/22
federal [12] 3/13 16/3 18/4 18/8 18/11 18/19 63/8 99/13 100/20 130/7 170/20 171/5
federally [2] 75/11 143/16
feds [1] 14/11
fee [9] 39/5 39/7 39/8 39/21 39/22 40/7 40/8 63/1 94/21
feel [6] 56/17 100/16 112/7 142/12 163/5 163/11
fees [5] 44/5 44/8 44/12 44/14 95/2
feet [2] 173/14 173/16
felons [3] 31/4 143/16 172/7

felony [3] 28/10 52/8 68/9
few [2] 2/18 143/8
fewer [1] 136/4
FFL [1] 18/19
Field [1] 18/5
fight [7] 24/13 24/15 106/6 106/6 106/10 125/1 164/2
fighter [1] 124/22
fighting [2] 122/14 125/1
filed [2] 50/12 134/15
Filemande [1] 162/5
fill [6] 78/3 79/15 79/15 79/21 80/12 80/12
filters [1] 95/14
final [2] 16/15 148/7
finalize [1] 49/16
finalized [1] 54/19
finally [6] 88/12 136/20 142/21 149/5 170/12 178/5
financial [1] 76/15
financially [1] 50/15
find [11] 16/16 17/2 100/5 110/15 111/20 116/5 118/9 122/14 151/12 178/13 179/3
finding [1] 109/8
fine [2] 51/1 177/7
fines [2] 67/13 68/15
fingerprinting [2] 156/5 156/7
fingers [1] 54/14
fingertips [1] 84/6
Fioretti [9] 24/8 74/7 79/3 104/16 114/16 138/17 149/17 173/4 178/11
Fioretti's [1] 34/4
fire [10] 1/3 1/13 2/2 3/8 87/21 153/2 169/19 171/16 173/14 173/15
firearm [52] 5/13 7/5 25/11 27/12 39/6 39/7 40/10 40/11 52/15 56/10 65/21 66/17 67/16 67/19 68/2 68/8 69/11 70/7 70/9 71/7 71/10 73/11 73/12 127/7 127/16 128/1 128/2 129/13 130/11 131/6 131/16 134/19 136/4 144/11 145/15 145/21 147/19 149/10 157/1 159/5 159/7 159/13 159/16 159/20 176/17 176/22 177/6 177/10 177/21 180/19
firearms [89] 3/20 5/3 6/21 7/6 7/8 10/10 11/11 17/7 18/4 18/8 18/12 18/13 19/21 31/10 35/12 40/6 53/8 65/1 65/3 65/7 65/12 66/5 66/11 66/18 66/21 67/1 67/4 67/11 67/22 69/2 69/4 69/5 69/19 69/21 70/15 70/19 70/20 71/2 71/5 71/15 71/16 73/11 85/13 126/7 126/20 127/11 127/13 127/20 128/5 128/5 129/17 130/2 130/4 130/7 130/14 131/1 131/20 132/5 133/5 133/19 134/21 135/3 135/18 136/18 140/1 140/14 142/15 142/19 142/20 143/17 143/21 144/21 145/3 145/18 145/22 146/22 147/4 148/10 156/16 157/2 158/18 159/9 160/9 171/14 175/22 176/10 177/11 177/15 180/20
firearms-related [1] 126/7
fired [1] 169/16
fireman [1] 115/9
firepower [4] 169/17 169/18 172/11 172/18
firing [1] 48/14
first [25] 2/19 5/12 9/4 19/8 24/11 25/10 46/3 46/8 46/19 52/18 61/13 67/7 87/22 88/20 89/2 89/8 115/5 127/9 132/15 133/15 133/18 142/13 156/14 172/13 173/10
fit [1] 156/8
five [13] 2/8 3/9 5/18 9/19 17/19 18/14 24/18 24/19 25/2 52/5 106/11 141/6 145/6
five-year [1] 145/6
five/four [1] 24/18
fivefold [1] 144/13
flood [1] 30/8
floor [2] 31/9 52/17
flow [3] 128/19 133/5 148/17

CITY000291

**F**

flowing [1] 8/8
focused [1] 39/13
FOID [14] 31/17 52/20 53/9 53/12 67/20
68/8 98/3 98/5 98/12 99/16 128/1 128/8
128/9 176/1
folks [7] 56/17 60/21 80/1 86/7 87/3 87/8
95/10
following [2] 97/21 142/13
foot [1] 107/4
football [2] 115/14 115/16
footnote [2] 22/4 26/5
force [2] 83/21 106/21
forced [2] 62/5 169/19
foregoing [1] 182/12
foremost [3] 88/21 89/2 89/8
forever [1] 169/7
forget [1] 175/4
Fork [1] 22/6
form [1] 130/13
format [1] 19/8
formed [2] 125/21 128/17
forth [2] 26/19 93/13
Forti [1] 22/15
Forton [1] 162/7
Fortunately [1] 170/9
forward [3] 4/19 106/15 137/21
found [28] 8/17 8/20 9/3 57/7 70/15 71/4
91/8 95/20 122/11 128/20 129/7 129/18
131/16 131/19 132/6 133/15 133/22 134/22
144/9 146/6 147/9 148/16 149/2 149/9
150/11 151/7 153/6 175/15
foundation [8] 105/16 112/18 113/9 116/10
116/13 116/13 120/17 127/1
foundations [1] 116/11
four [10] 3/9 5/16 24/18 35/10 41/10 86/1
86/15 96/13 170/12 180/17
Fourteenth [1] 173/11
fragmenting [2] 5/20 25/19
frame [2] 178/22 179/2
Francisco [1] 125/22
frangible [1] 92/8
free [4] 126/1 159/3 159/5 159/6
freewill [1] 73/5
frequently [2] 128/14 133/3
Friday [1] 106/13
friend [1] 158/10
friends [2] 97/15 116/1
frustration [1] 157/22
full [1] 99/13
fully [1] 78/9
functioning [2] 25/16 155/4
functions [1] 177/2
funded [1] 107/16
funding [1] 120/20
funeral [2] 38/15 103/10
furnish [1] 129/15
further [4] 4/4 79/4 177/12 182/11
Furthermore [1] 67/6
future [4] 3/20 111/4 112/3 143/14

**G**

G-e-o-r-g-e-s [1] 3/5
gain [3] 62/8 70/8 147/3
gaining [1] 74/1
gals [1] 79/19
gang [12] 78/20 168/18 170/1 170/1 170/1
170/2 170/4 170/6 170/10 175/18 175/18
175/19
gangs [3] 122/9 122/20 168/17
garage [1] 58/4
gauge [1] 66/9

gave [4] 56/21 82/6 116/13 164/17
Gecan [2] 109/19 109/20
general [4] 94/1 127/16 133/21 171/8
generously [1] 20/19
Geographic [1] 180/11
George [2] 21/6 24/8
Georges [4] 3/4 47/7 134/11 138/2
gesture [1] 9/16
get [41] 3/2 22/22 31/12 39/6 40/20 41/12
44/10 44/14 48/6 49/11 53/12 54/18 55/20
57/20 77/13 91/17 97/13 98/21 99/2 99/3
99/19 102/19 102/19 105/7 105/19 107/13
113/17 113/19 113/22 114/1 117/1 117/2
120/13 122/18 124/11 124/17 125/3 146/11
146/17 153/10 159/10
gets [1] 30/14
getting [11] 16/19 16/22 21/17 22/9 45/4
91/2 101/21 122/21 124/19 124/20 170/15
girls [6] 103/18 103/19 105/18 105/18 106/12
106/13
give [17] 59/15 59/17 75/15 82/5 94/5 98/20
106/14 108/19 113/9 113/12 113/12 113/13
116/20 117/3 147/22 157/9 163/12
given [3] 3/16 65/15 68/1
glad [1] 72/2
go [29] 2/3 20/17 33/12 74/3 75/8 75/9 80/7
88/5 88/7 90/15 90/20 91/3 92/14 95/6 99/15
99/18 112/12 115/5 119/15 122/16 123/8
124/6 147/16 147/20 147/21 158/11 160/12
160/13 166/8
goal [1] 111/19
goals [2] 127/8 135/2
God [1] 166/4
God's [1] 113/2
goes [7] 24/16 30/22 33/10 46/20 51/22 77/15
99/20
going [54] 2/3 2/19 23/3 30/9 35/6 36/9 40/9
46/9 50/11 54/14 55/19 58/4 62/8 73/4 80/16
82/5 90/15 90/17 95/6 97/5 98/22 99/1 99/2
99/3 99/3 100/13 101/16 102/3 103/5 105/15
108/11 108/17 108/19 109/10 110/19 111/5
111/22 112/3 113/13 114/9 117/19 118/5
118/16 119/1 124/10 125/7 141/5 149/3
153/15 164/21 164/21 164/22 165/2 170/5
Golden [1] 105/16
gon' [2] 106/7 106/8
gone [1] 73/19
gonna [1] 106/9
good [25] 3/3 38/10 39/9 50/20 53/15 53/19
53/20 63/20 66/1 83/4 83/6 85/4 85/5 97/3
114/19 121/19 125/16 139/16 141/11 143/17
144/2 153/12 161/8 167/18 175/9
got [31] 38/7 39/10 78/22 80/11 80/12 80/20
81/1 81/2 102/5 104/6 105/22 106/5 106/12
106/14 107/4 107/5 107/6 113/16 114/1
115/4 117/3 118/7 119/21 121/5 122/9
122/10 122/12 122/13 122/13 124/16 163/7
government [4] 3/13 18/19 70/14 160/21
governmental [1] 27/20
governments [5] 3/13 126/2 132/4 134/6
177/14
grabbing [1] 105/17
grade [2] 115/4 115/6
graders [1] 115/13
graduate [2] 34/20 153/13
graduation [1] 102/7
grain [1] 75/19
granddaughter [1] 165/4
grandfathered [1] 155/6
grandmother [2] 162/20 162/21
grandson [1] 122/10
great [3] 51/3 116/9 152/10
greater [1] 32/5 130/14 137/8

greatest [2] 75/15 100/8
ground [1] 103/5
grounded [1] 142/9
group [2] 128/16 137/6
grow [8] 112/4 114/10 116/21 117/12 117/20
118/2 119/3 157/12
growing [1] 106/17
grown [1] 159/8
Guard [2] 26/21 77/14
Guards [1] 26/8
guess [2] 19/15 49/5
guide [1] 118/14
guidelines [1] 67/18
gun [162] 2/17 4/17 5/6 5/12 5/14 5/16 5/17
6/7 8/4 8/5 8/7 8/13 8/13 8/19 8/19 8/21 8/22
9/4 9/7 9/8 9/11 9/13 9/14 9/18 9/19 9/20
10/1 10/5 10/6 12/22 14/10 15/5 15/11 15/13
16/1 16/11 18/2 19/3 20/10 21/15 20/15 22/12
25/15 27/20 28/20 30/10 32/14 36/6 38/7
39/15 46/15 48/2 48/11 48/12 50/8 51/13
52/9 55/19 55/20 60/6 62/1 62/4 62/7 62/9
62/13 66/8 66/8 66/11 67/8 67/14 70/1 70/5
74/19 81/20 82/21 83/8 88/21 89/4 104/20
105/2 112/21 113/14 126/3 126/21 127/11
127/10 127/14 128/19 129/8 130/21 131/2
131/12 131/18 131/22 132/8 132/10 132/16
132/19 132/20 133/9 133/10 133/12 134/4
137/3 137/13 138/21 139/6 140/19 141/15
142/1 142/4 142/12 143/3 143/6 146/8
147/10 148/19 150/2 150/22 161/15 162/22
163/3 163/5 163/7 163/8 163/18 164/2
164/19 164/20 165/7 165/12 165/20 165/22
166/4 166/6 166/7 166/22 167/12 169/10
170/11 174/4 174/11 175/12 176/2 176/4
176/6 176/13 177/3 177/12 177/17 177/18
177/19 178/1 178/5 178/21 179/8 179/10
179/18 180/11 180/13 180/13 180/18
gun-related [1] 132/16
gunman [1] 169/4
Gunned [1] 101/12
guns [113] 7/1 7/16 8/2 8/4 8/6 8/8 8/12 9/2
9/6 9/10 15/16 16/4 16/17 16/20 16/22 17/9
17/11 17/11 17/20 18/6 20/20 23/16 23/17
23/22 27/9 31/2 32/2 32/9 32/10 39/19 44/7
45/16 51/15 51/20 65/13 70/3 70/17 71/13
72/8 72/17 73/4 74/11 81/8 88/16 90/7 98/22
99/4 100/17 101/16 101/18 101/19 111/11
111/12 111/15 111/17 117/2 126/22 128/16
128/19 128/22 129/2 129/18 130/11 131/15
132/9 132/21 133/5 134/3 136/2 136/8
136/12 137/9 138/7 142/8 143/2 146/2 146/5
146/9 146/17 147/6 147/11 148/9 148/14
148/17 149/1 149/2 149/7 149/20 150/7
151/12 151/13 162/2 162/2 162/4 163/9
164/3 164/15 164/16 166/20 168/5 168/16
170/18 173/12 173/15 175/15 176/14 176/19
176/20 177/9 177/18 178/2 178/3 180/21
gunshot [2] 7/19 134/1
guys [3] 79/19 108/11 160/22

**H**

had [41] 20/4 31/1 32/21 34/16 38/5 45/14
52/4 54/2 55/22 56/5 56/6 63/14 63/15 72/12
72/14 72/15 72/16 76/22 101/10 103/4
103/12 103/13 103/19 106/11 124/4 124/13
131/12 135/6 140/19 146/7 146/12 146/13
149/7 151/6 157/2 159/20 163/5 165/8
169/12 173/12 175/16
hadn't [1] 106/4
half [1] 87/3
hammer [1] 75/15
hand [2] 9/8 115/8
handgun [73] 4/2 4/14 4/21 6/10 6/13 6/13

CITY000292

# H

handgun... [67] 6/19 8/1 10/4 10/20 11/5 11/8 11/10 12/15 13/2 13/10 13/17 13/21 14/14 14/18 14/21 16/8 16/10 16/12 20/9 21/13 23/6 23/11 23/12 27/16 28/8 28/11 28/12 29/8 29/10 32/19 35/14 35/17 36/1 36/17 36/18 42/9 43/1 43/1 43/19 43/21 44/19 46/21 47/16 52/2 56/15 58/2 64/14 69/11 77/4 77/7 128/21 129/2 129/10 130/21 133/16 133/17 133/19 133/19 134/4 134/7 135/8 139/10 139/11 150/20 155/2 155/4 155/13
handguns [60] 4/8 6/6 6/15 7/3 7/4 7/6 7/8 7/10 7/11 7/13 7/14 7/15 7/18 11/16 14/15 15/18 15/21 19/12 20/17 23/20 29/5 30/9 32/6 32/22 33/3 35/9 36/7 39/2 42/18 45/4 46/4 46/6 46/10 46/22 47/20 50/13 51/21 64/8 64/19 64/20 65/2 65/14 65/17 65/18 71/17 77/18 85/19 96/12 96/22 132/13 132/17 132/18 133/2 133/13 135/3 135/10 139/14 155/6 156/19 156/21
handle [2] 83/13 157/21
handled [2] 95/20 159/14
handling [1] 95/18
hands [13] 8/9 8/15 16/17 32/2 56/10 73/12 91/3 91/17 91/18 128/4 146/3 146/17 149/4
hands-on [1] 128/4
happen [8] 12/5 30/12 95/19 100/5 113/1 113/14 140/6 164/21
happened [1] 122/6
happening [4] 76/10 78/14 78/15 80/17
happens [1] 115/17
happenstance [1] 100/4
happy [1] 44/10
hard [5] 95/5 100/13 104/18 109/7 109/10
hardly [1] 97/3
harm [1] 157/19
harming [1] 147/2
Harris [1] 162/10
Harvard [1] 70/17
has [72] 10/15 10/20 11/2 12/12 13/9 13/12 14/20 15/2 18/4 18/11 21/11 27/6 29/7 29/21 30/3 30/5 31/11 39/13 42/5 42/17 42/19 42/21 46/15 49/15 50/10 54/11 54/17 56/11 58/4 58/19 64/18 65/15 67/1 67/7 67/17 77/4 77/7 82/17 87/14 88/21 89/15 93/3 94/7 99/15 103/16 103/17 110/11 110/11 111/3 111/6 131/3 135/9 136/14 139/9 140/4 143/5 145/4 146/21 148/3 148/16 152/12 153/4 153/4 158/9 158/9 159/2 160/10 169/4 171/4 174/3 174/12 179/10
have [304]
haven't [8] 75/6 122/15 155/11 155/16 156/7 157/16 157/20 157/21
having [13] 16/18 39/1 50/14 60/17 62/1 73/5 79/20 88/14 93/18 109/7 163/8 163/9 163/9
having too [1] 16/18
Haywood [1] 162/5
hazard [1] 87/22
hazardous [1] 171/8
he [33] 8/20 9/2 24/14 24/15 26/19 41/5 46/20 52/19 63/14 63/15 63/16 73/14 82/18 102/6 103/6 103/7 103/8 105/5 109/1 122/11 122/13 122/13 131/11 156/6 156/6 163/4 163/6 163/6 163/7 163/13 165/9 165/9 165/12
he's [3] 34/20 165/11 165/12
head [1] 44/10
Health [1] 141/17
hear [6] 17/5 54/19 115/20 158/12 158/13 160/4
heard [16] 2/8 49/21 92/4 106/4 119/7

