**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS )<br>RETAILERS, KENNETH PACHOLSKI, )<br>KATHRYN TYLER, and MICHAEL HALL, )<br>)<br>      Plaintiffs, )<br>)<br>    v. )<br>)<br>THE CITY OF CHICAGO and RAHM )<br>EMANUEL, Mayor of the City of Chicago, )<br>)<br>      Defendants. ) | Case No: 10-CV-4184<br>Judge Edmond E. Chang |

**INDEX OF EXHIBITS TO PLAINTIFFS' RULE 56.1(a)(3) STATEMENT OF
MATERIAL FACTS AND TO PLAINTIFFS' RULE 56.1(b)(3) RESPONSE TO
DEFENDANTS' STATEMENT OF MATERIAL FACTS**

1. Hall Declaration

2. Kleck Declaration

3. Cook Deposition Excepts

4. Philip J. Cook, et al., *Gun Control After Heller*, 56 UCLA L. REV. 1041 (2009)

5. Philip J. Cook, *The Influence of Gun Availability on Violent Crime Patterns*, 4 CRIME & JUST. 49 (1983)

6. GARY KLECK, POINT BLANK, Chapter 5 (1991)

7. Kleck Deposition Excerpts

8. Gary Kleck & E. Britt Patterson, *The Impact of Gun Control and Gun Ownership Levels on Violence Rates*, 9 J. QUANT. CRIM. 249 (1993)

1

9. Tomislav Kovandzic et al., *Estimating the Causal Effect of Gun Prevalence on Homicide Rates* (2008)

10. NATIONAL RESEARCH COUNCIL, FIREARMS AND VIOLENCE (Wellford, et al., eds. 2005)

11. John R. Lott, Jr. & David B. Mustard, *Crime, Deterrence, and Right-to-Carry Concealed Handguns*, 26 J. LEGAL STUDIES 1 (1997)

12. Tyler Deposition Excerpts

13. Gorman Deposition Excerpts

14. City of Chicago, Department of Police, Rules and Regulations, Firearms-Chapter 8-20

15. Williams Deposition Excerpts

16. Don B. Kates & Gary Mauser, *Would Banning Firearms Reduce Murder and Suicide? A Review of International and Some Domestic Evidence*, 30 HARV. J. L. & PUB. POL'Y 649 (2007

17. Federal Bureau of Investigation, Crime in the United States (2007)

18. Federal Bureau of Investigation, Crime in the United States (2008)

19. Federal Bureau of Investigation, Crime in the United States (2009)

20. Federal Bureau of Investigation, Crime in the United States (2010)

21. Henry Deposition Excerpts

22. Johnson Deposition Excerpts

23. Martin Deposition Excerpts

24. Bureau of Justice Statistics, *Firearm Use by Offenders* (Nov. 2001)

25. Webster Deposition Excerpts

26. City of Chicago, Committee on Police & Fire, June 29, 2010 Tr. of Hr'g

27. Brown Deposition Excerpts

28. Reyes Deposition Excerpts

29. Daniel W. Webster et al., *How Delinquent Youths Acquire Guns*, 79 J. URBAN HEALTH 60 (Mar. 2002)

30. Gary Kleck et al., *The Myth of Big-Time Gun Trafficking*, 56 UCLA L. REV. 1233 (2009)

31. City of Chicago Committee on Police and Fire, June 18, 2010 Tr. of Hr'g

32. Scudeiro Deposition Excerpts

33. Rush Deposition Excerpts

34. Riggio Deposition Excerpts

35. Chicago Police Department, 2010 Annual Report

36. ATF, Federal Firearms Licensee Statistics, Theft/Loss Reports, Calendar Years 2008 – 2010

37. John Garcia, *Most guns stolen from Harvey gun range recovered*, abclocal.go.com, May 12, 2010

38. Elliot Declaration

39. ATF, Operation Snapshot Final Report (1993)

40. ATF Fact Sheet – Compliance Inspections

41. Tyler Declaration

42. Pacholski Declaration

43. Pacholski Deposition Excerpts

44. Vince Deposition Excerpts

45. Chicago Police Department, Uniform and Property U04-02, Department Approved Weapons and Ammunition

46. Chicago Police Department, Uniform and Property UO4-02-04, Department Approved Auxiliary Subcompact Semiautomatic Pistols and Ammunition

