

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**F I L E D**

APR 2 7 2012
APR 27 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No: 10-CV-4184 Judge Edmond E. Chang |
| THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING**

TO:     Counsel of Record (See Certificate of Service below):

Please take notice that on **April 27, 2012**, we have filed with the Clerk of the Court **Exhibit 59 in Support of Plaintiffs' LR 56.1 Statement**, a copy of which is attached hereto and herewith served upon you.

Stephen A. Kolodziej

**FORD & BRITTON, P.C.**
33 North Dearborn Street, Suite 300
Chicago, Illinois 60602
Tel.: 312-924-7500
Fax: 312-924-7508
skolodziej@fordbritton.com

## CERTIFICATE OF SERVICE

I, Stephen A. Kolodziej, an attorney, hereby certify that on April 27, 2012, copies of the foregoing Notice of Filing and Exhibit 59 in Support of Plaintiffs' LR 56.1 Statement were served by messenger on:

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation
Division
30 N. LaSalle St., Suite 1230
Chicago, IL 60602

Craig Woods
Ranjit Hakim
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606-4637

Stephen A. Kolodziej
Counsel for Plaintiffs