IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 10-CV-4184 |
| | ) | Judge Edmond E. Chang |
| CITY OF CHICAGO, ET AL., | ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** Counsel on the attached service list

PLEASE TAKE NOTICE that on **Thursday, May 24, 2012, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before **The Honorable Edmond E. Chang**, or any judge sitting in his stead, in **Room 1403** of the Dirksen Federal Courthouse, and present **Defendants' Motion to Stay Summary Judgment Briefing, or, in the alternative, Defendants' Unopposed Motion to Extend the Briefing Schedule**, copies of which are being served on you concurrently with this Notice.

Respectfully submitted,

Steven R. Patton, Corporation Counsel for the
City of Chicago

By:   /s/ Andrew Worseck
Assistant Corporation Counsel

City of Chicago
Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle, Suite 1230
Chicago, Illinois 60602
(312) 744-7129

Dated: May 21, 2012.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record for the Defendants, hereby certifies that on May 21, 2012, he served a copy of the foregoing **Notice of Motion**, along with **Defendants' Motion to Stay Summary Judgment Briefing, or, in the alternative, Defendants' Unopposed Motion to Extend the Briefing Schedule**, on the parties listed below by electronic means pursuant to Electronic Case Filing (ECF):

Charles J. Cooper
David H. Thompson
Peter Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

Stephen Kolodziej
BRENNER FORD MONROE & SCOTT LTD.
33 N. Dearborn Street, Suite 300
Chicago, IL 60602

/s/ Andrew Worseck