**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Kenneth Pacholski, et al.
                         Plaintiff,

v.                                                Case No.: 1:10–cv–04184
                                                Honorable Edmond E. Chang

The City of Chicago, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 24, 2012:

      MINUTE entry before Honorable Edmond E. Chang: Motion hearing held. Plaintiff's counsel David Thompson appeared by telephone. For the reasons stated in open court, Defendant's motion to stay briefing or, alternatively, to extend reply deadline [182] is denied in part and granted in part. The stay is denied because there is not a complete overlap in issues between this suit and the appeals, and also there is a likely substantial time period, on the order of several months, before a decision will issue in the appeals. And any supplemental briefing that would become necessary due to the issuance of an appellate opinion would likely not be fact–intensive and not be overly burdensome. But the City's reply deadline is extended to June 29, 2012. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.