IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, | ) ) ) ) | |
| | ) | No.10 CV 4184 |
| Plaintiffs, | ) ) | |
| | ) | Judge Edmond E. Chang |
| v. | ) ) | |
| | ) | Magistrate Judge Geraldine Soat Brown |
| THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, | ) ) ) ) | |
| Defendants. | ) ) | |

**INDEX OF EXHIBITS TO
DEFENDANTS' (1) REPLY TO PLAINTIFFS' STATEMENT OF ADDITIONAL
FACTS, AND (2) REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' LOCAL
RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS**

| **Exhibit** | **Description** |
|---|---|
| 91 | Excerpts from the Deposition of Gary Kleck, October 28 and 29, 2011 |
| 92 | *Gun use in the United States: results from two national surveys,* D. Hemenway, et al., 6 Injury Prevention 263 (2000) |
| 93 | *The Relative Frequency of Offensive and Defensive Gun Uses: Results From a National Survey,* D. Hemenway and D. Azrael, 15 Violence and Victims 257 (2000) |
| 94 | *Point Blank Against Itself: Evidence and Inference About Guns, Crime, and Gun Control,* 11 Journal of Quantitative Criminology 391 (1995) |
| 95 | News Article, *A Night Inside South Florida's Gang Wars,* May 7, 2012, on Miami's CBS' website at http://www.miami.cbslocal.com/2012/05/07/a-night-inside-south-floridas-gang-wars/ |
| 96 | Philadelphia Police Department Application and Instructions for a *Pennsylvania License to Carry Firearm* |

| Exhibit | Description |
|---|---|
| 97 | Testimony of Joe Grace (CeaseFirePA) regarding Pennsylvania HB 2536, August 10, 2010 |
| 98 | Testimony of Lt. Lisa King (Philadelphia Police Department) regarding Pennsylvania HB 2536, August 190, 2010 |
| 99 | State of Illinois Office of the Auditor General Summary Report Digest on the *Illinois Firearm Owner's Identification (FOID) Program*, April 2012 |
| 100 | Violence Policy Center Website, *Concealed Carry Killers*, http://www.vpc.org/ccwkillers.htm, June 26, 2012 |
| 101 | Excerpt from the Deposition of Carol Brown, April 21, 2011 |
| 102 | *The Illegal Movement of Guns in America: The Link Between Gun Laws and Interstate Gun Trafficking,* Mayors Against Illegal Guns, December 2008 |
| 103 | *Interpreting the Empirical Evidence on Illegal Gun Market Dynamics,* A. Braga, et al., Journal of Urban Health: Bulletin of the New York Academy of Medicine, June 6, 2012 |
| 104 | Additional Declaration of Joseph J. Vince, Jr., June 26, 2012 |
| 105 | *Gun dealers often stay in business with new licenses after ATF shuts them down,* D. Fallis, Washington Post, December 14, 2010 |
| 106 | *Reducing firearm violence: a research agenda,* J. Weiner, et al., 13 Injury Prevention 80 (2007) |
| 107 | *Suicide prevention through means restriction: Assessing the risk of substitution, A critical review and synthesis,* M. Daigle, 37 Injury and Prevention 625 (2005) |
| 108 | FBI Uniform Crime Reports, Justifiable Homicides, 2006 - 2010, by weapon used, from FBI website, printed June 27, 2012 |
| 109 | *2011 Carry License Statistics, Active Licenses, As Reported by Licensing Authorities to CA. Dept. Of Justice,* Calguns Foundation, September 1, 2011 |
| 110 | *Unintentional Shootings, Highway Crashes and Acts of Violence–A Behavior Paradigm,* J. Waller and E. Whorton, 5 Accident Analysis & Prevention 351, (1973) |