IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, <br><br> Defendants. | ) ) ) ) ) No.10 CV 4184 ) ) Judge Edmond E. Chang ) ) ) Magistrate Judge Geraldine Soat Brown ) ) ) ) ) ) |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFFS'**
**LOCAL RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS**

Defendants the City of Chicago and Rahm Emanuel, by and through their attorney Stephen R. Patton, Corporation Counsel for the City of Chicago, file this Motion to Strike Plaintiffs' Local Rule 56.1(a)(3) Statement of Material Facts ("Plfs' SOF"). In support thereof, Defendants show as follows:

1.  On April 27, 2012, Plaintiffs filed their Response to Defendants' Local Rule 56.1(a)(3) Statement of Material Facts, which also included Plaintiffs' Statement of Additional Facts. (Dkt. # 177).

2.  On the same date, Plaintiffs filed their own Motion for Summary Judgment (Dkt. # 174), with their corresponding Plfs' SOF (Dkt. # 176). Plaintiffs' SOF consists of 28 enumerated paragraphs of factual assertions.

3.  Plaintiffs, however, have failed to cite even *one* of these 28 purportedly material facts in their memorandum of law supporting their motion for summary judgment. By failing to

Case: 1:10-cv-04184 Document #: 188 Filed: 06/29/12 Page 2 of 3 PageID #:9043

incorporate these facts into their legal argument, Plaintiffs effectively concede that these facts are not relevant to their position.

4. Defendants should not be required to respond to facts that Plaintiffs themselves deem immaterial and which Plaintiffs have not bothered to incorporate into their arguments supporting their claim to summary judgment.

5. Accordingly, Defendants request that the Court strike Plaintiffs' SOF in its entirety. In the alternative, should the Court deny this request, Defendants respectfully request that the Court allow them 14 days within which to file a response to the factual assertions made therein, pursuant to Local Rule 56.1(b).

WHEREFORE, Defendants respectfully request that the Court grant this motion and strike Plaintiffs' Local Rule 56.1(a)(3) Statement of Material Facts in its entirety or, in the alternative, allow Defendants 14 days within which to file a response.

Dated: June 29, 2012

Respectfully submitted,

STEPHEN R. PATTON
CORPORATION COUNSEL
CITY OF CHICAGO

BY: /s/ Rebecca Alfert Hirsch
One of Its Attorneys

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William M. Aguiar
Rebecca Alfert Hirsch
Attorneys for the City of Chicago
Constitutional & Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
(312) 742-0260

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record for the Defendants, hereby certifies that on June 29, 2012, she served copies of:

- ***Defendants' Memorandum In Response To Plaintiffs' Motion For Summary Judgment And Reply In Support Of Defendants' Motion For Summary Judgment;***

- ***Defendants' (1) Reply To Plaintiffs' Statement Of Additional Facts, And (2) Reply To Plaintiffs' Response To Defendants' Local Rule 56.1(a)(3) Statement Of Material Facts;***

- ***Defendants' Motion To Strike Plaintiffs' Local Rule 56.1(a)(3) Statement Of Material Facts;***

- *Notice of Motion*

on the parties listed below by electronic means pursuant to Electronic Case Filing (ECF):

| | |
|---|---|
| Charles J. Cooper | Stephen Kolodziej |
| David H. Thompson | FORD & BRITTON, P.C. |
| Peter Patterson | 33 N. Dearborn Street, Suite 300 |
| Cooper & Kirk, PLLC | Chicago, IL 60602 |
| 1523 New Hampshire Ave., NW | |
| Washington, DC 20036 | |

                /s/ Rebecca Alfert Hirsch