IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, | ) ) ) ) ) | No. 10 CV 4184 |
| Plaintiffs, | ) ) | Judge Edmond Chang |
| v. | ) ) | Magistrate Judge Geraldine Soat Brown |
| THE CITY OF CHICAGO and RICHARD M. DALEY, Mayor of the City of Chicago, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   Charles J. Cooper                          Stephen Kolodziej
         David H. Thompson                          FORD & BRITTON, P.C.
         Peter Patterson                            33 N. Dearborn Street, Suite 300
         Cooper & Kirk, PLLC                        Chicago, IL 60602
         1523 New Hampshire Ave., NW
         Washington, DC 20036

**PLEASE TAKE NOTICE** that on **Tuesday, July 10, 2012**, at **8:30 a.m**. or as soon thereafter as counsel may be heard, the undersigned will appear before the **Honorable Edmond E. Chang,** or any judge sitting in his stead, in **Room 1403** of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and present **Defendants' Motion to Strike Plaintiffs' Local Rule 56.1(a)(3) Statement of Material Facts**, copies of which are hereby served upon you via Electronic Case Filing (ECF).

Dated: June 29, 2012                                Respectfully submitted,

                                                    STEPHEN R. PATTON
                                                    CORPORATION COUNSEL
                                                    CITY OF CHICAGO

BY: /s/ Rebecca Alfert Hirsch
One of Its Attorneys

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William M. Aguiar
Rebecca Alfert Hirsch
Attorneys for the City of Chicago
Constitutional & Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
(312) 742-0260