**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago, )<br>)<br>Defendants. ) | Case No: 10-CV-4184<br>Judge Edmond E. Chang |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, by their undersigned counsel, hereby move this Court for leave to file a reply brief of not more than 7,000 words in support of their motion for summary judgment. Plaintiffs additionally request that their reply brief be due by August 3, 2012. In support of their motion, Plaintiffs state as follows:

1. On November 3, 2011, this Court established a summary judgment briefing schedule for this case. The schedule directed Defendants to open with their motion for summary judgment, Plaintiffs to follow with their response, and Defendants to close with their reply. Furthermore, the Court directed that each of the briefs not exceed 14,000 words, looking to the Seventh Circuit rules for guidance. *See* Doc. No. 156 at 11. Although the dates for these events have since changed, the basic structure of the summary judgment schedule has not.

2. On March 2, 2012, Defendants filed their motion for summary judgment and their brief in support. On April 27, Plaintiffs filed their own motion for summary judgment along with a single brief supporting their motion and opposing Defendants' motion. And on June 29,

Defendants filed a single brief combining their summary judgment reply with their response to Plaintiffs' summary judgment motion.

3. Under the established schedule, summary judgment briefing would now conclude without affording Plaintiffs the opportunity to file a reply brief in support of their motion. Plaintiffs respectfully request the Court's leave to file a reply. This case presents important questions related to Plaintiffs' fundamental Second Amendment right to keep and bear arms, questions that, as the briefing to date demonstrates, present manifold legal, historical and (potentially) social-scientific issues for this Court's consideration. Permitting Plaintiffs to file a reply brief will allow these issues to get the full airing that they deserve and assist in the Court's evaluation of them.

4. In keeping with this Court's practice in this case of looking to the Seventh Circuit rules for setting the length of summary judgment briefs, Plaintiffs request a length limitation for their reply brief of no more than 7,000 words, excluding material that also would be excluded in the Seventh Circuit. *See* FED. R. APP. PROC. 32(a)(7)(B).

5. Plaintiffs also request that their reply brief be due on August 3, 2012. This date is five weeks from the date that Defendants filed their combined reply brief and response to Plaintiffs' motion. This is a reasonable deadline given the nature of the issues presented in this case. Defendants, for example, were permitted nine weeks from the time Plaintiffs filed their motion for summary judgment and response to Defendants' motion to file their combined response and reply.

6. Counsel for Defendants has stated that Defendants do not oppose Plaintiffs' request for leave to file a reply brief of no more than 7,000 words by August 3, 2012.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request this Court's leave to file a reply brief in support of their motion for summary judgment of no more than 7,000 words by August 3, 2012.

| | |
|---|---|
| Dated July 12, 2012 | Respectfully submitted, |
| Stephen Kolodziej<br>FORD & BRITTON, P.C.<br>33 N. Dearborn St., Suite 300<br>Chicago, IL 60602<br>Tel: (312) 924-7500<br>Fax: (312) 924-7516<br>Email: skolodziej@fordbritton.com | s/ Charles J. Cooper<br>Charles J. Cooper*<br>David H. Thompson*<br>Peter A. Patterson*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, DC 20036<br>Tel: (202) 220-9600<br>Fax: (202) 220-9601<br>Email: ccooper@cooperkirk.com<br><br>*Admitted *pro hac vice*.<br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

  I, Charles J. Cooper, hereby certify that on this 12th day of July, 2012, I caused a copy of the foregoing to be served by electronic filing on:

| | |
|---|---|
| Michael A. Forti | Craig Woods |
| Andrew W. Worseck | Ranjit Hakim |
| Mardell Nereim | MAYER BROWN LLP |
| Rebecca Alfert Hirsch | 71 S. Wacker Drive |
| William Macy Aguiar | Chicago, IL  60606-4637 |
| City of Chicago, Department of Law | |
| Constitutional and Commercial Litigation Division | |
| 30 N. LaSalle St., Suite 1230 | |
| Chicago, IL  60602 | |

                 s/ Charles J. Cooper
                   Charles J. Cooper