IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS )<br>RETAILERS, KENNETH PACHOLSKI, )<br>KATHRYN TYLER, and MICHAEL HALL, )<br>)<br>      Plaintiffs, )<br>)<br>  v. )<br>)<br>THE CITY OF CHICAGO and RAHM )<br>EMANUEL, Mayor of the City of Chicago, )<br>)<br>      Defendants. ) | Case No: 10-CV-4184<br>Judge Edmond E. Chang |

### NOTICE OF MOTION

**TO:** Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL 60602

PLEASE TAKE NOTICE that on Tuesday, July 17, 2012, at the hour of 10:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present Plaintiffs' Unopposed Motion for Leave to File A Reply Brief in Support of Their Motion for Summary Judgment, a copy of which is attached and is hereby served upon you.

1

| | |
|---|---|
| Dated July 12, 2012 | Respectfully submitted, |
| Stephen Kolodziej<br>FORD & BRITTON, P.C.<br>33 N. Dearborn St., Suite 300<br>Chicago, IL 60602<br>Tel: (312) 924-7500<br>Fax: (312) 924-7516<br>Email: skolodziej@fordbritton.com | <u>s/ Charles J. Cooper</u><br>Charles J. Cooper*<br>David H. Thompson*<br>Peter A. Patterson*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, DC 20036<br>Tel: (202) 220-9600<br>Fax: (202) 220-9601<br>Email: ccooper@cooperkirk.com<br><br>*Admitted *pro hac vice*.<br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I, Charles J. Cooper, hereby certify that on this 12th day of July, 2012, I caused a copy of the foregoing to be served by electronic filing on:

| | |
|---|---|
| Michael A. Forti | Craig Woods |
| Andrew W. Worseck | Ranjit Hakim |
| Mardell Nereim | MAYER BROWN LLP |
| Rebecca Alfert Hirsch | 71 S. Wacker Drive |
| William Macy Aguiar | Chicago, IL  60606-4637 |
| City of Chicago, Department of Law | |
| Constitutional and Commercial Litigation Division | |
| 30 N. LaSalle St., Suite 1230 | |
| Chicago, IL  60602 | |

                                                                                          s/ Charles J. Cooper
                                                                                             Charles J. Cooper