**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No: 10-CV-4184 Judge Edmond E. Chang |
| THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago, | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' LOCAL RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS**

Plaintiffs, by their undersigned counsel, hereby respond in opposition to Defendants' Motion to Strike Plaintiffs' Local Rule 56.1(a)(3) Statement of Material Facts.

1. On March 3, 2012, Defendants filed their motion for summary judgment. On April 27, Plaintiffs both responded to Defendants' motion and filed their own motion for summary judgment. Plaintiffs filed a single brief supporting their motion and opposing Defendants'. Pursuant to Local Rule 56.1(a)(3), Plaintiffs also filed a statement of material facts in support of their motion for summary judgment.

2. Local Rule 56.1(a)(3) directs a party moving for summary judgment to file a statement of material facts containing (a) "a description of the parties," (b) "all facts supporting venue and jurisdiction in this court," and (c) "facts as to which the moving party contends there is no genuine issue and that entitle the moving party to a judgment as a matter of law."

3. Plaintiffs' statement of material facts complies with these requirements. Paragraphs 1-4 concern the parties to this case. Paragraph 5 addresses this court's jurisdiction

and venue. And paragraphs 6-28 set forth additional facts that support Plaintiffs' summary judgment motion. *See* Doc. No. 176.

4. Defendants argue that Plaintiffs statement of material facts is improper because Plaintiffs "failed to cite even one of these 28 purportedly material facts in their memorandum of law supporting their motion for summary judgment." Doc. No. 188 at 1. Defendants' argument lacks merit for at least two reasons.

5. First, the local rules contain no requirement that facts contained in a statement of material fact, to be proper, must be cited in a party's supporting memorandum of law. Indeed, by our count Defendants themselves failed to cite at least a dozen of the paragraphs contained in their own statement of material facts in the memorandum supporting their motion for summary judgment.

6. Second, Plaintiffs did not "effectively concede that these facts are not relevant to their position" by failing to cite them in their supporting memorandum. Doc. No. 188 at 2. Plaintiffs, of course, bear the burden of establishing their standing to maintain this action. *See, e.g.*, *Massachusetts v. EPA*, 549 U.S. 497, 518 (2007). In seeking summary judgment, it was thus necessary for Plaintiffs to put *facts* on the record supporting their standing, and their Local Rule 56.1(a)(3) statement is principally directed toward this end. But because Defendants had not contested their standing, and because of the facial nature of their constitutional challenge to the City of Chicago's firearms ordinance, it was not necessary for Plaintiffs to *brief* their standing or the types of personal facts supporting it. *See, e.g.*, *Ezell v. City of Chicago*, 651 F.3d 684, 697 (7th Cir. 2011) ("In a facial constitutional challenge, … [o]nce standing is established, the Plaintiff's personal situation becomes irrelevant.").

7. For these reasons, this Court should deny Defendants' Motion to Strike Plaintiffs' Local Rule 56.1(a)(3) Statement of Material Facts. Plaintiffs do not oppose Defendants' alternative request for 14 days to file a response pursuant to Local Rule 56.1(b).

Dated July 16, 2012

Stephen Kolodziej
FORD & BRITTON, P.C.
33 N. Dearborn St., Suite 300
Chicago, IL 60602
Tel: (312) 924-7500
Fax: (312) 924-7516
Email: skolodziej@fordbritton.com

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Peter A. Patterson*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I, Charles J. Cooper, hereby certify that on this 16th day of July, 2012, I caused a copy of the foregoing to be served by electronic filing on:

| | |
|---|---|
| Michael A. Forti | Craig Woods |
| Andrew W. Worseck | Ranjit Hakim |
| Mardell Nereim | MAYER BROWN LLP |
| Rebecca Alfert Hirsch | 71 S. Wacker Drive |
| William Macy Aguiar | Chicago, IL 60606-4637 |
| City of Chicago, Department of Law | |
| Constitutional and Commercial Litigation Division | |
| 30 N. LaSalle St., Suite 1230 | |
| Chicago, IL 60602 | |

              s/ Charles J. Cooper
                Charles J. Cooper