# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Kenneth Pacholski, et al.

                    Plaintiff,

v.                                                   Case No.: 1:10–cv–04184
                                                   Honorable Edmond E. Chang

The City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 16, 2012:

      MINUTE entry before Honorable Edmond E. Chang: Defendant's motion to strike [188] is denied. The Court understands Defendant's concern that it might be difficult to understand the relevance of fact statements contained only in the 56.1 Statement and not further explained in a brief. But Local Rule 56.1 does not require that facts in the 56.1 Statement make an appearance in the brief. Sojka v. Bovis Lend Lease, Inc., –– F.3d ––, slip op. at 7–8, USCA No. 11–2747 (7th Cir. July 10, 2012). To be sure, a party that does not explain such facts in the brief runs the risk of the Court not understanding where they fit in, but there is no basis to strike the facts. Defendant shall respond to the facts on or before 07/30/12. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.