**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Kenneth Pacholski, et al.
                                  Plaintiff,

v.                                                        Case No.: 1:10–cv–04184
                                                              Honorable Edmond E. Chang

The City of Chicago, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 16, 2012:

      MINUTE entry before Honorable Edmond E. Chang: Plaintiffs' unopposed motion [191] to file reply is granted to 08/03/12, limited to 7,000 words. Status hearing of 07/17/12 is reset to 09/26/12 at 9:00 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.