IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, | ) ) ) | |
| | ) | No.10 CV 4184 |
| Plaintiffs, | ) ) | |
| | ) | Judge Edmond E. Chang |
| v. | ) ) | |
| THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**INDEX OF EXHIBITS TO DEFENDANTS' RESPONSE TO
PLAINTIFFS' LOCAL RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS**

| **Exh No.** | **Description** |
|---|---|
| 111 | Excerpt from the Deposition of Kenneth Pacholski |
| 112 | Excerpt from the Deposition of Kathyrn Tyler |
| 113 | Excerpt from the Deposition of Robert Steven Elliot |

# Exhibit 111

1

                    UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION


    BRETT BENSON, et al.,              )
                                       )
            Plaintiffs,                )
                                       )
            vs.                        )No. 10-CV-4184
                                       )
    CITY OF CHICAGO, et al.,           )
                                       )
            Defendants.                )

        The deposition of KENNETH PACHOLSKI, called for

    examination, taken pursuant to the provisions of the Code

    of Civil Procedure and the Rules of the Supreme Court of

    the State of Illinois pertaining to the taking of

    depositions for the purpose of discovery taken before

    STACEY JOHN, CSR No. 84-003560, a Notary Public within and

    for the County of Cook, State of Illinois, and a Certified

    Shorthand Reporter of said state, at Suite 1230, 30 N.

    LaSalle Street, Chicago, Illinois, on the 15th day of

    December, A.D. 2010, at 9:30 a.m.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8118

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                December 15, 2010

2

1    PRESENT:

2

3              COOPER & KIRK,

4              1523 New Hampshire Ave., N.W.,

5              Washington, D.C.,  20036,

6              (202) 220-9642, by:

7              Mr. Jesse Panuccio,

8                   appeared on behalf of the Plaintiff;

9

10             CORPORATION COUNSEL - CITY OF CHICAGO,

11             30 N. LaSalle, Suite 1230,

12             Chicago, Illinois  60602

13             (312) 744-4216, by:

14             Mr. William Macy Aguiar,

15                  appeared on behalf of the Defendant.

16

17

18

19

20

21

22

23

24



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

53

1       A    I can if I want to, but I'll tell you

2    what, I'd go more often if it was closer by, another

3    facility, yes.

4       Q    Are there any other factors that are

5    important to you in gun dealers and picking a gun

6    dealer or gun store to go to?

7            MR. PANUCCIO:  Object.  You have been

8       talking about ranges.  I don't know if it's

9       kind of compound.  It's fine.  You might want

10      to clarify here.

11           THE WITNESS:  I'll tell you what, I'm an

12      antiquer.  I love history.  I buy older guns.

13      There's no gun stores in Chicago.  I would

14      really like to see some antique dealers, you

15      know, antique guns.  That's the only thing.  I

16      have to tell you, I am running out of space in

17      my house.  I can't do much more.  But I'd

18      rather, if I can, I'd like to make it that way.

19   BY MR. AGUIAR:

20      Q    Mr. Panuccio raised a fair point; that we

21   were talking about ranges and segwayed to gun

22   stores.  I think I segwayed there based on a comment

23   you made.

24           I am talking about gun stores now.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

54

1   Those are my questions we're going towards.

2                   Again, you are talking about location

3   being important for gun stores or gun dealers, is

4   that correct?

5       A    Yes.

6       Q    You were talking about other factors which

7   would be important to you in selecting a gun store

8   or gun dealer to go to.

9                   Could you, again, elaborate what the

10  factors would be, if any.

11      A    The only place that even is close to me is

12  Dick's Sporting Goods.  They don't have the stuff I

13  want.  They have very modern firearms.  I am a

14  collector.  I am an antiquer, type of thing.

15                  I'd rather have a real true gun store

16  in the Chicago area, and I know we could support it,

17  because all my yuppie neighbors, type of thing, they

18  could afford a higher-end type weapon or collector.

19  They do what I do.  I collect.  I don't use it for

20  anything else.

