**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ILLINOIS ASSOCIATION OF** | ) | |
| **FIREARMS RETAILERS, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 10-CV-4184** |
| | ) | **Judge Edmond E. Chang** |
| **CITY OF CHICAGO, ET AL.,** | ) | **Magistrate Judge Geraldine Soat** |
| | ) | **Brown** |
| **Defendants.** | ) | |

**NOTICE OF MOTION**

**TO:**    Counsel on the attached service list

PLEASE TAKE NOTICE that on **Wednesday, December 5, 2012, at 9:45 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before **The Honorable Edmond E. Chang**, or any judge sitting in his stead, in **Room 1403** of the Dirksen Federal Courthouse, and present **Defendants' Motion To Cite Additional Authority**, copies of which are being served on you concurrently with this Notice.

Respectfully submitted,

Steven R. Patton, Corporation Counsel for the
City of Chicago

By:    /s/ Andrew Worseck
Assistant Corporation Counsel

City of Chicago
Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle, Suite 1230
Chicago, Illinois 60602
(312) 744-7129

Dated: November 30, 2012.

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the Defendants, hereby certifies that on November 30, 2012, he served a copy of the foregoing **Notice of Motion**, along with **Defendants' Motion To Cite Additional Authority**, on the parties listed below by electronic means pursuant to Electronic Case Filing (ECF):

Charles J. Cooper
David H. Thompson
Peter Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

Stephen Kolodziej
BRENNER FORD MONROE & SCOTT LTD.
33 N. Dearborn Street, Suite 300
Chicago, IL 60602

/s/ Andrew Worseck