## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kenneth Pacholski, et al.
                              Plaintiff,

v.                                            Case No.: 1:10–cv–04184
                                                        Honorable Edmond E. Chang

The City of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 18, 2012:

      MINUTE entry before Honorable Edmond E. Chang: On or before 01/04/13, the parties may each file a supplemental memorandum addressing Moore v. Madigan, USCA Nos. 12–1269, 12–1788 (7th Cir. Dec. 11, 2012). The parties may file cross–responses on or before 01/15/13. (Assume, just for purposes of analysis, that rehearing en banc will not be granted.) Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.