# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kenneth Pacholski, et al.
                          Plaintiff,

v.                                              Case No.: 1:10–cv–04184
                                                Honorable Edmond E. Chang

The City of Chicago, et al.
                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 5, 2013:

    MINUTE entry before Honorable Edmond E. Chang:The cross−motions for summary judgment are under advisement, along with the recently filed supplemental briefs. Status hearing of 02/07/13 is reset to 04/04/13 at 9:00 a.m. To aid the Court in its evaluation of the motions, each side shall electronically file a copy of the entire deposition transcript of the following deponents (whichever side relies on the particular deponent (mostly the City) shall be responsible for filing the transcript): Philip Cook; Gary Kleck; Joseph Gorman; Eugene Williams; Kevin Johnson; Joseph Vince; and Daniel Webster. The parties shall file the transcripts as exhibits to supplements in support of their summary judgment motion, and the transcripts are due on or before 02/14/13. Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.