**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Kenneth Pacholski, et al.
                          Plaintiff,

v.                                          Case No.: 1:10–cv–04184
                                                     Honorable Edmond E. Chang

The City of Chicago, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 12, 2013:

      MINUTE entry before Honorable Edmond E. Chang: On Defendant's motion to reassign case [211], Plaintiffs in 13 C 0441 shall file a response on or before 02/14/13. This entry shall be e−mailed to Plaintiffs' counsel in that case, namely, Nicole J. Moss, email: moss@cooperkirk.com and Stephen A. Kolodziej, email: skolodziej@fordbritton.com. The motion hearing is vacated; the Court will rule without the need for an appearance. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.