**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No: 10-CV-4184 Judge Edmond E. Chang Magistrate Judge Geraldine Soat Brown |
| THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago, | ) ) ) | |
| Defendants. | ) | |

**SUPPLEMENT IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Court's order of February 5, 2013, the following deposition transcripts are attached hereto:

| **Exhibit** | **Description** |
|---|---|
| 1 | Deposition of Professor Gary Kleck, Volume 1 |
| 2 | Deposition of Professor Gary Kleck, Volume 2 |

1

Dated: February 12, 2013 Respectfully submitted,

| | |
|---|---|
| Stephen Kolodziej<br>FORD & BRITTON, P.C.<br>33 N. Dearborn St., Suite 300<br>Chicago, IL 60602<br>Tel: (312) 924-7500<br>Fax: (312) 924-7516<br>Email: skolodziej@fordbritton.com | s/ Charles J. Cooper<br>Charles J. Cooper*<br>David H. Thompson*<br>Peter A. Patterson*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, DC 20036<br>Tel: (202) 220-9600<br>Email: ccooper@cooperkirk.com<br><br>Brian S. Koukoutchos*<br>28 Eagle Trace<br>Mandeville, LA 70471<br>Tel: (985) 626-5052<br>Email: bkoukoutchos@gmail.com<br><br>*Admitted *pro hac vice*.<br><br>*Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

  I, Charles J. Cooper, hereby certify that on this 12th day of February, 2013, I caused a copy of the foregoing to be served by electronic filing on:

| | |
|---|---|
| Mardell Nereim | Craig Woods |
| Andrew W. Worseck | Ranjit Hakim |
| William Macy Aguiar | MAYER BROWN LLP |
| Rebecca Alfert Hirsch | 71 S. Wacker Dr. |
| CITY OF CHICAGO, DEPARTMENT OF LAW | Chicago, IL  60606-4637 |
| Constitutional and Commercial Litigation Division | |
| 30 N. LaSalle St., Suite 1230 | |
| Chicago, IL  60602 | |

            s/ Charles J. Cooper
              Charles J. Cooper