**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ILLINOIS ASSOCIATION OF** | ) | |
| **FIREARMS RETAILERS, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 10-CV-4184** |
| | ) | **Judge Edmond E. Chang** |
| **CITY OF CHICAGO, ET AL.,** | ) | **Magistrate Judge Geraldine Soat** |
| | ) | **Brown** |
| **Defendants.** | ) | |

**<u>SUPPLEMENT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

Defendants City of Chicago and Mayor Rahm Emanuel, by their attorney, Stephen R.

Patton, Corporation Counsel of the City of Chicago, hereby submit, pursuant to the Court's

February 5, 2013 order, the following deposition transcripts as exhibits hereto.

| Exhibit | Description |
|---|---|
| A | Philip Cook Deposition Transcript |
| B | Joseph Gorman Deposition Transcript |
| C | Kevin Johnson Deposition Transcript |
| D | Joseph Vince Deposition Transcript |
| E | Daniel Webster Deposition Transcript |
| F | Eugene Williams Deposition Transcript |

Respectfully submitted,

STEPHEN R. PATTON
CORPORATION COUNSEL
CITY OF CHICAGO

BY:   /s/ Andrew Worseck
One of Its Attorneys

Mardell Nereim
Andrew W. Worseck
William M. Aguiar
Rebecca Alfert Hirsch
Constitutional & Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
(312) 744-9010

Dated: February 14, 2013

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the Defendants, hereby certifies that on February 14, 2013, he served a copy of the foregoing **Supplement to Defendants' Motion for Summary Judgment** on the parties listed below by electronic means pursuant to Electronic Case Filing (ECF):

Charles J. Cooper
David H. Thompson
Peter Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

Stephen Kolodziej
FORD & BRITTON, PC
33 N. Dearborn Street, Suite 300
Chicago, IL 60602

/s/ Andrew Worseck

3