# Exhibit C

# Part 2 of 2

71

1    what to look for in terms of firearm recoveries.

2        Q.   Okay.  And what is roll call training?

3        A.   It's when -- in patrol division when the

4    officers prepare to leave out and go on -- go out

5    into the street, they're given a briefing by their

6    watch commander as to things to look out for and

7    information that's provided at the beginning of the

8    shift.

9        Q.   Okay.  Okay.  Now, does the CAGE team

10   participate in the -- you know, kind of on the

11   street law enforcement?

12       MR. AGUIAR:  Objection to the form of the

13   question.  What do you mean by on the street law

14   enforcement?

15   BY MR. PATTERSON:

16       Q.   Does the CAGE steam respond to crime

17   scenes?

18       MR. AGUIAR:  Objection, the question is still

19   vague.  You can answer if you can.

20       THE WITNESS:  What do you consider to be a

21   crime scene?

22   BY MR. PATTERSON:

23       Q.   Well, I guess -- okay.  Let me formulate

24   this question.

72

1      So the CAGE team gets involved in a case

2    when a firearm is recovered; is that correct?

3      A.   That's correct.

4      Q.   Does the CAGE team go to the location

5    where the firearm is recovered?

6      A.   No.

7      Q.   No?

8      A.   No.

9      Q.   Okay.  So the firearm is brought back to

10   the police department or to the CAGE team and

11   that's when the CAGE team gets involved; is that

12   correct?

13     MR. AGUIAR:  You can answer.

14     THE WITNESS:  The firearm is recovered in the

15   field by the Chicago Police Department via the

16   personnel.

17   BY MR. PATTERSON:

18     Q.   Right.

19     A.   That gun is inventoried in evidence and

20   recovered property.  The CAGE team operates off of

21   the actual copy of the inventory sheet of that

22   weapon.

23     Q.   So the weapon is never actually in the

24   possession of the CAGE team?

73

1      A.  Not at all.

2      Q.  Okay.  And the CAGE team does not go out

3  into the field at all; is that correct?

4      A.  We do go in the field.

5      Q.  Okay.  And when would you go into the

6  field?  Would it be in following up the

7  investigation of that?

8      A.  It would be in follow up on the

9  investigation.  We're still responding -- we're

10  still sworn police officers, so we respond to

11  current crimes in progress and emergency

12  situations.

13      Q.  Okay.  So you respond to -- so you would

14  go into the field to investigate a firearm that has

15  been recovered or to respond to -- is that correct?

16      A.  Yes.

17      Q.  Or to respond to emergencies?

18      A.  Yes.

19      Q.  Okay.  How often do CAGE team members go

20  into the field on matters that are not dealing with

21  investigations of firearms that have been

22  recovered?

23      MR. AGUIAR:  Objection, foundation.  You can

24  answer.

74

1      THE WITNESS:  Rarely.

2    BY MR. PATTERSON:

3      Q.  Rarely?

4      A.  Yes.

5      Q.  Can you be any more specific?

6      MR. AGUIAR:  Objection, asked and answered.

7    You can answer.

8      THE WITNESS:  If the officers happen to be in

9    the field, if there's a crime in progress on the

10   radio, they respond to that crime in progress.  If

11   they're -- as part of the members of the gang

12   investigations unit, we've been asked to assist in

13   ongoing organized crime investigations.

14        We participate in those as well.  And also

15   we cover -- we assist the unit in any way we can

16   with their ongoing investigations.

17   BY MR. PATTERSON:

18     Q.  Okay.  Okay.  In returning to training,

19   this document says that the -- that we've been

20   looking at says that the CAGE team conducts

21   training for members of the Cook County States

22   Attorney's Office.

23        Is that true in your understanding?

24     A.  Yes.

75

1      Q.   What type of training does the CAGE team

2   provide for the States Attorney's Office?

3      A.   It's somewhat of a reciprocal training.

4   We tell them about the types of firearms we

5   recover, the types of guns that we see on the

6   streets that are being recovered.  And in return,

7   they advise us on the legal aspect of prosecuting

8   illegal firearm trafficking.

9      Q.   Yeah.  Okay.  And on the same page, which

10   is City 3439 that is marked in the bottom

11   right-hand corner, under legislations there's a

12   quote from Mayor Daley.

13          And then the paragraph starts by saying:

14   Nationally, 1 percent of gun dealers are

15   responsible for 57 percent of guns recovered in

16   crimes.  In the Chicago area, less than 1 percent

17   of gun dealers, parentheses, 65 dealers, end

18   parentheses, are responsible for 48 percent of all

19   guns used in Chicago crimes.

20          Do you know the source for that statistic

21   on gun dealers, less than 1 percent of gun dealers

22   being responsible for 48 percent of all guns used

23   in Chicago crimes?

24      A.   I don't know the source.

76

1      Q.   Okay.  So did you have a part in drafting

2    this part of the document?

3      MR. AGUIAR:  You can answer.

4      THE WITNESS:  No.

5    BY MR. PATTERSON:

6      Q.   No.  Okay.  Do you know who would know the

7    source of that piece of information?

8      MR. AGUIAR:  You can answer.

9      THE WITNESS:  That would have to be with the

10    Bureau of Investigative Services or our Research

11    and Development Division.

12    BY MR. PATTERSON:

13      Q.   Okay.  And in your experience as a member

14    of the CAGE team, is the number of dealers from

15    which -- or the identity of the dealers from which

16    your -- the guns that have been recovered coming

17    from, is that something that you've ever focused on

18    in your work with the CAGE team?

19      A.   You're asking for the identity of the

20    dealers?

21      Q.   Yes.

22      A.   The licensed firearms dealers?

23      Q.   Yes.

24      A.   No.

77

1    Q.   Okay.  If we go up under Gun Trafficking

2    Taskforce on the same page, it says:  Increasing

3    percentages of Chicago gun recoveries are traced to

4    out of state purchases.

5        Did you have any role in drafting this

6    part of the document here?

7    A.   No.

8    Q.   No.  Okay.  And in your -- just your

9    understanding as a member of the CAGE unit, do you

10   know whether increasing percentages of Chicago gun

11   recoveries are traced to out of state purchases?

12   MR. AGUIAR:  Objection, foundation.  You can

13   answer.

14   THE WITNESS:  I would have to say so.

15   BY MR. PATTERSON:

16   Q.   Okay.  And do you have a sense of what the

17   percentage of Chicago gun -- crime gun recoveries

18   are traced to out of state purchases?

19   MR. AGUIAR:  Objection, foundation.  You can

20   answer.

21   THE WITNESS:  No.  ATF would have that

22   information.

23   BY MR. PATTERSON:

24   Q.   Okay.  So what's your basis for your

78

1    statement that you think it is increasing?

2        A.   It's my experience during seeing these

3    investigations, I'm seeing a lot of guns that are

4    short time to crime or a lower time to crime that

5    have out of state origins.

6        Q.   Okay.  And what is the time frame which

7    this increase has been taking place?

8        A.   It's been -- I've been there since '08, so

9    I would say just limited experience since '08.

10       Q.   Okay.  At the bottom of this page and then

11   going onto the next page, it lists a few examples

12   of supported legislation aimed at curbing gun

13   violence.

14       Did you have any role with developing this

15   list of supported legislation?

16       A.   No.

17       Q.   Okay.  Have you ever in your role as a

18   member of the CAGE unit been asked to assist with

19   developing legislation?

20       MR. AGUIAR:  You can answer.

21       THE WITNESS:  My opinion has been asked as part

22   of -- with ongoing legislation, they've asked how

23   does this affect the city or how does this affect

24   the Chicago Police Department.

79

1    BY MR. PATTERSON:

2       Q.   Okay.  And what occasions would that have

3    been?

4       A.   Several occasions I'll be asked by Office

5    of Legal Affairs to give an opinion -- not a legal

6    opinion, but give a personal opinion how does this

7    affect the Chicago -- how would this legislation

8    affect the police department.

9       Q.   Are there any specific examples of

10   legislation you can recall in which you were asked

11   to give an opinion?

12      A.   Recently?

13      Q.   Just any.  We could start with recently.

14      MR. AGUIAR:  I'm going to object to the extent

15   that you're getting into the legislative process

16   which led to the enactment of the 2010 Chicago gun

17   ordinance.  Judge Chang has ruled very clearly that

18   the process which -- pursuant to which that

19   ordinance was enacted is not a proper subject of

20   discovery.

21      So to the extent you're asking those

22   questions, I'm going to say I instruct the witness

23   not to answer about the legislative process for

24   that -- of that ordinance.

1      MR. PATTERSON:  Right.  And I'm just asking if

2   he -- if there are specific laws for which he's

3   been asked his opinion.

4      MR. AGUIAR:  Okay.  That question he can

5   answer.

6      THE WITNESS:  Could you repeat the question

7   again, please?

8   BY MR. PATTERSON:

9      Q.   Yes.  We've been talking about

10   legislation.  And the question is:  Whether, you

11   know, are there -- what specific laws that you can

12   recall have you been asked your opinion about?

13      MR. AGUIAR:  I'm going to object on relevance

14   grounds to start with.  You may answer.

15      THE WITNESS:  Well, I wouldn't call it a law,

16   but it -- I mean, pending legislation, correct?

17   BY MR. PATTERSON:

18      Q.   Yes.

19      A.   Okay.  This is all pending legislation.

20      Q.   Okay.

21      A.   Concealed carry.

22      Q.   Okay.

23      A.   Let's see.  What are some of the other

24   ones?  Basically, concealed carry as of late and

81

1    changes to the FOID Act, amendments to the FOID

2    Act.

3        Q.   And is there other -- other than recently,

4    you know, since you've taken on your position in

5    2008 as sergeant on the CAGE unit, was there other

6    legislation that was pending, you know, at the time

7    that you've been asked about?

8        A.   Lost or stolen firearms.

9        Q.   Okay.  Anything else?

10       A.   There's a lot, but those are the only ones

11   I can think of off the top of my head.

12       Q.   So there were some other ones, but those

13   are the ones you can think of?

14       A.   Yes.

15       Q.   Okay.  When you're asked your opinion

16   about a pending legislation, what -- what do you do

17   to respond to those inquiries in general?

18       MR. AGUIAR:  I'm sorry.  Have you finish your

19   question?

20       MR. PATTERSON:  Yes, I'm finished.

21       MR. AGUIAR:  I object to this line of

22   questioning.  This is going to the legislative

23   process.  First of all, it is wholly irrelevant to

24   the questions raised by plaintiffs in this lawsuit.

1          Second of all, Judge Chang's orders have

2    been very clear that legislative processes are not

3    proper scopes of discovery in this case. I'm going

4    to instruct you not to answer questions about

5    legislative process.

6         MR. PATTERSON: Okay.

7    BY MR. PATTERSON:

8         Q.   In your experiences, you know, with the

9    CAGE team -- well, strike that question. Okay.

10         So we -- we were talking about the illegal

11   gun market. In your experience with the CAGE team,

12   does banning retail sales within the City of

13   Chicago advance the interest of reducing the size

14   of the illegal gun market?

15         A.   Yes.

16         Q.   And how does it do that?

17         A.   It prevents the opportunity for guns to

18   reach the illegal market in Chicago.

19         Q.   Okay. And has the CAGE team done any

20   studies on that question?

21         A.   No.

22         Q.   Does the CAGE team have any empirical

23   evidence that banning gun sales in Chicago actually

24   does reduce the size of the illegal market?

83

1    A.   There have been no gun sales in Chicago.

2    Q.   So is the answer to that question no?

3    A.   No.

4    Q.   Okay.  Has Chicago done any studies that

5    compare Chicago with other jurisdictions that

6    permit gun sales to determine whether such, you

7    know, Chicago's ban has any impact on the size of

8    the illegal market?

9        MR. AGUIAR:  Objection, foundation.  You can

10   answer to the extent you know.

11       THE WITNESS:  It's not within my knowledge.

12   BY MR. PATTERSON:

13   Q.   Okay.  So it's safe to say the CAGE team

14   has not done any such studies?

15   A.   That is correct.

16   Q.   Okay.  So does the CAGE team have any

17   empirical evidence whatsoever that banning gun

18   sales reduces the size of the illegal gun market?

19   A.   No.

20       MR. AGUIAR:  Objection, foundation.  You can

21   answer to the extent you know.

22       THE WITNESS:  No.

23   BY MR. PATTERSON:

24   Q.   Okay.  Does banning gun sales in the City

84

1    of Chicago, you know, in your experience as a

2    member of the CAGE team, make it more difficult for

3    someone who wants to acquire a firearm that is not

4    entitled to inquire a firearm to get one?

5        MR. AGUIAR:  Objection, foundation, and outside

6    this witness' scope of information.  You're asking

7    him if it makes it more difficult for other people

8    to buy firearms?

9        MR. PATTERSON:  I'm asking if it makes it more

10   difficult for people who are not entitled to

11   possess firearms to acquire them.

12       MR. AGUIAR:  If the ban makes it more

13   difficult?

14       MR. PATTERSON:  Yes.

15       MR. AGUIAR:  Okay.  That question is fine.  Do

16   you need that question rephrased or repeated?

17       MR. PATTERSON:  I can rephrase it.

18       MR. AGUIAR:  Or repeat it.  I'm sorry.

19   BY MR. PATTERSON:

20       Q.   Does the ban on gun transfers in the City

21   of Chicago make it more difficult for people who

22   are not entitled to possess firearms to acquire

23   them?

24       A.   Yes.

85

1    Q.   And how does it do that?

2    A.   People can't -- I mean, there are no

3    purchases in Chicago, so therefore --

4    Q.   Right.

5    A.   Are you speaking of degree of difficulty?

6    Q.   Well, yes.  Does it make it more -- does

7    it place a greater burden on them if they, you

8    know, desire to obtain a firearm?

9    A.   If we didn't have the ban, it would make

10   it easier for them to obtain firearms illegally in

11   Chicago.

12   Q.   Okay.  Would it make it easier for them to

13   obtain firearms, period, if you didn't have a ban?

14   A.   Would it make it easier for them to obtain

15   firearms if we didn't have the ban?

16   Q.   Yes.  Not just in the City of Chicago, but

17   just -- just for Chicago residents who wish -- that

18   are not entitled to possess firearms, does having

19   the ban -- would not having the ban make it easier

20   for them to obtain firearms generally?

21   MR. AGUIAR:  I'm going to object to the form of

22   the question.  I don't understand the question.

23   MR. PATTERSON:  Okay.

24   MR. AGUIAR:  I mean, do you understand the

86

1    question?

2        THE WITNESS:  No.

3        MR. PATTERSON:  Okay.  Let me back up.

4        MR. AGUIAR:  There was too many negatives, too

5    many --

6        MR. PATTERSON:  Okay.  That's fair.  That's

7    fair.

8    BY MR. PATTERSON:

9        Q.   Are you aware that there are gun stores in

10   locations close to the City of Chicago?

11       A.   Yes.

12       Q.   Okay.  Does having the ban in place with

13   the understanding that there are those gun stores

14   make it -- place a burden on individuals who --

15   Chicago residents who desire to possess a handgun

16   illegally to acquire a handgun?

17       A.   I'm sorry.  You're going to have to

18   rephrase that for me.

19       Q.   Okay.  So how difficult is it -- how hard

20   is it for, you know, a criminal that wants to get a

21   handgun in your experience -- based on your

22   experience with the CAGE unit, how difficult is it

23   for the criminal who wants to get a handgun in the

24   City of Chicago today to get a handgun?

87

1      A.   Not difficult at all.

2      Q.   Okay.  And what -- what would that

3   criminal do to get one?

4      A.   They would engage in one of the

5   activities, the straw purchasing, illegal transfer.

6   They will recruit someone who is authorized to have

7   a weapon in the State of Illinois, they would

8   engage them to or recruit them to obtain that

9   weapon from one of these gun stores that are around

10   the Chicago area.

11      Q.   Okay.  Okay.  So regardless of the laws

12   Chicago has in place, it's not difficult at all for

13   them to obtain the weapon that they want to obtain?

14      A.   No, it's not difficult.

15      Q.   Okay.  Does -- does Chicago's ban on --

16   well, first let me ask:  You understand that

17   Chicago bans the operations of firearms ranges

18   within the city?

19      A.   Yes.

20      Q.   Does that ban on firearms ranges advance

21   the interest in reducing the size of the illegal

22   firearms market from your perspective as a member

23   of the CAGE unit?

24      A.   Does the ban on firearm ranges assist in

88

1    reducing illegal weapons?

2        Q.  Yes.

3        A.  Yes.

4        Q.  And how does it do that?

5        A.  Again, it goes back to an opportunity.

6        Q.  Okay.

7        A.  If -- it goes back to opportunity.  If

8    weapons are available in Chicago or are being

9    stored in Chicago, the chance for theft, burglary

10   increases; therefore, putting guns illegally into

11   the Chicago market.

12       Q.  Okay.  Does the CAGE unit have any

13   empirical evidence that banning firearms ranges in

14   Chicago reduces the size of the illegal firearms

15   market?

16       A.  No, we do not.

17       Q.  Okay.  And now are you aware that Chicago

18   limits residents to one operable firearm per

19   registered firearm owner?

20       MR. AGUIAR:  You could answer if you can.

21       THE WITNESS:  Yes.

22   BY MR. PATTERSON:

23       Q.  Okay.  And does that limit advance the

24   interest in reducing the illegal firearms

89

1    trafficking in Chicago?  Let me rephrase that.

2          Does that limit advance the interest in

3    reducing the size of the illegal firearms market in

4    Chicago?

5      A.  Yes.

6      Q.  And how so?

7      A.   If there's only one handgun available

8    to -- per residents for that home, and then if

9    there's -- hypothetically, say there's a burglary,

10   they're not taking 15 guns out of the house.

11   They're only taking one that's unloaded and --

12     Q.   My understanding is that Chicago residents

13   can own as many guns as they want in their home,

14   but only one can be operable.

15          Is that your understanding as well?

16     MR. AGUIAR:  I just want to correct that.  The

17   way you phrased the question made I think the

18   witness believe that they can only have one firearm

19   in the home, period.

20     MR. PATTERSON:  Okay.  I meant to put operable

21   in there.

