# Exhibit E

# Part 1 of 3

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                        Washington, D.C.

                                                                              1

1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF ILLINOIS

3                      EASTERN DIVISION

4      -------------------------------)

5      ILLINOIS ASSOCIATION OF FIREARMS )

6      RETAILERS, KENNETH PACHOLSKI,    )

7      KATHRYN TYLER, and MICHAEL HALL, )

8              Plaintiffs,             ) Civil Action No.:

9      vs.                            ) 10-cv-04184

10     THE CITY OF CHICAGO and         )

11     RAHM EMANUEL, Mayor of the      )

12     City of Chicago,                )   `

13             Defendants.             )

14     -------------------------------)

15             Washington, D.C.

16             Wednesday, September 21, 2011

17             Videotaped Deposition of DANIEL W.

18     WEBSTER, Sc.D., MPH, a Witness herein, called for

19     examination by Counsel for Plaintiffs, in the

20     above-entitled matter, the witness being duly sworn

21     by MELISSA GILCREST, RDR, CRR, a Notary Public in and

22     for the District of Columbia, taken at the offices of

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                        Washington, D.C.

                                                                              2

 1     Cooper & Kirk, PLLC, 1523 New Hampshire Avenue, NW,

 2     Washington, DC, at 9:06 a.m., on Wednesday, September

 3     21, 2011, and the proceedings being taken down by

 4     Stenotype by MELISSA GILCREST, RDR, CRR, and

 5     transcribed under her direction.

 6

 7     APPEARANCES:

 8

 9         On behalf of Plaintiffs:

10             DAVID H. THOMPSON, ATTORNEY AT LAW

11             1523 New Hampshire Avenue, NW

12             Washington, DC 20036

13             (202) 220-9600

14             dthompson@cooperkirk.com

15

16

17

18

19

20

21

22

Daniel W. Webster, Sc.D., MPH                                      September 21, 2011
                                    Washington, D.C.

                                                                                    3

```
 1    APPEARANCES (Continued)

 2        On behalf of Defendants:

 3            RANJIT J. HAKIM, ATTORNEY AT LAW

 4            CRAIG A. WOODS, ATTORNEY AT LAW

 5            Mayer Brown LLP

 6            71 South Wacker Drive

 7            Chicago, Illinois 60606-4637

 8            (312) 782-0600

 9            rhakim@mayerbrown.com

10            cwoods@mayerbrown.com

11                    and

12            ANDREW WORSECK, ATTORNEY AT LAW

13            Assistant Corporation Counsel

14             Department of Law

15            Constitutional and Commercial Litigation

16            30 North LaSalle Street, Suite 1230

17            Chicago, Illinois 60606-2580

18            (312) 744-7129

19            aworseck@cityofchicago.org

20

21        ALSO PRESENT:

22            DAN REIDY, Videographer
```

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

4

1                          C O N T E N T S

2    WITNESS                    EXAMINATION BY COUNSEL FOR

3    DANIEL W. WEBSTER,         PLAINTIFFS / DEFENDANTS

4    SC.D., MPH

5      By Mr. Thompson              11

6      By Mr. Hakim                              245

7

8      AFTERNOON SESSION - PAGE 129

9

10                             EXHIBITS

11   WEBSTER DEPOSITION EXHIBITS              PAGE NO.

12   No. 1  Report By D. Webster on Justification

13          For Chicago's Limit of One Operable

14          Firearm in the Home                 29

15   No. 2  Executive Summary                   50

16   No. 3  Article, Suicide in the Home in Relation

17          To Gun Ownership                    57

18   No. 4  Article, the Association Between the

19          Purchase of a Handgun and Homicide

20          Or Suicide                          70

21

22

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

                                                                        5

1                        EXHIBITS (Continued)

2       WEBSTER DEPOSITION EXHIBITS                    PAGE NO.

3       No. 5   Article, Homicide and Suicide Risks

4               Associated With Firearms in the Home:

5               A National Case-Control Study            81

6       No. 6   Article, Youth Suicide:  Insights From

7               Five Years of Arizona Child Fatality

8               Review Team Data                         89

9       No. 7   Article Self-Inflicted and Unintentional

10              Firearm Injuries Among Children and

11              Adolescents                              97

12      No. 8   Article Adolescent Suicide and

13              Household Access to Firearms in

14              Colorado:  Results of a Case-Control

15              Study                                    100

16      No. 9   Article, Risk Factors For Adolescent

17              Suicide                                  105

18      No. 10  Article, the Presence and Accessibility

19              Of Firearms in the Home of Adolescent

20              Suicides, a Case-Control Study           115

21      No. 11  Article, Suicide in Affectively Ill

22              Adolescents:  A Case-Control Study       117

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

                                                                              6

1                        EXHIBITS (Continued)

2     WEBSTER DEPOSITION EXHIBITS                    PAGE NO.

3     No. 12 Article, Suicide in Adolescents With

4            No Apparent Psychopathology              120

5     No. 13 Article, Firearms and Adolescent

6            Suicide,a Community Case-Control Study   122

7     No. 14 Article, Mortality Among Recent

8            Purchasers of Handguns                   129

9     No. 15 Article, Household Firearm Ownership

10           And Rates of Suicide Across the 50

11           United States                            135

12    No. 16 Article State and Local Prevalence of

13           Firearms Ownership Measurement,

14           Structure and Trends                     141

15    No. 17 Article, The Association Between

16           Changes in Household Firearm Ownership

17           And Rates of Suicide in the United

18           States, 1981-2002                        143

19

20

21

22

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                        Washington, D.C.

7

1                    EXHIBITS (Continued)

2    WEBSTER DEPOSITION EXHIBITS                    PAGE NO.

3    No. 18 Article, Recent Psychopathology,

4           Suicidal Thoughts and Suicide Attempts

5           In Households With and Without

6           Firearms: Findings From the National

7           Comorbidity Study Replication          146

8    No. 19 Article Association of Rates of

9           Household Handgun Ownership,

10          Lifetime Major Depression, and

11          Serious Suicidal Thoughts With Rates

12          Of Suicide Across U.S. Census Regions  150

13   No. 20 Article, Gun Ownership As a Risk

14          Factor For Homicide in the Home        151

15   No. 21 Article, Risk Factors For Femicide in

16          Abusive Relationships:  Results From a

17          Multisite Case-Control Study           162

18   No. 22 Article Firearms in U.S. Homes As a

19          Risk Factor For Unintentional

20          Gunshot Fatality                       170

21

22

Daniel W. Webster, Sc.D., MPH                      September 21, 2011
Washington, D.C.

8

1

2                    EXHIBITS (Continued)

3 WEBSTER DEPOSITION EXHIBITS             PAGE NO.

4 No. 23 Article, State-Level Homicide

5          Victimization Rates in the U.S. in

6          Relation to Survey Measures of

7          Household Firearm Ownership,

8          2001-2003               173

9 No. 24 Article, Rates of Household Firearm

10          Ownership and Homicide Across U.S.

11          Regions and States, 1988-1997      176

12 No. 25 Article, The Effect of Gun Ownership

13          Rates on Homicide Rates:  A State-Level

14          Analysis                183

15 No. 26 Article, Firearm Availability and

16          Unintentional Firearm Deaths, Suicide,

17          And Homicide Among 5-14-Year-Olds     186

18 No. 27 Article Firearm Availability and

19          Suicide, Homicide, and Unintentional

20          Firearm Deaths Among Women        191

21 No. 28 Article Firearm Availability and

22          Homicide Rates in Detroit, 1951-1986    193

Daniel W. Webster, Sc.D., MPH

September 21, 2011

Washington, D.C.

9

1

2                    EXHIBITS (Continued)

3    WEBSTER DEPOSITION EXHIBITS                    PAGE NO.

4    No. 29 Article, Handgun Sales, Beer Sales,

5           And Youth Homicide, California,

6           1972-1993                                195

7    No. 30 Article, Social Cost of Gun Ownership   203

8    No. 31 Article, Association Between Youth-

9           Focused Firearm Laws and Youth Suicides 210

10   No. 32 Article State Gun Safe Storage

11          Laws and Child Mortality Due to Firearms 218

12   No. 33 Article the U.S. Gun Stock: `Results

13          From the 2004 National Firearms Survey   221

14

15

16

17

18

19

20

21

22

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                          Washington, D.C.

                                                                      10

1                    P R O C E E D I N G S

2                    -    -    -    -    -

3              THE VIDEOGRAPHER:  This begins tape

4    number one in the video disposition of Daniel Webster

5    taken by the Plaintiff in the matter of ILAFR versus

6    the City of Chicago.  This is filed in U.S. District

7    Court for the Northern District of Illinois, the

8    Eastern Division, civil case number 10-CV-04184.

9              Today's deposition is being held at the

10   law offices of Cooper & Kirk, PLLC, 1523 New

11   Hampshire Avenue, Northwest, Washington, DC, 20036.

12             For identification purposes, my name is

13   Dan Reidy, the video operator.  The stenographer is

14   Melissa Gilcrest, and we are both with Alderson Court

15   Reporting.

16             Today's date is September 21st, 2011; the

17   time on the video is 9:04 a.m.  We are on the record.

