UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Kenneth Pacholski, et al.
                             Plaintiff,

v.                                                  Case No.: 1:10–cv–04184
                                                      Honorable Edmond E. Chang

The City of Chicago, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2013:

      MINUTE entry before Honorable Edmond E. Chang:Defendant Chicago's motion to reassign case [211] is denied. This case, Firearms Retailers v. Chicago, has advanced too far for the newly–filed case, Hall v. Chicago, 13 C 0441, to catch up so as to avoid delaying resolution of Firearms Retailers. Yes, there is overlap between the legal issues in the two cases, but the cases are too far apart procedurally in order for there to be a substantial savings in judicial effort, Local Rule 40.4(b)(2). The cross–motions for summary judgment in Firearms Retailers are still pending, so the status hearing of 04/04/13 is reset to 5/23/2013 at 09:00 AM.Mailed notice(Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.