# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kenneth Pacholski, et al.
                             Plaintiff,

v.                                           Case No.: 1:10–cv–04184
                                             Honorable Edmond E. Chang

The City of Chicago, et al.
                             Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, June 28, 2013:

  MINUTE entry before Honorable Edmond E. Chang: The cross motions are still pending. Status hearing of 07/01/2013 is reset to 08/05/2013 at 1:00 p.m. If events, such as the pending state legislation, occur that are relevant to the merits or to the mootness of certain claims (certain claims do not appear to be impacted no matter what), the parties should feel free to file supplements to their motions/responses (the Court might affirmatively call for briefs as well). Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.