# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kenneth Pacholski, et al.
                                  Plaintiff,

v.                                                     Case No.: 1:10–cv–04184
                                                          Honorable Edmond E. Chang

The City of Chicago, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2013:

      MINUTE entry before Honorable Edmond E. Chang: In light of the enactment of the Firearm Concealed Carry Act (effective July 9, 2013, based on section 999 of HB0183), the parties shall file supplements to their respective motions addressing the effect, or non−effect, of the Act on this case. The cross−supplements are due on or before 07/19/2013. Cross−responses to the supplements may be filed on or before 07/26/2013. If either party wishes to accelerate or extend the briefing schedule, the parties should confer with one another. If the schedule is agreed, they may call the courtroom deputy to propose the agreed schedule; if the schedule is disputed, the party proposing a change may file an appropriate motion. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.