# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kenneth Pacholski, et al.

                                             Plaintiff,

v.                                                           Case No.: 1:10–cv–04184
                                                            Honorable Edmond E. Chang

The City of Chicago, et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 15, 2013:

      MINUTE entry before Honorable Edmond E. Chang: Both parties' counsel called on a conference call to jointly request a change to the briefing structure and schedule, see R. 222, concerning the impact of the Firearm Concealed Carry Act. The Court will enter their request: Chicago shall file an opening brief on or before 08/02/2013. Plaintiffs shall respond on or before 08/09/2013. Chicago shall reply on or before 08/16/2013. Status hearing of 08/05/2013 is reset to 09/05/2013 at 11 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.