IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS )<br>RETAILERS, KENNETH PACHOLSKI, )<br>KATHRYN TYLER, and MICHAEL HALL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF CHICAGO and RAHM )<br>EMANUEL, Mayor of the City of Chicago, )<br>)<br>Defendants. ) | Case No: 10-CV-4184<br>Judge Edmond E. Chang<br>Magistrate Judge Geraldine Soat Brown |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM ADDRESSING PUBLIC ACT 98-0063**

Pursuant to this Court's Orders of July 9 and July 15, 2013, Plaintiffs hereby respond to Defendants' Supplemental Memorandum Addressing Public Act 98-0063 (Doc. No. 224).

1. Plaintiffs agree with the City's proposal to defer further action on Counts I, IV, and V until at least September 11, 2013, in light of (a) the Chicago Police Department directive stating that members are not to enforce the ordinance provisions underlying those counts, and (b) the proposed ordinance (O2013-6015) that would repeal those provisions and which, according to the City, the City Council will next be able to take up on September 11.

Plaintiffs respectfully request the Court to direct the City to file an update on the status of O2013-6015 by September 12, 2013 and to give the Plaintiffs an opportunity to respond to the City's filing.

2. Plaintiffs also agree with the City that Illinois Public Act 98-0063 does not preempt the ordinance provisions restricting the sale and transfer of firearms challenged in

1

Counts II and VI, and Plaintiffs further agree that Counts II and VI would not be mooted by passage of O2013-6015.  There is thus no reason for this Court to defer its consideration of those counts, particularly in light of the fundamental rights that are at stake in this case.  Indeed, if Plaintiffs' claims in Counts II and VI are correct, "then [the City's ban on the sale and transfer of firearms] was unconstitutional when enacted and violates their Second Amendment rights every day it remains on the books," and "its very existence stands as a fixed harm to every Chicagoan's Second Amendment right[s] . . . ."  *Ezell v. City of Chicago*, 651 F.3d 684, 698, 699 (7th Cir. 2011).  Plaintiffs thus respectfully request that this Court not delay its resolution of the parties' cross-motions for summary judgment with respect Plaintiffs' claim that the City's ban on the sale and transfer of firearms violates the Second Amendment.  And if the Court grants either Plaintiffs' or the City's motion with respect to that claim, Plaintiffs further request that the Court "expressly determine[] that there is no just reason for delay" and therefore "direct entry of a final judgment as to" that claim.  FED. R. CIV. P. 54(b).

| | |
|---|---|
| Dated:  August 7, 2013 | Respectfully submitted, |
| Stephen Kolodziej<br>FORD & BRITTON, P.C.<br>33 North Dearborn Street, Suite 300<br>Chicago, IL 60602<br>Tel: (312) 924-7500<br>Fax: (312) 924-7516<br>Email: skolodziej@fordbritton.com | s/ Charles J. Cooper<br>Charles J. Cooper*<br>David H. Thompson*<br>Peter A. Patterson*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Tel: (202) 220-9600<br><br>Brian S. Koukoutchos*<br>28 Eagle Trace<br>Mandeville, LA 70471<br>Tel: (985) 626-5052<br>Email: bkoukoutchos@gmail.com<br><br>*Admitted *pro hac vice*.<br>*Attorneys for Plaintiffs* |

2

## **CERTIFICATE OF SERVICE**

I, Charles J. Cooper, hereby certify that on this 7th day of August, 2013, I caused a copy of the foregoing to be served by electronic filing on:

| | |
|---|---|
| Michael A. Forti | Craig Woods |
| Mardell Nereim | Ranjit Hakim |
| Andrew W. Worseck | MAYER BROWN LLP |
| William Macy Aguiar | 71 South Wacker Drive |
| Rebecca Alfert Hirsch | Chicago, IL 60606-4637 |
| City of Chicago, Department of Law | |
| Constitutional and Commercial Litigation Division | |
| 30 North LaSalle Street, Suite 1230 | |
| Chicago, IL 60602 | |

                                                                                            s/ Charles J. Cooper
                                                                                                Charles J. Cooper