# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF ) <br> FIREARMS RETAILERS, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO, ET AL., ) <br> ) <br> Defendants. ) | No. 10-CV-4184 <br> Judge Edmond E. Chang <br> Magistrate Judge Geraldine Soat Brown |

## DEFENDANTS' REPLY IN SUPPORT OF THEIR
## SUPPLEMENTAL MEMORANDUM ADDRESSING PUBLIC ACT 98-0063

Defendants City of Chicago and Mayor Rahm Emanuel (collectively, "Defendants"), by their counsel, Stephen R. Patton, Corporation Counsel of the City of Chicago, hereby reply as follows in support of their Supplemental Memorandum Addressing Public Act 98-0063:

1. Plaintiffs state in their Response that they agree with Defendants' position that the Court should defer further action on Counts I, IV, and V until at least September 11, 2013, when the City Council is scheduled to consider Ordinance No. O2013-6015, which would repeal the provisions challenged in those counts. Plaintiffs ask that the Court order Defendants to file a status update by September 12, 2013. Defendants do not object to providing the Court with a status update regarding O2013-6015, but respectfully request that the Court grant Defendants until September 13, 2013 to do so.

2. With respect to Counts II and VI, the parties agree that Illinois Public Act 98-0063 does not preempt the ordinance provisions challenged therein and that the passage of O2013-6015 would not moot those claims. Plaintiffs ask the Court in their Response not to defer any ruling on the parties' cross-motions for summary judgment on Counts II and VI, but Defendants urge the Court

to avoid piecemeal rulings and not rule on those counts until such time as the City Council has acted on Ordinance No. O2013-6015. Within days of the City Council's consideration of O2013-6015, the parties will advise the Court of the status of Counts I, IV, and V, and the Court will therefore be able to rule on all counts in the case at one time, thereby avoiding multiple rulings on one motion. Judicial efficiency and economy will therefore be served if the Court delays ruling on Counts II and VI until the City Council acts on O2013-6015.

Date: August 16, 2013

Respectfully submitted,

STEPHEN R. PATTON
Corporation Counsel of the City of Chicago

By:   /s/William Macy Aguiar
        Senior Counsel

Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975 / 7129 / 4216

Attorneys for Defendants