IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF | ) | |
| FIREARMS RETAILERS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4184 |
| | ) | Judge Edmond E. Chang |
| CITY OF CHICAGO, ET AL., | ) | Magistrate Judge Geraldine Soat |
| | ) | Brown |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:**  Charles J. Cooper  Stephen Kolodziej
David H. Thompson  Ford & Britton, P.C.
Peter Patterson  33 N. Dearborn Street, Suite 300
Cooper & Kirk, PLLC  Chicago, IL 60602
1523 New Hampshire Avenue, NW
Washington, DC 20036

**PLEASE TAKE NOTICE** that on August 16, 2013, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendants' Reply in Support of Their Supplemental Memorandum Addressing Public Act 98-0063**, a copy of which is attached and is hereby served upon you.

Dated: August 16, 2013  Respectfully submitted,

STEPHEN R. PATTON
Corporation Counsel for the City of Chicago

By:  /s/ William Macy Aguiar
Senior Counsel

Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975 / 7129 / 4216
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I, William Macy Aguiar, an attorney, hereby certify that on this, the 16th day of August, 2013, I caused a copy of **Defendants' Reply in Support of Their Supplemental Memorandum Addressing Public Act 98-0063** and **Notice of Filing** to be served by ECF on:

Charles J. Cooper
David H. Thompson
Peter Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

Stephen Kolodziej
Ford & Britton, P.C.
33 N. Dearborn Street, Suite 300
Chicago, IL 60602


/s/William Macy Aguiar
William Macy Aguiar