# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kenneth Pacholski, et al.

                        Plaintiff,

v.                                             Case No.: 1:10–cv–04184
                                                       Honorable Edmond E. Chang

The City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 4, 2013:

      MINUTE entry before Honorable Edmond E. Chang: The cross−motions and the recent supplemental filings are under advisement. Status hearing of 09/05/2013 is reset to 09/23/2013 at 9:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.