# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kenneth Pacholski, et al.

                                  Plaintiff,

v.                                                       Case No.: 1:10–cv–04184
                                                             Honorable Edmond E. Chang

The City of Chicago, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 28, 2013:

       MINUTE entry before Honorable Edmond E. Chang: Status hearing of 10/29/2013 is reset to 11/18/2013 at 9:00 a.m., in light of the pending cross–motions. If there are any other legislative updates the parties wish to provide, they must do so in writing as soon as practicable. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.