**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS ) <br> RETAILERS, KENNETH PACHOLSKI, ) <br> KATHRYN TYLER, and MICHAEL HALL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF CHICAGO and RAHM ) <br> EMANUEL, Mayor of the City of Chicago, ) <br> ) <br> Defendants. ) | Case No: 10-CV-4184 <br> Judge Edmond E. Chang <br> Magistrate Judge Geraldine Soat Brown |

## PLAINTIFFS' STATUS REPORT

Pursuant to this Court's Order of October 28, 2013, Plaintiffs hereby notify the Court of the following:

1. In August, the parties notified the Court that the Chicago City Council was considering an ordinance, O2013-6015, that would (a) repeal the provisions of law underlying Counts I, IV, and V of the Second Amended Complaint, but (b) leave Counts II and VI intact. *See* Doc. 224 at 5, 7; Doc. 225 at 1-2.

2. City Council did not pass O2013-6015. On September 11, 2013, however, City Council passed a substitute ordinance, SO2013-6015, that impacts this litigation in the same way. (A copy of SO2013-6015 is attached to this filing as Exhibit A.) The relevant provisions of SO2013-6015 took effect on October 25, 2013. *See* 65 ILCS 5/1-2-4 (requiring publication of ordinances such as SO2013-6015 that impose fines or penalties); Video: Chicago City Council Meeting at 42:36 (Oct. 16, 2013),

http://chicago.granicus.com/MediaPlayer.php?view_id=2&clip_id=269 (City Clerk reporting

1

that ordinances passed on September 11 and required to be published were published on October 15); SO2013-6015, § 10 (relevant provisions "shall be in full force and effect 10 days after . . . passage and publication").

3. In particular, SO2013-6015 repealed the following provisions underlying Counts I, IV, and V: MCC 8-20-020, -030, -040, -140, -180, and the definitions of "home" and "lawful transportation" in MCC 8-20-010. Plaintiffs thus no longer plan to pursue Counts I, IV, and V, and those Counts may be dismissed as moot.

4. Counts II and VI, which challenge the City's ban on the sale and transfer of firearms, remain intact. SO2013-6015 did strike the following from MCC 4-144-010: "It shall be unlawful for any person licensed under this chapter to engage in the business of selling, or to sell, give away or otherwise transfer, any firearm as that term is defined in Section 8-20-010." It left in place, however, the restriction that, with exceptions not relevant here, "no firearm may be sold, acquired or otherwise transferred within the city, except through inheritance of the firearm." MCC 8-20-100(a). And it did not address City zoning requirements that may affect the construction or operation of a firearms retail business.

5. In light of the foregoing, this Court may proceed to decide the pending motions for summary judgment with respect to Counts II and VI.

Dated: October 29, 2013                     Respectfully submitted,

Stephen Kolodziej                           s/ Charles J. Cooper
FORD & BRITTON, P.C.                        Charles J. Cooper*
33 North Dearborn Street, Suite 300         David H. Thompson*
Chicago, IL 60602                           Peter A. Patterson*
Tel: (312) 924-7500                         COOPER & KIRK, PLLC
Fax: (312) 924-7516                         1523 New Hampshire Avenue, N.W.
Email: skolodziej@fordbritton.com           Washington, D.C. 20036

Tel: (202) 220-9600


Brian S. Koukoutchos*
28 Eagle Trace
Mandeville, LA 70471
Tel: (985) 626-5052
Email: bkoukoutchos@gmail.com

*Admitted *pro hac vice*.
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Charles J. Cooper, hereby certify that on this 29th day of October, 2013, I caused a copy of the foregoing to be served by electronic filing on:

| | |
|---|---|
| Michael A. Forti | Craig Woods |
| Mardell Nereim | Ranjit Hakim |
| Andrew W. Worseck | MAYER BROWN LLP |
| William Macy Aguiar | 71 South Wacker Drive |
| Rebecca Alfert Hirsch | Chicago, IL 60606-4637 |
| City of Chicago, Department of Law | |
| Constitutional and Commercial Litigation Division | |
| 30 North LaSalle Street, Suite 1230 | |
| Chicago, IL 60602 | |

                                                   s/ Charles J. Cooper
                                                      Charles J. Cooper