**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ILLINOIS ASSOCIATION OF** | ) | |
| **FIREARMS RETAILERS, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 10-CV-4184** |
| | ) | **Judge Edmond E. Chang** |
| **CITY OF CHICAGO, ET AL.,** | ) | **Magistrate Judge Geraldine Soat** |
| | ) | **Brown** |
| **Defendants.** | ) | |

**<u>DEFENDANTS' STATUS REPORT</u>**

Defendants City of Chicago and Mayor Rahm Emanuel ("Defendants" or "Chicago"), by their attorney, Stephen R. Patton, Corporation Counsel of the City of Chicago, hereby submit this status report pursuant to the Court's October 28, 2013 order.

Defendants agree with the statements made in Plaintiffs' October 29, 2013, status report regarding the enactment of SO2013-6015 by the City, its repeal of various Municipal Code provisions challenged in Plaintiffs' Second Amended Complaint, and the impact of that repeal on the claims in this case. Accordingly, Counts I, IV, and V should be dismissed as moot, and Counts II & VI remain in controversy between the parties.

Dated: November 1, 2013          Respectfully submitted,

                                   STEPHEN R. PATTON
                                   CORPORATION COUNSEL
                                   CITY OF CHICAGO

                     BY:     <u>/s/ Andrew Worseck</u>
                                     One of Its Attorneys

Mardell Nereim
Andrew W. Worseck
William M. Aguiar
Rebecca Alfert Hirsch
Constitutional & Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
(312) 744-9010

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the Defendants, hereby certifies that on November 1, 2013, he served a copy of the foregoing **Defendants' Status Report** on the parties listed below by electronic means pursuant to Electronic Case Filing (ECF):

Charles J. Cooper
David H. Thompson
Peter Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

Stephen Kolodziej
BRENNER FORD MONROE & SCOTT LTD.
33 N. Dearborn Street, Suite 300
Chicago, IL 60602

/s/ Andrew Worseck