**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Kenneth Pacholski, et al.
                                Plaintiff,

v.                                              Case No.: 1:10–cv–04184
                                              Honorable Edmond E. Chang

The City of Chicago, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 15, 2013:

      MINUTE entry before Honorable Edmond E. Chang:The Court appreciates the status reports filed by the parties. The status hearing of 11/18/2013 is reset to 12/04/2013 at 8:30 a.m., although the ruling may issue before that date and render the status hearing unnecessary. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.