# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Illinois Association of Firearms Retailers,
Kenneth Pacholski, Kathryn Tyler, and
Michael Hall,          ,

Plaintiff(s),

v.

The City of Chicago and Rahm Emanuel,
Mayor of the City of Chicago, ),

Defendant(s).

Case No. 10 C 4184
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
      and against defendant(s)
      in the amount of $     ,

         which ☐ includes     pre–judgment interest.
                   ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐    in favor of defendant(s)
      and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☒    other: Judgment entered in favor of Plaintiffs and against Defendants on Counts II and VI. By prior agreement of the parties, Counts I, III, IV, and V are dismissed as moot.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion Plaintiffs' motion for summary judgment.

Date: 1/6/2014                                   Thomas G. Bruton, Clerk of Court

\s\ Sandra Brooks , Deputy Clerk