**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Kenneth Pacholski, et al.

                    Plaintiff,

v.                                              Case No.: 1:10–cv–04184
                                                Honorable Edmond E. Chang

The City of Chicago, et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 14, 2014:

     MINUTE entry before the Honorable Edmond E. Chang: Motion hearing held on Defendants' motion to stay [240]. For the reasons stated during the hearing, the stay motion is granted up to 180 days, specifically, until and including July 14, 2014. The effectiveness of the judgment and the permanent injunction are stayed until and including July 14, 2014. On the verbal request of Plaintiffs, the Local Rule 54.3 process may begin as of today's date and the time to file the bill of costs due date is extended. Specifically, the bill may be included in the fee petition when due under Local Rule 54.3. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.