**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS )<br>RETAILERS, KENNETH PACHOLSKI, )<br>KATHERYN TYLER, and MICHAEL HALL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF CHICAGO and RAHM )<br>EMANUEL, Mayor of the City of Chicago, )<br>)<br>Defendants. ) | Case No. 10-CV-4184<br><br>Judge Edmond E. Chang |

**DEFENDANTS' AGREED MOTION TO EXTEND THE
SCHEDULE FOR COMPLIANCE WITH LOCAL RULE 54.3(D)**

Defendants City of Chicago and Rahm Emanuel ("Defendants"), by their attorney, Stephen R. Patton, Corporation Counsel for the City of Chicago, respectfully request that the Court extend the schedule for compliance with Local Rule 54.3(d) by three weeks. In support thereof, Defendants state as follows:

1. On January 14, 2014, the Court entered an Order initiating the Local Rule 54.3 process as of that date, resulting in the following schedule for the parties to comply with Local Rule 54.3(d): (i) Plaintiffs were to submit the information required by Local Rule 54.3(d)(1)-(4) by February 4, 2014; (ii) Defendants are to comply with Local Rule 54.3(d)(5) by February 28, 2014;[1] (iii) objections are to be made by March 14, 2014; (iv) the parties are to file their joint statement by March 25, 2014; and (v) Plaintiffs' motion for attorneys' fees is due by April 14, 2014.

---

[1] Plaintiffs submitted the bulk of the information required under Local Rule 54.3(d)(1)-(4) on February 4, 2014, and made a supplemental production of invoices for their expert on February 7, 2014. The parties agreed to use the latter date in computing the date by which Defendants are to comply with Local Rule 54.3(d)(5).

2. Plaintiffs submitted to Defendants the information required by Local Rule 54.3(d)(1)-(4) on February 4 and 7, 2014. Plaintiffs' submissions total over 400 pages and contain affidavits, curriculum vitae, and detailed billing records.

3. Based on the voluminous nature of Plaintiffs' submissions, Defendants respectfully request that the Court extend all remaining deadlines by three weeks to afford Defendants a full opportunity to review Plaintiffs' submissions and prepare their responses.

4. Counsel for Defendants conferred with counsel for Plaintiffs on February 14, 2014, regarding this request for an extension, and Plaintiffs' counsel stated that they agree to an extension of all remaining deadlines by three weeks.

**WHEREFORE**, Defendants respectfully request that the Court extend the remaining deadlines under Local Rule 54.3 by three weeks, resulting in the following schedule: (i) Defendants are to comply with Local Rule 54.3(d)(5) by March 21, 2014; (ii) objections are to be made by April 4, 2014; (iii) the parties are to file their joint statement by April 15, 2014; and (iv) Plaintiffs' motion for attorneys' fees is due by May 6, 2014.

Date: February 19, 2014                            Respectfully submitted,

                                                   STEPHEN R. PATTON,
                                                   Corporation Counsel for the City of Chicago

Mardell Nereim
Andrew Worseck                                     By:    /s/ Mary Eileen Cunniff Wells
William M. Aguiar                                         Assistant Corporation Counsel
Rebecca Alfert Hirsch
Mary Eileen Cunniff Wells
City of Chicago, Department of Law
Constitutional and Commercial
  Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-4216

2