**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS )<br>RETAILERS, KENNETH PACHOLSKI, )<br>KATHERYN TYLER, and MICHAEL HALL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF CHICAGO and RAHM )<br>EMANUEL, Mayor of the City of Chicago, )<br>)<br>Defendants. ) | Case No. 10-CV-4184<br><br>Judge Edmond E. Chang |

**NOTICE OF MOTION**

TO:   Charles J. Cooper                                Stephen Kolodziej
        David H. Thompson                           Brenner Ford Monroe & Scott Ltd.
        Peter A. Patterson                               33 N. Dearborn Street, Suite 300
        Cooper & Kirk, PLLC                         Chicago, IL 60602
        1523 New Hampshire Ave., NW
        Washington, DC 20036

**PLEASE TAKE NOTICE** that on February 25, 2014, at the hour of 8:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Agreed Motion to Extend the Schedule for Compliance with Local Rule 54.3(D)**, a copy of which is attached and is hereby served upon you.

Dated: February 19, 2014            Respectfully submitted,

                                                        STEPHEN R. PATTON,
                                                        Corporation Counsel for the City of Chicago

                                                By:   /s/Mary Eileen Cunniff Wells
                                                        Assistant Corporation Counsel

Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
Mary Eileen Cunniff Wells
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975 / 7129 / 4216

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Mary Eileen Cunniff Wells, an attorney, hereby certify that on this, the 19th day of February, 2014, I caused a copy of **Defendants' Agreed Motion to Extend the Schedule for Compliance with Local Rule 54.3(D)** and **Notice of Motion** to be served by electronic filing on:

| | |
|---|---|
| Stephen Kolodziej | Charles J. Cooper |
| Brenner Ford Monroe & Scott Ltd. | David H. Thompson |
| 33 N. Dearborn Street, Suite 300 | Peter A. Patterson |
| Chicago, IL 60602 | Cooper & Kirk, PLLC |
| | 1523 New Hampshire Ave., NW |
| | Washington, DC 20036 |

/s/Mary Eileen Cunniff Wells
Mary Eileen Cunniff Wells