## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Kenneth Pacholski, et al.
                                  Plaintiff,

v.                                                     Case No.: 1:10–cv–04184
                                                          Honorable Edmond E. Chang

The City of Chicago, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2014:

      MINUTE entry before the Honorable Edmond E. Chang: The agreed extension motion [244] on Local Rule 54.3 scheduling is granted. Defendants are to comply with Local Rule 54.3(d)(5) by 03/21/2014; objections are due by 04/04/2014; the parties' joint statement is due by 04/15/2014; and Plaintiffs' motion for attorneys' fees is due by 05/06/2014. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.