IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHERYN TYLER, and MICHAEL HALL, | ) ) ) ) |
| Plaintiffs, | ) Case No. 10-CV-4184 ) |
| v. | ) Judge Edmond E. Chang ) |
| THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago, | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' AGREED MOTION TO EXTEND THE
SCHEDULE FOR COMPLIANCE WITH LOCAL RULE 54.3(D)**

Defendants City of Chicago and Rahm Emanuel ("Defendants"), by their attorney, Stephen R. Patton, Corporation Counsel for the City of Chicago, respectfully request that the Court extend the schedule for compliance with Local Rule 54.3(d) as set forth below. In support thereof, Defendants state as follows:

1.  On January 14, 2014, the Court entered an order initiating the Local Rule 54.3 process, resulting in the following schedule: (i) Plaintiffs were to submit the information required by Local Rule 54.3(d)(1)-(4) by February 4, 2014; (ii) Defendants were to comply with Local Rule 54.3(d)(5) by February 28, 2014; (iii) objections were to be made by March 14, 2014; (iv) the parties were to file their joint statement by March 25, 2014; and (v) Plaintiffs' motion for attorneys' fees was due by April 14, 2014.

2.  Plaintiffs submitted to Defendants the information required by Local Rule 54.3(d)(1)-(4) on February 4 and 7, 2014.

3.  On February 19, 2014, the Court granted Defendants' agreed motion to extend the

schedule for compliance with Local Rule 54.3(d)(5). Pursuant to that order, (i) Defendants' information pursuant to Local 54.3(d)(5) is due by March 21, 2014; (ii) Defendants' objections are to be made by April 4, 2014; (iii) the parties are to file their joint statement by April 15, 2014; and (iv) Plaintiffs' motion for attorneys' fees is due by May 6, 2014.

4. Based on the voluminous nature of Plaintiffs' submissions, which total over 400 pages and contain affidavits, curriculum vitae, and detailed billing records, and Defendants' counsels' commitments in other matters, Defendants respectfully request that the Court extend the remaining deadlines as follows: (i) Defendants' information pursuant to Local 54.3(d)(5) to be due by April 4, 2014; (ii) Defendants' objections are to be made by April 25, 2014; (iii) the parties are to file their joint statement by May 6, 2014; and (iv) Plaintiffs' motion for attorneys' fees is due by May 27, 2014. This extension will allow Defendants a full opportunity to review Plaintiffs' submissions and prepare appropriate responses to them.

5. Counsel for Defendants conferred with counsel for Plaintiffs on March 14, 2014, regarding this request for an extension, and Plaintiffs' counsel stated that they agree to the aforementioned extension.

**WHEREFORE**, Defendants respectfully request that the Court extend the remaining deadlines under Local Rule 54.3 as follows: (i) Defendants' information pursuant to Local 54.3(d)(5) is due by April 4, 2014; (ii) Defendants' objections are to be made by April 25, 2014; (iii) the parties are to file their joint statement by May 6, 2014; and (iv) Plaintiffs' motion for attorneys' fees is due by May 27, 2014.

Date: March 17, 2014 Respectfully submitted,

STEPHEN R. PATTON,
Corporation Counsel for the City of Chicago

Mardell Nereim
Andrew Worseck By:   /s/ William M. Aguiar
William M. Aguiar        Senior Counsel
Rebecca Alfert Hirsch
Mary Eileen Cunniff Wells
City of Chicago, Department of Law
Constitutional and Commercial
  Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7686