### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS ) <br> RETAILERS, KENNETH PACHOLSKI, ) <br> KATHERYN TYLER, and MICHAEL HALL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF CHICAGO and RAHM ) <br> EMANUEL, Mayor of the City of Chicago, ) <br> ) <br> Defendants. ) | Case No. 10-CV-4184 <br><br> Judge Edmond E. Chang |

### NOTICE OF AGREED MOTION

TO:  Charles J. Cooper                     Stephen Kolodziej
     David H. Thompson                     Brenner Ford Monroe & Scott Ltd.
     Peter A. Patterson                    33 N. Dearborn Street, Suite 300
     Cooper & Kirk, PLLC                   Chicago, IL 60602
     1523 New Hampshire Ave., NW
     Washington, DC 20036

**PLEASE TAKE NOTICE** that on March 20, 2014, at the hour of 8:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Agreed Motion to Extend the Schedule for Compliance with Local Rule 54.3(D)**, a copy of which is attached and is hereby served upon you.

Dated: March 17, 2014            Respectfully submitted,

                                 STEPHEN R. PATTON,
                                 Corporation Counsel for the City of Chicago

                                 By:  /s/William Macy Aguiar
                                      Senior Counsel

Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
Mary Eileen Cunniff Wells
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7686

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, William Macy Aguiar, an attorney, hereby certify that on this, the 17th day of March, 2014, I caused a copy of **Defendants' Agreed Motion to Extend the Schedule for Compliance with Local Rule 54.3(D)** and **Notice of Agreed Motion** to be served by electronic filing on:

| | |
|---|---|
| Stephen Kolodziej | Charles J. Cooper |
| Brenner Ford Monroe & Scott Ltd. | David H. Thompson |
| 33 N. Dearborn Street, Suite 300 | Peter A. Patterson |
| Chicago, IL 60602 | Cooper & Kirk, PLLC |
| | 1523 New Hampshire Ave., NW |
| | Washington, DC 20036 |

/s/William Macy Aguiar
William Macy Aguiar