# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kenneth Pacholski, et al.

                                     Plaintiff,

v.                                                    Case No.: 1:10–cv–04184
                                                                         Honorable Edmond E. Chang

The City of Chicago, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2014:

       MINUTE entry before the Honorable Edmond E. Chang: Defendants' agreed motion [247] to extend Local Rule 54.3 schedule is granted. As requested, Defendants information pursuant to Local 54.3(d)(5) tobe due by April 4, 2014; Defendants objections are to be made by April 25, 2014; the parties are to file their joint statement by May 6, 2014; and Plaintiffs motion for attorneys fees is due by May 27, 2014. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.