IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHERYN TYLER, and MICHAEL HALL, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 10-CV-4184 |
| v. | ) ) | Judge Edmond E. Chang |
| THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago, | ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANTS' AGREED MOTION TO EXTEND THE
### SCHEDULE FOR COMPLIANCE WITH LOCAL RULE 54.3(D)

Defendants City of Chicago and Rahm Emanuel ("Defendants"), by their attorney, Stephen R. Patton, Corporation Counsel for the City of Chicago, respectfully request that the Court extend the schedule for compliance with Local Rule 54.3(d) as set forth below. In support thereof, Defendants state as follows:

1. Pursuant to this Court's Order dated March 19, 2014: (i) Defendants were to comply with Local Rule 54.3(d)(5) by April 4, 2014; (ii) objections were to be made by April 25, 2014; (iii) the parties are to file their joint statement by May 6, 2014; and (iv) Plaintiffs' motion for attorneys' fees is due by May 27, 2014.

2. Defendants complied with Local Rule 54.3(d)(5) on April 4, 2014, and submitted their objections to Plaintiffs' fee materials on April 25, 2014.

3. The parties' counsel spoke on April 29, 2014, and agreed to confer in an attempt to resolve the matter without further litigation. That conference is currently set for May 14, 2014.

4. In order to provide the parties with sufficient time to confer regarding possible settlement, the parties respectfully request that the Court extend the time for them to prepare the joint statement to and including June 9, 2014, and for Plaintiffs to submit their motion for attorneys' fees to and including July 25, 2014.

**WHEREFORE**, Defendants respectfully request that the Court extend the remaining deadlines under Local Rule 54.3 as follows: (i) the parties are to file their joint statement by June 9, 2014; and (ii) Plaintiffs' motion for attorneys' fees is due by July 25, 2014.

Date: May 1, 2014	Respectfully submitted,

STEPHEN R. PATTON,
Corporation Counsel for the City of Chicago

Mardell Nereim
Andrew Worseck	By:	/s/ William M. Aguiar
William M. Aguiar	Senior Counsel
Rebecca Alfert Hirsch
Mary Eileen Cunniff Wells
City of Chicago, Department of Law
Constitutional and Commercial
 Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7686