## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kenneth Pacholski, et al.

                              Plaintiff,

v.                                             Case No.: 1:10–cv–04184
                                                          Honorable Edmond E. Chang

The City of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 2, 2014:

      MINUTE entry before the Honorable Edmond E. Chang: Defendant's agreed extension motion [250] is granted: the joint statement on fees and costs is now due by 06/09/2014, and Plaintiffs' motion for fees is due by 07/25/2014. (If the parties intended June 25, rather than July 25, they may call the courtroom deputy to jointly ask for an adjustment to this entry.) Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.