**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHERYN TYLER, and MICHAEL HALL,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No. 10-CV-4184** |
| **v.** | ) ) ) | **Judge Edmond E. Chang** |
| **THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago,** | ) ) ) | |
| **Defendants.** | ) | |

**DEFENDANTS' AGREED MOTION TO EXTEND THE
SCHEDULE FOR COMPLIANCE WITH LOCAL RULE 54.3**

Defendants City of Chicago and Rahm Emanuel ("Defendants"), by their attorney, Stephen R. Patton, Corporation Counsel for the City of Chicago, respectfully request that the Court extend the schedule for compliance with Local Rule 54.3 as set forth below. In support thereof, Defendants state as follows:

1.      Pursuant to this Court's Order dated March 19, 2014: (i) Defendants were to comply with Local Rule 54.3(d)(5) by April 4, 2014; (ii) objections were to be made by April 25, 2014; (iii) the parties were to file their joint statement by May 6, 2014; and (iv) Plaintiffs' motion for attorneys' fees was due by May 27, 2014.

2.      Defendants complied with Local Rule 54.3(d)(5) on April 4, 2014, and submitted their objections to Plaintiffs' fee materials on April 25, 2014.

3.      On May 1, 2014, the parties jointly requested that the Court extend the time for them to file the joint statement and for Plaintiffs to submit their motion for attorneys' fees so that the parties could engage in settlement negotiations. The Court granted the parties' motion, and

the joint statement is currently due on June 9, 2014, and Plaintiffs' motion for attorneys' fees is due on July 25, 2014.

      4.      Since that time, the parties have been engaged in good-faith settlement negotiations. The parties remain hopeful that they will be able to reach agreement and are continuing their negotiations.

      5.      In order to provide the parties with additional time to confer regarding possible settlement, the parties respectfully request that the Court extend the time for them to prepare the joint statement to and including June 27, 2014, and for Plaintiffs to submit their motion for attorneys' fees to and including August 8, 2014.

      **WHEREFORE**, Defendants respectfully request that the Court extend the remaining deadlines under Local Rule 54.3 as follows: (i) the parties are to file their joint statement by June 27, 2014; and (ii) Plaintiffs' motion for attorneys' fees is due by August 8, 2014.

Date: June 4, 2014

Respectfully submitted,

STEPHEN R. PATTON,
Corporation Counsel for the City of Chicago

Mardell Nereim
Andrew Worseck
William M. Aguiar
Rebecca Alfert Hirsch
Mary Eileen Cunniff Wells
City of Chicago, Department of Law
Constitutional and Commercial
  Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7686

By:   /s/ William M. Aguiar
      Senior Counsel