IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHERYN TYLER, and MICHAEL HALL,<br><br>   Plaintiffs,<br><br>  v.<br><br>THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago,<br><br>   Defendants. | Case No. 10-CV-4184<br><br>Judge Edmond E. Chang |

## NOTICE OF AGREED MOTION

TO: Charles J. Cooper      Stephen Kolodziej
   David H. Thompson     Ford & Britton
   Peter A. Patterson      33 N. Dearborn Street, Suite 300
   Cooper & Kirk, PLLC     Chicago, IL 60602
   1523 New Hampshire Ave., NW
   Washington, DC 20036

  **PLEASE TAKE NOTICE** that on June 9, 2014, at the hour of 8:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Agreed Motion to Extend the Schedule for Compliance with Local Rule 54.3**, a copy of which is attached and is hereby served upon you.

Dated: June 4, 2014      Respectfully submitted,

              STEPHEN R. PATTON,
              Corporation Counsel for the City of Chicago

              By: <u>/s/William Macy Aguiar</u>
                 Senior Counsel

Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
Mary Eileen Cunniff Wells
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7686

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, William Macy Aguiar, an attorney, hereby certify that on this, the 4th day of June, 2014, I caused a copy of **Defendants' Agreed Motion to Extend the Schedule for Compliance with Local Rule 54.3** and **Notice of Agreed Motion** to be served by electronic filing on:

| | |
|---|---|
| Stephen Kolodziej | Charles J. Cooper |
| Ford & Britton | David H. Thompson |
| 33 N. Dearborn Street, Suite 300 | Peter A. Patterson |
| Chicago, IL 60602 | Cooper & Kirk, PLLC |
| | 1523 New Hampshire Ave., NW |
| | Washington, DC 20036 |

/s/William Macy Aguiar
William Macy Aguiar