# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kenneth Pacholski, et al.

                                Plaintiff,

v.                                                              Case No.: 1:10–cv–04184
                                                               Honorable Edmond E. Chang

The City of Chicago, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2014:

       MINUTE entry before the Honorable Edmond E. Chang: Defendants' agreed extension motion on Local Rule 54.3 procedure is granted: the joint statement is due by 06/27/2014 and Plaintiffs motion for attorneys fees is due by 08/08/2014. The Court notes that the motion due–date is after the expiration of the stay on the permanent injunction; the stay expires on 07/14/2014. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.