IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago, <br><br> Defendants. | Case No: 10-CV-4184 <br> Judge Edmond E. Chang <br> Magistrate Judge Geraldine Soat Brown |

**NOTICE OF MOTION**

**TO:** Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
Mary Eileen Cunniff Wells
City of Chicago, Department of Law
Constitutional and Commercial Litigation
    Division
30 North LaSalle Street, Suite 1230
Chicago, IL 60602

PLEASE TAKE NOTICE that on July 10, 2014, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang in Courtroom 2119 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present Plaintiffs' Unopposed Motion for Attorneys' Fees and Expenses, a copy of which accompanies this notice and is hereby served upon you.

1

| | |
|---|---|
| Dated: June 25, 2014 | Respectfully submitted, |
| Stephen Kolodziej<br>FORD & BRITTON, P.C.<br>33 North Dearborn Street, Suite 300<br>Chicago, IL 60602<br>Tel: (312) 924-7500<br>Fax: (312) 924-7516<br>skolodziej@fordbritton.com | s/ Charles J. Cooper<br>Charles J. Cooper*<br>David H. Thompson*<br>Peter A. Patterson*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Tel: (202) 220-9600<br>Fax: (202) 220-9601<br>ccooper@cooperkirk.com<br><br>*Admitted *pro hac vice*<br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I, Charles J. Cooper, hereby certify that on this 25th day of June, 2014, I caused a copy of the foregoing to be served by electronic filing on:

| | |
|---|---|
| Mardell Nereim | Craig Woods |
| Andrew W. Worseck | Ranjit Hakim |
| William Macy Aguiar | MAYER BROWN LLP |
| Rebecca Alfert Hirsch | 71 South Wacker Drive |
| Mary Eileen Cunniff Wells | Chicago, IL  60606-4637 |
| City of Chicago, Department of Law | |
| Constitutional and Commercial Litigation Division | |
| 30 North LaSalle Street, Suite 1230 | |
| Chicago, IL  60602 | |

                                                s/ Charles J. Cooper
                                                  Charles J. Cooper