**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS ASSOCIATION OF ) <br> FIREARMS RETAILERS, KENNETH ) <br> PACHOLSKI, KATHRYN TYLER, and ) <br> MICHAEL HALL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF CHICAGO and RAHM ) <br> EMANUEL, Mayor of the City of Chicago, ) <br> ) <br> Defendants. ) | Case No: 10-CV-4184 <br> Judge Edmond E. Chang <br> Magistrate Judge Geraldine Soat Brown |

**PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND EXPENSES**

Plaintiffs, pursuant to 42 U.S.C. § 1988 and Local Rule 54.3, and by and through their attorneys, move this Court for an award of attorneys' fees and expenses. This motion is made upon the memorandum in support and the Rule 54.3(e) Joint Statement accompanying the motion and any other matter deemed relevant to the determination of the motion. Plaintiffs will not be filing a separate bill of costs.

Defendants' counsel has represented that Defendants do not oppose this motion.

Wherefore, Plaintiffs respectfully request that the motion be granted and that they be awarded fees and expenses in the sum of $940,000 as set forth in the Rule 54.3 Joint Statement.

| | |
|---|---|
| Dated: June 25, 2014 | Respectfully submitted, |
| Stephen Kolodziej<br>FORD & BRITTON, P.C.<br>33 North Dearborn Street, Suite 300<br>Chicago, IL 60602<br>Tel: (312) 924-7500<br>Fax: (312) 924-7516<br>skolodziej@fordbritton.com | s/ Charles J. Cooper<br>Charles J. Cooper*<br>David H. Thompson*<br>Peter A. Patterson*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Tel: (202) 220-9600<br>Fax: (202) 220-9601<br>ccooper@cooperkirk.com<br><br>*Admitted *pro hac vice* |

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Charles J. Cooper, hereby certify that on this 25th day of June, 2014, I caused a copy of the foregoing to be served by electronic filing on:

| | |
|---|---|
| Mardell Nereim | Craig Woods |
| Andrew W. Worseck | Ranjit Hakim |
| William Macy Aguiar | MAYER BROWN LLP |
| Rebecca Alfert Hirsch | 71 South Wacker Drive |
| Mary Eileen Cunniff Wells | Chicago, IL  60606-4637 |
| City of Chicago, Department of Law | |
| Constitutional and Commercial Litigation Division | |
| 30 North LaSalle Street, Suite 1230 | |
| Chicago, IL  60602 | |

                                                    s/ Charles J. Cooper
                                                        Charles J. Cooper