IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSOCIATION OF ) <br> FIREARMS RETAILERS, KENNETH ) <br> PACHOLSKI, KATHRYN TYLER, and ) <br> MICHAEL HALL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF CHICAGO and RAHM ) <br> EMANUEL, Mayor of the City of Chicago, ) <br> ) <br> Defendants. ) | Case No: 10-CV-4184 <br> Judge Edmond E. Chang <br> Magistrate Judge Geraldine Soat Brown |

**BRIEF IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION
FOR ATTORNEYS' FEES AND EXPENSES**

1. On January 6, 2014, this Court entered judgment in favor of Plaintiffs on Counts II and VI of their Second Amended Complaint. Doc. 239.

2. By virtue of that judgment, Plaintiffs are prevailing parties entitled to recover attorneys' fees and expenses in this case pursuant to 42 U.S.C. § 1988.

3. Federal courts employ the "lodestar" method for determining an attorney fee recovery under Section 1988. The "lodestar" is calculated by multiplying the reasonable amount of hours worked by a reasonable hourly fee, and the resulting figure may be adjusted in light of factors such as the overall results obtained in the litigation. *See, e.g.*, *Perdue v. Kenny A. ex rel. Winn*, 559 U.S. 542, 550-53 (2010); *Hensley v. Eckerhart*, 461 U.S. 424, 433-37 (1983).

4. The undersigned plaintiffs' counsel submitted to defendants' counsel the materials in support of plaintiffs' claim for attorneys' fees required under Local Rule 54.3(d).

1

5. Counsel have met and conferred regarding those materials, and the undersigned has been authorized to represent to the Court that defendants do not oppose the entry of the attorneys' fees award requested in plaintiffs' motion and as reflected on the Joint Statement, which is attached as required pursuant to Local Rule 54.3(f).

6. Local Rule 54.3(f) further provides: "Unless otherwise allowed by the court, the motion and any supporting or opposing memoranda shall limit their argument and supporting evidentiary matter to disputed issues." As no disputed issues remain among the parties, pursuant to the Rule, Plaintiffs cannot offer argument and evidence beyond the Joint Statement.

7. As Plaintiffs are entitled to an award of reasonable fees and expenses, this unopposed motion should be granted, and Plaintiffs should be awarded their fees and expenses as set forth in the Joint Statement.

Dated: June 25, 2014

Stephen Kolodziej
FORD & BRITTON, P.C.
33 North Dearborn Street, Suite 300
Chicago, IL 60602
Tel: (312) 924-7500
Fax: (312) 924-7516
skolodziej@fordbritton.com

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Peter A. Patterson*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I, Charles J. Cooper, hereby certify that on this 25th day of June, 2014, I caused a copy of the foregoing to be served by electronic filing on:

| | |
|---|---|
| Mardell Nereim | Craig Woods |
| Andrew W. Worseck | Ranjit Hakim |
| William Macy Aguiar | MAYER BROWN LLP |
| Rebecca Alfert Hirsch | 71 South Wacker Drive |
| Mary Eileen Cunniff Wells | Chicago, IL 60606-4637 |
| City of Chicago, Department of Law | |
| Constitutional and Commercial Litigation Division | |
| 30 North LaSalle Street, Suite 1230 | |
| Chicago, IL 60602 | |

                                                                      s/ Charles J. Cooper
                                                                          Charles J. Cooper