149/22 151/17 157/7 157/8 157/16 157/20 157/21 158/4 159/1 160/6 160/10
hearing [5] 2/9 154/21 156/15 159/17 181/5
hearts [1] 157/18
hedging [1] 139/1
held [3] 135/6 141/8 163/1
Heller [26] 3/16 4/12 5/2 6/9 6/11 6/17 27/7 27/14 27/19 27/22 28/4 28/15 36/3 36/20 64/13 91/10 91/11 97/9 126/9 134/11 134/15 134/17 135/4 135/6 139/7 139/8
Hello [1] 110/5
help [32] 102/19 102/20 102/21 103/11 103/11 104/5 104/8 105/10 105/13 106/5 107/13 107/14 107/15 114/7 114/8 114/9 115/11 115/21 116/20 119/12 120/18 120/19 129/19 130/4 131/17 132/15 132/19 133/5 152/5 152/17 177/2 177/10
helped [1] 126/8
Henry [8] 154/14 161/17 161/18 162/19 162/21 162/21 165/3 167/3
her [15] 54/13 73/13 87/14 101/11 101/11 101/13 103/3 131/12 163/8 165/6 165/7 165/7 165/8 167/5 170/15
here [58] 14/10 16/19 17/5 22/4 40/15 49/9 51/12 62/18 63/14 76/1 78/5 78/17 79/5 80/11 83/5 101/11 102/20 102/22 105/3 106/22 109/22 110/1 110/8 111/19 113/3 113/8 114/20 116/2 119/22 120/12 120/20 126/10 126/17 130/10 137/17 137/17 139/21 141/13 141/19 142/6 154/7 155/21 157/16 158/7 158/15 158/17 160/1 160/4 160/15 161/13 165/14 165/15 166/1 166/9 167/5 173/18 174/14 178/17
here's [1] 76/21
hereby [1] 182/8
Hernandez [3] 162/8 162/11 163/20
Hester [3] 154/15 161/11 166/18
Hester-Jones [3] 154/15 161/11 166/18
hey [1] 140/16
hiding [1] 114/3
high [16] 8/21 76/3 77/21 79/9 81/12 133/20 137/5 142/14 143/5 144/4 145/9 145/12 145/14 147/2 168/16 172/11
high-crime [2] 77/21 79/9
high-risk [2] 142/14 144/4
higher [9] 8/12 8/22 133/10 133/11 134/2 134/3 143/13 143/22 148/3
highest [2] 77/10 147/7
highly [2] 148/9 172/4
him [9] 38/15 63/16 73/13 80/16 103/11 163/5 163/8 163/12 165/9
himself [2] 73/14 151/8
hire [2] 76/14 76/17
hiring [1] 76/19
his [9] 74/1 82/17 87/14 102/7 103/8 131/12 163/5 163/11 169/13
history [3] 19/3 33/2 98/10
hit [1] 170/6
hold [2] 59/22 108/9
holding [4] 111/12 111/15 111/16 164/3
holdup [1] 49/15
hole [1] 58/3
Holt [1] 164/6
home [76] 4/22 6/10 7/16 7/16 7/18 7/20 10/2 11/6 11/16 13/10 14/21 15/22 16/8 16/11 16/13 21/11 23/13 23/17 24/7 27/10 27/16 29/6 29/8 29/11 32/10 32/12 32/13 35/13 36/10 36/11 36/15 36/18 37/12 42/9 43/3 43/16 46/6 46/21 46/22 67/7 70/4 70/21 71/13 73/20 77/19 84/8 86/8 90/12 90/12 91/19 96/22 97/5 97/12 98/10 99/22 100/1 119/11 120/3 135/10 137/3 137/10 139/10 143/3 143/3 147/7 159/9 159/11 161/18

162/22 163/11 164/20 165/6 165/8 166/7 170/15 171/11
homeowner [1] 36/16
homeowner's [14] 42/8 42/14 42/19 43/4 43/5 43/8 43/15 43/20 44/1 44/2 57/9 57/20 58/6 58/10
homeowners [1] 46/6
homes [13] 23/7 41/22 70/16 71/9 119/19 134/3 139/14 159/7 162/1 162/4 166/20 178/20 178/21
homicide [4] 9/1 133/11 153/8 180/11
homicides [15] 7/7 7/8 8/19 10/10 64/21 64/22 72/12 72/14 72/15 72/17 132/16 132/18 144/19 149/10 150/22
honors [1] 38/15
hook [1] 46/12
hope [11] 16/15 17/2 62/16 89/5 110/17 110/17 111/4 112/2 151/21 152/2 173/17
hopefully [1] 140/12
hopeless [1] 153/19
Hopkins [2] 141/16 141/21
hospital [2] 103/5 103/7
hospitalized [1] 53/11
host [1] 164/2
hour [5] 41/11 80/4 86/2 86/16 179/6
hours [10] 22/17 41/10 69/6 85/14 86/1 86/10 86/16 140/6 140/6 179/16
house [9] 46/9 58/2 87/16 101/14 114/4 114/4 120/2 120/3 163/11
household [4] 83/13 88/21 89/4 180/20
households [1] 17/9
houses [1] 122/9
how [69] 12/1 20/8 26/2 26/9 26/11 28/18 28/19 28/19 29/16 30/5 30/7 33/1 35/17 38/19 38/20 43/10 43/13 44/4 45/13 50/13 54/7 54/8 55/1 55/3 55/18 69/12 69/12 69/13 69/13 72/11 74/10 75/3 75/4 81/8 83/12 84/10 85/13 87/18 95/6 100/15 103/20 105/20 106/16 107/1 111/16 114/3 115/18 117/16 118/5 118/10 118/17 119/10 119/12 119/15 120/9 120/10 122/12 124/18 125/7 127/10 152/17 152/18 152/19 155/18 157/21 157/22 157/22 159/18 160/12
however [12] 4/6 11/12 21/19 48/8 70/2 77/4 86/6 99/20 141/18 143/6 150/2 152/13
human [2] 157/11 164/14
humans [1] 171/18
hundred [2] 51/12 51/15
hundreds [3] 20/3 128/16 159/19
hurt [1] 158/8
husband [2] 103/3 167/5

# I

I'd [8] 2/7 36/14 61/12 62/16 62/21 114/20 126/18 168/1
I'll [3] 72/2 104/2 149/15
I'm [56] 3/5 3/17 26/1 38/3 38/8 44/10 55/2 58/9 61/22 62/3 74/12 76/4 82/5 85/22 86/14 90/19 94/21 97/22 98/11 100/13 102/21 102/21 103/19 105/14 105/19 106/10 107/10 107/18 108/17 108/18 109/2 110/6 112/17 121/18 121/22 122/1 122/14 123/11 124/5 124/19 124/21 124/22 125/18 126/10 141/15 141/16 143/5 151/14 153/1 153/5 158/15 158/22 162/18 164/11 165/2 167/20
I've [18] 49/21 50/10 54/22 57/2 58/10 115/4 126/15 142/1 142/2 146/20 154/21 156/2 157/6 157/6 158/4 158/6 159/9 160/10
IACP [2] 171/3 171/6
ID [3] 5/13 25/11 31/10
idea [4] 55/1 57/8 62/20 140/13
ideas [2] 51/6 85/13
identification [3] 52/16 67/19 128/1

CITY000293

**I**

identify [3] 71/17 131/18 177/11
identifying [2] 66/8 145/2
ignore [1] 98/22
II [2] 134/11 134/15
ill [1] 28/10
illegal [21] 5/11 8/3 8/10 25/2 25/7 25/10
25/12 25/14 25/17 52/5 65/13 65/14 128/16
128/19 131/15 133/5 142/16 145/6 156/21
177/9 180/21
illegally [2] 175/17 176/15
Illinois [20] 1/14 5/8 26/20 31/10 31/17
33/13 34/7 34/10 59/21 60/18 61/22 62/2
62/3 67/17 127/22 132/6 143/5 147/16 182/1
182/7
illness [1] 31/4
imagine [1] 46/7
immature [1] 74/2
immediate [1] 177/22
immediately [6] 46/16 95/13 169/11 176/16
179/2 179/7
impact [3] 72/20 73/6 175/3
impairments [1] 32/7
impairs [1] 36/17
impediment [1] 50/5
imperative [1] 88/22
implement [1] 156/7
importance [3] 52/1 88/14 168/2
important [20] 4/15 11/12 16/21 30/6 30/7
30/15 67/6 67/12 67/17 68/14 69/10 70/6
84/20 91/5 115/20 128/11 131/1 135/15
140/7 153/9
impose [7] 13/13 13/14 15/3 30/1 42/21
57/19 142/21
imposed [1] 42/5
imposing [3] 31/15 40/19 40/19
impossible [1] 92/10
imprisonment [1] 174/5
improper [1] 69/18
improve [1] 143/7
improving [1] 135/17
in-progress [1] 168/9
inactive [2] 120/5 120/5
inappropriate [1] 68/3
incidents [3] 30/10 50/8 129/21
include [3] 39/5 40/7 136/22
included [4] 17/7 54/21 134/18 171/20
includes [1] 131/4
including [6] 63/7 129/8 130/20 132/10
148/18 149/7
inclusive [1] 51/5
incorporate [1] 61/8
incorporated [1] 85/9
incorporating [1] 62/22
increase [5] 10/9 30/14 44/21 127/12 168/18
increased [7] 39/17 44/14 77/8 79/20 144/10
144/12 150/15
increases [4] 70/4 71/14 135/18 147/8
incurred [1] 50/7
Indians [1] 22/5
indicated [1] 55/17
indictment [1] 155/19
individual [9] 6/10 11/5 16/7 67/3 74/3 89/15
132/13 133/3 139/3
individuals [16] 52/9 57/20 67/3 67/10 67/22
119/1 130/1 142/14 142/17 144/5 144/21
144/22 146/3 155/12 155/12 172/5
inevitably [1] 39/17
inexpensive [1] 148/11
influence [1] 145/5
inform [1] 132/8
information [14] 11/20 11/22 54/1 62/9

62/17 66/13 66/16 84/18 88/15 88/19 89/12
118/4 122/18 129/16
infringement [1] 56/18
initially [1] 130/14
injure [1] 97/14
injured [1] 170/10
injuries [6] 7/5 7/20 69/17 70/5 71/15 180/20
injury [6] 70/18 71/8 126/7 133/14 134/2
136/3
innocent [1] 168/13
insane [1] 53/7
inside [4] 90/12 97/12 99/21 170/6
insist [1] 88/16
installed [1] 17/9
instance [2] 34/19 41/9
instead [6] 10/20 41/3 135/16 158/4 160/7
160/10
instruction [6] 41/10 41/11 69/4 69/7 69/17
128/3
insurance [36] 29/15 30/3 30/5 38/21 39/14
39/15 41/19 42/1 42/4 42/6 42/20 42/21 43/4
43/5 43/6 43/11 43/20 49/7 49/8 49/11 49/14
49/19 49/21 50/1 50/3 50/6 55/2 55/6 55/9
55/12 56/7 56/15 57/21 58/4 99/2 158/17
insure [1] 57/8
insured [3] 58/20 58/21 59/3
insurmountable [1] 87/8
intent [2] 20/16 56/12
intentional [2] 7/19 70/5
intercepted [1] 170/2
interest [2] 31/15 99/22
interested [2] 60/20 160/8
interesting [2] 59/1 62/20
interfere [1] 15/1
interferes [1] 37/1
interfering [1] 143/1
International [5] 70/12 132/2 134/4 171/1
177/13
interpersonal [1] 135/19
interventions [3] 152/16 152/20 152/22
intimate [1] 144/8
intimidates [1] 136/4
intimidation [2] 168/16 168/17
introduced [1] 98/10
invalidate [2] 10/19 11/9
invalidates [2] 4/6 64/9
investigations [2] 170/2 175/15
involved [17] 4/21 7/8 39/11 67/11 86/9
113/17 113/20 113/22 114/1 115/1 120/13
130/1 144/7 148/13 148/15 151/19 180/16
involving [2] 143/19 143/20
irresponsible [1] 68/3
is [312]
isn't [2] 76/18 153/18
issue [11] 16/1 34/12 49/14 50/2 52/2 54/12
76/10 79/11 152/9 173/20 174/2
issued [4] 18/15 18/19 98/5 127/17
issues [3] 31/4 139/19 150/14
it [249]
it's [72] 2/1 5/10 12/21 14/18 21/22 24/22
25/1 25/12 25/14 25/17 38/10 43/22 44/2
49/10 51/2 51/2 57/13 57/15 61/19 73/9
74/15 76/5 78/4 80/16 86/5 86/10 87/13 88/6
88/22 90/6 90/13 91/4 92/10 95/5 97/10
99/17 101/15 101/22 101/22 102/1 102/3
102/22 104/10 104/18 105/6 109/9 109/10
111/1 111/17 115/19 119/16 119/17 120/7
121/9 121/9 121/10 124/1 128/11 131/9
135/14 139/1 139/5 144/5 146/22 156/5
160/1 166/21 166/21 166/22 174/13 178/15
179/19
item [1] 2/16
items [3] 2/8 2/14 173/13

**J**

Jackson [2] 164/7 164/8
jail [4] 17/5 59/13 99/18 177/7
January [1] 99/15
Jessica [2] 161/21 162/7
job [3] 22/9 80/10 89/12
jobs [4] 109/4 109/7 109/11 116/20
Jody [1] 63/22
John [1] 85/14
Johns [2] 141/16 141/21
Johnson [5] 71/22 167/16 167/17 175/8
175/11
join [1] 118/20
joined [1] 71/20
joins [1] 171/2
Jones [7] 101/6 154/15 161/11 161/11 164/1
164/5 166/18
Joseph [1] 162/10
Josland [1] 162/11
Journal [1] 71/1
Jr [4] 112/18 113/9 116/10 120/17
Judge [1] 24/16
judges [1] 174/2
judgment [1] 21/6
judicial [3] 13/15 36/2 37/8
Juilet [2] 125/15 125/18
Juliet [1] 180/10
July [2] 181/6 182/15
June [2] 1/13 22/7
junk [3] 148/9 149/1 149/20
jurisdiction [1] 63/5
jurisdictions [1] 58/15
just [75] 10/13 12/20 13/16 14/8 17/18 21/20
22/22 23/15 24/16 27/10 31/11 34/8 43/9
44/2 47/8 48/20 49/18 50/22 51/9 51/10
57/16 58/18 60/8 60/16 61/20 62/2 63/15
73/4 79/21 80/7 87/1 87/5 87/5 87/20 90/5
90/12 92/10 93/6 93/20 96/10 96/18 96/21
97/9 97/13 98/6 100/13 100/19 101/22 102/4
102/11 104/7 108/16 108/22 109/3 111/10
114/2 115/2 124/18 138/6 141/18 145/19
147/22 151/5 151/8 152/7 154/4 157/14
158/4 159/16 161/1 162/16 168/22 170/12
175/19 179/7
Justice [2] 24/13 26/18

**K**

Karen [1] 55/4
keep [14] 16/17 23/3 44/13 65/8 78/22 87/18
88/10 90/14 92/17 109/10 119/12 144/21
146/2 167/10
keeping [6] 44/22 51/5 71/5 88/4 130/14
155/16
keeps [1] 99/21
Kelly [1] 54/11
Kenneth [1] 164/5
kept [3] 35/14 35/17 109/11
Kerry [1] 161/18
Kevin [3] 71/22 167/16 175/11
key [2] 84/19 112/1
kids [14] 102/14 102/16 102/17 103/18
106/11 109/7 109/8 114/6 115/5 115/10
115/11 115/22 153/13 165/15
kill [2] 166/8 171/17
killed [27] 16/19 16/22 38/7 51/13 51/19
51/21 69/21 101/12 101/21 102/6 112/19
122/10 122/12 122/13 122/13 122/21 124/11

CITY000294

**K**

killed... [10] 151/7 158/9 161/12 161/18
 162/1 162/4 169/2 169/12 170/11 170/14
killing [1] 166/21
kind [20] 5/16 15/19 25/15 27/1 29/11 40/6
 41/17 45/5 48/4 49/18 50/2 50/10 55/6 57/16
 73/6 107/14 107/15 148/19 155/18 160/2
kinds [6] 7/1 28/5 32/6 54/20 142/19 152/19
King [1] 60/22
kings [1] 121/8
knew [3] 81/8 140/18 165/4
knives [1] 18/17
knock [1] 107/4
know [189]
knowing [2] 158/3 160/20
knowledge [4] 56/12 84/5 118/4 127/14
known [2] 140/19 165/11
knows [2] 81/17 158/10

**L**

L-a-q-u-i-t-a [1] 110/6
lack [2] 68/8 68/12
ladies [3] 105/21 119/22 161/8
lady [4] 106/17 106/18 167/4 167/4
landmark [1] 3/9
Lane [1] 17/15
language [3] 27/2 27/2 27/14
Laquita [4] 109/20 109/20 110/6 117/9
large [3] 8/5 8/11 148/19
laser [2] 5/20 25/19
laser-sight [2] 5/20 25/19
last [7] 24/15 55/18 110/20 136/10 156/4
 156/17 168/22
later [4] 32/20 71/20 72/1 115/12
Laura [1] 162/11
law [70] 3/10 13/3 13/5 13/6 16/4 16/5 16/16
 23/5 24/17 32/17 34/13 34/22 38/1 52/7
 52/21 61/16 61/21 62/2 66/15 66/19 77/17
 90/16 96/11 99/14 99/22 120/1 125/20
 127/20 128/7 129/15 129/19 130/8 131/14
 131/17 132/8 132/12 134/10 134/18 134/22
 135/2 135/14 136/6 136/11 136/15 136/22
 137/2 137/6 140/4 143/2 144/1 147/17 149/9
 149/13 150/11 150/21 155/2 162/13 163/1
 163/2 163/6 165/9 168/21 172/3 174/7 174/8
 176/19 177/10 177/17 177/19 177/20
law-abiding [7] 77/17 90/16 143/2 144/1
 163/1 165/9 177/19
lawfully [2] 42/12 168/19
laws [46] 21/16 69/16 70/22 75/9 75/14
 100/3 126/3 126/6 126/9 126/12 126/19
 126/20 127/2 127/2 127/8 127/12 127/13
 127/15 128/19 129/3 129/6 129/9 129/11
 129/13 129/14 129/15 130/19 130/21 130/22
 131/17 132/14 132/19 133/4 134/6 134/8
 134/16 135/15 136/17 137/16 139/6 140/1
 140/8 146/13 156/1 174/14 177/10
Lawson [4] 154/13 154/14 154/17 154/18
lawsuit [1] 134/14
lawsuits [5] 30/12 30/14 30/17 30/19 50/12
lawyer [2] 163/1 165/10
Lazarus [2] 161/11 164/1
leaders [2] 116/19 120/11
leadership [1] 137/13
leading [1] 133/16
leads [1] 138/7
leaking [1] 146/2
learn [2] 29/20 117/15
learned [3] 41/15 42/7 86/3
learning [1] 160/9
least [4] 26/2 50/7 64/22 82/17
leave [5] 63/15 70/7 93/12 137/3 159/12