47. Chicago Police Department, Uniform and Property UO4-01-02

48. L. Hepburn, et al., *The US Gun Stock*, 13 INJURY PREVENTION 15 (2007)

49. Gary Kleck, *Can Owning a Gun Really Triple the Owner's Chances of Being Murdered?*, 5 HOMICIDE STUDIES 64 (2001)

50. Gary Kleck, *How Not to Study the Effect of Gun Levels on Violence Rates*, 21 J. ON FIREARMS & PUB. POL'Y 65 (2009)

51. Robert Hahn, *et al.*, *Firearms Laws and the Reduction of Violence: A Systematic Review*, 28 AM. J. PREV. MED. 40 (2005)

52. Daniel W. Webster et al., *Reexamining the Association between Childhood Access Prevention Gun Laws and Unintentional Shooting Deaths of Children*, 106 PEDIATRICS 1466 (Dec. 2000)

53. NRA, Home Firearm Safety Excerpts

54. Levinson Deposition Excerpts

55. Committee on Police & Fire, July 1, 2010 Tr. of Hr'g

56. Findings of the City Council Committee on Police and Fire, July 1, 2010

57. Don Babwin, *Daley Introduces Strictest Handgun Ordinance*, AP, July 1, 2010

58. Chicago City Council, July 2, 2010 Unofficial Tr. of Hr'g

59. Special Meeting of the City Council of the City of Chicago, July 2, 2010 (video recording) (hard copy disk filed with Clerk under separate cover).

60. Alexander Deposition Excerpts

61. City of Chicago, Reported Incidents – By Offense Type, Location Description, and Year (1999-2010)

62. Uniform Crime Reporting Statistics, Murder Rate 1991-2010, Agencies Serving Cities 1,000,000 or Over

63. Gary Kleck & Marc Gertz, *Armed Resistance to Crime*, 86 J. CRIM. L. & CRIMINOLOGY 150 (1995)

64. Gary Kleck & Marc Gertz, *Carrying Guns for Protection*, 35 J. RESEARCH IN CRIME & DELINQUENCY 193 (1998)

65. Jongyeon Tark & Gary Kleck, *Resisting Crime: The Effects of Victim Action on the Outcomes of Crime*, 42 CRIMINOLOGY 861 (2004))

66. Lawrence Southwick Jr., *Self-Defense With Guns: The Consequences*, 28 J. CRIM. JUSTICE 351 (2000)

67. KLECK AND DON B. KATES, ARMED, Chapters 6 & 7 (2001)

68. Gary Kleck, *Crime Control Through the Private Use of Armed Force*, 35 SOCIAL PROBLEMS 1 (1988)

69. Hall Deposition Excerpts

70. H. Sterling Burnett, Nat'l Ctr. for Policy Analysis, *Texas Concealed Handgun Carriers: Law-Abiding Public Benefactors* (2000)

71. Lawrence Southwick, Jr., *Guns and Justifiable Homicide: Deterrence and Defense*, 18 ST. LOUIS U. PUB. L. REV. 217 (1999)

72. Lawrence Southwick, Jr., *Do Guns Cause Crime? Does Crime Cause Guns?*, 25 ATL. ECON. J. 256 (1997)

73. National Vital Statistics Reports, Deaths: Final Data for 2008 (Dec. 7, 2011)

5

74. U.S. Census Bureau, Annual Estimates of the Population of the United States

75. GARY KLECK, TARGETING GUNS, Chapter 9 (1997)

76. Compact Biometric Gun Safe by Barska

77. GARY KLECK, TARGETING GUNS, Chapter 3 (1997)

78. O'Daniel Declaration

79. O'Daniel Deposition Excerpts

80. Campion Declaration

81. Campion Deposition Excerpts

## **CERTIFICATE OF SERVICE**

      I, Charles J. Cooper, hereby certify that on this 27th day of April, 2012, I caused a copy of the foregoing to be served by electronic filing on:

| | |
|---|---|
| Michael A. Forti | Craig Woods |
| Mardell Nereim | Ranjit Hakim |
| Andrew W. Worseck | MAYER BROWN LLP |
| William Macy Aguiar | 71 S. Wacker Drive |
| Rebecca Alfert Hirsch | Chicago, IL  60606-4637 |
| City of Chicago, Department of Law | |
| Constitutional and Commercial Litigation Division | |
| 30 N. LaSalle St., Suite 1230 | |
| Chicago, IL  60602 | |

                                        s/ Charles J. Cooper
                                             Charles J. Cooper