21      Q    You talked about location of a gun store

22  being important to you and the fact you would like

23  something that has a more antique, something

24  designed for a collector, is that correct?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                                    December 15, 2010

55

```
 1        A    Yes.
 2        Q    Like Dick's Sporting Goods that has modern
 3   weapons?
 4        A    Yes.
 5        Q    Do you know of a gun dealer that would
 6   like to open in Chicago?
 7        A    Yeah.  I know a bunch of them.
 8        Q    Who?
 9        A    Gat Guns in west Dundee, I know they would
10   like it.
11        Q    How do you know that?
12        A    I visit them every so often.
13        Q    Is that based on your speculation?
14        A    No.  They mentioned they would like to
15   have a store in Chicago.  It was one of the
16   employees.  I don't know their name.
17        Q    So your statement is based on the
18   statement of an employee?
19        A    Yes.  It might have been the owner, I
20   don't know.
21        Q    Do you recall when the statement was made
22   to you?
23        A    It had to be a year ago.
24        Q    Do you know of any other gun dealers or
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI                               December 15, 2010

219

1    STATE OF ILLINOIS )

2                      ) SS:

3    COUNTY OF C O O K )

4         I, STACEY JOHN, a Notary Public within and for

5    the County of Cook, State of Illinois, and a Certified

6    Shorthand Reporter of said State, do hereby certify:

7         That previous to the commencement of the

8    examination of the witness, the witness was duly sworn to

9    testify the whole truth concerning the matters herein;

10        That the foregoing deposition transcript was

11   reported stenographically by me, was thereafter reduced to

12   typewriting under my personal direction and constitutes a

13   true record of the testimony given and the proceedings had;

14        That the said deposition was taken before me at

15   the time and place specified;

16        That I am not a relative or employee or attorney

17   or counsel, nor a relative or employee of such attorney or

18   counsel for any of the parties hereto, nor interested

19   directly or indirectly in the outcome of this action.

20        IN WITNESS WHEREOF, I do hereunto set my

21

22

23

24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KENNETH PACHOLSKI          December 15, 2010

220

1   hand and affix my seal of office at Chicago, Illinois

2   this 13th day of January, 2011.

3                  _Stacey John_

4        _____

5             Notary Public, Cook County, Illinois.

6

7   C.S.R. Certificate No. 84-003560.

8

9

10                OFFICIAL SEAL
                 STACEY JOHN

11        NOTARY PUBLIC - STATE OF ILLINOIS
       MY COMMISSION EXPIRES:03/23/11

12

13

14

15

16

17

18

19

20

21

22

23

24



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

# Exhibit 112

KATHRYN TYLER                              December 16, 2010

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

BRETT BENSON, RAYMOND SLEDGE,        )

KENNETH PACHOLSKI, KATHRYN TYLER,    )

MICHAEL HALL, SR., RICK PERE,        )

and the ILLINOIS ASSOCIATION OF      )    Civil Action

FIREARMS RETAILERS,                  )    No. 10-04184

               Plaintiffs,         )

    -vs-                             )    Judge Guzman

THE CITY OF CHICAGO and RICHARD      )    Mag Judge

M. DALEY, Mayor of the City of       )     Soat Brown

Chicago,                             )

           Defendants.          )

      The deposition of KATHRYN JEAN TYLER, DVM,

called for examination, taken pursuant to the Federal

Rules of Civil Procedure of the United States District

Courts pertaining to the taking of depositions, taken

before V. LINDA BOESCH, a Notary Public within and

for the County of DuPage, State of Illinois, and a

Certified Shorthand Reporter, CSR No. 84-3108, of

said state, at Suite 1230, 30 North LaSalle Street,

Chicago, Illinois, on December 16, 2010, at 10:35 a.m.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

2

1    PRESENT:

2            COOPER & KIRK, PLLC,

3            (1523 New Hampshire Avenue, NW,

4            Washington, D.C. 20036,

5            202-220-9600), by:

6            MR. JESSE PANUCCIO,

7            jpanuccio@cooperkirk.com,

8                    admitted pro hac vice and appeared on

9                    behalf of the Plaintiffs;

10

11           OFFICE OF CORPORATION COUNSEL,

12           CITY OF CHICAGO,

13           (30 North LaSalle Street, Suite 1230,

14           Chicago, Illinois 60602-2580,

15           312-744-4216), by:

16           MR. ANDREW WORSECK,

17           aworseck@cityofchicago.org,

18                   appeared on behalf of the Defendants.

19

20

21

22

23   REPORTED BY:  V. LINDA BOESCH, CSR No. 84-3108.

24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                December 16, 2010

147

1      Q.    If you were in your clinic and a crime
2  were being committed against your clinic, what would
3  your response be?
4      A.    I would call the police.
5      THE WITNESS:  I'm sorry.
6      MR. PANUCCIO:  I was just going to object as
7  vague.  That would encompass all circumstances in
8  which that could occur.
9  BY THE WITNESS:
10     A.    But I think our first thought would be to
11 call the police.
12 BY MR. WORSECK:
13     Q.    Have you had any discussions with your
14 business partners about your wanting to potentially
15 bring a firearm to the clinic?
16     A.    I haven't.
17     Q.    If they objected, what would your
18 response be?
19     MR. PANUCCIO:  It calls for speculation.
20 BY THE WITNESS:
21     A.    I mean, if they were vehemently against
22 it, I probably would do what they -- I mean, I'm only
23 a 40 percent partner.  So if I have 60 percent saying
24 "I don't want that," I would have to do what they



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

148

1   want me to do.

2        Q.    How long did it take you to get to your

3   clinic that night that the alarm went off?

4        A.    It's about a 15-minute drive.

5        Q.    And did you say that there were multiple

6   instances where your alarm went off or was it just

7   that one time?

8        A.    I've had three that I can remember.  The

9   last two being more recent.

10       Q.    If you can walk through the three

11  instances and just tell me when they occurred as best

12  you can recall.

13       A.    The most recent one was last week on

14  Friday, I believe.  7:00 o'clock at night.

15  Unfortunately, I had been home sick for the day and I

16  was in bed and the alarm company calls at 7:11.

17            That one I figured out what went wrong

18  because I knew -- I called right away and found out

19  who the last one was that was out of the building.

20  Somebody screwed up when they didn't shut the door

21  properly and they didn't realize they set it off.

22            One of my employees lives fairly close in

23  these buildings behind, and he was nice enough on

24  that occasion to go over there and just check and



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

                                                              178