22     MR. AGUIAR:  I don't know if you did or not.

23     MR. PATTERSON:  I'm not sure.

24     THE WITNESS:  I'm lost.

90

1      MR. PATTERSON:  Okay.

2    BY MR. PATTERSON:

3      Q.   Okay.  So let's back up.  So my

4    understanding of Chicago law is that residents can

5    own -- you know, provided they can apply with all

6    applicable rules and regulations, as many firearms

7    as they want.  But they can only have one that is

8    operable in their home.

9         Is that your understanding as well?

10     A.   Are you saying all firearms or handguns or

11   rifles or shotguns?

12     Q.   All legal firearms.

13     A.   They can only have one?

14     Q.   I'm saying they can have as many as they

15   want, but only one can be operable.  The rest have

16   to be rendered temporarily inoperable.

17     A.   I can't answer that question.

18     Q.   Okay.  We may come back to that, but let

19   me move on from that now.

20        And it's my understanding that Chicago law

21   limits residents to guns that they have lawfully

22   registered in Chicago, that they can only possess

23   them within their home, if they're lawfully

24   transporting them and if it's a -- not a handgun in

91

1    their fixed place of business.

2          Is that an accurate representation of

3    Chicago law from your understanding?

4          MR. AGUIAR:  I'm going to object.  The law

5    speaks for itself.  You can speak to your

6    understanding of the law.

7          THE WITNESS:  That's paraphrasing the law and

8    that sounds correct.

9    BY MR. PATTERSON:

10         Q.   And you understand that the limitation of

11   home does not include, for example, a garage or a

12   yard or other parts of a person's property other

13   than the home itself?

14         A.   That's beyond my scope.

15         Q.   That's beyond you're scope.  Okay.  So you

16   wouldn't know if that ban on possessing a firearm,

17   say in a person's garage, would advance the

18   interest in reducing the size of the illegal

19   firearms market?

20         A.   I wouldn't know.

21         Q.   Okay.  Another topic that the city has

22   indicated that you have knowledge about is theft of

23   firearms or commissions of other crimes or injury

24   against patrons or operators of firearms stores or

92

1    patrons or operators of firearms ranges.

2         Is that something that you have knowledge

3    about?

4    A.  Yes.

5    Q.  Okay.  And what is your experience with

6    that topic of -- let's start with theft of firearms

7    by patrons of firearms stores.  What experience do

8    you have with that subject?

9    A.  Just -- we handled an investigation not

10   too long ago whereas there were 167 guns that were

11   taken that were going to Gander Mountain here, from

12   Bill Hicks in Minnesota, were being transported to

13   Gander Mountain, Illinois.  During transport in

14   Indiana, 167 guns were taken off of the trailer and

15   found in the streets of Chicago, and they were

16   transported to different areas of Chicago.

17   Q.  Okay.  So that would be theft of firearms

18   from, you know, an operator of a firearms store, is

19   that what --

20   A.  Well, transport of firearms.

21   Q.  Transport of firearms.  Okay.  So in your

22   experience, is there a risk that firearms stores

23   lead to a greater theft of firearms?

24   A.  Yes.  Just recently, a few weeks ago they

93

1    had a theft in Tinley Park of a gun store.

2        Q.   Okay.

3        A.   And they made off with approximately 26

4    firearms.

5        Q.   Okay.  And do you have any evidence that

6    the presence of firearms stores in a particular

7    community leads to an increase in the size of the

8    illegal firearms market?

9        A.   No, but it creates an opportunity

10   for theft.

11       Q.   Right.  But you don't have any evidence

12   that the illegal firearms market overall increases

13   based on the operations of firearms stores?

14       MR. AGUIAR:  Objection.  You're talking about

15   empirical evidence, correct?

16       MR. PATTERSON:  Empirical evidence.

17       MR. AGUIAR:  Okay.

18       THE WITNESS:  No, I don't have any empirical

19   evidence.

20   BY MR. PATTERSON:

21       Q.   Okay.  And the evidence that you do have

22   is anecdotal evidence or do you have -- well, let

23   me back up.

24           Do you have any evidence, empirical or

94

1    otherwise, that the stores selling firearms

2    operating in a particular community leads to an

3    increase in the size of the illegal firearms market

4    in that community?

5        A.   No, I do not have any direct evidence.

6        Q.   Okay.  Okay.  Do you have any evidence

7    that the operations of firearms stores is

8    associated with crimes against patrons of those

9    stores?

10       A.   I wouldn't have that information.

11       Q.   Okay.  Okay.  I'm going to ask that same

12   question with respect to firearms ranges, same set

13   of questions.

14           Do you have any evidence that operations

15   of firearms ranges leads to an increase in the size

16   of the illegal firearms market in a particular

17   community?

18       A.   No.  It just -- it goes back to what I

19   stated earlier.  The opportunity for crime is

20   created.  The increase potential for crime is

21   created.  Therefore, it becomes a public safety

22   hazard.

23       Q.   All right.  Okay.  And you also -- is it

24   correct that you do not have any evidence that the

95

1    operation of firearms ranges is associated with a

2    risk of crime to patrons of those ranges?

3        MR. AGUIAR:  You can answer if you can.

4        THE WITNESS:  Nothing empirical.

5    BY MR. PATTERSON:

6        Q.   Okay.  Anything not empirical?

7        A.   No.

8        Q.   You know, as a member of the CAGE unit,

9    are you aware of any firearms stores currently

10   operating in the City of Chicago?

11       A.   No.  There are no firearms stores

12   operating within the City of Chicago.

13       Q.   Okay.  Do you know when the last time

14   there was a firearms store operating in the City of

15   Chicago?

16       A.   I can't say offhand.

17       Q.   Okay.  And do you know if there are any

18   firearms ranges currently operating in the City of

19   Chicago?

20       A.   Not that I'm aware of.

21       Q.   Does the police department operate any

22   firearms ranges?

23       A.   Yes.

24       Q.   Okay.  Do you know how many firearms

96

1    ranges the police department operates?

2    A.  I would say a maximum -- I would say

3    around a number of six that I'm aware of.

4    Q.  Six.  Okay.  And are you aware of any

5    theft of firearms that have taken place from those

6    police firearms ranges?

7    A.  Not that I'm aware of.

8    Q.  Okay.  Are you aware of any crimes or

9    other injury that have been visited upon law

10    enforcement officers using those firearms ranges?

11    A.  No, I'm not.

12    Q.  Okay.  Do you know if -- are there any

13    firearms ranges operated by the federal government

14    in the City of Chicago?

15    A.  I wouldn't know.

16    Q.  You don't know.  Okay.  And are there any

17    firearms ranges operated by private individuals or

18    corporations in the City of Chicago?

19    A.  Not that I'm aware of.

20    Q.  Okay.  Do members of the CAGE team as part

21    of their duties use firearms ranges operated by the

22    City of Chicago?

23    MR. AGUIAR:  Objection.  We're getting far

24    afield of the testimony here today.  Mr. Johnson is

1    not here to testify about CPD ranges and the use of

2    those ranges by the members of the CAGE team.  That

3    has nothing to do with the governmental purpose for

4    which he is being offered here today.

5        MR. PATTERSON:  Are you instructing him not to

6    answer?

7        MR. AGUIAR:  I would like to know why you find

8    this to be relevant before I go any further.

9        MR. PATTERSON:  It's relevant to the theft of

10   firearms or commission of other crimes or injury

11   against patrons or operators of firearm ranges.

12       MR. AGUIAR:  He's already testified that he's

13   not aware of any thefts or injuries brought upon

14   any members of the CPD who use the CPD ranges.

15   There's no further questions that need to be asked

16   about that that I can see.

17           The use of the ranges, what those ranges

18   are and how they're operated are not relevant to

19   what he's here to testify about today.

20       MR. PATTERSON:  Well, give me a couple of

21   questions, I will tie it to that.

22       MR. AGUIAR:  It's going to be -- I fail to see

23   how the use of the CPD firearms ranges by members

24   of the CAGE team is relevant to the governmental

1    purpose of preventing firearms from ending up in

2    the illegal market.  If the witness has testified

3    that he's not aware of any firearms being stolen

4    from members of CPD who frequently use those

5    ranges, I fail to see --

6        MR. PATTERSON:  So let me ask this question --

7    well, I still need to ask the predicate -- I'm

8    assuring you I'm going to tie it to this

9    governmental purpose if you give me this initial

10   question and then one more question, follow-up

11   question.  And you can object at that time if you

12   think it is not relevant.

13       MR. AGUIAR:  What's your first question?

14       MR. PATTERSON:  My first question is:  Do

15   members of the CAGE team use firearms ranges

16   operated by the CPD as part of their official

17   duties?

18       MR. AGUIAR:  I still fail to see how that is

19   relevant to the question presented by your lawsuit,

20   and that is whether the city's ban on gun ranges in

21   the City of Chicago, private gun ranges is

22   constitutional.  The witness is not here to testify

23   about CPD ranges, especially because he 's already

24   testified that he's not aware of any thefts that

99

1    have occurred and the guns have not led into the

2    illegal market.

3         With that said, I will let you answer this

4    question.  But I'm going to reserve the right to

5    object to any further questions.

6    THE WITNESS:  Could you repeat the question

7    again.

8    BY MR. PATTERSON:

9    Q.   Do members of the CAGE unit use CPD

10   operated firearms ranges as part of their official

11   duties?

12   A.   Along with all the other 13,000 members --

13   sworn members of the Chicago Police Department.

14   Q.   And are members of the CAGE unit

15   instructed to take any particular precautions to

16   guard against theft or injury or other crimes while

17   using CPD operated firearms ranges?

18   MR. AGUIAR:  Objection.  This is far a field of

19   the governmental purpose.  CPD ranges are not

20   private ranges.  And he's already testified the ban

21   is on private ranges, not on CPD ranges.

22   MR. PATTERSON:  Right.  But --

23   MR. AGUIAR:  He's testified there's been no

24   thefts.

1      MR. PATTERSON:  I'm not asking --

2      MR. AGUIAR:  That he's aware of.

3      MR. PATTERSON:  I'm asking him a different

4  question.

5      MR. AGUIAR:  And I fail to see how this is

6  relevant to anything that's present for this

7  witness' testimony.

8      MR. PATTERSON:  You said the witness would

9  testify about the theft of firearms, of the

10  commission of other crimes or injury against those

11  who would operate or patronize a firearms store or

12  vendor or firearms shooting range.

13      So I'm asking about members of the City of

14  Chicago Police Department's experience with

15  patronizing firearms shooting ranges operated by

16  the City of Chicago, and, you know, whether there's

17  a perceived risk of crime or injury.

18      MR. AGUIAR:  This witness is here to testify as

19  to theft of the -- the increase in opportunity that

20  gun ranges provide -- let me strike that.

21      He's here to testify that one of the

22  governmental purposes considered by the ordinance,

23  and he's testified to this, is that gun ranges

24  increase the opportunity for theft.  He has also

1    testified that he is not aware of any thefts that

2    have occurred at the CPD ranges.

3      MR. PATTERSON:  Okay.

4      MR. AGUIAR:  I fail to see how precautions that

5    may be in place at CPD ranges have anything to do

6    with whether there have been any thefts; and

7    therefore, an increase in guns in the illegal

8    market and CPD ranges.  I fail to see how they're

9    relevant and related.

10     MR. PATTERSON:  Okay.  Well, I -- I see

11   differently, and I don't think there's any grounds

12   to object to the witness answering on relevance

13   grounds.  You can object.

14        But, you know, this is my deposition.  I

15   can ask questions that I think in our view are

16   relevant.  And if we go to present his answers to

17   the court and you object on relevance, that's fine.

18   But I'm entitled to ask the witness these

19   questions.

20     MR. AGUIAR:  I'll let you answer this question.

21   But I resume a right to object to any further

22   questions.  And I want to make a strenuous

23   objection, this is so far afield of what this

24   witness is here to testify for today.

102

1    BY MR. PATTERSON:

2        Q.  Okay.  So I'll repeat my question.  To

3    your knowledge, are members of the CAGE unit

4    instructed to take any precautions against the

5    commission of crimes against them while using City

6    of Chicago firearms ranges?

7        A.  These are secure department facilities.

8        Q.  Okay.

9        A.  That are used for training.

10       Q.  Okay.

11       A.  Therefore, we wouldn't have anyone with a

12   criminal background on a department facility.

13   Those department facilities are used only by sworn

14   Chicago Police Officers.

15       Q.  Okay.

16       A.  It's not open to the public.

17       Q.  So -- so is your answer to that question

18   no then?

19       A.  Yes.

20       Q.  Okay.  Do City of Chicago police officers,

21   members of the -- strike that.

22           Do members of the CAGE unit to your

23   knowledge visit privately run firearms ranges?

24       MR. AGUIAR:  Objection, foundation.  This

103

1    witness can speak for himself.

2        MR. PATTERSON:  Okay.

3        THE WITNESS:  Not to my knowledge.

4    BY MR. PATTERSON:

5        Q.   Okay.  So it would be safe to assume then

6    that members of the CAGE team aren't instructed to

7    take any particular precautions, you know, were

8    they to visit a privately operated firearms range?

9        MR. AGUIAR:  Objection, relevance.  You may

10   answer.

11       THE WITNESS:  No, they're not given any

12   directive.

13       MR. PATTERSON:  Okay.  I would like to take a

14   break for about ten minutes both to review my notes

15   and to review the documents that you have produced.

16       MR. AGUIAR:  Certainly.

17               (Whereupon, a short recess was

18               taken.)

19       MR. PATTERSON:  Okay.  I want to introduce an

20   exhibit.

21               (Whereupon, JOHNSON Deposition

22               Exhibit No. 6 was marked for

23               identification.)

24   BY MR. PATTERSON:

1      Q.  And this is Johnson 6.  And this is the --

2   Johnson 6 is copy of the firearms ordinance that

3   was enacted last year that was the subject of this

4   lawsuit.  And if you turn to Page 9, and Section

5   8-20-040, the first sentence of that says:  Subject

6   to Section 8-20-050, any person who keeps or

7   possesses a firearm in his home shall keep no more

8   than one firearm in his home assembled and

9   operable.

10        So this goes back to a question I had

11   asked before.  And if you need more time, that's

12   fine.  But based on your understanding after

13   reading this, is it the case that Chicago residents

14   can keep only one firearm assembled and operable in

15   their home?

16      MR. AGUIAR:  I'm going to object, the law

17   speaks for itself.  You can answer.

18      THE WITNESS:  According to this, yes.

19   BY MR. PATTERSON:

20      Q.  And from the perspective -- your

21   perspective as a member of the CAGE unit, does this

22   limitation on only keeping one firearm assembled

23   and operable in the home advance any governmental

24   interests that you're aware of?

105

1      A.   Yes.

2      Q.   What would that be?

3      A.   It goes back to the opportunity for crime

4   and also personal safety for -- I mean, the safety

5   of first responders.

6      Q.   Okay.  And how would that advance

7   decreasing the opportunity for crime?

8      A.   If -- in terms of the crime, it would go

9   into burglaries if there are multiple weapons being

10  stored with a permit, then now you have a theft or

11  a burglary of the weapon, now you have multiple

12  weapons reaching the illegal market in Chicago.

13     Q.   Okay.  But how does the limitation that

14  only one be kept operable, but others can be kept

15  inoperable advance that interest?

16     MR. AGUIAR:  You can answer the question.

17     THE WITNESS:  Repeat the question again,

18  please.

19  BY MR. PATTERSON:

20     Q.   Okay.  So this -- the ordinance provides

21  that you can keep one fire -- you can only keep one

22  firearm operable, but it doesn't limit the total

23  numbers of firearms that you could keep.

24        So my question is:  How does that

1    limitation, that only one can be kept operable,

2    reduce the opportunity for theft?

3        A.  I can't say.

4        Q.  Okay.  Okay.  And the other interest you

5    identified was the safety of first responders; is

6    that right?

7        A.  Yes.

8        Q.  Are there any other interests that you can

9    think of with respect to the CAGE team that would

10   advance by this limitation?

11       A.  No.

12       Q.  Okay.  And other than reducing the

13   opportunity of firearms entering illegal markets,

14   from your perspective as a member of the CAGE team,

15   are there any interests that are advanced by the

16   city's ban on firearms transfers in the city?

17       MR. AGUIAR:  You can answer.

18       THE WITNESS:  Repeat one more time, please.

19   I'm sorry.

20       MR. PATTERSON:  Can you repeat the question.

21             (Whereupon, the record was

22             read as requested.)

23       MR. AGUIAR:  Meaning any additional that we've

24   talked about here today?  Is that what you're

107

1    asking, any additional things that we've already

2    talked about?

3        MR. PATTERSON:  Anything in addition to

4    preventing firearms from entering the illegal

5    market.

6        THE WITNESS:  Not that I'm aware of.

7    BY MR. PATTERSON:

8        Q.   And I would like to ask the same question

9    with respect to the city's ban on firearms ranges.

10       Are there any interests in addition to

11   preventing firearms from entering illegal markets

12   that are served by the city's ban on firearms

13   ranges?

14       A.   Not that I'm aware of.

15       MR. PATTERSON:  Okay.  I'm going to mark as an

16   exhibit, this is Johnson Exhibit 7.

17           (Whereupon, JOHNSON Deposition

18           Exhibit No. 7 was marked for

19           identification.)

20   BY MR. PATTERSON:

21       Q.   Okay.  And this -- I've marked as Johnson

22   Exhibit 7, this is a document produced to me this

23   morning.  It's a memo from you to -- or from

24   Sergeant Kevin Johnson, I assume that's you?

108

1       A.   Yes.

2       Q.   To Commander Joseph F. Gorman?

3       A.   Yes.

4       Q.   What was the occasion for your drafting

5   this memo?

6       A.   Our deputy -- our command structure

7   changed in the Bureau of Investigative Services,

8   and each team was tasked to explain what we do and

9   the specifics.

10      Q.   Okay.  And this was dated February 23rd,

11  2010?

12      A.   Yes.

13      Q.   Okay.  And in the second paragraph --

14  well, let me first ask:  Did you write this memo?

15      A.   Yes, I did.

16      Q.   Did anyone assist you in writing this

17  memo?

18      A.   No.

19      Q.   Okay.  So the first sentence in the second

20  paragraph says that:  The Chicago Anti-Gun

21  Enforcement, parentheses, CAGE, end parentheses,

22  team was established in 1994 in response to an

23  increase in the handgun related crimes.