18   At this time will all counsel introduce yourself and

19   to whom you represent, starting with the Plaintiffs'

20   counsel, please.

21             MR. THOMPSON:  David Thompson of Cooper &

22   Kirk for the Plaintiffs.

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                        Washington, D.C.

                                                                    11

 1              MR. HAKIM:  Ranjit Hakim, of Mayer Brown,

 2   for the defendants City of Chicago and the Mayor.

 3              MR. WOODS:  Craig Woods from Mayer Brown

 4   for the Defendants.

 5              MR. COOPER:  Andrew Worseck from the City

 6   of Chicago for the Defendants.

 7              THE VIDEOGRAPHER:  Will the court reporter

 8   please swear in the witness.

 9   Whereupon,

10              DANIEL W. WEBSTER, Sc.D., MPH

11   a witness, called for examination, having been duly

12   sworn, was examined and testified as follows:

13              EXAMINATION BY COUNSEL FOR PLAINTIFFS

14   BY MR. THOMPSON:

15       Q.    Good morning, professor, welcome.  I'm

16   David Thompson.  Would you please state your name for

17   the record?

18       A.    Sure.  My name is Daniel Webster.

19       Q.    Okay, great.  And have you been deposed

20   before?

21       A.    Yes, in one other case.

22       Q.    Okay.  Well, you probably remember, but

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

                                                                              12

1    because we have a court reporter today, we should try

2    to talk one at a time.  If I cut you off at any point

3    today, please let me know.

4              We can take a break whenever you want to

5    take a break.  If there is a question pending, I

6    would ask that you go ahead and answer it.

7         A.    Certainly.

8         Q.    And tell me, what was the subject matter

9    of the case that you testified in previously?

10        A.    The case concerned a gun dealer, who was

11   part of a -- what had been sued by the City of New

12   York for negligent practices having to do with

13   making -- making sales that were illegal.  And I

14   provided testimony relevant to my research on what's

15   known about the regulations, oversight and risk or

16   lack thereof that retail gun shops face, and what's

17   known about how they respond to such regulation and

18   risk.

19        Q.    And were the opinions you offered in that

20   case in any way relevant to the opinions you're

21   offering in this case?

22        A.    I don't believe so, no.

Daniel W. Webster, Sc.D., MPH                    September 21, 2011
                          Washington, D.C.

                                                                  13

1        Q.     Now, where did you attend college?

2        A.     I graduated from the University of

3   northern Colorado, I got my bachelor's in

4   psychology.

5        Q.     Okay.

6        A.     Should I go on from there?

7        Q.     Yes, sure.

8        A.     Okay.  I got my master's in public health

9   from the University of Michigan and my doctor of

10  science degree from Johns Hopkins University School

11  of Public Health.

12       Q.     What is your current position or

13  positions?

14       A.     I'm a professor in the School of Public

15  Health at Johns Hopkins and in the Department of

16  Health Policy and Management.  I also codirect the

17  Center For Gun Policy and Research there.  And I

18  also am a director of the Center For the Prevention

19  of Youth Violence, also based at the Johns Hopkins

20  Bloomberg School of Public Health.

21       Q.     You mentioned Bloomberg.  Was Mayor

22  Bloomberg a major donor to the Bloomberg School of

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011

Washington, D.C.

14

1     Health?

2          A.     I believe so.

3          Q.     Can you identify a single position that

4     the School of Public Health has ever taken that is

5     inconsistent with Mayor Bloomberg's position on gun

6     policy?

7          A.     I don't believe the school has ever taken

8     a position on gun policy.

9          Q.     Have you ever -- has the school issued

10    reports that relate to gun policy?

11         A.     Our Center For Gun Policy and Research

12    certainly has, sure; that's what we`do.

13         Q.     Okay.  And you have written on issues

14    relating to gun policy, is that right?

15         A.     Yes, sir.

16         Q.     Have you ever written an article that

17    takes a position that's in any way inconsistent with

18    Mayor Bloomberg's stated position on gun policy?

19              MR. HAKIM:  I'm just going to object.  If

20    you know what Mayor Bloomberg's position is.

21              THE WITNESS:  I guess that was actually

22    going to be sort of my question back.  Like what

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
Washington, D.C.

15

1    specifically?  If you give me some specifics about

2    his position, then I can respond.

3    BY MR. THOMPSON:

4        Q.    Well, I'm just asking if you know as you

5    sit here whether you've ever taken a position that is

6    inconsistent with the position of Mayor Bloomberg's

7    positions on gun policy?

8        A.    I really don't know, because again, I

9    don't know -- I can answer it, if I have a little

10   more specific about what gun policy.

11            It's kind of -- there are a lot of

12   different kinds of gun policies, so `--

13       Q.    But you can't think of any instance in

14   which you've taken a position inconsistent with Mayor

15   Bloomberg's gun policy as you sit here?

16       A.    No.  But I don't know what all of his

17   positions are.

18       Q.    Do any of the studies you rely on in your

19   report utilize statistical concepts?

20       A.    Yes.

21       Q.    Well, I will freely confess that I am not

22   a statistician, so I'm going to, rather than having

16

1    to ask you every time we look at a report, I'm going

2    to ask you some background questions, just so we can

3    be on the same page --

4         A.    Sure.

5         Q.    -- about nomenclature, and hopefully I'll

6    slow you down less than than I otherwise would by

7    asking these questions.  What is meant by the term

8    sampling?

9         A.    Sampling?

10        Q.    Yes, sir.

11        A.    Sure.  It's a method by which you decide

12   from an overall population that you`want to study

13   who you are going to bring into a study.

14        Q.    Is sampling important to statistical

15   analysis?

16        A.    It's important more generally to research

17   design, and it's -- the potential threats to

18   validity of that research.

19        Q.    Okay.  And what are the threats to

20   validity to that research, if you've done sampling

21   improperly?

22        A.    You could have what's called selection

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

17

1    bias.  So if -- the way you select your sample is

2    non-random in a way that would -- certain people

3    would be selected that's related to the thing that

4    you're interested in, so --

5         Q.    Is it important to have a random sample?

6         A.    It's important to -- yes, random sample

7    is good.  Most importantly is -- it's -- there are

8    different kinds of random samplings.

9              So the main idea is that you -- there are

10   times when you oversample and then compensate with

11   sampling weights.  So there are some nuances there.

12   But the general idea is, yes, random is generally

13   what you're aiming towards.

14        Q.    What do you mean by oversample?

15        A.    There may be -- if you want to make

16   inferences to a group or subgroup that, it would be

17   very inefficient to just do a random sample, so, for

18   example, if you wanted to be able to draw

19   conclusions about people of Haitian descent in the

20   United States, if you simply did a random sample,

21   you would have to sample lots and lots and lots of

22   people before you got enough Haitian Americans to be

Case: 1:10-cv-04184 Document #: 215-9 Filed: 02/14/13 Page 19 of 81 PageID #:10566

Daniel W. Webster, Sc.D., MPH
Washington, D.C.
September 21, 2011

18

1    able to say something about Haitian Americans.  You

2    can design your sample somewhat differently, so that

3    you oversample in certain areas where you know there

4    are more Haitian Americans, and then you compensate

5    by the weighting of the data when you try to make

6    any statements about what is true nationally.  Does

7    that make sense?

8        Q.    Yes, it does.  Thank you.  Now, what is

9    meant by the term generalizable sample?

10       A.    Generalizable refers to what group or

11   population you could infer that the same

12   relationships you're seeing in your study would

13   apply.

14       Q.    If you wanted to generate a random

15   generalizable sample of people living in the United

16   States, how many people would you need to have to

17   sample ballpark?

18       A.    It depends entirely on what it is you're

19   studying.  What's the research question?  There's a

20   lot of things that go into deciding that.

21            If you were trying to study a very rare

22   phenomenon you would want, you know, tens of

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                          Washington, D.C.

                                                                            19

1    thousands of people.  If you're studying a much more

2    common phenomenon, you could do with far, far less.

3         Q.    Let's say you wanted to measure the

4    percentage of households in the United States with a

5    gun present.  If you were given the task of creating

6    a random generalizable sample that answered that

7    question, how would you go about that?

8         A.    How many people own guns or have guns in

9    their home?

10        Q.    Yes, sir.

11        A.    I don't know that I would want to do the

12   calculation on top of my head, so I'm not sure.  I'm

13   not sure.

14        Q.    Tell me, though, how you would go about

15   thinking about it?

16        A.    Well, again, you would determine with

17   what degree of precision you want to make the

18   inference.  Are you -- is it fine to be within ten

19   percentage points either way?  Then you could sample

20   relatively few.

21              If you felt that it was important to

22   really, really narrow it to a very small range, then

20

1    you might want 10,000.  So it depends on the degree

2    of precision you want; again, as I mentioned before,

3    it depends on what assumptions you're making about

4    the baseline rate of gun ownership.

5         Q.     What is the concept of correlation in

6    statistics, what does that term mean?