led [3] 146/4 147/9 148/16
left [6] 9/16 77/5 103/18 113/5 118/13 167/5
Leftwich [5] 125/15 125/18 145/20 147/14
 180/10
legal [12] 6/21 8/14 22/9 32/16 33/20 60/9
 66/22 125/18 125/19 126/1 143/6 145/15
legally [6] 24/1 43/1 52/12 90/15 126/6 139/6
legislation [6] 35/7 36/6 73/3 83/8 105/5
 157/4
legislators [1] 126/5
legislature [3] 26/20 34/11 136/14
legitimate [2] 8/13 178/9
lengthy [1] 21/22
less [4] 95/8 103/7 157/10 173/8
let [9] 96/10 98/6 102/14 104/1 107/6 121/6
 179/4 179/15 179/17
let's [16] 102/14 102/18 106/9 113/19 113/20
 113/21 113/21 113/22 157/8 157/9 157/20
 157/21 158/4 158/5 158/13 158/13
lethal [3] 144/10 144/12 172/4
lets [1] 82/12
letting [1] 60/4
level [6] 96/2 140/2 145/9 152/21 152/22
 168/12
levels [2] 76/9 133/9
Lewis [1] 162/8
liability [3] 29/15 96/3 96/8
liable [1] 95/17
license [8] 18/4 18/9 18/12 18/16 53/14 62/12
 62/13 127/4
licensed [1] 17/20
licensing [7] 68/14 126/20 126/21 127/7
 129/6 129/11 130/13
life [6] 103/16 103/17 113/18 118/15 118/17
 167/9
light [6] 12/11 30/7 36/2 155/1 155/9 173/9
like [63] 2/7 8/11 10/1 10/13 12/8 13/12 15/4
 15/5 15/16 17/8 17/10 17/12 18/17 23/21
 28/7 28/12 29/22 31/18 31/19 35/19 37/9
 40/11 41/8 42/11 42/12 54/8 61/11 61/13
 62/21 67/19 80/8 82/7 84/11 87/15 96/20
 102/2 102/13 105/6 107/1 108/7 109/4 111/1
 112/1 112/7 114/2 114/20 119/18 119/19
 119/19 121/21 123/21 126/18 136/12 139/1
 155/15 155/19 155/22 157/12 159/10 160/2
 166/19 167/9 168/1
likelihood [3] 8/13 135/19 145/17
likely [5] 131/21 146/17 148/14 165/6 178/4
limit [10] 8/2 15/20 29/5 47/16 48/7 52/2
 87/13 88/2 138/21 157/7
limitation [1] 6/14
limitations [6] 6/5 13/14 15/5 28/9 28/11
 28/16
limited [5] 27/10 57/15 134/19 139/2 174/15
limiting [5] 7/9 87/18 132/12 134/6 135/3
lines [1] 48/18
link [2] 8/17 96/18
list [4] 93/14 93/16 93/20 126/16
listed [1] 20/9
listen [3] 80/6 80/7 107/2
listened [1] 157/6
listening [2] 45/9 155/21
little [12] 28/5 38/4 38/9 44/21 45/21 78/21
 82/4 91/9 99/5 102/5 103/22 155/20
live [4] 21/7 70/16 110/22 137/16
lives [9] 112/4 112/10 149/11 151/20 161/14
 163/17 165/21 169/6 169/6
living [2] 134/3 160/19
loaded [2] 69/14 99/17
lobbied [1] 171/4
local [13] 3/12 61/15 70/14 75/18 126/2
 126/5 128/6 130/8 132/4 134/6 140/2 148/20
 177/14

locate [1] 177/21
located [3] 10/7 32/14 36/11
location [1] 71/6
lock [5] 35/19 35/22 36/16 70/9 118/12
locked [5] 32/11 35/18 70/10 71/5 71/6
locks [5] 35/6 36/6 36/21 91/14 96/12
logical [2] 56/13 82/21
long [8] 12/1 15/16 20/9 20/20 23/22 51/2
 169/22 171/22
longer [1] 159/21
look [15] 9/15 30/4 30/21 46/17 62/16 62/20
 86/12 91/5 95/4 97/8 100/11 102/2 106/15
 109/4 173/20
looked [4] 95/8 103/7 157/10 173/8
looking [13] 29/20 52/1 54/5 57/3 58/18 59/5
 76/14 76/16 89/10 96/5 102/5 113/20 160/18
looks [1] 69/13
loose [2] 16/20 22/16
losing [1] 167/11
loss [4] 58/5 139/17 139/19 178/9
losses [1] 178/1
lost [33] 17/10 66/18 103/3 104/19 105/2
 109/6 130/4 131/1 131/6 131/7 131/12
 131/16 131/20 132/4 132/9 134/20 139/22
 140/14 140/19 163/17 167/9 176/7 176/8
 176/11 176/18 176/18 177/1 177/6 177/9
 177/15 177/16 177/21 178/19
lot [20] 29/19 29/20 37/21 39/12 90/20 102/7
 109/6 109/11 109/12 113/7 115/4 116/1
 119/20 120/19 122/5 122/6 124/3 152/12
 154/21 174/16
love [1] 125/1
low [2] 44/22 159/6
lower [5] 4/1 129/4 133/12 144/18 147/12
Luckily [1] 169/20
Lyle [1] 53/18

**M**

ma'am [2] 94/10 100/16
machine [1] 182/8
Madam [5] 18/22 35/5 50/20 53/16 61/6
made [7] 61/19 87/10 114/18 114/19 163/5
 163/10 176/12
maintained [1] 20/13
maintaining [2] 35/22 91/5
major [3] 8/20 9/5 128/17
majority [6] 26/3 51/20 65/12 76/1 113/5
 136/17
make [31] 2/7 29/10 35/12 39/9 41/14 46/19
 48/19 65/7 70/6 73/21 78/18 80/11 81/2 81/3
 82/22 95/16 100/20 103/10 115/1 121/5
 154/5 160/3 163/10 163/11 163/11 164/18
 166/1 170/6 175/20 178/2 179/11
maker [1] 66/8
makes [5] 50/5 131/13 133/7 137/2 164/19
making [4] 99/13 151/18 168/6 177/20
man [4] 105/22 169/10 169/12 169/21
manage [1] 152/18
management [1] 87/9
mandate [4] 12/7 16/4 132/4 177/15
mandated [2] 14/11 41/3
mandates [2] 67/20 70/14
mandatory [3] 174/3 174/5 174/10
manner [3] 27/8 91/6 176/3
manual [1] 84/10
many [30] 3/17 10/6 16/18 20/8 21/12 32/18
 43/10 49/21 55/18 68/21 69/20 72/11 72/16
 74/10 75/3 75/4 75/7 81/8 85/14 87/6 95/6
 100/16 100/19 104/4 110/9 112/2 114/3
 118/7 148/17 166/4
map [3] 9/16 17/18 18/1
Mara [5] 2/19 3/4 10/12 63/10 138/2
Marcell [1] 162/12

CITY000295

**M**

market [2] 132/22 148/20
marketplace [1] 57/11
Marquis [1] 164/7
Maryland [2] 86/22 149/8
Maryland's [1] 149/8
massive [1] 171/22
match [1] 172/17
material [1] 22/2
materials [1] 180/10
matter [7] 4/7 10/21 38/3 44/2 64/10 78/1 153/17
may [37] 12/9 12/11 15/20 15/22 20/21 27/11 31/17 31/19 32/8 45/19 56/20 58/3 63/6 67/9 67/11 70/8 73/18 80/3 83/8 88/4 91/18 132/13 135/3 136/21 139/2 140/5 150/12 150/13 155/6 161/15 164/3 164/12 165/8 165/10 167/5 168/14 175/17
maybe [6] 87/13 93/12 116/4 116/4 165/10 178/21
mayor [8] 3/14 30/5 34/15 39/13 50/10 55/1 55/8 128/17
Mayor's [1] 23/3
mayors [5] 34/5 128/15 128/16 131/15 177/8
McDonald [15] 6/17 11/14 12/12 12/15 27/15 28/2 36/3 59/14 60/10 60/14 64/5 126/14 137/15 139/7 139/9
me [48] 3/1 20/14 30/5 31/22 36/14 36/16 38/4 38/7 47/18 52/7 56/13 58/5 64/2 78/1 80/7 93/1 96/10 102/8 103/6 103/6 103/7 103/8 103/12 103/15 104/2 104/7 104/8 104/11 114/9 122/11 124/4 124/6 124/14 124/18 125/2 125/3 125/4 125/4 125/5 125/6 134/12 140/17 149/6 149/21 151/5 160/3 160/5 182/15
mean [26] 45/11 69/13 84/21 101/17 102/10 102/10 102/11 102/17 102/19 102/21 103/2 103/11 106/3 106/5 106/7 106/10 106/20 107/5 107/10 156/21 157/13 165/19 173/9 173/15 175/5 179/16
meaning [1] 131/5
means [4] 3/18 64/5 110/15 173/9
measure [1] 71/7
measures [2] 142/16 142/22
mechanism [1] 83/10
mechanisms [1] 91/14
media [2] 150/1 153/16
Medical [1] 71/4
meet [3] 53/13 55/1 106/13
meeting [6] 1/12 55/5 60/1 60/18 160/7 181/3
meetings [3] 59/22 122/17 123/9
member [4] 34/15 158/9 158/22 170/4
members [17] 3/7 26/20 34/6 34/7 51/7 57/12 57/13 63/21 77/17 78/20 125/17 167/19 168/18 170/3 170/6 170/10 175/10
memories [1] 102/8
memory [2] 34/4 98/2
men [7] 68/22 105/20 106/1 106/19 116/13 116/15 119/22
Menino [1] 128/17
mens [1] 105/19
mental [1] 31/4
mentality [1] 164/18
mentally [2] 28/10 53/7
mention [2] 87/12 96/10
mentioned [10] 35/4 47/9 47/22 52/4 55/13 85/11 87/20 88/13 144/5 158/17
met [4] 49/2 52/14 77/22 176/2
metal [1] 92/13
metropolitan [1] 9/14
mic [2] 108/16 112/16
middle [2] 169/3 169/15

midst [1] 164/2
Midwest [1] 148/18
might [9] 7/19 48/18 73/14 85/15 85/20 93/19 96/17 130/1 155/12
Mike [1] 22/14
mile [2] 9/18 18/2
miles [2] 9/19 9/20
military [4] 171/14 171/21 172/3 172/5
millions [1] 70/15
Milwaukee [2] 148/18 148/20
mind [5] 2/22 38/17 51/5 88/4 167/6
minds [2] 112/7 112/10
minimal [3] 44/9 44/12 86/9
minimum [5] 31/9 31/12 52/17 53/13 56/14
minor [1] 70/7
minorities [1] 77/10
minority [3] 27/1 76/2 76/3
minors [1] 7/17
minute [3] 11/9 141/6 167/9
misdemeanants [2] 143/18 144/16
misdemeanors [1] 143/20
miss [1] 103/2
misuse [2] 143/21 168/15
Mitchell [1] 164/11
mix [1] 10/8
model [4] 66/9 83/21 86/15 159/18
models [2] 86/13 95/5
modified [1] 83/19
moment [1] 179/2
money [4] 45/21 48/19 55/8 175/20
month [1] 101/22
months [2] 161/18 165/4
more [72] 6/12 6/22 10/5 10/8 24/16 28/5 30/10 30/10 30/15 30/15 31/20 31/21 32/13 38/18 45/20 45/21 45/21 46/4 46/4 48/17 51/12 51/14 51/19 55/6 56/10 68/10 73/13 74/17 74/22 75/20 76/14 76/17 90/7 91/2 101/21 101/21 102/10 102/12 102/22 106/5 106/6 115/3 124/5 124/7 128/13 131/14 131/17 136/2 136/3 138/7 138/7 138/9 138/10 142/19 145/4 146/15 148/14 150/6 152/7 160/1 164/18 164/19 167/2 167/11 168/5 170/22 174/21 177/11 178/2 178/4 178/6 180/16
morning [2] 37/20 55/21
most [11] 57/2 73/10 76/4 129/12 132/16 142/12 142/14 143/16 144/10 146/1 165/6
mother [5] 120/4 151/17 161/11 161/19 162/20
motion [5] 2/7 2/10 2/11 19/20 20/19
motivate [1] 8/1
motivates [1] 8/4
move [4] 4/19 79/8 84/17 112/16
moved [1] 136/14
movement [3] 59/21 136/9 180/21
moves [1] 137/20
moving [1] 60/2
Mr [3] 12/20 34/1 34/22
Mr. [22] 2/6 3/7 10/17 12/17 14/7 17/14 17/17 21/6 24/10 35/3 47/6 50/17 50/20 61/6 74/9 79/14 83/4 85/4 90/4 92/2 97/19 138/19
Mr. Chair [2] 3/7 10/17
Mr. Chairman [20] 2/6 12/17 14/7 17/14 17/17 21/6 24/10 35/3 47/6 50/17 50/20 61/6 74/9 79/14 83/4 85/4 90/4 92/2 97/19 138/19
Mrs. [1] 47/7
Mrs. Georges [1] 47/7
Ms [3] 134/11 145/20 147/14
much [31] 22/21 38/19 38/20 43/13 44/4 50/17 54/15 63/10 87/18 98/16 103/2 109/15 109/18 121/13 125/12 128/10 131/13 137/21 141/2 143/13 146/13 148/14 154/3 157/4 159/17 160/12 161/7 173/1 175/1 175/2

180/1
multiple [6] 71/13 133/2 133/4 134/7 134/19 163/9
municipalities [3] 15/3 85/18 86/12
municipality [3] 13/12 15/6 42/5
murder [2] 77/7 77/10
murdered [12] 161/12 162/15 162/22 163/20 163/21 163/22 164/1 164/2 164/6 164/7 165/5 165/6
murders [2] 156/17 157/3
Museum [1] 18/5
museums [2] 18/7 18/7
muskets [1] 173/13
must [7] 22/12 64/15 65/7 69/21 71/15 136/6 176/6
my [80] 3/4 9/16 16/12 20/19 23/14 25/22 33/20 36/15 36/17 36/18 36/18 37/21 40/13 44/10 44/15 44/20 47/21 48/7 49/6 49/9 54/11 55/5 58/1 58/3 58/10 58/10 59/3 63/22 76/4 94/11 98/2 98/18 101/9 101/13 103/2 103/3 103/10 103/16 103/17 104/1 106/2 106/8 106/21 107/3 107/11 107/21 108/21 110/5 112/18 116/13 117/9 121/21 122/10 124/3 125/17 126/17 137/12 137/18 141/3 141/14 141/19 141/20 141/22 142/10 149/14 150/9 154/6 154/8 161/10 162/19 163/7 165/3 165/3 166/7 166/8 166/14 167/3 167/6 167/20 173/7
myself [6] 103/12 121/21 142/12 153/6 166/3 166/7

**N**

name [28] 3/4 59/2 63/22 66/7 101/8 101/9 108/19 108/21 110/4 110/5 112/15 117/7 117/9 121/18 121/21 125/3 125/17 141/14 154/16 158/16 158/22 161/8 161/10 162/17 162/19 166/15 167/3 167/20
named [1] 101/10
names [4] 161/16 162/3 163/15 164/12
national [7] 26/8 26/21 70/18 77/14 105/5 125/20 130/19
nationwide [4] 51/11 126/5 129/6 139/18
nature [2] 68/19 171/8
nays [1] 20/1
nearby [1] 168/14
nearly [2] 65/1 65/11
necessary [2] 18/12 171/12
neck [1] 38/8
need [48] 10/5 18/8 49/2 67/21 71/11 78/2 78/8 78/12 79/14 83/8 91/19 101/17 101/17 102/8 102/9 102/10 102/12 102/17 109/11 111/2 113/22 114/14 116/5 116/21 116/21 116/22 120/10 122/22 123/2 123/5 123/7 123/16 123/17 123/19 124/8 125/2 139/20 151/11 151/21 152/6 155/1 159/11 173/19 173/21 174/17 179/3 179/18 179/20
needed [2] 155/11 163/13
needing [4] 118/3 118/4 118/4 140/13
needlessly [1] 135/18
needs [4] 77/21 131/5 140/5 140/8
negligent [2] 42/11 43/18
neighbor [2] 57/22 58/1
neighborhoods [2] 27/1 153/7
neighbors [1] 62/6
nervous [1] 90/19
network [2] 117/13 117/22
never [10] 36/12 36/14 37/10 55/15 58/10 106/3 122/11 140/16 169/5 176/7
new [31] 4/16 5/4 11/14 13/21 14/1 15/17 29/20 37/4 37/7 38/22 40/3 40/7 40/8 45/10 55/22 61/14 61/16 62/16 81/20 81/22 82/2 83/7 83/10 83/10 99/14 136/21 139/5 155/10 155/12 160/2 160/2

CITY000296

# N

newly [1] 30/8
news [6] 55/18 61/14 153/10 153/12 154/22 156/3
next [9] 49/12 63/18 101/5 114/10 114/11 125/14 141/9 154/13 167/15
nice [1] 104/6
night [1] 55/18
nine [3] 119/21 132/10 149/12
nine-year [1] 149/12
no [44] 10/4 16/6 17/22 18/11 23/16 27/20 30/3 36/8 42/5 43/7 43/14 53/2 56/11 56/11 56/12 57/10 60/10 60/13 64/20 78/1 86/20 90/21 91/1 94/14 99/22 100/1 100/15 107/18 112/2 112/3 118/14 120/4 121/14 123/2 125/3 128/7 135/2 135/21 139/4 153/14 159/10 165/19 174/1 176/11
no's [1] 2/14
nobody [1] 123/19
non [2] 25/16 71/14
non-functioning [1] 25/16
non-self-defense [1] 71/14
none [3] 18/18 157/1 170/9
nonetheless [1] 8/14
not [138] 3/15 3/21 5/3 5/8 5/15 5/17 6/4 6/11 6/19 7/14 9/9 10/6 10/19 14/10 14/15 16/4 16/5 19/12 21/13 22/1 24/22 25/13 25/16 34/8 36/9 36/10 36/22 41/2 42/4 43/22 51/10 52/9 52/11 52/21 54/9 55/2 55/9 55/13 56/19 57/16 58/9 58/19 59/14 59/17 60/21 62/12 63/4 64/6 67/8 68/4 68/12 71/12 73/2 74/12 75/18 77/22 80/22 82/8 87/2 87/12 89/11 90/13 91/7 91/12 92/12 92/6 92/12 93/17 95/20 96/1 97/5 98/5 99/1 99/2 99/3 99/18 100/11 100/11 100/13 101/22 102/11 103/16 103/17 105/21 105/21 105/22 106/22 107/18 110/21 110/22 111/21 113/7 117/19 118/22 119/16 119/17 120/4 120/20 121/9 121/9 123/11 123/21 124/19 131/11 131/21 134/10 135/8 136/4 153/15 156/22 158/20 158/22 159/19 160/15 160/22 162/4 164/1 164/4 164/12 164/15 165/14 165/15 165/20 165/22 165/22 166/7 166/21 168/6 171/10 171/12 171/16 172/1 174/7 174/16 174/21 176/9 176/18 179/18
note [2] 60/17 60/17
noted [3] 6/8 9/2 22/3
notes [1] 182/14
nothing [6] 23/10 89/7 123/2 123/12 139/12 165/4
noticed [1] 97/21
notify [2] 176/17 179/3
Nova [3] 161/17 162/20 165/3
now [42] 2/2 2/16 11/1 12/13 13/1 13/17 23/4 23/4 23/16 29/13 38/9 41/21 42/1 42/1 44/5 44/6 44/7 45/10 46/15 49/17 57/7 57/11 57/16 60/1 65/15 75/4 77/9 80/13 81/9 83/20 84/9 103/21 104/7 105/15 106/18 110/18 110/14 113/9 142/2 165/2 178/20 179/7
nowhere [2] 157/8 173/13
NRA [8] 56/16 57/12 57/12 158/17 158/19 159/1 159/2 159/3
Nugget [1] 105/16
number [30] 5/5 6/5 6/14 7/2 7/9 7/10 7/15 7/18 8/2 8/18 8/19 8/21 12/8 15/21 16/4 29/5 34/12 39/11 66/10 75/17 79/16 107/11 127/9 132/12 135/3 135/10 145/7 146/5 152/13 153/21
numbers [3] 20/12 115/15 151/4
nurse [1] 115/10