```
 1   STATE OF ILLINOIS )
 2                     )  SS:
 3   COUNTY OF DU PAGE )
 4              I, V. LINDA BOESCH, a Notary Public within
 5   and for the County of DuPage, State of Illinois, and
 6   a Certified Shorthand Reporter of said state, do
 7   hereby certify:
 8              That previous to the commencement of the
 9   examination of the witness, the witness was duly
10   sworn to testify the whole truth concerning the
11   matters herein;
12              That the foregoing deposition transcript
13   was reported stenographically by me, was thereafter
14   reduced to typewriting under my personal direction
15   and constitutes a true record of the testimony given
16   and the proceedings had;
17              That the said deposition was taken before
18   me at the time and place specified;
19              That I am not a relative or employee or
20   attorney or counsel, nor a relative or employee of
21   such attorney or counsel for any of the parties
22   hereto, nor interested directly or indirectly in the
23   outcome of this action.
24              IN WITNESS WHEREOF, I do hereunto set my
```



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

KATHRYN TYLER                                    December 16, 2010

179

1    hand of office at Chicago, Illinois, this 20th day of

2    December, 2010.

3

4                    *V Linda Boesch*

5

6

7              Notary Public, DuPage County, Illinois

8              My commission expires 8-14-2013.

9

10

11   CSR Certificate No. 84-3108.

12                                        OFFICIAL SEAL
                                          V. LINDA BOESCH
                                    NOTARY PUBLIC, STATE OF ILLINOIS
                                    MY COMMISSION EXPIRES 8-14-2013

13

14

15

16

17

18

19

20

21

22

23

24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

# Exhibit 113

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

------------------------x

ILLINOIS ASSOCIATION OF   :

FIREARMS RETAILERS,       :

KENNETH PACHOLSKI,        :

KATHRYN TYLER and         :

MICHAEL HALL,             :

        Plaintiffs      : Civil Action No.

v.                        : 10-cv-04184

THE CITY OF CHICAGO and   :

RICHARD M. DALEY, MAYOR   :

OF THE CITY OF CHICAGO,   :

        Defendants      : Pages 1 through 187

------------------------x

Deposition of Robert Steven Elliott

Washington, DC

Tuesday, May 17, 2011


Reported by:  Joanne Liverani, RMR

ASSIGNMENT NO.   237022



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

ROBERT STEVEN ELLIOTT                                    May 17, 2011

2

1

2

3

4                              May 17, 2011

5                              9:59 a.m.

6

7   Deposition of Robert Steven Elliott, held at the offices

8   of:

9

10        Cooper & Kirk

11        1523 New Hampshire Avenue, Northwest

12        Washington, DC    20036

13

14   Pursuant to notice, before Joanne Liverani, RMR, a

15   Notary Public of the District of Columbia.

16

17

18

19

20

21

22



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

ROBERT STEVEN ELLIOTT                                   May 17, 2011

3

1   APPEARANCES:

2   For the Plaintiffs, ILLINOIS ASSOCIATION OF FIREARMS

3   RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER AND MICHAEL

4   HALL

5      Cooper & Kirk

6          1523 New Hampshire Avenue, Northwest

7          Washington, DC    20036

8          (202)220-9646

9          dthompson@cooperkirk.com

10  BY:   David Thompson, Esq.

11

12  For the Defendants, THE CITY OF CHICAGO AND RICHARD M.

13  DALEY, MAYOR OF THE CITY OF CHICAGO

14     City of Chicago

15          Department of Law

16          Constitutional and Commercial Litigation

17          Suite 1230

18          30 North LaSalle Street

19          Chicago, Illinois    60602-2580

20          (312)744-7129

21          aworseck@cityofchicago.org

22  BY:   Andrew Worseck, Esq.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

4

1  Also Present:

2          Nathan Hamilton, Summer Associate

3          Christina Hoffman, Summer Associate

4          Elizabeth Nielson, Intern

5          (Above three appearance made for the morning

6          session only.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

155

1    you come back Saturday [sic] at no cost.  So

2    actually your Saturday is good, if you want to come