24           Can you be more specific about the

109

1    increase in handgun related crimes that led to the

2    establishment of the CAGE team?

3        A.  No, I cannot.

4        Q.  Okay.  So what was your source for this

5    statement that it was established in response to an

6    increase in handgun related crimes?

7        A.  Previous documents that were developed

8    with the team by previous commanding supervisors.

9        Q.  Okay.  Okay.  And those documents are

10   maintained by the CAGE team?

11       A.  Yes.

12       Q.  Okay.  And then it says:  The CAGE team is

13   defined by Organized Crime Division Special Order

14   #98-01.

15          Is that -- what is that document, the

16   Organized Crime Division Special Order #98-01?

17       A.  I would have to pull a reference.

18       Q.  But what type of -- I'm just not familiar

19   with --

20       A.  There's a department orders and procedures

21   for every aspect of being a member of Chicago

22   Police Department, and procedures and rules and

23   organization is laid out.

24       Q.  Okay.  And so that's the -- the order

110

1 that -- is it established the CAGE team, defined

2 the CAGE team, what is it?

3  A. It's more of a definition.

4  Q. More of a definition. Okay. And that

5 special order is still in effect today?

6  A. I would have to verify it.

7  MR. AGUIAR: I was going to say objection,

8 foundation. You can answer.

9 BY MR. PATTERSON:

10  Q. Okay. In the third paragraph, the last

11 sentence says that the CAGE team traced 9,161

12 firearms in the 2009 calendar year.

13  My first question is: What was your

14 source for that information?

15  MR. AGUIAR: You can answer.

16  THE WITNESS: ATF statistical reports.

17 BY MR. PATTERSON:

18  Q. Okay. Was this a statistical report you

19 specifically requested from the ATF?

20  A. Yes.

21  Q. Okay. And why did you request that

22 report?

23  A. To develop this document.

24  Q. Okay. And do you still have that report?

111

1     MR. AGUIAR:  You can answer.

2     THE WITNESS:  We could get that information

3     online.

4     BY MR. PATTERSON:

5     Q.   Okay.  So at any time you could go online

6     and determine how many traces you've done within a

7     particular period of time?

8     A.   Yes.

9     Q.   Okay.  In looking back at this exhibit,

10    and I'm not recalling the number, but it's one we

11    looked at earlier.

12    MR. AGUIAR:  Exhibit 4.

13    BY MR. PATTERSON:

14    Q.   So Exhibit 4 is this ATF Illinois -- if

15    you turn to the second to last page in this

16    document, which we looked at before, which was for

17    the year of 2009.

18        Do you know why the number for firearms

19    that were recovered and traced from Chicago is

20    lower on this ATF report than what you've reported

21    in the memo that we've been looking at?

22    A.   No, I do not.

23    Q.   If you turn the page on the memo that you

24    wrote, it has a number of activities that says:

112

1    The CAGE team targets.  The first one is gun

2    running investigations.  And this may, you know, go

3    over some ground that we've covered before, but I

4    just want to ask about each of these.

5         How would the CAGE team get involved in

6    the gun running investigation?

7      MR. AGUIAR:  Objection, asked and answered.

8      THE WITNESS:  We get involved if a trace comes

9    back and we -- during the course of the

10   investigation, it's revealed that the subject

11   is -- it's alleged that the subject transferred

12   three or more firearms to individuals who weren't

13   supposed to have them.

14   BY MR. PATTERSON:

15     Q.   Okay.

16     A.   Who were prohibited from possessing the

17   firearms.

18     Q.   And then the second one is gang related

19   incidents.

20        And I guess my question on this is:  Does

21   the CAGE team target gang related incidents that do

22   not involve firearms?

23     A.   Targeting?  What do you define as

24   targeting?

113

1      Q.   Well, let me ask you, you've said here

2   that the CAGE team targets in this document that

3   you wrote, and it has several categories.

4         What did you mean by targets?

5      A.   Targets gang related -- we focus upon gang

6   related incidents.

7      Q.   Okay.  And do you focus on gang related

8   incidents only that involve recovery of a firearm?

9      A.   Yes.

10     Q.   Okay.

11     A.   We're part of the strategy, the overall

12  strategy with the gang investigation unit.  So

13  we're part of that confidential strategy.

14     Q.   Right.  Right.  Okay.  But gang related

15  incidents that don't involve the recovery of a

16  firearm, the CAGE team would not be brought in on

17  or would not participate in; is that correct?

18     A.   That's correct.

19     Q.   The next one is any shooting involving a

20  police officer.

21        Would the CAGE team only be involved in

22  the investigation of the shooting of a police

23  officer in which the weapon was recovered?

24     A.   That is correct.

1    Q.   Okay.

2    A.   The offender's weapon is recovered.

3    Q.   The offender's weapon was recovered.

4    Okay.  And is that the same for each of these

5    topics, maybe we can speed this up.  But the CAGE

6    team only involves when a firearm is recovered?

7    A.   Yes.

8    Q.   In a particular case?  Okay.  And then in

9    the paragraph below that in the last sentence of

10   that, it says that:  The CAGE team -- in addition

11   to tracing firearms, the CAGE team is proactively

12   conducting additional investigations utilizing John

13   Doe and confidential informants to obtain

14   information and conduct search warrants.

15        How does the CAGE team utilize John Doe

16   and confidential informants?

17   MR. AGUIAR:  I'm going to object to the extent

18   this might call for information protected by the

19   law enforcement privilege.  I haven't had a chance

20   to consult my client regarding that particular --

21   your question on that particular area.

22        I fear this may venture into law

23   enforcement privileged information.  So on that

24   basis, I'm going to instruct you not to answer.

115

1    MR. PATTERSON:  Are you instructing him not to

2    answer anything about the topic of John Doe and

3    confidential informants?

4    MR. AGUIAR:  May I consult my client regarding

5    that information?

6    MR. PATTERSON:  Sure.

7            (Whereupon, a short recess was

8            taken.)

9    MR. AGUIAR:  Thank you for that opportunity.

10   The fact that they have used John Doe and CIs is

11   not a privileged piece of information.  But

12   anything thereafter is going to fall into the --

13   we're going to assert and instruct him not to

14   answer.

15   MR. PATTERSON:  Okay.  Okay.  Well, I guess

16   one -- and you can instruct him not to answer if

17   this gets to -- you know, I don't want to intrude

18   on the privilege.

19   BY MR. PATTERSON:

20   Q.  Is the utilization of John Doe and

21   confidential informants done, you know, as part of

22   investigations that have started with the recovery

23   of a weapon, or are they done independently of

24   that?  Do you understand my question?

116

1     MR. AGUIAR:  I'm just -- I don't understand the

2   question.  But did you understand the question?

3     THE WITNESS:  Let me see if I understand the

4   question.

5   BY MR. PATTERSON:

6     Q.  Yes.

7     A.  Is the use of John Doe and confidential

8   informants tied directly to the recovery of the

9   weapon or outside of that?

10     Q.  Yes.

11     A.  It could be both.

12     Q.  Okay.  Page 3, the first sentence in the

13   second paragraph, you say:  A changing trend in

14   Chicago crime guns has been the increasing

15   percentage of Chicago gun recoveries being traced

16   to out of state purchases.  And we talked about

17   this a little bit in connection with a different

18   document before, and I just want to make sure that

19   my understanding is clear.

20       But you -- you weren't basing that

21   statement on any sort of empirical evidence; is

22   that correct?

23     A.  No, no.

24     MR. PATTERSON:  Okay.  Well, that is all that I

117

1    have.

2         MR. AGUIAR:  Okay.  I have a couple of

3    follow-ups, but I want to speak to him first.

4         MR. PATTERSON:  Okay.

5              (Whereupon, a short recess was

6              taken.)

7              EXAMINATION

8    BY MR. AGUIAR:

9         Q.  I have a couple of questions, follow-up

10   questions.  Sergeant Johnson, I'm going to show you

11   what's been marked as your Exhibit No. 6.  I'm

12   going to reference you to -- it's the ordinance.

13   I'm going to reference you to Section 8-20-040.

14        This provision only permits one firearm in

15   the home per qualified registrant to have -- you

16   could have one firearm.  You can have as many as

17   you want, but only one can be operable.  Do you

18   understand that?

19        A.  Yes.

20        Q.  You're not testifying that this provision

21   of the ordinance advances the governmental purpose

22   of keeping guns from entering the illegal market,

23   are you?

24        A.  No.

118

1    Q.   Okay.  I would like to show you what has

2    been marked as Johnson Exhibit No. 2.  This is the

3    Biennial Report 1999/2000 from the Chicago Police

4    Department.

5         Do you recall talking about this document

6    earlier today?

7    A.   Yes.

8    Q.   This document shows firearm recoveries

9    from 1991 to 2000.  Do you see that?

10   A.   Yes, I do.

11   Q.   Okay.  Were you a member of the CAGE team

12   at any time during 1991 to 2000?

13   A.   No.

14   Q.   Did you have any role in authoring this

15   document?

16   A.   Not at all.

17   Q.   Okay.  And you've never seen this document

18   before today?

19   A.   Not before today, no.

20   Q.   Okay.  Is it your responsibility as the

21   sergeant of the CAGE team to study or evaluate the

22   reasons why gun recoveries may be higher or lower

23   in a particular year?

24   A.   No.

119

1    Q.  And have you ever studied that?

2    A.  No, I haven't.

3    Q.  Okay.  Are you aware, Sergeant Johnson,

4    that the Chicago Firearms Ordinance requires a

5    Chicago resident wishing to obtain a firearm to

6    first obtain a Chicago firearms permit?

7    A.  Yes.

8    Q.  If a Chicago resident were to become in

9    possession of a firearm without first having

10   obtained the Chicago firearms permit, would you

11   consider that possession to be part -- that

12   possession of that firearm to be part of that

13   illegal market?

14   A.  Yes.

15   Q.  And that would be because the gun -- the

16   person who has the gun is not otherwise entitled to

17   have the gun?

18   A.  Correct.

19   Q.  Okay.  Sergeant Johnson, one of the

20   provisions of the ordinance at issue here is the

21   city's ban on the carry of firearms outside of the

22   home.  Are you aware of that?

23   A.  Yes, I am.

24   Q.  Does the city's ban on the carry of

120

1    firearms outside of the home advance the purpose of

2    limiting and preventing guns from entering the

3    illegal market?

4        A.   Yes, it does.

5        Q.   And how does it do that?

6        A.   Again, it goes back to opportunity and a

7    theft, burglary or personal attack to remove

8    weapons from persons, and thereby putting those

9    guns in the illegal market.

10       Q.   In your experience with the CAGE team, are

11   you aware of any instances in which a -- someone

12   has been robbed of a firearm and that gun has

13   entered the illegal market that way?

14       A.   Yes.

15       MR. AGUIAR:  I have nothing further.

16       MR. PATTERSON:  Okay.  If I could have just a

17   few.

18       MR. AGUIAR:  Yes, of course.

19            FURTHER EXAMINATION

20   BY MR. PATTERSON:

21       Q.   Sergeant Johnson, you testified that it's

22   not your role to study why gun recoveries may

23   fluctuate any particular year; is that correct?

24       A.   That's correct.

121

1      Q.   Is there anyone in the Chicago Police

2   Department to your knowledge who does have that

3   role?

4      A.   Research and Development Division.

5      Q.   Okay.  Any particular person in the

6   Research and Development Division?

7      A.   I can't say.

8      Q.   And so what does the Research and

9   Development Division do?

10      A.   They develop rules, procedure for the

11   Chicago Police Department.  And they're also --

12   they provide the statistical data that we deliver

13   to outside agencies regarding the Chicago Police

14   Department.

15      Q.   And you also testified that the ban on

16   carrying firearms outside of the home advances the

17   interest in reducing the number of firearms

18   entering the illegal market; is that correct?

19      A.   That's correct.

20      Q.   And you don't have any empirical evidence

21   that that's case, do you?

22      A.   No, I don't.

23      MR. PATTERSON:  Okay.  Nothing further.

24      MR. AGUIAR:  I think we're done, and we reserve

122

1    signature.

2              (FURTHER DEPONENT SAITH NOT.)

3         (Proceedings concluded at 11:44 a.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

123

1            IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF ILLINOIS

3                  EASTERN DIVISION

4    ILLINOIS ASSOCIATION OF    )

5    FIREARMS RETAILERS,        )

6    et al.,                    )

7          Plaintiffs,    )

8      vs.                 ) No. 10 CV 04184

9    THE CITY OF CHICAGO and    )

10   RICHARD M. DALEY, Mayor    )

11    of the City of Chicago,    )

12          Defendants.    )

13       I, KEVIN JOHNSON, being first duly sworn,

14   on oath say that I am the deponent in the aforesaid

15   deposition taken on the 19th day of April, 2011;

16   that I have read the foregoing transcript of my

17   deposition, consisting of pages 1 through 122

18   inclusive, and affix my signature to same.

19       _____

                  KEVIN JOHNSON

20

21   Subscribed and sworn to

      before me this        day

22   of            , 2011

23

24   Notary Public

124

1    STATE OF ILLINOIS )

2              )  SS:

3    COUNTY OF C O O K )

4        I, JENNIE MODI, a notary public within and

5    for the County of Cook County and State of

6    Illinois, do hereby certify that heretofore,

7    to-wit, the 19th day of April, 2011, personally

8    appeared before me, at 33 North Dearborn Street,

9    Suite 300, Chicago, Illinois, KEVIN JOHNSON, in a

10   cause now pending and undetermined in the Circuit

11   Court of Cook County, Illinois, wherein ILLINOIS

12   ASSOCIATION OF FIREARMS RETAILERS, et al., are the

13   Plaintiffs, and THE CITY OF CHICAGO, et al., are

14   the Defendants.

15       I further certify that the said KEVIN

16   JOHNSON was first duly sworn to testify the truth,

17   the whole truth and nothing but the truth in the

18   cause aforesaid; that the testimony then given by

19   said witness was reported stenographically by me in

20   the presence of the said witness, and afterwards

21   reduced to typewriting by Computer-Aided

22   Transcription, and the foregoing is a true and

23   correct transcript of the testimony so given by

24   said witness as aforesaid.

125

1        I further certify that the signature to

2    the foregoing deposition was reserved by counsel

3    for the respective parties.

4        I further certify that the taking of this

5    deposition was pursuant to notice and that there

6    were present at the deposition the attorneys

7    hereinbefore mentioned.

8        I further certify that I am not counsel

9    for nor in any way related to the parties to this

10   suit, nor am I in any way interested in the outcome

11   thereof.

12        IN TESTIMONY WHEREOF:  I have hereunto set

13   my hand and affixed my notarial seal this 4th day

14   of May, 2011.

15

16

17

18

19   _____

20   NOTARY PUBLIC, Cook County, ILLINOIS

21   LIC. NO. 084-004497.

22

23

24

126

1          McCorkle Court Reporters, Inc.
           200 N. LaSalle Street Suite 300
2           Chicago, Illinois 60601-1014
3
4     May 4, 2011
      MR. WILLIAM MACY AGUIAR
5     ASSISTANT CORPORATION COUNSEL
      DEPARTMENT OF LAW
6     30 North LaSalle Street, Suite 1230
      Chicago, Illinois  60602
7
      IN RE: ILAFR v. The City of Chicago
8     COURT NUMBER: 10-CV-04184
      DATE TAKEN: April 21, 2011
9     DEPONENT: Kevin Johnson
10    Dear Mr. Aguiar:
11    Enclosed is the deposition transcript for the
      aforementioned deponent in the above-entitled
12    cause.  Also enclosed are additional signature
      pages, if applicable, and errata sheets.
13
      Per your agreement to secure signature, please
14    submit the transcript to the deponent for review
      and signature.  All changes or corrections must be
15    made on the errata sheets, not on the transcript
      itself.  All errata sheets should be signed and all
16    signature pages need to be signed and notarized.
17    After the deponent has completed the above, please
      return all signature pages and errata sheets to me
18    at the above address, and I will handle
      distribution to the respective parties.
19
      If you have any questions, please call me at the
20    phone number below.
21
      Sincerely,
22    Margaret Setina          JENNIE MODI
      Signature Department          Court Reporter
23                    (312)263-0052
      cc:  ALL COUNSEL OF RECORD
24

**A**

abide
  17:1
abiding
  34:12,16
able
  17:4,9 30:7
  50:24
aboveentitled
  126:11
access
  15:7 16:2
  17:24,24
  19:1,5 29:11
  29:16
accommodate
  5:15
account
  19:9,13
accurate
  58:15 59:18,23
  91:2
acquire
  84:3,11,22
  86:16
acquired
  29:19
acquiring
  32:10
acquisition
  32:19 40:24
acronym
  15:16
act
  53:12 81:1,2
activations
  15:20
active
  49:24
actively
  10:24
activities
  7:11 13:15
  62:18 87:5
  111:24
activity
  51:6 52:5
actual
  19:19 28:21
  69:1 72:21
addition
  65:7 66:16
  107:3,10
  114:10
additional
  106:23 107:1
  114:12
  126:12
address
  68:14 126:18
administration
  9:12
administrative
  11:20
adult
  8:21
advance
  82:13 87:20
  88:23 89:2
  91:17 104:23
  105:6,15
  106:10 120:1
advanced
  106:15
advances
  117:21 121:16
advice
  11:20
advise
  25:12 75:7
affairs
  79:5
affect
  78:23,23 79:7
  79:8
affiliations

21:4
affix
  123:18
affixed
  125:13
afield
  94:24 101:23
aforementioned
  126:11
aforesaid
  123:14 124:18
  124:24
agencies
  35:1 61:24
  65:13 121:13
agencys
  27:2
ago
  4:22 20:17,20
  92:10,24
agree
  52:14 53:17,22
  66:21 67:8
  67:10
agreement
  126:13
aguiar
  2:10 3:5 10:2
  10:19 11:7
  12:15 13:18
  15:8 18:14
  19:3 25:9
  26:19 28:19
  30:23 31:23
  33:19,22
  34:22 36:3,7
  36:20 37:4
  37:14 39:7
  39:16 40:1,6
  42:3,18,24
  43:23 44:18
  45:6,10,15
  45:18 46:5
  46:21 47:10
  47:21 50:9
  51:10,15,19
  51:23 52:17
  52:22 54:20
  55:22 56:14
  57:11 58:12
  59:21 60:10
  62:20 63:5
  65:11 66:4,9
  67:6,18 68:2
  68:23 70:7
  71:12,18
  72:13 73:23
  74:6 76:3,8
  77:12,19
  78:20 79:14
  80:4,13
  81:18,21
  83:9,20 84:5
  84:12,15,18
  85:21,24
  86:4 88:20
  89:16,22
  91:4 93:14
  93:17 95:3
  96:23 97:7
  97:12,22
  98:13,18
  99:18,23
  100:2,5,18
  101:4,20
  102:24 103:9
  103:16
  104:16
  105:16
  106:17,23
  110:7,15
  111:1,12
  112:7 114:17
  115:4,9
  116:1 117:2
  117:8 120:15
  120:18