7         A.     It's basically whether variable A and

8    variable B are associated; when one goes up, does

9    the other one go up or down in some sort of systemic

10   way, or is their relationship somewhat random.

11        Q.     And sometimes in your report, you've used

12   the term associated with.  Is that synonymous with

13   correlated with?

14        A.     It's certainly related.  I think more

15   commonly when researchers use a term like

16   correlated, it more commonly means sort of what I

17   would refer to as a simple correlation.  You're not

18   trying to control for anything; it's just, you know,

19   looking at two variables and again how much do they

20   sort of coincide or do they vary together.

21             Most of the time when, I believe when I

22   use the term associated in my report, that typically

21

1    means an independent association.  That's after

2    different controls were -- for things that might

3    confound that relationship.

4         Q.    How does the concept of association, as

5    you use it in your report, relate to the concept of

6    causation?

7         A.    Okay.  Certainly if variable A causes

8    variable B to change, there must be an association.

9    Association by itself does not prove with certainty

10   causation.  Typically you want to see a number of

11   things; you know, that is there some rational theory

12   or other empirical evidence that supports the idea

13   that an association is likely to be causal.

14        Q.    Would it be fair to say, therefore, that

15   an association is a necessary, but not sufficient,

16   condition to establish causality?

17        A.    Yes.

18        Q.    How do statistical models try to analyze

19   whether an association actually represents a causal

20   connection?

21        A.    Most generally what they try to do is

22   identify and measure things that they think might

22

1    confound a relationship between two variables of

2    interest, one that you think causes the other.

3          And statistical -- most statistical

4    analyses, progression analyses, for example, attempt

5    to in essence hold constant the effect of that third

6    variable, or sometimes it's a bunch of variables, so

7    that you are assessing a true independent

8    relationship between the variables of interest on

9    your outcome measure.

10        Q.    What is the difference between a

11   confounder and an explanatory variable?

12        A.    They can be one and the same.  Okay?

13          What distinguishes -- not all explanatory

14   variables are confounders.  To be a confounder, that

15   confounding variable is associated with both the

16   primary variable of interest as a causal agent as

17   well as the outcome or dependent variable.

18        Q.    In researching issues relating to gun

19   violence, how do researchers identify the relevant

20   confounders that they're going to try to hold

21   constant for?

22        A.    Well, they draw upon prior research about

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
Washington, D.C.

23

1    what is associated with their outcome variable and

2    potentially their main independent variable of

3    interest.  They will draw upon theory.  And in some

4    instances, they will draw upon what data are

5    available that can be measured.

6         Q.    Okay.  Is the selection of confounders

7    important to the validity of statistical studies?

8         A.    Yes.

9         Q.    Now, what is a regression analysis?

10        A.    A regression analysis is an analytic

11   technique whereby you have one outcome or dependent

12   variable that you're trying to explain its

13   variation; and you do so by any number of

14   explanatory variables in a model.

15             That -- again, the idea is to, using some

16   complex matrix algebra, discern the variation

17   attributable to each variable and how it is

18   associated with this outcome variable independently,

19   accounting for the fact that maybe there are a

20   number of variables that are associated with that

21   outcome.

22        Q.    What does the concept of statistical

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                          Washington, D.C.

                                                                        24

1    significance mean?

2         A.    It relates to the confidence with which

3    you know that any association or difference found,

4    the probability with which it is -- could be found

5    by random variation as opposed to true association.

6              And so statistical significance typically

7    measured in something called a P value, tells you

8    the probability that any given association or

9    difference observed might be due to chance and

10   really there is no association or no difference.

11        Q.    So if you had a P value of .05, would that

12   mean there is a one in 20 chance that the phenomenon

13   was the result of random chance?

14        A.    Yes.

15        Q.    Okay.  Now, when you use the term

16   statistical significance in your report, what P value

17   are you using?

18        A.    Most typically .05.  There is nothing

19   really magical about -- I mean, some researchers use

20   .1, some use .05.

21        Q.    Now, you've published 62 publications, is

22   that right?

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

                                                                              25

      1          A.       Um-hm.

      2          Q.       In those publications, in how many of them

      3     have you used a P value of .10?

      4          A.       Used it?  Well, typically what I'll do is

      5     simply report the P values.  What many people --

      6     many people in public health don't put all the

      7     weight simply on a P value, and they like to report

      8     confidence intervals, so the confidence with which

      9     you have with any given estimate.

     10              So but generally .05 is the most standard

     11     thing.  And that is probably generally what I would

     12     reference.  When reporting something that lies

     13     between say .05 and .1, I will note that, that it --

     14     is in the range of statistical significance.

     15          Q.       But the general benchmark that you use in

     16     your own work for measuring statistical significance

     17     is a P value of .05 or less, is that correct?

     18          A.       Yes.  Again, and I teach a course on

     19     research methodology.  I tell my students, there is

     20     not a heck of a lot of difference between .05 and

     21     .06.  That's -- you know.  So typically what I think

     22     is most valuable is to let the reader know what it

26

1    is.  They can decide how comfortable are you.  Is

2    .06 the same as .05, or do you say .06 means there

3    is no relationship and .05 said it is?

4             So again, I tend to simply want to put

5    the data forward, let people infer what they want to

6    infer, and generally make some note that it's in a

7    range close to or around standard, common standard

8    measures of statistical significance.

9        Q.    And the concept of statistical

10   significance is important in assessing what data

11   means, is that right?

12       A.    Sure.

13       Q.    What is a standard deviation?

14       A.    It's how much a particular variable

15   varies from the mean or the arithmetic average.

16   It's a unit of variability around a mean.

17       Q.    What is an odds ratio?

18       A.    It's the ratio of the odds of a

19   phenomenon occurring.  It could be disease outcome,

20   it could be injury, death, whatever -- that it

21   occurs in a group that had some exposure of interest

22   versus a group -- the odds that that phenomenon

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                          Washington, D.C.

                                                                              27

1      occurs in a group that does not have the exposure.

2          Q.    And what is an adjusted odds ratio?

3          A.    The adjusted odds ratio is something that

4      is generated typically from a logistic regression

5      analysis and it adjusts for variability in the

6      dependent variable of interest that might be related

7      both to some other variable in the regression model

8      as well as the outcome.

9          Q.    In terms of assessing causal connections,

10     which measure is more probative, an odds ratio or an

11     adjusted odds ratio?

12         A.    Adjusted odds ratio.

13         Q.    And why is that so?

14         A.    Because it helps you to rule out that the

15     association is due to other factors that a

16     researcher is able to measure.

17         Q.    Can a scientific article have validity

18     even if it is not peer reviewed?

19         A.    Theoretically.

20         Q.    And in fact Einstein's theory of

21     relativity wasn't peer reviewed, was it?

22         A.    To be honest, I don't know.

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
Washington, D.C.

28

1          Q.      Okay.  What is the national resource

2     council?

3          A.      Research Council, National Research

4     Council?

5          Q.      Yes, research.

6          A.      It is an entity that is formed whose

7     function is to assess scientific -- science on a

8     variety of matters of interest to, typically to

9     policy makers.

10          Q.      And is it -- what is its relationship to

11     the National Academy of Science?

12          A.      My understanding, it is part of the

13     National Academy of Sciences.

14          Q.      And what is the National Academy of

15     Sciences, is that an arm of the federal government?

16          A.      I don't think it's a formal arm of it,

17     but it's related to the federal government.  It sort

18     of serves the federal government.

19          Q.      Is the National Research Council well

20     respected?

21          A.      Yes.

22                  MR. THOMPSON:  Now, I would like to ask

                                                                        29

1    the court reporter to mark with the following

2    document as Webster Exhibit 1.

3                        (Webster Deposition Exhibit 1 was

4                        marked for identification.)

5    BY MR. THOMPSON:

6        Q.    And sir, will you please identify what's

7    been marked as Webster Exhibit 1?

8        A.    Yes, that's it.

9        Q.    That's your report?

10       A.    Yes.

11       Q.    Okay.  Great.  And let's turn to page 2,

12   if you could be so kind.

13       A.    Before we get into the specifics of the

14   report, I would like to note, when reviewing this

15   yesterday, I did find a couple of typo mistakes that

16   I would like to correct.

17       Q.    Sure.  Let's do that.

18       A.    All right.  So on page 8 --

19       Q.    Yes, sir.

20       A.    -- in the middle paragraph, the paragraph

21   begins with Wiebe's nationally represented study.

22       Q.    Yes.

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                          Washington, D.C.

30

1        A.    If you go down to the sentence 29 percent

2    of homicides in male victims, that one?

3        Q.    Yes.

4        A.    Outside should be inside the home.

5        Q.    Okay.

6        A.    So I apologize for that mistake.  And

7    there is one other place that I will need to correct

8    something.  On page 13.

9        Q.    Yes.

10       A.    The bottom paragraph.

11       Q.    Yes, sir.

12       A.    And the second sentence that begins with

13   controlling for prevalence of guns?

14       Q.    Yes.

15       A.    The word where it was less common --

16       Q.    Uh-huh.

17       A.    Should say more common.

18       Q.    Okay.

19       A.    And unlock should say locked.

20       Q.    Okay.

21       A.    I apologize for that.

22       Q.    Not a problem.  All right.

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                          Washington, D.C.