# O

o'clock [1] 181/3

objective [2] 131/13 140/17
obtain [6] 31/11 31/16 40/10 127/3 129/9 145/18
obtained [2] 9/4 70/20
obtaining [3] 5/12 25/11 53/13
obviously [4] 31/6 51/20 173/7 174/14
occasions [1] 166/5
occupation [1] 68/20
occur [2] 57/14 128/13
occurs [1] 37/13
of the [1] 42/17
off [13] 2/16 40/1 44/9 54/14 65/13 72/8 72/17 74/11 100/17 104/2 117/1 122/9 124/16
offended [1] 76/4
offender [9] 61/21 62/1 62/7 62/9 62/14 82/9 82/13 82/20 169/14
offenders [9] 47/10 47/10 62/3 62/4 81/21 82/22 145/8 146/8 146/9
offenses [2] 31/21 144/1
offer [2] 15/12 126/11
offered [2] 57/12 91/11
office [5] 28/20 33/21 54/11 55/5 76/13
officer [11] 33/13 34/3 34/14 34/17 34/19 45/10 63/5 96/6 115/9 168/11 168/13
officers [38] 20/10 34/7 40/16 45/11 62/7 63/2 63/2 65/10 65/13 67/2 67/5 67/9 68/22 69/8 76/14 82/15 83/11 84/4 85/12 87/4 87/6 88/19 92/19 95/1 129/19 129/22 136/6 168/8 168/8 169/9 169/16 169/20 170/5 170/9 172/8 172/9 172/13 172/16
official [3] 33/12 141/21 163/2
officials [5] 76/2 77/22 78/15 80/10 165/10
often [7] 9/3 30/13 37/11 132/17 132/20 172/13 176/3
Oftentimes [1] 176/4
oh [1] 158/18
Ohio [1] 124/14
okay [17] 25/8 25/21 29/3 47/21 49/5 63/3 98/15 108/5 108/9 108/14 108/15 109/14 110/4 155/14 156/11 156/12 158/20
old [28] 148/2 148/2 148/3 161/12 161/17 161/20 161/21 161/22 161/22 162/6 162/6 162/7 162/8 162/9 162/9 162/11 162/12 162/12 162/13 163/20 163/21 163/22 164/1 164/5 164/6 165/4 170/13
older [1] 137/5
olds [1] 162/10
once [2] 174/3 154/12
one [65] 5/11 6/12 6/13 6/15 6/19 7/1 7/10 8/1 9/18 10/14 12/20 15/21 16/10 16/12 18/2 18/3 24/16 28/20 29/6 29/10 30/3 32/17 35/10 38/5 38/16 44/15 45/6 45/16 45/7 71/10 74/5 77/9 85/21 86/2 86/14 86/16 87/14 87/18 93/3 93/3 97/14 102/8 103/4 106/19 113/1 113/11 118/13 118/13 118/18 118/21 128/22 129/1 138/21 139/2 151/17 158/15 158/16 159/14 159/19 160/5 167/2 167/6 170/7 180/9
one's [3] 37/2 67/14 68/16
one-third [2] 128/22 131/21
ones [7] 40/1 78/5 102/15 104/6 111/13 115/13 120/2
online [1] 84/3
only [25] 4/21 18/3 19/12 23/12 27/11 27/18 28/20 57/13 57/14 63/4 65/6 65/19 67/21 80/21 85/21 86/14 120/8 127/17 131/5 137/6 147/17 158/19 160/16 171/9 174/7
onset [1] 141/19
open [10] 5/15 106/19 135/13 135/17 136/4 136/9 136/11 136/12 136/14 136/17
opened [1] 37/21
operability [1] 97/11

operable [2] 71/10 71/13
operate [1] 48/8
operation [1] 128/5
opinion [22] 12/6 16/12 26/2 26/14 26/18 27/3 27/4 28/2 32/17 32/19 33/20 36/21 60/9 61/22 62/4 76/1 78/13 90/5 90/8 91/11 134/7 155/3
opinions [2] 32/22 115/19
opportunities [1] 136/3
opportunity [3] 48/19 137/15 141/12
oppose [1] 136/17
opposed [3] 2/13 83/13 158/20
options [1] 10/3
order [7] 2/3 2/3 18/9 33/14 34/15 113/16 172/17
orders [1] 94/2
ordinance [57] 3/19 3/22 4/5 4/7 4/16 5/4 6/3 10/15 10/18 11/11 13/22 14/1 14/15 14/19 15/17 17/7 19/2 19/4 19/17 19/21 23/19 23/21 29/21 31/7 32/16 33/16 33/19 35/13 37/5 37/7 39/4 39/5 40/3 40/4 40/20 44/11 47/16 49/16 52/17 54/19 54/21 56/4 61/9 62/16 62/22 64/6 75/5 75/18 84/11 85/15 90/10 93/8 93/19 99/1 100/9 139/16 139/20
ordinances [1] 172/22
organization [5] 105/15 111/3 137/12 137/19 158/21
organizations [4] 111/8 120/14 158/7 159/3
original [3] 20/16 94/12 176/5
other [76] 5/2 5/5 6/20 9/8 11/7 14/18 15/7 18/7 18/7 20/10 23/15 23/19 25/3 29/14 31/3 31/5 36/1 36/5 38/2 45/8 48/12 53/17 56/17 60/1 63/5 63/9 74/22 75/22 77/11 77/16 77/21 85/18 86/12 87/8 91/14 94/15 96/5 102/4 103/13 105/10 108/6 110/15 111/8 115/3 116/7 116/11 121/14 122/18 124/13 129/1 129/4 141/1 142/20 142/22 143/4 145/10 145/13 148/14 150/7 152/4 155/12 155/17 159/3 159/14 159/19 162/3 163/16 164/12 165/15 168/10 172/3 172/6 175/7 176/1 179/14 179/22
others [8] 7/13 69/2 79/7 130/10 146/21 147/1 147/2 148/13
Ottawa [1] 22/5
ought [1] 107/22
our [138] 3/22 4/2 4/5 4/7 11/7 11/11 13/5 13/6 14/14 14/14 23/19 36/5 39/4 39/5 39/8 40/4 40/8 45/1 45/3 45/6 47/15 48/8 49/16 56/13 63/4 63/18 64/16 64/17 64/17 64/22 65/4 65/8 65/9 65/9 65/10 65/13 66/4 69/5 69/20 71/18 71/18 71/19 73/17 74/5 76/10 78/19 79/1 80/3 80/20 80/21 81/3 81/3 83/10 84/9 84/13 84/14 85/15 87/6 87/22 92/19 94/1 95/12 97/5 100/3 100/17 101/20 104/20 105/20 106/19 108/2 109/9 110/9 110/10 110/13 110/15 110/17 110/19 111/1 111/3 111/3 111/5 111/9 111/14 111/18 111/19 111/22 112/2 112/8 112/10 112/12 113/12 113/12 113/17 113/18 113/21 115/17 115/22 118/9 118/10 118/18 118/18 118/19 118/20 120/21 121/6 123/4 123/5 123/7 123/18 123/20 126/11 139/16 141/9 144/1 149/1 151/12 151/13 151/18 152/2 157/9 159/18 160/14 160/21 166/20 166/20 166/21 169/8 169/20 170/1 172/7 172/8 172/8 172/22 174/14 174/17 174/20 175/14 180/13
ourself [1] 118/17
ourselves [2] 114/15 158/14
out [69] 2/3 2/15 16/19 20/19 38/7 47/19 55/20 56/1 58/3 60/6 60/9 73/19 74/3 74/3 78/20 79/21 80/2 80/8 80/16 80/18 82/14 84/20 90/6 90/15 90/20 95/6 97/13 98/22 99/11 99/20 101/18 102/20 102/22 105/9

CITY000297

# O

out... [35] 106/11 107/12 109/9 110/8 111/3 113/20 114/1 116/1 116/3 117/2 118/9 119/21 119/22 120/18 120/20 120/20 122/11 122/14 123/3 123/14 123/15 123/16 123/17 123/22 124/21 132/1 132/10 151/10 158/17 161/15 174/2 175/2 179/3 179/8 180/17
out-of-state [1] 132/1
outcomes [2] 144/10 144/12
outrage [1] 21/2
outside [5] 36/10 41/6 86/21 95/22 113/21
outsider [1] 40/21
outsourced [1] 86/19
over [29] 1/15 9/13 20/21 21/2 23/5 24/18 24/18 37/20 37/22 45/5 61/19 69/7 74/21 75/15 82/16 106/12 106/12 110/19 116/16 119/7 119/7 124/17 125/5 127/20 136/10 145/6 149/12 149/22 149/22
over-reaching [1] 20/21
overall [3] 35/12 65/22 133/8
overly [1] 21/8
overpower [1] 95/12
overseeing [1] 96/7
overwhelmed [1] 78/21
overwhelming [1] 130/18
overwhelmingly [1] 7/4
own [21] 6/22 10/1 19/20 31/2 68/16 102/7 107/20 107/21 108/2 109/9 114/4 114/4 119/11 119/19 123/6 123/7 123/21 141/20 159/18 162/22 170/15
owned [3] 74/1 164/17 165/22
owner [8] 36/12 39/16 127/7 128/1 176/5 176/5 177/22 179/10
owner's [5] 5/13 25/11 31/10 52/16 67/19
owners [21] 20/10 59/2 66/19 66/20 69/11 69/11 126/22 127/3 127/10 127/14 129/8 130/6 130/21 132/8 132/10 147/11 157/1 157/2 176/22 177/20 178/5
ownership [15] 4/17 4/21 5/6 39/18 47/16 56/15 64/7 66/17 129/17 133/9 133/10 133/12 139/3 144/11 145/15
owning [3] 53/8 165/20 166/4

# P

p.m [1] 1/14
page [6] 26/15 76/5 76/22 77/2 77/12 77/13
pages [2] 21/20 77/1
paid [3] 95/2 124/20 124/20
Palmer [1] 180/4
Pamela [3] 154/14 161/10 166/17
panacea [1] 60/5
papers [2] 12/10 154/6
paperwork [3] 12/6 51/9 79/21
parent [1] 102/21
parent's [1] 70/21
parents [19] 73/18 74/2 102/16 104/19 107/8 107/9 115/1 117/17 118/1 118/3 118/7 118/14 118/14 119/10 119/20 151/18 151/19 152/17 165/16
parks [1] 136/13
part [12] 3/22 21/6 23/3 26/13 36/4 36/9 39/5 69/3 98/12 118/20 123/22 175/19
particular [11] 8/20 9/17 34/13 79/11 89/13 127/21 133/13 136/5 142/19 168/18 172/10
particularly [3] 135/14 137/5 152/8
parties [2] 12/10 12/11
partner [1] 144/8
parts [2] 48/21 60/1
party [3] 101/12 101/13 102/7
pass [7] 65/19 94/10 118/5 118/16 127/17 136/15 158/4
passage [1] 33/16

passed [7] 19/21 20/17 32/16 35/7 41/14 173/10 173/11
passion [1] 125/12
past [1] 82/17
Patrol [1] 167/22
paying [2] 30/18 120/3
peace [11] 20/10 33/5 33/6 34/7 34/14 34/16 34/19 63/1 63/2 63/5 68/22
penalties [7] 67/14 68/17 75/8 75/10 75/20 173/22 174/10
penalty [2] 179/10 179/13
Peneda [1] 164/9
penetrate [1] 92/21
penetrating [1] 172/12
Pennsylvania [1] 8/17
people [103] 2/19 7/12 16/18 16/21 23/6 24/1 27/2 32/2 39/1 40/9 40/20 41/22 44/6 45/14 45/22 47/11 48/3 49/10 51/13 51/15 55/12 55/17 55/18 56/1 59/11 59/13 59/14 60/9 60/20 65/6 65/16 65/19 68/19 73/4 73/10 73/18 74/5 75/17 78/4 78/17 80/21 84/17 88/4 90/6 90/14 90/20 95/6 96/21 98/22 99/10 100/7 100/10 100/21 101/20 102/2 103/14 110/19 110/20 111/12 111/16 112/5 114/3 118/13 118/19 119/10 119/18 122/22 123/2 123/5 123/13 123/14 124/5 124/7 124/8 124/10 124/17 125/2 136/7 139/13 145/18 147/1 151/15 153/21 155/17 156/22 157/19 157/21 158/6 158/8 158/21 159/8 160/4 163/16 164/3 164/16 165/21 167/11 175/16 176/10 176/16 178/21 179/17 180/7 180/21 peoples [5] 102/20 122/18 122/20 122/21 124/2 124/4
per [13] 6/15 6/15 8/1 8/1 8/18 15/21 15/21 28/20 29/6 29/11 71/13 128/21 149/11
perceived [1] 80/3
percent [18] 7/7 26/22 64/22 70/20 70/20 95/8 97/4 129/7 129/8 130/20 130/20 132/7 148/3 149/4 150/22 151/1 153/8 174/21
percentage [2] 42/19 42/20
perception [1] 26/10
perfect [1] 46/19
perhaps [14] 41/6 74/3 86/13 88/1 88/2 89/17 93/12 94/6 96/7 97/8 100/12 134/12 134/12 175/19
period [8] 140/3 140/4 140/8 140/10 145/6 149/12 178/18 179/6
periodic [1] 130/5
periodically [1] 40/17
perishable [1] 86/6
permit [7] 39/6 40/10 67/21 68/2 127/16 128/10 128/21 129/10 177/5
permits [1] 67/2
permitted [1] 165/13
permitting [7] 126/21 127/8 129/3 129/6 129/11 145/20 146/16
perpetuate [1] 111/21
person [32] 6/12 6/15 7/10 8/1 27/11 28/20 43/3 71/11 73/4 89/16 95/20 99/17 100/3 105/2 122/2 125/3 127/22 131/5 131/10 131/10 135/3 135/9 137/2 139/9 140/13 140/16 140/18 141/10 158/15 158/17 164/20 165/8
personally [1] 178/6
persons [3] 68/4 68/7 127/17
perspective [1] 133/8
Peter [1] 163/20
petitioners [2] 77/3 77/15
Pfleger [1] 63/14
Phyllis [1] 180/4
picture [1] 101/11
piece [2] 36/6 39/14
pieces [1] 61/12

piercing [4] 92/13 92/13 93/2 93/3
Pinned [1] 169/17
place [28] 5/7 10/15 10/18 11/10 11/11 11/15 13/22 14/2 24/2 27/9 27/11 37/10 39/1 41/13 53/4 72/22 73/3 73/6 73/10 96/11 96/15 99/15 100/9 130/16 144/15 149/13 159/4 159/21
placed [3] 70/10 78/4 79/19
places [4] 136/12 136/19 146/10 147/10
plate [2] 62/12 62/13
play [1] 60/3
players [4] 115/14 115/15 115/16 115/17
please [5] 2/10 112/16 137/18 154/19 162/17
pleased [1] 126/10
pleasure [1] 141/4
plenty [3] 8/11 9/11 114/5
plurality [1] 26/18
pocket [1] 109/10
point [16] 10/14 11/19 11/21 20/19 22/10 37/15 39/9 48/10 48/11 79/2 81/13 97/3 110/11 150/8 166/9 168/1
pointed [1] 82/14
pointing [1] 175/2
points [4] 24/19 25/2 52/5 114/19
police [59] 1/3 1/13 2/2 3/8 5/15 19/16 20/13 25/14 33/13 34/20 37/20 37/22 38/18 40/16 41/7 48/14 62/7 64/1 65/10 69/8 70/13 76/14 76/18 77/6 78/3 82/2 83/11 87/4 93/13 94/15 95/1 96/6 104/4 104/5 105/9 114/12 115/8 122/4 122/7 123/10 123/13 124/12 124/15 124/20 132/3 134/5 167/22 168/7 168/10 170/7 171/2 172/7 172/9 175/13 176/8 176/17 177/13 179/3 180/16
policies [12] 142/3 142/8 142/12 144/14 144/18 146/2 146/7 146/10 147/10 153/19 159/20 180/18
policy [25] 42/8 42/9 42/14 42/15 43/16 44/1 44/1 44/3 49/8 50/6 57/9 57/9 57/10 57/11 58/6 58/10 59/1 66/1 127/1 131/2 132/14 133/8 141/15 159/17 180/15
poll [4] 129/16 130/19 132/6 136/16
polls [2] 130/17 134/7
Poor [1] 54/16
poorly [1] 148/10
Pope [4] 2/4 21/3 50/18 85/2
populated [1] 135/16
population [7] 42/17 42/19 42/20 45/5 47/19 95/9 133/21
populous [1] 56/14
porch [1] 113/21
pose [4] 7/16 133/13 137/9 172/5
poses [4] 45/18 46/2 46/8 136/5
position [5] 12/10 12/13 29/7 110/14 141/21
positions [1] 81/1
positive [5] 96/8 116/14 116/17 117/3 117/4
posses [1] 67/16
possess [36] 5/12 5/14 5/18 6/6 6/10 6/19 6/20 7/14 9/10 15/5 24/1 25/10 25/12 25/17 27/11 27/16 28/7 32/6 33/7 43/1 65/7 66/21 67/22 68/2 68/4 96/22 127/19 127/22 130/2 130/6 132/14 135/4 135/7 135/9 139/10 146/1
possessed [1] 164/17
possesses [2] 52/20 89/4
possessing [8] 28/11 52/9 52/12 53/8 88/16 142/15 143/17 145/3
possession [13] 5/6 31/9 33/10 39/18 67/4 77/18 87/15 88/22 142/18 143/6 163/5 172/2 179/19
possibility [1] 47/14
possible [6] 37/11 45/1 49/10 78/10 83/8 139/2
possibly [3] 43/3 45/12 83/16