3    back --

4          Q    On Sunday?

5          A    Yes.

6          Q    Have you talked to anyone who wants to

7    open a gun store in Chicago?

8          A    I have not.

9                    MR. WORSECK:  How about we take

10   a five-minute break?

11                   MR. THOMPSON:  Sure.

12        (Thereupon, a recess was taken.)

13                   MR. WORSECK:  Back on the

14   record.

15   BY MR. WORSECK:

16        Q    Mr. Elliott, do you have an estimate as

17   to how much profit you would make from a Chicago

18   gun show?

19                   MR. THOMPSON:  Subject to our

20   agreement.

21            Go ahead.

22                   THE WITNESS:  We kind of got an



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

ROBERT STEVEN ELLIOTT

May 17, 2011

156

1  estimate.  I think it would be around $100,000 per

2  show.

3  BY MR. WORSECK:

4       Q     Is there a minimum number below which --

5  a minimum profit number below which you would not

6  do the show?

7       A     Well, if we didn't think it was

8  substantial, it wouldn't be worth the time that it

9  took to do it.  I mean you are talking about a show

10  that's pretty good size that's going to last three

11  days, which is going to require me to be in Chicago

12  for a week.  I mean I don't know.  Obviously

13  there's no guarantees.

14            I could go in and it not do -- and I

15  don't think it would -- not do what I think it's

16  going to, and we might never go back.  But if it --

17  if we go in and it's successful, and even though it

18  doesn't meet what we think it is, we would keep

19  trying because eventually it will.  It will be

20  immensely profitable.

21       Q     But what is that minimum number that has

22  to be in your mind for you to put in the time to do



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

ROBERT STEVEN ELLIOTT                                   May 17, 2011

                                                                 157

1    it?

2         A    I have -- I mean -- you know, I don't

3    know.  I mean if I didn't think it was going to be

4    in the six figure range, I probably wouldn't be

5    going up there.  Now, does that mean if it makes

6    50,000, I won't go back?  Not probably not because

7    that's still pretty good money.

8              But things don't always go, you know,

9    until you get a couple of them under your belt, and

10   you get everything done like it will be in the

11   future, all your advertising in place where it

12   needs to be.  I mean there is no really -- there is

13   no way to tell what the potential is.

14        Q    And it's possible that you might have an

15   eye to doing a Chicago show, but as you are leading

16   up to it and doing the planning and so forth, you

17   might say, hey, this just isn't going to do it for

18   me, I am not going to go ahead with the show?

19        A    No, we never -- I mean once we get the

20   contracts with the building, we are pretty much

21   committed because we are going to lose that money

22   if we don't.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

ROBERT STEVEN ELLIOTT                                May 17, 2011

184

1       CERTIFICATE OF NOTARY PUBLIC

2       I, Joanne Liverani, the officer before whom the

3    foregoing deposition was taken, do hereby certify that

4    the witness whose testimony appears in the foregoing

5    deposition was duly sworn by me; that the testimony of

6    said witness was taken by me in stenotype and thereafter

7    reduced to typewriting under my direction; that said

8    deposition is a true record of the testimony given by

9    said witness; that I am neither counsel for, related to,

10   nor employed by any of the parties to the action in

11   which this deposition was taken; and, further, that I am

12   not a relative or employee of any attorney or counsel

13   employed by the parties hereto, nor financially or

14   otherwise interested in the outcome of this action.

15   Dated: May 24, 2011

16

17
                    Joanne Liverani,
18                  Registered Merit Reporter
                    and Notary Public for the
19                  District of Columbia

20   My Commission expires:
     July 31, 2015
21

22



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com