121:24 126:4
  126:10
aimed
  78:12
al
  123:6 124:12
  124:13
alleged
  112:11
allowed
  32:6
amendments
  81:1
anecdotal
  93:22
annual
  35:18 39:23
  46:18 57:10
  60:3
annually
  57:14
anonymity
  47:23 48:7
answer
  5:9 11:7 13:19
  17:11,13,14
  18:14 19:4
  25:10 26:20
  28:19 30:24
  33:20 34:23
  36:20 37:5
  37:15 39:8
  39:17 40:6,7
  42:4,5,7,23
  43:6,24
  44:24 46:7
  46:22 47:10
  47:21 50:12
  52:18,23
  54:21 55:22
  55:23 59:22
  60:11 63:6
  65:11 66:4,9
  67:7,19 68:3
  68:24 70:7
  71:19 72:13
  73:24 74:7
  74:6,8 77:13
  77:20 78:20
  79:23 80:5
  80:14 82:4
  83:2,10,21
  88:20 90:17
  95:3 97:6
  99:3 101:20
  102:17
  103:10
  104:17
  105:16
  106:17 110:8
  110:15 111:1
  114:24 115:2
  115:14,16
answered
  39:7 54:20
  74:6 112:7
answering
  101:12
answers
  101:16
antigun
  5:20 6:1,7
  9:19 108:20
anymore
  19:1
appearances
  2:1
appeared
  124:8
applicable
  90:6 126:12
apply
  90:5
appreciate
  43:16
approximately

6:22 8:15 93:3
april
  1:23 6:12
  123:15 124:7
  126:8
archive
  49:13
area
  75:16 87:10
  114:21
areas
  24:9,11 92:16
arent
  5:6 50:18
  53:10 57:24
  103:6
arrangement
  12:22
arrest
  26:4,6
arrested
  26:8
aside
  60:14
asked
  39:7 40:21
  47:1 54:20
  74:6,12
  78:18,21,22
  79:4,10 80:3
  80:12 81:7
  81:15 97:15
  104:11 112:7
asking
  4:12 17:6
  22:14,19
  37:23 38:4,6
  41:8,20
  51:13,17
  70:12 76:19
  79:21 80:1
  84:6,9 100:1
  100:3,13
  107:1
aspect
  75:7 109:21
assembled
  104:8,14,22
assert
  115:13
assigned
  6:2 7:3 8:5,8
  8:14 10:9,10
  11:24 12:1
assignment
  10:11 11:2,4
assist
  61:9 74:12,15
  78:18 87:24
  108:16
assistance
  28:6
assistant
  2:11 126:5
assisted
  70:23
assisting
  47:12
associated
  22:6 51:6 52:5
  94:8 95:1
association
  1:5 4:13 123:4
  124:12
assume
  24:18 103:5
  107:24
assuring
  98:8
atf
  12:2,7,11
  14:23 16:6
  17:5,10 18:5
  18:18 19:9
  19:12 21:6
  21:20 23:1,4

23:16 29:17
  29:18 47:16
  47:20 57:2,9
  57:19,20
  59:17,20
  60:2,6 62:1
  62:10,15
  64:2,3,22
  69:6,12,13
  69:15,22
  70:2,9,9
  77:21 110:16
  110:19
  111:14,20
atfs
  14:15 69:16
attack
  120:7
attain
  16:5
attend
  9:7
attended
  9:8 62:6,10
attorneys
  74:22 75:2
  125:6
authored
  51:12
authoring
  49:8 118:14
authorized
  19:11,12 28:6
  28:7 30:16
  87:6
available
  18:18 88:8
  89:7
avenue
  2:5
average
  27:6 58:4,7,10
aware
  35:8 36:16
  37:2 44:12
  44:13 46:2
  66:20 67:15
  67:16 96:9
  88:17 95:9
  95:20 96:3,4
  96:7,8,19
  97:13 98:3
  98:24 100:2
  101:1 104:24
  107:6,14
  119:3,22
  120:11

**B**

b
  3:11
back
  6:23 9:17
  13:22 14:18
  14:23 18:9
  20:2,10 21:7
  27:9 45:12
  63:22 72:9
  86:3 88:5,7
  90:3,18
  93:23 94:18
  104:10 105:3
  111:9 112:9
  120:6
background
  102:12
backgrounds
  33:9
ballpark
  29:4 39:5
ban
  32:5 83:7
  84:12,20
  85:9,13,15
  85:19,19
  86:12 87:15

87:20,24
  91:16 98:20
  99:20 106:16
  107:9,12
  119:21,24
  121:15
banned
  32:3
banning
  82:12,23 83:17
  83:24 88:13
bans
  87:17
based
  24:15 25:21
  51:19,21
  86:21 93:13
  104:12
basically
  15:17,18 35:23
  47:11 80:24
basing
  116:20
basis
  20:13 26:17
  27:5 39:23
  57:10 60:3
  77:24 114:24
bates
  60:24
beginning
  7:24 71:7
believe
  17:18 44:1
  47:24,24
  49:6,22
  57:12,18
  89:18
benefit
  47:3
best
  5:10
beyond
  8:16 59:7,10
  91:14,15
biennial
  35:20 118:3
bill
  92:12
bit
  5:24 8:12
  45:22 116:17
bottom
  58:3 75:10
  78:10
bound
  59:3
break
  5:14,17 26:23
  56:15 103:14
briefing
  71:5
broader
  13:11
brought
  72:9 97:13
  113:16
bulletins
  70:24
burden
  85:7 86:14
bureau
  61:16 66:13,17
  76:10 108:7
burglaries
  27:21,22 105:9
burglary
  27:17,19 28:10
  53:5 88:9
  89:9 105:11
  120:7
business
  91:1
buy
  84:8

| | | | | |
|---|---|---|---|---|
| **C** | cards | 68:12 69:6 | civil | 64:3 70:17,21 |
| c | 15:19 | 72:15 75:16 | 1:17 | 74:20 |
| 2:6 124:3 | carried | 75:19,23 | clarified | confidential |
| cage | 42:13,17 43:22 | 77:3,10,17 | 5:13 | 113:13 114:13 |
| 6:2,6,10,12 | carry | 78:24 79:7 | clear | 114:16 115:3 |
| 9:20,22 10:7 | 80:21,24 | 79:16 82:13 | 82:2 116:19 | 115:21 116:7 |
| 10:15,24 | 119:21,24 | 82:18,23 | clearly | conflicts |
| 11:1,12,13 | carrying | 83:1,4,5 | 79:17 | 21:5 |
| 11:17 13:9 | 121:16 | 84:1,21 85:3 | client | conjunction |
| 13:16 34:6 | case | 85:11,16,17 | 114:20 115:4 | 69:12 |
| 34:11,20 | 4:13 19:15,20 | 86:10,15,24 | close | connect |
| 35:6 42:23 | 20:5 42:21 | 87:10,12,17 | 86:10 | 22:21,24 23:1 |
| 43:1,19 | 49:3 52:24 | 88:8,9,11,14 | college | connection |
| 44:14 47:5,9 | 72:1 82:3 | 88:17 89:1,4 | 9:5 | 116:17 |
| 48:15,17 | 104:13 114:8 | 89:12 90:4 | column | consider |
| 49:15,17,21 | 121:21 | 90:20,22 | 51:3 | 40:19 71:20 |
| 50:11,19 | cases | 91:3 92:15 | combat | 119:11 |
| 51:4,8,20,22 | 54:5,9 63:11 | 92:16 95:10 | 7:9,12 13:17 | considered |
| 52:3 55:8,19 | categories | 95:12,15,19 | 35:2 | 32:19 100:22 |
| 56:5,9 58:6 | 32:17 34:3 | 96:14,18,22 | combating | consistent |
| 58:18 62:14 | 113:3 | 98:21 99:13 | 65:10 | 42:11 |
| 62:18 63:20 | category | 100:14,16 | combatting | consisting |
| 64:2,9,13,18 | 28:18 | 102:6,14,20 | 34:20 50:1 | 123:17 |
| 64:19,21 | cause | 104:13 | 62:16 | constant |
| 65:8,12 | 63:16 124:10 | 105:12 | combination | 58:18 |
| 66:16,22 | 124:18 | 108:20 | 66:12 | constitutional |
| 67:12 68:18 | 126:12 | 109:21 | come | 98:22 |
| 69:9 70:4,12 | cc | 111:19 | 10:1,11 14:8 | consult |
| 70:17,21 | 126:23 | 116:14,15 | 18:10 19:24 | 15:12 23:20 |
| 71:9,16 72:1 | certain | 118:3 119:4 | 22:24 25:6 | 24:4 29:17 |
| 72:4,10,11 | 70:17 | 119:5,6,8,10 | 29:6 33:17 | 124:20 115:4 |
| 72:20,24 | certainly | 121:1,11,13 | 63:19,22 | consulted |
| 73:2,19 | 103:16 | 123:9,11 | 90:18 | 43:4 61:15 |
| 74:20 75:1 | certify | 124:9,13 | comes | contact |
| 76:14,18 | 124:6,15 125:1 | 126:2,6,7 | 18:11 20:2 | 17:23 23:16 |
| 77:9 78:18 | 125:4,8 | chicagos | 21:6,7 22:4 | continued |
| 81:5 82:9,11 | challenge | 43:22 55:10 | 22:14 25:1 | 42:10 |
| 82:19,22 | 68:14 | 83:7 87:15 | 28:17,17 | contributed |
| 83:13,16 | chance | choose | 112:8 | 42:19 |
| 84:2 86:22 | 88:9 114:19 | 19:14 | coming | convicted |
| 87:23 88:12 | chang | circuit | 54:9 76:16 | 31:7,7 33:6 |
| 95:8 96:20 | 79:17 | 124:10 | command | cook |
| 97:2,24 | change | circumstance | 11:19 108:6 | 1:2 8:21 26:3 |
| 98:15 99:9 | 56:6 67:11 | 9:18 52:12 | commander | 26:13 74:21 |
| 99:14 102:3 | changed | circumstances | 71:6 108:2 | 124:5,11 |
| 102:22 103:6 | 55:9 56:10 | 16:17 25:16 | commanding | 125:20 |
| 104:21 106:9 | 108:7 | cis | 109:8 | cooper |
| 106:14 | changes | 115:10 | commission | 2:3 |
| 108:21 109:2 | 55:20 67:24 | cities | 50:21 97:10 | cooperatively |
| 109:10,12 | 81:1 126:14 | 7:10 | 100:10 102:5 | 62:14 |
| 110:1,2,11 | changing | citizen | commissions | coordinate |
| 112:1,5,21 | 116:13 | 48:3 | 91:23 | 34:24 |
| 113:2,16,21 | changs | citizens | community | copy |
| 114:5,10,11 | 82:1 | 32:12 34:12 | 65:19 93:7 | 35:19 72:21 |
| 114:15 | characterizing | 47:1 48:1 | 94:2,4,17 | 106:2 |
| 118:11,21 | 46:6 | city | compare | corner |
| 120:10 | chart | 1:12,14 4:14 | 83:5 | 75:11 |
| calendar | 42:8 46:16 | 11:15 14:15 | compared | corporation |
| 110:12 | checks | 14:21 16:8 | 65:22 | 2:11 126:5 |
| caliber | 47:16,20 | 18:13 30:3,6 | compiled | corporations |
| 16:14 | chicago | 38:13 39:15 | 44:11 | 96:18 |
| call | 1:12,14 2:14 | 42:17 45:5 | completed | correct |
| 16:7 70:22 | 4:14 5:2,20 | 46:23 49:2 | 126:17 | 5:21,22 8:11 |
| 71:2 80:15 | 6:1,3,7 7:4 | 49:23 50:2,4 | computeraided | 10:7 12:5 |
| 114:18 | 8:4 9:8,14 | 55:15 59:15 | 124:21 | 19:22 21:8,9 |
| 126:19 | 10:14 11:15 | 60:24 61:19 | concealed | 24:20 25:2 |
| called | 12:4,8 14:5 | 63:12 67:5 | 80:21,24 | 31:22 32:3 |
| 1:16 49:3,15 | 14:21 15:4 | 67:24 68:8 | concerned | 33:4,5 34:8 |
| 60:23 | 16:8 19:11 | 75:10 78:23 | 34:11,15 | 34:9 51:1,2 |
| cant | 20:18,21 | 82:12 83:24 | concluded | 54:5,11 |
| 15:15 17:11,13 | 24:1,19 | 84:20 85:16 | 122:3 | 56:12 58:23 |
| 17:14 24:21 | 27:15,16,18 | 86:10,24 | conclusive | 72:2,3,12 |
| 24:22 29:1 | 28:2 31:21 | 87:18 91:21 | 55:23 | 73:3,15 |
| 30:9 32:21 | 32:3,13 | 95:10,12,14 | conduct | 80:16 83:15 |
| 32:22 38:2 | 35:18,20 | 95:18 96:14 | 14:3,20 25:13 | 89:16 91:8 |
| 40:7,11,12 | 39:15,24 | 96:18,22 | 25:14 35:1 | 93:15 94:24 |
| 42:5,7 54:15 | 41:13,18 | 98:21 100:13 | 59:6,8 62:21 | 113:17,18,24 |
| 54:15 55:23 | 43:7 46:24 | 100:16 102:5 | 63:17 64:3 | 116:22 |
| 69:1,16 70:2 | 49:2,4 51:6 | 102:20 | 64:23 70:22 | 119:18 |
| 85:2 90:17 | 52:4 55:15 | 106:16 123:9 | 114:14 | 120:23,24 |
| 95:16 106:3 | 58:8,11 | 123:11 | conducted | 121:18,19 |
| 121:7 | 59:14,15 | 124:13 126:7 | 55:1,4 61:23 | 124:23 |
| capacity | 60:8 61:24 | citys | 62:11 | corrections |
| 5:1,1,3 6:15 | 62:9 63:12 | 34:19 42:13 | conducting | 126:14 |
| card | 64:6,11,20 | 98:20 106:16 | 64:15 114:12 | couldnt |
| 15:21 47:2 | 65:20 67:5 | 107:9,12 | conducts | 28:20 57:13 |
| | | 119:21,24 | | |

| | |
|---|---|
| 66:10 | |
| counsel | |
| 2:11 60:22 | |
| 125:2,8 | |
| 126:5,23 | |
| county | |
| 1:21 8:22 26:3 | |
| 26:13 74:21 | |
| 124:3,5,5,11 | |
| 125:20 | |
| couple | |
| 22:14 61:20 | |
| 97:20 117:2 | |
| 117:9 | |
| course | |
| 16:3 112:9 | |
| 120:18 | |
| court | |
| 1:1 5:8 101:17 | |
| 123:1 124:11 | |
| 126:1,8,22 | |
| courts | |
| 1:18 26:10 | |
| cover | |
| 74:15 | |
| covered | |
| 112:3 | |
| cpd | |
| 12:4 97:1,14 | |
| 97:14,23 | |
| 98:4,16,23 | |
| 99:9,17,19 | |
| 99:21 101:2 | |
| 101:5,8 | |
| created | |
| 49:18,21 94:20 | |
| 94:21 | |
| creates | |
| 93:9 | |
| creation | |
| 50:8 | |
| crime | |
| 6:19 15:2 | |
| 20:14,21 | |
| 24:15 41:15 | |
| 50:3,21 | |
| 52:10,11,12 | |
| 59:12,12 | |
| 64:1 71:16 | |
| 71:21 74:9 | |
| 74:10,13 | |
| 77:17 78:4,4 | |
| 94:19,20 | |
| 95:2 100:17 | |
| 105:3,7,8 | |
| 109:13,16 | |
| 116:14 | |
| crimes | |
| 41:14 42:12 | |
| 73:11 75:16 | |
| 75:19,23 | |
| 91:23 94:8 | |
| 96:8 97:10 | |
| 99:16 100:10 | |
| 102:5 108:23 | |
| 109:1,6 | |
| criminal | |
| 26:2 33:8,9 | |
| 51:6 52:5 | |
| 86:20,23 | |
| 87:3 102:12 | |
| curbing | |
| 78:12 | |
| current | |
| 9:17 73:11 | |
| currently | |
| 9:11 95:9,18 | |
| customer | |
| 9:2 | |
| cut | |
| 59:1 | |
| cv | |
| 1:11 123:8 | |