31

1            Now, so let's turn to page 2, the first

2    full paragraph, the third sentence, which is about

3    halfway through; and it reads:  "Because there has

4    been no study of this particular requirement of

5    Chicago's ordinance, the research that I summarize

6    focuses on what is known about the relationships

7    between the accessibility of firearms in the home and

8    risk of suicide, homicide and accidental shooting."

9            The provision you're referencing in that

10   sentence is the one that says that there can only be

11   one operable firearm in a home for every duly

12   licensed individual, is that correct?

13       A.    Yes.

14       Q.    And when you refer to accessibility, what

15   do you mean by accessibility?

16       A.    Very broadly, how easy is it to access,

17   to handle, to use.  Well, to use, more importantly.

18       Q.    Now do you know of any other jurisdiction

19   in the United States that has a limit of one operable

20   firearm for duly licensed individuals within their

21   own home?

22       A.    No.

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

                                                                            32

1            MR. HAKIM:  I'm going to interpose,

2    obviously Professor Webster is not being proffered to

3    offer his opinion on what other jurisdictions are

4    doing or the commonality of laws.  But you can go

5    ahead and answer.

6       A.    No.

7       Q.    Based on the studies you cite in your

8    report, would you expect the number of suicides to

9    increase in Chicago as a result of allowing

10   law-abiding citizens to purchase handguns?

11      A.    You mean from going from a ban to this

12   current regime?

13      Q.    Yes, sir.

14      A.    Yes.

15      Q.    And to what extent would you -- do you

16   have any ballpark estimate as to what the rate of --

17   how much the rate of suicide will increase?

18            You report 6.6, a rate of 6.6 per hundred

19   thousand in 2005.  Do you have an estimate as to how

20   much it will go up as a result of this legislation?

21      A.    No.

22      Q.    Do you think the increase in the rate of

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

33

1     suicide would be smaller if there had been a limit of

2     one handgun, operable or not, per duly licensed

3     individual?

4          A.    Yes.

5          Q.    Do you have any estimate as to what the

6     diminution in suicide rate would be if the law were

7     changed to only allow ownership of one handgun per

8     duly licensed individual in Chicago?

9          A.    I'm going to make sure that I understand

10    your question.

11         Q.    Please.

12         A.    So if you don't mind, could you just --

13         Q.    Sure.  So if Chicago changed its law

14    tomorrow and said, okay, now individuals can only own

15    one handgun if they're duly licensed --

16         A.    Sure.

17         Q.    -- regardless of whether it is operational

18    or not, I believe you've testified you think that

19    would reduce suicide rates, is that right?

20         A.    Yeah.

21         Q.    And so my question is by how much, do you

22    have an estimate of that?

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011

Washington, D.C.

34

1        A.     Not exactly, no.

2        Q.     Even generally?

3        A.     No.  It depends on a lot of factors that

4    it's hard to know.  It's hard to know exactly how

5    many people will be buying handguns.  I mean, there

6    is a lot of -- there are a lot of things that will

7    determine exactly what the precise effect is.

8        Q.     Okay.  But you can't give me a ballpark

9    estimate of what the effect will be of the change I

10   just hypothesized, can you?

11       A.     No.

12       Q.     Okay.  Now, in your opinion, when Chicago

13   changed its laws to allow individuals to purchase

14   handguns, do you believe that crime will increase in

15   Chicago as a result of that change in law?

16       A.     It depends on what crime.

17       Q.     Okay.  So which crimes would go up, in

18   your opinion?  Homicide?

19       A.     I think that's the principal one I would

20   focus on.  I would not speculate on others.  The

21   evidence, you know, that I draw upon and that I

22   trust the most and I think is most relevant for this

35

1    provision would be homicide.  I would expect there

2    to be an increase in homicide.

3          Q.    Do you have an expert opinion on whether

4    there would be an increase or decrease in crime rates

5    in other categories of crime because of the passage

6    of the 2010 ordinance?

7                MR. HAKIM:  I'm just going to interpose an

8    objection here.  Obviously we haven't proffered

9    Professor Webster to give opinions on hypothetical

10   changes in the Chicago ordinance.  He's examined,

11   obviously the ordinance in the report, and not other

12   issues.

13               I also object to the extent these are sort

14   of incomplete hypotheticals and call for speculation.

15   But feel free to answer it, again.

16               THE WITNESS:  So the question was again

17   what --

18   BY MR. THOMPSON:

19         Q.    I'm not asking a hypothetical.  I'm asking

20   you about the actual law that was passed in July of

21   2010 --

22         A.    Right.  Okay.

Daniel W. Webster, Sc.D., MPH
Washington, D.C.
September 21, 2011

36

1      Q.     -- and whether you have an expert opinion

2   on whether that law will decrease or increase the

3   rate of crime for crimes other than homicide?

4      A.    I would expect no material change.

5      Q.    Okay.  Accidental shootings, do you have

6   an expert opinion on whether the July 2000 Chicago

7   ordinance will increase or decrease accidental

8   shootings within the City of Chicago?

9         MR. HAKIM:  Again, I'm going to object

10  only to the extent that, one, it's outside the scope

11  of his report; and two, are we talking about specific

12  provisions of the Chicago ordinance or the Chicago

13  ordinance generally?

14        THE WITNESS:  Do you want me to just be

15  specific about what you are referring to more broadly

16  about the ordinance or this piece?  Or --

17  BY MR. THOMPSON:

18     Q.    Well, let me ask you.  I mean, have you

19  looked -- have you confined your expert analysis in

20  this case to the one provision you quote from in your

21  report, which is the limit of one operable gun per

22  duly licensed individual?

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                        Washington, D.C.

                                                                        37

1        A.      Yes.

2        Q.      Okay.  So you don't have an expert opinion

3    on whether the July 2010 ordinance writ large would

4    impact homicide rates, for example?

5        A.      No.

6        Q.      Okay.  And you don't have an expert

7    opinion on whether the provisions that are challenged

8    in our lawsuit, the provisions we've challenged,

9    would increase the rate of homicide, taken together

10   in their totality, is that correct?

11       A.      Yeah, that is correct.  I mean, I haven't

12   prepared all of the information around that.  My

13   focus has been on this one provision.

14       Q.      Okay.  Now, let's look at suicides.  Is

15   there a consensus in the scientific community as to

16   what factors have the biggest causal impact on

17   suicide rates?

18       A.      Yes.

19       Q.      Okay.  What are those factors?

20       A.      Prevalence of mental illness.

21       Q.      Okay.  Mental illness, you said?

22       A.      Yes.  Substance abuse.  And availability

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

                                                                            38

1      of lethal means of completing a suicide, including

2      availability of a firearm.

3          Q.    When you say substance abuse, do you

4      include illegal narcotics?

5          A.    Yes.

6          Q.    Did you also include alcohol?

7          A.    Yes.

8          Q.    Anything else?

9          A.    The abuse of prescription drugs.

10         Q.    Have you looked at suicide rates in other

11     countries to see how it relates to the prevalence of

12     firearms ownership?

13         A.    I've looked at some of that literature.

14         Q.    Isn't it true that in certain Scandinavian

15     countries they have a high suicide rate, but a very

16     low gun ownership rate?

17         A.    Yes.

18         Q.    How do you explain that?

19         A.    How I explain that where there is more --

20     a high level of gun ownership, there is not a high

21     rate of suicide, is that --

22         Q.    I think it's the opposite.  How do you

39

1    explain that in these Scandinavian countries, they

2    have very low rates of gun ownership, but they have a

3    high rate of suicide?

4         A.    There could be a lot of things going on

5    in those countries that are well documented, high

6    rates of substance abuse being one such thing.

7         Q.    Okay.  Now, in your report, and we've

8    talked about this, you reference the fact that in

9    2005 Chicago had a suicide rate of 6.6 per hundred

10   thousand.  Why did you pick 2005?

11        A.    That's when I had available data for

12   Chicago.

13        Q.    Okay.  Now, you say that that's a notably

14   lower rate than the United States as a whole, is that

15   right?

16        A.    That's correct.

17        Q.    Do you know of any faith traditions in

18   which suicide is deemed to be a sin?

19        A.    It would be somewhat speculative.  I'm

20   sure that there are.  I don't know specifically

21   which ones.

22        Q.    Do you know whether the Catholic faith

40

```
 1     considers suicide to be a sin?

 2         A.    I believe so.

 3         Q.    For those who believe that suicide is a

 4    sin that would condemn them to spend eternity in

 5    hell, do you think that would be a deterrent to them

 6    committing suicide?

 7         A.    For some.

 8         Q.    Do you know that Chicago's Catholic

 9    population is nearly twice the national Catholic

10    population?

11         A.    I did not know that.

12         Q.    Okay.  Have you examined whether the

13    religious composition of Chicago plays a factor in

14    its relatively low suicide rate?

15         A.    No.

16         Q.    Is residency in a high crime neighborhood

17    associated with suicide rates?

18         A.    Not that I know of.

19         Q.    Is it true that experience as a victim of

20    crime such as rape is associated with suicide rates?

21         A.    I believe so.

22         Q.    Is it true that gang membership is
```

41

1     associated with suicide rates?