**P**

post [1] 149/13
potentially [1] 92/14
power [7] 171/22
powerful [1] 164/19
practical [3] 4/7 64/10 145/1
practice [1] 176/14
practices [1] 71/4
precautions [1] 89/20
precipitously [1] 20/5
predecessor [1] 32/18
premise [1] 36/13
premises [1] 18/18
preparation [1] 19/1
presence [1] 70/3
present [5] 8/7 17/10 35/15 95/1 96/19
presentation [1] 45/9
presently [1] 96/13
presided [1] 1/15
presidents [1] 34/6
press [3] 61/16 154/22 180/15
pretty [2] 98/11 102/21
prevent [2] 73/3 73/22
prevention [4] 70/22 137/1 137/14 142/2
prevents [1] 67/5
previously [2] 6/8 134/11
primary [1] 127/8
prison [1] 174/3
prisoners [3] 114/4 119/10 119/18
private [1] 48/18
pro [1] 160/16
pro-rights [1] 160/16
proactive [1] 174/18
probable [1] 100/1
probably [10] 12/8 31/14 45/10 45/11 46/11
 46/12 46/13 56/19 73/13 138/22
probation [1] 99/19
problem [10] 13/8 21/7 51/11 51/11 131/8
 142/4 152/8 152/12 168/20 178/13
problems [9] 60/5 76/2 78/14 103/22 111/13
 111/21 145/1 145/10 145/11
procedural [1] 83/12
procedure [1] 15/18
procedures [5] 73/17 108/12 142/4 142/8
 145/17
proceed [2] 154/19 176/3
proceedings [4] 1/11 4/4 182/9 182/13
process [5] 42/8 66/2 66/7 84/9 128/12
procure [1] 39/16
professional [1] 95/1
professionalism [1] 96/6
professor [2] 137/7 141/16
program [10] 72/1 74/19 81/20 105/17
 105/19 106/2 107/14 153/2 153/4 153/5
programs [4] 61/7 106/4 153/20 159/4
progress [1] 168/9
prohibit [4] 142/18 143/16 157/7 168/3
prohibited [5] 48/1 48/12 48/13 53/8 93/22
prohibiting [1] 168/4
prohibition [1] 6/7
prohibitive [3] 55/10 59/4 66/22
prohibits [2] 4/8 52/8
projection [1] 95/5
proliferation [2] 50/13 52/3
promotes [1] 4/16
prone [1] 32/13
proofing [1] 32/9
proper [2] 68/13 69/16
properly [3] 33/14 69/12 95/21
properties [1] 27/21
proponents [1] 136/11
proposals [1] 95/4

proposed [1] 93/8
prorating [1] 45/4
proscribe [2] 142/14 145/3
proscribed [1] 142/17
prosecute [7] 75/11 75/12 131/10 131/14
 131/18 140/17 177/11
prosecuted [2] 75/3 75/5
prosecution [1] 178/3
protect [21] 30/6 30/15 39/16 50/6 50/14
 55/7 56/8 64/16 69/22 71/18 86/8 90/12
 129/19 137/16 142/22 163/13 166/7 166/20
 174/20 177/19 178/7
protected [3] 148/6 163/12 163/14
protecting [4] 69/1 91/16 110/15 147/18
protection [4] 17/8 29/12 56/14 165/7
protective [1] 7/7
protects [2] 77/20 135/7
provide [3] 126/1 126/22 137/19
provided [3] 33/13 33/20 95/4
provides [1] 11/4 29/11 66/15
providing [1] 54/1
provision [4] 4/11 58/20 64/11
provisions [4] 17/6 73/22 88/6 136/22
prudent [2] 144/21 146/1 148/4
psychiatric [1] 145/10
public [32] 6/3 7/3 55/17 56/8 60/18 65/17
 66/1 77/22 85/14 85/19 92/19 94/3 112/19
 115/3 129/14 130/17 130/18 132/14 134/8
 135/1 136/5 136/8 136/13 136/18 141/17
 142/22 168/4 168/6 168/17 168/19 171/8
 177/2
published [2] 32/20 32/21
pull [2] 38/7 82/16
punish [1] 157/14
punitive [1] 157/4
puppy [2] 157/14 157/15
purchase [4] 10/4 128/21 133/16 133/18
purchased [2] 73/19 175/17
purchaser [3] 8/14 133/3 175/22
purchasers [6] 7/13 129/9 133/17 133/20
 145/21 176/3
purchases [1] 99/21
purchasing [3] 13/21 88/10 177/4
purpose [3] 112/8 171/11 171/12
purposes [11] 4/22 10/2 11/6 11/17 13/11
 14/22 16/9 16/11 23/13 27/17 29/9
pursued [1] 95/9
push [2] 89/6 172/21
pushing [1] 78/22
put [25] 16/15 19/2 22/13 24/15 26/19 27/7
 32/8 32/11 36/16 39/1 41/12 72/22 73/3
 80/15 84/3 86/11 87/1 93/13 94/2 95/22
 106/21 107/3 117/2 144/15 179/7
puts [1] 176/19
putting [2] 91/13 168/5

**Q**

Quacelos [1] 164/9
qualified [2] 65/20 67/22
qualify [1] 34/21
quantities [1] 8/6
queens [1] 121/9
Quentin [1] 164/8
query [1] 89/11
question [11] 12/20 36/9 47/22 49/6 49/20
 85/9 109/1 117/11 152/10 173/7 178/16
questions [26] 3/18 14/8 26/1 40/13 53/17
 63/9 72/3 74/7 101/3 104/12 108/6 121/14
 125/10 138/16 141/1 149/15 149/16 151/10
 154/21 156/11 161/5 166/12 173/3 175/7
 178/10 179/22
quickly [4] 8/8 66/12 91/20 171/18
quite [6] 2/18 21/22 80/16 80/18 148/11

150/17

**R**

raise [2] 103/20 119/6
raises [1] 168/12
raising [2] 115/7 160/19
randomly [1] 151/15
range [10] 41/11 48/2 48/15 69/16 86/2
 86/16 87/6 88/5 88/8 171/22
ranges [2] 57/14 94/14
ranks [3] 78/3 79/15 80/12
rapid [1] 171/15
rare [1] 146/8
rate [10] 77/7 90/18 129/1 129/4 133/19
 133/21 145/12 148/3 149/2 153/8
rates [10] 8/18 9/1 77/10 77/10 133/10
 133/11 133/12 147/12 147/18 148/1
rather [1] 93/18
reach [3] 105/9 107/12 120/20
reached [1] 28/19
reaching [1] 20/21
reaction [1] 21/1
read [1] 58/10
reading [2] 22/2 51/8 142/10
ready [1] 170/15
real [5] 101/15 104/6 157/17 158/12 168/20
realize [1] 81/2
really [16] 17/1 27/17 49/15 85/7 86/5 86/14
 103/1 104/3 108/4 115/20 152/2 152/15
 156/9 157/16 160/5 174/15
rearrests [1] 145/12
reason [6] 59/19 94/12 135/2 152/3 172/20
 175/21
reasonable [27] 5/2 13/13 13/14 15/3 16/10
 27/8 28/1 28/3 28/6 29/9 31/1 35/20 47/15
 47/18 48/8 48/11 50/1 56/22 56/22 88/4
 88/10 90/17 100/9 100/10 138/22 140/4
 140/7
reasonableness [1] 32/1
reasonably [1] 11/15
reasons [2] 9/7 132/15
reassure [1] 99/10
Reboyras [2] 83/2 88/13
rebuild [2] 112/10 117/16
recall [1] 44/9
receive [4] 52/15 85/12 85/14 89/12
received [1] 17/19
recent [1] 155/1
recently [2] 80/7 151/8
recess [4] 141/6 141/7 181/3 181/6
recessed [1] 181/4
recognize [5] 21/14 63/16 68/18 71/16 158/1
recognized [6] 5/1 6/9 27/18 28/17 29/12
 30/8
Recognizing [1] 172/15
recommend [6] 93/12 128/10 132/11 136/20
 147/15 179/13
recommendations [3] 114/21 126/11 154/7
recommended [1] 147/15
recommending [1] 179/15
recommends [4] 70/13 132/3 134/5 177/14
recompense [1] 58/5
reconnect [1] 118/10
reconsider [3] 2/8 2/10 2/12
record [17] 26/10 26/11 32/3 63/13 87/1
 108/20 112/16 117/8 126/15 143/12 154/10
 169/1 162/17 162/19 180/6 180/8 181/2
records [2] 9/17 84/18
recover [5] 39/4 39/8 45/6 170/18 177/18
recovered [6] 74/17 101/20 129/3 130/11
 130/15 132/1
recoveries [2] 74/22 100/18
recovers [1] 65/11

**R**

recruit [2] 69/6 124/5
reduce [17] 7/10 7/12 7/14 7/18 65/4 71/8 90/7 126/3 126/7 127/9 132/15 132/19 133/8 145/17 151/11 152/14 177/18
reduced [2] 150/22 153/7
reduces [2] 69/17 135/22
reducing [4] 7/2 8/2 71/1 180/13
reduction [2] 149/10 151/1
Reed [1] 170/13
refer [1] 148/8
reference [2] 39/1 87/11
referenced [3] 26/4 27/20 154/6
referred [1] 26/19
referring [1] 26/15
reflect [1] 141/20
reflection [1] 75/18
Refresh [1] 34/3
refuse [1] 104/1
regarding [7] 2/17 5/6 27/9 29/15 96/11 126/11 134/13
register [21] 14/9 14/10 15/11 15/13 15/16 39/7 40/1 40/10 42/18 42/22 44/5 62/3 62/5 65/17 65/20 99/1 100/7 100/14 127/3 155/7 155/13
registerable [1] 14/16
registered [30] 5/15 20/4 20/9 23/22 25/13 27/12 45/4 45/15 45/15 45/16 46/15 62/13 66/12 66/20 81/8 81/11 84/7 89/16 89/19 96/12 130/6 136/16 156/16 157/1 157/2 163/2 163/9 164/3 164/4 164/15
registering [2] 15/18 81/20
registrars [1] 88/15
registration [34] 4/8 13/13 15/4 15/12 19/4 19/18 20/12 50/5 59/9 61/21 62/1 63/1 64/7 64/19 66/1 66/2 66/6 66/15 67/9 67/12 82/10 82/20 82/21 126/19 126/22 129/13 129/13 130/13 130/18 130/21 134/9 134/18 145/22 146/16
registry [2] 155/2 155/5
regular [2] 2/3 114/7
regulate [10] 3/20 11/16 24/20 25/1 38/19 38/21 38/22 65/18 111/16 142/8
regulated [1] 64/19
regulating [1] 68/1
regulation [7] 11/14 28/3 35/13 40/6 49/3 128/6 145/16
regulations [13] 5/5 15/4 28/1 28/6 57/1 67/21 71/17 73/6 73/9 108/12 136/21 146/15 156/5
regulatory [1] 16/2
reinstatement [1] 171/4
reiterated [2] 135/6 139/8
related [6] 31/21 71/14 126/7 132/16 150/14 150/15
relates [1] 87/12
relating [1] 39/18
relationship [2] 128/18 146/14
relatively [2] 143/5 146/8
release [2] 61/17 180/15
released [1] 128/18
releases [1] 154/22
relevant [2] 126/16 150/18
reliable [1] 129/18
remain [5] 5/7 52/5 53/3 130/6 168/20
remains [1] 10/18
remanded [2] 4/2 10/21
remarkable [1] 22/8
remarks [4] 75/22 85/6 97/21 149/14
remember [1] 20/22
remind [1] 52/7
reminded [1] 51/10

renew [1] 112/10
renewal [1] 66/2
rental [1] 42/14
renter's [7] 42/9 42/21 43/6 43/9 43/10 57/9 57/21
renters [1] 43/10
repeat [2] 47/9 145/8
replace [2] 40/4 169/5
replacement [1] 95/13
report [10] 1/11 128/18 128/20 131/6 131/19 140/13 177/1 177/5 177/8 177/12
reported [4] 1/19 2/15 176/8 182/8
Reporter [1] 182/6
reporting [19] 17/11 130/22 131/3 131/17 131/20 131/22 132/4 134/20 139/19 139/22 140/5 140/20 176/18 177/10 177/15 177/22 178/19 179/11 179/14
reports [2] 156/2 176/11
represent [1] 113/6
representatives [1] 26/7
reprint [1] 61/13
reps [1] 174/17
requalify [1] 69/9
requested [2] 32/19 157/5
require [16] 32/10 34/14 39/15 49/19 49/20 50/3 57/20 59/1 83/15 83/21 84/13 86/1 95/13 128/21 131/19 131/22
required [6] 19/17 31/16 69/9 95/11 128/8 134/20
requirement [15] 16/13 33/10 35/22 41/17 42/4 42/6 49/7 50/1 52/18 56/15 57/19 94/20 131/3 140/20 177/19
requirements [16] 13/13 17/12 29/22 30/1 31/11 31/18 35/17 49/2 52/14 59/8 66/4 67/20 68/14 68/21 98/12 176/2
requires [4] 66/7 66/11 69/16 98/3
requiring [13] 35/8 36/6 36/16 126/19 126/20 127/2 127/14 129/9 130/22 132/8 147/10 176/22 178/5
research [11] 136/1 141/16 143/18 144/2 144/6 144/17 146/20 149/2 150/10 150/19 154/5
Researchers [1] 70/15
resell [1] 132/21
residence [4] 6/15 8/1 89/15 89/21
residents [8] 9/10 10/1 64/17 65/9 66/5 71/18 77/9 77/21
residing [2] 62/10 63/6
resolution [2] 26/19 78/9
resolutions [1] 171/6
resources [2] 79/5 79/8
respond [4] 67/8 84/5 136/6 172/13
respondents [3] 129/8 130/20 132/7
responder [1] 46/20
responders [4] 46/3 46/9 67/7 87/22
responding [8] 46/7 50/8 88/20 89/3 129/20 168/9 169/9 169/16
response [1] 136/13
responsible [8] 4/17 90/17 115/22 127/1 131/2 157/11 160/20 178/7
rest [1] 161/2
restaurants [1] 136/13
restore [1] 151/21
restoring [1] 152/2
restrict [2] 91/12 144/15
restricting [1] 133/4
restriction [1] 31/6
restrictions [6] 5/2 27/8 31/1 31/5 56/22 150/2
result [3] 30/11 50/12 176/12
retired [3] 63/2 63/5 63/7
retraining [1] 40/17
return [4] 66/17 130/4 169/19 177/21

reveal [1] 77/7
revealed [1] 130/12
Reverend [3] 121/16 121/17 121/18
reversed [2] 3/9 4/1
review [2] 49/8 61/12
reviewing [1] 5/22
revised [2] 6/2 37/7
revived [1] 38/11
revocation [2] 67/13 68/15
revoke [1] 177/5
reworked [1] 19/17
rewrite [1] 126/9
Richard [1] 164/8
ridiculous [1] 101/15
rifles [7] 6/21 15/16 19/18 20/20 21/10 23/21 171/19
right [81] 6/9 9/9 11/5 12/11 13/1 13/9 13/14 13/17 14/2 14/21 15/2 23/4 23/4 23/9 23/11 23/12 23/12 23/16 23/16 24/6 27/15 27/16 27/18 28/17 28/18 29/8 30/8 32/15 36/18 38/9 40/2 41/21 42/1 42/1 44/5 44/6 44/7 46/1 47/2 49/17 50/16 57/7 57/11 57/16 59/15 59/18 59/21 60/10 60/13 60/18 71/12 75/3 77/20 83/20 84/6 84/6 84/9 84/22 85/6 88/17 93/5 96/4 98/3 103/21 105/15 106/12 108/17 109/5 109/17 121/16 125/9 125/11 125/14 135/7 135/9 139/10 139/13 141/9 155/18 163/12 180/5
rightful [1] 66/18
rights [7] 56/18 56/20 67/14 77/20 160/16 160/16 165/19
risk [19] 8/3 8/8 9/6 46/8 71/14 133/14 134/1 137/5 142/14 143/13 143/22 144/4 144/10 144/12 147/2 147/8 168/15 172/10 180/18
risks [2] 70/4 144/18
rival [1] 170/4
road [1] 127/5
Roberto [1] 164/11
Roche [1] 22/6
Roger [3] 101/6 109/19 109/20
role [1] 112/6
roll [2] 100/12 123/13
roof [1] 120/7
room [1] 78/17
Rose [1] 54/11
roughly [1] 87/4
round [1] 93/21
rounds [2] 88/7 92/9
Rugai [2] 35/1 91/22
rule [2] 24/17 71/11
ruled [3] 3/11 4/13 64/14
rules [3] 41/12 108/12 127/4
ruling [5] 3/16 3/18 4/18 64/4 65/16
run [3] 55/20 60/6 62/11
runners [2] 176/2 176/13
rush [5] 155/10 167/7 167/7 167/10 167/12
rushed [1] 21/5

**S**

sacrifices [1] 81/2
sad [1] 167/1
safe [8] 4/16 65/9 70/14 81/4 146/21 147/17 155/17 163/11
safely [8] 69/14 69/14 127/11 147/11 160/1 160/1 160/19 180/21
safer [1] 168/7
safety [20] 6/3 7/4 35/5 35/10 36/1 69/2 77/16 77/16 96/11 128/2 129/14 135/1 135/17 136/22 142/22 159/5 159/7 169/19 172/7 177/2
said [31] 3/14 11/2 12/12 13/9 13/12 14/21 15/2 16/7 28/5 29/8 31/19 50/10 54/13 54/22 55/15 56/5 59/11 74/11 74/6 112/1 115/2

CITY000300

| S | | |
|---|---|---|

**S**

said... [10] 119/9 119/9 135/5 138/6 138/21
139/8 139/11 160/11 167/6 182/13
sale [1] 142/18
sales [5] 128/22 133/2 133/4 134/7 134/20
same [9] 7/22 38/8 43/6 44/14 103/17 103/17
133/2 151/20 178/15
Samuel [2] 116/12 162/6
San [1] 125/22
Sanderford [2] 162/14 163/19
satisfied [1] 16/11
satisfy [1] 16/13
save [1] 120/21
saved [1] 149/11
sawed [1] 40/1
sawed-off [1] 40/1
say [39] 6/11 12/11 31/1 37/11 46/15 56/18
59/12 59/13 83/9 86/5 89/13 90/7 95/8 97/4
100/12 102/18 103/2 104/5 106/20 108/16
108/17 109/3 115/8 115/20 119/19 131/11
135/8 137/11 140/8 140/16 143/18 147/21
150/6 156/10 160/6 165/2 165/18 166/10
166/14
saying [14] 29/1 32/1 43/3 55/19 96/19 96/19
96/20 106/11 107/10 139/4 159/1 160/4
160/8 174/21
says [6] 14/15 23/11 36/12 77/15 140/18
176/6
scared [4] 102/16 102/17 123/11 123/12
scene [1] 67/9
scenes [1] 129/18
scheme [2] 11/15 16/2
school [7] 112/19 114/12 141/17 152/21
158/11 170/16 180/14
School-Age [1] 180/14
schools [5] 27/21 115/3 115/4 117/14 118/1
science [3] 142/9 142/11 143/11
scientific [2] 143/8 148/5
screening [1] 128/12
scrutiny [3] 13/15 36/2 37/8
second [15] 3/11 4/14 5/3 6/4 11/3 11/4 47/22
50/2 64/15 77/2 77/19 115/6 133/7 134/10
135/7
Secondly [2] 139/17 142/15
seconds [1] 108/18
section [2] 4/7 34/13
secure [1] 91/6
secured [1] 70/9
securely [1] 70/10
see [26] 27/4 31/7 37/10 38/10 45/14 48/18
54/21 58/11 58/19 76/21 86/11 87/16 96/21
97/22 105/1 105/9 105/10 113/4 114/20
116/1 124/9 124/9 124/10 152/4 155/18
159/11
seeing [1] 154/22
seeking [3] 42/18 61/7 126/2
seem [2] 21/15 155/22
seems [7] 31/22 46/19 56/12 73/20 105/6
157/5 167/9
seen [4] 139/18 156/2 156/7 159/10
seize [1] 67/5
seizing [1] 137/14
self [29] 4/22 6/11 6/13 10/2 11/6 11/7
13/10 14/22 16/9 16/12 23/13 27/17 29/9
29/12 36/19 37/2 42/13 71/11 71/12 71/14
77/19 112/7 113/13 135/8 135/11 139/11
139/14 145/11 171/11
self-control [1] 145/11
self-defense [24] 4/22 6/11 6/13 10/2 11/6
11/17 13/10 14/22 16/9 16/12 23/13 27/17
29/9 29/12 36/19 42/13 71/11 71/12 77/19
135/8 135/11 139/11 139/14 171/11