| **D** |
|---|
| d |

```
       2:6  3:1
daily
  70:24
daley
  1:13  75:12
  123:10
data
  121:12
database
  14:15,17  15:5
  16:6  17:10
  17:17,20,24
  18:1,5,7,16
  18:18  21:20
  21:24
date
  126:8
dated
  108:10
day
  1:23  123:15,21
  124:7  125:13
days
  20:17,18,20,21
dealer
  68:21  69:2,7
dealers
  31:14  34:16,16
  68:13,19
  69:10  70:5
  70:10  75:14
  75:17,17,21
  75:21  76:14
  76:15,20,22
dealing
  62:3,5  73:20
dear
  126:10
dearborn
  1:22  124:8
debit
  47:2
december
  57:3
decide
  23:21
decided
  26:1
decision
  18:6
decisions
  48:10
decline
  42:10,11  43:20
deceasing
  105:7
dedicated
  19:9
defaced
  16:20
defendants
  1:15  2:16
  123:12
  124:14
define
  112:23
defined
  109:13  110:1
definition
  30:22  110:3,4
definitive
  30:7
degree
  85:5
deliver
  121:12
department
  2:12  6:4,15
  7:4,21  8:2,5
  8:19  10:14
  12:4  15:4
  18:13  19:12
  19:16  21:13
  35:18,20
  40:14  41:6,8
  41:13,18,22

43:8,17
44:11  46:24
49:24  55:4
59:19  60:1,9
62:1,9  65:20
69:6  72:10
72:15  78:24
79:8  95:21
96:1  99:13
102:7,12,13
109:20,22
118:4  121:2
121:11,14
126:5,22
departments
24:5  68:12
100:14
depends
59:11
deponent
122:2  123:14
126:9,11,14
126:17
deposed
4:15,18
deposition
1:16  3:13  4:21
6:6  35:13
48:21  56:21
60:17  101:14
103:21
107:17
123:15,17
125:2,5,6
126:11
depositions
1:19
deputized
12:9
deputy
108:6
describe
5:23
desire
11:1  85:8
86:15
destroyed
48:16
detail
35:23
detailed
12:2,17
determination
14:19  25:1,22
25:24  59:11
determine
20:11  24:7,8
83:6  111:6
determining
48:18  58:22
develop
110:23  121:10
developed
57:19  61:7,17
109:7
developing
61:9,12  62:15
65:9  70:23
78:14,19
development
44:19,23  61:15
66:13,17
76:11  121:4
121:6,9
didnt
32:5  68:9  85:9
85:13,15
died
53:6
different
8:1,3  22:21
50:7  92:16
100:3  116:17
differently
101:11
difficult

84:2,7,10,13
84:21  86:19
86:22  87:1
87:12,14
difficulty
85:5
direct
11:19  17:24
30:5  37:23
45:1  55:5,6
94:5
directed
10:13
directive
103:12
directly
11:24  12:1,3
44:12,13
66:20  69:19
70:8,10,13
116:8
discard
20:6
discovery
79:20  82:3
disposition
24:17
distinguished
64:18
distinguishing
30:18
distribution
126:18
district
1:1,2,18  7:5
7:18  8:6,7,8
8:15  70:23
123:1,2
division
1:3  6:19  7:3
44:20  71:3
76:11  109:13
109:16  121:4
121:6,9
123:3
document
20:2  43:8,12
43:13  45:7
49:5,8,11,12
51:11,12,16
51:18  55:7
57:4,7,17
60:21  61:2,6
61:10,13,17
63:23  66:22
66:19,23
67:1,6,8,10
67:14  74:19
76:2  77:6
107:22
109:15
110:23
111:16  113:2
116:18  118:5
118:8,15,17
documents
24:13  103:15
109:7,9
doe
114:13,15
115:2,10,20
116:7
doesnt
30:3  40:2
105:22
doing
7:23  57:19
domestic
32:16
dont
5:12  9:21  10:3
10:20  18:23
19:1  21:15
21:19,22,23
22:20  25:5
29:11  30:10

30:11  33:19
33:23  36:4
38:16,22
42:21  45:1
47:20  50:13
50:15,23
53:24  54:22
54:24  55:14
56:1  66:24
75:24  85:22
89:22  93:11
93:18  96:16
101:11
113:15
115:17  116:1
121:20,22
dots
22:24  23:1
downward
36:23  37:3
drafted
66:11
drafting
43:12  66:1,8
66:19  76:1
77:5  108:4
drop
36:17
drops
36:15
due
27:1  55:24
duly
4:2,4  123:13
124:16
duties
96:21  98:17
99:11

        E
e
3:1,11
earlier
40:22  50:22
52:9  94:19
111:11  118:6
easier
85:10,12,14,19
eastern
1:3  123:3
educate
62:2  69:10
educating
69:7  70:5,10
education
9:5,5,10
effect
110:5
eight
11:24  12:1,3
64:20
either
26:13  27:16
47:2
emergencies
73:17
emergency
73:11
empirical
88:22  83:17
88:13  93:15
93:16,18,24
95:4,6
116:21
121:20
enacted
55:16,19  56:1
56:10  79:19
104:3
enactment
55:10  79:16
enclosed
126:11,12
ended
53:11
enforcement

5:20  6:2,8
9:19  12:14
35:1  61:24
62:2,7,8
64:14  65:5,8
71:11,14
96:10  108:21
114:19,23
engage
13:16  28:6
62:19  87:4,8
englewood
8:7
entered
120:13
entering
106:13  107:4
107:11
117:22  120:2
121:18
entitled
31:15,17,21
32:9  33:2,18
34:4  41:1
84:4,10,22
85:18  101:18
119:16
errata
126:12,15,15
126:17
especially
98:23
established
42:19  43:3
108:22  109:5
110:1
establishment
50:11  109:2
estimate
17:3  39:21
et
123:6  124:12
124:13
etrace
14:15  19:13
63:22
evaluate
118:21
event
46:23
events
46:18,20  47:6
47:17  48:18
eventually
25:1  48:16
evidence
47:14  72:19
82:23  83:17
88:13  93:5
93:11,15,16
93:19,21,22
93:24  94:5,6
94:14,24
116:21
121:20
exact
15:15  54:15
exactly
53:10
examination
1:17  3:2  4:6
117:7  120:19
examined
4:4
example
33:14  53:4
91:11
examples
78:11  79:9
exchanged
39:22
exclusively
65:2
exhibit
3:13  35:14,17
35:19,24

36:1,9  42:9
44:7,8,8
48:22  49:2
56:20,22
57:1,23
60:15,16,18
60:21  103:20
103:22
107:16,16,18
107:22  111:9
111:12,14
117:11  118:2
exhibits
35:12
experience
43:1,18,20
51:19,21
52:6,15  55:8
58:6  66:22
67:3,12,22
68:6,18
76:13  78:2,9
82:11  84:1
86:21,22
92:5,7,22
100:14
120:10
experiences
82:8
explain
46:3  108:8
explanation
36:16
expressed
11:6
extent
43:19  45:4
79:14,21
83:10,21
114:17

        F
f
108:2
facets
23:23,24
facilities
102:7,13
facility
102:12
fact
43:5  55:24
115:10
factors
20:8  58:21
fail
97:22  98:5,18
100:5  101:4
101:8
fair
18:4  86:6,7
fall
115:12
familiar
5:5  109:18
family
48:6  53:6,6
far
56:9  96:23
99:18  101:23
fax
20:2
faxes
20:3
fear
114:22
february
108:10
federal
7:9  26:21  27:1
31:17  32:17
33:3,16  34:4
35:1,7  96:13
felon
31:7  32:16
felons
```

33:6 34:7
**fewer**
42:12,16 43:21
44:2
**field**
70:24 72:15
73:3,4,6,14
73:20 74:9
99:18
**figure**
23:14 39:5
**file**
19:15,18,21,21
20:5
**find**
14:20 16:4
17:21 20:19
24:6 97:7
**fine**
17:16 36:7
43:2 51:15
56:16 84:15
101:17
104:12
**finish**
5:9,17 81:18
**finished**
81:20
**fire**
105:21
**firearm**
13:10 14:9,11
14:14,14,20
16:19 22:9
31:14,14,16
31:18 33:15
40:15,20,21
40:24 41:6
41:11,17
44:9 48:2
54:6 62:21
64:10,22
69:7 71:1
72:2,5,9,14
73:14 75:18
84:3,4 85:8
87:24 88:18
88:19 89:18
91:16 97:11
104:7,8,14
104:22
105:22 113:8
113:16 114:6
117:14,16
118:8 119:5
119:9,12
120:12
**firearms**
1:6 4:13 11:14
14:4 15:15
16:7 17:14
22:11 27:11
27:14,18,20
28:1,8 30:15
30:16,19,22
31:4,8 33:18
34:4,12,15
34:16,20
35:2,24
36:12,18
37:3,11,12
37:21,22,22
38:7,12,18
39:14 40:10
40:22 41:4,7
41:14 42:11
43:21 44:2
45:3,22 46:3
46:17 47:1
50:2,20,23
51:5 52:4,15
53:18 54:2
55:10,20
55:19 59:15
59:17 62:3,5
64:5 73:21
75:4 76:22

81:8 84:8,11
84:22 85:10
85:13,15,18
85:20 87:17
87:20,22
88:13,14,24
89:3 90:6,10
90:12 91:19
91:23,24
92:1,6,7,17
92:18,20,21
92:22,23
93:4,6,8,12
93:13 94:1,3
94:7,12,15
94:16 95:1,9
95:11,14,18
95:22,24
96:5,6,10,13
96:17,21
97:10,23
98:1,3,15
99:10,17
100:9,11,12
100:15 102:6
102:23 103:8
104:2 105:23
106:13,16
107:4,9,11
107:12
110:12
111:18
112:12,17,22
114:11 119:4
119:6,10,21
120:1 121:16
121:17 123:5
124:12
**first**
4:4,15 7:20
14:7 18:4
27:13 44:10
49:16,20
51:3 61:1
81:23 87:16
98:13,14
104:5 105:5
106:5 108:14
108:19
110:13 112:1
116:12 117:3
119:6,9
123:13
124:16
**five**
27:5 49:4 59:5
59:10
**fiveminute**
56:14
**fixed**
91:1
**florida**
20:17,20
**fluctuate**
120:23
**focus**
13:10,11,13
18:24 34:7
65:1 68:12
113:5,7
**focused**
76:17
**focuses**
13:12
**foid**
15:12,19,21
81:1,1
**follow**
73:8
**following**
73:6
**follows**
4:5
**followup**
98:10 117:9
**followups**
117:3

**footnote**
46:16
**foregoing**
123:16 124:22
125:2
**foreign**
16:15,24 17:1
**form**
13:18 18:10
19:3,24
30:23 31:23
33:19 52:17
52:22 68:2
71:12 85:21
**formal**
45:16
**formalize**
45:7
**formulate**
71:23
**forward**
23:22 24:23
26:1 27:8
58:23
**found**
26:2 92:15
**foundation**
25:9 26:19
34:22 37:4
37:14 39:16
40:1 42:3,18
43:23 46:5
46:21 50:9
57:11 59:21
60:10 63:5
67:18 68:23
73:23 77:12
77:19 83:9
83:20 84:5
102:24 110:8
**four**
6:22,23 29:5
**frame**
58:12 78:6
**frequently**
98:4
**friendly**
18:17
**ftip**
15:13,14,16
17:16 18:7
**full**
51:4
**fully**
56:2
**function**
11:13
**funding**
35:6
**further**
17:22 18:6
19:18 20:4
26:10 97:8
97:15 99:5
101:21
120:15,19
121:23 122:2
124:15 125:1
125:4,8

---
**G**
---

**gander**
92:11,13
**gang**
6:3 13:6,8,10
13:12 21:3,4
74:11 112:18
112:21 113:15
113:5,7,12
113:14
**garage**
91:11,17
**general**
38:6 51:13
70:19 81:17
**generally**

27:10 32:4
62:14 85:20
**generated**
23:4
**getting**
34:21 79:15
96:23
**give**
11:19 14:24
15:23 30:7
54:15 55:23
79:5,6,11
97:20 98:9
**given**
11:2 64:2 71:5
103:11
124:18,23
**go**
5:5 7:24 19:15
20:8 23:21
24:15 26:1
27:8 71:4,4
72:4 73:2,4
73:5,14,19
77:1 97:8
77:16 105:8
111:5 112:2
**goes**
19:18 20:4
35:24 36:1
36:12 44:8
88:5,7 94:18
104:10 105:3
120:6
**going**
4:12 9:17
13:18 32:15
51:10 56:13
56:19 60:15
78:11 79:14
79:22 80:13
81:22 82:3
85:21 86:17
91:4 92:11
94:11 97:22
98:8 99:4
104:16
107:15 110:7
114:17,24
115:12,13
117:10,12,13
**gorman**
108:2
**government**
96:13
**governmental**
97:3,24 98:9
99:19 100:22
104:23
117:21
**governments**
17:1
**graduate**
9:10
**graduated**
9:9
**great**
28:24
**greater**
85:7 92:23
**ground**
5:5 112:3
**grounds**
80:14 101:11
101:13
**guard**
99:16
**guess**
27:13 31:3
34:2 50:16
54:3 70:12
71:23 112:20
115:15
**gun**
7:5,6,9,12,13
13:17 16:4

16:20 20:11
23:2,11 24:1
24:13,17
25:16,17
26:16 28:3
28:10 29:18
29:19 30:13
30:13,14,18
41:18 46:12
46:18,20
48:8 49:15
49:23 52:10
52:11,13
53:4,5 54:14
55:11,13,16
57:18 60:23
61:7,20,22
62:16 63:23
65:10,21
68:13 72:19
75:14,17,21
75:21 77:1,3
77:10,17,17
78:12 79:16
82:11,14,23
83:1,6,17,18
83:24 84:20
86:9,13 87:9
93:1 98:20
98:21 100:20
100:23 112:1
112:6 115:16
118:22
119:15,16,17
120:12,22
**guns**
21:12,17 22:6
22:21 23:7
23:14 24:10
24:14,19
28:7 29:14
39:18,22
41:21,21
42:1,13,16
42:17 43:22
46:7 49:4
53:11 54:13
58:7,11
65:20,23
66:23 67:4
67:23 68:7
68:16 75:5
75:15,19,22
76:16 78:3
82:17 88:10
89:10,13
90:21 92:10
92:14 99:1
100:7 116:14
117:22 120:2
120:9

---
**H**
---

**h**
3:11
**half**
17:12 54:17
**halfway**
50:16
**hall**
1:9
**hampshire**
2:5
**hand**
125:13
**handcuffs**
25:14
**handed**
49:1 57:1
**handgun**
31:22 32:3,9
32:10,13
86:15,16,21
86:23,24
89:7 90:24
108:23 109:1

109:6
**handguns**
32:6 90:10
**handle**
126:18
**handled**
11:20 92:9
**happen**
25:24 26:9
74:8
**happens**
14:16
**happy**
5:15
**hard**
86:19
**hasnt**
51:12
**havent**
30:2 43:15
55:1 114:19
119:2
**hazard**
94:22
**head**
81:11
**hereinbefore**
125:7
**heretofore**
124:6
**hereunto**
125:12
**hes**
13:6 51:11
80:2 97:12
97:12,19
98:3,24
99:20,23
100:2,21,23
**hicks**
92:12
**higher**
118:22
**hold**
48:18
**home**
27:23 89:8,13
89:19 90:8
90:23 91:11
91:13 104:7
104:8,15,23
117:15
119:22 120:1
121:16
**homes**
27:20
**hour**
1:23
**house**
89:10
**hypothetically**
89:9

---
**I**
---

**id**
3:12
**idea**
47:24
**identification**
35:15 48:23
56:23 60:19
103:23
107:19
**identified**
27:10 29:5
106:5
**identity**
76:15,19
**ilafr**
126:7
**ill**
5:7,9 16:7
33:14 45:12
45:14,16,18
52:17 54:3
68:10 79:4

101:20 102:2
**illegal**
11:14 27:12,15
28:3,14,15
28:17 29:19
29:20 30:18
30:22 31:4
32:11,19
33:1 34:21
35:2 37:12
37:22 38:9
39:14,23
40:15,19,22
41:4,7,11,18
41:21,21
42:1,13,17
43:21 50:1
53:11 62:3
62:16,21
65:10 68:12
68:16 75:8
82:10,14,18
82:24 83:8
83:18 87:5
87:21 88:1
88:14,24
89:3 91:18
93:8,12 94:3
94:16 98:2
99:2 101:7
105:12
106:13 107:4
107:11
117:22
119:13 120:3
120:9,13
121:18
**illegally**
14:21 16:4
38:21 52:16
52:19 53:14
53:18,22,23
54:3 85:10
86:16 88:10
**illinois**
1:2,5,21,22
2:14 4:13
12:13,18,23
13:1 15:5,12
15:24 17:23
18:2 19:24
27:4 31:9
57:2 58:2,4
62:24 63:13
63:24 64:24
65:2 87:7
92:13 111:14
123:2,4
124:1,6,9,11
124:11
125:20 126:2
126:6
**im**
4:11,11 5:9,15
9:11 12:1
13:18 22:14,18
22:19,23
35:8 36:19
36:21 37:6
38:4,4,6
40:23 41:19
44:12 51:10
51:17,17
56:13,19
57:14,24
60:15 66:20
67:15 70:12
78:3 79:14
79:22 80:1
80:13 81:18
81:20 82:3
84:9,18
85:21 86:17
89:23,24
90:14 91:4
94:11 95:20
96:3,7,11,19

98:7,8 99:4
100:1,3,13
101:18
104:16
106:19 107:6
107:14,15
109:18
110:12
114:17,24
116:1 117:10
117:11,13
**immediate**
13:3
**impact**
56:2 68:7 83:7
**importer**
16:15
**incidents**
112:19,21
113:6,8,15
**include**
46:17 91:11
**including**
50:20
**inclusive**
46:12 123:18
**increase**
46:6 67:13,17
78:7 93:7
94:3,15,20
100:19,24
101:7 108:23
109:1,6
**increased**
65:22
**increases**
88:10 93:12
**increasing**
77:2,10 78:1
116:14
**indented**
50:18
**independently**
115:23
**indiana**
92:14
**indicate**
42:12,16 43:21
**indicated**
91:22
**indication**
15:23 20:23
65:22
**indirectly**
70:14
**individual**
19:20 20:5
**individuals**
21:11 27:19
86:14 96:17
112:12
**inform**
70:24
**informants**
114:13,16
115:3,21
116:8
**information**
14:14,19,22
15:6,18 16:2
16:9,11,13
16:18 18:9
19:10,23
20:9 21:21
21:23 22:20
24:7,14
27:11 29:16
29:18 30:4
40:2 64:1
71:7 76:7
77:22 84:6
94:10 110:14
111:2 114:14
114:18,23
115:5,11
**initial**

98:9
**initially**
54:7,10,14,19
**initiate**
27:4 50:23,24
64:6
**initiated**
25:8 26:17
59:20 60:2,6
**initiates**
50:19
**injuries**
97:13
**injury**
4:23 91:23
96:9 97:10
99:16 100:10
100:17
**inner**
7:10
**inoperable**
90:16 105:15
**inquire**
84:4
**inquiries**
18:7 20:19
81:17
**inquiry**
17:5 18:5 30:1
30:2
**inside**
63:12,13
**instances**
120:11
**instruct**
79:22 82:4
114:24
115:13,16
**instructed**
99:15 102:4
103:6
**instructing**
97:5 115:1
**interest**
11:6 82:13
87:21 88:24
89:2 91:18
105:15 106:4
121:17
**interested**
125:10
**interests**
104:24 106:8
106:15
107:10
**interview**
25:11,13,15
**introduce**
35:11 103:19
**introduced**
27:15,18 28:2
**introducing**
68:16
**introduction**
27:11
**intrude**
115:17
**inventoried**
48:15 72:19
**inventory**
14:13 72:21
**inventorying**
47:13
**investigate**
11:14 48:2
73:14
**investigation**
14:20 16:3
17:22 19:17
19:19,21
20:4 23:19
23:22,23
24:14 25:7
58:23 59:8
63:17,21
64:3,4,10