2          A.    I have not seen that.

3          Q.    Is it true that drug dealing is associated

4     with suicide rates?

5          A.    I have not seen that.

6          Q.    Is it true that the perception of the

7     world as a hostile place is associated with suicide

8     rates?

9          A.    Not that I know of.

10         Q.    Is it true that a personality that

11    emphasizes self-reliance is associated with suicide

12    rates?

13         A.    That's certainly been theorized, yes.

14         Q.    Is it true that the strength of suicidal

15    intent is associated with suicide rates?

16         A.    I am not so sure, because I'm not sure of

17    the accuracy of measuring intent.

18         Q.    Well, putting that to the side and

19    obviously if the person is dead, it may be harder to

20    ascertain their intent, depending on what they wrote

21    or whatever, wherever letters they left behind or

22    conduct.

42

1          But -- so leaving aside questions of

2    measurement, would you concede that if an individual

3    really wants to kill themselves, they're more likely

4    to commit suicide than if they're not really

5    committed to that objective?

6          A.    In general, that probably is the cases,

7    but not always.

8          Q.    Now, you say but not always.  Why don't we

9    say all other things being equal, would that be the

10   case?

11         A.    Well, that's not really what I'm saying.

12   What I'm saying is that for many individuals,

13   suicide intention is very fleeting, and so maybe in

14   one particular moment they have -- may have very

15   high intent to commit suicide; that does not mean

16   that that is an enduring intent.

17         Q.    I understand.

18         A.    That's basically what I'm trying to

19   communicate here.

20         Q.    I understand what you're saying -- I'm

21   question if they're more likely to do so.

22              MR. HAKIM:  I'm just going to suggest,

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

43

1      that that has been asked -- the professor has

2      answered it.

3      BY MR. THOMPSON:

4          Q.      Go ahead.

5          A.      Probably.

6          Q.      Okay.

7          A.      Um -- you know, you're asking me to

8      speculate and that's what I'm doing.  That's

9      speculation, probably.

10         Q.      Well, you say that I'm asking to you

11     speculate.  Let's just be clear.  Do you have an

12     expert opinion that you're offering in this case as

13     to whether there is an association between suicidal

14     intent and -- leaving aside measurement problems --

15     and suicide rates?

16         A.      I don't want to put aside measurement

17     problems, because that's -- what I'm trying to do,

18     sir, is to draw upon research; and important in my

19     understanding and belief in that research is whether

20     something is accurately measured.  I'm not convinced

21     of the ability to accurately measure intensity of

22     desire to kill oneself.

Daniel W. Webster, Sc.D., MPH                                        September 21, 2011
                              Washington, D.C.

44

1       Q.    Have you seen any study that you are

2   comfortable has actually measured suicidal intent in

3   a way that you believe is scientifically reliable?

4       A.    Not that I can think of.

5       Q.    Now, let's talk about lethality.  Isn't it

6   true that people who choose to kill themselves by

7   hanging are almost as successful as those who choose

8   to kill themselves by shooting?

9       A.    Yes, it's close.

10      Q.    Would you agree that African-Americans are

11  less likely to commit suicide than whites living in

12  the United States?

13      A.    Yes.

14      Q.    Would you agree that African-Americans are

15  less likely than whites to own guns?

16      A.    Yes.

17      Q.    Do you have an opinion on whether the

18  racial demographics of Chicago's population play any

19  role in its relatively low suicide rate as compared

20  to the United States as a whole?

21      A.    Yes.

22      Q.    What's your opinion?

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

45

1          A.      Yes, it does play a role.

2          Q.      Okay.   Do you agree that foreign born

3    persons living in the United States are less likely

4    to commit suicide than those born in this country?

5          A.      I'm not sure.   It depends on a lot of

6    cultural differences, where they're foreign born and

7    such.

8          Q.      Do you agree that foreign born persons

9    living in the United States are less likely to own

10   guns than those born in this country?

11         A.      Yes.

12         Q.      What do the studies show about the

13   association between gender and suicide?   Are men more

14   likely to commit suicide than women?

15         A.      Um-hm, yes.

16         Q.      And what do the studies show about the

17   association between suicide and age?

18         A.      The period of adolescence and young

19   adulthood is a relatively high risk time.   The risk

20   goes down into, you know -- after the mid 20s, it

21   starts to go down.   It increases again in the 60s,

22   and continues to elevate.

Daniel W. Webster, Sc.D., MPH                                September 21, 2011
                              Washington, D.C.

                                                                        46

 1        Q.     And just so the record is clear, when you

 2    say young adulthood, you're meaning mid 20s?

 3        A.     Yes.

 4        Q.     Do you have an opinion on whether the gun

 5    laws that existed in Chicago in 2005 played any role

 6    in Chicago's below average suicide rate?

 7               MR. HAKIM:    I'm going to interject.    Just

 8    an objection, it's beyond the scope of what we're

 9    proffering the professor for.    But you're free to

10    answer.

11        A.     Do I believe it played a role?

12        Q.     Yes, sir.

13        A.     Yes.

14        Q.     Okay.   And what role do you think it

15    played?

16        A.     Lowered rate.

17        Q.     Do you have any idea how many lawfully

18    owned handguns were in Chicago in 2005?

19        A.     I wouldn't be able to give that number,

20    no.

21        Q.     What role -- and in particular, do you

22    have an opinion as to whether Chicago's gun laws

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                          Washington, D.C.

47

1     relating to long guns in 2005 played any role in its

2     lower suicide rate?

3          A.      That I don't know.  Generally speaking,

4     in highly urban areas, long guns regardless of laws

5     aren't real common.

6          Q.      Would you agree that in order to assess

7     whether there is a relationship between suicide rates

8     and gun ownership, that you would need an accurate

9     measure of gun ownership?

10         A.      To examine the association, sure.

11         Q.      What is a longitudinal study?

12         A.      Longitudinal study has measures of your

13    variables of interest over time.

14         Q.      Okay.  So for a longitudinal study that

15    endeavored to assess whether there was an association

16    between gun ownership and suicide rates, you would

17    need a proxy for gun ownership that reflects changes

18    in gun ownership over time, is that correct?

19         A.      Yes.

20         Q.      In your report, you reference case-control

21    studies.  What is a case-control study?

22         A.      A case-control study is one in which

Daniel W. Webster, Sc.D., MPH                                      September 21, 2011
                              Washington, D.C.

                                                                              48

1    cases are identified of the outcomes of interest.

2    In the case-control studies referenced in my report,

3    those outcomes are homicides, suicides and

4    unintentional shooting deaths.

5              The control part of the research design

6    identifies individuals who aren't cases, who haven't

7    experienced the outcome of interest in any of those

8    outcomes; and comparisons are done with the exposure

9    or set of exposures of interest, and the degree to

10   which they vary between cases and controls.

11        Q.   Okay.  And what is a factor of interest?

12        A.   A factor of interest?

13        Q.   Yes, sir.

14        A.   That's something that might be

15   hypothesized to be associated with the outcome that

16   you're studying.

17        Q.   Now, let's look at page 3 of your report.

18   And under the heading Household Studies, let's look

19   at that paragraph.  The penultimate sentence, which

20   reads, "However, case-control study designs are often

21   the only practical method for examining risks for

22   relatively rare outcomes such as suicides, homicides

49

1    and deaths resulting from unintentional shootings."

2    Why are case-control studies often the only practical

3    method?

4         A.    Because if you're gathering data, a whole

5    set of factors of interest that might influence your

6    outcome -- and you want to study them over time, you

7    would be studying many thousands of people as

8    opposed to a few hundred or so.  So it's in orders

9    of magnitude different in terms of difficulty and

10   expense.

11        Q.    All right.  Now, if we turn to the next

12   paragraph, the first sentence starts, "Nearly all of

13   the case-control studies have shown a positive

14   relationship between gun ownership and suicides."

15   Which case-control studies have not shown that

16   positive relationship?

17        A.    I don't have that immediately available

18   to me.

19        Q.    Okay.  Did you consider those studies when

20   you put together your report?

21        A.    Yes.

22        Q.    Did you list them in your materials

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                          Washington, D.C.

                                                                         50

1    reviewed?

2        A.    No.

3        Q.    Okay.  Why not?

4        A.    I don't talk about them.

5              MR. THOMPSON:  Okay.  I would like to ask

6    the court reporter to mark the following document as

7    Webster Exhibit 2.

8                    (Webster Deposition Exhibit No. 2

9                    was marked for identification.)

10   BY MR. THOMPSON:

11       Q.    Sir, this is an excerpt.  We've reproduced

12   the executive summary and then a chapter from the

13   National Research Council publication entitled

14   Firearms and Violence.  Are you familiar with this

15   document?