sell [6] 17/20 18/7 18/12 18/17 175/16 175/22
selling [3] 9/6 149/1 176/14
semi [3] 5/19 25/18 171/14
semi-automatic [3] 5/19 25/18 171/14
send [4] 12/6 12/6 61/13 120/17
sense [13] 35/12 44/15 44/20 46/19 50/6
71/17 82/22 100/4 112/7 133/7 136/2 143/11
160/3
senseless [1] 161/12
sensitive [1] 108/10
sent [1] 10/21
separate [1] 71/6
September [2] 61/15 170/21
sergeant [2] 167/21 71/22 167/17 175/8
175/11
serial [1] 66/10
serious [3] 7/17 8/8 173/21
seriously [1] 170/9
serve [1] 177/1
serves [1] 71/7
session [2] 136/16 156/15
sessions [1] 69/7
set [7] 67/17 88/1 88/2 142/7 145/16 146/1
146/10
sets [1] 146/15
setting [1] 145/14
seven [1] 180/6
seventh [10] 4/3 4/6 10/21 11/8 11/12 12/7
12/9 53/1 64/8 115/13
several [9] 61/12 132/15 142/3 147/5 149/6
149/6 175/14 176/10 177/2
sewed [1] 21/7
sex [5] 61/21 62/2 82/9 82/13 82/20
shaken [2] 38/4 38/9
Shaw [1] 163/22
she [18] 41/5 46/20 52/20 54/13 54/17 81/7
101/11 101/12 103/4 119/19 131/11 134/12
151/20 165/6 165/7 167/5 170/15 179/5
she's [2] 54/14 179/15
shells [1] 87/16
Shiller [1] 11/22
shoot [4] 40/16 40/20 58/3 88/7
shooting [10] 42/11 42/12 43/18 48/2 86/6
86/9 92/20 95/11 125/22 151/16
shootings [5] 57/14 64/21 70/5 127/10
138/11
shootout [1] 170/7
shootouts [1] 135/20
shops [2] 55/19 136/12
shorter [1] 140/9
shorthand [2] 182/6 182/9
shot [20] 38/6 51/13 78/6 92/9 110/20 110/20
158/9 158/11 162/15 163/20 163/21 163/22
164/1 164/1 164/6 164/6 166/22 169/2
169/12 170/14
shotgun [2] 21/12 44/18
shotguns [6] 6/21 19/18 20/20 23/15 40/1
41/21
should [53] 17/7 21/10 33/12 48/12 49/19
49/20 50/3 50/3 58/6 62/4 66/4 67/18 69/15
70/9 71/11 82/16 83/9 84/18 85/8 85/14
88/22 89/1 89/2 89/7 89/20 91/12 92/6 93/8
93/18 98/9 100/5 105/12 107/8 114/15
127/17 135/12 140/19 143/10 145/16 148/5
160/9 160/13 163/13 165/20 166/20 171/20
172/12 173/18 174/9 176/16 178/17 179/9
179/15
shoulder [1] 50/15
shouldn't [3] 17/1 67/18 101/18
show [11] 9/17 24/17 41/5 93/21 106/16
106/17 116/22 130/17 133/1 134/7 145/8
showed [4] 130/19 136/17 144/17 163/6
showing [3] 60/20 93/1 118/15

shown [6] 71/1 82/17 133/9 147/6 148/13
152/14
shows [3] 18/1 100/19 135/21
side [3] 60/16 169/1 170/4
sight [2] 5/20 25/19
signed [1] 22/7
significant [5] 42/22 46/2 49/15 59/20
149/10
significantly [5] 8/22 83/20 129/4 134/2
147/12
silencers [2] 5/21 25/20
similar [4] 70/10 150/20 151/1 153/5
Similarly [1] 147/8
Simons [1] 55/4
simply [3] 131/11 135/20 136/2
since [13] 27/7 34/20 64/18 77/8 109/4 128/7
128/8 132/16 132/20 133/9 137/4 155/7
170/20
single [1] 144/9
sir [7] 72/5 81/10 82/15 85/22 86/20 104/15
175/6
Siretha [3] 101/6 101/9 101/10
sister [1] 106/8
sister's [1] 101/13
sisters [1] 97/15
sit [1] 113/21
sitting [2] 49/9 105/3
situation [3] 36/22 89/18 153/19
situations [2] 7/21 172/14
six [6] 9/13 103/18 103/19 103/19 116/14
116/16
skill [1] 86/6
skills [1] 118/3
slower [1] 79/7
smiled [1] 103/8
Smith [4] 14/5 116/12 161/20 164/10
sniper [1] 171/19
so [173] 2/10 10/6 10/7 11/7 11/15 12/21
14/14 14/17 14/22 15/7 16/9 17/2 18/8 20/7
20/18 21/5 21/12 22/7 23/4 23/19 27/17
28/14 30/14 31/12 34/11 34/18 37/3 38/8
39/4 39/13 39/20 39/20 40/4 40/12 40/18
41/5 41/11 41/16 41/21 43/2 43/19 43/22
44/4 45/2 45/5 46/11 46/16 48/15 49/3 51/5
51/22 53/12 54/15 56/1 56/12 57/13 57/14
57/15 57/18 58/5 58/18 59/13 60/8 62/6 62/7
62/10 62/15 63/10 65/21 67/12 68/14 72/20
74/21 75/10 75/14 75/16 76/9 76/16 79/12
82/19 84/4 84/17 84/19 86/9 88/5 88/19
89/16 91/6 91/16 92/16 92/18 94/6 96/1
96/14 97/8 97/22 99/5 100/6 100/10 102/7
102/18 102/18 103/2 103/4 103/9 103/12
103/19 104/4 106/18 106/22 108/15 109/14
109/17 110/9 111/2 111/19 112/2 112/4
112/9 112/11 114/14 115/17 116/7 116/14
116/18 117/14 117/21 118/5 118/7 118/9
119/2 119/12 119/18 119/21 120/5 120/9
121/13 124/6 125/12 131/13 139/11 140/6
140/9 141/2 148/4 149/14 150/9 151/14
152/4 153/9 154/3 155/9 155/18 156/20
156/21 157/1 157/4 158/20 159/17 161/7
163/8 165/13 165/18 166/1 167/12 173/21
175/1 175/5 178/14 178/21 179/9 180/1
182/14
society [2] 112/6 151/13
sold [4] 8/13 129/2 130/14 133/2
Soleto [1] 26/18
Solomon [1] 22/14
solution [1] 111/20
solutions [3] 116/6 152/4 178/13
some [75] 17/5 23/1 27/1 29/13 29/15 31/1
31/5 39/14 46/14 48/19 51/9 51/11 52/4 54/2
55/5 56/6 58/4 58/14 62/16 67/13 68/15 ...

CITY000301

**S**

some... [54] 69/22 73/3 73/5 73/9 74/18 75/15
79/8 79/10 83/22 85/7 88/6 91/13 95/4 96/8
98/20 99/6 100/3 101/17 102/1 102/16
102/19 102/20 102/22 103/13 103/13 104/6
105/5 105/22 107/14 107/15 114/19 117/22
118/3 119/8 119/10 120/13 122/17 123/9
124/2 130/12 140/8 148/8 150/7 152/3 153/3
154/21 156/2 158/21 160/17 165/10 174/12
175/3 175/16 176/9
somebody [9] 38/6 80/6 91/18 114/9 114/13
115/11 124/13 174/3 179/4
Somehow [1] 32/10
someone [25] 6/6 15/11 19/2 31/12 38/5 38/6
56/11 73/12 75/11 75/12 82/17 88/9 89/3
92/9 95/17 99/15 99/20 151/5 157/19 158/10
160/6 164/22 166/8 168/10 179/18
something [25] 12/8 16/16 17/3 35/19 37/12
41/7 46/13 55/21 59/4 72/22 87/21 95/19
98/18 102/1 102/3 102/18 106/14 106/15
111/2 114/13 115/17 117/3 117/3 117/4 125/4
166/13
sometimes [3] 18/6 104/5 107/5
somewhat [2] 86/9 86/10
son [3] 105/2 112/18 151/7
soon [2] 78/9 78/12
sooner [2] 128/11 140/9
sorry [4] 69/13 121/18 158/15 162/18
sort [7] 31/5 39/14 49/16 52/17 146/12
151/10 152/9
sound [2] 132/14 143/11
sounded [2] 80/8 139/1
sounds [4] 47/18 119/17 155/15 155/18
source [2] 66/10 131/22
southeast [1] 169/1
speak [6] 55/4 94/12 102/18 110/8 161/13
165/16
speakers [1] 119/9
speaking [3] 23/15 72/1 160/8
specific [9] 6/1 27/14 35/15 35/16 92/5 93/2
93/9 140/11 179/13
specifically [5] 6/5 28/14 98/19 171/20
172/16
specifics [1] 54/20
spectrum [1] 152/16
Spencer [1] 162/6
spend [1] 106/5
spent [2] 22/16 69/1
spirit [1] 90/10
spoke [1] 158/16
spoken [1] 158/6
sponsored [1] 105/5
sport [2] 171/17 172/2
sporting [2] 19/18 20/20
spraying [1] 171/16
Springfield [1] 174/13
Sr [2] 112/17 120/17
staff [7] 19/2 22/8 24/12 51/1 51/6 75/4 78/9
staffing [1] 76/9
staggering [1] 51/18
stances [1] 174/18
stand [12] 11/8 14/14 28/11 28/13 110/12
110/13 114/1 119/1 119/2 166/2 180/12
181/2
standalone [2] 57/10 57/17
standard [6] 92/17 131/5 131/9 131/13
140/15 140/18
standards [4] 88/11 143/6 143/7 145/15
standing [2] 102/6 116/2
stands [1] 23/5
Stanley [1] 121/17
Starkesha [1] 170/13

start [1] 111/11
started [1] 106/11
state [59] 3/12 5/8 5/13 5/18 12/2 25/11
25/16 26/7 33/13 34/9 34/13 41/7 52/7 52/15
53/12 60/1 60/19 63/7 67/17 67/20 70/13
86/21 88/18 95/22 97/11 99/13 100/21 101/8
108/19 110/4 112/15 117/7 121/18 123/3
126/1 126/4 128/7 130/7 130/15 132/1 132/3
133/4 134/6 135/14 137/6 140/2 144/2
147/16 154/16 160/7 161/8 162/16 163/17
166/14 174/17 174/19 177/14 182/1 182/7
State's [3] 33/5 75/13 137/1
stated [2] 24/20 25/1
statement [2] 47/8 160/11
statements [1] 141/19
states [23] 3/10 12/5 21/18 22/5 51/18 75/1
78/13 128/20 128/20 129/2 129/4 130/12
130/16 131/19 131/21 133/6 133/10 133/12
143/4 143/16 146/13 149/6 180/12
statewide [1] 173/20
stating [1] 19/8
statistical [2] 135/21 167/8
statistics [4] 26/4 70/18 77/6 126/16
statute [2] 33/5 100/21
statutes [2] 75/13 99/14
stay [2] 37/10 115/18
stem [2] 115/21 133/5
stenographic [1] 182/14
step [2] 79/4 114/1
steps [1] 21/15
Stevenson's [1] 24/13
stick [2] 121/5 121/6
stiff [1] 174/9
still [25] 4/5 5/5 5/10 10/15 25/2 25/7 25/10
25/12 25/14 25/17 28/1 28/4 28/13 28/16
37/9 38/3 38/8 43/21 55/2 61/20 64/8 72/17
120/20 121/4 122/14
stockpile [1] 139/13
stolen [25] 66/18 130/4 131/1 131/6 131/13
131/16 131/20 132/5 132/9 134/21 140/1
140/14 140/20 176/7 176/11 176/18 176/18
177/1 177/6 177/10 177/15 177/16 177/21
178/3 178/19
stood [1] 169/14
stop [22] 78/19 79/1 105/13 110/11 111/2
111/6 111/10 112/11 113/16 113/16 113/20
122/17 123/1 123/4 123/5 123/18 123/20
123/20 124/15 125/7 149/1 157/7
stopped [1] 123/8
stopper [1] 122/1
stopping [1] 62/11
stops [1] 122/2
storage [5] 32/11 70/14 146/21 147/17
180/18
store [3] 70/6 127/11 147/11
stored [2] 69/14 180/21
stores [2] 8/7 10/8
stories [1] 170/16
storing [2] 71/6 87/11
story [2] 55/18 61/14
strategies [1] 152/14
straw [3] 7/13 176/2 177/4
street [30] 23/8 60/7 65/14 70/1 72/8 72/18
78/14 80/16 90/13 91/2 100/17 100/20
112/20 112/22 117/1 117/2 122/12 123/10
123/15 123/22 125/22 150/7 168/6 169/15
170/2 170/6 170/10 175/18 179/8 179/19
streets [10] 65/8 74/12 80/21 83/11 100/22
118/9 122/9 122/18 124/7 159/22
strengthen [1] 126/12
stress [1] 79/20
stricter [1] 75/20
strictly [2] 27/10 76/18

strike [1] 3/22
stringent [1] 49/1
strive [1] 112/9
strong [6] 73/3 73/21 126/6 129/2 137/13
137/16
stronger [2] 75/8 75/10
strongly [1] 129/5
struck [3] 4/11 37/4 64/12
struggled [1] 54/22
stuck [1] 167/6
student [1] 112/19
students [1] 162/1
studied [6] 142/1 144/7 148/16 149/8 149/12
153/7
studies [13] 121/12 126/16 133/1 133/9
142/11 145/8 147/6 147/9 148/12 148/15
149/6 154/7 180/7
study [8] 8/16 71/3 130/9 131/16 133/15
133/22 146/4 150/20
studying [1] 153/5
stuff [5] 109/9 109/10 120/18 123/3 124/9
stupider [1] 161/2
style [1] 172/5
Sub [1] 53/1
Sub-Circuit [1] 53/1
subject [1] 177/6
subjective [3] 131/4 131/9 140/15
submit [1] 154/10
submitted [4] 126/15 180/7 180/10 181/1
subsequent [2] 20/18 33/16
subsequently [1] 148/15
substance [2] 144/22 145/9
substantial [2] 67/12 68/15
substantially [4] 9/5 143/1 143/22 147/20
success [1] 130/14
successful [1] 178/3
successfully [1] 41/5
such [21] 4/10 6/21 7/20 23/11 49/2 54/21
64/11 68/22 95/22 128/13 130/16 131/22
132/14 134/8 135/15 135/16 136/22 146/16
155/2 172/4 172/6
sued [1] 30/11
suffered [1] 178/9
sufficient [3] 6/13 81/1 179/16
suggest [2] 95/21 139/12
suggestion [1] 61/19
suggestions [4] 61/7 85/8 85/13 116/8
suicide [14] 70/19 71/8 133/11 133/14
133/16 133/19 147/8 147/13 147/20 148/1
148/4 151/4 151/6 180/19
suicides [3] 7/20 138/9 151/2
summer [3] 109/4 109/11 116/16
Sunday [1] 104/22
Superintendent [21] 63/19 64/1 71/21 72/4
74/9 80/15 81/6 83/4 84/17 85/4 90/1 90/6
92/3 97/20 101/4 129/15 147/1 156/6 167/16
167/21 173/6
superior [1] 169/18
Superman [2] 163/6 164/18
supersede [1] 14/11
supervise [1] 152/19
supplemental [1] 2/17
supply [1] 175/17
support [7] 82/8 102/10 103/13 129/5 130/18
132/7 134/8
supporting [1] 154/7
suppose [1] 49/19
Supreme [25] 3/10 3/21 4/12 4/20 6/16 10/18
10/20 11/2 11/13 12/2 12/5 13/9 13/11 14/20
15/2 21/19 23/6 52/22 55/15 56/21 64/4
64/12 80/9 90/11 126/13
sure [20] 3/1 3/17 41/14 54/9 55/3 55/14 58/9
65/7 73/21 78/18 80/11 81/3 98/11 102/22

## S

sure... [6] 115/1 125/13 151/18 153/1 154/5
164/11
surprise [3] 101/11 101/13 176/6
surprised [2] 26/13 27/4
surprising [2] 3/15 27/2
survived [1] 169/20
Suzanne [1] 22/16
swamped [1] 150/14
swap [1] 18/6
system [11] 66/1 66/3 70/18 84/1 84/3 84/12
84/15 88/17 95/12 145/21 145/22
systems [3] 46/15 89/2 130/16

## T

tactics [1] 98/19
take [21] 12/8 21/14 41/13 58/7 62/16 65/13
72/2 79/3 80/16 80/20 87/7 89/20 100/16
105/21 108/18 110/12 110/13 141/5 152/18
165/21 174/17
taken [10] 1/13 26/14 74/11 74/21 113/7
124/1 124/3 161/15 164/14 182/14
takes [3] 80/18 119/6 179/17
Taking [1] 180/12
talk [12] 27/15 28/14 47/15 55/6 92/4 99/5
104/18 122/19 124/7 124/8 148/8 151/17
talked [7] 26/3 26/6 26/22 28/1 36/21 49/6
57/2
talking [7] 49/9 54/6 55/13 105/1 105/3
140/12 165/5
talks [1] 28/3
tape [1] 80/7
target [2] 30/14 85/7
taxpayers [2] 39/17 50/14
taxpayers' [3] 30/6 30/16 55/8
teach [6] 105/20 157/8 157/15 157/21 159/5
159/6
teacher [2] 114/12 115/10
teaching [1] 160/2
Team [1] 175/12
Teamwork [2] 105/17 109/3
technically [2] 4/4 46/14
teen [2] 147/8 147/12
teenager [2] 37/12 97/6
teenagers [4] 71/9 97/12 137/5 169/1
teens [1] 51/19
tell [10] 54/11 60/9 98/19 105/12 125/4 125/5
160/6 160/12 161/1 179/18
tells [1] 78/1
temporarily [1] 150/11
ten [6] 18/1 119/21 128/9 128/11 132/10
165/4
tend [1] 148/9
terms [17] 23/15 26/11 30/17 30/18 30/22
52/6 73/1 87/17 88/14 88/15 139/2 139/6
139/18 147/17 150/4 152/5 179/14
Terrence [1] 162/8
terrorists [1] 172/6
test [1] 41/13
testified [2] 129/15 134/11
testify [6] 17/6 63/14 63/17 134/13 137/8
141/13
testimony [9] 2/18 10/14 47/8 48/7 51/3
126/17 138/6 141/2 154/6
testing [1] 30/1
than [33] 6/12 6/22 20/10 31/3 44/18 51/12
51/14 51/19 56/10 68/7 73/13 74/17 74/22
79/7 93/18 94/15 105/11 115/3 128/11
128/22 131/21 133/11 142/20 144/1 148/14
160/1 161/2 164/19 168/10 170/22 172/3
174/21 180/17
thank [98] 2/5 10/11 10/12 12/19 14/4 14/6