73:7,9 92:9
112:6,10
113:12,22
**investigations**
6:3 7:13 11:19
13:6,9 14:4
22:9,11
26:18 27:2,3
35:2 59:5,6
62:22 63:3
63:14 64:7
64:15,23
65:2,7 73:21
74:12,13,16
78:3 112:2
114:12
115:22
**investigative**
61:16 66:13,18
76:10 108:7
**involve**
112:22 113:8
113:15
**involved**
45:1 47:5
48:17 63:20
64:9 72:1,11
112:5,8
113:21
**involvement**
12:13 14:8
**involves**
114:6
**involving**
113:19
**irrelevant**
81:23
**isnt**
32:2
**issue**
55:2 119:20
**issues**
62:4,5
**ive**
6:12 49:1 57:1
78:8 107:21

## J

**james**
13:4
**january**
57:2
**jennie**
1:20 124:4
126:22
**job**
7:1
**jobs**
8:24
**john**
114:12,15
115:2,10,20
116:7
**johnson**
1:16 3:3,13
4:3,10,11
35:13,17
48:21 49:2
56:20,21
60:16,17,21
96:24 103:21
104:1,2
107:16,17,21
107:24
117:10 118:2
119:3,19
120:21
123:13,19
123:9,16
126:9
**join**
11:1
**joined**
9:22
**joining**
8:18

**joint**
64:2,22
**joseph**
108:2
**judge**
79:17 82:1
**jurisdictions**
83:5

## K

**k**
124:3
**kathryn**
1:8
**keep**
20:5 38:14
60:1,5,9
104:7,14
105:21,21,23
**keeping**
104:22 117:22
**keeps**
104:6
**kenneth**
1:7
**kept**
105:14,14
106:1
**kevin**
1:16 3:3 4:3
4:10 107:24
123:13,19
124:9,15
126:23
**kind**
14:22 22:20
28:16 29:4
51:18 60:2
63:2 71:10
**kirk**
2:3
**knew**
69:2
**knock**
25:14
**know**
5:7,14 10:12
12:15 13:16
15:8 17:12
18:24 20:11
21:11 22:3
24:18,23,24
26:16,20
27:13 28:16
29:6,14
30:10,11
31:20 32:14
33:14,17
34:12,19
35:5 36:23
37:2,8,10,20
38:1,4,6,8
38:13,23
39:1,5,22
41:3,5 44:10
44:17,18,23
45:1 50:6
54:12,22,24
55:3,22
58:10,17
66:7,9,24
67:1 68:19
70:19 71:10
75:20,24
76:6,6,7 77:10
80:11 81:4,6
82:8 83:7,10
83:21 84:1
85:8 86:20
89:22 90:5
91:16,20
92:18 95:8
95:13,17,24
96:12,15,16
97:7 100:16
101:14 103:7

111:18 112:2
115:17,21
**knowledge**
30:5 49:19,20
50:12,13,15
51:7 55:5,6
67:12 83:11
91:22 92:2
102:3,23
103:3 121:2
**known**
8:6
**knows**
68:21

## L

**laid**
109:23
**larger**
13:13 40:9
**lasalle**
2:13 126:1,6
**late**
80:24
**law**
2:12 12:14
26:4 31:17
33:3,16 34:4
34:11,16
35:1 56:6,10
61:24 62:2,7
62:7 64:14
65:5,8 67:11
68:1,6 71:11
71:13 80:15
90:4,20 91:3
91:4,6,7
96:9 104:16
114:19,22
126:5
**lawful**
34:13,17
**lawfully**
38:14,17 90:21
90:23
**laws**
80:2,11 87:11
**lawsuit**
4:23 81:24
98:19 104:4
**lead**
22:17 67:13
92:23
**leads**
93:7 94:2,15
**leave**
63:16 71:4
**led**
22:8,10 50:8
79:16 99:1
109:1
**legal**
13:17 75:7
79:5,5 90:12
**legally**
31:8,12 38:20
39:2,6
**legislation**
78:12,15,19,22
79:7,10
80:10,16,19
81:6,16
**legislations**
75:11
**legislative**
79:15,23 81:22
82:2,5
**legitimate**
31:13 34:11
**level**
9:10 47:23
48:7 62:24
63:4 70:23
**lic**
125:21
**licensed**

31:14 68:13
68:19,20
69:7,10 70:5
76:22
**lieutenant**
13:4,6
**light**
43:20
**limit**
88:23 89:2
105:22
**limitation**
59:4 91:10
104:22
105:13 106:1
106:10
**limited**
42:24 78:9
**limiting**
120:2
**limits**
88:18 90:21
**line**
81:21
**lines**
24:11 33:6
**link**
24:8
**list**
23:7 78:15
**lists**
78:11
**little**
5:24 8:12
13:14 46:15
116:17
**local**
63:12,12 67:11
68:1,6
**locally**
24:1 26:21
62:22 63:3
**locate**
24:9
**located**
13:8
**location**
52:10 72:4
**locations**
21:4 86:10
**long**
6:10,20 92:10
**longterm**
63:14
**look**
14:18 19:9
21:4 24:4,12
29:8 35:22
42:7 45:12
46:15 56:2
57:16 58:22
59:2,18 69:8
69:10 70:6
71:1,6
**looked**
21:2 57:17
111:11,16
**looking**
20:10 45:21
74:20 111:9
111:21
**looks**
59:23
**lost**
24:14 81:8
89:24
**lot**
78:3 81:10
**low**
39:9,11
**lower**
42:15 78:4
111:20
118:22
**loyola**
9:8

**M**
**m**
1:13,24 122:3
123:10
**macy**
2:10 126:4
**main**
5:6
**maintain**
17:23 19:18
21:10 22:20
29:13 30:14
**maintained**
18:12 19:16
20:3 109:10
**maintains**
21:20
**majority**
52:15 53:17,22
54:2
**making**
47:12 65:23
67:4,23
**manufactured**
16:21
**manufacturer**
16:16
**margaret**
126:22
**mark**
56:20 60:15
107:15
**marked**
3:12 35:15,17
48:22 49:1
56:22 60:18
75:10 103:22
107:18,21
117:11 118:2
**market**
28:2,17,17
29:19 30:22
31:4,6 32:11
32:20 33:2
37:12,22
38:9 39:14
39:23 40:3
40:15,23
41:4,7,11
62:16 65:10
82:11,14,18
82:24 83:4
83:18 87:22
88:11,15
89:3 91:19
93:8,12 94:3
94:16 98:2
99:2 101:8
105:12 107:5
117:22
119:13 120:3
120:9,13
121:18
**markets**
27:12,15 34:21
68:16 106:13
107:11
**masters**
9:11
**matter**
14:8
**matters**
73:20
**maximum**
96:2
**mayor**
1:13 75:12
**mccorkle**
126:1
**mci**
9:1
**mean**
6:7 18:24 21:3
22:10 24:2
26:23 31:5

31:16 33:2
33:17 38:3
38:16 41:3,3
50:1 53:14,10
55:12 63:19
71:13 80:16
85:2,24
105:4 113:4
**meaning**
63:12 106:23
**means**
68:15
**meant**
40:22 89:20
**meet**
49:15
**member**
42:23 43:1,19
53:6,7 76:13
77:9 78:18
84:2 87:22
95:8 104:21
106:14
109:21
118:11
**members**
12:4 62:1,3,9
62:10,10
64:20,21
70:4 73:19
74:11,21
96:20 97:2
97:14,23
98:4,15 99:9
99:12,13,14
100:13 102:3
102:21,22
103:6
**memo**
107:23 108:5
108:14,17
111:21,23
**men**
11:18
**mentally**
33:14
**mentioned**
28:9 30:13
58:21 61:20
125:7
**mess**
8:11
**message**
61:19
**michael**
1:9
**mind**
36:4
**minnesota**
92:12
**minutes**
103:14
**mis**
32:16
**misdemeanant**
32:16
**model**
16:14
**modi**
1:20 124:4
126:22
**monthly**
27:5,5
**morning**
107:23
**mountain**
92:11,13
**move**
58:22 68:10
90:19
**multiple**
21:16 23:3,6,9
23:11 105:9
105:11

**N**

**n**
3:1 126:1
**name**
4:8 22:3,4,5
22:14
**narcotics**
6:18 8:10,17
**national**
62:24 63:4
65:16
**nationally**
75:14
**nature**
27:2
**necessary**
18:22 45:14
**need**
5:13,14 16:11
18:16 19:6
24:5 84:16
97:15 98:7
104:11
126:16
**needed**
18:22 65:14
**negatives**
86:4
**neighborhood**
7:19
**neighborhoods**
7:7
**never**
30:1 72:23
118:17
**new**
2:5 55:10,12
55:16,18
65:13
**north**
1:22 2:13
124:8 126:6
**northern**
1:2 123:2
**northwest**
2:5
**northwestern**
9:12
**nos**
3:14 35:14
**notarial**
21:3
**notarized**
126:16
**notary**
1:20 123:24
124:4 125:20
**noted**
45:6
**notes**
103:14
**notice**
125:5
**noticed**
51:9 52:3
55:19
**notices**
51:4
**number**
3:12 16:19,22
28:21,23
30:19 35:23
36:17,24
37:11,21
38:7,19,21
38:24 39:18
39:21 40:9
42:15 54:16
59:18,19
60:6 63:11
67:23 68:7
76:14 96:3
111:10,18,24
121:17 126:8
126:20
**numbered**
57:24

**numbers**
17:2 46:9,11
46:11,19
105:23

**O**

**o**
124:3,3
**oath**
123:14
**object**
13:18 30:23
51:10,16
52:17,22
79:14 80:13
81:21 85:21
94:8 98:11
99:5 101:12
101:13,17,21
104:16
114:17
**objection**
19:3 25:9
26:19 31:23
33:19 34:22
36:20 37:4
37:14 39:7
39:16 40:1
42:3,18
43:23 46:5,6
46:21 50:9
54:20 57:11
58:12 59:21
63:10 62:20
67:3 67:6,18
68:2,23
71:12,18
73:23 74:6
77:12,19
83:9,20 84:5
93:14 96:23
99:18 101:23
102:24 103:9
110:7 112:7
**obliterated**
16:20
**obtain**
28:7 31:8,12
85:8,10,13
85:14,20
87:8,13,13
114:13 119:5
119:6
**obtained**
32:13 52:16
53:14,18
54:2 119:10
**occasion**
4:20 108:4
**occasions**
79:2,4
**occurred**
99:1 101:2
**oclock**
1:24
**offenders**
114:2,3
**offered**
97:4
**offhand**
29:1 38:23
95:16
**office**
49:12 74:22
75:2 79:4
**officer**
5:2 8:21 62:4
113:20,23
**officers**
12:8,11,14,17
70:13,24
71:4 73:10
74:8 96:10
102:14,20
**official**
98:16 99:10

**officials**
12:14 64:14
65:5,9
**okay**
4:24 5:4,23
6:5,5,5,8,14
6:20 7:1,8
7:11,14,20
7:23 8:4,9,9
8:13,18,23
9:4,4,7,14
9:17 10:6,16
10:23 11:11
11:16,22
12:3,10,12
12:20 13:2,5
13:8,14,14
14:3,7,16,22
15:5,11,14
15:22 16:1,6
16:11,23
17:3,12,19
18:4,12,20
20:8,15,21
21:15,22
22:2,10 23:5
23:5,13,17
23:21 24:18
24:22 25:11
25:23 26:5
26:12,16
27:7,9,24
28:4,9,15
29:2,10,24
30:3,6,12,17
30:21 31:3
31:20 32:8
32:24 33:7
33:10,13
34:2,6,10,10
34:15 35:5,9
35:11 36:5,5
36:10 37:8
38:12 39:13
40:5 41:2,24
42:7 43:13
43:13 44:5,7
44:13,22
45:2,9,12,15
45:19 46:15
47:16,19
48:9,12,14
48:17,20
49:7,14 50:5
50:15 51:3
51:23 52:14
52:21 53:13
54:1,17 55:3
55:3,6 56:5
56:13 57:6
57:16,22
58:16,20
59:13,13
60:5,5,14
61:5,18 62:6
62:13 63:2
63:10,15,18
64:5 65:4,16
65:16 66:7
66:16,21
67:3,10,16
67:22 68:10
69:5,9,9,14
69:24 70:4
70:12,16,16
71:2,9,9,23
72:9 73:2,5
73:13,19
74:18,18
75:9 76:1,6
76:13 77:1,8
77:16,24
78:6,10,17
79:2 80:4,19
80:20,22
81:9,15 82:6