16       A.    Yes.

17       Q.    You've read it before?

18       A.    Yes.

19       Q.    Okay.  Let's turn to page 6, if you would

20   be so kind.  Turning to the second full paragraph,

21   the first sentence reads, "In summary, the committee

22   concludes that existing research studies and data

Daniel W. Webster, Sc.D., MPH        September 21, 2011
Washington, D.C.

51

1     include a wealth of descriptive information on

2     homicide, suicide and firearms, but because of the

3     limitations of existing data and methods, do not

4     credibly demonstrate a causal relationship between

5     the ownership of firearms and the causes or

6     prevention of criminal violence or suicide."

7            Do you agree with that statement in this

8     National Research Council report?

9      A.    No.

10     Q.    All right.  What articles would you point

11   to that establish a causal connection between gun

12   ownership and suicide rates?

13     A.    Well, as I was mentioning earlier, there

14   are a number of aspects of determining or inferring

15   cause.  One of which is association.  There also has

16   to be other supporting data and a plausible theory

17   behind that.

18           I don't think that the question of whether

19   gun ownership causes increases in homicide and

20   suicide can be determined through some type of

21   randomized control trial.  Any -- any study or set of

22   studies is going to rely upon nonexperimental data.

52

1    And so that will always leave some degree of

2    uncertainty about inferring cause and effect from any

3    single study.

4         Q.    What do you mean by nonexperimental data?

5         A.    I guess I would answer the question first

6    by just explaining what experimental is, and

7    nonexperimental is everything else.

8         Q.    Sure.

9         A.    So experimental means that you are

10   randomly assigning one group of individuals to get

11   some treatment, exposure of interest -- to use the

12   example of relevance here, it's guns -- to one group

13   and randomly give -- take away any guns that another

14   group might have.

15            It's not practical nor legal to do that,

16   I don't believe.  So researchers rely upon

17   nonexperimental research to examine this question

18   and the degree to which data support or do not

19   support causal inferences.

20        Q.    Now, but don't social scientists all the

21   time draw causal inferences based on nonexperimental

22   data by building regressions --

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                          Washington, D.C.

                                                                          53

1        A.     Yes.

2        Q.     -- to the point that they feel that they

3    have enough independent variables, explanatory

4    variables and a strong enough statistical showing,

5    low enough P value, that then they do make claims of

6    causation?

7        A.     Yes.  And each social scientist will --

8    it's hard to know exactly the degree to which they

9    will present that association, the certainty with

10   which that might be causal.

11              I think again it depends not only upon

12   one given study and the statistical analyses from

13   that, but from a broader set of data and theory and

14   understanding of the phenomenon of study.

15       Q.     Can you point to any study that makes for

16   itself a claim of demonstrating a causal connection

17   between firearms and suicide rates?

18       A.     Makes a causal claim?

19       Q.     Yes, sir.

20       A.     I mean, I can thumb through some of these

21   right now.  Clearly the language in the discussion

22   from many authors indicate support for the idea of

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

                                                                          54

1     causation.  Whether they say we now know A causes B,

2     I'm not certain.

3          Q.    Many of them in fact expressly disclaim

4     causation, isn't that right?

5          A.    I wouldn't say that they disclaim

6     causation.  I think they would say we do not have

7     certain proof of causation.  That's not the same

8     thing as saying we know it doesn't cause something.

9          Q.    And I was imprecise, forgive me.  What I

10    meant to convey is many of them make clear that they

11    are making no claim whatsoever about causation one

12    way or the other, isn't that true?  `

13         A.    I'm not prepared to say yes to that.  I'm

14    not sure.  I would have to go back and review.

15         Q.    Okay.  And we will.

16         A.    Sure.

17         Q.    But let's look at the next sentence of the

18    National Research Council.  It says", "The issue of

19    substation of the means of committing homicide or

20    suicide has been almost entirely ignored in the

21    literature."  Do you agree with that statement?

22         A.    No.

55

1    Q.    Okay.  Which of the studies that you rely

2    on in the suicide area look at substitution?

3    A.    Well, virtually all of the studies are

4    designed in a manner that they can and do examine

5    substitution.  They typically will examine an

6    overall rate for suicide or homicide, for example,

7    and also break it down whether the suicide or

8    homicide was committed with or without a gun.

9         So I'm not sure the basis for that

10   conclusion from the NRC panel.

11   Q.    Now, let's turn to page 162 in this

12   document.  And under the heading Associations Between

13   Gun Ownership and Suicide Rates Across Time, the

14   second full paragraph begins by saying, "Three of

15   these four studies have found positive associations

16   between proxies for gun ownership and the fraction of

17   suicides committed with a gun, but only one study

18   focusing on -- youth -- suicide found an association

19   between gun ownership and overall suicide rates."  Do

20   you agree with that statement?

21        MR. HAKIM:  I'm just going to object to

22   the vagueness of this question.  To the extent that

56

1    you know what studies they're referring to.

2              THE WITNESS:  I would like to add, I would

3    have to look at each study.

4    BY MR. THOMPSON:

5        Q.    Okay.  So as you sit here, you're not

6    familiar with what studies they're talking about?

7        A.    They're not referenced right here.

8              MR. THOMPSON:  We, I think just have a

9    couple of minutes left on the tape.  Why don't we

10   take a five-minute break, if that's acceptable.

11             THE VIDEOGRAPHER:  This concludes tape one

12   in the video deposition of Dr. Daniel Webster.  The

13   time on the video is 10:04 a.m.  We are off the

14   record.

15             (Recess.)

16             THE VIDEOGRAPHER:  This begins tape number

17   two in the video deposition of Dr. Daniel Webster.

18   The time on the video is 10:16 a.m.  We are on the

19   record.

20   BY MR. THOMPSON:

21       Q.    At this point, I would like to ask the

22   court reporter to mark the following document at

Daniel W. Webster, Sc.D., MPH                              September 21, 2011
                              Washington, D.C.

                                                                        57

1    Webster 3.

2                          (Webster Deposition Exhibit No. 3

3                          was marked for identification.)

4    BY MR. THOMPSON:

5        Q.    And sir, would you please identify this

6    document for the record?

7        A.    Sure.  It's an article by Arthur

8    Kellermann and colleagues entitled Suicide in the

9    Home in Relation to Gun Ownership, published in the

10   New England Journal of Medicine.

11       Q.    And this study looked at two counties, one

12   in Tennessee and one in Washington state, is that

13   correct?

14       A.    That's correct.

15       Q.    Is it fair to say that the data from these

16   two counties is not generalizable to Chicago?

17       A.    What do you mean by generalizable?

18       Q.    Well, we talked earlier today about

19   generalizable.  You defined that term.  So --

20             MR. HAKIM:  I'm going to interject.

21   That's not a question.

22   BY MR. THOMPSON:

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

58

1        Q.    All right.  We can go back.  Why don't you

2    redefine generalizable, if your counsel wants you to.

3        A.    It's the degree to which a sample and

4    population that you want to infer to are similar.

5        Q.    Okay.

6        A.    Or representative.  Excuse me.

7        Q.    Okay.  So do you have an expert opinion on

8    whether these two counties are generalizable to

9    Chicago?

10        A.    I would say not entirely.

11        Q.    Okay.

12        A.    When -- these types of things don't

13    always lend themselves to clear, you know, yes, it

14    is, no, it isn't.  There are similarities in that

15    most of the population are urban, but differences in

16    Chicago being a far denser populated area than the

17    counties here.

18        Q.    And there might be differences in racial

19    demographics, is that right?

20        A.    Yes.

21        Q.    And there might be differences in culture,

22    is that correct?

59

1        A.    Yep.

2        Q.    And there might be differences in

3    religiosity, correct?

4              MR. HAKIM:   I'm just going to object to

5    these to the extent they're vague.   To the extent you

6    know what differences or what religiosity or what

7    demographics he's speaking of.

8    BY MR. THOMPSON:

9        Q.    Go ahead.   And there might be differences

10   between those counties and the City of Chicago in

11   terms of incidence of mental illness, correct?

12       A.    There might be.

13       Q.    Okay.   And you haven't examined that?

14       A.    No.

15       Q.    Okay.   Now, let's turn to page 470 and

16   look at table 4.   The adjusted odds ratio for keeping

17   a gun in the home is 4.8, is that right?

18       A.    Yes.

19       Q.    And which other factors have a higher odds

20   ratio?

21       A.    Psychotropic medication prescribed,

22   previous hospitalization due to drinking, active use

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                        Washington, D.C.

60

1     of illicit drugs.

2           Q.    And living alone, correct?

3           A.    And living alone, yes, sorry.

4           Q.    And does this mean that those four

5     variables are more tightly associated with suicide

6     than firearm ownership?

7           A.    They are more strongly associated with

8     suicide risk, yes.  In comparison to a gun in the

9     home.

10          Q.    In your expert opinion, were you surprised

11    to see that living alone was more highly correlated

12    with suicide than owning a firearm?`

13          A.    Not particularly.  If you actually look

14    at the point estimates and confidence intervals,

15    they're pretty close.  But living alone is a known

16    risk factor for suicide, sure.