17/16 18/20 22/18 22/20 24/6 24/9 25/21
33/22 34/22 35/2 37/16 37/18 38/12 47/2
47/5 50/16 50/19 53/15 53/22 61/1 61/2
63/10 63/11 64/2 74/6 74/8 74/9 83/1 83/3
83/5 85/1 85/3 89/22 90/3 91/21 92/1 97/16
97/18 98/15 101/1 101/4 104/8 104/8 104/17
108/5 109/14 109/17 112/12 114/15 114/17
117/5 121/11 121/12 121/13 121/14 121/15
125/11 125/13 137/21 137/22 138/15 138/18
140/22 141/2 141/3 141/12 149/18 154/1
154/2 154/3 154/9 154/12 155/14 156/13
161/3 161/7 166/4 166/11 167/1 167/14
173/1 173/2 173/5 173/6 175/1 175/2 175/5
175/6 178/9 179/21 180/1 180/2
thankful [1] 143/5
Thanks [1] 17/13
that [774]
that's [64] 7/7 18/16 27/10 34/8 39/12 56/17
58/4 60/22 74/1 74/12 76/10 79/18 84/19
84/19 88/3 89/7 89/9 91/4 94/18 97/2 98/12
99/17 100/8 103/1 108/18 109/12 110/18
111/5 112/12 113/5 113/6 113/14 113/15
113/22 114/15 116/14 119/2 119/19 119/20
119/22 120/1 120/8 120/9 120/10 120/12
120/14 124/7 125/2 125/6 138/22 139/15
140/7 140/20 152/10 153/2 153/15 155/16
156/9 156/20 160/7 161/3 166/10 179/13
180/16
theft [7] 8/10 17/11 131/7 139/17 139/19
176/8 178/9
thefts [1] 178/1
their [82] 6/19 10/4 23/7 24/2 24/2 41/22
43/4 45/9 45/15 45/20 46/13 49/11 56/18
58/2 60/5 62/6 66/12 66/18 68/19 68/20 69/1
69/9 70/21 73/4 73/18 77/3 77/16 78/18
80/10 84/6 84/7 84/18 84/18 84/19 85/19
86/8 88/21 91/17 96/22 97/14 99/17 99/18
99/21 100/1 100/7 102/16 104/2 112/4 112/6
112/6 115/1 115/7 118/5 118/16 119/11
121/2 127/3 132/9 139/14 140/19 142/3
143/3 143/3 147/11 151/6 151/19 152/18
158/12 162/22 163/17 169/7 169/17 169/20
170/3 171/7 171/22 172/11 176/10 176/14
178/7 178/21 179/19
them [78] 6/22 20/14 22/12 24/4 30/17 39/11
40/17 41/12 44/9 44/22 45/21 60/4 60/6
60/10 65/7 69/22 77/5 79/20 80/2 80/13 85/8
86/8 86/13 91/17 91/19 100/5 103/20 104/2
104/8 105/20 106/14 106/16 106/18 106/21
107/4 107/5 107/6 107/14 109/7 109/11
113/5 115/19 116/22 116/22 117/1 117/3
118/15 121/1 121/7 123/15 123/16 124/13
124/16 125/6 132/21 138/4 146/12 146/12
152/17 152/19 155/7 156/22 157/12 157/16
158/2 160/12 164/17 164/17 164/17 164/18
164/19 165/17 169/12 170/19 175/17 176/21
177/7 178/7
themselves [3] 97/14 118/6 147/2
then [37] 14/16 16/19 20/18 26/6 27/5
34/11 38/15 40/12 40/16 41/12 41/18 45/4
47/21 49/11 50/1 50/9 54/22 61/15 75/2
77/13 77/19 89/12 93/17 94/7 95/19 104/7
107/17 115/12 117/18 117/19 132/21 155/16
156/20 173/11 173/16 179/10
there [108] 5/5 6/1 8/12 9/10 9/12 9/18 10/4
13/9 14/21 17/19 18/1 18/3 18/11 18/14
23/10 23/16 27/13 28/8 29/19 29/22 30/9
31/22 32/4 32/8 32/9 32/11 33/9 35/16 39/7
39/11 39/14 40/13 42/5 46/3 46/9 46/21
46/22 47/18 47/19 49/1 49/3 50/11 52/13
54/7 54/13 55/7 55/14 56/1 57/10 57/11
58/19 60/9 60/10 60/13 61/21 68/18 75/6
75/21 78/21 79/6 80/2 80/3 80/8 80/18 81/8

84/7 87/16 87/21 88/5 89/16 89/19 89/19
90/6 92/5 94/14 96/11 96/13 98/10 99/11
105/11 116/2 116/3 119/21 121/6 124/21
134/14 141/17 144/8 144/14 145/7 146/15
147/5 148/18 148/19 150/6 150/11 150/20
152/13 152/20 152/21 153/18 153/19 153/19
153/20 155/5 158/18 164/12 166/5
there's [24] 2/11 23/11 36/12 56/9 57/16 90/7
91/9 93/9 100/19 120/12 130/17 135/2
135/20 139/12 143/17 144/2 144/17 146/13
149/5 150/17 151/20 153/3 159/14 168/7
therefore [8] 4/4 4/15 8/7 34/21 68/6 70/6
74/2 148/11
thereof [1] 74/16
these [47] 9/6 16/17 16/20 16/21 16/22 23/10
51/6 54/2 54/6 61/18 68/22 78/17 80/1 80/12
90/20 90/22 91/6 91/16 102/14 106/20
111/15 111/17 120/14 132/19 143/7 148/9
149/1 149/7 151/9 155/11 155/17 155/17
156/8 161/22 163/16 164/16 165/15 169/6
170/16 171/21 172/1 172/10 172/13 173/10
174/2 175/3 176/13
they [194]
they'll [2] 42/13 159/12
they're [23] 44/12 46/5 46/7 60/2 62/6 62/11
69/7 89/3 91/7 92/9 106/17 111/12 113/13
115/7 116/3 117/17 118/3 118/4 118/16
148/13 151/16 158/20 174/16
they've [1] 59/22
thing [13] 52/18 54/16 100/8 113/11 120/7
121/9 121/10 121/10 148/7 153/9 159/14
160/5 167/6
things [36] 15/4 15/4 15/16 17/8 17/10 17/12
18/17 23/21 29/19 29/22 31/18 31/19 37/22
38/2 38/17 38/22 40/11 42/16 45/8 49/2 52/4
54/6 61/5 90/21 99/6 101/16 101/17 109/8
113/7 122/6 147/7 152/20 153/18 153/22
158/3 164/21
think [91] 17/5 20/15 21/6 21/13 24/12 26/12
29/1 29/4 29/18 30/21 35/11 35/19 37/6
39/10 39/12 43/8 43/9 49/22 51/22 55/16
56/1 56/9 57/1 58/1 58/5 60/4 62/22 72/21
73/8 73/10 73/17 73/21 75/16 76/4 76/20
79/3 79/9 82/7 82/9 82/11 82/12 82/19 83/18
83/21 84/12 84/16 84/19 85/8 86/11 86/21
87/13 88/8 88/13 88/22 90/14 91/1 91/4
91/14 92/3 92/16 95/16 97/2 97/8 97/10 98/3
98/7 98/9 100/8 105/8 105/11 106/4 109/12
114/18 114/22 115/19 119/8 135/2 138/21
140/3 143/7 150/17 151/21 153/9 156/9
156/17 157/3 161/3 164/18 175/3 178/18
179/9
thinking [4] 35/6 40/14 48/17 94/13
thinks [1] 80/9
third [5] 49/6 50/9 115/6 128/22 131/21
thirteen [1] 87/3
this [144] 2/10 2/22 3/14 3/18 4/18 5/1 5/9
9/17 11/9 18/1 19/2 20/17 21/18 21/20 22/8
22/10 22/17 23/5 24/14 24/20 25/3 29/16
30/7 30/21 31/7 36/4 36/12 37/3 37/20 38/18
38/19 39/13 39/20 40/19 42/7 47/10 48/19
51/9 51/10 51/17 52/2 54/12 54/13 54/22
55/20 55/21 55/22 55/22 56/20 57/8 57/16
59/11 62/17 63/17 70/2 71/11 72/21 74/21
75/5 75/22 76/9 78/4 78/11 78/12 78/13
78/17 83/7 83/9 84/3 88/13 88/21 89/4 90/10
90/10 95/9 95/11 95/18 100/13 100/14
100/18 101/7 101/10 102/12 102/13 105/14
106/8 106/8 106/8 106/9 106/10 107/19
107/21 108/2 108/13 110/18 111/2 111/4
112/11 115/21 116/4 121/4 123/17 123/21
124/9 124/19 124/20 128/3 134/13 136/15
137/14 144/3 149/11 149/22 150/1 150/8
CITY000303

**T**

this... [29] 150/11 150/18 151/12 152/3
153/18 155/1 156/15 157/10 158/5 160/14
160/14 163/17 163/17 165/8 168/1 169/14
172/15 172/20 173/9 173/20 173/20 174/14
176/3 178/13 178/20 179/18 181/2 181/3
182/15
thoroughly [1] 55/7
those [71] 2/14 7/1 16/11 18/17 18/18 20/12
23/17 23/19 24/1 24/19 28/9 29/16 30/14
30/16 31/2 31/3 31/19 32/2 32/6 32/10 32/21
38/2 38/5 39/10 43/17 44/11 44/14 47/16
48/4 48/11 48/20 51/20 53/10 56/19 60/4
60/9 60/20 68/12 74/18 74/18 75/2 75/14
78/6 79/8 88/15 88/16 115/10 115/10 127/1
127/12 127/15 129/1 129/15 137/16 142/17
143/12 144/18 146/7 146/9 146/10 148/5
149/3 152/19 153/21 158/3 160/8 160/12
176/20 177/18 178/3 181/1
though [13] 11/12 14/9 14/20 15/2 27/20
33/9 42/8 43/9 57/11 85/10 90/19 138/22
161/1
thought [4] 87/17 158/18 158/20 166/3
thoughts [1] 29/14
thousand [4] 51/12 79/16 79/17 87/4
thousands [2] 20/3 159/19
threaten [1] 163/8
threatens [1] 172/7
three [3] 5/13 169/1 169/6
threshold [2] 49/20 53/13
through [17] 8/10 8/10 33/12 42/7 42/14
51/8 57/8 78/11 78/11 92/14 94/10 95/2
103/7 105/7 108/11 116/5 130/5
throughout [3] 34/9 59/22 76/10
Thursday [1] 181/3
thus [1] 43/1
tide [1] 115/21
tied [3] 43/4 43/8 45/1
tightly [1] 64/19
time [39] 9/17 12/10 19/11 20/2 20/22 21/8
21/16 27/8 29/17 30/13 31/7 33/20 38/8 51/2
67/13 68/15 76/17 86/2 86/16 87/5 87/9 88/7
101/7 102/8 109/8 121/4 121/5 140/3 140/4
140/7 140/10 151/20 156/4 167/8 168/10
177/7 178/18 178/22 179/2
timeline [1] 19/3
Timely [1] 177/22
times [9] 30/11 32/21 35/5 35/18 36/1 54/13
119/21 133/20 166/4
today [25] 17/6 20/9 20/14 21/7 59/12 64/3
71/20 74/20 83/5 83/11 83/14 106/12 106/13
116/9 116/12 126/11 126/17 130/10 141/13
141/20 142/6 156/15 157/6 158/7 161/13
together [15] 16/15 19/3 78/11 102/9 102/9
102/13 102/13 117/14 118/2 118/11 123/1
123/5 123/9 160/18 160/22
told [6] 30/5 33/8 77/6 80/7 123/16 124/13
tomorrow [5] 2/15 60/19 120/22 121/2 160/7
too [14] 16/18 31/6 38/8 51/4 52/7 69/20
100/11 100/13 100/19 105/2 149/21 155/22
169/22 170/16
took [5] 72/7 72/17 109/4 109/6 123/22
top [1] 44/10
tossed [1] 29/14
touch [1] 146/19
tough [4] 24/12 49/14 86/5 100/10
town [1] 34/6
toy [1] 159/13
trace [1] 178/1
traced [1] 176/5
tracing [3] 129/18 130/11 175/15
track [3] 66/22 88/8 143/12

tracking [1] 176/20
trade [1] 18/7
traffic [1] 168/7
traffickers [3] 131/18 132/20 177/12
trafficking [5] 8/4 8/10 132/20 150/16 177/3
tragic [1] 74/4
train [3] 83/20 87/4 87/5
trained [8] 33/14 40/20 45/13 45/22 65/6
65/20 68/13 172/16
trainer [1] 122/1
training [38] 29/16 29/22 33/9 33/12 37/20
40/15 40/18 40/22 41/3 45/20 56/11 59/6
68/20 69/3 69/5 69/16 80/19 83/10 83/10
83/16 83/19 85/11 85/15 85/16 85/19 86/11
87/2 87/7 94/13 94/14 94/19 94/21 96/1 99/3
128/2 128/4 128/7 134/19
transcribed [1] 182/14
transcript [1] 182/12
transfer [2] 142/17 176/1
transport [2] 5/16 25/15
treaty [1] 22/4
trial [1] 169/5
Tribune [1] 26/5
tried [3] 30/3 38/6 110/13
trigger [5] 35/18 35/22 36/21 70/9 91/14
triggered [1] 140/21
trouble [1] 80/1
Troy [1] 162/12
true [5] 14/12 53/6 75/18 97/7 182/12
TruJohn [1] 161/21
truly [2] 107/22 144/1
try [14] 22/22 75/14 78/17 100/2 100/21
105/10 111/2 120/21 122/17 133/8 146/2
149/21 151/10 151/10
trying [23] 23/3 30/4 38/22 45/3 48/6 49/18
52/2 60/3 73/19 75/14 103/9 103/20 105/19
106/17 106/18 111/8 113/9 118/14 119/12
119/15 122/14 124/5 178/12
turn [8] 2/22 74/13 74/13 74/19 102/1 102/2
125/5 135/20
turn-in [3] 74/13 74/13 74/19
turned [4] 23/5 102/5 122/7 124/14
TV [4] 102/1 102/2 102/5 154/22
twelve [1] 103/18
two [26] 5/11 6/11 26/7 26/20 31/20 31/21
46/22 51/15 61/19 68/10 76/22 79/17 85/9
90/21 103/4 108/18 116/13 116/14 127/8
145/4 153/6 156/18 164/20 166/5 169/8
170/10
type [14] 23/17 29/15 40/22 41/19 44/5 66/10
91/13 92/9 92/11 92/18 93/2 117/22 153/5
173/12
types [9] 23/16 92/4 92/5 93/7 96/14 145/13
149/1 149/7 172/1
typical [1] 43/15
typically [1] 128/3
typing [1] 54/15

**U**

U.S [2] 3/12 130/12
ultimately [2] 4/11 64/11
unable [1] 103/11
unbeknownst [1] 169/12
uncommon [1] 176/9
under [16] 14/19 15/17 23/19 33/4 34/21
70/8 75/5 75/12 76/22 127/20 130/17 137/4
137/7 145/5 155/3 171/9
underscored [1] 146/22
understaffed [1] 76/8
understand [10] 37/15 43/15 57/5 59/14
80/17 96/9 100/15 112/5 151/3 156/14
understanding [1] 150/9
understood [3] 12/22 41/14 156/17

undertake [1] 152/5
unenforceable [1] 4/9
unfortunately [1] 120/7
unintentional [9] 42/10 71/2 71/8 127/9
133/14 134/1 138/11 147/19 180/19
unit [8] 69/5 117/15 117/16 118/19 119/2
160/19 170/1 170/2
United [7] 3/10 12/5 21/18 22/5 51/18 75/1
180/12
University [2] 8/17 141/21
University's [1] 70/17
unlawful [6] 14/16 14/18 68/10 70/6 137/2
175/22
unlawfully [1] 175/16
unless [2] 175/22 176/12
unlimited [1] 135/10
unloaded [2] 69/14 71/5
unlocked [2] 70/3 147/6
unreasonably [3] 15/1 36/17 91/12
unregistered [3] 14/17 67/4 67/5
unsafely [1] 159/14
unsecured [1] 137/9
unstable [1] 53/7
unsupervised [1] 147/3
until [6] 4/5 13/21 64/8 89/7 181/3 181/6
untrained [1] 73/12
unwarranted [1] 178/8
up [41] 2/19 8/15 24/15 38/4 38/9 46/12
46/17 55/21 56/4 60/7 61/13 76/9 79/11
87/15 87/21 91/3 92/10 100/18 102/18
106/17 106/19 108/16 108/16 112/16 113/12
113/12 113/13 114/1 114/10 114/20 116/2
118/12 121/6 129/3 144/3 147/18 147/20
156/5 157/12 159/8 165/16
update [1] 93/20
updating [1] 66/3
upholding [1] 4/2
upon [9] 56/18 76/18 78/4 79/19 84/10
142/10 143/8 146/20 146/20
upstairs [1] 55/5
Uptown [1] 110/7
urban [2] 128/12 135/16
urge [2] 13/20 142/6
us [41] 2/16 21/18 22/10 30/21 39/8 54/1
56/21 57/3 65/4 65/16 75/15 83/5 86/14
93/20 94/5 97/4 98/19 98/20 102/11 105/12
110/21 114/3 119/14 120/16 123/20 124/1
124/1 124/3 143/9 152/5 155/17 157/5
160/17 160/22 161/1 171/2 172/6 174/20
175/4 178/1 179/15
use [30] 65/3 68/10 68/13 69/12 69/18 75/14
75/19 75/20 82/18 83/21 86/13 86/21 86/21
91/13 91/19 94/21 99/13 100/20 110/16
127/11 142/18 164/21 164/22 171/9 171/15
174/4 174/4 174/6 174/10 176/21
used [16] 7/6 9/2 9/6 41/7 64/20 67/1 86/13
93/22 132/18 133/3 146/5 159/4 166/6 170/8
171/21 172/1
using [4] 156/22 158/20 159/17 172/19
usually [1] 70/21

**V**

valiant [1] 24/15
valid [4] 68/8 86/4 127/22 128/9
value [1] 91/15
various [6] 17/6 30/18 33/8 46/5 48/12 95/14
Vaughn [7] 109/22 109/22 112/17 112/18
113/9 116/10 120/17
vehicle [10] 5/17 25/15 39/15 55/9 57/17
62/11 99/18 121/2 169/20 170/5
vehicles [1] 127/3
ventilation [1] 95/12
versus [2] 140/17 148/2