| | | | | | |
|---|---|---|---|---|---|
| 82:9,19 83:4 | 79:5,6,6,11 | **paragraphs** | 46:14 47:4 | 24:1 25:12 | 95:21 96:1,6 |
| 83:13,16,24 | 80:3,12 | 50:18 | 47:15 48:4 | 25:13 30:15 | 99:13 100:14 |
| 84:15 85:12 | 81:15 | **paraphrasing** | 48:20,24 | 31:8,15 | 102:14,20 |
| 85:23 86:3,6 | **opportunity** | 40:23 49:17 | 50:14 51:14 | 33:13,17 | 109:22 |
| 86:12,19 | 82:17 88:5,7 | 91:7 | 51:17,21 | 38:20 39:2 | 113:20,22 |
| 87:2,11,11 | 93:9 94:19 | **parentheses** | 52:2,20 53:2 | 44:22 45:1 | 118:3 121:1 |
| 87:15 88:6 | 100:19,24 | 75:17,18 | 52:23 56:4 | 48:8 53:15 | 121:11,13 |
| 88:12,17,23 | 105:3,7 | 108:21,21 | 54:6,16,19,24 | 53:19 54:3,6 | **policy** |
| 89:20 90:1,3 | 106:2,13 | **park** | 57:15 58:13 | 54:10,14,18 | 9:12 |
| 90:18 91:15 | 115:9 120:6 | 93:1 | 59:24 60:13 | 68:21 69:2 | **portion** |
| 91:21 92:5 | **opposed** | **part** | 60:20 63:1,9 | 104:6 119:16 | 54:13 |
| 92:17,21 | 50:6 | 12:2 23:3,6,8 | 65:15 66:6 | 121:5 | **position** |
| 93:2,5,17,21 | **order** | 23:10,11,14 | 66:15 67:9 | **personal** | 5:24 7:15,20 |
| 94:6,6,11,11 | 16:12 109:13 | 32:10,19 | 67:21 68:5 | 4:23 5:1,3 | 9:18,19 10:6 |
| 94:23 95:6 | 109:16,24 | 41:6 47:22 | 69:4 70:11 | 42:20 43:18 | 10:9,10,14 |
| 95:13,17,24 | 110:5 | 50:3,10 | 71:15,22 | 79:6 105:4 | 10:23 13:5 |
| 96:4,8,12,16 | **orders** | 57:18 60:8 | 72:17 74:2 | 120:7 | 81:4 |
| 96:20 101:3 | 82:1 109:20 | 64:21 66:2 | 74:17 76:5 | **personally** | **positions** |
| 101:10 102:2 | **ordinance** | 74:11 76:1,2 | 76:12 77:15 | 11:16 29:15 | 8:3 |
| 102:8,10,15 | 55:11,13,16,18 | 77:6 78:21 | 77:23 79:1 | 30:2 66:11 | **possess** |
| 102:20 103:2 | 55:24 79:17 | 96:20 98:16 | 80:1,8,17 | 124:7 | 28:6 31:16,18 |
| 103:5,13,19 | 79:19,24 | 99:10 113:11 | 81:20 82:6,7 | **personnel** | 31:21 32:9 |
| 105:6,13,20 | 100:22 104:2 | 113:13 | 83:12,23 | 72:16 | 33:3,18 34:4 |
| 106:4,4,12 | 105:20 | 115:21 | 84:9,14,17 | **persons** | 41:1 84:11 |
| 107:15,21 | 117:12,21 | 119:11,12 | 84:19 85:23 | 15:19 28:5 | 84:22 85:18 |
| 108:10,13,19 | 119:4,20 | **participant** | 86:3,6,8 | 31:6 32:18 | 86:15 90:22 |
| 109:4,9,9,12 | **organization** | 47:7 | 88:22 89:20 | 33:8 34:8 | **possessed** |
| 109:24 110:4 | 43:12 109:23 | **participate** | 89:23 90:1,2 | 91:12,17 | 38:14,17,19,21 |
| 110:10,18,21 | **organized** | 70:5,13 71:10 | 91:9 93:16 | 120:8 | 39:2,6 |
| 110:24 111:5 | 6:19 74:13 | 74:14 113:17 | 93:20 95:5 | **perspective** | **possesses** |
| 111:9 112:15 | 109:13,16 | **participating** | 97:5,9,20 | 87:22 104:20 | 15:24 104:7 |
| 113:7,10,14 | **original** | 69:22 | 98:6,14 99:8 | 104:21 | **possessing** |
| 114:1,4,8 | 15:1 21:7,12 | **particular** | 99:22 100:1 | 106:14 | 15:19 33:11,15 |
| 115:15,15 | 22:22 | 14:8 21:16 | 100:3,8 | **pertaining** | 91:16 112:16 |
| 116:12,24 | **originally** | 38:8,10 | 101:3,10 | 1:19 | **possession** |
| 117:6,12 | 9:15 | 40:16 41:7 | 102:1 103:2 | **pete** | 25:17 32:3 |
| 118:1,11,17 | **origins** | 44:22 50:5,7 | 103:4,13,19 | 4:11 | 72:24 119:9 |
| 118:20 119:3 | 78:5 | 51:11 59:1 | 103:24 | **peter** | 119:11,12 |
| 119:19 | **outcome** | 66:2 67:16 | 104:19 | 2:4 | **possessor** |
| 120:16 121:5 | 125:10 | 93:6 94:2,16 | 105:19 | **phone** | 15:1 24:9 |
| 121:23 | **outofstate** | 99:15 103:7 | 106:20 107:3 | 126:20 | **possible** |
| **once** | 63:21 | 111:7 114:8 | 107:7,15,20 | **phrased** | 40:14,18 41:5 |
| 4:19 14:18 | **outside** | 114:20,21 | 110:9,17 | 89:17 | **potential** |
| 18:24 21:22 | 24:2,19 31:13 | 118:23 | 111:4,13 | **piece** | 94:20 |
| 23:21 25:23 | 62:23 63:13 | 120:23 121:5 | 112:14 115:1 | 76:7 115:11 | **potentially** |
| 26:8 | 63:24 64:10 | **parties** | 115:6,15,19 | **place** | 20:11 |
| **ones** | 64:23 65:2 | 125:3,9 126:18 | 116:5,24 | 67:17 78:7 | **precautions** |
| 41:20 50:24 | 84:5 116:9 | **parts** | 117:4 120:16 | 85:7 86:12 | 99:15 101:4 |
| 80:24 81:10 | 119:21 120:1 | 91:12 | 120:20 | 86:14 87:12 | 102:4 103:7 |
| 81:12,13 | 121:13,16 | **passed** | 121:23 | 91:1 96:5 | **predicate** |
| **ongoing** | **overall** | 53:5 | **pending** | 101:5 | 98:7 |
| 27:2 74:13,16 | 47:22 50:3 | **patrol** | 5:16 80:16,19 | **placing** | **preparation** |
| 78:22 | 93:12 113:11 | 7:3 71:3 | 81:6,16 | 17:2 | 56:6 |
| **online** | **owner** | **patrolman** | 124:10 | **plaintiffs** | **prepare** |
| 111:3,5 | 88:19 | 8:5 | **people** | 1:10 2:8 81:24 | 56:6 71:4 |
| **open** | **owning** | **patronize** | 11:22 32:18 | 123:7 124:13 | **presence** |
| 102:16 | 15:19 | 100:11 | 33:2,8 34:3 | **play** | 93:6 124:20 |
| **operable** | | **patronizing** | 84:7,10,21 | 49:7 61:12 | **present** |
| 88:18 89:14,20 | | 100:15 | 85:2 | **please** | 100:6 101:16 |
| 90:8,15 | **P** | **patrons** | **perceived** | 13:21 37:17 | 125:6 |
| 104:9,14,23 | **pacholski** | 91:24 92:1,7 | 100:17 | 52:1 80:7 | **presentation** |
| 105:14,22 | 1:7 | 94:8 95:2 | **percent** | 105:18 | 62:11 |
| 106:1 117:17 | **page** | 97:11 | 29:6 39:11 | 106:18 | **presented** |
| **operate** | 35:18,19 49:14 | **pattern** | 75:14,15,16 | 126:13,17,19 | 98:19 |
| 95:21 100:11 | 49:16 50:16 | 56:3 | 75:18,21,22 | **point** | **pretty** |
| **operated** | 57:23 58:1 | **patterns** | **percentage** | 15:3 20:20 | 31:21 36:13 |
| 96:13,17,21 | 59:14 61:1 | 51:5,8 52:4,8 | 17:4,6,8 28:21 | 51:18 | **preventing** |
| 97:18 98:16 | 61:18 65:16 | 55:9,20 | 28:24 29:4 | **police** | 60:23 98:1 |
| 99:10,17 | 68:11 70:16 | **patterson** | 39:9,11 | 5:2 6:3,15 7:4 | 107:4,11 |
| 100:15 103:8 | 75:9 77:2 | 2:4 3:4 4:7,11 | 54:16 63:2,3 | 7:21 8:2,4 | 120:2 |
| **operates** | 78:10,11 | 10:5,22 | 63:7 77:17 | 8:19 10:14 | **prevents** |
| 72:20 96:1 | 104:4 111:15 | 11:10 12:19 | 116:15 | 12:4,8,13,18 | 82:17 |
| **operating** | 111:23 | 13:22 14:6 | **percentages** | 12:22 13:1 | **previous** |
| 94:2 95:10,12 | 116:12 | 15:10 18:19 | 77:3,10 | 15:4,12 | 32:9 65:22 |
| 95:14,18 | **pages** | 19:7 25:19 | **perform** | 17:23 18:3 | 109:7,8 |
| **operation** | 35:22 57:24 | 26:22 28:22 | 26:5 | 18:13 19:12 | **previously** |
| 56:9 95:1 | 123:17 | 31:2 32:1 | **period** | 19:16 21:13 | 7:2 31:7 |
| **operations** | 126:12,16,17 | 34:1 35:4,11 | 20:22 30:15 | 24:5,12,12 | **primarily** |
| 87:17 93:13 | **paperwork** | 35:16 36:5,8 | 85:13 89:19 | 27:4 35:18 | 21:3 27:22 |
| 94:7,14 | 11:20 | 36:22 37:7 | 111:7 | 35:20 41:13 | 33:2 34:7 |
| **operator** | **paragraph** | 37:18 39:10 | **permit** | 41:18 43:7 | **primary** |
| 92:18 | 50:17 51:4 | 39:20 40:5,8 | 83:6 105:10 | 46:24 60:8 | 11:13 12:24 |
| **operators** | 65:17 68:11 | 42:6,22 43:9 | 119:6,10 | 61:24 62:9 | 16:13 27:17 |
| 91:24 92:1 | 75:13 108:13 | 44:4,21 45:2 | **permits** | 65:20 68:12 | 47:11 68:15 |
| 97:11 | 108:20 | 45:9,12,16 | 117:14 | 69:6 72:10 | **print** |
| **opinion** | 110:10 114:9 | 45:19,20 | **person** | 72:15 73:10 | 18:20,23 19:14 |
| 42:15,20 78:21 | 116:13 | | 15:24 21:16 | 78:24 79:8 | |

46:16
printer
18:17
prior
9:1 16:21
private
96:17 98:21
99:20,21
privately
102:23 103:8
privilege
114:19 115:18
privileged
114:23 115:11
proactive
50:1
proactively
114:11
probably
5:4 66:12
probation
8:21
problem
65:17
problems
13:10,12
procedure
1:18 121:10
procedures
109:20,22
proceedings
122:3
process
32:6,15 79:15
79:18,23
81:23 82:5
processes
82:2
produced
60:22 103:15
107:22
program
5:21 6:8 7:9
8:10 13:9,16
15:13,14
17:5 46:13
47:7,8,9,23
47:24 69:14
69:15,18,21
70:9
programs
69:13
progress
73:11 74:9,10
prohibited
32:18 33:11,15
112:16
project
7:7
promoted
8:7
proper
45:10 79:19
82:3
property
47:14 72:20
91:12
proportion
28:16
prosecute
25:2,3,4,5
prosecuted
48:13
prosecuting
75:7
prosecution
25:6 26:11
prosecutions
26:17
prosecutors
26:13
protected
114:18
protection
48:8
proven

68:15
provide
31:12 75:2
100:20
121:12
provided
18:2,21 57:20
71:7 90:5
provides
15:18 105:20
provision
117:14,20
provisions
119:20
psn
7:5,6 8:16
public
1:20 9:12 62:4
94:21 102:16
123:24 124:4
125:20
publication
49:3
published
66:23 67:1
pull
14:13 18:16
109:17
purchase
15:3 20:20
23:3,6,9,10
23:12,15
54:10
purchased
20:17 23:7
24:19 52:16
53:21,23
54:7,14,18
63:23
purchaser
15:1 21:7,12
22:22 24:8
24:16 68:20
68:22 69:3
purchasers
70:6
purchases
28:11 68:17
77:4,11,18
85:3 116:16
purchasing
28:3 29:20
34:12 69:8
69:11 87:5
pure
46:10
purpose
97:3 98:1,9
99:19 117:21
120:1
purposes
34:17 100:22
pursuant
1:17 79:18
125:5
pursued
48:11
purview
69:16
put
21:23 28:20
45:2 57:12
5:13,14
60:14 89:20
puts
57:9
putting
88:10 120:8

Q
qualified
117:15
query
16:7 17:10,20
question
5:13,16,17

9:21 10:2,4
10:19,21
11:7 13:20
13:23 17:11
17:13,14
18:14 22:2
22:12 27:13
30:24 31:1,3
31:24 33:20
33:22,24
34:2 37:16
37:19 42:24
46:7 51:24
53:24 55:14
68:3,9 71:13
71:18,24
80:4,6,10
81:19 82:9
82:20 83:2
84:15,16
85:22,22
86:1 89:17
90:17 94:12
98:6,10,10
98:11,13,14
98:19 99:4,6
100:4 101:20
102:2,17
104:10
105:16,17,24
106:20 107:8
110:13
112:20
114:21
115:24 116:2
questioning
81:22
questions
4:12 5:7 36:6
22:22 81:24
82:4 94:13
97:15,21
99:5 101:15
101:19,22
117:9,10
126:19
quote
75:12

R
radio
74:10
raised
81:24
range
100:12 103:8
ranges
87:17,20,24
88:13 92:1
94:12,15
95:1,2,18,22
96:1,6,10,13
96:17,21
97:1,2,11,14
97:17,17,23
98:5,15,20
98:21,23
99:10,17,19
99:20,21,21
100:15,20,23
101:2,5,8
102:6,23
107:9,13
rank
8:8
rarely
74:1,3
rates
58:2
reach
82:18
reaching
105:12
read
13:22 14:2

66:3 106:22
123:16
reading
104:13
really
5:6 17:13 30:9
42:21 70:2
reason
17:22 21:19
37:2 46:9
47:19 50:5
67:17
reasons
34:13 118:22
recall
15:15 79:10
80:12 118:5
recalling
111:10
receive
35:6 47:2
received
14:18
recess
56:17 103:17
115:7 117:5
reciprocal
75:3
recognize
22:4
record
4:9 14:1 45:3
45:11 106:21
126:23
records
16:5 21:10
38:14 60:2,5
60:9 66:24
recover
17:9 41:9,22
55:21 75:5
recovered
14:4,9,12 15:4
16:8 20:18
21:13 22:7
22:22 24:1
24:10 25:18
36:12,18
37:11,21
38:8,12,18
38:20 39:3
40:4,10
41:17,20
42:16 44:3
46:6,17
47:14,17
50:20,23
51:5 52:4,11
52:12,13,15
53:15,18,19
54:2,6,13,13
54:18 58:8
58:11 59:15
64:6,10
65:20 72:2,5
72:14,20
73:15,22
75:6,15
76:16 111:19
113:23 114:2
114:3,6
recoveries
35:24 42:11
43:21 44:9
45:4,22 46:3
65:21 71:1
77:3,11,17
116:15 118:8
118:22
120:22
recovering
47:12
recovers
41:6,13
recovery
37:3 55:9 58:3
113:8,15

115:22 116:8
recruit
31:11 87:6,8
reduce
50:3 82:24
106:2
reduced
124:21
reduces
83:18 88:14
reducing
82:13 87:21
88:1,24 89:3
91:18 106:12
121:17
refer
6:5
reference
109:17 117:12
117:13
reflected
67:14
regarding
114:20 115:4
121:13
regardless
87:11
registered
88:19 90:22
registrant
117:15
registration
32:6,7,15
regulations
90:6
related
101:9 108:23
109:1,6
112:18,21
113:5,6,7,14
125:9
relations
7:19
relationship
37:10,20,23
38:7
relatively
58:18 64:1
relevance
80:13 101:12
101:17 103:9
relevant
42:21 97:8,9
97:18,24
98:12,19
100:6 101:9
101:16
relies
12:24 20:13
remains
36:13
remove
120:7
rendered
90:16
repeat
13:20 31:1
37:16 51:24
80:6 84:18
99:6 102:2
105:17
106:18,20
repeated
84:16
rephrase
24:2 84:17
86:18 89:1
rephrased
84:16
report
15:2,3 14:13
14:23,24
18:11,17
19:15 21:6
23:2,4 35:19
35:21 57:2

110:18,22,24
111:20 118:3
reported
21:11 24:6,13
24:14 111:20
124:19
reporter
5:8 56:19
126:22
reporters
126:1
reports
18:12 24:12
57:9 110:16
representation
91:2
representative
9:3
representing
2:8,16
request
18:1 45:3,6,8
45:11,13,17
110:21
requested
14:2 106:22
110:19
required
16:13 17:1
requirement
16:22
requires
119:4
research
44:19,23 55:2
55:4 56:2
61:15 66:12
66:17 76:10
121:4,6,8
reserve
99:4 121:24
reserved
125:2
resident
32:13 119:5,8
residents
85:17 86:15
88:18 89:8
89:12 90:4
90:21 104:13
respect
42:20 51:11
94:12 106:9
107:9
respective
125:3 126:18
respond
71:16 73:10,13
73:15,17
74:10 81:17
responders
105:5 106:5
responding
73:9
responds
65:12
response
49:23 108:22
109:5
responsibil...
11:11
responsibility
118:20
responsible
66:8 70:9
75:15,18,22
responsive
45:13 67:24
rest
23:9 90:15
results
14:18 18:2
63:22
resume
101:21
retail

82:12
retailers
1:6 4:14 123:5
124:12
return
75:6 126:17
returning
74:18
revealed
112:10
review
103:14,15
126:14
richard
1:13 123:10
rifles
90:11
right
5:19 8:18
15:16 17:11
25:6,20
29:12 30:3
31:10,15
41:16,19
43:10 45:23
48:5,5 53:9
53:13 72:18
80:1 85:4
93:11 94:23
99:4,22
101:21 106:6
113:14,14
righthand
75:11
rights
25:12
risk
92:22 95:2
100:17
robbed
120:12
robbery
27:17 28:10,18
29:7
role
6:21 47:8,9,11
49:7 50:1
61:12 66:1
69:20,23,24
77:5 78:14
78:17 118:14
120:22 121:3
roll
70:22 71:2
rough
17:3 39:21
ruled
79:17
rules
1:17 5:5 90:6
109:22
121:10
run
59:17 102:23
running
28:3,10 29:20
30:13,13,14
30:18 112:2
112:6

— S —
s
3:11 98:23
safe
7:7 47:13
83:13 103:5
safer
60:23
safety
62:4,5 94:21
105:4,4
106:5
saith
122:2
sake
5:7

sale
30:14 68:19
sales
68:13,15 82:12
82:23 83:1,6
83:18,24
sanchez
13:4
saw
49:12
saying
75:13 90:10,14
says
42:10 46:17
49:17 50:19
51:4 58:1
59:14 65:18
68:11 74:19
74:20 77:2
104:5 108:20
109:12
110:11
111:24
114:10
scene
71:21
scenes
71:17
school
9:7
scope
84:6 91:14,15
scopes
82:3
se
53:11
seal
125:13
search
7:13 114:14
second
57:22 65:17,18
68:11 82:1
108:13,19
111:15
112:18
116:13
secret
62:2,11
section
6:18 15:13
104:4,6
117:13
secure
60:24 102:7
126:13
see
22:3,12 23:18
24:13 29:8
33:21 42:9
44:8 49:10
75:5 80:23
97:16,22
98:5,18
100:5 101:4
101:8,10
116:3 118:9
seeing
78:2,3
seek
11:9 16:1
31:11
seen
22:5 43:6,13
49:5 55:9
57:4,6 61:2
61:5 118:17
seizes
40:15
selling
34:16 94:1
sense
28:16 39:13
41:24 54:12
77:16
sent

26:10
sentence
42:10 49:16
50:18 65:18
104:5 108:19
110:11 114:9
116:12
sergeant
4:10,11 6:1,18
7:4,18 8:8
8:15 10:15
61:14 81:5
107:24
117:10
118:21 119:3
119:19
120:21
serial
16:14,19,22
17:2
seriousness
59:12
served
107:12
service
9:2 62:2,12
services
61:16 66:14,18
76:10 108:7
set
94:12 125:12
setina
126:22
sheds
43:20
sheet
72:21
sheets
126:12,15,15
126:17
shift
71:8
shooting
100:12,15
113:19,22
short
56:17 64:1
78:4 103:17
115:7 117:5
shorter
20:22
shotguns
90:11
show
117:10 118:1
showing
44:1,2,5
shows
36:11 46:18
63:23 118:8
side
42:8
signature
122:1 123:18
125:1 126:12
126:13,14,16
126:17,22
signed
126:15,16
similar
58:7
sincerely
126:21
situation
22:4
situations
22:8 73:12
six
12:1,7 27:5
64:21 65:1,4
96:3,4
size
37:12,21 38:9
39:14 40:3
82:13,24
83:7,18

87:21 88:14
89:3 91:18
93:7 94:3,15
slight
15:23
somewhat
5:4 53:1 58:15
75:3
sorry
12:1 57:24
81:18 84:18
86:17 106:19
sort
8:19 17:5 19:8
19:10 20:8
21:23 24:11
25:15 30:4
116:21
sorts
11:17 27:20
60:9 62:7,18
sought
10:16,24
sounds
91:8
source
15:6 16:2
21:16 75:20
75:24 76:7
109:4 110:14
sources
35:7,9
span
36:6
speak
27:1 38:2 69:1
69:17 70:3
91:5 103:1
117:3
speaking
32:12 33:6
85:5
speaks
67:6 91:5
104:17
special
109:13,16
110:5
specific
13:15 51:5,8
52:3 53:1
74:5 79:9
80:2,11
108:24
specifically
38:5 51:15
110:19
specifics
108:9
speculation
46:10
speed
114:5
spike
45:22 46:3,7
sponsored
46:23
ss
124:2
stamped
60:24
stand
43:11,16
starred
46:16
start
36:9 37:9 54:4
58:14 79:13
80:14 92:6
started
8:2,4 50:6
115:22
starting
51:18 65:18
starts
36:11 75:13

state
1:21 4:8 12:13
12:18,23
13:1 15:12
17:23 18:2
19:24 23:2
26:3,13,21
27:4 31:17
32:17 33:3
33:15 34:3
34:24 35:9
59:3 62:23
62:23 63:13
63:14,16,24
64:23 77:4
77:11,18
78:5 87:7
116:16 124:1
124:5
stated
52:9 94:19
statement
30:7 43:2 78:1
109:5 116:21
statements
25:21
states
1:1,18 64:14
65:5,9 74:21
75:2 123:1
statewide
27:3
statistic
38:23 75:20
statistical
110:16,18
121:12
statistics
29:11,13 38:2
38:5 44:11
44:14 45:3
stats
29:8 38:22
statute
59:3,4
stayed
58:18
steady
36:13
steam
10:15 71:16
stenographi…
124:19
step
27:9
stolen
24:6,13 81:8
98:3
store
92:18 93:1
95:14 100:11
stored
88:9 105:10
stores
86:9,13 87:9
91:24 92:7
92:22 93:6
93:13 94:1,7
94:9 95:9,11
strategies
60:23 62:15
65:9
strategy
34:20 47:22
50:3 65:13
68:13 113:11
113:12,13
straw
28:2,10 29:20
68:16,20,21
69:2,8,10
70:6 87:5
street
1:22 2:13 71:5
71:11,13
124:8 126:1