17          Q.    Okay.  Now, let's look at discussion on

18    that same page.  The first sentence under that says,

19    "Our study was restricted to suicides occurring in

20    the victim's home, because a previous study has

21    indicated that most suicides committed with guns

22    occur there, because almost half the homes in America

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

                                                                          61

1     contain one or more firearms."

2              Are you aware of criticisms of this study

3     because it confined itself to suicides in the home?

4          A.    Yes.

5          Q.    And would you agree that there is a

6     connection between a decision between the method of

7     killing oneself and the location of killing oneself?

8          A.    Sorry, can you say that again?

9          Q.    Yes.  Would you agree there is a

10    connection between the method of killing oneself and

11    the location where the act is done?

12         A.    It could depend upon the method.

13         Q.    You can't throw yourself off the Brooklyn

14    Bridge at home?

15         A.    Exactly, right.

16         Q.    Okay.

17         A.    Exactly.  I mean, the method by which

18    that is most relevant is exactly jumping off of tall

19    structures.

20         Q.    Yes.  Or if you want to use --

21         A.    Or a cliff, whatever.

22         Q.    Or if you want to use carbon monoxide, you

Daniel W. Webster, Sc.D., MPH                                September 21, 2011
                        Washington, D.C.

62

1     have to be in a closed location, correct?

2          A.     Correct.

3          Q.     Now, let's turn back just for a moment to

4     Exhibit 2, which is the National Research Council

5     document.  And let's look at page 179.

6                 And in particular, footnote 7 -- take a

7     moment to get your bearings and look at this and then

8     let me know if -- when you've had a chance.

9                 If you look at 178, sir, you'll see that

10    this is talking about these studies in King County

11    and Shelby County, Tennessee and then I have a

12    question about footnote 7.  If you take a moment.

13         A.     So you want me to reads what they wrote

14    there on 78?

15         Q.     Yes.

16         A.     And then the footnote, is that --

17         Q.     Well, however much you need -- you want to

18    read to get the context.  I just wanted you to be

19    clear that footnote 7 was relating to the studies

20    we're talking about, and you can read it to yourself

21    and just let me know when you're ready to talk about

22    footnote 7.

63

1       A.      Okay.  Okay.

2       Q.      So just at the end of footnote 7, a couple

3  of lines from the bottom of that, it says, "If out of

4  home suicides had been included in the sample, the

5  crude odds ratio might have been reduced by nearly 20

6  percent.  The results are clearly sensitive to the

7  assumption that the rates of gun suicide by ownership

8  do not vary by the location of the suicide."  Do you

9  agree with that statement?

10      A.      Yes.

11      Q.      Okay.  Now, on page 178 in the final

12 carryover paragraph it says, "The possibly biased

13 sample selection strategy as well as other problems

14 in the execution of the study and reporting of

15 results provoked a storm of attacks on the research

16 team, the federal funding agency and the medical

17 journal in which the reports were published."  Do you

18 recall that storm of attack?

19      A.      Somewhat, yeah.

20      Q.      Okay.  And do you recall what other

21 problems were referenced?  You know, it says other

22 problems, do you know what they're talking about?

64

1        A.      Well, what is mentioned in here has to do

2    with the response rate, or their ability to get data

3    for all subjects was one concern.

4        Q.      And why is that -- as a general matter,

5    leaving aside this study, why would response rates be

6    a potential concern?

7        A.      It's a concern, if you think there could

8    be something uniquely different about those who

9    decide to participate in a study and those who

10   decide not to.

11       Q.      Now, this also references though other

12   problems in the execution of the study.  Do you

13   recall what those other problems were?

14       A.      Off the top of my head, no.

15       Q.      All right.  Now, let's go back to the

16   actual study itself and look at page 469.  And

17   turning to the first column under univariate

18   analysis.  It says, "Univariate comparisons reveal

19   that alcohol was more commonly consumed in the

20   households of case subjects than in those of

21   controls.  Alcohol was also more commonly consumed by

22   case subjects than by matching controls."

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

                                                                            65

1              Is alcoholic consumption positively

2    correlated with suicide rates?

3        A.    Yes.

4        Q.    And --

5        A.    At least overconsumption, abuse.

6        Q.    Okay.  And then if we go down a couple of

7    sentences, two sentences forward, it says, quote,

8    "Illicit drug use was reported by 19.2 percent of

9    case proxies, but by only 3.12 percent of matched

10   controls."  Is illicit drug use positively correlated

11   with suicide rates?

12       A.    Yes.

13       Q.    And then if we turn to page 470, the next

14   page, it says in the first full sentence, "A history

15   of depression or mental illness was reported for 83.5

16   percent of the case subjects, but for only 6.4

17   percent of the controls."  Is a history of depression

18   or mental illness positively correlated with suicide

19   rates?

20       A.    Yes.

21       Q.    Isn't it possible that one of these

22   factors, alcohol assumption, illicit drug use, or a

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                        Washington, D.C.

66

1     history of depression or other mental illness,

2     explains the differential in suicide rates that we

3     see in this study?

4               MR. HAKIM:  Object to the form of the

5     question.

6               THE WITNESS:  I'm sorry?

7     BY MR. THOMPSON:

8         Q.    Go ahead.

9         A.    The regression analyses control for the

10    differences between the case and control subjects

11    with respect to the risk factors discussed.

12        Q.    Well, it tried to control for depression

13    or mental illness by looking at prescription

14    medication utilization rates, is that right?

15        A.    Yes.

16        Q.    But isn't one of the real problems, if the

17    person isn't taking their medicine, right?

18        A.    Not taking your medicine is a risk

19    factor, correct.

20        Q.    And in fact, if we compared the

21    associations between mental illness for those taking

22    medicine and those not taking their medicine, those

67

1   not taking their prescribed medicine would have a

2   higher positive association with suicide rates than

3   those taking their medicine, isn't that right?

4        A.    I'm sorry, could you just say that again?

5        Q.    Sure.  If we were comparing the suicide

6   rates of those with mental illness who were taking

7   their medicine, and compared it to those with the

8   same mental illness but not taking their medicine, we

9   would expect a higher suicide rate in those not

10  taking their medicine, is that correct?

11       A.    Yes.

12       Q.    Okay.  This study doesn't control for

13  racial demographics, does it?

14       A.    What the authors of this study did was

15  that they perform logistic regression analyses to

16  control for a number of factors.

17             Some of those factors are correlated with

18  one another, and including many correlated variables

19  together causes a problem called multi-colinearity

20  that reduces, sometimes quite substantially, the

21  precision of the estimates.

22             What the authors report is that once you

68

1    controlled for factors noted in table 4, those other

2    variables, including the demographic variables that

3    you mentioned, do not independently explain suicide

4    risk.

5        Q.    Did they do that for suicidal intent?  Did

6    they even attempt to measure suicidal intent in this

7    paper?

8        A.    No, they did not.  May I just sort of add

9    something to that?

10       Q.    Sure, please, yes.

11       A.    It would be -- I don't consider that a

12   flaw in the study, because you can't measure suicide

13   intent for a group that hasn't committed suicide.

14             I mean, there are measures, have you ever

15   thought about suicide and things of that nature,

16   that I noted earlier, that I know of no solid

17   evidence that those are actually valid for true

18   suicidality.

19       Q.    Just to be clear, the case studies were

20   people who actually killed themselves, is that right?

21       A.    That's correct.

22       Q.    Okay.  So you could, though, who had

                                                                69

1    people who tried to kill themselves and didn't, they

2    weren't successful, right?

3         A.    Yeah.

4         Q.    And that could be in the control group,

5    right?

6         A.    Yeah.  However, one mechanism by which

7    firearms availability might elevate risk is that

8    someone may not attempt a suicide unless the

9    presence of a firearm might prompt them to do so.

10        Q.    Are there any studies that demonstrate

11   that?

12        A.    No one has examined it to my knowledge.

13        Q.    Okay.  Now, let's turn to page 4 of your

14   report and in the first full paragraph, you reference

15   a study by Cummings.

16              And then in the second sentence, you say,

17   "One advantage to this study over the one by

18   Kellermann and colleagues is that it does not rely on

19   data from proxy respondents for the cases but uses

20   preexisting administrative data to measure risk

21   factors, including handgun purchases."  Why is this

22   an advantage?

70

1      A.     Any time you measure something

2   consistently, you're more confident that any

3   difference between two groups is not due to the way

4   you collected the data.

5      Q.     Did this study look at the association

6   between long guns and suicide rates?

7      A.     No.

8      Q.     Did this study do anything to try to

9   control for mental illness?

10     A.     Bear with me for a second.

11     Q.     Oh, here -- let me mark it for the record.

12  I'll get it for you.  I'm sorry.

13            MR. THOMPSON:  Okay.  So I would like to

14  ask the court reporter to mark this next document as

15  Webster 4.

16                    (Webster Deposition Exhibit No. 4

17                    was marked for identification.)

18            THE WITNESS:  Okay.  Can you say the

19  question again, please?

20  BY MR. THOMPSON:

21     Q.     Sure.  Did this study attempt to control

22  for mental illness?

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011

Washington, D.C.