CITY000304

**V**

very [52] 10/3 16/21 20/22 22/9 22/9 22/20 26/13 26/14 30/13 31/9 39/9 47/14 49/1 49/14 50/17 52/17 53/15 57/15 57/15 62/19 67/16 76/4 86/6 93/13 98/8 98/16 100/2 105/6 114/19 137/21 140/4 140/15 147/20 147/20 148/4 148/10 148/19 152/11 152/15 152/16 152/16 167/1 168/1 168/16 168/20 171/7 173/1 173/21 174/15 174/17 175/1 175/2
via [1] 85/15
vicious [1] 56/8
victims [2] 51/21 69/22
Victor [1] 164/9
view [5] 27/5 48/11 138/22 150/4 150/8
vigorous [1] 65/22
vigorously [2] 57/3 65/5
village [3] 34/6 34/14 119/6
violate [5] 5/3 6/4 134/10 135/4 165/19
violated [1] 4/14 64/14 165/20
violating [3] 13/1 13/3 13/5
violations [2] 131/14 145/4
violence [68] 7/21 30/10 32/13 47/12 47/17 60/3 60/5 65/5 68/10 70/1 74/4 79/1 97/22 98/4 98/7 98/11 98/14 104/20 104/20 104/20 105/2 105/13 109/5 109/12 110/11 111/5 111/11 111/17 112/11 112/20 112/22 112/22 112/22 113/1 113/14 113/15 113/15 113/16 125/19 126/3 129/21 137/14 138/7 142/1 142/5 143/13 143/14 143/19 144/6 144/9 144/16 144/19 150/8 150/15 151/11 152/8 152/9 152/11 152/15 157/18 161/15 163/18 166/22 167/12 177/18 180/13 180/14 180/15
violent [8] 65/2 68/9 70/18 77/11 143/22 144/15 145/13 146/8
vision [1] 68/12
visit [3] 36/13 83/13 137/17
visitors [3] 64/17 65/9 71/19
voice [1] 165/16
voluntary [1] 74/13
vote [1] 19/22
voters [2] 136/16
vulnerable [1] 77/5

**W**

Wadlington [3] 1/19 182/5 182/19
wait [2] 13/21 103/9
waited [1] 103/6
waiting [2] 80/3 80/4
waiver [1] 63/1
wake [6] 125/21 126/9 126/13 134/17 137/15 139/6
walk [6] 60/7 87/15 87/20 108/16 122/19 159/22
walked [2] 103/6 122/19
walking [2] 89/17 165/5
want [83] 3/1 4/19 8/12 15/17 22/22 24/11 26/1 31/19 32/1 47/8 47/19 48/20 50/4 50/22 51/4 53/22 54/19 54/21 57/19 59/10 59/12 59/13 60/8 60/21 61/1 65/17 75/7 80/1 80/2 84/3 84/3 87/20 88/4 89/6 89/10 92/8 92/12 92/16 92/18 100/6 100/16 104/11 106/19 107/1 107/11 108/17 108/22 109/3 111/9 114/7 114/7 114/10 114/10 114/11 114/12 114/12 114/13 115/6 115/8 115/9 115/9 115/11 115/14 117/1 120/6 121/1 121/4 123/15 124/9 124/10 125/11 141/18 146/19 148/7 150/3 153/14 155/13 157/19 160/12 160/18 161/1 161/7 165/18
wanted [9] 13/16 54/7 63/16 63/16 98/6 98/17 103/2 154/4 159/15
wanting [1] 124/18

wants [4] 55/1 55/8 151/21 156/6
war [1] 111/1
ward [1] 115/4
was [122] 3/15 15/19 15/19 19/8 19/16 19/17 19/21 19/22 20/17 20/19 21/1 21/7 22/7 22/13 23/5 23/15 24/12 26/10 26/13 26/13 26/14 32/16 32/20 33/1 33/15 35/7 36/9 38/17 40/13 40/14 40/15 45/8 45/8 45/9 48/6 48/17 49/9 51/8 51/9 63/14 72/6 77/8 77/12 80/8 81/12 82/12 82/18 86/4 86/15 87/21 90/11 93/1 94/13 96/4 96/19 96/20 101/11 101/12 102/4 102/6 103/5 103/9 103/11 105/1 105/3 112/18 116/9 117/6 123/21 123/22 125/21 133/16 133/20 134/2 134/4 134/14 134/15 134/22 139/4 140/12 140/12 141/8 144/8 144/11 145/19 146/6 146/7 148/18 148/19 149/9 150/11 150/20 155/3 155/20 158/19 160/11 160/12 161/1 161/4 162/22 163/1 163/2 163/2 163/6 163/13 165/6 165/9 165/9 165/12 166/9 169/21 170/5 170/8 170/12 170/13 170/14 170/15 173/11 178/17 179/5
Washington [8] 4/13 41/9 64/14 86/1 86/18 126/8 134/16 159/16
wasn't [3] 33/17 36/4 169/22
wasting [1] 80/2
Watson [1] 164/7
way [17] 21/18 55/7 78/10 80/21 96/5 103/20 107/14 107/15 110/22 118/10 118/15 119/2 120/8 145/2 146/1 158/22 170/3
ways [4] 96/8 126/12 143/8 174/16
we [364]
we'd [1] 86/11
we'll [5] 38/14 89/13 100/20 141/6 154/9
we're [42] 2/3 2/19 16/18 38/1 38/22 40/9 40/18 49/17 54/9 55/12 55/13 75/19 76/12 76/13 76/16 78/21 79/16 79/16 79/22 80/19 89/10 99/12 100/6 100/16 106/9 106/18 108/10 108/10 109/7 109/8 111/7 113/3 113/6 118/22 125/20 141/5 160/15 160/15 160/16 160/17 161/1 178/13
we've [16] 30/4 45/2 74/21 78/21 79/4 80/11 80/12 80/20 81/1 81/2 118/7 119/7 126/4 149/22 170/21 179/7
weak [1] 21/15
weaker [1] 146/13
weapon [44] 5/11 5/19 14/17 21/11 25/7 25/18 33/7 33/11 33/14 34/16 52/6 60/15 64/20 68/11 68/16 69/12 70/21 73/19 74/1 74/22 82/18 84/7 89/16 89/19 90/11 90/16 91/13 95/7 95/19 95/21 97/11 98/9 99/16 99/17 99/21 100/14 157/18 169/3 169/16 169/18 170/14 173/14 175/4 178/19
weapons [52] 18/15 20/4 58/11 59/2 59/18 61/17 67/5 68/5 69/9 74/17 74/21 75/16 81/11 86/7 90/13 90/21 90/22 91/2 91/6 91/16 92/18 92/19 100/7 104/8 105/2 135/22 157/3 168/3 168/4 168/20 170/8 170/20 170/20 170/22 171/3 171/5 171/7 171/10 171/13 171/21 172/1 172/5 172/10 172/17 172/18 172/21 173/19 174/6 174/22 175/16 178/7 180/17
weaseling [1] 174/2
Weave [1] 8/16
Webster [4] 130/10 137/8 141/10 141/14
week [5] 54/3 103/3 103/4 133/18 140/8
weekend [2] 54/13 110/20
weeks [2] 116/14 116/16
weigh [2] 91/15 97/9
Weis [2] 63/22 97/20
welcome [1] 109/16
well [36] 3/13 30/18 31/8 37/4 50/2 54/10 73/8 76/12 79/13 80/11 87/19 89/9 90/7 92/7

96/9 97/1 99/8 105/14 116/11 117/1 128/4 130/19 134/8 138/11 139/22 143/19 144/16 145/10 145/21 147/19 150/15 151/2 158/18 165/14 177/6 179/12
went [5] 22/8 26/2 37/19 124/15 149/13
were [54] 2/8 2/9 7/6 9/4 15/19 21/19 25/2 25/4 27/3 29/5 33/2 37/8 38/11 54/5 54/6 54/13 54/14 55/12 55/19 55/19 65/2 74/18 75/22 76/5 79/8 93/7 95/19 96/19 132/18 139/1 146/11 155/22 156/18 156/19 156/22 156/22 157/3 162/1 164/13 164/14 164/14 164/15 165/5 167/5 169/2 169/9 169/11 169/19 170/3 170/9 170/10 173/10 173/12 173/13
weren't [1] 21/14
west [1] 170/4
what [130] 3/18 12/4 12/12 14/11 14/13 15/18 16/7 18/1 24/21 25/1 25/1 25/2 25/4 26/10 27/6 28/22 31/4 31/6 31/16 35/12 35/15 39/17 39/21 40/3 40/8 40/9 41/19 42/18 42/20 43/2 44/5 45/2 45/3 46/16 48/2 48/6 48/7 49/18 50/2 50/10 52/8 54/20 55/1 56/19 57/7 72/20 73/6 76/8 78/2 78/16 79/22 80/3 80/9 80/14 81/12 85/19 86/3 86/12 89/10 90/19 92/17 93/2 93/10 98/20 98/21 100/12 102/11 105/4 105/8 105/14 106/10 107/3 108/1 108/11 108/16 112/3 112/5 113/14 113/15 113/19 113/22 114/14 114/15 114/21 114/22 115/2 115/6 115/15 115/20 116/5 116/8 117/18 124/7 125/2 125/4 135/6 138/6 139/4 139/7 139/18 139/19 143/10 146/6 147/16 148/8 150/4 150/8 150/8 151/16 154/2 156/2 155/10 156/1 157/17 160/11 161/1 163/13 164/16 165/2 165/18 167/6 167/8 173/8 174/21 175/3 175/4 178/17 178/22 179/9
what's [5] 11/21 44/11 80/17 101/16 153/15
whatever [10] 14/10 16/14 47/1 78/10 79/15 137/20 150/3 173/18 175/21 179/17
whatsoever [2] 52/10 52/22
when [38] 19/17 20/16 40/13 45/8 49/9 56/3 62/10 62/15 67/8 77/13 79/22 84/4 89/12 89/21 93/7 96/18 97/11 106/11 109/6 115/2 115/5 115/12 123/13 123/21 124/10 125/3 147/22 131/6 140/14 140/18 140/20 146/11 147/20 148/22 149/5 168/16 173/10 176/4
where [40] 9/4 17/9 26/19 28/12 30/22 32/9 32/14 35/13 36/10 36/11 38/5 46/6 46/9 47/14 70/7 72/7 73/18 73/20 76/21 83/21 89/18 95/20 97/13 98/10 99/15 109/13 110/12 110/14 112/7 114/8 114/9 144/8 146/14 158/7 158/8 158/10 159/8 159/21 159/22 166/6
Whereas [1] 79/6
WHEREUPON [2] 141/7 181/5
whether [13] 6/18 39/14 58/19 62/12 66/20 66/21 67/7 67/10 80/22 82/8 130/1 164/15 168/7
which [40] 3/20 4/13 9/16 12/13 18/12 20/21 22/6 29/21 30/1 35/14 39/16 45/20 49/15 52/16 57/12 64/6 64/13 65/1 69/16 84/12 86/15 93/21 93/21 95/9 95/14 100/9 126/12 134/14 134/15 137/2 140/15 140/18 149/2 151/4 156/18 156/18 157/18 158/21 165/10
while [3] 69/7 143/15 170/14
White [1] 101/10
who [90] 7/13 8/12 10/1 15/5 17/6 20/3 28/7 31/20 32/2 33/9 38/6 41/19 44/6 46/15 47/11 47/17 53/11 58/1 60/20 63/6 65/6 65/9 67/15 67/18 68/1 68/7 68/8 68/8 68/12 68/12 68/19 70/19 73/12 81/17 82/12 82/17 85/15 85/18 86/17 88/15 90/16 91/18 98/22 102/15

CITY000305

...o... [46] 104/9 105/2 111/12 111/16 112/5 113/6 113/6 120/12 122/11 122/14 127/17 136/6 137/4 137/7 137/16 143/18 145/4 151/7 155/6 155/6 155/12 156/22 157/2 157/19 158/9 158/16 160/8 160/12 162/22 163/1 163/2 163/2 163/17 164/17 164/17 165/8 165/21 167/5 168/14 169/12 172/5 176/20 177/5 178/16 178/17 179/10
who's [2] 105/2 111/15
whoever [1] 115/16
whole [5] 34/9 40/6 117/17 173/20 174/19
whose [2] 58/3 77/21
why [8] 39/13 91/4 122/20 157/4 159/15 159/17 159/18 172/22
wide [1] 10/3
widely [1] 140/1
will [90] 2/15 4/11 8/14 11/9 12/2 12/5 12/6 12/6 12/7 13/15 14/9 14/10 17/6 27/9 28/6 28/11 28/16 30/2 31/9 31/12 36/2 40/19 40/21 40/21 42/9 42/10 42/18 43/13 44/13 44/14 44/17 44/21 44/22 45/1 45/21 46/11 46/13 52/21 53/3 59/14 62/20 64/11 65/4 65/16 65/18 65/21 66/17 67/21 71/20 71/22 75/11 83/9 83/15 83/19 83/21 84/12 89/14 90/7 90/16 90/21 91/3 98/5 99/15 99/18 100/10 102/21 106/5 107/12 107/13 107/13 107/14 107/15 113/14 123/17 132/19 135/20 136/15 137/8 137/19 158/2 158/3 162/3 163/15 169/5 172/21 177/17 177/19 178/2 181/1 181/2
William [2] 109/21 109/21
willing [2] 21/14 82/18
window [2] 102/6 113/20
wise [1] 47/14
wish [5] 15/20 15/22 31/17 32/8 68/2
within [46] 9/18 9/19 9/20 10/2 10/10 12/16 14/17 14/19 15/5 15/15 16/2 16/8 16/11 16/16 18/2 18/2 18/10 18/14 23/10 24/1 28/15 29/10 33/20 36/15 39/19 46/6 48/13 48/15 50/13 76/15 88/10 111/1 111/5 111/14 111/22 112/6 113/15 113/16 117/22 122/3 123/8 123/18 140/5 140/6 140/9 151/6
without [8] 5/4 5/12 25/10 73/5 120/19 130/16 143/1 158/11
withstand [4] 13/15 30/2 36/2 37/8
withstood [1] 29/21
witness [1] 130/9
woke [1] 55/21
woman [2] 105/22 178/16
women [2] 68/22 106/1
won't [2] 16/17 159/12
wonder [1] 157/4
wondered [1] 155/9
Woods [3] 101/7 101/9 108/22
words [8] 11/7 14/18 15/8 23/20 25/3 129/1 157/7 157/8
work [25] 4/16 22/7 22/12 38/20 51/1 76/15 78/10 78/18 84/20 102/9 109/1 111/8 111/9 111/20 116/11 116/14 116/17 117/13 117/15 118/2 125/6 137/17 153/18 153/20 160/21
worked [4] 76/13 122/3 126/4 142/3
worker [1] 121/22
working [7] 54/12 54/18 78/22 124/4 138/1 153/21 159/20
works [2] 69/13 159/22
world [2] 124/18 139/5
worried [1] 113/7
worry [1] 116/15
Worseck [1] 22/16
would [133] 6/3 6/4 6/15 7/10 7/12 7/14 7/15 7/18 9/9 10/1 10/13 15/17 21/15 28/13 29/6

31/6 31/14 34/19 34/21 35/9 35/12 36/22 37/3 37/7 37/9 38/17 38/19 38/20 39/5 39/7 39/16 39/20 40/3 40/3 40/5 40/7 40/7 41/1 41/2 41/3 41/4 41/4 41/6 41/8 41/11 41/16 41/16 43/6 43/8 45/12 46/7 46/12 47/22 49/22 52/16 52/19 56/13 56/18 57/5 57/19 58/1 58/21 59/1 59/3 59/3 60/6 61/11 72/21 73/6 73/11 73/22 75/13 77/17 79/9 82/7 82/20 82/22 83/22 84/2 84/5 84/11 87/2 87/8 87/13 87/22 88/5 88/9 88/16 92/12 92/16 92/17 92/21 93/11 93/17 94/4 95/10 95/11 95/11 95/13 95/16 95/21 96/6 96/7 96/20 97/22 100/1 100/4 108/7 121/20 128/3 128/7 128/9 132/11 132/15 134/10 135/4 136/20 137/11 145/3 156/21 157/12 157/19 162/16 166/5 166/19 168/18 173/17 177/1 178/1 178/7 178/22 179/2 179/16
would've [2] 150/6 166/6
wouldn't [6] 27/3 37/12 87/15 87/20 92/8 106/3
wounded [1] 51/16
write [4] 125/4 153/11 153/12 153/15
written [1] 26/18
wrong [3] 16/17 120/7 157/15
wrote [1] 32/16

**Y**

yays [1] 19/22
Yeah [2] 45/7 58/22
year [25] 51/14 51/18 64/22 65/12 65/14 69/20 74/14 74/21 87/6 88/3 100/18 121/4 133/15 145/6 148/2 148/2 148/3 149/12 149/12 155/7 156/18 161/16 169/8 170/13 170/19
years [42] 3/10 32/15 32/19 34/12 61/19 74/18 81/13 122/4 128/9 128/11 136/10 137/7 142/2 155/17 156/8 161/11 161/17 161/20 161/21 161/22 161/22 162/5 162/6 162/7 162/7 162/8 162/9 162/9 162/10 162/11 162/12 162/12 162/13 162/14 163/19 163/20 163/21 163/22 164/5 164/6 170/13 171/4
yes [33] 13/7 15/14 17/4 19/6 19/10 19/19 20/7 21/4 21/21 26/16 33/19 37/8 52/13 53/11 54/4 59/7 61/10 72/5 81/10 97/18 103/19 104/14 104/15 108/4 116/9 117/5 138/3 138/8 138/10 141/3 154/11 166/16 175/6
yesterday [4] 3/8 126/14 135/5 139/9
yesterday's [2] 2/9 5/22
yet [3] 30/4 105/19 165/5
Yolan [3] 154/14 162/19 167/3
York [5] 61/14 61/16 81/20 82/1 82/2
you [387]
you'll [1] 17/5
you're [15] 19/14 26/14 43/2 62/15 76/7 85/17 89/5 95/18 107/2 109/16 120/5 153/1 164/21 164/22 174/21
you've [2] 35/4 39/10
young [17] 73/17 74/5 97/12 105/18 105/20 105/21 106/16 106/18 115/10 116/13 116/14 119/22 119/22 121/8 147/1 161/14 167/4
younger [2] 68/7 101/20
youngsters [1] 16/19
your [70] 10/14 11/21 12/13 19/1 19/2 19/20 22/8 24/12 26/10 27/5 28/20 37/12 37/15 43/15 43/16 43/20 44/1 44/1 47/7 47/8 49/22 51/1 51/3 51/6 56/5 60/8 61/8 62/15 62/22 72/7 75/4 82/14 84/20 85/6 85/7 88/19 90/5 90/8 90/12 90/12 97/21 98/19 99/6 101/8 102/17 107/3 107/7 107/20 108/19 110/4 112/15 115/19 117/7 117/11 120/14 120/19 121/18 125/12 137/13 138/5 138/22 140/4

141/2 150/4 150/8 154/16 161/8 162/17 164/20 165/19
yours [1] 159/11
youth [25] 70/19 71/8 110/9 110/15 110/17 111/17 112/2 112/10 113/4 113/12 113/13 115/17 116/20 116/21 120/21 120/21 121/6 147/12 147/18 148/5 148/6 152/9 152/11 180/14 180/19
youth's [1] 113/18

**Z**

zoning [1] 49/1