126:6
streets
42:14,17 43:22
53:12 60:24
65:24 67:5
67:24 68:8
75:6 92:15
strenuous
101:22
strike
37:9 82:9
100:20
102:21
structure
108:6
studied
119:1
studies
49:3 82:20
83:4,14
study
118:21 120:22
subject
26:4 79:19
92:8 104:3,5
112:10,11
submit
14:15,17
126:14
subscribed
123:21
successful
17:21
successfully
17:7,9
suggest
45:7
suggested
83:4,14
suit
125:10
suite
1:22 2:13
124:19 126:1
126:6
summit
57:18 61:7,20
61:22,23
62:6
superiors
10:13 11:2,5
supervise
11:18
supervising
61:14
supervision
11:23 12:21,23
12:24
supervisor
13:3
supervisors
109:8
support
65:19
supported
78:12,15
supposed
112:13
sure
24:21 40:11,12
47:13 57:13
57:14 89:23
115:6 116:18
sworn
4:2,4 73:10
99:13 102:13
123:13,21
124:16
system
32:10

— T —
t
3:11
take
10:14,18 14:14

35:22 49:24
56:14 99:15
102:4 103:7
103:13
**taken**
1:19 53:4,8
56:18 67:17
81:4 92:11
92:14 96:5
103:18 115:8
117:6 123:15
126:8
**talk**
24:15 25:14
**talked**
106:24 107:2
116:16
**talking**
5:11 33:1 80:9
82:10 93:14
118:5
**talks**
70:16
**target**
112:21
**targeting**
112:23,24
**targets**
112:1 113:2,4
113:5
**tasked**
108:8
**taskforce**
12:2,11 64:2
64:16,17,22
69:14,18,20
77:2
**team**
6:2,2,6,11,12
7:5,6 8:16
9:20,20,22
10:7,24 11:1
11:12,13,17
25:7 26:5
35:6 43:1,19
44:14 47:5
48:17 49:17
49:21 50:11
51:4,8,20,22
52:3 55:8,19
56:5 61:14
64:2,9,13,18
64:19 65:8
65:12 66:16
66:22 67:12
68:18 69:9
70:4,13,17
70:21 71:9
72:1,4,10,11
72:20,24
73:2,19
74:20 75:1
76:14,18
82:9,11,19
82:22 83:13
83:16 84:21
96:20 97:2
97:24 98:15
103:6 106:9
106:14 108:8
108:22 109:7
109:8,10,12
110:1,2,11
112:1,5,21
113:2,16,21
114:6,10,11
114:15
118:11,21
120:10
**teams**
34:20 47:9
56:9
**telecommuni-**
9:2
**tell**
21:15 23:5,9
66:10 75:4

**temporarily**
90:16
**ten**
59:5,7 103:14
**terms**
39:18 59:4
69:8 71:1
105:8
**testified**
4:5 43:5 50:10
50:22 51:12
97:12 98:2
98:24 99:20
99:23 100:23
101:1 120:21
121:15
**testify**
40:3 97:1,19
98:22 100:9
100:18,21
101:24
124:16
**testifying**
117:20
**testimony**
96:24 100:7
124:18,23
125:12
**text**
42:8
**thank**
115:9
**thats**
17:16 18:17
20:12,23
21:3 33:5
34:9 36:7
40:15 41:3
43:2 44:2,5
44:5 51:2,15
54:11 55:7
56:12,16
64:19 67:13
69:12,13,14
69:15,16
70:2,8 71:7
72:3,11 86:6
86:6 89:11
91:7,14,15
100:6 101:17
104:11
107:24
109:24
113:18
120:24
121:19,21
**theft**
27:17,19 28:10
28:18 29:7
29:19 88:9
91:22 92:6
92:17,23
93:1,10 96:5
97:9 99:16
100:9,19,24
105:10 106:2
120:7
**thefts**
27:21 97:13
98:24 99:24
101:1,6
**thereof**
125:11
**theres**
5:16 12:12,16
17:21,22
18:16 24:8
26:2 26:23
42:8 46:15
47:23 48:7
50:18 52:24
59:3 64:19
71:9 81:7
81:10 89:7,9
89:9 97:15
99:23 100:16
101:11

**109:20
theyre**
18:15,15 23:19
26:3,4,8,10
47:13 48:15
48:16 53:19
69:22 71:5
74:11 89:10
89:11 90:23
97:18 101:8
103:11
121:11
**theyve**
78:22
**thing**
5:6 30:12,17
**things**
11:17 21:1
24:4 71:6
107:1
**think**
22:19 28:9
38:22 40:10
40:21 42:21
43:5 52:24
54:1 55:7
58:15,16
61:20 65:12
78:1 81:11
81:13 89:17
98:12 101:11
101:15 106:9
121:24
**third**
42:9 50:17
57:23 110:10
**three**
30:14 65:21
112:12
**tie**
97:21 98:8
**tied**
116:8
**time**
5:12,15 8:23
15:2,3 20:13
20:22 24:15
24:24 26:14
30:15 36:3
43:5 49:22
52:9 55:18
56:2 58:12
63:24 66:23
78:4,4,6
81:6 95:13
98:11 104:11
106:18 111:5
111:7 118:12
**times**
4:18 22:15
61:21
**timetocrime**
58:2,4,7,21
**tinley**
93:1
**tiny**
46:16
**title**
49:16
**today**
4:12 32:14
86:24 96:24
97:4,19
101:24
106:24 110:5
118:6,18,19
**top**
49:16 58:1
65:17 81:11
**topic**
91:21 92:6
115:2
**topics**
114:5
**total**
39:14 105:22

**totals**
46:17
**towit**
124:7
**trace**
17:21 50:19,23
50:24 112:8
**traced**
21:17 77:3,11
77:18 110:11
111:19
116:15
**traces**
59:17,17,19
60:2,6 111:6
**tracing**
114:11
**trafficked**
14:21 16:4
20:12,23
49:4
**trafficking**
11:14 13:17
26:17 35:3
49:3,15 50:2
53:11 62:4
64:22 75:8
77:1 89:1
**trailer**
92:14
**training**
70:17,18,20,22
71:2 74:18
74:21 75:1,3
102:9
**transcript**
123:16 124:23
126:11,14,15
**transcription**
124:22
**transfer**
28:3,14,15
29:20 30:18
87:5
**transferred**
112:11
**transfers**
84:20 106:16
**transport**
92:13,20,21
**transported**
92:12,16
**transporting**
90:24
**trend**
36:24 37:3
116:13
**true**
43:2 74:23
124:22
**truth**
124:16,17,17
**try**
5:8,9 24:7,7,9
45:18
**turn**
18:24 26:12
44:7 47:1
48:1,2 49:14
57:22 59:13
68:11 104:4
111:15,23
**turned**
48:7,8
**turnin**
46:12,18,20
47:17 48:18
**turning**
61:18
**two**
12:16 35:12
37:24
**tyler**
1:8
**type**
7:11 47:2

**52:11,12
55:1,4 59:12
70:20 75:1
109:18
types**
13:15 68:14
70:18 75:4,5
**typewriting**
124:21
**typical**
26:18 68:20

_____ U _____

**unable**
31:8
**understand**
5:13,19 6:7
9:21 10:2,3
10:19,20
11:8 22:12
33:21,23
38:16 41:19
53:24 55:12
55:14,15
68:9 85:22
85:24 87:16
91:10 115:24
116:1,2,3
117:18
**understanding**
42:22 43:3
59:16 63:19
70:20 74:23
77:9 86:13
89:12,15
90:4,9,20
91:3,6
104:12
116:19
**understood**
5:18
**undetermined**
124:10
**unit**
6:3 13:7,9
34:7,11
42:23 49:15
58:6,18
62:14,19
63:20 74:12
74:15 77:9
78:18 81:5
86:22 87:23
88:12 95:8
99:9,14
102:3,22
104:21
113:12
**united**
1:1,18 123:1
**university**
9:8,13
**unloaded**
89:11
**use**
96:21 97:1,14
97:17,23
98:4,15 99:9
116:7
**user**
19:11,12
**usually**
20:2
**utilization**
115:20
**utilize**
114:15
**utilizing**
114:12

_____ V _____

**v**
4:14 126:7
**vague**
71:19

**various**
27:14,16 34:3
**vendor**
100:12
**venture**
114:22
**verify**
110:6
**version**
18:17
**versus**
38:15
**view**
101:15
**vigilant**
69:7
**violation**
26:3
**violence**
7:10,12 32:16
49:23,23
50:4 60:23
78:13
**violent**
33:9 34:8
42:12 53:12
**virtue**
22:22
**visit**
102:23 103:8
**visited**
96:9
**voluntarily**
25:22 48:1,6
**vs**
1:11 123:8

_____ W _____

**wait**
5:8
**want**
28:20 35:11
87:13 89:13
89:16 90:7
90:15 101:22
103:19 112:4
115:17
116:18 117:3
117:17
**wanted**
49:24
**wanting**
43:16
**wants**
84:3 86:20,23
**warrants**
7:13 114:14
**washington**
2:6
**wasnt**
11:5
**watch**
71:6
**way**
7:23 21:15
34:10 65:23
67:4,23
74:15 89:17
120:13 125:9
125:10
**ways**
27:14,16,18
28:1
**weapon**
15:1,2,3 16:14
16:15,22,24
20:16,19
21:8 24:6,16
50:19 72:22
72:23 87:7,9
87:13 105:11
113:23 114:2
114:3 115:23
116:9
**weapons**
15:20,24 17:2

| | | | | |
|---|---|---|---|---|
| 17:7,8 23:10 | 59:7 | 61:1 | **19th** | 2:15 |
| 28:6 31:12 | **work** | 007 | 1:23 123:15 | **31st** |
| 31:13 33:3 | 8:19 27:3 | 37:1 | 124:7 | 57:3 |
| 33:12 47:12 | 45:18 62:14 | 040 | **1st** | **33** |
| 47:13,17 | 64:13 65:4,8 | 59:14 | 57:3 | 1:21 124:8 |
| 48:14 53:6,7 | 65:13 76:18 | **04184** | | **3435** |
| 53:7,14 88:1 | **worked** | 1:11 123:8 | ——— 2 ——— | 61:19,19 |
| 88:8 105:9 | 66:19 | 06 | **2** | **3439** |
| 105:12 120:8 | **working** | 46:11 | 3:14 35:14,19 | 75:10 |
| **weeks** | 9:11 23:19 | 065 | 35:24 36:9 | **35** |
| 92:24 | 58:17 | 65:20 | 42:9 49:14 | 3:14 |
| **went** | **wouldnt** | 07 | 49:16 118:2 | |
| 8:10,17 | 16:18 29:15 | 46:12 | **20** | ——— 4 ——— |
| **weve** | 38:23 48:11 | 08 | 36:14 | **4** |
| 35:17 45:13 | 52:19 64:9 | 46:12 78:8,9 | **200** | 3:4,16 56:20 |
| 49:1 70:23 | 80:15 91:16 | **084004497** | 126:1 | 56:22 68:11 |
| 74:12,19 | 91:20 94:10 | 125:21 | **2000** | 111:12,14 |
| 80:9 106:23 | 96:15 102:11 | | 35:20 36:1,1 | 126:4 |
| 107:1 111:21 | **write** | ——— 1 ——— | 36:24,24 | **44** |
| 112:3 | 108:14 | **1** | 44:9 118:3,9 | 122:3 |
| **whats** | **writing** | 3:14 35:14,17 | 118:12 | **48** |
| 64:17 77:24 | 43:4 108:16 | 36:1 44:7,8 | **2002** | 3:15 75:18,22 |
| 98:13 117:11 | **wrote** | 75:14,16,21 | 7:16 8:10,16 | **4th** |
| **whatsoever** | 42:19 43:4 | 123:17 | **20036** | 125:13 |
| 83:17 | 111:24 113:3 | **10** | 2:6 | |
| **whereof** | | 1:11 37:1 | **2004** | ——— 5 ——— |
| 125:12 | ——— X ——— | 39:11 45:24 | 6:23 7:1 | **5** |
| **wholly** | **x** | 45:24 123:8 | **2006** | 3:17 60:15,16 |
| 81:23 | 3:1,11 | **103** | 45:21 46:3,19 | 60:18,21 |
| **william** | | 3:18 | **2007** | **50** |
| 2:10 126:4 | ——— Y ——— | **107** | 45:21 46:4,19 | 29:6 63:8,8 |
| **wish** | **yard** | 3:19 | **2008** | **509** |
| 85:17 | 91:12 | **10cv04184** | 6:13 9:23 10:6 | 45:24 |
| **wishing** | **yeah** | 126:8 | 45:21 46:4 | **56** |
| 119:5 | 37:19 75:9 | **11** | 46:19 65:19 | 3:16 |
| **witness** | **year** | 122:3 | 81:5 | **57** |
| 3:2 4:1 10:3 | 4:22 26:18 | **117** | **2009** | 75:15 |
| 10:20 11:9 | 31:20 32:2 | 3:5 | 32:14 35:18 | |
| 12:16 13:20 | 38:8,10 | **12** | 36:2 44:9 | ——— 6 ——— |
| 14:3 15:9 | 40:16 41:7 | 1:23 58:4 | 46:19 57:3,3 | **6** |
| 18:15 19:5 | 50:7 57:2,8 | **120** | 58:3,14 | 3:18 70:16 |
| 25:11 26:21 | 57:17 58:3 | 3:14 | 59:18 61:19 | 103:22 104:1 |
| 28:20 31:1 | 61:8 104:3 | **122** | 61:22 67:2,3 | 104:2 117:11 |
| 33:21,23 | 110:12 | 123:17 | 110:12 | **60** |
| 34:24 36:21 | 111:17 | **1230** | 111:17 | 3:17 |
| 37:6,16 39:9 | 118:23 | 2:13 126:6 | **2010** | **606011014** |
| 39:18 40:2,7 | 120:23 | **13** | 44:11 45:4 | 126:2 |
| 42:5,19 43:7 | **years** | 46:1 65:20 | 55:11,16 | **60602** |
| 44:1,19 46:9 | 6:22,23 45:23 | 99:12 | 56:7,11 | 2:14 126:6 |
| 46:23 47:11 | 45:23 46:1 | **14** | 79:16 108:11 | **65** |
| 47:22 49:1 | 58:5 59:5,7 | 46:1 | **2011** | 75:17 |
| 50:10,13 | 59:10 65:21 | **15** | 1:23 45:5 | **660** |
| 51:24 52:19 | 65:22 | 89:10 | 123:15,22 | 36:12 |
| 52:24 54:22 | **yesterday** | **1523** | 124:7 125:14 | **69** |
| 55:23 57:1 | 60:22 | 2:5 | 126:4,8 | 58:4 |
| 57:12 59:23 | **youll** | **15th** | **2022209600** | |
| 60:12 62:21 | 44:7,8 | 7:4,18 8:8,14 | 2:7 | ——— 7 ——— |
| 63:7 65:12 | **youre** | **16** | **21** | **7** |
| 66:5,10 67:8 | 5:4 17:4,6,9 | 12:1 36:15 | 126:8 | 3:19 59:14 |
| 67:20 68:4 | 20:10 22:14 | **161** | **22** | 107:16,18,22 |
| 69:1 70:8 | 33:1,1 44:13 | 110:11 | 36:12 | **7th** |
| 71:20 72:14 | 50:24 76:19 | **167** | **23** | 8:6 |
| 74:1,8 76:4 | 79:15,21 | 92:10,14 | 36:14 | |
| 76:9 77:14 | 81:15 84:6 | **19** | **232** | ——— 8 ——— |
| 77:21 78:21 | 86:17 91:15 | 20:17,18,20,21 | 36:15 | **800** |
| 79:22 80:6 | 93:14 104:24 | **1968** | **23rd** | 45:24 |
| 80:15 83:11 | 106:24 | 16:21 | 108:10 | **820040** |
| 83:22 84:6 | 117:20 | **1989** | **26** | 104:5 117:13 |
| 86:2 88:21 | **youve** | 9:9 | 93:3 | **820050** |
| 89:18,24 | 22:5 24:23 | **1991** | **2630052** | 104:6 |
| 91:7 93:18 | 25:23 27:10 | 8:5 36:1,11,12 | 126:23 | |
| 95:4 98:2,22 | 42:18 50:22 | 36:13 118:9 | | ——— 9 ——— |
| 99:6 100:7,8 | 58:17 61:20 | 118:12 | ——— 3 ——— | **9** |
| 100:18 | 76:17 81:4,7 | **1994** | **3** | 1:23 45:24 |
| 101:12,18,24 | 111:6,20 | 36:14,17 | 3:15 48:22 | 104:4 110:11 |
| 103:1,3,11 | 113:1 118:17 | 108:22 | 49:2 65:16 | **9801** |
| 104:18 | | **1995** | 116:12 | 109:14,16 |
| 105:17 | ——— Z ——— | 36:15,17,24 | **30** | **9a** |
| 106:18 107:6 | **z** | **1996** | 2:13 126:6 | 44:8 |
| 110:16 111:2 | | 49:18,21 50:6 | **300** | |
| 112:8 116:3 | ——— 0 ——— | 50:8,11 | 1:22 124:9 | |
| 124:19,20,24 | **000** | **1998** | 126:1 | |
| **women** | 36:14,14 45:24 | 8:7,9,14 | **312** | |
| 11:18 | 46:1,1 99:12 | **1999** | 126:23 | |
| **wondering** | **003434** | 35:20 118:3 | **3127444216** | |
| 22:23 | | | | |
| **wont** | | | | |