71

1        A.    No.

2        Q.    Given that we know that mental illness is

3    a key causal contributor to suicide rates, isn't it

4    true that we really cannot draw a causal inference

5    from a study such as this that doesn't try to control

6    for that factor?

7        A.    I would not agree with that.  And I'll

8    tell you the reason why.

9              You can have factors that are associated

10   with the outcome of interest that you don't control

11   for and that had no bearing on whether an estimate

12   of an association between the variable of interest,

13   in this case handgun purchase -- if the thing you

14   are not measuring is not associated with handgun

15   ownership.

16             Research by Hemenway and colleagues have

17   shown that there is no -- that gun owners do not

18   have a higher rate of mental illness than

19   non-gun-owners; therefore, I would not expect that

20   you would find that failure to control for mental

21   illness substantially affected the estimates that

22   Cummings and his colleagues found in this study.

72

1       Q.     Do you have any idea as to roughly what

2    percentage of people who commit suicide are mentally

3    ill?

4       A.     I don't know that off the top of my head.

5       Q.     Do you know whether it's more than 50

6    percent?

7       A.     I don't know for sure.

8       Q.     Now, later in your report in that same

9    paragraph in describing the study, you say, and

10   I'm --

11      A.     What page are we on?

12      Q.     Sorry, page 4.

13      A.     Okay.

14      Q.     It's the paragraph that starts Cummings,

15   and it's about six or seven lines from the bottom.

16   It's a line that starts, "And risks were greatest

17   when a handgun had been purchased less than a year

18   before." Do you see that?

19      A.     Oh, yes. Sorry, yes.

20      Q.     Okay. Is that finding consistent with the

21   notion that at least some individuals purchase a

22   handgun for the purpose of killing themselves?

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                          Washington, D.C.

                                                                        73

1        A.    Yes.

2        Q.    Do you have any idea as to approximately

3   what percentage of those who kill themselves with a

4   firearm do so after having purchased the gun for the

5   purpose of killing themselves?

6        A.    I know of no one who has been able to

7   measure the intent of the purchase of a firearm,

8   whether it was purchased for the sole purpose of

9   committing suicide.

10       Q.    So you don't have an opinion on that

11  subject?

12       A.    I'm saying I don't have data to answer

13  that question.

14       Q.    Okay.  Well, I just think we're saying the

15  same thing, but we just need to make sure the record

16  is clear.  Since you don't have data on that subject,

17  you don't have an expert opinion on that subject, is

18  that correct?

19       A.    Yes.

20       Q.    Now, let's go back to this Exhibit 4, the

21  Cummings study.  And I would like to direct your

22  attention to page 974, the first page.  And under the

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                           Washington, D.C.

                                                                        74

1    section Methods, it says that, in the second

2    sentence, "Compared with the 1984 adult population of

3    the United States, a random sample of 1,133 adult

4    group health members in 1984 were more often female,

5    55 versus 52 percent, more likely to have completed

6    high school, 91 percent versus 70 percent, less often

7    African-American, 3 percent versus 11 percent, and

8    less likely to have a family income below $15,000."

9              Is high school, graduating from high

10   school correlated with suicide rates?

11        A.    I'm not sure.

12        Q.    Is living below the poverty line

13   associated with suicide rates?

14        A.    In some studies.  I'm not sure if it's in

15   every one.

16        Q.    Would you agree that the sample used in

17   this study is not representative of the United States

18   as a whole?

19        A.    Yes.

20        Q.    And would you agree that it is not

21   representative of the populace of the City of

22   Chicago?

75

1  A.  That's correct.

2  Q.  All right.  Now, let's turn to on page

3 975, if we look at Results, second column, the very

4 bottom of the page, the last carryover sentence in

5 that column says, "Case subjects were more likely

6 than control subjects to have no family members, 33.7

7 percent, versus 25.4 percent for suicides."  Are you

8 familiar with any scientific literature addressing

9 the benefits of being married?

10  A.  Yes.

11  Q.  And does that scientific literature

12 indicate that there are positive benefits to mental

13 health of being married?

14  A.  Yes.  Sometimes it's difficult to

15 disentangle sort of the chicken/egg kind of thing.

16 If you have mental health problems, you may not be

17 the most attractive marriage partner.

18  Q.  But there are studies that have tried to

19 hold constant for that and have nevertheless

20 concluded that there is a benefit, a mental health

21 benefit to being married, is that right?

22  A.  Yes.

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                            Washington, D.C.

76

1        Q.      And then please turn to page 977, and if

2    you look at the fourth full paragraph, it starts,

3    "Inability to measure and control for other

4    differences between case and control subjects could

5    have biased relative risk estimates."  Do you agree

6    with the authors' own assessment of the limitations

7    of their own study?

8        A.      Yes.

9        Q.      And what is a relative risk estimate?

10        A.      What does relative risk estimate mean?

11        Q.      Yes, sir.

12        A.      It is similar to relative odds.  It's the

13    rate of a condition -- in this case, we're talking

14    about suicide -- and those exposed to the variable

15    of interest -- in this case, handgun ownership,

16    relative or compared with, divided by, however you

17    want to say it, the suicide rate of those who do not

18    have handguns.

19        Q.      Now, this study did not take into

20    consideration guns which were purchased legally from

21    people other than licensed dealers, is that correct?

22        A.      Yes.

Daniel W. Webster, Sc.D., MPH
Washington, D.C.
September 21, 2011

77

1    Q.    In your opinion, are purchases at gun

2  shows a source of concern?

3    A.    Yes.

4    MR. HAKIM:  I'm going to object just to

5  the vagueness of a phrase like concern.

6  BY MR. THOMPSON:

7    Q.    Are there special dangers associated with

8  firearms purchased at gun shows, in your opinion?

9    A.    Yeah, I don't know that they have much to

10  do with suicidality.  The concern has more to do

11  with criminal involvement with those guns.

12    Q.    Okay.  So your concern is more that there

13  is a greater risk in your opinion that a gun

14  purchased at a gun show would be used in a criminal

15  act than in a suicide, is that right?

16    A.    That's correct.  Assuming again that the

17  gun show purchase is not regulated without a

18  background check.  There are some states that

19  require even purchases at gun shows to go through in

20  essence the same process of a purchase from a

21  licensed firearms dealer.

22    Q.    Do you know how common that is?

78

```
 1        A.    How many states that's the case?

 2        Q.    Yes.

 3        A.    Roughly about a dozen states, I believe.

 4        Q.    Okay.  Now, if we look in your paragraph

 5   where you are discussing the Cummings report on page

 6   4 of your report -- keep the Cummings report out, if

 7   you don't mind.

 8        A.    I've got it.

 9        Q.    You say in the penultimate sentence, you

10   say, "The median interval between the most recent

11   handgun purchase by a household member and a suicide

12   is 10.7 years."  It would be more accurate to say the

13   median interval between the most recent handgun

14   purchased from a licensed dealer, is that correct?

15        A.    Yes.

16        Q.    Okay.  The study by Cummings did not even

17   check to confirm that the original legally purchased

18   handgun was still in the home, did it?

19        A.    No.

20        Q.    Now, let's turn to page 975.  In the

21   right-hand column, it says suicide and handgun

22   purchase.  And then if we look in the third sentence,
```

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

79

1    it says, "The relative risk for suicide given a

2    personal or family member handgun purchase were also

3    elevated.  Although the elevated risk for family

4    member purchase was not statistically significant."

5    What are they saying there?

6        A.    They're saying that in instances in which

7    a firearm was purchased by someone other than the

8    decedent, the person who committed suicide, the risk

9    was not statistically different from no added risk.

10       Q.    Okay.  Now, if we look at table 2 on the

11   next page, 976, it talks about a 95 percent

12   confidence interval.  Does that implicitly assume a

13   level of statistical significance of a P value of

14   .05?

15       A.    Yes.

16       Q.    Okay.  And then if we look in the

17   right-hand column, we see in the first full

18   paragraph, the first sentence, it says, "The

19   association between handgun purchase and suicide

20   tended to become stronger as the number of handguns

21   purchased increased.  Tests for trend across

22   categories, P equals .06."  So by the author's own

Daniel W. Webster, Sc.D., MPH                                    September 21, 2011
                              Washington, D.C.

                                                                          80

1    measure of statistical significance, this was not a

2    statistically significant result, is that correct?

3         A.    It was not statistically significant,

4    again at the .05 level.

5         Q.    And this study didn't in any way look at

6    the number of operable guns in a home, did it?

7         A.    No.  They looked at handgun purchases.

8         Q.    All right.  Now, let's look at page 977.

9    In the second column, in the first full sentence, it

10   says, "Although chance could explain this finding,"

11   and they're talking about -- well, let me back up and

12   just give you the context.

13            It says in the prior sentence, quote, "For

14   death by homicide by means other than a gun, the

15   relative risk was 2.0, 95 percent confidence interval

16   equals .9, 4.7), closed parentheses, among those with

17   a history of family handgun purchase.  Although

18   chance could explain this finding, another

19   explanation may be that handgun purchasers were more

20   inclined toward violence or lived in more dangerous

21   surroundings and these factors induced them to

22   purchase handguns.  This violent personality or